**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rajysan, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  MMD Equipment** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-4352231** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4175 Guardian Street**<br>**Simi Valley, CA 93063**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Ventura**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Rajysan, Inc.**
_____    Case number (*if known*) _____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **Rajysan, Inc.** _____  Case number (*if known*) _____
Name

---

**11.  Why is the case filed in**
**this district?**

*Check all that apply:*

- ☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**
**have possession of any**
**real property or personal**
**property that needs**
**immediate attention?**

☑  No

☐  Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency  _____

Contact name  _____

Phone  _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of**
**available funds**

.    *Check one:*

☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Rajysan, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 29, 2017**
                         MM / DD / YYYY

**X /s/ Gurpreet Sahani**                                  **Gurpreet Sahani**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Andrew Goodman**                      Date   **July 29, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Andrew Goodman**
Printed name

**Goodman Law Offices, A Professional Corporation**
Firm name

**6345 Balboa Boulevard**
**Suite I-300**
**Encino, CA 91316**
Number, Street, City, State & ZIP Code

Contact phone   **818-827-5169**        Email address   **agoodman@andyglaw.com**

**115685**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rajysan, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Armanino, LLP 12657 Alcosta Boulevard #500 San Ramon, CA 94583 | (310) 478-4148 | Accounting/Audit Services | | | | $58,585.75 |
| AVA Logistics 3495 Lakeside Dr Suite 254 Reno, NV 89509 | 800.516.9694 | Freight Services | | | | $24,775.00 |
| BEXAR COUNTY TAX ASSESSOR-COLLECTOR PO BOX 2903 San Antonio, TX 78299-2903 | | Property Taxes | Disputed | | | $79,206.48 |
| C.H. Robinson Worldwide, Inc PO Box 9121 Minneapolis, MN 55480 | 858 453-6699 | | | | | $70,580.80 |
| Epic Freight Solutions, LLC 15901 Hawthorne Blvd Ste 490 Lawndale, CA 90260 | Lisa Jedlicka 818-464-3742 | Freight Services | | | | $24,025.00 |
| Greatwide Dallas Mavis LLC PO Box 405828 Atlanta, GA 30384 | Helen Blenner Hassett 936-231-2380 | Freight Services | | | | $59,300.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | **Rajysan, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Guangzhou Zhao Qi Trading Co., LTD RM.914 Profit Plaza No. 76 West huang Pu Road Guangzhou, China** | **86 20 3839-0156** | | **Disputed** | | | **$100,368.00** |
| **GWO UEI METALS INDUSTRY CO., LTD. No.15, Chi-Shing St. How Lii Taichu Hsien Taiwan, ROC** | **Ben Huang** **benlin@gwowei.co m.tw** **886-4-2556-0757** | **Product Vendor** | | | | **$367,228.00** |
| **Hankyu Hashin Express(USA) Inc PO BOX 515438 Los Angeles, CA 90051-6738** | **Noriko Uego** **n.uego@hh.expres s.com** **310-884-2400** | **Freight Services** | | | | **$49,996.83** |
| **Hicks Pension Services 3459 W. Shaw Ave. Fresno, CA 93711** | **(559) 241 - 7390** | | | | | **$61,927.08** |
| **Kipor Power Equipment Inc 13009 SE Jennifer St., #105 Clackamas, OR 97015** | **503-445-0197** | | **Disputed** | | | **$25,668.34** |
| **MGS Incorporated 178 Muddy Creek Church Road Denver, PA 17517** | **Ed Barnett** **717-336-7528** | **Product Vendor** | | | | **$135,312.00** |
| **Southwest ProductsCorp P.O. Box 5079 Vancouver, WA 98668** | **Shad Schafer** **360 887-7485** | **Product Vendor** | | | | **$396,156.28** |
| **Sumitomo Mitsui Finance & Leasing Josuikai Building 9th Floor Hitotsubashi 2-1-1 Tokyo, Japan** | **Mr. H. Yamada** **yamada-h@smflco. jp** **81-3-3575-1926** | **Product Vendor** | | | | **$4,207,997.02** |
| **Thermobile Industries BV Konijnenberg 80 4825 BD Breda The Netherlands** | **Maurice** **31-0-76-5873450** | **Product Vendor** | **Disputed** | | | **$42,367.93** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

| Debtor | **Rajysan, Inc.** | | | Case number *(if known)* | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thomas Sales Company 1412 Crestway Court Fallston, MD 21047** | **Ron Thomas** **410-804-1200** | **Sales Commission** | | | | $23,258.50 |
| **Top Gun Freight, Inc. 38740 Sky Canyon Dr., #C Murrieta, CA 92563** | **Tommy** **(951) 340 - 2215** | **Freight Services** | | | | $61,050.00 |
| **Total Quality Logistics, LLC P.O. Box 634558 Cincinnati, OH 45263-4558** | **(513) 831 - 2600** | | | | | $63,020.00 |
| **Trinity Logistics, Inc. PO Box 62702 Baltimore, MD 21264** | **800-846-3400** | | | | | $29,290.00 |
| **Wells Fargo Equipment Finance 300 Tri State International Suite 400 Lincolnshire, IL 60069** | | **Forklift** | | $55,834.46 | $0.00 | $55,834.46 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Rajysan, Inc.
4175 Guardian Street
Simi Valley, CA 93063


Andrew Goodman
Goodman Law Offices, A Professional Corporation
6345 Balboa Boulevard
Suite I-300
Encino, CA 91316


AC Business Media, Inc
201 N. Main Street
Fort Atkinson, WI 53538


Action Transportation, Inc
PO BOX 153
Medford, OR 97501


AE Sales
4915 - 54th Street
3rd Floor
Red Deer, AB T4N2G7 Canada


Airgas USA, LLC
PO BoX 935300
Long Beach, CA 90809-3500


Alamo Industrial Group, Inc
9425 Saint Hedwig Road
San Antonio, TX 78263


All Valley Hose & Industrial Supply
16735 Saticoy St #107
Van Nuys, CA 91406

Allied Electronics, Inc. Accts.
P.O. Box 2325
Fort Worth, TX 76113-2325


Alterity, Inc.
600 Six Flags Drive, Suite 642
Arlington, TX 76011-6332


Amarjit Sahani


American Express
Post Office Box 0001
Los Angeles, CA 90096


American Pacific Industries, Inc.
8320 East Hartford Drive
Scottsdale, AZ 85255


American Rental Association
1900 19th Street
Moline, IL 61265


AmeriGas Propane LP
P.O. Box 7155
Pasadena, CA 91109-7155


Anderson Rubbish Disposal
P.O. Box 307
Simi Valley, CA 93062-0307

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225


Arctic Fox, LLD
26207 Network Place
Chicago, IL 60673-1262


Armanino, LLP
12657 Alcosta Boulevard
#500
San Ramon, CA 94583


Aronson Manufacturing
7640 Gloria Avenue
Van Nuys, CA 91406


AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025


Athlon Generators LLC
9617 Center Street
Manassas, VA 20110


AVA Logistics
3495 Lakeside Dr
Suite 254
Reno, NV 89509


Avalara, Inc.
1100 2nd Avenue
Suite 300
Seattle, WA 98101

Avenger Logistics
P.O. Box 16638
Chattanooga, TN 37416


B&B Forklift
15981 Yarnell
Suite 248
Sylmar, CA 91342


Bailey Sales & Marketing
88 Maple Ave
Hamburg, NY 14075


Barco Rent A Truck
717 South 5600 West
Salt Lake City, UT 84104


Basler Electric Company
7990 Solutions Center
Chicago, IL 60677-7009


Batterystuff.com
276 Tech Way
Grants Pass, OR 97526


Bay Alarm Company
P.O. Box 7137
San Francisco, CA 94120-7137


Beatrice Cookson
23956 Park Granada
Calabasas, CA 91302

BEXAR COUNTY TAX ASSESSOR-COLLECTOR
PO BOX 2903
San Antonio, TX 78299-2903


BIGBEE Engineering
2679 Manhattan Beach Bouleavard
Redondo Beach, CA 90278


Blue Shield of California
P.O. Box 749415
Los Angeles, CA 90074-9415


Bluegrace
Dept 108
P.O. Box 4964
Houston, TX 77210-4964


BMW of North America, LLC
P.O. BOX 78066
Phoenix, AZ 85062-8066


Borstein Enterprises
11766 Wilshire Boulevard
Suite 820
Los Angeles, CA 90025


BP Lubricants USA, Inc
12276 Collections Center Drive
Chicago, IL 60693


Broome  & Associates
PO Box 862035
Marietta, GA 30062

Budd Logistics
c/o Ashton & Weinberg, Inc.
P.O. Box 828
Greenville, RI 02828


Buyers Products Co
P.O. Box 74237
Cleveland, OH 44194


C.H. Robinson Worldwide, Inc
PO Box 9121
Minneapolis, MN 55480


CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723


Cell Energy Inc.
4268 Los Angeles Ave
Simi Valley, CA 93063


Cequent Performance Products
47912 Halyard Dr,
Suite 100
Plymouth, MI 48170


Charles V. Curley, Esq.
1100 E. Hector Street
Suite 425
Conshohocken, PA 19428


Christopher McGill
P.O. Box 150
Wilmington, NY 12997

Cintas Corporation
P.O. Box 88005
Chicago, IL 60680-1005


City Electric Supply
800 North Victory Boulevard
Burbank, CA 91502


City of San Antonio SAPD Alarms
315 S. Santa Rosa
San Antonio, TX 78207


City of Simi Valley
P.O. Box 511360
Los Angeles, CA 90051-7915


Coast to Coast Computer Prod, Inc.
4277 Valley Fair
Simi Valley, CA 93063


Colonial Banknote Company
155 Wild Hedge Lane
Mountainside, NJ 07092


Control Devices, LLC
P.O. Box 8862
Carol Stream, IL 60197-8862


Cooper Wiring Devices
28368 Network Place
Chicago, IL 60673-1283

Corvus Group
269 Beatrice Lane
Aston, PA 19014


CPS Energy - Electric
P.O. Box 2678
San Antonio, TX 78289-0001


Deep Sea Electronics, Inc.
3230 Williams Ave
Rockford, IL 61101-2668


Demco Dethmers Manufacturing Co.
4010 320th Street
Boyden, IA 51234


Dexter Axle Company
26656 Network Place
Chicago, IL 60673-1266


DHL Express - USA
16592 Collections Center Dr.
Chicago, IL 60693


DMV Renewal
P.O. Box 942894
Sacramento, CA 94294-0894


Don Leviton, Esq.
3 Golf Center
Suite 361
Hoffman Estates, IL 60169

Douglass, Inc.
P.O. Box 175
Trafalgar, IN 46181-0175


Dragoon's Farm Equipment Inc.
PO BOX 238-02507
State Route 11
Mooers, NY 12958


Dun & Bradstreet
P.O. Box 75434
Chicago, IL 60675-5434


Eco, Inc.
P.O. Box 2731
Rocklin, CA 95677


EMCO Industries
P.O. Box 671357
Dallas, TX 75267-1357


Enterprise Management Advisors, LLC
601 S. Figueroa St.,
Ste 4050
Los Angeles, CA 90017


Epic Freight Solutions, LLC
15901 Hawthorne Blvd
Ste 490
Lawndale, CA 90260


FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

Firefly Business Group
PO Box 41132
Houston, TX 77241


First Insurance Funding Corp.
P.O. Box 7000
Carol Stream, IL 60197-7000


Gefco Forwarding USA Inc
1055 Stevenson Court
Unit 105
Roselle, IL 60172


GemCap
24955 Pacific Coast Highway
Suite A202
Malibu, CA 90265


General Crane Services, Inc.
1606 River Wood Ct
Simi Valley, CA 93063


GIS Benefits
P.O. Box 1806
San Antonio, TX 78296-1806


Golden State Water Company
PO Box 9016
San Dimas, CA 91773-9016


Greatwide Dallas Mavis LLC
PO Box 405828
Atlanta, GA 30384

Guangzhou Zhao Qi Trading Co., LTD
RM.914 Profit Plaza No. 76
West huang Pu Road
Guangzhou, China


Gurmeet Sahani
5007 Vanalden Avenue
Tarzana, CA 91356


Gurpreet Sahani


GWO UEI METALS INDUSTRY CO., LTD.
No.15, Chi-Shing St.
How Lii Taichu Hsien
Taiwan, ROC


Hankyu Hashin Express(USA) Inc
PO BOX 515438
Los Angeles, CA 90051-6738


Hicks Pension Services
3459 W. Shaw Ave.
Fresno, CA 93711


Hollywood Delivery Service
2828 S Willow Ave
Bloomington, CA 92316


Indu-Electric North America, Inc
27756 Avenue Hopkins
Valencia, CA 91355

Industrial Metal Supply
8300 San Fernando Rd
Sun Valley, CA 91352


Inkworks Store
30251 Golden lantern
Laguna Niguel, CA 92677


Iron Mountain
P.O. Box 601002
Pasadena, CA 91189-1002


Jan-Pro Cleaning & Systems
P.O. Box 2838
Santa Maria, CA 93455


Jeffer Mangels Butler & Mitchell
1801 W. Olympic Blvd.
Pasadena, CA 91199-1263


Jeffrey S. Schuller, Esq.
Schuller & Schuller
12307 Ventura Boulevard
Studio City, CA 91604


Jeremy Faith, Esq.
Margulies Faith
16030 Ventura Blvd.
Suite 470
Encino, CA 91436


Joe Bell & Associates
8358 Shoregate Lane
Knoxville, TN 37938

Johnson Co.
P.O. Box 27649
Seattle, WA 98165


K&N Mobile Distribution Systems
4909 Rondo Drive
Fort Worth, TX 76106


Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074-5915


Kaplan HR
5776 Lindero Canyon Rd
Suite D-246
Thousand Oaks, CA 91362


Keen Compressed Gas
P.O. Box 15151
Wilmington, DE 19850-5151


Keltec Technolab
2300 E Enterprise Parkway
Twinsburg, OH 44087


Kipor Power Equipment Inc
13009 SE Jennifer St., #105
Clackamas, OR 97015


Kubota Engine America Corporation
PO Box 73695
Chicago, IL 60673-7695

Landegger Baron Law Group
15760 Ventura Boulevard
Suite 1200
Encino, CA 91436


Landsberg
1900 W. University Drive
Suite 101
Tempe, AZ 85281


Lewis Roca Rothgerber Christie LLP
655 North Central Ave, Ste 2300
Glendale, CA 91203


LinuxDoctor
16460 Gunther Street
Granada Hills, CA 91344


LoJack
PO Box 846111
Boston, MA 02284-6111


M & M Fasteners Supply, Inc.
PO Box 729
Sun Valley, CA 91352


Marilyn D. Levine ML Marketing
4 Nicole Terrace
Edison, NJ 08820


Mark Elias
4805 Bellflower Ave.
Worcester, MA 01601

Mark Wright
26339 Belle Porte Avenue
Harbor City, CA 90710


Marketing Concepts Inc.
2302-1 Vinson Lane
Jacksonville, FL 32207


Massengale Armature Works, Inc.
1031 Basse Road
San Antonio, TX 78212


McClelland Marketing Inc
4557 North Square Drive
High Ridge, MO 63049


MCI
PO Box 15043
Albany, NY 12212-5043


Measurement Specialties Inc.
28183 Network Place
Chicago, IL 60673-1281


Meridian Pacific Sales, LLC
2035 N Hillridge Circle
Mesa, AZ 85207


MGS Incorporated
178 Muddy Creek Church Road
Denver, PA 17517

Miner Central Texas, Ltd
11827 Tech Com Rd., #115
San Antonio, TX 78233-6015


Momentum, Inc.
33 East Fort Hill Road
Yonkers, NY 10710


Morgan, Cohen & Bach
2555 N. Coyote Drive
Suite 101
Tucson, AZ 85745


Napa Auto Parts of Simi Valley
1717 E. Los Angeles Ave.
Simi Valley, CA 93065


Orkin
P.O. Box 7161
Pasadena, CA 91109


Paul Daly
213 Talbot Drive
Broomall, PA 19008


Pennwell Corporation
21428 Network Place
Chicago, IL 60673


Penton Media, Inc
24652 Network Place
Chicago, IL 60673-1246

Peopleready Inc.
P.O. Box 31001-0257
Pasadena, CA 91110-0257


Phillips 66 Co./SYNCB
P.O. Box 530970
Atlanta, GA 30353-0970


Port Authority of San Antonio
907 Billy Mitchell Blvd.
San Antonio, TX 78226


Power Equipment Plus / Rick Long
P.O. Box 14
Sand Lake, MI 49343


Power Trip Rentals
2501 Orange Ave
Signal Hill, CA 90755


Protection 1
P.O. Box 219044
Kansas City, MO 64121-9044


Rajinder Sahani


Red Wing Shoes and Repair
757 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91360

Redneck Trailer Supplies
2100 N. West Bypass
CT 06580-3000


Reinhart Boerner Van Deuren
P.O. Box 2965
Milwaukee, WI 53201-2965


RemX Financial
P.O. Box 512007
Los Angeles, CA 90051-0007


Rent It
2081 First Street,Suite 200
Simi Valley, CA 93065-2819


Richards Industrial, L.L.C.
7931 Coastal Run
San Antonio, TX 78240


Robert Deckman Advertising
5332 Autry Avenue
Lakewood, CA 90712


Ronald E. Zeck, Jr.
c/o Gary D. Thompson, Esq.
Ware Streitz & Thompson
10 Pitman Avenue
Pitman, NJ 08071


San Antonio Water System
P.O. Box 2990
San Antonio, TX 78299-2990

Scott O. Smith
Buchalter
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457


Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001


Southwest ProductsCorp
P.O. Box 5079
Vancouver, WA 98668


Sparkletts
PO Box 660579
Dallas, TX 75266-0579


Stuart C. Brinn, Esq.
150 E. Fourth Street
4th Floor
Cincinnati, OH 45202


Sullivan Curtis Monroe
P.O. Box 19763
Irvine, CA 92623-9763


Sumitomo Mitsui Finance & Leasing
Josuikai Building
9th Floor
Hitotsubashi 2-1-1
Tokyo, Japan


Sunlight Towing Inc.
No.80, Taishun 2nd St., Beitun Dist
Taichung City 40661, Taiwan

The Carlstar Group, LLC
P.O. Box 100929
Pasadena, CA 91189-0929


The MPS Group
12020 Warfield St
San Antonio, TX 78216


Thermobile Industries BV
Konijnenberg 80 4825 BD
Breda The Netherlands


Thomas Sales Company
1412 Crestway Court
Fallston, MD 21047


Timothy W. Fafinski, Esq.
Corporate Counsel, P.A.
3411 Brei Kessel Road
Maple Plain, MN 55359


Tod A. Putnam
11050 Pala Place
Mira Loma, CA 91752


Todd M. Lander, Esq.
Freeman, Freeman & Smiley, LLP
1888 Century Park East
Suite 1900
Los Angeles, CA 90067


Top Gun Freight, Inc.
38740 Sky Canyon Dr., #C
Murrieta, CA 92563

Total Quality Logistics, LLC
P.O. Box 634558
Cincinnati, OH 45263-4558


Tredit Tire & Wheel Company, Inc
15500 West 100th Terrace
Lenexa, KS 66219


Trinity Logistics, Inc.
PO Box 62702
Baltimore, MD 21264


Trinity Staffing Services, Inc
13750 San Pedro #540
San Antonio, TX 78232


UD Trucks North America, Inc.
7900 National Service Road
Greensboro, NC 27409


Uline
P.O. Box88741
Chicago, IL 60680-1741


Unishippers
File 2087
1801 W. Olympic Boulevard
Pasadena, CA 91199-0001


UPS
P.O. Box 894820
Los Angeles, CA 90189-4820

UPS Freight
28013
 Network Place
Chicago, IL 60673-1280


Ver Sales Inc
2509 N. Naomi Street
Burbank, CA 91504


WAAG Powder Coating & Sand Blasting
16000 Strathern Street
Van Nuys, CA 91406


Waste Management of Texas, Inc
PO Box 660345
Dallas, TX 75266


Wells Fargo Equipment finance
P.O. Box 7777
San Francisco, CA 94120-7777


Wells Fargo Equipment Finance
300 Tri State International
Suite 400
Lincolnshire, IL 60069


WEX, Inc.
PO BOX 6293
Carol Stream, IL 60197-6293


Wholesale Trailer Supply
1470 Vinci Ave.
Sacramento, CA 95838-3149

William G. Fig, Esq.
1000 SW Broadway
Suite 1400
Portland, OR 97205-3066


Wolfe Industries Inc
14420 Marquart Ave.
Santa Fe Springs, CA 90670


Worldwide Express
850 Hampshire Rd., #S
Westlake Village, CA 91361


XO Communications
14239 Collections Center Drive
Chicago, IL 60693


Yanmar Diesel America Corp
3053 Paysphere Circle
Chicago, IL 60674


YRC Freight
PO Box 100129
Pasadena, CA 91189-0003

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andrew Goodman**<br>**6345 Balboa Boulevard**<br>**Suite I-300**<br>**Encino, CA 91316**<br>**818-827-5169 Fax: 818-975-5256**<br>California State Bar Number: **115685**<br>**agoodman@andyglaw.com** | |

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    **Rajysan, Inc.**<br><br><br>                                    Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __**Andrew Goodman 115685**_____  , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☑ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

<u>**July 29, 2017**</u>

Date

By:    <u>**/s/ Andrew Goodman**</u>

Signature of Debtor, or attorney for Debtor

Name:    <u>**Andrew Goodman 115685**</u>

Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                **F 1007-4.CORP.OWNERSHIP.STMT**