RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor and Debtor-in-Possession. | Case No. 9:17-bk-11363-DS<br><br>Chapter 11<br><br>STIPULATION BETWEEN DEBTOR, DEBTOR'S INSIDERS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ASSIGN AND TOLL CLAIMS<br><br>[No Hearing Needed Pursuant to Local Bankruptcy Rule 9013-1(o)(1)] |

TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Debtor and debtor-in-possession Rajysan, Inc. dba MMD Equipment ("Debtor"), Amarjit Sahani, Rajinder Sahani, Gurpreet Sahani, and the Official Committee of Unsecured Creditors of Rajysan, Inc. dba MMD Equipment ("Committee"), (collectively "Parties") by and through their counsel of record, hereby move this Court for an order assigning and conferring standing upon the Committee to prosecute claims and tolling claims of the Debtor's bankruptcy estate ("Estate") based on the following facts:

/ / /

/ / /

- 1 -
STIPULATION ASSIGNING AND TOLLING CLAIMS

186729v1/1239-008

## Recitals

A. On July 29, 2017 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

B. Prepetition, Debtor made one or more transfers to or for the benefit of Amarjit Sahani, Rajinder Sahani, Gurpreet Sahani (collectively, the "Insiders"). The Committee contends that the transfers can and should be avoided pursuant to 11 U.S.C. Sections 544-551 and under applicable state and federal law. The Committee believes Debtor may own additional claims against the Insiders. All potential claims owned by the Debtor against the Insiders shall be collectively referred to herein as the "Insider Claims"

C. The Debtor's attorney's primary client contacts are the very Insiders that may be liable for the Insider Claims. In order to avoid any conflict or appearance of impropriety, the Parties have agreed to confer standing on the Committee to prosecute all claims for relief belonging to this Estate against the Insiders.

D. The Insiders have also agreed that all periods of limitation, repose, and laches, which are or may be applicable to the Insider Claims shall be and are tolled and suspended as of the Petition Date.

E. Additionally, the Estate may have avoidance actions or other claims against non-insiders ("Third-Party Claims"). The Parties have also agreed to confer standing on the Committee to prosecute all Third-Party Claims owned by the Estate.

## Agreement

1. Debtor stipulates that standing to prosecute the Insider Claims and the Third-Party Claims (collectively, the "Subject Claims") shall be conferred on the Committee. This grant of standing includes the power to file, prosecute, settle, and collect any judgment obtained in actions filed pursuant to this Stipulation.

2. In prosecuting the Subject Claims, the Committee shall obtain Court authorization in any circumstance where the Debtor would have been required to obtain such authorization (*e.g.* to settle a claim).

3. Professional fees incurred by the Committee in pursuing the Subject Claims on behalf of the Estate shall be afforded administrative priority status pursuant to 11 U.S.C. § 503(b). No fees or costs may be paid or reimbursed without application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331.

4. This Stipulation does not require the Committee to file any such actions and the Committee shall have the absolute right to decline to prosecute any claims. In the event the Committee decides not to prosecute a Subject Claim, or that further prosecution of a Subject Claim is not warranted, then the Committee has standing to and shall seek authorization to abandon such claim under 11 U.S.C. § 554. In event Debtor disagrees with abandonment, the Committee shall cooperate in assigning the claim back to Debtor.

5. All periods of limitation, repose, and laches, which are or may be applicable to any and all Insider Claims, including but not limited to claims for recovery of preferential, fraudulent, and post-petition transfers under the laws of the State of California, United States of America, and Title 11 of the United States Code, shall be and are tolled and suspended as of July 29, 2017.

6. The Insider Claims shall remain tolled and suspended until the earlier of: (a) January 11, 2019; (b) such time as the Court authorizes abandonment; or (c) until the claims are assigned back to Debtor.

7. This Stipulation may be executed by facsimile or electronic signature and in any number of counterparts and by the different parties on separate counterparts. Each such counterpart shall be deemed an original, but all such counterparts together shall constitute one and the same Stipulation.

Dated: February 15, 2018

By: /s/ Amarjit Sahani
AMARJIT SAHANI, as an individual

Dated: February 15, 2018

By: /s/ Rajinder Sahani
RAJINDER SAHANI, as an individual

Dated: February 15, 2018

By: _____
GURPREET SAHANI, as an individual

Dated: February 15, 2018

By: _____
AMARJIT SAHANI, as owner and principal of
RAJYSAN, INC. DBA MMD EQUIPMENT

Dated: February 15, 2018

By: _____
RAJINDER SAHANI, as owner and principal of
RAJYSAN, INC. DBA MMD EQUIPMENT

Dated: February 15, 2018

By: _____
GUPREET SAHANI, as owner and principal of
RAJYSAN, INC. DBA MMD EQUIPMENT

Dated: February 15, 2018

MARSHACK HAYS LLP

By: _/s/ Chad V. Haes_____
RICHARD A. MARSHACK
CHAD V. HAES
Counsel for THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

Dated: February 15, 2018

GOODMAN LAW OFFICES, APC

By: _____
ANDREW GOODMAN
Counsel for Debtor and Debtor in Possession
RAJYSAN, INC. DBA MMD EQUIPMENT

4

STIPULATION ASSIGNING AND TOLLING CLAIMS

186729v1 1239-008

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN DEBTOR, DEBTOR'S INSIDERS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ASSIGN AND TOLL CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 20, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 20, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 20, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Personal Delivery
PRESIDING JUDGE'S COPY
Bankruptcy Judge Deborah J. Saltzman
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 20, 2018 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4820-0772-2575, v. 1/1539-01

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Continued

- CREDITOR BMW BANK OF NORTH AMERICA DEPARTMENT: Bhagwati Barot    bbarot@aissolution.com
- INTERESTED PARTY: Linda S Blonsley blonsleylawecf@gmail.com, joe@blonsleylaw.com;lawbr69955@notify.bestcase.com
- CREDITOR BORSTEIN ENTERPRISES: Jess R Bressi AND INTERESTED PARTY    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- INTERESTED PARTY: Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
- U.S. TRUSTEE: Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- INTERESTED PARTY: Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- INTERESTED PARTY: Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- DEBTOR RAJYSAN, INC.: Andrew Goodman    agoodman@andyglaw.com
- OFFICIAL COMMITTEE OF UNSECURED CREDITORS: Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com
- INTERESTED PARTY: Richard E Hettinger    rhettinger@davidsontroilo.com
- CREDITOR WELLS FARGO BANK, N.A.: Raffi Khatchadourian    raffi@hemar-rousso.com
- CREDITOR BRUCE MILLER & ASSOCIATES: Mark J Krone    mk@amclaw.com, maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com
- CREDITOR GURMEET SAHANI: Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
- INTERESTED PARTY: Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
- OFFICIAL COMMITTEE OF UNSECURED CREDITORS: Judith E Marshack    jmarshack@marshackhays.com, ecfmarshackhays@gmail.com
- OFFICIAL COMMITTEE OF UNSECURED CREDITORS: Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- CREDITOR GURMEET SAHANI AND INTERESTED PARTY: Monserrat Morales mmorales@marguliesfaithlaw.com, Helen@marguliesfaithlaw.com;Victoria@marguliesfaithlaw.com;Brian@marguliesfaithlaw.com
- INTERESTED PARTY: Valerie Smith    claims@recoverycorp.com
- ATTORNEYS FOR CREDITOR GURMEET SAHANI: Jay M Spillane    jspillane@spillaneplc.com, cdale@spillaneplc.com;smargetis@spillaneplc.com
- CREDITOR BEXAR COUNTY: Don Stecker
- CREDITOR BEXAR COUNTY: Don Stecker    don.stecker@lgbs.com
- CREDITOR SOUTHWEST PRODUCTS CORPORATION: Thomas W Stilley    tstilley@sussmanshank.com, jhume@sussmanshank.com
- U.S. TRUSTEE: United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| **DEBTOR**<br>RAJYSAN, INC.<br>4175 GUARDIAN STREET<br>SIMI VALLEY, CA 93063-3382 | **20 LARGEST CREDITOR**<br>ARMANINO, LLP<br>12657 ALCOSTA BOULEVARD #500<br>SAN RAMON, CA 94583-4406 | **20 LARGEST CREDITOR**<br>AVA LOGISTICS<br>3495 LAKESIDE DR<br>SUITE 254<br>RENO, NV 89509-4841 |
|---|---|---|
| **20 LARGEST CREDITOR / POC ADDRESS**<br>AVA LOGISTICS LLC<br>C/O BRIAN SCHUSTERMAN<br>MCDONALD CARANO LLP<br>PO BOX 2670<br>RENO, NV 89505-2670 | **20 LARGEST CREDITOR**<br>C.H. ROBINSON WORLDWIDE, INC<br>PO BOX 9121<br>MINNEAPOLIS, MN 55480-9121 | **20 LARGEST CREDITOR**<br>EPIC FREIGHT SOLUTIONS, LLC<br>ATTN: LISA JEDLICKA<br>15901 HAWTHORNE BLVD, STE 490<br>LAWNDALE, CA 90260-2656 |
| **20 LARGEST CREDITOR**<br>GREATWIDE DALLAS MAVIS LLC<br>ATTN: HELEN BLENNER HASSETT<br>PO BOX 405828<br>ATLANTA, GA 30384-5800 | **20 LARGEST CREDITOR / POC ADDRESS**<br>GUANGZHOU ZHAO QI TRADING CO. LTD<br>BROWN & JOSEPH, LTD C/O DON LEVITON<br>PO BOX 59838<br>SCHAUMBURG, IL 60159-0838 | **20 LARGEST CREDITOR**<br>GUANGZHOU ZHAO QI TRADING CO., LTD<br>RM.914 PROFIT PLAZA NO. 76<br>WEST HUANG PU ROAD<br>GUANGZHOU, CHINA |
| **20 LARGEST CREDITOR**<br>GWO UEI METALS INDUSTRY CO., LTD.<br>ATTN: BEN HUANG<br>NO.15, CHI-SHING ST.<br>HOW LII TAICHU HSIEN<br>TAIWAN, ROC | **20 LARGEST CREDITOR**<br>HANKYU HASHIN EXPRESS(USA) INC<br>ATTN: NORIKO UEGO<br>PO BOX 515438<br>LOS ANGELES, CA 90051-6738 | **20 LARGEST CREDITOR**<br>HICKS PENSION SERVICES<br>3459 W. SHAW AVE.<br>FRESNO, CA 93711-3204 |
| **20 LARGEST CREDITOR**<br>KIPOR POWER EQUIPMENT INC<br>13009 SE JENNIFER ST., #105<br>CLACKAMAS, OR 97015-9076 | **20 LARGEST CREDITOR**<br>MGS INCORPORATED<br>ATTN: ED BARNETT<br>178 MUDDY CREEK CHURCH ROAD<br>DENVER, PA 17517-9328 | **20 LARGEST CREDITOR / POC ADDRESS**<br>MGS, INC.<br>C/O ROBERT W. PONTZ, ESQ.<br>480 NEW HOLLAND AVENUE, SUITE 6205<br>LANCASTER, PA 17602-2227 |
| **20 LARGEST CREDITOR**<br>SOUTHWEST PRODUCTS CORP<br>ATTN: SHAD SCHAFER<br>P.O. BOX 5079<br>VANCOUVER, WA 98668-5079 | **20 LARGEST CREDITOR / POC ADDRESS**<br>SOUTHWEST PRODUCTS CORPORATION<br>ATTN: SHAD SCHAFER<br>805 BROADWAY ST. #700<br>VANCOUVER WA 98660-3301 | **20 LARGEST CREDITOR**<br>SUMITOMO MITSUI FINANCE & LEASING<br>ATTN: MR. H. YAMADA<br>JOSUIKAI BUILDING, 9TH FLOOR<br>HITOTSUBASHI 2-1-1<br>TOKYO, JAPAN |
| **20 LARGEST CREDITOR**<br>THERMOBILE INDUSTRIES BV<br>ATTN: MAURICE KONIJNENBERG 80 4825 BD<br>BREDA THE NETHERLANDS | **20 LARGEST CREDITOR**<br>THOMAS SALES COMPANY<br>ATTN: RON THOMAS<br>1412 CRESTWAY COURT<br>FALLSTON, MD 21047-1600 | **20 LARGEST CREDITOR**<br>TOP GUN FREIGHT, INC.<br>ATTN: TOMMY<br>38740 SKY CANYON DR., #C<br>MURRIETA, CA 92563-2537 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4820-0772-2575, v. 1/1539-01

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **20 LARGEST CREDITOR**<br>TOTAL QUALITY LOGISTICS, LLC<br>P.O. BOX 634558<br>CINCINNATI, OH 45263-4558 | **20 LARGEST CREDITOR**<br>TRINITY LOGISTICS, INC.<br>PO BOX 62702<br>BALTIMORE, MD 21264-2702 | **20 LARGEST CREDITOR**<br>WELLS FARGO EQUIPMENT FINANCE<br>300 TRI STATE INTERNATIONAL<br>SUITE 400<br>LINCOLNSHIRE, IL 60069-4417 |
| **20 LARGEST CREDITOR**<br>WELLS FARGO EQUIPMENT FINANCE<br>P.O. BOX 7777<br>SAN FRANCISCO, CA 94120-7777 | **INTERESTED PARTY**<br>ADAM D.H. GRANT<br>MICHELLE E. GOODMAN<br>ALPERT, BARR & GRANT<br>6345 BALBOA BLVD., STE. I-300<br>ENCINO, CA 91316-1523 | **INTERESTED PARTY**<br>HENRI R. SCHULLER<br>JEFFREY S. SCHULLER<br>LAW OFFICES OF SCHULLER & SCHULLER<br>12307 VENTURA BLVD., STE. 200<br>STUDIO CITY, CA 91604-2510 |
| **INTERESTED PARTY**<br>MICHAEL A. GOLD<br>JEFFER, MANGELS, BUTLER & MITCHELL<br>1900 AVENUE OF THE STARS<br>7TH FLOOR<br>LOS ANGELES, CA 90067 | **INTERESTED PARTY**<br>JOSEPH A. PERTEL<br>THE LAW OFFICES OF JOSEPH A. PERTEL<br>1717 FOURTH STREET, SUITE 300<br>SANTA MONICA, CA 90401 | **INTERESTED PARTY**<br>ADAM D.H. GRANT<br>MICHELLE E. GOODMAN<br>ALPERT, BARR & GRANT<br>6345 BALBOA BLVD., STE. I-300<br>ENCINO, CA 91316-1523 |
| **REQUEST FOR SPECIAL NOTICE**<br>COMMONWEALTH OF PENNSYLVANIA<br>COLLECTIONS SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS STREET, ROOM 702<br>HARRISBURG, PA 17121 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

4820-0772-2575, v. 1/1539-01

**F 9013-3.1.PROOF.SERVICE**