1  RICHARD A. MARSHACK, #107291
   rmarshack@marshackhays.com
2  CHAD V. HAES, #267221
   chaes@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for THE OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS
7

8                      UNITED STATES BANKRUPTCY COURT

9            CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA DIVISION

10

11 | In re | Case No. 9:17-bk-11363-DS |
   | --- | --- |
12 | RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation, | Chapter 11 |
13 | | STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE CHAPTER 11 TRUSTEE TO ASSIGN CLAIMS |
14 | Debtor and Debtor-in-Possession. | |
15 | | |
16 | | [No Hearing Needed Pursuant to Local Bankruptcy Rule 9013-1(o)(1)] |
17 | | |

18

19 TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE,

20 THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

21      The Official Committee of Unsecured Creditors of Rajysan, Inc. dba MMD Equipment

22 ("Committee") and the duly-appointed Chapter 11 Trustee of the bankruptcy estate of Rajysan, Inc.

23 dba MMD Equipment ("Trustee" and collectively with the Committee, the "Parties") by and through

24 their counsel of record, hereby move this Court for an order assigning and conferring standing upon

25 the Trustee to prosecute certain claims of the Debtor's bankruptcy estate ("Estate") which have been

26 previously assigned to the Committee based on the following facts:

27 / / /

28 / / /

- 1 -
STIPULATION ASSIGNING CLAIMS

186729v1/1239-008

**Recitals**

A.     On July 29, 2017 ("Petition Date"), Rajysan, Inc. dba MMD Equipment ("Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

B.     On August 31, 2017, the United States Trustee filed a notice of appointment and appointment of committee members to serve on the committee of creditors ("Committee"). Collectively, and without taking into account proofs of claim of the various insiders of Debtor and their related entities, the members of the Committee hold approximately 70% of the scheduled unsecured debt in this bankruptcy case.

C.     Prepetition, Debtor made one or more transfers to or for the benefit of Amarjit Sahani, Rajinder Sahani, Gurpreet Sahani (collectively, the "Insiders"). The Committee contends that the transfers can and should be avoided pursuant to 11 U.S.C. Sections 544-551 and under applicable state and federal law. The Committee believes that additional claims against the Insiders exist. All potential claims against the Insiders shall be collectively referred to herein as the "Insider Claims"

D.     Other avoidance actions and claims against non-insiders may exist ("Third-Party Claims").

E.     In order to avoid any conflict or appearance of impropriety, the Committee, Debtor, and Insiders previously agreed to confer standing on the Committee to prosecute the Insider Claims and the Third-Party Claims.

F.     On February 20, 2018, the Committee, Debtor, and Insiders filed a Stipulation to Assign and Toll Claims ("Stipulation"). On February 27, 2018, the Court approved the Stipulation and entered the Order.

G.     On August 6, 2018, the Committee filed an adversary complaint against the Insiders ("Insider Adversary"). The amount in controversy exceeds $13 million. The Insider Adversary is currently pending.

H.     On September 19, 2018, the Committee filed other adversary complaints against five separate taxing agencies ("Tax Adversaries") seeking to recover fraudulent transfers made by Debtor on account of the personal tax liabilities of the Insiders. The total combined amount in controversy

regarding the Tax Adversaries is approximately $5 million. The Tax Adversaries also remain pending.

On May 3, 2019, the Court entered an order appointing Chapter 11 trustee pursuant to 11 U.S.C. § 1104(a).

I.  On May 7, 2019, Sandra K. McBeth ("Trustee") filed a notice of appointment and acceptance of trustee.

J.  On June 27, 2019, the Committee filed a motion to abandon its interest in certain causes of action ("Motion to Abandon"). The Motion to Abandon sought authority to either abandon or assign to the Trustee:

- Potential claims against Alliance North America ("ANA Claims");
- Potential claims against GemCap Lending ("GemCap Claims");
- Potential claims against Sumitomo Mitsui Finance & Leasing Co. ("Sumitomo Claims"); and
- All other potential avoidance actions ("Nominal Claims").

K.  On July 15, 2019, the Trustee requested that the Committee assign to the Trustee (rather than abandon) the ANA Claims, GemCap Claims, Sumitomo Claims, and Nominal Claims (collectively, the "Subject Claims") and voluntarily dismiss the Motion to Abandon.

L.  Subject to court approval, the Parties agree that the Subject Claims shall be assigned from the Committee to the Trustee. However, the assignment set forth herein does not include the Insider Adversary, the Tax Adversaries, or the underlying claims asserted in the pending adversaries.

**Agreement**

1.  The Committee stipulates that standing to prosecute the Subject Claims shall be conferred on the Trustee. This grant of standing includes the power to file, prosecute, settle, and collect any judgment obtained in actions filed pursuant to this Stipulation.

2.  In prosecuting the Subject Claims, the Trustee shall obtain Court authorization in any circumstance where the Debtor or the Committee would have been required to obtain such authorization (*e.g.* to settle a claim).

3. This Stipulation does not require the Trustee to file any such actions and the Trustee shall have the absolute right to decline to prosecute any of the Subject Claims. In the event the Trustee decides not to prosecute a Subject Claim, or that further prosecution of a Subject Claim is not warranted, then the Trustee has standing to and shall seek authorization to abandon such claim under 11 U.S.C. § 554.

4. Nothing herein shall be interpreted as an assignment, waiver, or release by the Committee of the Insider Adversary, the Tax Adversaries, or the underlying claims asserted in the pending adversaries.

5. Upon entry of an order approving this Stipulation, the Motion to Abandon shall be deemed voluntarily dismissed.

6. This Stipulation may be executed by facsimile or electronic signature and in any number of counterparts and by the different parties on separate counterparts. Each such counterpart shall be deemed an original, but all such counterparts together shall constitute one and the same Stipulation.

Dated: July 17, 2019        MARSHACK HAYS LLP

By: /s/ Chad V. Haes
RICHARD A. MARSHACK
CHAD V. HAES
Counsel for THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Dated: July 17, 2019        LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: _____
TIM J. YOO
Counsel for SANDRA MCBETH, CHAPTER 11 TRUSTEE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE CHAPTER 11 TRUSTEE TO ASSIGN CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 18, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 18, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
RAJYSAN, INC.
4175 GUARDIAN STREET
SIMI VALLEY, CA 93063-3382

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 18, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery
PRESIDING JUDGE'S COPY
Bankruptcy Judge Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 18, 2019 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
4847-9132-4315, v. 1/1539-001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:
   - **CREDITOR BMW BANK OF NORTH AMERICA:** Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
   - **CREDITOR BMW BANK OF NORTH AMERICA DEPARTMENT:** Bhagwati Barot    bbarot@aissolution.com
   - **INTERESTED PARTY COURTESY NEF:** Linda S Blonsley    blonsleylawecf@gmail.com, joe@blonsleylaw.com;lawbr69955@notify.bestcase.com;lblonsley@blonsleylaw.com
   - **CREDITOR BORSTEIN ENTERPRISES:** Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
   - **INTERESTED PARTY ALLIANCE NORTH AMERICA, INC.:** Cathrine M Castaldi    ccastaldi@brownrudnick.com
   - **3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Lisa W Chao    lisa.chao@doj.ca.gov
   - **DEFENDANT LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR:** Jacquelyn H Choi    jchoi@swesq.com
   - **3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD, 3RD PARTY DEFENDANT GURMEET SAHANI, 3RD PARTY DEFENDANT JASMINE SAHANI, AND CREDITOR GURMEET SAHANI:** Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Victoria@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com
   - **UNITED STATES TRUSTEE (ND):** Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
   - **CREDITOR SUMITOMO MITSUI FINANCE AND LEASING CO., LTD.:** Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
   - **INTERESTED PARTY COURTESY NEF:** Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
   - **DEBTOR RAJYSAN, INC.:** Andrew Goodman    agoodman@andyglaw.com
   - **CREDITORS COMMITTEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Chad V Haes    chaes@marshackhays.com, 8649808420@filings.docketbird.com
   - **CREDITORS COMMITTEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
   - **INTERESTED PARTY COURTESY NEF:** Richard E Hettinger    rhettinger@davidsontroilo.com
   - **3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** John C Keith    john.keith@doj.ca.gov
   - **CREDITOR WELLS FARGO BANK, N.A.:** Raffi Khatchadourian    raffi@hemar-rousso.com
   - **CREDITOR BRUCE MILLER & ASSOCIATES:** Mark J Krone    mk@amclaw.com, maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com
   - **CALIFORNIA FRANCHISE TAX BOARD, AMARJIT SAHANI, GURPREET SAHANI, RAJINDER SAHANI, SHANEEN SAHANI, GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017:** Lewis R Landau    Lew@Landaunet.com
   - **INTERESTED PARTY AIRMAN USA CORPORATION AND HOKUETSU INDUSTRIES CO., LTD.:** Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
   - **CREDITOR GURMEET SAHANI:** Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com
   - **INTERESTED PARTY COURTESY NEF:** Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.com
   - **CREDITOR COMMITTEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Judith E Marshack    jmarshack@marshackhays.com, 8649808420@filings.docketbird.com
   - **CREDITOR COMMITTEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Richard A Marshack    rmarshack@marshackhays.com, lbuchanan@marshackhays.com;8649808420@filings.docketbird.com
   - **TRUSTEE SANDRA MCBETH (TR):** Sandra McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
   - **CREDITOR GURMEET SAHANI:** Monserrat Morales    Monsi@MarguliesFaithLaw.com, Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com
   - **CREDITOR BMW BANK OF NORTH AMERICA:** Dipika Parmar    dipika.parmar@aissolution.com
   - **3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Laura E Robbins    Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
   - **INTERNAL REVENUE SERVICE AND UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** Valerie Smith    claims@recoverycorp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

4847-9132-4315, v. 1/1539-001

- **CREDITOR GURMEET SAHANI:** Jay M Spillane    jspillane@spillaneplc.com, cdale@spillaneplc.com;smargetis@spillaneplc.com
- **CREDITOR BEXAR COUNTY:** Don Stecker
- **CREDITOR BEXAR COUNTY:** Don Stecker    don.stecker@lgbs.com
- **CREDITOR SOUTHWEST PRODUCTS CORPORATION:** Thomas W Stilley    tstilley@sussmanshank.com, jhume@sussmanshank.com
- **UNITED STATES TRUSTEE (ND):** United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- **TRUSTEE SANDRA MCBETH (TR):** Timothy J Yoo    tjy@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4847-9132-4315, v. 1/1539-001