D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
SANDRA K. McBETH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH UNITED STATES OF AMERICA<br><br>Date:  November 18, 2025<br>Time:  1:00 p.m.<br>Ctrm:  1639[1]<br>Location: Edward R. Roybal Federal Building<br>    and United States Courthouse,<br>    255 E. Temple St.,<br>    Los Angeles, CA 90012 |

TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on November 18, 2025, at 1:00 p.m., in Courtroom 1639, in the above-entitled Court, before the Honorable Deborah J. Saltzman, a hearing will be held on the motion ("Motion") to approve the settlement agreement ("Agreement") between the Trustee, on the one hand, and the United States of America, on behalf of its agency the Internal Revenue Service

---

[1] All appearances – whether in person, with video, or by phone – at hearings before Judge Saltzman must be registered in advance no later than 12:00 noon the day before the hearing by following the procedure set forth under the "Phone/Video Appearances" tab at the following link: https://www.cacb.uscourts.gov/judges/honorable-deborah-j-saltzman.

("USA"), on the other hand, filed by Sandra K. McBeth, in her capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Rajysan, Inc., dba MMD Equipment ("Debtor").

By the Motion, the Trustee requests entry of an order approving the Agreement, which resolves the Trustee's adversary proceeding against the USA (Case No. 9:18-AP-01052) in its entirety. In exchange, no later than 150 days after entry of a Court order approving the Agreement that is final (*i.e.*, no longer subject to appeal), or within such later time to which the Trustee and the USA agree in writing, the USA shall pay $13,812.99 to the Trustee. This payment amount is half of the amount in controversy in the USA litigation following the Supreme Court's decision in *United States v. Miller*, 604 U.S. __, 145 S.Ct. 839 (March 26, 2025).

For the reasons set forth in more detail in the Motion, the Trustee believes, in her business judgment, that the compromise set forth in the Agreement is in the best interest of creditors and the estate. If, however, if you object to the Motion, pursuant to Rule 9013-1 of the Local Bankruptcy Rules ("LBR"), any opposition must be filed with the court no later than fourteen (14) days prior to the date of the hearing on the Motion. You must file your opposition with the Clerk of the United States Bankruptcy Court. You must also serve a copy of your objection upon D. Edward Hays, Chad V. Haes, and Bradford N. Barnhardt no later than fourteen (14) days prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this motion, and upon the Office of the United States Trustee at 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. Any failure to timely file and serve an opposition may result in a waiver of any such opposition and the court may enter an order granting the motion without further notice.

Dated: October 28, 2025                    Respectfully submitted,

                                           MARSHACK HAYS WOOD LLP

                                           By: */s/ Bradford N. Barnhardt*
                                               D. EDWARD HAYS
                                               CHAD V. HAES
                                               BRADFORD N. BARNHARDT
                                               Attorneys for Chapter 7 Trustee,
                                               SANDRA K. McBETH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH UNITED STATES OF AMERICA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 28, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.**  **SERVED BY UNITED STATES MAIL**: On **October 28, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**RTD 12/27/23 UTF**
**DEBTOR**
RAJYSAN, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE
~~4175 GUARDIAN STREET~~
~~SIMI VALLEY, CA 93063~~

☒ Service information continued on attached page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE CENTRAL GUIDE SUPPLEMENT TO LBR 5005-2(d), SERVING A JUDGE'S COPY OF DOCUMENTS, §2.2(c), A NON-HEARING MOTION WHEN THE RESPONSE DEADLINE HAS NOT PASSED SHOULD NOT BE SERVED UPON THE JUDGE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 28, 2025 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **Bret D. Allen**   ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
   - **Todd M Arnold**   tma@lnbyg.com
   - **Bhagwati Barot**   bbarot@aissolution.com
   - **Linda S Blonsley**   blonsleylawecf@gmail.com, joe@blonsleylaw.com;lawbr69955@notify.bestcase.com;lblonsley@blonsleylaw.com
   - **Jess R Bressi**   jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
   - **Cathrine M Castaldi**   ccastaldi@brownrudnick.com
   - **Lisa W Chao**   lisa.chao@doj.ca.gov
   - **Jacquelyn H Choi**   jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
   - **Christopher J. Dylla**   Christopher.Dylla@azag.gov
   - **Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
   - **Brian David Fittipaldi**   brian.fittipaldi@usdoj.gov
   - **Jeffrey Garfinkle**   jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
   - **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
   - **Jeffrey I Golden**   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
   - **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
   - **Adam D Grant**   agrant@alpertbarr.com, aeichelberger@alpertbarr.com
   - **Barbara R Gross**   barbara@bgross.law, luz@bgross.law
   - **Chad V Haes**   chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com
   - **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
   - **Richard E Hettinger**   rhettinger@davidsontroilo.com
   - **Stephen E Hyam**   stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
   - **John C Keith**   john.keith@doj.ca.gov
   - **Raffi Khatchadourian**   raffi@hemar-rousso.com
   - **Mark J Krone**   mk@amclaw.com, maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com
   - **Lewis R Landau**   Lew@Landaunet.com
   - **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
   - **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
   - **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
   - **Judith E Marshack**   jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
   - **Richard A Marshack**   rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
   - **Sandra McBeth (TR)**   jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
   - **Monserrat Morales**   Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
   - **John M O'Donnell**   john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
   - **Carmela Pagay**   ctp@lnbyg.com
   - **Dipika Parmar**   dipika.parmar@aissolution.com
   - **Kurt Ramlo**   kr@lnbyg.com, kr@ecf.courtdrive.com
   - **Laura E Robbins**   Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
   - **Najah J Shariff**   najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
   - **Jay M Spillane**   jspillane@spillaneplc.com, cdale@spillaneplc.com;smargetis@spillaneplc.com
   - **Don Stecker**
   - **Don Stecker**   don.stecker@lgbs.com
   - **John M Stern**   bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov
   - **Thomas W Stilley**   tstilley@sussmanshank.com, jhume@sussmanshank.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                F 9013-3.1.PROOF.SERVICE

- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Timothy J Yoo**    tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL: CONTINUED:**

**INTERESTED PARTY**
INTERNAL REVENUE SERVICE (IRS)
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**INTERSTED PARTY**
INTERNAL REVENUE SERVICE (IRS)
CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE FEDERAL BUILDING,
ROOM 7516
300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012

**INTERESTED PARTY**
INTERNAL REVENUE SERVICE (IRS)
UNITED STATES DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION
P. O. BOX 683
WASHINGTON, DC 20044

**INTERESTED PARTY**
LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54110
LOS ANGELES, CA 90054-0110

**LARGEST 20 UNSECURED CREDITORS**
GWO UEI METALS INDUSTRY CO., LTD.
NO.15, CHI-SHING ST.
HOW LII TAICHU HSIEN
TAIWAN, ROC

**LARGEST 20 UNSECURED CREDITORS**
SUMITOMO MITSUI FINANCE & LEASING
JOSUIKAI BUILDING
9TH FLOOR
HITOTSUBASHI 2-1-1
TOKYO, JAPAN

**LARGEST 20 UNSECURED CREDITORS**
SUMITOMO MITSUI FINANCE AND LEASING CO., LTD.
1-2-3 MARUNOUCHI
CHIYODA-KU, TOKYO 100-8287
JAPAN

**LARGEST 20 UNSECURED CREDITORS**
THERMOBILE INDUSTRIES BV
KONIJNENBERG 80 4825 BD
BREDA THE NETHERLANDS

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
ARMANINO, LLP
12657 ALCOSTA BOULEVARD #500
SAN RAMON, CA 94583-4406

**LARGEST 20 UNSECURED CREDITORS**
AVA LOGISTICS
3495 LAKESIDE DR
SUITE 254
RENO, NV 89509-4841

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
AVA LOGISTICS LLC
C/O BRIAN SCHUSTERMAN,
MCDONALD CARANO LLP
P.O. BOX 2670
RENO, NV 89505-2670

**LARGEST 20 UNSECURED CREDITORS**
C.H. ROBINSON WORLDWIDE, INC
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
C.H. ROBINSON WORLDWIDE, INC
14701 CHARLSON ROAD
EDEN PRAIRIE, MN 55347

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
EPIC FREIGHT SOLUTIONS, LLC
ATTN: LEGAL DEPARTMENT
3200 OLYMPUS BLVD, SUITE 300
DALLAS, TX 75019

**LARGEST 20 UNSECURED CREDITORS**
GREATWIDE DALLAS MAVIS LLC
7150 CABOT BOULEVARD WEST
LANGHORNE, PA 19047

**LARGEST 20 UNSECURED CREDITORS**
GREATWIDE DALLAS MAVIS LLC
3819 TOWNE CROSSING BLVD., STE. 100
MESQUITE, TX 75150

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                               F 9013-3.1.PROOF.SERVICE

| **LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**<br>GUANGZHOU ZHAO QI TRADING CO. LTD<br>BROWN & JOSEPH, LTD C/O DON LEVITON<br>PO BOX 59838<br>SCHAUMBURG, IL 60159-0838 | **LARGEST 20 UNSECURED CREDITORS**<br>HANKYU HASHIN EXPRESS (USA) INC.<br>C/O TAKASHI OKUGAWA, AGENT FOR SERVICE OF PROCESS<br>1561 BEACHEY PLACE<br>CARSON, CA 90746 | **LARGEST 20 UNSECURED CREDITORS**<br>HICKS PENSION SERVICES<br>3459 W. SHAW AVE.<br>FRESNO, CA 93711-3204 |
|---|---|---|
| **LARGEST 20 UNSECURED CREDITORS**<br>KIPOR POWER EQUIPMENT INC<br>C/O CHARLES BOYD HIGGINS<br>13009 SE JENNIFER STREET, SUITE 105<br>CLAKAMAS, OR 97015 | **LARGEST 20 UNSECURED CREDITORS**<br>KIPOR POWER EQUIPMENT INC<br>9464 GEISLER ROAD<br>EDEN PRAIRIE, MN 55347 | **LARGEST 20 UNSECURED CREDITORS**<br>MGS INCORPORATED<br>178 MUDDY CREEK CHURCH ROAD<br>DENVER, PA 17517-9328 |
| **LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**<br>MGS, INC.<br>C/O ROBERT W. PONTZ, ESQ.<br>480 NEW HOLLAND AVENUE, SUITE 6205<br>LANCASTER, PA 17602-2227 | **LARGEST 20 UNSECURED CREDITORS**<br>SOUTHWEST PRODUCTS CORP<br>CORPORATION SERVICE COMPANY<br>7955 S PRIEST DR, SUITE 102<br>TEMPE, AZ 85284 | **LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**<br>SOUTHWEST PRODUCTS CORPORATION<br>805 BROADWAY ST. #700<br>VANCOUVER WA 98660-3301 |
| **LARGEST 20 UNSECURED CREDITORS**<br>THOMAS SALES COMPANY<br>1412 CRESTWAY COURT<br>FALLSTON, MD 21047-1600 | **LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**<br>TOP GUN FREIGHT, INC.<br>38740 SKY CANYON DR., SUITE C<br>MURRIETA, CA 92563-2537 | **LARGEST 20 UNSECURED CREDITORS**<br>TOTAL QUALITY LOGISTICS, LLC<br>P.O. BOX 634558<br>CINCINNATI, OH 45263-4558 |
| **LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**<br>TOTAL QUALITY LOGISTICS, LLC<br>ATTN: JOSEPH B. WELLS, ASSET CORPORATE COUNSEL<br>4289 IVY POINTE BLVD.<br>CINCINNATI, OH 45245 | **LARGEST 20 UNSECURED CREDITORS**<br>TRINITY LOGISTICS, INC.<br>50 FALLON AVENUE<br>SEAFORD, DE 19973 | **LARGEST 20 UNSECURED CREDITORS**<br>WELLS FARGO BANK, N.A.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>101 N PHILLIPS AVE<br>SIOUX FALLS, SD 57104 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **LARGEST 20 UNSECURED CREDITORS**<br>WELLS FARGO EQUIPMENT FINANCE<br>P.O. BOX 7777<br>SAN FRANCISCO, CA 94120-7777 | **LARGEST 20 UNSECURED CREDITORS**<br>WELLS FARGO EQUIPMENT FINANCE, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>600 SOUTH 4TH STREET, 10TH FLOOR<br>MINNEAPOLIS, MN 55415 | **CREDITOR / POC ADDRESS**<br>BMW BANK OF NORTH AMERICA<br>4515 N SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK 73118 |
| **CREDITOR**<br>BMW BANK OF NORTH AMERICA DEPARTMENT<br>ASCENSION CAPITAL GROUP<br>ACCOUNT: XXXXX9426<br>1212 CORPORATE DRIVE<br>IRVING, TX 75038 | **CREDITOR**<br>COMMONWEALTH OF PENNSYLVANIA<br>COLLECTIONS SUPPORT UNIT<br>ATTN: DEB SECREST<br>651 BOAS STREET, ROOM 702<br>HARRISBURG, PA 17121 | **CREDITOR**<br>ATTORNEY GENERAL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON DC 20044 |
| **CREDITOR**<br>CIVIL PROCESS CLERK<br>UNITED STATES ATTORNEY'S OFFICE<br>FEDERAL BUILDING, ROOM 7516<br>300 NORTH LOS ANGELES STREET<br>LOS ANGELES, CA 90012 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>INSOLVENCY GROUP 4<br>55 SO MARKET STREET<br>M/S HQ5430<br>SAN JOSE, CA 95113 |
| **CREDITOR**<br>AC BUSINESS MEDIA, INC<br>201 N. MAIN STREET<br>FORT ATKINSON, WI 53538-1809 | **CREDITOR**<br>ACTION TRANSPORTATION, INC<br>PO BOX 153<br>MEDFORD, OR 97501-0011 | **CREDITOR / POC ADDRESS**<br>ACTION TRANSPORTATION, INC<br>MICHAEL J. MAYERLE<br>14 N. CENTRAL AVE., STE. 104<br>MEDFORD, OR 97501 |
| **CREDITOR**<br>AIRGAS USA, LLC<br>PO BOX 935300<br>LONG BEACH, CA 90809-3500 | **CREDITOR**<br>ALAMO INDUSTRIAL GROUP, INC<br>PO BOX 200426<br>SAN ANTONIO, TX 78220-0426 | **CREDITOR**<br>ALL VALLEY HOSE & INDUSTRIAL SUPPLY<br>16735 SATICOY ST #107<br>VAN NUYS, CA 91406-2700 |
| **CREDITOR / POC ADDRESS**<br>ALLIED ELECTRONICS, INC. ACCTS.<br>P.O. BOX 2325<br>FORT WORTH, TX 76113-2325 | **CREDITOR**<br>ALTERITY, INC.<br>600 SIX FLAGS DRIVE, SUITE 642<br>ARLINGTON, TX 76011-6332 | **CREDITOR**<br>AMARJIT SAHANI<br>5352 TAMPA AVENUE<br>TARZANA, CA 91356-3023 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **CREDITOR**<br>AMERICAN EXPRESS<br>POST OFFICE BOX 0001<br>LOS ANGELES, CA 90096-0001 | **CREDITOR / POC ADDRESS**<br>AMERICAN EXPRESS TRAVEL<br>RELATED SERVICES COMPANY INC.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | **CREDITOR**<br>AMERICAN PACIFIC INDUSTRIES, INC.<br>8320 EAST HARTFORD DRIVE<br>SCOTTSDALE, AZ 85255-5590 |
| **CREDITOR / POC ADDRESS**<br>AMERICAN RENTAL ASSOCIATION<br>1900 19TH STREET<br>MOLINE, IL 61265-4198 | **CREDITOR**<br>AMERIGAS PROPANE LP<br>P.O. BOX 7155<br>PASADENA, CA 91109-7155 | **CREDITOR**<br>ANDERSON RUBBISH DISPOSAL<br>195 W LOS ANGELES AVE<br>SIMI VALLEY, CA 93065 |
| **CREDITOR**<br>APPLIED INDUSTRIAL TECHNOLOGIES<br>22510 NETWORK PLACE<br>CHICAGO, IL 60673-1225 | **CREDITOR**<br>ARCTIC FOX, LLD<br>26207 NETWORK PLACE<br>CHICAGO, IL 60673-1262 | **CREDITOR**<br>ARONSON MANUFACTURING<br>7640 GLORIA AVENUE<br>VAN NUYS, CA 91406-1800 |
| **CREDITOR**<br>AT&T<br>P.O. BOX 5025<br>CAROL STREAM, IL 60197-5025 | **CREDITOR / POC ADDRESS**<br>AT&T CORP<br>C/O AT&T SERVICES, INC.<br>KAREN A. CAVAGNARO-LEAD PARALEGAL<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921 | **CREDITOR / POC ADDRESS**<br>AT&T MOBILITY II LLC<br>C/O AT&T SERVICES, INC.<br>KAREN A. CAVAGNARO-LEAD PARALEGAL<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921 |
| **CREDITOR**<br>ATHLON GENERATOR LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>15885 KINGS HWY, RM DR8<br>MONTROSS, VA 22520 | **CREDITOR**<br>AVALARA, INC.<br>255 S KING ST STE 1800<br>SEATTLE WA 98104 | **CREDITOR**<br>AVALARA, INC.<br>C/O CT CORPORATION SYSTEM<br>818 WEST SEVENTH STREET, SUITE 930<br>LOS ANGELES, CA 90017 |
| **CREDITOR**<br>AVENGER LOGISTICS<br>P.O. BOX 16638<br>CHATTANOOGA, TN 37416-0638 | **CREDITOR**<br>B&B FORKLIFT<br>15981 YARNELL<br>SUITE 248<br>SYLMAR, CA 91342-1052 | **CREDITOR**<br>BAILEY SALES & MARKETING<br>88 MAPLE AVE<br>HAMBURG, NY 14075-4808 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          F 9013-3.1.PROOF.SERVICE

| **CREDITOR / POC ADDRESS**<br>BARCO RENT A TRUCK<br>717 SOUTH 5600 WEST<br>SALT LAKE CITY, UT 84104-5301 | **CREDITOR / POC ADDRESS**<br>BASLER ELECTRIC COMPANY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>7990 SOLUTIONS CENTER<br>CHICAGO, IL 60677-7009 | **CREDITOR**<br>BATTERYSTUFF.COM<br>276 TECH WAY<br>GRANTS PASS, OR 97526-8530 |
|---|---|---|
| **CREDITOR**<br>BAY ALARM COMPANY<br>P.O. BOX 7137<br>SAN FRANCISCO, CA 94120-7137 | **CREDITOR**<br>BEATRICE COOKSON<br>23956 PARK GRANADA<br>CALABASAS, CA 91302-2504 | **CREDITOR**<br>BIGBEE ENGINEERING<br>2679 MANHATTAN BEACH BOULEAVARD<br>REDONDO BEACH, CA 90278-1672 |
| **CREDITOR**<br>BLUE SHIELD OF CALIFORNIA<br>P.O. BOX 749415<br>LOS ANGELES, CA 90074-9415 | **CREDITOR**<br>BLUEGRACE<br>DEPT 108<br>P.O. BOX 4964<br>HOUSTON, TX 77210-4964 | **CREDITOR**<br>BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| **CREDITOR**<br>BMW OF NORTH AMERICA, LLC<br>P.O. BOX 78066<br>PHOENIX, AZ 85062-8066 | **CREDITOR / POC ADDRESS**<br>BORSTEIN ENTERPRISES<br>ATTN CRAIG BORSTEIN<br>11766 WILSHIRE BOULEVARD, SUITE 820<br>LOS ANGELES, CA 90025-6590 | **CREDITOR**<br>BP LUBRICANTS USA, INC<br>C/O C T CORPORATION SYSTEM<br>208 SO LASALLE ST, SUITE 814<br>CHICAGO ,IL 60604-1101 |
| **CREDITOR**<br>BRIAN SCHUSTERMAN C/O MCDONALD CARANO LLP<br>P.O. BOX 2670<br>RENO, NV 89505-2670 | **CREDITOR**<br>BROOME  & ASSOCIATES<br>PO BOX 862035<br>MARIETTA, GA 30062-0001 | **CREDITOR**<br>BUDD LOGISTICS<br>C/O ASHTON & WEINBERG<br>800 OAKLAWN AVENUE, SUITE C203<br>CRANSTON, RI 02920 |
| **CREDITOR**<br>BUYERS PRODUCTS CO<br>P.O. BOX 74237<br>CLEVELAND, OH 44194-0313 | **CREDITOR / POC ADDRESS**<br>CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION FUNCTIONAL SUCCESSOR TO BOARD OF EQUALIZATION<br>SPECIAL OPS, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | **CREDITOR / POC ADDRESS**<br>CDW<br>ATTN: VIDA KRUG<br>200 N. MILWAUKEE AVE.<br>VERNON HILLS IL 60061-1577 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                         F 9013-3.1.PROOF.SERVICE

| **CREDITOR**<br>CDW DIRECT, LLC<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 | **CREDITOR**<br>CELL ENERGY INC.<br>C/O HENRIK MORTENSEN, AGENT<br>FOR SERVICE OF PROCESS<br>3904 WINTERS ST<br>SACRAMENTO, CA 95838 | **CREDITOR**<br>CEQUENT PERFORMANCE<br>PRODUCTS<br>47912 HALYARD DR,<br>SUITE 100<br>PLYMOUTH, MI 48170-2454 |
|---|---|---|
| **CREDITOR**<br>CHARLES V. CURLEY, ESQ.<br>1100 E. HECTOR STREET<br>SUITE 425<br>CONSHOHOCKEN, PA 19428-2353 | **CREDITOR**<br>CHRISTOPHER MCGILL<br>P.O. BOX 150<br>WILMINGTON, NY 12997-0150 | **CREDITOR**<br>CINTAS CORPORATION<br>P.O. BOX 88005<br>CHICAGO, IL 60680-1005 |
| **CREDITOR**<br>CITY ELECTRIC SUPPLY<br>800 NORTH VICTORY<br>BOULEVARD<br>BURBANK, CA 91502-1630 | **CREDITOR / POC ADDRESS**<br>CITY OF SAN ANTONIO<br>100 W. HOUSTON STREET, 18TH<br>FLOOR<br>SAN ANTONIO, TX 78205 | **CREDITOR**<br>CITY OF SAN ANTONIO SAPD<br>ALARMS<br>315 S. SANTA ROSA<br>SAN ANTONIO, TX 78207-4557 |
| **CREDITOR**<br>CITY OF SIMI VALLEY<br>C/O DAVID L. CACERES, CITY<br>ATTORNEY<br>2929 TAPO CANYON ROAD<br>SIMI VALLEY, CA 93063-2117 | **CREDITOR / POC ADDRESS**<br>CNA COMMERCIAL INSURANCE<br>500 COLONIAL CENTER PARKWAY<br>LAKE MARY, FL 32746 | **CREDITOR / POC ADDRESS**<br>COAST TO COAST COMPUTER<br>PRODUCTS, INC.<br>4277 VALLEY FAIR STREET<br>SIMI VALLEY, CA 93063-2940 |
| **CREDITOR**<br>COLONIAL BANKNOTE COMPANY<br>155 WILD HEDGE LANE<br>MOUNTAINSIDE, NJ 07092-2520 | **CREDITOR / POC ADDRESS**<br>CONTROL DEVICES, LLC<br>ATTN: OFFICER, A MANAGING OR<br>GENERAL AGENT, OR TO ANY OTHER<br>AGENT AUTHORIZED BY<br>APPOINTMENT OR LAW TO RECEIVE<br>SERVICE OF PROCESS<br>1555 LARKIN WILLIAMS ROAD<br>FENTON, MO 63026 | **CREDITOR**<br>CONTROL DEVICES, LLC<br>P.O. BOX 8862<br>CAROL STREAM, IL 60197-8862 |
| **CREDITOR**<br>COOPER WIRING DEVICES<br>28368 NETWORK PLACE<br>CHICAGO, IL 60673-1283 | **CREDITOR / POC ADDRESS**<br>CORVUS GROUP<br>269 BEATRICE LANE<br>ASTON, PA 19014-2278 | **CREDITOR**<br>COUNTY ASSESSOR<br>COUNTY GOVERNMENT CENTER,<br>ROOM 100<br>SAN LUIS OBISPO, CA 93408-0001 |
| **CREDITOR**<br>COUNTY TAX COLLECTOR<br>P.O. BOX 357<br>SANTA BARBARA, CA 93102-0357 | **CREDITOR / POC ADDRESS**<br>CPS ENERGY - ELECTRIC<br>P.O. BOX 2678<br>SAN ANTONIO, TX 78289-0001 | **CREDITOR**<br>DEEP SEA ELECTRONICS, INC.<br>3230 WILLIAMS AVE<br>ROCKFORD, IL 61101-2668 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                               F 9013-3.1.PROOF.SERVICE

**CREDITOR**
DEMCO DETHMERS
MANUFACTURING CO.
4010 320TH STREET
BOYDEN, IA 51234-7502

**CREDITOR**
DEXTER AXLE COMPANY
26656 NETWORK PLACE
CHICAGO, IL 60673-1266

**CREDITOR**
DHL EXPRESS - USA
16592 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0165

**CREDITOR**
DMV RENEWAL
P.O. BOX 942894
SACRAMENTO, CA 94294-0894

**CREDITOR**
DON LEVITON, ESQ.
3 GOLF CENTER
SUITE 361
HOFFMAN ESTATES, IL 60169-4910

**CREDITOR**
DOUGLASS, INC.
P.O. BOX 175
TRAFALGAR, IN 46181-0175

**CREDITOR**
DRAGOON'S FARM EQUIPMENT
INC.
PO BOX 238-02507
STATE ROUTE 11
MOOERS, NY 12958

**CREDITOR**
DUN & BRADSTREET
P.O. BOX 75434
CHICAGO, IL 60675-5434

**CREDITOR**
ECO, INC.
P.O. BOX 2731
ROCKLIN, CA 95677-8463

**CREDITOR**
EMCO INDUSTRIES
P.O. BOX 671357
DALLAS, TX 75267-1357

**CREDITOR / POC ADDRESS**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR**
ENTERPRISE MANAGEMENT
ADVISORS, LLC
C/O CT CORPORATION SYSTEM
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
FEDEX
P.O. BOX 7221
PASADENA, CA 91109-7321

**CREDITOR**
FIREFLY BUSINESS GROUP
PO BOX 51014
ALBUQUERQUE, NM 87181

**CREDITOR**
FIRST INSURANCE FUNDING CORP.
P.O. BOX 7000
CAROL STREAM, IL 60197-7000

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GEFCO FORWARDING USA
1541 ELMHURST RD
ELK GROVE VLG, IL 60007-6412

**CREDITOR**
GEMCAP
24955 PACIFIC COAST HIGHWAY
SUITE A202
MALIBU, CA 90265-4747

**CREDITOR**
GENERAL CRANE SERVICES, INC.
1606 RIVER WOOD CT
SIMI VALLEY, CA 93063-7405

**CREDITOR**
GIS BENEFITS
P.O. BOX 1806
SAN ANTONIO, TX 78296-1806

**CREDITOR**
GOLDEN STATE WATER COMPANY
PO BOX 9016
SAN DIMAS, CA 91773-9016

**CREDITOR**
GURMEET SAHANI
5007 VANALDEN AVENUE
TARZANA, CA 91356-3905

**CREDITOR**
HOLLYWOOD DELIVERY SERVICE
2828 S WILLOW AVE
BLOOMINGTON, CA 92316-3261

**CREDITOR**
INDU-ELECTRIC NORTH AMERICA,
INC
27756 AVENUE HOPKINS
VALENCIA, CA 91355-1222

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**CREDITOR**
INDUSTRIAL METAL SUPPLY
8300 SAN FERNANDO RD
SUN VALLEY, CA 91352-3222

**CREDITOR**
INKWORKS STORE
30251 GOLDEN LANTERN
LAGUNA NIGUEL, CA 92677-5993

**CREDITOR**
IRON MOUNTAIN
P.O. BOX 601002
PASADENA, CA 91189-1002

**CREDITOR**
JAN-PRO CENTRAL COAST
C/O LINDA ANN SELIG BLONSLEY,
BLONSLEY LAW
800 WELLINGTON STREET
BALTIMORE, MD 21211-2512

**CREDITOR**
JEFFREY S. SCHULLER, ESQ.
SCHULLER & SCHULLER
12307 VENTURA BOULEVARD
STUDIO CITY, CA 91604-2510

**CREDITOR**
JOE BELL & ASSOCIATES
8358 SHOREGATE LANE
KNOXVILLE, TN 37938-7402

**CREDITOR / POC ADDRESS**
JOHNSON CO.
P.O. BOX 27649
SEATTLE, WA 98165-2649

**CREDITOR**
K&N MOBILE DISTRIBUTION SYSTEMS
4909 RONDO DRIVE
FORT WORTH, TX 76106-1824

**CREDITOR**
KAISER FOUNDATION HEALTH PLAN
FILE 5915
LOS ANGELES, CA 90074-5915

**CREDITOR**
KAPLAN HR
5776 LINDERO CANYON RD
SUITE D-246
THOUSAND OAKS, CA 91362-6428

**CREDITOR**
KEEN COMPRESSED GAS
P.O. BOX 15151
WILMINGTON, DE 19850-5151

**CREDITOR**
KELTEC TECHNOLAB
2300 E ENTERPRISE PARKWAY
TWINSBURG, OH 44087-2349

**CREDITOR / POC ADDRESS**
KUBOTA ENGINE AMERICA CORP.
505 SCHELTER ROAD
LINCOLNSHIRE, IL 60069-4220

**CREDITOR**
KUBOTA ENGINE AMERICA CORPORATION
PO BOX 73695
CHICAGO, IL 60673-7695

**CREDITOR**
LANDEGGER BARON LAW GROUP
15760 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA 91436-3042

**CREDITOR**
LANDSBERG
1900 W. UNIVERSITY DRIVE
SUITE 101
TEMPE, AZ 85281-3292

**CREDITOR**
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 NORTH CENTRAL AVE, STE 2300
GLENDALE, CA 91203-1445

**CREDITOR**
LINUXDOCTOR
16460 GUNTHER STREET
GRANADA HILLS, CA 91344-2937

**CREDITOR**
LOJACK
CORPORATION SERVICE COMPANY
84 STATE STREET
BOSTON, MA 02109

**CREDITOR**
M & M FASTENERS SUPPLY, INC.
C/O LOUIS JAY ESBIN
27451 TOURNEY ROAD, SUITE 120
VALENCIA, CA 91355

**CREDITOR**
MARK ELIAS
4805 BELLFLOWER AVE.
WORCESTER, MA 01601

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE

| **CREDITOR**<br>MARK WRIGHT<br>26339 BELLE PORTE AVENUE<br>HARBOR CITY, CA 90710-3736 | **CREDITOR**<br>MARKETING CONCEPTS INC.<br>2302-1 VINSON LANE<br>JACKSONVILLE, FL 32207-9535 | **CREDITOR / POC ADDRESS**<br>MASSACHUSETTS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 9564<br>BOSTON, MA 02114-9564 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>MASSENGALE ARMATURE WORKS, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1031 BASSE ROAD<br>SAN ANTONIO, TX 78212-1099 | **CREDITOR**<br>MCCLELLAND MARKETING INC<br>4557 NORTH SQUARE DRIVE<br>HIGH RIDGE, MO 63049-1963 | **CREDITOR**<br>MCI<br>PO BOX 15043<br>ALBANY, NY 12212-5043 |
| **CREDITOR**<br>MEASUREMENT SPECIALTIES INC.<br>28183 NETWORK PLACE<br>CHICAGO, IL 60673-1281 | **CREDITOR**<br>MERIDIAN PACIFIC SALES, LLC<br>2035 N HILLRIDGE CIRCLE<br>MESA, AZ 85207-2170 | **CREDITOR**<br>MINER CENTRAL TEXAS, LTD<br>11827 TECH COM RD., #115<br>SAN ANTONIO, TX 78233-6015 |
| **CREDITOR / POC ADDRESS**<br>ML MARKETING<br>MARILYN LEVINE<br>4 NICOLE TERRACE<br>EDISON, NJ 08820-4044 | **CREDITOR**<br>MOMENTUM, INC.<br>33 EAST FORT HILL ROAD<br>YONKERS, NY 10710-1207 | **CREDITOR**<br>MORGAN, COHEN & BACH<br>7225 N MONA LISA RD, STE 200<br>TUCSON AZ 85741 |
| **CREDITOR**<br>NAPA AUTO PARTS OF SIMI VALLEY<br>1717 E. LOS ANGELES AVE.<br>SIMI VALLEY, CA 93065-2021 | **CREDITOR**<br>NICK LUCIANO<br>37119 SANDY LANE<br>GRAND ISLAND, FL 32735 | **CREDITOR**<br>ORKIN<br>P.O. BOX 7161<br>PASADENA, CA 91109-7161 |
| **CREDITOR / POC ADDRESS**<br>PACIFIC BELL TELEPHONE COMPANY<br>C/O AT&T SERVICES, INC.<br>KAREN A. CAVAGNARO-LEAD PARALEGAL<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921 | **CREDITOR**<br>PAUL DALY<br>213 TALBOT DRIVE<br>BROOMALL, PA 19008-3728 | **CREDITOR / POC ADDRESS**<br>PAUL DALY<br>KELLE A. KILGRARRIF, CURLEY & ROTHMAN<br>1100 EAST HECTOR STREET, SUITE 425<br>CONSHOHOCKEN, PA 19428 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                                F 9013-3.1.PROOF.SERVICE

**CREDITOR**
PENNWELL CORPORATION
21428 NETWORK PLACE
CHICAGO, IL 60673-1214

**CREDITOR**
PENTON MEDIA, INC
24652 NETWORK PLACE
CHICAGO, IL 60673-1246

**CREDITOR**
PEOPLEREADY INC.
P.O. BOX 31001-0257
PASADENA, CA 91110-0257

**CREDITOR / POC ADDRESS**
PEREGRINE REALTY PARTNERS, INC.
915 WILSHIRE BOULEVARD, SUITE 2060
LOS ANGELES, CA 90017

**CREDITOR**
PHILLIPS 66 CO./SYNCB
P.O. BOX 530970
ATLANTA, GA 30353-0970

**CREDITOR**
PORT AUTHORITY OF SAN ANTONIO
907 BILLY MITCHELL BLVD.
SAN ANTONIO, TX 78226-1802

**CREDITOR**
POWER EQUIPMENT PLUS / RICK LONG
P.O. BOX 14
SAND LAKE, MI 49343-0014

**CREDITOR**
POWER TRIP RENTALS
2501 ORANGE AVE
SIGNAL HILL, CA 90755-3535

**CREDITOR**
PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541-1021

**CREDITOR**
PROTECTION 1
P.O. BOX 219044
KANSAS CITY, MO 64121-9044

**CREDITOR**
RAJINDER SAHANI
5352 TAMPA AVENUE
TARZANA, CA 91356-3023

**CREDITOR**
RED WING SHOES AND REPAIR
757 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91360-6054

**CREDITOR**
REDNECK TRAILER SUPPLIES
C/O CT CORPORATION SYSTEM
330 N BRAND BLVD
GLENDALE, CA 91203

**CREDITOR**
REINHART BOERNER VAN DEUREN
P.O. BOX 2965
MILWAUKEE, WI 53201-2965

**CREDITOR / POC ADDRESS**
REINHART BOERNER VAN DEUREN S.C.
C/O L. KATIE MASON ESQ.
1000 N. WATER ST SUITE 1700
MILWAUKEE, WI 53202-3186

**CREDITOR**
REMX FINANCIAL
P.O. BOX 512007
LOS ANGELES, CA 90051-0007

**CREDITOR**
RENT IT
2081 FIRST STREET, SUITE 200
SIMI VALLEY, CA 93065-2819

**CREDITOR**
RICHARDS INDUSTRIAL, L.L.C.
7931 COASTAL RUN
SAN ANTONIO, TX 78240-2700

**CREDITOR / POC ADDRESS**
ROBERT DECKMAN ADVERTISING
5332 AUTRY AVENUE
LAKEWOOD, CA 90712-2014

**CREDITOR / POC ADDRESS**
RONALD E. ZECK, JR.
33 EAST RATTLING RUN ROAD
MICKLETON, NJ 08056

**CREDITOR**
SAN ANTONIO WATER SYSTEM
P.O. BOX 2990
SAN ANTONIO, TX 78299-2990

**CREDITOR**
SCOTT O. SMITH
BUCHALTER
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-1730

**CREDITOR**
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**CREDITOR / POC ADDRESS**
SOUTHERN CALIFORNIA EDISON
1551 W. SAN BERNARDINO ROAD
COVINA, CA 91722-3407

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE

| **CREDITOR** | **CREDITOR / POC ADDRESS** | **CREDITOR** |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON<br>P.O. BOX 600<br>ROSEMEAD, CA 91771-0001 | SOUTHWESTERN BELL TELEPHONE COMPANY<br>C/O AT&T SERVICES, INC.<br>KAREN A. CAVAGNARO-LEAD PARALEGAL<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921 | SPARKLETTS<br>PO BOX 660579<br>DALLAS, TX 75266-0579 |
| **CREDITOR / POC ADDRESS**<br>STEVEN JAFFE<br>12937 DAUGHTERY DRIVE<br>WINTER GARDEN, FL 34787-6516 | **CREDITOR**<br>STUART C. BRINN, ESQ.<br>150 E. FOURTH STREET<br>4TH FLOOR<br>CINCINNATI, OH 45202-4186 | **CREDITOR**<br>SULLIVAN CURTIS MONROE<br>P.O. BOX 19763<br>IRVINE, CA 92623-9763 |
| **CREDITOR**<br>SUNLIGHT TOWING INC.<br>NO.80, TAISHUN 2ND ST., BEITUN DIST<br>TAICHUNG CITY 40661, TAIWAN | **CREDITOR**<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548, MC-008<br>AUSTIN, TX 78711 | **CREDITOR / POC ADDRESS**<br>THE CARLSTAR GROUP, LLC<br>ATTN: CREDIT DEPT<br>23 WINDHAM BLVD<br>AIKEN, SC 29805 |
| **CREDITOR**<br>THE CARLSTAR GROUP, LLC<br>P.O. BOX 100929<br>PASADENA, CA 91189-0929 | **CREDITOR**<br>THE MPS GROUP<br>12020 WARFIELD ST<br>SAN ANTONIO, TX 78216-3217 | **CREDITOR**<br>TIMOTHY W. FAFINSKI, ESQ.<br>CORPORATE COUNSEL, P.A.<br>3411 BREI KESSEL ROAD<br>MAPLE PLAIN, MN 55359-8747 |
| **CREDITOR**<br>TOD A. PUTNAM<br>11050 PALA PLACE<br>MIRA LOMA, CA 91752-1728 | **CREDITOR**<br>TOD PUTNAM<br>4837 LAUREL RIDGE DR.<br>RIVERSIDE, CA 92509 | **CREDITOR / POC ADDRESS**<br>TOD PUTNAM<br>520 S. SEPULVEDA BLVD. #204<br>LOS ANGELES CA 90049-3534 |
| **CREDITOR**<br>TODD M. LANDER, ESQ.<br>FREEMAN, FREEMAN & SMILEY, LLP<br>1888 CENTURY PARK EAST<br>SUITE 1900<br>LOS ANGELES, CA 90067-1723 | **CREDITOR / POC ADDRESS**<br>TREDIT TIRE & WHEEL CO. INC.<br>3305 CHARLOTTE AVENUE<br>ELKHART, IN 46514 | **CREDITOR**<br>TRINITY STAFFING SERVICES, INC<br>13750 SAN PEDRO #540<br>SAN ANTONIO, TX 78232-4371 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         F 9013-3.1.PROOF.SERVICE

| **CREDITOR** | **CREDITOR** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| UD TRUCKS NORTH AMERICA, INC.<br>7900 NATIONAL SERVICE ROAD<br>GREENSBORO, NC 27409-9416 | ULINE<br>P.O. BOX88741<br>CHICAGO, IL 60680-1741 | ULINE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE, WI 53158 |

| **CREDITOR** | **CREDITOR** | **CREDITOR** |
|---|---|---|
| UNISHIPPERS<br>FILE 2087<br>1801 W. OLYMPIC BOULEVARD<br>PASADENA, CA 91199-0001 | UPS<br>P.O. BOX 894820<br>LOS ANGELES, CA 90189-4820 | UPS FREIGHT<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 |

| **CREDITOR** | **CREDITOR / POC ADDRESS** | **CREDITOR / POC ADDRESS** |
|---|---|---|
| VER SALES INC<br>2509 N. NAOMI STREET<br>BURBANK, CA 91504-3236 | WA DEPARTMENT OF REVENUE<br>2101 4TH AVE SUITE 1400<br>SEATTLE, WA 98121 | WAAG POWDER COATING & SAND BLASTING<br>ATTN: MIKE CALKA<br>16000 STRATHERN STREET<br>VAN NUYS, CA 91406-1316 |

| **CREDITOR / POC ADDRESS** | **CREDITOR** | **CREDITOR** |
|---|---|---|
| WASTE MANAGEMENT OF TEXAS, INC<br>WASTE MANAGEMENT - BANKRUPTCY DEPARTMENT<br>2625 W. GRANDVIEW RD. STE. 150<br>PHOENIX, AZ 85023 | WASTE MANAGEMENT OF TEXAS, INC<br>PO BOX 660345<br>DALLAS, TX 75266-0345 | WAYNE C. STREITZ ON BEHALF OF RONALD E. ZECK, JR.<br>HELMER, CONLEY & KASSELMAN, P.A.<br>181 EAST AVENUE<br>WOODSTOWN, NJ 08098 |

| **CREDITOR** | **CREDITOR** | **CREDITOR** |
|---|---|---|
| WEX, INC.<br>PO BOX 6293<br>CAROL STREAM, IL 60197-6293 | WHOLESALE TRAILER SUPPLY<br>1470 VINCI AVE.<br>SACRAMENTO, CA 95838-1716 | WILLIAM G. FIG, ESQ.<br>1000 SW BROADWAY<br>SUITE 1400<br>PORTLAND, OR 97205-3066 |

| **CREDITOR** | **CREDITOR** | **CREDITOR** |
|---|---|---|
| WOLFE INDUSTRIES INC<br>14420 MARQUART AVE.<br>SANTA FE SPRINGS, CA 90670-5119 | WORLDWIDE EXPRESS<br>850 HAMPSHIRE RD., #S<br>WESTLAKE VILLAGE, CA 91361-6007 | XO COMMUNICATIONS<br>C/O C T CORPORATION SYSTEM<br>208 SO LASALLE ST, SUITE 814<br>CHICAGO, IL 60604-1101 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE

**CREDITOR**
YANMAR DIESEL AMERICA CORP
C/O C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101

**CREDITOR**
YRC FREIGHT
PO BOX 100129
PASADENA, CA 91189-0003

**CREDITOR**
AE SALES
4915 - 54TH STREET
3RD FLOOR
RED DEER, AB T4N2G7 CANADA

**CREDITOR**
ALAMO INDUSTRIAL GROUP, INC
9425 SAINT HEDWIG ROAD
SAN ANTONIO, TX 78263-1209

**CREDITOR**
ANDERSON RUBBISH DISPOSAL
P.O. BOX 307
SIMI VALLEY, CA 93062-0307

**CREDITOR**
ATHLON GENERATORS LLC
9617 CENTER STREET
MANASSAS, VA 20110-5521

**CREDITOR**
AVALARA, INC.
1100 2ND AVENUE
SUITE 300
SEATTLE, WA 98101-3429

**CREDITOR / POC ADDRESS**
BMW BANK OF NORTH AMERICA
P.O. BOX 165028
IRVING, TX 75016-5028

**CREDITOR**
BMW BANK OF NORTH AMERICA
DEPARTMENT
ASCENSION CAPITAL GROUP
ACCOUNT: XXXXX9426
PO BOX 165028
IRVING, TX 75016

**CREDITOR**
BP LUBRICANTS USA, INC
12276 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0122

**CREDITOR**
BUDD LOGISTICS
C/O ASHTON & WEINBERG, INC.
P.O. BOX 828
GREENVILLE, RI 02828-0828

**CREDITOR**
CELL ENERGY INC.
4268 LOS ANGELES AVE
SIMI VALLEY, CA 93063-3366

**CREDITOR**
CITY OF SIMI VALLEY
P.O. BOX 511360
LOS ANGELES, CA 90051-7915

**CREDITOR**
ENTERPRISE MANAGEMENT
ADVISORS, LLC
601 S. FIGUEROA ST.,
STE 4050
LOS ANGELES, CA 90017-5879

**LARGEST 20 UNSECURED CREDITORS**
EPIC FREIGHT SOLUTIONS, LLC
15901 HAWTHORNE BLVD
STE 490
LAWNDALE, CA 90260-2656

**CREDITOR**
FIREFLY BUSINESS GROUP
PO BOX 41132
HOUSTON, TX 77241-1132

**CREDITOR**
GEFCO FORWARDING USA INC
1055 STEVENSON COURT
UNIT 105
ROSELLE, IL 60172-4316

**LARGEST 20 UNSECURED CREDITORS**
GREATWIDE DALLAS MAVIS LLC
PO BOX 405828
ATLANTA, GA 30384-5800

**LARGEST 20 UNSECURED CREDITORS**
GUANGZHOU ZHAO QI TRADING CO., LTD
RM.914 PROFIT PLAZA NO. 76
WEST HUANG PU ROAD
GUANGZHOU, CHINA

**LARGEST 20 UNSECURED CREDITORS**
HANKYU HASHIN EXPRESS(USA) INC
PO BOX 515438
LOS ANGELES, CA 90051-6738

**CREDITOR / POC ADDRESS**
JAN PRO CENTRAL COAST
LINDA S. BLONSLEY, BLONSLEY LAW
209 S. HALCYON ROAD
ARROYO GRANDE, CA 93420

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**CREDITOR**
~~JAN-PRO CLEANING & SYSTEMS~~
~~P.O. BOX 2838~~
~~SANTA MARIA, CA 93457-2838~~

**LARGEST 20 UNSECURED CREDITORS**
~~KIPOR POWER EQUIPMENT INC~~
~~13009 SE JENNIFER ST., #105~~
~~CLACKAMAS, OR 97015-9076~~

**CREDITOR**
~~LOJACK~~
~~PO BOX 846111~~
~~BOSTON, MA 02284-6111~~

**CREDITOR**
~~M & M FASTENERS SUPPLY, INC.~~
~~PO BOX 729~~
~~SUN VALLEY, CA 91353-0729~~

**CREDITOR / POC ADDRESS**
~~MINER CENTRAL TEXAS, LTD~~
~~300 E. SONTERRA, STE. 350~~
~~SAN ANTONIO, TX 78258~~

**CREDITOR**
~~MORGAN, COHEN & BACH~~
~~2555 N. COYOTE DRIVE~~
~~SUITE 101~~
~~TUCSON, AZ 85745-1235~~

**CREDITOR / POC ADDRESS**
~~NICK LUCIANO~~
~~12626 POINT SUMMIT~~
~~SAN ANTONIO, TX 78253-5271~~

**CREDITOR**
~~REDNECK TRAILER SUPPLIES~~
~~2100 N. WEST BYPASS~~
~~CT 06580-3000~~

**CREDITOR**
~~RONALD E. ZECK, JR.~~
~~C/O GARY D. THOMPSON, ESQ.~~
~~WARE STREITZ & THOMPSON~~
~~10 PITMAN AVENUE~~
~~PITMAN, NJ 08071-1136~~

**LARGEST 20 UNSECURED CREDITORS**
~~SOUTHWEST PRODUCTS CORP~~
~~P.O. BOX 5079~~
~~VANCOUVER, WA 98668-5079~~

**CREDITOR**
~~TREDIT TIRE & WHEEL COMPANY, INC~~
~~15500 WEST 100TH TERRACE~~
~~LENEXA, KS 66219-1379~~

**LARGEST 20 UNSECURED CREDITORS**
~~TRINITY LOGISTICS, INC.~~
~~PO BOX 62702~~
~~BALTIMORE, MD 21264-2702~~

**LARGEST 20 UNSECURED CREDITORS**
~~WELLS FARGO BANK, N.A.~~
~~300 TRI STATE INTERNATIONAL,~~
~~SUITE 400~~
~~LINCOLNSHIRE, IL 60069-4220~~

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
~~WELLS FARGO EQUIPMENT FINANCE~~
~~300 TRI STATE INTERNATIONAL~~
~~SUITE 400~~
~~LINCOLNSHIRE, IL 60069-4417~~

**CREDITOR**
~~XO COMMUNICATIONS~~
~~14239 COLLECTIONS CENTER DRIVE~~
~~CHICAGO, IL 60693-0142~~

**CREDITOR**
~~YANMAR DIESEL AMERICA CORP~~
~~3053 PAYSPHERE CIRCLE~~
~~CHICAGO, IL 60674-0030~~

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                   F 9013-3.1.PROOF.SERVICE