D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
SANDRA K. McBETH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br><br>Date:   November 18, 2025<br>Time:   1:00 p.m.<br>Ctrm:   1639[1]<br>Location: Edward R. Roybal Federal Building<br>    and United States Courthouse,<br>    255 E. Temple St.,<br>    Los Angeles, CA 90012 |

TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on November 18, 2025, at 1:00 p.m., in Courtroom 1639, in

the above-entitled Court, before the Honorable Deborah J. Saltzman, a hearing will be held on the

motion ("Motion") to approve the settlement agreement ("Agreement") between the Trustee, on the

one hand, and the Los Angeles County Treasurer and Tax Collector ("LA County"), on the other

---

[1] All appearances – whether in person, with video, or by phone – at hearings before Judge Saltzman must be registered in advance no later than 12:00 noon the day before the hearing by following the procedure set forth under the "Phone/Video Appearances" tab at the following link: https://www.cacb.uscourts.gov/judges/honorable-deborah-j-saltzman.

NOTICE OF MOTION TO APPROVE COMPROMISE (LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR)

4932-8270-5525,v.1

1  hand, filed by Sandra K. McBeth, in her capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy

2  Estate ("Estate") of Rajysan, Inc., dba MMD Equipment ("Debtor").

3         By the Motion, the Trustee requests entry of an order approving the Agreement, which

4  resolves the Trustee's adversary proceeding against LA County (Case No. 9:18-AP-01049) in its

5  entirety. In exchange, no later than 90 days after entry of a Court order approving the Agreement

6  that is final (*i.e.*, no longer subject to appeal), or within such later time to which the Trustee and LA

7  County agree in writing, the LA County shall pay $40,000 to the Trustee. This payment amount

8  addresses the risk of LA County establishing a sovereign immunity defense against the Trustee's

9  litigation claims pursuant to the Supreme Court's recent decision in *United States v. Miller*, 604 U.S.

10 __, 145 S.Ct. 839 (March 26, 2025).

11        This Motion is one of three motions to approve compromises being filed concurrently. The

12 Trustee is likewise filing a motion to approve a compromise with the Sahanis (for whose benefit the

13 Debtor made the tax transfers including those at issue in the LA County litigation), and a motion to

14 approve a compromise with the United States of America, on behalf of its agency, the Internal

15 Revenue Service.

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

NOTICE OF MOTION TO APPROVE COMPROMISE (LOS ANGELES COUNTY TREASURER AND TAX
COLLECTOR)

4932-8270-5525,v.1

For the reasons set forth in more detail in the Motion, the Trustee believes, in her business judgment, that the compromise set forth in the Agreement is in the best interest of creditors and the estate. If, however, if you object to the Motion, pursuant to Rule 9013-1 of the Local Bankruptcy Rules ("LBR"), any opposition must be filed with the court no later than fourteen (14) days prior to the date of the hearing on the Motion. You must file your opposition with the Clerk of the United States Bankruptcy Court. You must also serve a copy of your objection upon D. Edward Hays, Chad V. Haes, and Bradford N. Barnhardt no later than fourteen (14) days prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this motion, and upon the Office of the United States Trustee at 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. Any failure to timely file and serve an opposition may result in a waiver of any such opposition and the court may enter an order granting the motion without further notice.

Dated: October 28, 2025          Respectfully submitted,

MARSHACK HAYS WOOD LLP


By: */s/ Bradford N. Barnhardt*
    D. EDWARD HAYS
    CHAD V. HAES
    BRADFORD N. BARNHARDT
    Attorneys for Chapter 7 Trustee,
    SANDRA K. McBETH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 28, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 28, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**RTD 12/27/23 UTF**
**DEBTOR**
RAJYSAN, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE
~~4175 GUARDIAN STREET~~
~~SIMI VALLEY, CA 93063~~

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PER JUDGE SALTZMAN'S PROCEDURES: Judge Saltzman does not follow the judge's copy requirements of General Order 23-01. No judge's copy of any document is required unless a copy is requested by chambers.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 28, 2025 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **Bret D. Allen**    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Bhagwati Barot**    bbarot@aissolution.com
- **Linda S Blonsley**    blonsleylawecf@gmail.com,
  joe@blonsleylaw.com;lawbr69955@notify.bestcase.com;lblonsley@blonsleylaw.com
- **Jess R Bressi**    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Cathrine M Castaldi**    ccastaldi@brownrudnick.com
- **Lisa W Chao**    lisa.chao@doj.ca.gov
- **Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Christopher J. Dylla**    Christopher.Dylla@azag.gov
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
  Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **Brian David Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Jeffrey Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Jeffrey I Golden**    jgolden@go2.law,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117
  954@notify.bestcase.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Adam D Grant**    agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- **Barbara R Gross**    barbara@bgross.law, luz@bgross.law
- **Chad V Haes**    chaes@marshackhays.com,
  chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdri
  ve.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdri
  ve.com
- **Richard E Hettinger**    rhettinger@davidsontroilo.com
- **Stephen E Hyam**    stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **John C Keith**    john.keith@doj.ca.gov
- **Raffi Khatchadourian**    raffi@hemar-rousso.com
- **Mark J Krone**    mk@amclaw.com, maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com
- **Lewis R Landau**    Lew@Landaunet.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Judith E Marshack**    jmarshack@marshackhays.com,
  jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Richard A Marshack**    rmarshack@marshackhays.com,
  lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **Monserrat Morales**    Monsi@MarguliesFaithLaw.com,
  Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **John M O'Donnell**    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Carmela Pagay**    ctp@lnbyg.com
- **Dipika Parmar**    dipika.parmar@aissolution.com
- **Kurt Ramlo**    kr@lnbyg.com, kr@ecf.courtdrive.com
- **Laura E Robbins**    Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- **Najah J Shariff**    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Jay M Spillane**    jspillane@spillaneplc.com, cdale@spillaneplc.com;smargetis@spillaneplc.com
- **Don Stecker**
- **Don Stecker**    don.stecker@lgbs.com
- **John M Stern**    bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov
- **Thomas W Stilley**    tstilley@sussmanshank.com, jhume@sussmanshank.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                            **F 9013-3.1.PROOF.SERVICE**

- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
- **Timothy J Yoo**   tjy@lnbyb.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

**INTERESTED PARTY**
JACQUELYN CHOI
RIMON LAW
2029 CENTURY PARK EAST
SUITE 400N
LOS ANGELES, CA 90067

**INTERESTED PARTY**
LOS ANGELES COUNTY TAX
COLLECTOR
P. O. BOX 54110
LOS ANGELES, CA 90054-0110

**LARGEST 20 UNSECURED CREDITORS**
GWO UEI METALS INDUSTRY CO., LTD.
NO.15, CHI-SHING ST.
HOW LII TAICHU HSIEN
TAIWAN, ROC

**LARGEST 20 UNSECURED CREDITORS**
SUMITOMO MITSUI FINANCE &
LEASING
JOSUIKAI BUILDING
9TH FLOOR
HITOTSUBASHI 2-1-1
TOKYO, JAPAN

**LARGEST 20 UNSECURED CREDITORS**
SUMITOMO MITSUI FINANCE AND
LEASING CO., LTD.
1-2-3 MARUNOUCHI
CHIYODA-KU, TOKYO 100-8287
JAPAN

**LARGEST 20 UNSECURED CREDITORS**
THERMOBILE INDUSTRIES BV
KONIJNENBERG 80 4825 BD
BREDA THE NETHERLANDS

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
ARMANINO, LLP
12657 ALCOSTA BOULEVARD
#500
SAN RAMON, CA 94583-4406

**LARGEST 20 UNSECURED CREDITORS**
AVA LOGISTICS
3495 LAKESIDE DR
SUITE 254
RENO, NV 89509-4841

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
AVA LOGISTICS LLC
C/O BRIAN SCHUSTERMAN,
MCDONALD CARANO LLP
P.O. BOX 2670
RENO, NV 89505-2670

**LARGEST 20 UNSECURED CREDITORS**
C.H. ROBINSON WORLDWIDE, INC
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
C.H. ROBINSON WORLDWIDE, INC
14701 CHARLSON ROAD
EDEN PRAIRIE, MN 55347

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
EPIC FREIGHT SOLUTIONS, LLC
ATTN: LEGAL DEPARTMENT
3200 OLYMPUS BLVD, SUITE 300
DALLAS, TX 75019

**LARGEST 20 UNSECURED CREDITORS**
GREATWIDE DALLAS MAVIS LLC
7150 CABOT BOULEVARD WEST
LANGHORNE, PA 19047

**LARGEST 20 UNSECURED CREDITORS**
GREATWIDE DALLAS MAVIS LLC
3819 TOWNE CROSSING BLVD.,
STE. 100
MESQUITE, TX 75150

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
GUANGZHOU ZHAO QI TRADING CO. LTD
BROWN & JOSEPH, LTD C/O DON LEVITON
PO BOX 59838
SCHAUMBURG, IL 60159-0838

**LARGEST 20 UNSECURED CREDITORS**
HANKYU HASHIN EXPRESS (USA) INC.
C/O TAKASHI OKUGAWA, AGENT FOR SERVICE OF PROCESS
1561 BEACHEY PLACE
CARSON, CA 90746

**LARGEST 20 UNSECURED CREDITORS**
HICKS PENSION SERVICES
3459 W. SHAW AVE.
FRESNO, CA 93711-3204

**LARGEST 20 UNSECURED CREDITORS**
KIPOR POWER EQUIPMENT INC
C/O CHARLES BOYD HIGGINS
13009 SE JENNIFER STREET, SUITE 105
CLAKAMAS, OR 97015

**LARGEST 20 UNSECURED CREDITORS**
KIPOR POWER EQUIPMENT INC
9464 GEISLER ROAD
EDEN PRAIRIE, MN 55347

**LARGEST 20 UNSECURED CREDITORS**
MGS INCORPORATED
178 MUDDY CREEK CHURCH ROAD
DENVER, PA 17517-9328

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
MGS, INC.
C/O ROBERT W. PONTZ, ESQ.
480 NEW HOLLAND AVENUE, SUITE 6205
LANCASTER, PA 17602-2227

**LARGEST 20 UNSECURED CREDITORS**
SOUTHWEST PRODUCTS CORP
CORPORATION SERVICE COMPANY
7955 S PRIEST DR, SUITE 102
TEMPE, AZ 85284

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
SOUTHWEST PRODUCTS CORPORATION
805 BROADWAY ST. #700
VANCOUVER WA 98660-3301

**LARGEST 20 UNSECURED CREDITORS**
THOMAS SALES COMPANY
1412 CRESTWAY COURT
FALLSTON, MD 21047-1600

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
TOP GUN FREIGHT, INC.
38740 SKY CANYON DR., SUITE C
MURRIETA, CA 92563-2537

**LARGEST 20 UNSECURED CREDITORS**
TOTAL QUALITY LOGISTICS, LLC
P.O. BOX 634558
CINCINNATI, OH 45263-4558

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
TOTAL QUALITY LOGISTICS, LLC
ATTN: JOSEPH B. WELLS, ASSET CORPORATE COUNSEL
4289 IVY POINTE BLVD.
CINCINNATI, OH 45245

**LARGEST 20 UNSECURED CREDITORS**
TRINITY LOGISTICS, INC.
50 FALLON AVENUE
SEAFORD, DE 19973

**LARGEST 20 UNSECURED CREDITORS**
WELLS FARGO BANK, N.A.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
101 N PHILLIPS AVE
SIOUX FALLS, SD 57104

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**LARGEST 20 UNSECURED CREDITORS**
WELLS FARGO EQUIPMENT FINANCE
P.O. BOX 7777
SAN FRANCISCO, CA 94120-7777

**LARGEST 20 UNSECURED CREDITORS**
WELLS FARGO EQUIPMENT FINANCE, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
600 SOUTH 4TH STREET, 10TH FLOOR
MINNEAPOLIS, MN 55415

**CREDITOR / POC ADDRESS**
BMW BANK OF NORTH AMERICA
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

**CREDITOR**
BMW BANK OF NORTH AMERICA DEPARTMENT
ASCENSION CAPITAL GROUP
ACCOUNT: XXXX9426
1212 CORPORATE DRIVE
IRVING, TX 75038

**CREDITOR**
COMMONWEALTH OF PENNSYLVANIA
COLLECTIONS SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS STREET, ROOM 702
HARRISBURG, PA 17121

**CREDITOR**
ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON DC 20044

**CREDITOR**
CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
FEDERAL BUILDING, ROOM 7516
300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 4
55 SO MARKET STREET
M/S HQ5430
SAN JOSE, CA 95113

**CREDITOR**
AC BUSINESS MEDIA, INC
201 N. MAIN STREET
FORT ATKINSON, WI 53538-1809

**CREDITOR**
ACTION TRANSPORTATION, INC
PO BOX 153
MEDFORD, OR 97501-0011

**CREDITOR / POC ADDRESS**
ACTION TRANSPORTATION, INC
MICHAEL J. MAYERLE
14 N. CENTRAL AVE., STE. 104
MEDFORD, OR 97501

**CREDITOR**
AIRGAS USA, LLC
PO BOX 935300
LONG BEACH, CA 90809-3500

**CREDITOR**
ALAMO INDUSTRIAL GROUP, INC
PO BOX 200426
SAN ANTONIO, TX   78220-0426

**CREDITOR**
ALL VALLEY HOSE & INDUSTRIAL SUPPLY
16735 SATICOY ST #107
VAN NUYS, CA 91406-2700

**CREDITOR / POC ADDRESS**
ALLIED ELECTRONICS, INC. ACCTS.
P.O. BOX 2325
FORT WORTH, TX 76113-2325

**CREDITOR**
ALTERITY, INC.
600 SIX FLAGS DRIVE, SUITE 642
ARLINGTON, TX 76011-6332

**CREDITOR**
AMARJIT SAHANI
5352 TAMPA AVENUE
TARZANA, CA 91356-3023

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
AMERICAN EXPRESS
POST OFFICE BOX 0001
LOS ANGELES, CA 90096-0001

**CREDITOR / POC ADDRESS**
AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY INC.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

**CREDITOR**
AMERICAN PACIFIC INDUSTRIES,
INC.
8320 EAST HARTFORD DRIVE
SCOTTSDALE, AZ 85255-5590

**CREDITOR / POC ADDRESS**
AMERICAN RENTAL
ASSOCIATION
1900 19TH STREET
MOLINE, IL 61265-4198

**CREDITOR**
AMERIGAS PROPANE LP
P.O. BOX 7155
PASADENA, CA 91109-7155

**CREDITOR**
ANDERSON RUBBISH DISPOSAL
195 W LOS ANGELES AVE
SIMI VALLEY, CA 93065

**CREDITOR**
APPLIED INDUSTRIAL
TECHNOLOGIES
22510 NETWORK PLACE
CHICAGO, IL 60673-1225

**CREDITOR**
ARCTIC FOX, LLD
26207 NETWORK PLACE
CHICAGO, IL 60673-1262

**CREDITOR**
ARONSON MANUFACTURING
7640 GLORIA AVENUE
VAN NUYS, CA 91406-1800

**CREDITOR**
AT&T
P.O. BOX 5025
CAROL STREAM, IL 60197-5025

**CREDITOR / POC ADDRESS**
AT&T CORP
C/O AT&T SERVICES, INC.
KAREN A. CAVAGNARO-LEAD
PARALEGAL
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

**CREDITOR / POC ADDRESS**
AT&T MOBILITY II LLC
C/O AT&T SERVICES, INC.
KAREN A. CAVAGNARO-LEAD
PARALEGAL
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

**CREDITOR**
ATHLON GENERATOR LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
15885 KINGS HWY, RM DR8
MONTROSS, VA 22520

**CREDITOR**
AVALARA, INC.
255 S KING ST STE 1800
SEATTLE WA 98104

**CREDITOR**
AVALARA, INC.
C/O CT CORPORATION SYSTEM
818 WEST SEVENTH STREET,
SUITE 930
LOS ANGELES, CA 90017

**CREDITOR**
AVENGER LOGISTICS
P.O. BOX 16638
CHATTANOOGA, TN 37416-0638

**CREDITOR**
B&B FORKLIFT
15981 YARNELL
SUITE 248
SYLMAR, CA 91342-1052

**CREDITOR**
BAILEY SALES & MARKETING
88 MAPLE AVE
HAMBURG, NY 14075-4808

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR / POC ADDRESS**
BARCO RENT A TRUCK
717 SOUTH 5600 WEST
SALT LAKE CITY, UT 84104-5301

**CREDITOR / POC ADDRESS**
BASLER ELECTRIC COMPANY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
7990 SOLUTIONS CENTER
CHICAGO, IL 60677-7009

**CREDITOR**
BATTERYSTUFF.COM
276 TECH WAY
GRANTS PASS, OR 97526-8530

**CREDITOR**
BAY ALARM COMPANY
P.O. BOX 7137
SAN FRANCISCO, CA 94120-7137

**CREDITOR**
BEATRICE COOKSON
23956 PARK GRANADA
CALABASAS, CA 91302-2504

**CREDITOR**
BIGBEE ENGINEERING
2679 MANHATTAN BEACH
BOULEVARD
REDONDO BEACH, CA 90278-1672

**CREDITOR**
BLUE SHIELD OF CALIFORNIA
P.O. BOX 749415
LOS ANGELES, CA 90074-9415

**CREDITOR**
BLUEGRACE
DEPT 108
P.O. BOX 4964
HOUSTON, TX 77210-4964

**CREDITOR**
BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

**CREDITOR**
BMW OF NORTH AMERICA, LLC
P.O. BOX 78066
PHOENIX, AZ 85062-8066

**CREDITOR / POC ADDRESS**
BORSTEIN ENTERPRISES
ATTN CRAIG BORSTEIN
11766 WILSHIRE BOULEVARD, SUITE
820
LOS ANGELES, CA 90025-6590

**CREDITOR**
BP LUBRICANTS USA, INC
C/O C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO ,IL 60604-1101

**CREDITOR**
BRIAN SCHUSTERMAN C/O
MCDONALD CARANO LLP
P.O. BOX 2670
RENO, NV 89505-2670

**CREDITOR**
BROOME  & ASSOCIATES
PO BOX 862035
MARIETTA, GA 30062-0001

**CREDITOR**
BUDD LOGISTICS
C/O ASHTON & WEINBERG
800 OAKLAWN AVENUE, SUITE
C203
CRANSTON, RI 02920

**CREDITOR**
BUYERS PRODUCTS CO
P.O. BOX 74237
CLEVELAND, OH 44194-0313

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPARTMENT OF TAX
AND FEE ADMINISTRATION
FUNCTIONAL SUCCESSOR TO BOARD
OF EQUALIZATION
SPECIAL OPS, MIC:55
PO BOX 942879
SACRAMENTO, CA 94279-0055

**CREDITOR / POC ADDRESS**
CDW
ATTN: VIDA KRUG
200 N. MILWAUKEE AVE.
VERNON HILLS IL 60061-1577

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**CREDITOR**
CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO, IL 60675-5723

**CREDITOR**
CELL ENERGY INC.
C/O HENRIK MORTENSEN, AGENT
FOR SERVICE OF PROCESS
3904 WINTERS ST
SACRAMENTO, CA 95838

**CREDITOR**
CEQUENT PERFORMANCE
PRODUCTS
47912 HALYARD DR,
SUITE 100
PLYMOUTH, MI 48170-2454

**CREDITOR**
CHARLES V. CURLEY, ESQ.
1100 E. HECTOR STREET
SUITE 425
CONSHOHOCKEN, PA 19428-2353

**CREDITOR**
CHRISTOPHER MCGILL
P.O. BOX 150
WILMINGTON, NY 12997-0150

**CREDITOR**
CINTAS CORPORATION
P.O. BOX 88005
CHICAGO, IL 60680-1005

**CREDITOR**
CITY ELECTRIC SUPPLY
800 NORTH VICTORY
BOULEVARD
BURBANK, CA 91502-1630

**CREDITOR / POC ADDRESS**
CITY OF SAN ANTONIO
100 W. HOUSTON STREET, 18TH
FLOOR
SAN ANTONIO, TX 78205

**CREDITOR**
CITY OF SAN ANTONIO SAPD
ALARMS
315 S. SANTA ROSA
SAN ANTONIO, TX 78207-4557

**CREDITOR**
CITY OF SIMI VALLEY
C/O DAVID L. CACERES, CITY
ATTORNEY
2929 TAPO CANYON ROAD
SIMI VALLEY, CA 93063-2117

**CREDITOR / POC ADDRESS**
CNA COMMERCIAL INSURANCE
500 COLONIAL CENTER PARKWAY
LAKE MARY, FL 32746

**CREDITOR / POC ADDRESS**
COAST TO COAST COMPUTER
PRODUCTS, INC.
4277 VALLEY FAIR STREET
SIMI VALLEY, CA 93063-2940

**CREDITOR**
COLONIAL BANKNOTE COMPANY
155 WILD HEDGE LANE
MOUNTAINSIDE, NJ 07092-2520

**CREDITOR / POC ADDRESS**
CONTROL DEVICES, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1555 LARKIN WILLIAMS ROAD
FENTON, MO 63026

**CREDITOR**
CONTROL DEVICES, LLC
P.O. BOX 8862
CAROL STREAM, IL 60197-8862

**CREDITOR**
COOPER WIRING DEVICES
28368 NETWORK PLACE
CHICAGO, IL 60673-1283

**CREDITOR / POC ADDRESS**
CORVUS GROUP
269 BEATRICE LANE
ASTON, PA 19014-2278

**CREDITOR**
COUNTY ASSESSOR
COUNTY GOVERNMENT CENTER,
ROOM 100
SAN LUIS OBISPO, CA 93408-0001

**CREDITOR**
COUNTY TAX COLLECTOR
P.O. BOX 357
SANTA BARBARA, CA 93102-0357

**CREDITOR / POC ADDRESS**
CPS ENERGY - ELECTRIC
P.O. BOX 2678
SAN ANTONIO, TX 78289-0001

**CREDITOR**
DEEP SEA ELECTRONICS, INC.
3230 WILLIAMS AVE
ROCKFORD, IL 61101-2668

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**CREDITOR**
DEMCO DETHMERS
MANUFACTURING CO.
4010 320TH STREET
BOYDEN, IA 51234-7502

**CREDITOR**
DEXTER AXLE COMPANY
26656 NETWORK PLACE
CHICAGO, IL 60673-1266

**CREDITOR**
DHL EXPRESS - USA
16592 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0165

**CREDITOR**
DMV RENEWAL
P.O. BOX 942894
SACRAMENTO, CA 94294-0894

**CREDITOR**
DON LEVITON, ESQ.
3 GOLF CENTER
SUITE 361
HOFFMAN ESTATES, IL 60169-4910

**CREDITOR**
DOUGLASS, INC.
P.O. BOX 175
TRAFALGAR, IN 46181-0175

**CREDITOR**
DRAGOON'S FARM EQUIPMENT
INC.
PO BOX 238-02507
STATE ROUTE 11
MOOERS, NY 12958

**CREDITOR**
DUN & BRADSTREET
P.O. BOX 75434
CHICAGO, IL 60675-5434

**CREDITOR**
ECO, INC.
P.O. BOX 2731
ROCKLIN, CA 95677-8463

**CREDITOR**
EMCO INDUSTRIES
P.O. BOX 671357
DALLAS, TX 75267-1357

**CREDITOR / POC ADDRESS**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR**
ENTERPRISE MANAGEMENT
ADVISORS, LLC
C/O CT CORPORATION SYSTEM
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
FEDEX
P.O. BOX 7221
PASADENA, CA 91109-7321

**CREDITOR**
FIREFLY BUSINESS GROUP
PO BOX 51014
ALBUQUERQUE, NM 87181

**CREDITOR**
FIRST INSURANCE FUNDING CORP.
P.O. BOX 7000
CAROL STREAM, IL 60197-7000

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GEFCO FORWARDING USA
1541 ELMHURST RD
ELK GROVE VLG, IL 60007-6412

**CREDITOR**
GEMCAP
24955 PACIFIC COAST HIGHWAY
SUITE A202
MALIBU, CA 90265-4747

**CREDITOR**
GENERAL CRANE SERVICES, INC.
1606 RIVER WOOD CT
SIMI VALLEY, CA 93063-7405

**CREDITOR**
GIS BENEFITS
P.O. BOX 1806
SAN ANTONIO, TX 78296-1806

**CREDITOR**
GOLDEN STATE WATER COMPANY
PO BOX 9016
SAN DIMAS, CA 91773-9016

**CREDITOR**
GURMEET SAHANI
5007 VANALDEN AVENUE
TARZANA, CA 91356-3905

**CREDITOR**
HOLLYWOOD DELIVERY SERVICE
2828 S WILLOW AVE
BLOOMINGTON, CA 92316-3261

**CREDITOR**
INDU-ELECTRIC NORTH AMERICA,
INC
27756 AVENUE HOPKINS
VALENCIA, CA 91355-1222

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
INDUSTRIAL METAL SUPPLY
8300 SAN FERNANDO RD
SUN VALLEY, CA 91352-3222

**CREDITOR**
INKWORKS STORE
30251  GOLDEN LANTERN
LAGUNA NIGUEL, CA 92677-5993

**CREDITOR**
IRON MOUNTAIN
P.O. BOX 601002
PASADENA, CA 91189-1002

**CREDITOR**
JAN-PRO CENTRAL COAST
C/O LINDA ANN SELIG BLONSLEY,
BLONSLEY LAW
800 WELLINGTON STREET
BALTIMORE, MD 21211-2512

**CREDITOR**
JEFFREY S. SCHULLER, ESQ.
SCHULLER  & SCHULLER
12307 VENTURA BOULEVARD
STUDIO CITY, CA 91604-2510

**CREDITOR**
JOE BELL & ASSOCIATES
8358 SHOREGATE LANE
KNOXVILLE, TN 37938-7402

**CREDITOR / POC ADDRESS**
JOHNSON CO.
P.O. BOX 27649
SEATTLE, WA 98165-2649

**CREDITOR**
K&N MOBILE DISTRIBUTION SYSTEMS
4909 RONDO DRIVE
FORT WORTH, TX 76106-1824

**CREDITOR**
KAISER FOUNDATION HEALTH
PLAN
FILE 5915
LOS ANGELES, CA 90074-5915

**CREDITOR**
KAPLAN HR
5776 LINDERO CANYON RD
SUITE D-246
THOUSAND OAKS, CA 91362-6428

**CREDITOR**
KEEN COMPRESSED GAS
P.O. BOX 15151
WILMINGTON, DE 19850-5151

**CREDITOR**
KELTEC TECHNOLAB
2300 E ENTERPRISE PARKWAY
TWINSBURG, OH 44087-2349

**CREDITOR / POC ADDRESS**
KUBOTA ENGINE AMERICA CORP.
505 SCHELTER ROAD
LINCOLNSHIRE, IL 60069-4220

**CREDITOR**
KUBOTA ENGINE AMERICA
CORPORATION
PO BOX 73695
CHICAGO, IL 60673-7695

**CREDITOR**
LANDEGGER BARON LAW GROUP
15760 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA 91436-3042

**CREDITOR**
LANDSBERG
1900 W. UNIVERSITY DRIVE
SUITE 101
TEMPE, AZ 85281-3292

**CREDITOR**
LEWIS ROCA ROTHGERBER CHRISTIE
LLP
655 NORTH CENTRAL AVE, STE 2300
GLENDALE, CA 91203-1445

**CREDITOR**
LINUXDOCTOR
16460 GUNTHER STREET
GRANADA HILLS, CA 91344-2937

**CREDITOR**
LOJACK
CORPORATION SERVICE
COMPANY
84 STATE STREET
BOSTON, MA 02109

**CREDITOR**
M & M FASTENERS SUPPLY, INC.
C/O LOUIS JAY ESBIN
27451 TOURNEY ROAD, SUITE 120
VALENCIA, CA 91355

**CREDITOR**
MARK ELIAS
4805 BELLFLOWER AVE.
WORCESTER, MA 01601

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
MARK WRIGHT
26339 BELLE PORTE AVENUE
HARBOR CITY, CA 90710-3736

**CREDITOR**
MARKETING CONCEPTS INC.
2302-1 VINSON LANE
JACKSONVILLE, FL 32207-9535

**CREDITOR / POC ADDRESS**
MASSACHUSETTS DEPARTMENT
OF REVENUE
BANKRUPTCY UNIT
PO BOX 9564
BOSTON, MA 02114-9564

**CREDITOR / POC ADDRESS**
MASSENGALE ARMATURE
WORKS, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1031 BASSE ROAD
SAN ANTONIO, TX 78212-1099

**CREDITOR**
MCCLELLAND MARKETING INC
4557 NORTH SQUARE DRIVE
HIGH RIDGE, MO 63049-1963

**CREDITOR**
MCI
PO BOX 15043
ALBANY, NY 12212-5043

**CREDITOR**
MEASUREMENT SPECIALTIES
INC.
28183 NETWORK PLACE
CHICAGO, IL 60673-1281

**CREDITOR**
MERIDIAN PACIFIC SALES, LLC
2035 N HILLRIDGE CIRCLE
MESA, AZ 85207-2170

**CREDITOR**
MINER CENTRAL TEXAS, LTD
11827 TECH COM RD., #115
SAN ANTONIO, TX 78233-6015

**CREDITOR / POC ADDRESS**
ML MARKETING
MARILYN LEVINE
4 NICOLE TERRACE
EDISON, NJ 08820-4044

**CREDITOR**
MOMENTUM, INC.
33 EAST FORT HILL ROAD
YONKERS, NY 10710-1207

**CREDITOR**
MORGAN, COHEN & BACH
7225 N MONA LISA RD, STE 200
TUCSON AZ 85741

**CREDITOR**
NAPA AUTO PARTS OF SIMI
VALLEY
1717 E. LOS ANGELES AVE.
SIMI VALLEY, CA 93065-2021

**CREDITOR**
NICK LUCIANO
37119 SANDY LANE
GRAND ISLAND, FL 32735

**CREDITOR**
ORKIN
P.O. BOX 7161
PASADENA, CA 91109-7161

**CREDITOR / POC ADDRESS**
PACIFIC BELL TELEPHONE
COMPANY
C/O AT&T SERVICES, INC.
KAREN A. CAVAGNARO-LEAD
PARALEGAL
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

**CREDITOR**
PAUL DALY
213 TALBOT DRIVE
BROOMALL, PA 19008-3728

**CREDITOR / POC ADDRESS**
PAUL DALY
KELLE A. KILGRARRIF, CURLEY &
ROTHMAN
1100 EAST HECTOR STREET, SUITE
425
CONSHOHOCKEN, PA 19428

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
PENNWELL CORPORATION
21428 NETWORK PLACE
CHICAGO, IL 60673-1214

**CREDITOR**
PENTON MEDIA, INC
24652 NETWORK PLACE
CHICAGO, IL 60673-1246

**CREDITOR**
PEOPLEREADY INC.
P.O. BOX 31001-0257
PASADENA, CA 91110-0257

**CREDITOR / POC ADDRESS**
PEREGRINE REALTY PARTNERS,
INC.
915 WILSHIRE BOULEVARD,
SUITE 2060
LOS ANGELES, CA 90017

**CREDITOR**
PHILLIPS 66 CO./SYNCB
P.O. BOX 530970
ATLANTA, GA 30353-0970

**CREDITOR**
PORT AUTHORITY OF SAN
ANTONIO
907 BILLY MITCHELL BLVD.
SAN ANTONIO, TX 78226-1802

**CREDITOR**
POWER EQUIPMENT PLUS / RICK
LONG
P.O. BOX 14
SAND LAKE, MI 49343-0014

**CREDITOR**
POWER TRIP RENTALS
2501 ORANGE AVE
SIGNAL HILL, CA 90755-3535

**CREDITOR**
PRA RECEIVABLES MANAGEMENT,
LLC
PO BOX 41021
NORFOLK, VA 23541-1021

**CREDITOR**
PROTECTION 1
P.O. BOX 219044
KANSAS CITY, MO 64121-9044

**CREDITOR**
RAJINDER SAHANI
5352 TAMPA AVENUE
TARZANA, CA 91356-3023

**CREDITOR**
RED WING SHOES AND REPAIR
757 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91360-6054

**CREDITOR**
REDNECK TRAILER SUPPLIES
C/O CT CORPORATION SYSTEM
330 N BRAND BLVD
GLENDALE, CA 91203

**CREDITOR**
REINHART BOERNER VAN DEUREN
P.O. BOX 2965
MILWAUKEE, WI 53201-2965

**CREDITOR / POC ADDRESS**
REINHART BOERNER VAN DEUREN
S.C.
C/O L. KATIE MASON ESQ.
1000 N. WATER ST SUITE 1700
MILWAUKEE, WI 53202-3186

**CREDITOR**
REMX FINANCIAL
P.O. BOX 512007
LOS ANGELES, CA 90051-0007

**CREDITOR**
RENT IT
2081 FIRST STREET,SUITE 200
SIMI VALLEY, CA 93065-2819

**CREDITOR**
RICHARDS INDUSTRIAL, L.L.C.
7931 COASTAL RUN
SAN ANTONIO, TX 78240-2700

**CREDITOR / POC ADDRESS**
ROBERT DECKMAN ADVERTISING
5332 AUTRY AVENUE
LAKEWOOD, CA 90712-2014

**CREDITOR / POC ADDRESS**
RONALD E. ZECK, JR.
33 EAST RATTLING RUN ROAD
MICKLETON, NJ 08056

**CREDITOR**
SAN ANTONIO WATER SYSTEM
P.O. BOX 2990
SAN ANTONIO, TX 78299-2990

**CREDITOR**
SCOTT O. SMITH
BUCHALTER
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-1730

**CREDITOR**
SECURITIES & EXCHANGE
COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**CREDITOR / POC ADDRESS**
SOUTHERN CALIFORNIA EDISON
1551 W. SAN BERNARDINO ROAD
COVINA, CA 91722-3407

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
SOUTHERN CALIFORNIA EDISON
P.O. BOX 600
ROSEMEAD, CA 91771-0001

**CREDITOR / POC ADDRESS**
SOUTHWESTERN BELL TELEPHONE
COMPANY
C/O AT&T SERVICES, INC.
KAREN A. CAVAGNARO-LEAD
PARALEGAL
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

**CREDITOR**
SPARKLETTS
PO BOX 660579
DALLAS, TX 75266-0579

**CREDITOR / POC ADDRESS**
STEVEN JAFFE
12937 DAUGHTERY DRIVE
WINTER GARDEN, FL 34787-6516

**CREDITOR**
STUART C. BRINN, ESQ.
150 E. FOURTH STREET
4TH FLOOR
CINCINNATI, OH 45202-4186

**CREDITOR**
SULLIVAN CURTIS MONROE
P.O. BOX 19763
IRVINE, CA 92623-9763

**CREDITOR**
SUNLIGHT TOWING INC.
NO.80, TAISHUN 2ND ST., BEITUN
DIST
TAICHUNG CITY 40661, TAIWAN

**CREDITOR**
TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
C/O OFFICE OF THE ATTORNEY
GENERAL
BANKRUPTCY & COLLECTIONS
DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711

**CREDITOR / POC ADDRESS**
THE CARLSTAR GROUP, LLC
ATTN: CREDIT DEPT
23 WINDHAM BLVD
AIKEN, SC 29805

**CREDITOR**
THE CARLSTAR GROUP, LLC
P.O. BOX 100929
PASADENA, CA 91189-0929

**CREDITOR**
THE MPS GROUP
12020 WARFIELD ST
SAN ANTONIO, TX 78216-3217

**CREDITOR**
TIMOTHY W. FAFINSKI, ESQ.
CORPORATE COUNSEL, P.A.
3411 BREI KESSEL ROAD
MAPLE PLAIN, MN 55359-8747

**CREDITOR**
TOD A. PUTNAM
11050 PALA PLACE
MIRA LOMA, CA 91752-1728

**CREDITOR**
TOD PUTNAM
4837 LAUREL RIDGE DR.
RIVERSIDE, CA 92509

**CREDITOR / POC ADDRESS**
TOD PUTNAM
520 S. SEPULVEDA BLVD. #204
LOS ANGELES CA 90049-3534

**CREDITOR**
TODD M. LANDER, ESQ.
FREEMAN, FREEMAN & SMILEY,
LLP
1888 CENTURY PARK EAST
SUITE 1900
LOS ANGELES, CA 90067-1723

**CREDITOR / POC ADDRESS**
TREDIT TIRE & WHEEL CO. INC.
3305 CHARLOTTE AVENUE
ELKHART, IN 46514

**CREDITOR**
TRINITY STAFFING SERVICES, INC
13750 SAN PEDRO #540
SAN ANTONIO, TX 78232-4371

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

**CREDITOR**
UD TRUCKS NORTH AMERICA,
INC.
7900 NATIONAL SERVICE ROAD
GREENSBORO, NC 27409-9416

**CREDITOR**
ULINE
P.O. BOX88741
CHICAGO, IL 60680-1741

**CREDITOR / POC ADDRESS**
ULINE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158

**CREDITOR**
UNISHIPPERS
FILE 2087
1801 W. OLYMPIC BOULEVARD
PASADENA, CA 91199-0001

**CREDITOR**
UPS
P.O. BOX 894820
LOS ANGELES, CA 90189-4820

**CREDITOR**
UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

**CREDITOR**
VER SALES INC
2509 N. NAOMI STREET
BURBANK, CA 91504-3236

**CREDITOR / POC ADDRESS**
WA DEPARTMENT OF REVENUE
2101 4TH AVE SUITE 1400
SEATTLE, WA 98121

**CREDITOR / POC ADDRESS**
WAAG POWDER COATING & SAND
BLASTING
ATTN: MIKE CALKA
16000 STRATHERN STREET
VAN NUYS, CA 91406-1316

**CREDITOR / POC ADDRESS**
WASTE MANAGEMENT OF TEXAS,
INC
WASTE MANAGEMENT -
BANKRUPTCY DEPARTMENT
2625 W. GRANDVIEW RD. STE.
150
PHOENIX, AZ 85023

**CREDITOR**
WASTE MANAGEMENT OF TEXAS, INC
PO BOX 660345
DALLAS, TX 75266-0345

**CREDITOR**
WAYNE C. STREITZ ON BEHALF OF
RONALD E.ZECK, JR.
HELMER, CONLEY & KASSELMAN,
P.A.
181 EAST AVENUE
WOODSTOWN, NJ 08098

**CREDITOR**
WEX, INC.
PO BOX 6293
CAROL STREAM, IL 60197-6293

**CREDITOR**
WHOLESALE TRAILER SUPPLY
1470 VINCI AVE.
SACRAMENTO, CA 95838-1716

**CREDITOR**
WILLIAM G. FIG, ESQ.
1000 SW BROADWAY
SUITE 1400
PORTLAND, OR 97205-3066

**CREDITOR**
WOLFE INDUSTRIES INC
14420 MARQUART AVE.
SANTA FE SPRINGS, CA 90670-
5119

**CREDITOR**
WORLDWIDE EXPRESS
850 HAMPSHIRE RD., #S
WESTLAKE VILLAGE, CA 91361-6007

**CREDITOR**
XO COMMUNICATIONS
C/O C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
YANMAR DIESEL AMERICA CORP
C/O C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101

**CREDITOR**
YRC FREIGHT
PO BOX 100129
PASADENA, CA 91189-0003

**CREDITOR**
~~AE SALES~~
~~4915 - 54TH STREET~~
~~3RD FLOOR~~
~~RED DEER, AB T4N2G7 CANADA~~

**CREDITOR**
~~ALAMO INDUSTRIAL GROUP, INC~~
~~9425 SAINT HEDWIG ROAD~~
~~SAN ANTONIO, TX 78263-1209~~

**CREDITOR**
~~ANDERSON RUBBISH DISPOSAL~~
~~P.O. BOX 307~~
~~SIMI VALLEY, CA 93062-0307~~

**CREDITOR**
~~ATHLON GENERATORS LLC~~
~~9617 CENTER STREET~~
~~MANASSAS, VA 20110-5521~~

**CREDITOR**
~~AVALARA, INC.~~
~~1100 2ND AVENUE~~
~~SUITE 300~~
~~SEATTLE, WA 98101-3429~~

**CREDITOR / POC ADDRESS**
~~BMW BANK OF NORTH AMERICA~~
~~P.O. BOX 165028~~
~~IRVING, TX 75016-5028~~

**CREDITOR**
~~BMW BANK OF NORTH AMERICA~~
~~DEPARTMENT~~
~~ASCENSION CAPITAL GROUP~~
~~ACCOUNT: XXXXX9426~~
~~PO BOX 165028~~
~~IRVING, TX 75016~~

**CREDITOR**
~~BP LUBRICANTS USA, INC~~
~~12276 COLLECTIONS CENTER DRIVE~~
~~CHICAGO, IL 60693-0122~~

**CREDITOR**
~~BUDD LOGISTICS~~
~~C/O ASHTON & WEINBERG, INC.~~
~~P.O. BOX 828~~
~~GREENVILLE, RI 02828-0828~~

**CREDITOR**
~~CELL ENERGY INC.~~
~~4268 LOS ANGELES AVE~~
~~SIMI VALLEY, CA 93063-3366~~

**CREDITOR**
~~CITY OF SIMI VALLEY~~
~~P.O. BOX 511360~~
~~LOS ANGELES, CA 90051-7915~~

**CREDITOR**
~~ENTERPRISE MANAGEMENT ADVISORS, LLC~~
~~601 S. FIGUEROA ST.,~~
~~STE 4050~~
~~LOS ANGELES, CA 90017-5879~~

**LARGEST 20 UNSECURED CREDITORS**
~~EPIC FREIGHT SOLUTIONS, LLC~~
~~15901 HAWTHORNE BLVD~~
~~STE 490~~
~~LAWNDALE, CA 90260-2656~~

**CREDITOR**
~~FIREFLY BUSINESS GROUP~~
~~PO BOX 41132~~
~~HOUSTON, TX 77241-1132~~

**CREDITOR**
~~GEFCO FORWARDING USA INC~~
~~1055 STEVENSON COURT~~
~~UNIT 105~~
~~ROSELLE, IL 60172-4316~~

**LARGEST 20 UNSECURED CREDITORS**
~~GREATWIDE DALLAS MAVIS LLC~~
~~PO BOX 405828~~
~~ATLANTA, GA 30384-5800~~

**LARGEST 20 UNSECURED CREDITORS**
~~GUANGZHOU ZHAO QI TRADING CO., LTD~~
~~RM.914 PROFIT PLAZA NO. 76 WEST HUANG PU ROAD~~
~~GUANGZHOU, CHINA~~

**LARGEST 20 UNSECURED CREDITORS**
~~HANKYU HASHIN EXPRESS(USA) INC~~
~~PO BOX 515438~~
~~LOS ANGELES, CA 90051-6738~~

**CREDITOR / POC ADDRESS**
~~JAN-PRO CENTRAL COAST~~
~~LINDA S. BLONSLEY, BLONSLEY LAW~~
~~209 S. HALCYON ROAD~~
~~ARROYO GRANDE, CA 93420~~

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
JAN-PRO CLEANING & SYSTEMS
P.O. BOX 2838
SANTA MARIA, CA 93457-2838

**LARGEST 20 UNSECURED
CREDITORS**
KIPOR POWER EQUIPMENT INC
13009 SE JENNIFER ST., #105
CLACKAMAS, OR 97015-9076

**CREDITOR**
LOJACK
PO BOX 846111
BOSTON, MA 02284-6111

**CREDITOR**
M & M FASTENERS SUPPLY, INC.
PO BOX 729
SUN VALLEY, CA 91353-0729

**CREDITOR / POC ADDRESS**
MINER CENTRAL TEXAS, LTD
300 E. SONTERRA, STE. 350
SAN ANTONIO, TX 78258

**CREDITOR**
MORGAN, COHEN & BACH
2555 N. COYOTE DRIVE
SUITE 101
TUCSON, AZ 85745-1235

**CREDITOR / POC ADDRESS**
NICK LUCIANO
12626 POINT SUMMIT
SAN ANTONIO, TX 78253-5271

**CREDITOR**
REDNECK TRAILER SUPPLIES
2100 N. WEST BYPASS
CT 06580-3000

**CREDITOR**
RONALD E. ZECK, JR.
C/O GARY D. THOMPSON, ESQ.
WARE STREITZ & THOMPSON
10 PITMAN AVENUE
PITMAN, NJ 08071-1136

**LARGEST 20 UNSECURED
CREDITORS**
SOUTHWEST PRODUCTS CORP
P.O. BOX 5079
VANCOUVER, WA 98668-5079

**CREDITOR**
TREDIT TIRE & WHEEL COMPANY, INC
15500 WEST 100TH TERRACE
LENEXA, KS 66219-1379

**LARGEST 20 UNSECURED
CREDITORS**
TRINITY LOGISTICS, INC.
PO BOX 62702
BALTIMORE, MD 21264-2702

**LARGEST 20 UNSECURED
CREDITORS**
WELLS FARGO BANK, N.A.
300 TRI STATE INTERNATIONAL,
SUITE 400
LINCOLNSHIRE, IL 60069-4220

**LARGEST 20 UNSECURED
CREDITORS / POC ADDRESS**
WELLS FARGO EQUIPMENT FINANCE
300 TRI STATE INTERNATIONAL
SUITE 400
LINCOLNSHIRE, IL 60069-4417

**CREDITOR**
XO COMMUNICATIONS
14239 COLLECTIONS CENTER
DRIVE
CHICAGO, IL 60693-0142

**CREDITOR**
YANMAR DIESEL AMERICA CORP
3053 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0030

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**