1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  CHAD V. HAES, #267221
   chaes@marshackhays.com
3  BRADFORD N. BARNHARDT, #328705
   bbarnhardt@marshackhays.com
4  MARSHACK HAYS WOOD LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
   SANDRA K. McBETH
8
                    UNITED STATES BANKRUPTCY COURT
9
          CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION
10

11  In re                                  Case No. 9:17-bk-11363-DS

12                                          Chapter 7

13  RAJYSAN, INC. dba MMD                   TRUSTEE'S MOTION TO APPROVE
    EQUIPMENT, a California corporation,    COMPROMISE WITH SAHANI PARTIES;
                                            MEMORANDUM OF POINTS AND
14          Debtor.                         AUTHORITIES; DECLARATION OF
                                            SANDRA K. MCBETH; AND REQUEST
15                                          FOR JUDICIAL NOTICE IN SUPPORT

16                                          Date: November 18, 2025
                                            Time:1:00 P.M.
17                                          Courtroom: 1639
                                            Address: Edward R. Roybal Federal Building
18                                          and United States Courthouse
                                            255 E. Temple St., Los Angeles, CA 90012
19

20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

2

3

# TABLE OF CONTENTS

1.   Summary of Argument ................................................................................................ 1

2.   Factual Background ................................................................................................... 4

   A.   Bankruptcy Case ................................................................................................ 4

   B.   McBeth v. Sahani, Case No. 9:18-ap-01040-DS ............................................... 4

   C.   McBeth v. Los Angeles County Treasurer and Tax Collector, Case No. 9:18-ap-01049-DS .. 6

   D.   McBeth v. Department of the Treasury, Case No. 9:18-ap-01052-DS .................................. 7

   E.   The Agreement ................................................................................................. 8

      1.   Settlement Payment.. ................................................................................. 9

      2.   Dismissal of the Sahani AP ........................................................................ 9

      3.   Dismissal of the LA County AP and USA AP. ............................................ 9

      4.   Default.. .................................................................................................... 10

      5.   Court Approval. ........................................................................................ 10

      6.   Trustee's Release ...................................................................................... 10

      7.   Sahanis' Release. ...................................................................................... 11

      8.   California Civil Code § 1542 Waiver. ....................................................... 11

      9.   No Admission of Liability ........................................................................ 12

3.   Legal Argument ...................................................................................................... 12

   A.   The Agreement is in the best interest of creditors and the Estate for purposes of Rule 9019. 12

   i.   Probability of Success in the Litigation .......................................................... 13

   ii.  The difficulties to be encountered in the matter of collection. .......................... 18

   B.   Good cause exists to continue all hearings in the Sahani AP. .............................. 21

4.   Conclusion .............................................................................................................. 22

Declaration of Sandra K. McBeth ................................................................................. 23

27

28

MOTION TO APPROVE COMPROMISE (SAHANIS)

4887-3240-4624,v.1

# TABLE OF AUTHORITIES

**Cases**

*Arrowsmith v. Mallory (In re Health Diagnostic Lab., Inc.),*

 2017 Bankr.LEXIS 2230, at *40 (Bankr. E.D. Va. Aug. 9, 2017) ................................. 15

*Brady v. United States SBA (In re Specialty's Café & Bakery, Inc.),*

 639 B.R. 548, 553 (Bankr. N.D. Cal. 2022) ................................................................... 16

*Burton v. Ulrich (In re Schmitt),*

 215 B.R. 417, 424 (B.A.P. 9th Cir. 1997) ..................................................................... 13

*generally Switzer v. Wood,*

 35 Cal.App.5th 116, 122 (2019) ................................................................................... 19

*Gutierrez v. Girardi,*

 194 Cal.App.4th 925, 932 (2011) ................................................................................. 18

*Hopkins v. Crystal 2G Ranch, Inc. (In re Crystal),*

 513 B.R. 413, 418 (Bankr. D. Idaho 2014) .................................................................. 15

*In re A & C Properties,*

 784 F.2d 1377, 1380-81 (9th Cir. 1986) ...................................................................... 13

*In re Mikkelsen,*

 2018 Bankr.LEXIS 2622, at *5-6 (Bankr. D. Idaho Aug. 30, 2018)............................. 14

*In re Morrison,*

 69 B.R. 586, 592 (Bankr. E.D. Pa. 1987) ..................................................................... 14

*In re Specialty's Café,*

 639 B.R. at 553 .............................................................................................................. 16

*K.C. Multimedia, Inc. v. Bank of Am. Tech. & Ops., Inc.,*

 171 Cal.App.4th 939, 960 (2009) ................................................................................. 17

*Marzec v. Public Employees' Retirement System,*

 236 Cal. App. 4th 889, 915 (2015) ............................................................................... 18

*Off. Unsecured Creditors Comm. v. U.S. Nat'l Bank (In re Suffola, Inc.),*

 2 F.3d 977, 979 (9th Cir. 1993) .................................................................................... 17

MOTION TO APPROVE COMPROMISE (SAHANIS)

4887-3240-4624,v.1

1   *Parkinson Seed Farm, Inc. v. Weeks (In re Parkinson Seed Farm, Inc.)*,

2      640 B.R. 218, 241-42 (Bankr. D. Idaho 2022) ............................................................. 15

3   *PNC Bank v. Sterba (In re Sterba)*,

4      852 F.3d 1175, 1178 (9th Cir. 2017) ......................................................................... 20

5   *Professional Tax Appeal v. Kennedy-Wilson Holdings, Inc.*,

6      29 Cal.App.5th 230, 238 (2018) ................................................................................. 19

7   *Quintara Bioscience Inc. v. Ruifeng Biztech, Inc.*,

8       2025 U.S.App.LEXIS 20382, at *11 (9th Cir. Aug. 12, 2025)..................................... 18

9   *Rainsdon v. Gearheart (In re Ford)*,

10     2021 Bankr.LEXIS 13, at *12 (Bankr. D. Idaho Jan. 6, 2021)..................................... 15

11  *Siry Investment, L.P. v. Farkhondehpour*,

12     13 Cal.5th 333, 354 (2022) ......................................................................................... 18

13  *United States v. Edwards*,

14     595 F.3d 1004, 1012 (9th Cir. 2010) ......................................................................... 14

15  *Weeden v. Hoffman*,

16     70 Cal.App.5th 269, 294 (2021) (citing Cal. Code Civ. P. § 761.020(a)-(e)) ............... 19

17  *Williams v. McNabb (In re McNabb)*,

18     567 B.R. 326, 335 (Bankr. W.D. Tenn. 2017)............................................................ 16

19  *Yong v. INS*,

20     208 F.3d 1116, 1119 (9th Cir. 2000) ......................................................................... 24

21  *Zarate v. Umpqua Bank (In re Zarate)*, 2015 Bankr.LEXIS 4140, at *22-23 (B.A.P. 9th Cir. Dec. 9,

22     2015) .......................................................................................................................... 14

23  **Statutes**

24  11 U.S.C. § 522(p) ...................................................................................................... 18

25  11 U.S.C. §§ 544, 548(a)(1)(A) ........................................................................... 5, 28, 29

26  11 U.S.C. §§ 544, 548(a)(1)(B), 550, and 551............................................................ 5, 16, 29

27  11 U.S.C. §§ 544, 550, and 551 ......................................................................... 7, 8, 31, 32

28  11 U.S.C. §§ 547, 550, and 551 ................................................................................ passim

MOTION TO APPROVE COMPROMISE (SAHANIS)

11 U.S.C. §§ 548, 550, and 551 ........................................................................... 7, 8, 31, 32

**Rules**

Fed. R. Bankr. P. 9019 ........................................................................................ 12

Local Bankruptcy Rule 9013-2(b)(1) ................................................................... 19

**Rule 9019** ........................................................................................................ 12

Rule 9019 of the Federal Rules of Bankruptcy Procedure ................................... 12

**Codes**

Cal. Civ. Code §§ 3439 *et seq.* ...................................................................... 5, 28, 29

Cal. Civ. Code §§ 3439.05 *et seq.* ................................................................. 7, 8, 31, 32

Cal. Code Civ. P. Section 337 ........................................................................... 17

Cal. Code Civ. P. Section 337(a) ...................................................................... 17

California Penal Code § 496(c) .......................................................................... 16

MOTION TO APPROVE COMPROMISE (SAHANIS)

4887-3240-4624,v.1

1  TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE,

2  THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

3         Sandra K. McBeth, in her capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate

4  ("Estate") of Rajysan, Inc., dba MMD Equipment ("Debtor"), respectfully files this motion

5  ("Motion") to approve the settlement agreement ("Agreement") among Trustee, on the one hand,

6  and Gurpreet Sahani, Gurpreet Sahani as Trustee of the Green Acres Trust Dated May 10, 2017,

7  Rajinder Sahani, Amarjit Sahani, and Shaheen Sahani (collectively, the "Sahanis"), on the other

8  hand. Trustee and the Sahanis are collectively referred to as the "Parties." In support of the Motion,

9  Trustee represents as follows:

10 **1.      Summary of Argument**

11        A bankruptcy trustee's proposed compromise should be approved if it is in the best interest

12 of the estate and is "fair and equitable" for creditors. In determining whether an agreement is fair and

13 equitable for the creditors, courts assess the following four factors: (1) the probability of success of

14 the litigation; (2) the difficulties, if any, to be encountered in the matter of collection; (3) the

15 complexity of the litigation involved, and the expense, inconvenience and delay necessarily

16 attending it; and (4) the paramount interest of the creditors and a proper deference to their reasonable

17 views in the premises. A bankruptcy trustee may exercise her business judgment in agreeing to a

18 proposed compromise.

19        In this case, the Trustee has executed an Agreement which provides for the Sahanis to pay

20 $500,000 no later than 90 days after entry of a final Court order granting this Motion. The

21 Agreement further provides for dismissal of the Trustee's adversary proceeding against the Sahanis

22 (defined below as the "Sahani AP") with prejudice within 14 calendar days after the later of the

23 Trustee's receipt of the Sahanis' payment and entry of a final Court order approving the Agreement.

24 And, the Agreement contains a provision to facilitate dismissal of the adversary proceedings against

25 the United States and the Los Angeles County Treasurer-Tax Collector pursuant to the Trustee's

26 separate settlement agreements with those parties (which agreements are subject to Court approval).

27        Were the Agreement not approved, the Trustee would proceed with litigation in the Sahani

28 AP. While the Trustee has a pending motion for summary judgment motion in the Sahani AP

1    regarding certain fraudulent transfer claims, the Sahanis have opposed the motion, and there is no

2    guarantee that the Trustee will prevail. If the summary judgment motion is denied, the Trustee would

3    proceed to trial on all 17 claims set forth in the operative complaint. Even if the summary judgment

4    motion were granted, the Trustee would likely proceed to trial on all claims not resolved by

5    summary judgment. Success in litigation is never guaranteed, and the Trustee's claims contain many

6    issues of fact. The Sahanis assert defenses to all the claims in the Sahani AP, and they are

7    represented by highly competent counsel.

8          The Trustee claims the Sahanis have breached of the promissory notes which they executed

9    in connection with the tax transfers that underlie the Trustee's fraudulent transfer litigation. If the

10   Agreement is not approved, the Trustee would commence an adversary proceeding for breach of the

11   promissory notes. While the Trustee believes that these claims are strong, she is also informed and

12   believes that the Sahanis would assert defenses to these claims. As there is no complaint filed to

13   enforce the promissory notes, the Trustee has not had the benefit of assessing the Sahanis' answer to

14   a complaint for breach of the notes to assess the strength of their defenses. But, again, success in

15   litigation is never guaranteed.

16         Even if the Trustee were to prevail on the claims in the Sahani AP and for breach of the

17   notes, the Trustee believes that collection would present a significant hurdle. Specifically, the

18   Trustee is informed and believes that Amarjit Sahani resides in India for approximately 11 months of

19   the year, with his assets located there. The Trustee asserts no less than $3,674,994.55 in fraudulent

20   transfer claims against him, plus $4,455,742.26 in principal and interest owed on the Notes.

21   Collecting any amount against Amarjit Sahani in India will be difficult, if not impossible.

22         The Trustee likewise asserts no less than $899,941.89 in fraudulent transfer claims against

23   Gurpreet Sahani, plus $1,258,702.51 in principal and interest owed by him on the Notes. While the

24   Trustee does not believe that Gurpreet Sahani or the other Sahani defendants other than Amarjit have

25   relocated to India, the Sahanis confidentially produced financial disclosures at mediation regarding

26   her prospects of collection from them. The Trustee further conducted her own, independent

27   investigation and determined that her prospects of collection against the Sahanis are limited. Given a

28   current homestead exemption of $722,507 in Los Angeles County, collection against the Sahanis

MOTION TO APPROVE COMPROMISE (SAHANIS)

will be extremely difficult. Further, the Sahanis have strongly opposed the Trustee's claims against them, so the Trustee expects that any collection efforts will likely entail continued litigation. Most importantly, there is a strong risk that the Sahanis will file bankruptcy cases of their own should they lose in the Trustee's litigation. While the Trustee does not concede that any debt owed by the Sahanis would, in fact, be dischargeable, the bankruptcy risk potentially adds several more years and layers of litigation and exponentially increases the difficulty in collection.

Finally, it is impossible to ignore the derivative effect on the Sahani AP of the Supreme Court's recent ruling in *United States v. Miller* ("Miller Case"), holding that the sovereign immunity waiver provision in the Bankruptcy Code does not waive the federal government's sovereign immunity to a state-law fraudulent transfer claim. While the Miller Case has no direct impact on the Sahani AP, it has absolved the IRS of potential liability for claims to recover millions in tax payments made by Debtor on the Sahanis' behalf. This outcome was hugely prejudicial to the Trustee in the Sahani AP because, had the Trustee succeeded in his claims against the IRS, then the IRS likely would have employed extraordinary collection measures (only available to the IRS) against the Sahanis to make the IRS whole for any moneys it paid to the Estate on account of an adverse judgment. The prospect of the IRS using its extraordinary powers to recover assets of the Sahanis both domestically and internationally no longer exists. That such scenario is now precluded by the Miller Case eliminates substantial leverage once held by the Trustee in pursuing the Estate's claims against the IRS. To put it lightly, the Supreme Court's ruling in *Miller* has significantly reduced the value of the Estate's claims against the Sahanis.

Continued litigation in the Sahani AP will prove expensive, dilatory, speculative, and burdensome to the Estate. The expense of going to trial in the Sahani AP would easily cost more than $100,000 in priority administrative expenses, considering not only the time for the Trustee's counsel to appear at trial, but also the time for drafting a pretrial stipulation, appearing at a pretrial conference, and preparing pre- and post-trial briefs. Further, either an appeal or the Sahanis' personal bankruptcy filings would likely follow any potential judgment adverse to the Sahanis, adding to the expense and delay of litigation.

MOTION TO APPROVE COMPROMISE (SAHANIS)

1    This bankruptcy case was filed on July 29, 2017. The Sahani AP has been pending since

2   August 6, 2018. The litigation for breach of the promissory notes has not even begun. The

3   Agreement provides for resolution of the litigation so that the Trustee can proceed with closing this

4   case and making any creditor distributions. The Trustee believes, in her business judgment, that the

5   compromise set forth in the Agreement is in the best interest of the creditors and the Estate, and by

6   this Motion, she respectfully requests that the Court enter an order approving the Agreement in its

7   entirety.

8   **2.    Factual Background**

9       **A.    Bankruptcy Case**

10      On July 29, 2017, Rajysan, Inc. ("Debtor") filed a voluntary Chapter 11 petition,

11   commencing *In re Rajysan, Inc., dba MMD Equipment*, Case No. 9:17-bk-11363 ("Bankruptcy

12   Case").

13      On May 14, 2019, at Docket No. 410 in the Bankruptcy Case, the Court entered an order

14   approving the appointment of Sandra K. McBeth as the Chapter 11 trustee.

15      On February 14, 2022, at Docket No. 666 in the Bankruptcy Case, the Court entered an

16   "Order Granting Chapter 11 Trustee's Motion for an Order Converting Chapter 11 Case to Chapter

17   7."

18      Sandra K. McBeth is the duly appointed and acting Chapter 7 Trustee of the Estate.

19      **B.    McBeth v. Sahani, Case No. 9:18-ap-01040-DS**

20      On August 6, 2018, the Official Committee of Unsecured Creditors of the Bankruptcy Estate

21   of Rajysan, Inc., dba MMD Equipment ("Committee") filed an adversary complaint against the

22   Sahanis, commencing Adversary Proceeding No. 9:18-ap-01040-DS ("Sahani AP").

23      On October 23, 2019, the Committee filed a third amended complaint ("Sahani Complaint")

24   at Sahani AP Docket No. 96. *See also* Sahani AP Docket No. 170 (amended Sahani Complaint with

25   redacted personal identifiers). The Sahani Complaint alleges the following claims:

26      (1) First Claim for Relief, for Avoidance, Recovery, and Preservation of Preferential

27          Transfers, pursuant to 11 U.S.C. §§ 547, 550, and 551, against Gurpreet Sahani;

28      (2) Second Claim for Relief, for Avoidance, Recovery, and Preservation of Intentional

Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(A), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Gurpreet Sahani;

(3) Third Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(B), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Gurpreet Sahani;

(4) Fourth Claim for Relief, for Avoidance, Recovery, and Preservation of Preferential Transfers, pursuant to 11 U.S.C. §§ 547, 550, and 551, against Amarjit Sahani;

(5) Fifth Claim for Relief, for Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(A), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Amarjit Sahani;

(6) Sixth Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(B), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Amarjit Sahani;

(7) Seventh Claim for Relief, for Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(A), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Rajinder Sahani;

(8) Eighth Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(B), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Rajinder Sahani;

(9) Ninth Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(B), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against the "Insider Defendants"[1];

(10)    Tenth Claim for Relief, for Misappropriation of Trade Secrets, against the Insider Defendants;

(11)    Eleventh Claim for Relief, for Avoidance, Recovery, and Preservation of Trilateral Preferential Transfers, pursuant to 11 U.S.C. § 547, 550, and 551, against all defendants;

---

[1] The Sahani Complaint defines "Insider Defendants" as Gurpreet, Rajinder, Amarjit, and Shaheen Sahani. Sahani Complaint ¶ 9.

MOTION TO APPROVE COMPROMISE (SAHANIS)

4920-2409-3813,v.2

(12)    Twelfth Claim for Relief, for Breach of Fiduciary Duty, against all defendants;

(13)    Thirteenth Claim for Relief, for Civil Liability for Breaches of Fiduciary Duty,
pursuant to Cal. Pen. Code § 496;

(14)    Fourteenth Claim for Relief, for Breach of Fiduciary Duty, regarding the Tampa
Property;[2]

(15)    Fifteenth Claim for Relief, for Declaratory Judgment, regarding the Tampa Property;

(16)    Sixteenth Claim for Relief, for Quiet Title, regarding the Tampa Property; and

(17)    Seventeenth Claim for Relief, for Unjust Enrichment, regarding the Tampa Property.

Sahani AP Docket No. 170 at 14-30.

On May 13, 2020, at Sahani AP Docket No. 158, the Sahanis filed an answer to the Sahani Complaint. The Sahanis contend that the Debtor's payments to the taxing authorities at issue in the Trustee's complaints in the Sahani AP, IRS AP, and LA County AP were for reasonably equivalent value because they signed promissory notes in favor of the Debtor promising to repay the amounts paid ("Notes"). They deny any and all alleged wrongdoing or that the Debtor or any creditor suffered damages.

Pursuant to an order of the Court at Sahani AP Docket No. 271, the Trustee is the plaintiff and real party-in-interest in the Sahani AP, which is currently pending.

## C.    McBeth v. Los Angeles County Treasurer and Tax Collector, Case No. 9:18-ap-01049-DS

On September 19, 2018, the Committee filed an adversary complaint against the Los Angeles County Treasurer-Tax Collector ("LA County"), commencing Adversary Proceeding No. 9:18-ap-01049-DS ("LA County AP").

On October 10, 2018, at LA County AP Docket No. 6, the Committee filed a first amended complaint ("LA County Complaint") against LA County. An amended LA County Complaint with redacted personal identifiers is filed at LA County AP Docket No. 78. The LA County Complaint alleges the following claims:

---

[2] The Tampa Property is the residence located at 5352 Tampa Avenue, Tarzana, California 91356. *See generally* Sahani Complaint ¶¶ 64-72.

4920-2409-3813,v.2

(1) First Claim for Relief, for Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers, pursuant to 11 U.S.C. §§ 548, 550, and 551;

(2) Second Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 548, 550, and 551;

(3) Third Claim for Relief, for Avoidance, Recovery, and Preservation of Actual Fraudulent Transfers Under the California Uniform Voidable Transactions Act, pursuant to 11 U.S.C. §§ 544, 550, and 551, and Cal. Civ. Code §§ 3439.04 *et seq.*;

(4) Fourth Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers Under the California Uniform Voidable Transactions Act, pursuant to 11 U.S.C. §§ 544, 550, and 551, and Cal. Civ. Code §§ 3439.05 *et seq.*; and

(5) Fifth Claim for Relief, for Disallowance of Claim, pursuant to 11 U.S.C. § 502(d).

LA County AP Docket No. 78 at 4-9.

On November 20, 2018, at LA County AP Docket No. 17, LA County filed its answer to the LA County Complaint.

The Sahanis contend that the Debtor's payments to LA County were for reasonably equivalent value based on the Notes.

Pursuant to an order of the Court, at LA County AP Docket No. 141, Trustee is the plaintiff and real party-in-interest in the LA County AP.

The Sahanis are intervenor defendants in the LA County AP, which is currently pending. *See* LA County AP Docket No. 37. The Trustee has agreed with LA County to fully and finally resolve the LA County AP, subject to Court approval. The motion to approve the compromise with LA County is being filed concurrently herewith.

### D.    McBeth v. Department of the Treasury, Case No. 9:18-ap-01052-DS

On September 19, 2018, the Committee filed an adversary complaint against the Department of Treasury and Internal Revenue Service, initiating Adversary Proceeding No. 9:18-ap-01052-DS ("USA AP").

On November 26, 2018, at USA AP Docket No. 18, the Committee filed a second amended complaint ("USA Complaint") against the United States of America ("USA"). The USA Complaint

alleges the following claims:

    (1) First Claim for Relief, for Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers, pursuant to 11 U.S.C. §§ 548, 550, and 551;

    (2) Second Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 548, 550, and 551;

    (3) Third Claim for Relief, for Avoidance, Recovery, and Preservation of Actual Fraudulent Transfers Under the California Uniform Voidable Transactions Act, pursuant to 11 U.S.C. §§ 544, 550, and 551, and Cal. Civ. Code §§ 3439.04 *et seq.*;

    (4) Fourth Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers Under the California Uniform Voidable Transactions Act, pursuant to 11 U.S.C. §§ 544, 550, and 551, and Cal. Civ. Code §§ 3439.05 *et seq.*; and

    (5) Fifth Claim for Relief, for Disallowance of Claim, pursuant to 11 U.S.C. § 502(d).

USA AP Docket No. 18.

On December 10, 2018, at USA AP Docket No. 26, the USA filed its answer to the USA Complaint.

The Sahanis contend that the Debtor's payments to the IRS were for reasonably equivalent value based on the Notes.

Pursuant to a June 17, 2022, order of the Court, at USA AP Docket No. 134, the Trustee is the plaintiff and real party-in-interest in the USA AP.

The Sahanis are intervenor defendants in the USA AP, which is currently pending. *See* USA AP Docket No. 43. Due mostly in part to the Supreme Court's ruling in the Miller Case (discussed above), the Trustee has agreed with the USA to fully and finally resolve the USA AP, subject to Bankruptcy Court approval. The motion to approve the compromise with the USA is being filed concurrently herewith.

## E.    The Agreement

The Parties have executed the Agreement to resolve the Sahani AP in its entirety. A true and correct copy of the Agreement is attached to the McBeth Declaration as **Exhibit 1**. In furtherance of this objective, the Agreement contains the following terms:

4920-2409-3813,v.2

1.    **Settlement Payment.** No later than 90 days after entry of a Court order approving this Agreement that is final (*i.e.*, no longer subject to appeal), the Sahanis shall pay $500,000.00 to the Trustee ("Payment") in full and final satisfaction of the Notes and all claims. The Payment shall be paid via check paid to the order of "Sandra K. McBeth, Chapter 7 Trustee," and mailed to Sandra K. McBeth, A Professional Law Corporation, 7343 El Camino Real, #185, Atascadero, CA 93422. The Payment may alternatively be paid via wire transfer. Wire transfer instructions have been provided.

2.    **Dismissal of the Sahani AP.** Within 14 calendar days after the later of Trustee's receipt of the Payment and entry of a final Court order approving this Agreement, the Trustee and the Sahanis shall promptly execute a Stipulation of Dismissal of the Sahani AP pursuant to Fed. R. Civ. P. 41, which the Trustee shall immediately file, which shall cause the Sahani AP to be dismissed with prejudice**,** with each Party to bear its own attorneys' fees and costs of suit.

3.    **Dismissal of the LA County AP and USA AP.** The Trustee has separately reached agreements in principle with LA County and the USA to settle the Estate's claims against them. The Sahanis did not participate in the discussions that led to the agreements in principle. The Sahanis reserve all rights to respond to the motions to approve the Trustee's proposed compromises with LA County and the USA. Upon entry of a final Court order approving the agreement with LA County, the Sahanis agree to dismiss without prejudice all claims raised as intervenors in the LA County AP, and to execute a Stipulation to Dismiss without prejudice the LA County AP pursuant to Fed. R. Civ. P. 41 so long as such stipulation is consistent with the terms of this Agreement and the court-approved agreement with LA County. Upon entry of a final Court order approving the agreement with the USA, the Sahanis agree to dismiss without prejudice all claims raised as intervenors in the USA AP, and to execute a Stipulation to Dismiss without prejudice the USA AP pursuant to Fed. R. Civ. P. 41 so long as such stipulation is consistent with the terms of this Agreement and the court-approved agreement with the USA. The Sahanis will dismiss their complaints in intervention without prejudice so they can preserve their rights, remedies, and claims in the event of future adverse action (whether in litigation or another form) by LA County and/or the USA, and to avoid any argument that their dismissal constitutes a finding or admission.

4.      **Default.** If the Sahanis do not timely make the Payment, then the Trustee shall serve their counsel, Stephen Hyam, Esq., and Lewis Landau, Esq., via email with a Notice of Default. The Sahanis shall have seven days after service of the Notice of Default to cure any default. Should the Sahanis fail to timely cure the default, this Agreement shall be null and void in its entirety.

5.      **Court Approval.** The Parties acknowledge and agree that Bankruptcy Court approval of this Agreement and the entry of a final and non-appealable order in form and content satisfactory to the Parties is a necessary condition precedent to its effectiveness. The Trustee shall be responsible for preparation and filing of a motion to seek approval of this Agreement. If the Agreement is not approved in its entirety, whether due to an order of the Bankruptcy Court or an appellate court, then the Trustee shall immediately return any amount of the Payment received from the Sahanis to the Sahanis, and the Trustee and the Sahanis shall retain any and all of their respective rights.

6.      **Trustee's Release.** Except for the obligations contained in this Agreement, and upon both Trustee's receipt of the Payment and final Court approval of this Agreement, the Trustee, on behalf of the Debtor and Debtor's Estate, hereby fully and forever releases and discharges the Sahanis and their agents, employees, assigns, trustees, trusts, and attorneys (collectively, the "Sahani Released Parties"), from any and all actual or potential claims, demands, obligations, losses, causes of action, damages, penalties, costs, expenses, attorneys' fees, liabilities, and indemnities, of any kind or nature whatsoever, whether known or unknown, suspected or unsuspected, arising from or relating in any way to any claims asserted or that could have been asserted against the Sahani Released Parties by the Trustee or the Debtor related in any manner to the Debtor or the Bankruptcy Case at any time prior to the execution of this Agreement, including, without limitation, any claims under Chapter 5 of the Bankruptcy Code or comparable state statutes and including the Notes. The Trustee acknowledges that she or her attorneys may hereafter discover facts different from or in addition to the facts that she now knows or believes to be true as to the subject matter of this Agreement, but that it is Trustee's intention to hereby fully and finally release the claims set forth in this paragraph, notwithstanding the discovery of any such different or additional facts. The Sahani Released Parties acknowledge that the Trustee cannot, and does not purport to, release any claims held by LA County or USA to seek to recover from them the amounts that the taxing agencies are

MOTION TO APPROVE COMPROMISE (SAHANIS)
4920-2409-3813,v.2

1    paying the Trustee to settle those adversary cases.

2          7.      **Sahanis' Release.** Except for the obligations contained in this Agreement, and upon

3 both Trustee's receipt of the Payment and final Court approval of this Agreement, the Sahanis fully

4 release and discharge the Trustee, the Debtor and the Debtor's Estate, and the Trustee's agents,

5 employees and attorneys in their capacities as such (collectively, the "Trustee Released Parties"),

6 from any and all actual or potential claims, demands, obligations, losses, causes of action, damages,

7 penalties, costs, expenses, attorneys' fees, liabilities, and indemnities, whether known or unknown,

8 suspected or unsuspected, arising from or relating in any way to the bankruptcy case including any

9 claims asserted or that could have been asserted against the Trustee Released Parties by the Sahanis

10 related to the Debtor or the Bankruptcy Case at any time prior to the execution of this Agreement.

11 The Sahanis acknowledge that they or their attorneys may hereafter discover facts different from or

12 in addition to the facts that they now know or believe to be true as to the subject matter of this

13 Agreement, but that it is their intention to hereby fully and finally release the claims set forth in this

14 paragraph, notwithstanding the discovery of any such different or additional facts. The Sahanis

15 additionally waive and release any right to receive distributions from the bankruptcy estate including

16 any right to file a proof of claim under Section 502(h) of the Bankruptcy Code.

17          8.      **California Civil Code § 1542 Waiver.** Notwithstanding the discovery by either Party

18 of any such additional or different facts, the Parties certify that they have read Section 1542 of the

19 California Civil Code set forth below:

20                      **A general release does not extend to claims that the creditor or releasing**

21                      **party does not know or suspect to exist in his or her favor at the time of**

22                      **executing the release and that, if known by him or her, would have**

23                      **materially affected his or her settlement with the debtor or released**

24                      **party.**

25 The Parties do hereby waive application of Section 1542 of the California Civil Code and any other

26 statutes, common law rights, rules, or the like which may operate to limit the intent of this

27 Agreement with respect to the claims released in Sections 6 and 7 above. The Parties understand and

28 acknowledge that the significance and consequence of this waiver of Section 1542 of the California

4920-2409-3813,v.2

1  Civil Code is that even if they should eventually suffer additional damages on account of the claims

2  released in Sections 6 and 7 above, they will not be permitted to make any claim for such damages.

3        9.    **No Admission of Liability.** Nothing in this Agreement shall be construed as an

4  admission of liability or the existence of damages by any Party to the Agreement. The Sahanis

5  expressly deny liability and that there were any damages for any conduct alleged in the Sahani AP,

6  LA County AP, and USA AP, or in the Trustee's dismissed adversary proceedings against the

7  California Franchise Tax Board (adversary proceeding no. 9:18-ap-01051-DS), the Massachusetts

8  Department of Revenue (adversary proceeding no. 9:18-ap-01050-DS), and the State of New Jersey

9  Division of Taxation (adversary proceeding no. 9:18-ap-01048-DS). The Sahanis do not and shall

10  not waive any and all claims, defenses, and rights that they have regarding any claims that are, may

11  have been, or could or will be brought by LA County, the USA, the Massachusetts Department of

12  Revenue, the State of New Jersey, and the Franchise Tax Board, all of which are expressly reserved.

13        The full terms of the Agreement are set forth in Exhibit 1 to the McBeth Declaration.

14  **3.    Legal Argument**

15      **A.    The Agreement is in the best interest of creditors and the Estate for**

16            **purposes of Rule 9019.**

17        Under Rule 9019 of the Federal Rules of Bankruptcy Procedure ("FRBP"), the court may

18  approve a compromise or settlement on motion by the trustee. Fed. R. Bankr. P. 9019. A

19  compromise should be approved if it is in the best interest of the estate and is "fair and equitable" for

20  the creditors. *Wells Fargo Bank, N.A. v. Guy F. Atkinson Co. (In re Guy F. Atkinson Co.)*, 242 B.R.

21  497, 502 (B.A.P. 9th Cir. 1999) ("At its base, the approval of a settlement turns on the question of

22  whether the compromise is in the best interest of the estate."); *Burton v. Ulrich (In re Schmitt)*, 215

23  B.R. 417, 424 (B.A.P. 9th Cir. 1997). "In determining the fairness, reasonableness and adequacy of a

24  proposed settlement agreement, the court must consider:

25        (a)    the probability of success of the litigation;

26        (b)    the difficulties, if any, to be encountered in the matter of collection;

27        (c)    the complexity of the litigation involved, and the expense, inconvenience and delay

28            necessarily attending it; [and]

(d)    the paramount interest of the creditors and a proper deference to their reasonable

views in the premises."

*In re A & C Properties*, 784 F.2d 1377, 1380-81 (9th Cir. 1986); *United States v. Edwards*, 595 F.3d

1004, 1012 (9th Cir. 2010) (same).

A trustee can exercise his business judgment to settle claims at any time, based on his

evaluation of the case. *Zarate v. Umpqua Bank (In re Zarate)*, 2015 Bankr.LEXIS 4140, at *22-23

(B.A.P. 9th Cir. Dec. 9, 2015) (noting also that the trustee "must be permitted to use his business

acumen and judgment in the best interest of the estate"); *see also In re Mikkelsen*, 2018

Bankr.LEXIS 2622, at *5-6 (Bankr. D. Idaho Aug. 30, 2018) (approving a proposed compromise

that was "reasonable and within Trustee's proper exercise of business judgment"). A settlement

negotiated by a trustee, as a representative of the estate, is entitled to deference. *In re Morrison*, 69

B.R. 586, 592 (Bankr. E.D. Pa. 1987).

### i.    Probability of Success in the Litigation

The Trustee believes that she is likely to succeed in the Sahani AP. The Trustee has

thoroughly briefed Counts 2-3 and 5-8 of the Sahani Complaint in the pending motion for summary

judgment, filed on April 26, 2024, as Sahani AP Docket No. 461. For the reasons set forth therein, in

the Trustee's supporting reply, Sahani AP Docket No. 488, and the "Notice of Recent Decision Re:

Plaintiff's Motion for Summary Judgment or, Alternatively, Summary Adjudication," Sahani AP

Docket No. 509, the Trustee believes that she is likely to prevail on these claims.

The Sahanis disagree and have filed an extensive opposition to the Trustee's summary

judgment motion, with supporting documents. Sahani AP Docket Nos. 477-83, 485.

Success in litigation is never guaranteed, and that is especially the case here, where the

Sahanis are represented by highly competent counsel, and where the Trustee's fraudulent transfer

claims involve questions of fact. *See Parkinson Seed Farm, Inc. v. Weeks (In re Parkinson Seed

Farm, Inc.)*, 640 B.R. 218, 241-42 (Bankr. D. Idaho 2022) (noting that determining whether a debtor

intended to hinder, delay, or defraud creditors in transferring property is a question of fact, and

setting forth "badges of fraud"); *Arrowsmith v. Mallory (In re Health Diagnostic Lab., Inc.)*, 2017

Bankr.LEXIS 2230, at *40 (Bankr. E.D. Va. Aug. 9, 2017) (noting that the elements of §

4920-2409-3813,v.2

1  548(a)(1)(B) involve questions of fact). Further, the Trustee bears the burden of proof on the

2  statutory elements of her fraudulent transfer claims. *Hopkins v. Crystal 2G Ranch, Inc. (In re*

3  *Crystal)*, 513 B.R. 413, 418 (Bankr. D. Idaho 2014) (noting that the trustee bears the burden of

4  proving, by a preponderance of the evidence, all the statutory elements of a § 548(a)(1)(A) claim);

5  *Rainsdon v. Gearheart (In re Ford)*, 2021 Bankr.LEXIS 13, at *12 (Bankr. D. Idaho Jan. 6, 2021)

6  (noting that the plaintiff bears the burden of proving all § 548(a)(1)(B) elements by a preponderance

7  of the evidence).

8         Count 9 is a fraudulent transfer claim which the Trustee has not yet fully briefed,[3] meaning

9  that this claim carries the same risks as set forth above, plus the Trustee has not yet had the benefit

10  of adversary briefing to assess the Sahanis' defenses.

11         Count 1 seeks avoidance, recovery, and preservation of $7,796.84 in preferential transfers to

12  Gurpreet Sahani, Sahani Complaint ¶ 102, and Count 4 seeks avoidance, recovery, and preservation

13  of $10,154.50 in preferential transfers to Amarjit Sahani. Sahani Complaint ¶ 125. "Bankruptcy

14  Code § 547(b) provides that a trustee may avoid any transfer of an interest of the debtor in property -

15  (1) to or for the benefit of a creditor; (2) for or on account of an antecedent debt owed by the debtor

16  before such transfer was made; (3) made while the debtor was insolvent; (4) made on or within 90

17  days before the date of the filing of the petition; (5) that enables such creditor to receive more than

18  such creditor would receive if - (A) the case were a case under chapter 7 of this title; (B) such

19  transfer had not been made, and (C) such creditor received payment of such debt to the extent

20  provided by the provisions of this title." *Brady v. United States SBA (In re Specialty's Café &*

21  *Bakery, Inc.)*, 639 B.R. 548, 553 (Bankr. N.D. Cal. 2022). Determination of each element of a

22  preference action is a question of material fact. *Williams v. McNabb (In re McNabb)*, 567 B.R. 326,

23  335 (Bankr. W.D. Tenn. 2017). The trustee bears the burden of proving the avoidability of a transfer

24  under § 547(b). *In re Specialty's Café*, 639 B.R. at 553. While the Trustee of course believes that she

25

26

---

27  [3] Count 9 alleges that during the four-year prepetition period, the Sahanis caused the Debtor to incur
    unsecured debt totaling not less than $13 million for the purchase of inventory which was sold at
28  cost to pay down the secured debt, for which the Sahanis had personal liability. The Sahanis deny
    the Trustee's allegations and any wrongdoing.

4920-2409-3813,v.2

can prevail on Counts 1 and 4, they again turn on questions of fact such that success is not guaranteed.

Count 11 seeks to avoid, recover, and preserve $21,082,166.57 of alleged "Trilateral Preferential Transfers" to secured creditor GemCap pursuant to 11 U.S.C. §§ 547, 550, and 551. "In the customary trilateral preference case, the debtor transfers an interest in property to a non-insider creditor within one year - but not within ninety days - of bankruptcy. The trustee, representing the unsecured creditors of the debtor, seeks to avoid the transfer under § 547(b) and to recover from the non-insider under § 550(a), on the theory that the transfer benefited the insider guarantor by reducing the guarantor's exposure on the debtor's obligation." *Off. Unsecured Creditors Comm. v. U.S. Nat'l Bank (In re Suffola, Inc.)*, 2 F.3d 977, 979 (9th Cir. 1993). Under § 550(a), recovery may be obtained from the entity for whose benefit the transfer was made (the Sahanis, who personally guaranteed the loans to GemCap). *Id.* at 980. That said, to recover on a claim for trilateral preference, the Trustee must establish: (1) that the transfers enabled the Sahanis to reduce their personal liability to GemCap on account of their guarantees of the Debtor's loans; and (2) allowed GemCap (and, thus, the Sahanis) to receive more than they would otherwise receive in a liquidation. Since Gemcap was fully secured by Debtor's assets, including Debtor's inventory, proving up this claim requires the Trustee to determine the value of Debtor's inventory on the date each transfer was executed. Given the current state and likely inaccuracy of Debtor's books and records, and also given the quite voluminous number of transfers to GemCap, the Trustee's likelihood of prevailing on this claim is minimal.

Regarding Count 10, disclosure of trade secrets without consent constitutes misappropriation. *K.C. Multimedia, Inc. v. Bank of Am. Tech. & Ops., Inc.*, 171 Cal.App.4th 939, 960 (2009). Section 3426.3(a) of the California Civil Code provides for recovery of "damages for the actual loss caused by misappropriation," plus recovery "for the unjust enrichment caused by misappropriation that is not taken into account in computing damages for actual loss." Identification of a trade secret is a question of fact. *Quintara Bioscience Inc. v. Ruifeng Biztech, Inc.*, 2025 U.S.App.LEXIS 20382, at *11 (9th Cir. Aug. 12, 2025). Further, for the Trustee to prevail, she would have to prove damages for the actual loss caused by misappropriation of the trade secrets and that such damages derived to

the benefit of the individuals who misappropriated the trade secret. Whether there was a misappropriation is a disputed issue.

For Counts 12 and 14, the elements of a cause of action for breach of fiduciary duty are: (1) existence of a fiduciary duty; (2) breach of the fiduciary duty; and (3) damages proximately caused by the breach. *Gutierrez v. Girardi*, 194 Cal.App.4th 925, 932 (2011). Whether a defendant breached a fiduciary duty is a question of fact. *Marzec v. Public Employees' Retirement System*, 236 Cal. App. 4th 889, 915 (2015). It is less than certain that the Trustee will be able to prove a breach of fiduciary duty and damages proximately caused by the breach. Further, this claim involves disputed issues.

For Count 13, California Penal Code § 496(c) imposes civil liability, including treble damages, for a violation of § 496(a). *Siry Investment, L.P. v. Farkhondehpour*, 13 Cal.5th 333, 354 (2022). Although § 496(a) covers a "spectrum of impermissible activity relating to stolen property," the elements required to show a violation of § 496(a) are: (i) property was stolen or obtained in a manner constituting theft, (ii) the defendant knew the property was so stolen or obtained, and (iii) the defendant received or had possession of the stolen property. *Id.* at 354-55. Adjudication of a California Penal Code § 596(a) cause of action turns on questions of fact. *See generally Switzer v. Wood*, 35 Cal.App.5th 116, 122 (2019) (noting the jury's findings of fact regarding a § 496 cause of action). Further, this claim involves disputed issues, and the Trustee understands that the Sahanis will defend against this claim.

For Counts 15-16, the elements of a quiet title claim are: (1) a description of the property that is the subject of the action; (2) the title of the plaintiff as to which a determination is sought and the basis of the title; (3) "[t]he adverse claims to the title of the plaintiff against which a determination is sought"; (4) the date as of which the determination is sought; and (5) a prayer for the determination of plaintiff's title "against the adverse claims." *Weeden v. Hoffman*, 70 Cal.App.5th 269, 294 (2021) (citing Cal. Code Civ. P. § 761.020(a)-(e)). The Trustee alleges that the Debtor was always and remains the beneficial owner of the Tampa Property because the Sahanis purchased the property and made improvements with Debtor's funds. Were the Trustee to proceed with the litigation, the Trustee would have to actually make this showing. The Trustee would also need to conclusively establish that the Sahanis were not legally entitled to the funds used for the purchase. Based on the

purchase date of the subject property, questions also exist as to whether the applicable statute of limitations has already expired when the initial complaint was filed.

And, for Count 17, generally, one who is unjustly enriched at the expense of another is required to make restitution. *Professional Tax Appeal v. Kennedy-Wilson Holdings, Inc.*, 29 Cal.App.5th 230, 238 (2018). The elements of a cause of action for unjust enrichment are: (1) receipt of a benefit, and (2) unjust retention of the benefit at the expense of another. *Id.* The Sahani Complaint alleges that Sahanis received a benefit in the amount of $500,492 for the remodel and expansion of the Tampa Property. Again, the Trustee would have to actually make this showing were the litigation to proceed and to overcome challenges from the Sahanis regarding the timeliness of the Trustee's claims. The Sahanis dispute that they were unjustly enriched.

Finally, the Trustee asserts that she has a claim for breach of the Notes, although no causes of action have yet been asserted. True and correct copies of the Notes are attached to the McBeth Declaration as **Exhibit 2**. The earliest maturity date of any of the Notes is December 31, 2022. The Trustee therefore alleges that she can timely file an action for breach of the Notes. *See* Cal. Code Civ. P. Section 337(a) ("Within four years: An action upon any contract, obligation or liability founded upon an instrument in writing . . . ."); *PNC Bank v. Sterba (In re Sterba)*, 852 F.3d 1175, 1178 (9th Cir. 2017) (noting the four-year statute of limitations for promissory notes under Cal. Code Civ. P. Section 337). The Trustee alleges that Amarjit and Gurpreet Sahani owe no less than the following amounts, based on a 1.65% interest rate compounded annually, with no payments having been made on the notes:

| Amarjit Sahani | |
|---|---|
| Principal Owed | $3,766,354.81 |
| Total Interest Owed | $689,387.45 |
| Principal + Interest Owed | $4,455,742.26 |
| Gurpreet Sahani | |
| Principal Owed | $1,062,766.92 |
| Total Interest Owed | $195,935.59 |

MOTION TO APPROVE COMPROMISE (SAHANIS)
4920-2409-3813,v.2

| Principal + Interest Owed | $1,258,702.51 |
|---|---|

A copy of an Excel sheet regarding the Notes, prepared by the Trustee's counsel, is attached as **Exhibit 3**. The Trustee believes that these claims are particularly strong and is prepared to proceed with the litigation should the Agreement not be approved, but again, success in litigation is never guaranteed.

All in all, the Trustee's claims turn on questions of fact, and the Sahanis will defend the Trustee's claims against them. The first factor supports approval of the Agreement.

### ii.    The difficulties to be encountered in the matter of collection.

The Trustee is informed and believes that Amarjit Sahani resides in India for 11 months of the year, and his assets are located there. The Trustee asserts no less than $3,674,994.55 in fraudulent transfer claims against him, plus no less than $4,455,742.26 in principal and interest owed on the Notes. A copy of an Excel sheet analyzing the four-year fraudulent transfers asserted against Amarjit and Rajinder Sahani is attached as **Exhibit 4**. Even if the Trustee were to prevail entirely on her litigation claims, collecting against Amarjit Sahani in India will be difficult, if not impossible.

The Trustee asserts no less than $899,941.89 in fraudulent transfer claims against Gurpreet Sahani, plus no less than $1,258,702.51 in principal and interest owed by him on the Notes. A copy of an Excel sheet analyzing the four-year fraudulent transfers asserted against Gurpreet Sahani is attached as **Exhibit 5**. While the Trustee does not believe that the other Sahani Defendants have relocated to India, the Sahanis produced confidential financial disclosures during mediation regarding their collectability. The Trustee further conducted her own, independent investigation to assess collectability against the Sahanis. All Defendants presented financial information to the mediator who obtained authority to share it with the Trustee.  Specifically, the Defendants had sold two prior-owned homes and purchased new residences, with insufficient equity above California's large homestead exemption.[4] The Trustee personally reviewed the real property records for both the former homes and the more recent purchases, which also were purchased outside of the window in 11 U.S.C. § 522(p), and determined based upon current value, the amount of the mortgage loans on

---

[4] The current homestead exemption is $722,507 in Los Angeles County.

MOTION TO APPROVE COMPROMISE (SAHANIS)
4920-2409-3813,v.2

the properties and the exemptions available, the real property would not be a source of recovery in this case. Further, the mediator was provided additional financial information for the Defendants which was shared with the Trustee and there was minimal non-exempt property which led to the Trustee's conclusion that collection would not be possible even if we were successful in the litigation. The Trustee further inquired of substantial sums the Defendants had received in years past and they adequately explained that those funds were used to pay funds for litigation, which is still ongoing, repaying of other notes and mortgages.  Finally, although the Defendants maintained funds in their retirement, which are also exempt, they were also reserving some to pay the California Franchise Tax Board which also had similar tax claims in this case. Overall, the Trustee investigated the realistic possibility of any collection on a possible judgment, and determined this was not likely. Further, the Sahanis have strongly opposed the Trustee's claims against them (and have intervened as defendants in the LA County AP and the USA AP), suggesting that any collection efforts will likely entail continued litigation. The Trustee understands that the Sahanis will continue to vigorously defend the case and, in the event of an adverse outcome against them in the pending litigation, they are prepared to and will exercise whatever appellate rights they may have. And, there is a risk that the Sahanis will file bankruptcy cases of their own should they lose in the litigation. The prospect of the taxing authorities seeking to recover from the Sahanis any amounts that the taxing authorities have to pay to the Trustee only adds to the bankruptcy risk. While the Trustee does not concede that any debt owed by the Sahanis would, in fact, be dischargeable, the bankruptcy risk adds to the potential difficulties in collection.

The Agreement provides for the Sahanis to pay $500,000 to the Estate, without the need for further litigation or collection efforts. This factor weighs overwhelmingly in favor of approval of the Agreement.

### iii.    The complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it

The litigation with the Sahani Defendants is very complicated. The Trustee's summary judgment motion on Counts 2-3 and 5-8 alone totaled 35 pages (the maximum permissible under Local Bankruptcy Rule 9013-2(b)(1), absent a court order otherwise), plus thousands of additional

19

4920-2409-3813,v.2

1  pages of supporting evidence. Were the Trustee to proceed to trial on all 17 claims of the Sahani

2  Complaint, the volume of the briefing and supporting evidence would no doubt reach epic lengths.

3  (Even if the Trustee were to prevail on the summary judgment motion, there would still be 11

4  remaining claims that would need to proceed to trial.) Each party estimates that it would take 3-4

5  days to present its side of the case at trial, *see* Sahani AP Docket No. 520 at 2 (Joint Status Report

6  filed on March 13, 2025), meaning that trial could potentially take eight days (and more for

7  opening/closing arguments and any oral ruling by the Court). The Trustee would have at least two

8  attorneys present at trial (D. Edward Hays, Esq., who bills at an hourly rate of $770, and Bradford N.

9  Barnhardt, Esq., who bills at an hourly rate of $470). Eight days of trial for eight hours a day would

10 cost $79,360 for the trial alone, not to mention the pretrial stipulation and briefing, trial preparation,

11 and travel time/hotel expenses for Downtown Los Angeles. Plus, given the complexity of the

12 pending claims and defenses, there is a strong likelihood that posttrial briefing would be ordered,

13 leading to further expense and delay. Even if the Trustee were to prevail at trial, the Sahanis would

14 likely appeal, emmeshing the Trustee in complicated appellate litigation that could add years of

15 delay and significant expense.

16      This Motion is being drafted during a government shutdown, with the courts maintaining

17 "limited operations necessary to perform the Judiciary's constitutional functions." *See generally*

18 *https://www.uscourts.gov/data-news/judiciary-news/2025/10/17/judiciary-funding-runs-out-only-*

19 *limited-operations-continue?utm_campaign=usc-*

20 *news&utm_medium=email&utm_source=govdelivery* (published on Oct. 17, 2025). There is no

21 telling when the shutdowns will end. The ongoing shutdowns have the potential to further delay

22 resolution of the Sahani AP.

23      And, the Trustee has not yet commenced litigation on the Notes. While the Trustee does not

24 at this point believe that the claims for breach of the Notes would be particularly complex, there may

25 be issues of which the Trustee is unaware at this time that would complicate the litigation. At the

26 very least, the Trustee expects that the Sahanis will defend themselves against the Trustee's claims,

27 leading to expense and delay in any recovery for the reasons set forth above.

28

4920-2409-3813,v.2

The Agreement provides for a $500,000 payment to the Trustee payable within 90 days after entry of a final Court order approving the Agreement. This factor strongly supports approval of the Agreement.[5]

### iv.    The paramount interest of the creditors and a proper deference to their reasonable views in the premises

The Agreement serves the paramount interest of the creditors by providing for a certain recovery of $500,000, payable within 90 days after entry of the order approving the Agreement. The Agreement eliminates the risk that the Trustee will not prevail in the Sahani AP while expediting resolution of the Sahani AP and minimizing priority administrative expenses which would be substantial and detract from any creditor recoveries. While the Trustee could try to prevail in litigation with the Sahanis, collectability is a significant concern for the reasons set forth above. The Agreement provides certainty and the quickest path to any creditor recovery. This factor supports approval of the Agreement.

### B.    Good cause exists to continue all hearings in the Sahani AP.

The Court has the inherent authority to control its docket and calendar. *Yong v. INS*, 208 F.3d 1116, 1119 (9th Cir. 2000). There is currently a status conference and hearing on the summary judgment motion in the Sahani AP, set for December 16, 2025, at 1:00 p.m. Sahani AP Docket No. 542. The Agreement, however, provides for dismissal of the Sahani AP with prejudice within 14 calendar days after the later of Trustee's receipt of the settlement payment and entry of a final Court order approving the Agreement. Agreement, § 2. To conserve resources, if the Agreement is approved, all pending hearings in the Sahani AP should be continued from December 16, 2025, to April 7, 2026,[6] or to such date thereafter as is convenient for the Court.

---

[5] The Agreement's provision regarding dismissal of the USA AP and LA County AP will likewise streamline resolution of all matters in this bankruptcy case.

[6] Such a continuance allows 7 days after the hearing on this Motion for the order to be lodged and entered, 14 days after entry for the order granting this Motion to become final, 90 days thereafter for the Sahanis to make their payment to the Trustee, and 14 days after that for the stipulation of dismissal of the Sahani AP to be filed.

MOTION TO APPROVE COMPROMISE (SAHANIS)

4920-2409-3813,v.2

1  **4.      Conclusion**

2      All applicable *A&C Properties* factors support approval of the Agreement. Based on the

3  foregoing, Trustee respectfully requests that the Court enter an order:

4      1.      Granting the Motion;

5      2.      Approving the Agreement attached to the McBeth Declaration as Exhibit 1;

6      3.      Continuing all pending hearings in the Sahani AP, currently set for December 16,

7  2025, to April 7, 2026, at 1:00 p.m., or to such date thereafter as is convenient for the Court, with

8  appearances waived at the hearings on December 16, 2025; and

9      4.      For such other and further relief as the Court deems just and proper under the

10  circumstances of this case.

11

12  Dated: October 28, 2025                    Respectfully submitted,

13                                             MARSHACK HAYS WOOD LLP

14

15                                             By: */s/ Bradford N. Barnhardt*

16                                                 D. EDWARD HAYS
                                                   CHAD V. HAES

17                                                 BRADFORD N. BARNHARDT
                                                   Attorneys for Chapter 7 Trustee,

18                                                 SANDRA K. McBETH

19

20

21

22

23

24

25

26

27

28

MOTION TO APPROVE COMPROMISE (SAHANIS)

4920-2409-3813,v.2

# Declaration of Sandra K. McBeth

I, SANDRA K. McBETH, say and declare as follows:

1.      I am an individual over 18 years of age and competent to make this declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge.

3.      I am the duly appointed, qualified, and acting Chapter 7 Trustee for the bankruptcy estate ("Estate") of Rajysan, Inc., dba MMD Equipment ("Debtor").

4.      I make this Declaration in support of the Motion to Approve Settlement Agreement with the Sahani Parties ("Motion"). All terms not otherwise defined in this Declaration are used as they are defined in the Motion.

5.      Pursuant to an order of the Court, Sahani AP Docket No. 271, I am the plaintiff and real party-in-interest in the Sahani AP (solely in my capacity as Chapter 7 Trustee of the Estate).

6.      On or about October 20, 2025, I executed a settlement agreement ("Agreement") with Gurpreet Sahani, Gurpreet Sahani as Trustee of the Green Acres Trust Dated May 10, 2017, Rajinder Sahani, Amarjit Sahani, and Shaheen Sahani (collectively, the "Sahanis"). A true and correct copy of the Agreement is attached as **Exhibit 1**.

7.      The Agreement was drafted following a full-day mediation with the Sahanis and their counsel, mediated by Leonard Gumport, Esq. The Agreement was the product of arms'-length negotiation among myself and my counsel and the Sahanis and their counsel during and after mediation.

8.      For the following reasons, I believe in my business judgment that the compromise set forth in the Agreement is in the best interest of creditors and the Estate.

9.      The Agreement provides for the Sahanis to pay $500,000 no later than 90 days after entry of a final Court order approving the Agreement. The Agreement further provides for dismissal of the Sahani AP with prejudice within 14 calendar date after the later of my receipt of the Sahanis' payment and entry of a final Court order approving the Agreement. And, the Agreement contains a

4920-2409-3813,v.2

provision to facilitate dismissal of the LA County and USA adversary proceedings pursuant to my separate settlement agreements with those parties (which agreements are subject to Court approval).

10. Were the Agreement not approved, I would proceed with litigation in the Sahani AP.

11. While I have a pending motion for summary judgment motion in the Sahani AP regarding certain fraudulent transfer claims, the Sahanis have opposed the motion, and there is no guarantee that I will prevail. Were the summary judgment motion denied, I would proceed to trial on all 17 claims set forth in the operative complaint. Even if the summary judgment motion were granted, I would likely proceed to trial on all claims not resolved by summary judgment.

12. I recognize that success in litigation is never guaranteed, and I am advised that my litigation claims contain many disputed issues of fact. The Sahanis assert defenses to all the claims in the Sahani AP, and I believe that they are represented by highly competent counsel. I therefore believe that success is the Sahani AP is less than certain.

13. I also believe that I have claims for breach of the Notes, true and correct copies of which are attached as **Exhibit 2**. I would commence this litigation were the Agreement not approved. While I believe that these claims are strong, I am also informed and believe that the Sahanis would assert defenses to my claims for breach of the Notes. At this juncture, I have not had the benefit of reviewing the Sahanis' response to a complaint for breach of the Notes to assess the strength of their defenses. But, I can say that success in litigation is never guaranteed, and again, the Sahanis are represented by competent counsel.

14. Even if I were to prevail on the claims in the Sahani AP and for breach of the Notes, I believe that collection on the judgment would present a significant hurdle. Specifically, I am informed and believe that Amarjit Sahani resides in India for approximately 11 months of the year, with his assets located there. I assert no less than $3,674,994.55 in fraudulent transfer claims against him, plus no less than $4,455,742.26 in principal and interest owed on the Notes. Collecting any amount against Amarjit Sahani in India will be difficult, if not impossible.

15. I likewise assert no less than $899,941.89 in fraudulent transfer claims against Gurpreet Sahani, plus no less than $1,258,702.51 in principal and interest owed by him on the Notes. While I do not believe that Gurpreet Sahani or the other Sahani defendants other than Amarjit have

4920-2409-3813,v.2

1  relocated to India, the Sahanis produced financial disclosures at mediation regarding my prospects of

2  collection from them. I further conducted my own, independent investigation to assess collectability

3  against the Sahanis. All Defendants presented financial information to the mediator who obtained

4  authority to share it with me.  Specifically, the Defendants had sold two prior-owned homes and

5  purchased new residences, with insufficient equity above California's large homestead exemption.  I

6  personally reviewed the real property records for both the former homes and the more recent

7  purchases, which also were purchased outside of the window in 11 U.S.C. §522(p), and determined

8  based upon current value, the amount of the mortgage loans on the properties and the exemptions

9  available, the real property would not be a source of recovery in this case.  Further, the mediator was

10  provided additional financial information for the Defendants which was shared with me and there

11  was minimal non-exempt property which led to my conclusion that collection would not be possible

12  even if we were successful in the litigation.  I further inquired of substantial sums the Defendants

13  had received in years past and they adequately explained that those funds were used to pay funds for

14  litigation, which is still ongoing, repaying of other notes and mortgages.  Finally, although the

15  Defendants maintained funds in their retirement, which are also exempt, they were also reserving

16  some to pay the California Franchise Tax Board which also had similar tax claims in this case.

17  Overall, I investigated the realistic possibility of any collection on a possible judgment, and

18  determined this was not likely. Further, the Sahanis have strongly opposed my claims against them

19  (and have intervened as defendants in the LA County AP and the USA AP), suggesting that any

20  collection efforts will likely entail continued litigation. And, there is a risk that the Sahanis will file

21  bankruptcy cases of their own should they and/or the taxing authorities lose in the litigation. While I

22  do not concede that any debt owed by the Sahanis would, in fact, be dischargeable, the bankruptcy

23  risk adds to the potential difficulties in collection.

24      16.      It is impossible to ignore the derivative effect on the Sahani AP of the Supreme

25  Court's recent ruling in *United States v. Miller* ("Miller Case"), holding that the sovereign immunity

26  waiver provision in the Bankruptcy Code does not waive the federal government's sovereign

27  immunity to a state-law fraudulent transfer claim. While I do not believe that the Miller Case has had

28  a direct impact on the Sahani AP, it has absolved the IRS of potential liability for claims to recover

millions in tax payments made by Debtor on the Sahanis' behalf. This outcome was hugely prejudicial to me in the Sahani AP because, had I succeeded in my claims against the IRS, then the IRS likely would have employed extraordinary collection measures (only available to the IRS) against the Sahanis to make the IRS whole for any moneys it paid to the Estate on account of an adverse judgment. The prospect of the IRS using its extraordinary powers to recover assets of the Sahanis both domestically and internationally no longer exists. That such scenario is now precluded by the Miller Case which eliminates substantial leverage once held by the Trustee in pursuing the Estate's claims against the IRS. To put it lightly, the Supreme Court's ruling in *Miller* has significantly reduced the value of the Estate's claims against the Sahanis.

17. Continued litigation in the Sahani AP will prove expensive, dilatory, and inconvenient. I am advised that the expense of going to trial in the Sahani AP would easily cost more than $100,000 in priority administrative expenses considering not only the time for my counsel to appear at trial, but also the time for drafting a pretrial stipulation, appearing at a pretrial conference, and preparing pre- and post-trial briefs. Further, an appeal would likely follow resolution of the Sahani AP by this Court, adding to the expense and delay of litigation.

18. I have not yet commenced litigation for breach of the Notes. Were the Agreement not approved, I would do so, which would further drag out administration of this case and lead to more administrative expenses being incurred.

19. And, at the time of execution of this Declaration, the United States government is shut down, with the Court maintaining limited operations due to the shutdown. The shutdown has the potential to further delay resolution of the litigation.

20. This bankruptcy case was filed on July 29, 2017. The Sahani AP has been pending since the Committee filed it on August 6, 2018. The litigation for breach of the promissory notes has not even begun. The Agreement provides for resolution of the litigation so that I can proceed with closing out this case and making any creditor distributions. I believe that it is in the best interest of the creditors for this case to finally be resolved.

MOTION TO APPROVE COMPROMISE (SAHANIS)

4920-2409-3813,v.2

21.    For the foregoing reasons, I believe, in my business judgment, that the compromise set forth in the Agreement is in the best interest of creditors in the Estate, and I respectfully request that the Court grant my Motion and approve the Agreement in its entirety.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2025.

*Sandra K. McBeth*

SANDRA K. MCBETH

MOTION TO APPROVE COMPROMISE (SAHANIS)

4920-2409-3813,v.2

## **REQUEST FOR JUDICIAL NOTICE**

Sandra K. McBeth, in her capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of the Rajysan, Inc., dba MMD Equipment ("Debtor") in the above-captioned bankruptcy case, requests pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of the following:

1. On July 29, 2017, Rajysan, Inc. ("Debtor") filed a voluntary Chapter 11 petition, commencing *In re Rajysan, Inc., dba MMD Equipment*, Case No. 9:17-bk-11363 ("Bankruptcy Case").

2. On May 14, 2019, at Docket No. 410 in the Bankruptcy Case, the Court entered an order approving the appointment of Sandra K. McBeth as the Chapter 11 trustee.

3. On February 14, 2022, at Docket No. 666 in the Bankruptcy Case, the Court entered an "Order Granting Chapter 11 Trustee's Motion for an Order Converting Chapter 11 Case to Chapter 7."

4. Sandra K. McBeth is the duly appointed and acting Chapter 7 Trustee of the Estate.

5. On August 6, 2018, the Official Committee of Unsecured Creditors of the Bankruptcy Estate of Rajysan, Inc., dba MMD Equipment ("Committee") filed an adversary complaint against the Sahanis, commencing Adversary Proceeding No. 9:18-ap-01040-DS ("Sahani AP").

6. On October 23, 2019, the Committee filed a third amended complaint ("Sahani Complaint") at Sahani AP Docket No. 96. *See also* Sahani AP Docket No. 170 (amended Sahani Complaint with redacted personal identifiers).

7. The Sahani Complaint alleges the following claims:

   a. First Claim for Relief, for Avoidance, Recovery, and Preservation of Preferential Transfers, pursuant to 11 U.S.C. §§ 547, 550, and 551, against Gurpreet Sahani;

   b. Second Claim for Relief, for Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(A), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Gurpreet Sahani;

   c. Third Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(B),

MOTION TO APPROVE COMPROMISE (SAHANIS)

4920-2409-3813,v.2

550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Gurpreet Sahani;

d.  Fourth Claim for Relief, for Avoidance, Recovery, and Preservation of Preferential Transfers, pursuant to 11 U.S.C. §§ 547, 550, and 551, against Amarjit Sahani;

e.  Fifth Claim for Relief, for Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(A), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Amarjit Sahani;

f.  Sixth Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(B), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Amarjit Sahani;

g.  Seventh Claim for Relief, for Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(A), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Rajinder Sahani;

h.  Eighth Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(B), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against Rajinder Sahani;

i.  Ninth Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 544, 548(a)(1)(B), 550, and 551, and Cal. Civ. Code §§ 3439 *et seq.*, against the "Insider Defendants"[7];

j.  Tenth Claim for Relief, for Misappropriation of Trade Secrets, against the Insider Defendants;

k.  Eleventh Claim for Relief, for Avoidance, Recovery, and Preservation of Trilateral Preferential Transfers, pursuant to 11 U.S.C. § 547, 550, and 551, against all defendants;

---

[7] The Sahani Complaint defines "Insider Defendants" as Gurpreet, Rajinder, Amarjit, and Shaheen Sahani. Sahani Complaint ¶ 9.

MOTION TO APPROVE COMPROMISE (SAHANIS)
4920-2409-3813,v.2

1        l.   Twelfth Claim for Relief, for Breach of Fiduciary Duty, against all defendants;

2        m.  Thirteenth Claim for Relief, for Civil Liability for Breaches of Fiduciary Duty,

3             pursuant to Cal. Pen. Code § 496;

4        n.   Fourteenth Claim for Relief, for Breach of Fiduciary Duty, regarding the Tampa

5             Property;[8]

6        o.   Fifteenth Claim for Relief, for Declaratory Judgment, regarding the Tampa

7             Property;

8        p.   Sixteenth Claim for Relief, for Quiet Title, regarding the Tampa Property; and

9        q.   Seventeenth Claim for Relief, for Unjust Enrichment, regarding the Tampa

10            Property.

11 Sahani AP Docket No. 170 at 14-30.

12     8.     On May 13, 2020, at Sahani AP Docket No. 158, the Sahanis filed an answer to the

13 Sahani Complaint.

14     9.     Pursuant to an order of the Court at Sahani AP Docket No. 271, the Trustee is the

15 plaintiff and real party-in-interest in the Sahani AP, which is currently pending.

16     10.    On April 26, 2024, Trustee filed a "Motion for Summary Judgment or, Alternatively,

17 Summary Adjudication" ("Sahani MSJ"), with supporting documents. Sahani AP Docket Nos. 461-

18 64, 466-67, 469).

19     11.    The Sahani MSJ pertains to Counts 2-3, 5-8 of the Sahani Complaint.

20     12.    On May 22, 2024, the Sahanis filed their Opposition to Plaintiff's Motion for

21 Summary Judgment or Partial Summary Judgment Pursuant to LBR 7056-1; FRBP 7056 and FRCP

22 56, filed on May 22, 2024, with supporting documents. Sahani AP Docket Nos. 477-83, 485.

23     13.    On May 29, 2024, the Trustee filed a "Reply to Defendants' Opposition to Motion for

24 Summary Judgment or Partial Summary Judgment Pursuant to LBR 7056-1; FRBP 7056 and FRCP

25 56," with supporting documents. Sahani AP Docket Nos. 488-92, 494.

26

27

28

---

[8] The Tampa Property is the residence located at 5352 Tampa Avenue, Tarzana, California 91356. *See generally* Sahani Complaint ¶¶ 64-72.

MOTION TO APPROVE COMPROMISE (SAHANIS)

4920-2409-3813,v.2

14.    On October 29, 2024, the Trustee filed a "Notice of Recent Decision Re: Plaintiff's Motion for Summary Judgment or, Alternatively, Summary Adjudication." Sahani AP Docket No. 509.

15.    On November 5, 2024, the Sahanis filed a "Response to Plaintiff's Notice of Recent Decision Re: Plaintiff's Motion for Summary Judgment or, Alternatively, Summary Adjudication." Sahani AP Docket No. 510.

16.    There is currently a status conference and hearing on the summary judgment motion in the Sahani AP, set for December 16, 2025, at 1:00 p.m. Sahani AP Docket No. 542.

17.    On September 19, 2018, the Committee filed an adversary complaint against the Los Angeles County Treasurer-Tax Collector ("LA County"), commencing Adversary Proceeding No. 9:18-ap-01049-DS ("LA County AP").

18.    An amended LA County Complaint with redacted personal identifiers is filed at LA County AP Docket No. 78.

19.    The LA County Complaint alleges the following claims:

    a.    First Claim for Relief, for Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers, pursuant to 11 U.S.C. §§ 548, 550, and 551;

    b.    Second Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 548, 550, and 551;

    c.    Third Claim for Relief, for Avoidance, Recovery, and Preservation of Actual Fraudulent Transfers Under the California Uniform Voidable Transactions Act, pursuant to 11 U.S.C. §§ 544, 550, and 551, and Cal. Civ. Code §§ 3439.04 *et seq.*;

    d.    Fourth Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers Under the California Uniform Voidable Transactions Act, pursuant to 11 U.S.C. §§ 544, 550, and 551, and Cal. Civ. Code §§ 3439.05 *et seq.*; and

    e.    Fifth Claim for Relief, for Disallowance of Claim, pursuant to 11 U.S.C. § 502(d). LA County AP Docket No. 78 at 4-9.

MOTION TO APPROVE COMPROMISE (SAHANIS)

20.     On November 20, 2018, at LA County AP Docket No. 17, LA County filed its answer to the LA County Complaint.

21.     Pursuant to an order of the Court, at LA County AP Docket No. 141, Trustee is the plaintiff and real party-in-interest in the LA County AP.

22.     The Sahanis are intervenor defendants in the LA County AP, which is currently pending. *See* LA County AP Docket No. 37.

23.     On September 19, 2018, the Committee filed an adversary complaint against the Department of Treasury and Internal Revenue Service, initiating Adversary Proceeding No. 9:18-ap-01052-DS ("USA AP").

24.     On November 26, 2018, at USA AP Docket No. 18, the Committee filed a second amended complaint ("USA Complaint") against the United States of America ("USA").

25.     The USA Complaint alleges the following claims:

    a.  First Claim for Relief, for Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers, pursuant to 11 U.S.C. §§ 548, 550, and 551;

    b.  Second Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers, pursuant to 11 U.S.C. §§ 548, 550, and 551;

    c.  Third Claim for Relief, for Avoidance, Recovery, and Preservation of Actual Fraudulent Transfers Under the California Uniform Voidable Transactions Act, pursuant to 11 U.S.C. §§ 544, 550, and 551, and Cal. Civ. Code §§ 3439.04 *et seq.*;

    d.  Fourth Claim for Relief, for Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers Under the California Uniform Voidable Transactions Act, pursuant to 11 U.S.C. §§ 544, 550, and 551, and Cal. Civ. Code §§ 3439.05 *et seq.*; and

    e.  Fifth Claim for Relief, for Disallowance of Claim, pursuant to 11 U.S.C. § 502(d). USA AP Docket No. 18.

26.     On December 10, 2018, at USA AP Docket No. 26, the USA filed its answer to the USA Complaint.

MOTION TO APPROVE COMPROMISE (SAHANIS)
4920-2409-3813,v.2

27.     Pursuant to a June 17, 2022, order of the Court, at USA AP Docket No. 134, the Trustee is the plaintiff and real party-in-interest in the USA AP.

28.     The Sahanis are intervenor defendants in the USA AP, which is currently pending. *See* USA AP Docket No. 43.

29.     The United States government is currently shut down, with the courts maintaining "limited operations necessary to perform the Judiciary's constitutional functions." *See generally* *https://www.uscourts.gov/data-news/judiciary-news/2025/10/17/judiciary-funding-runs-out-only-limited-operations-continue?utm_campaign=usc-news&utm_medium=email&utm_source=govdelivery* (published on Oct. 17, 2025).

DATED: October 28, 2025                    MARSHACK HAYS WOOD LLP

By: _ /s/ Bradford N. Barnhardt_____
    D. EDWARD HAYS
    CHAD V. HAES
    BRADFORD N. BARNHARDT
    Counsel for Sandra K. McBeth, Chapter 7
    Trustee

MOTION TO APPROVE COMPROMISE (SAHANIS)

4920-2409-3813,v.2

Exhibit "1"

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is entered into by and among Sandra K. McBeth, solely in her capacity as the duly appointed, qualified, and acting Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of debtor, Rajysan, Inc. dba MMD Equipment ("Debtor"), on the one hand, and Gurpreet Sahani, Gurpreet Sahani as Trustee of the Green Acres Trust Dated May 10, 2017, Rajinder Sahani, Amarjit Sahani, and Shaheen Sahani (collectively, the "Sahanis"), on the other hand. The Trustee and the Sahanis are collectively referred to as the "Parties."

## RECITALS

### Bankruptcy Case

A.    On July 29, 2017, Rajysan, Inc. ("Debtor") filed a voluntary Chapter 11 petition, commencing *In re Rajysan, Inc., dba MMD Equipment*, Case No. 9:17-bk-11363 ("Bankruptcy Case").

B.    On May 14, 2019, at Docket No. 410 in the Bankruptcy Case, the Court entered an order approving the appointment of Sandra K. McBeth as the Chapter 11 trustee.

C.    On February 14, 2022, at Docket No. 666 in the Bankruptcy Case, the Court entered an "Order Granting Chapter 11 Trustee's Motion for an Order Converting Chapter 11 Case to Chapter 7."

D.    Sandra K. McBeth is the duly appointed and acting Chapter 7 Trustee of the Estate.

### McBeth v. Sahani, Case No. 9:18-ap-01040-DS

E.    Amarjit Sahani, Rajinder Sahani, and Gurpreet Sahani (jointly, "Insider Sahanis") were shareholders of the Debtor.

F.    The Debtor is an S-Corporation, and, therefore, is a pass-through entity and does not owe income tax. Instead, all income passes through to its shareholders, who are responsible for paying their income taxes. The Sahanis allege that prior to the initiation of the Bankruptcy Case, the Insider Sahanis borrowed money from Rajysan to pay their income taxes, which had been passed through from the Debtor.

G.    On August 6, 2018, the Official Committee of Unsecured Creditors of the Bankruptcy Estate of Rajysan, Inc., dba MMD Equipment ("Committee") filed an adversary complaint against the Sahanis, commencing Adversary Proceeding No. 9:18-ap-01040-DS ("Sahani AP").

H.    On October 23, 2019, the Committee filed a third amended complaint ("Sahani Complaint") at Sahani AP Docket No. 96. See also Sahani AP Docket No. 170 (amended Sahani

Complaint with redacted personal identifiers). The Sahani Complaint includes claims for relief to, inter alia, avoid and recover certain of the Debtor's payments to taxing authorities for the tax debts owed by the Sahanis as alleged fraudulent/voidable transfers. The Sahani Complaint also includes claims for recovery based on alleged misappropriation of trade secrets; for avoidance, recovery, and preservation of alleged preferential transfers; alleged civil liability under Penal Code § 496; and other theories of liability more specifically set forth therein.

I.        On May 13, 2020, at Sahani AP Docket No. 158, the Sahanis filed an answer to the Sahani Complaint.

J.        The Sahanis contend that the Debtor's payments to the taxing authorities at issue in the Trustee's complaints in the Sahani AP, IRS AP, and LA County AP were for reasonably equivalent value because they signed promissory notes in favor of the Debtor promising to repay the amounts paid ("Notes"). They deny any and all alleged wrongdoing or that Rajysan or any creditor suffered damages.

K.        Pursuant to an order of the Court at Sahani AP Docket No. 271, the Trustee is the plaintiff and real party-in-interest in the Sahani AP.

L.        The Sahani AP is pending.

**McBeth v. Los Angeles County Treasurer and Tax Collector, Case No. 9:18-ap-01049-DS**

M.        On September 19, 2018, the Committee filed an adversary complaint against the Los Angeles County Treasurer-Tax Collector ("LA County"), commencing Adversary Proceeding No. 9:18-ap-01049-DS ("LA County AP").

N.        On October 10, 2018, at LA County AP Docket No. 6, the Committee filed a first amended complaint ("LA County Complaint") against LA County. An amended LA County Complaint with redacted personal identifiers is filed at LA County AP Docket No. 78. The LA County Complaint includes claims for relief to avoid and recover certain of the Debtor's payments to LA County of the tax debts owed by the Sahanis.

O.        On November 20, 2018, at LA County AP Docket No. 17, LA County filed its answer to the LA County Complaint.

P.        The Sahanis contend that the Debtor's payments to LA County were for reasonably equivalent value based on the Notes.

Q.        Pursuant to an order of the Court, at LA County AP Docket No. 141, Trustee is the plaintiff and real party-in-interest in the LA County AP.

R.        The Sahanis are intervenor defendants in the LA County AP. *See* LA County AP Docket No. 37.

SETTLEMENT AGREEMENT (SAHANIS)

S.      The LA County AP is pending, but the Trustee informed the Sahanis that she has agreed in principle with LA County to fully and finally resolve the LA County AP, subject to Bankruptcy Court approval.

**McBeth v. Department of the Treasury, Case No. 9:18-ap-01052-DS**

T.      On September 19, 2018, the Committee filed an adversary complaint against the Department of Treasury and Internal Revenue Service, initiating Adversary Proceeding No. 9:18-ap-01052-DS ("USA AP").

U.      On November 26, 2018, at USA AP Docket No. 18, the Committee filed a second amended complaint ("USA Complaint") against the United States of America ("USA"). The USA Complaint includes claims for relief to avoid and recover certain of the Debtor's payments to the IRS of the tax debts owed by the Sahanis.

V.      On December 10, 2018, at USA AP Docket No. 26, the USA filed its answer to the USA Complaint.

W.      The Sahanis contend that the Debtor's payments to the IRS were for reasonably equivalent value based on the Notes.

X.      Pursuant to a June 17, 2022, order of the Court, at USA AP Docket No. 134, the Trustee is the plaintiff and real party-in-interest in the USA AP.

Y.      The Sahanis are intervenor defendants in the USA AP. *See* USA AP Docket No. 43.

Z.      The USA AP is pending, but the Trustee informed the Sahanis that she has agreed in principle with the USA to fully and finally resolve the USA AP subject to Bankruptcy Court approval.

## AGREEMENT

**NOW THEREFORE,** in consideration of the mutual covenants, promises, and undertakings set forth below, the sufficiency and adequacy of which is hereby acknowledged, and subject to the Bankruptcy Court's approval, the Parties agree as follows:

1.      **Settlement Payment.** No later than 90 days after entry of a Court order approving this Agreement that is final (*i.e.*, no longer subject to appeal), the Sahanis shall pay $500,000.00 to the Trustee ("Payment") in full and final satisfaction of the Notes and all claims. The Payment shall be paid via check paid to the order of "Sandra K. McBeth, Chapter 7 Trustee," and mailed to Sandra K. McBeth, A Professional Law Corporation, 7343 El Camino Real, #185, Atascadero, CA 93422. The Payment may alternatively be paid via wire transfer. Wire transfer instructions have been provided.

Page **3** of **7**

SETTLEMENT AGREEMENT (SAHANIS)

2.    **Dismissal of the Sahani AP.** Within 14 calendar days after the later of Trustee's receipt of the Payment and entry of a final Court order approving this Agreement, the Trustee and the Sahanis shall promptly execute a Stipulation of Dismissal of the Sahani AP pursuant to Fed. R. Civ. P. 41, which the Trustee shall immediately file, which shall cause the Sahani AP to be dismissed with prejudice**,** with each Party to bear its own attorneys' fees and costs of suit.

3.    **Dismissal of the LA County AP and USA AP.** The Trustee has separately reached agreements in principle with LA County and the USA to settle the Estate's claims against them. The Sahanis did not participate in the discussions that led to the agreements in principle. The Sahanis reserve all rights to respond to the motions to approve the Trustee's proposed compromises with LA County and the USA. Upon entry of a final Court order approving the agreement with LA County, the Sahanis agree to dismiss without prejudice all claims raised as intervenors in the LA County AP, and to execute a Stipulation to Dismiss without prejudice the LA County AP pursuant to Fed. R. Civ. P. 41 so long as such stipulation is consistent with the terms of this Agreement and the court-approved agreement with LA County. Upon entry of a final Court order approving the agreement with the USA, the Sahanis agree to dismiss without prejudice all claims raised as intervenors in the USA AP, and to execute a Stipulation to Dismiss without prejudice the USA AP pursuant to Fed. R. Civ. P. 41 so long as such stipulation is consistent with the terms of this Agreement and the court-approved agreement with the USA. The Sahanis will dismiss their complaints in intervention without prejudice so they can preserve their rights, remedies, and claims in the event of future adverse action (whether in litigation or another form) by LA County and/or the USA, and to avoid any argument that their dismissal constitutes a finding or admission.

4.    **Default.** If the Sahanis do not timely make the Payment, then the Trustee shall serve their counsel, Stephen Hyam, Esq., and Lewis Landau, Esq., via email with a Notice of Default. The Sahanis shall have seven days after service of the Notice of Default to cure any default. Should the Sahanis fail to timely cure the default, this Agreement shall be null and void in its entirety.

5.    **Court Approval.** The Parties acknowledge and agree that Bankruptcy Court approval of this Agreement and the entry of a final and non-appealable order in form and content satisfactory to the Parties is a necessary condition precedent to its effectiveness. The Trustee shall be responsible for preparation and filing of a motion to seek approval of this Agreement. If the Agreement is not approved in its entirety, whether due to an order of the Bankruptcy Court or an appellate court, then the Trustee shall immediately return any amount of the Payment received from the Sahanis to the Sahanis, and the Trustee and the Sahanis shall retain any and all of their respective rights.

6.    **Trustee's Release.** Except for the obligations contained in this Agreement, and upon both Trustee's receipt of the Payment and final Court approval of this Agreement, the Trustee, on behalf of the Debtor and Debtor's Estate, hereby fully and forever releases and discharges the Sahanis and their agents, employees, assigns, trustees, trusts, and attorneys (collectively, the "Sahani Released Parties"), from any and all actual or potential claims, demands, obligations, losses, causes of action, damages, penalties, costs, expenses, attorneys' fees, liabilities, and indemnities, of any kind or nature whatsoever, whether known or unknown,

Page **4** of **7**

**Exhibit "1"**
**Page 37**

suspected or unsuspected, arising from or relating in any way to any claims asserted or that could have been asserted against the Sahani Released Parties by the Trustee or the Debtor related in any manner to the Debtor or the Bankruptcy Case at any time prior to the execution of this Agreement, including, without limitation, any claims under Chapter 5 of the Bankruptcy Code or comparable state statutes and including the Notes. The Trustee acknowledges that she or her attorneys may hereafter discover facts different from or in addition to the facts that she now knows or believes to be true as to the subject matter of this Agreement, but that it is Trustee's intention to hereby fully and finally release the claims set forth in this paragraph, notwithstanding the discovery of any such different or additional facts. The Sahani Released Parties acknowledge that the Trustee cannot, and does not purport to, release any claims held by LA County or USA to seek to recover from them the amounts that the taxing agencies are paying the Trustee to settle those adversary cases.

**7.    Sahanis' Release.** Except for the obligations contained in this Agreement, and upon both Trustee's receipt of the Payment and final Court approval of this Agreement, the Sahanis fully release and discharge the Trustee, the Debtor and the Debtor's Estate, and the Trustee's agents, employees and attorneys in their capacities as such (collectively, the "Trustee Released Parties"), from any and all actual or potential claims, demands, obligations, losses, causes of action, damages, penalties, costs, expenses, attorneys' fees, liabilities, and indemnities, whether known or unknown, suspected or unsuspected, arising from or relating in any way to the bankruptcy case including any claims asserted or that could have been asserted against the Trustee Released Parties by the Sahanis related to the Debtor or the Bankruptcy Case at any time prior to the execution of this Agreement. The Sahanis acknowledge that they or their attorneys may hereafter discover facts different from or in addition to the facts that they now know or believe to be true as to the subject matter of this Agreement, but that it is their intention to hereby fully and finally release the claims set forth in this paragraph, notwithstanding the discovery of any such different or additional facts. The Sahanis additionally waive and release any right to receive distributions from the bankruptcy estate including any right to file a proof of claim under Section 502(h) of the Bankruptcy Code.

**8.    California Civil Code § 1542 Waiver.** Notwithstanding the discovery by either Party of any such additional or different facts, the Parties certify that they have read Section 1542 of the California Civil Code set forth below:

> **A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**

The Parties do hereby waive application of Section 1542 of the California Civil Code and any other statutes, common law rights, rules, or the like which may operate to limit the intent of this Agreement with respect to the claims released in Sections 6 and 7 above. The Parties understand and acknowledge that the significance and consequence of this waiver of Section 1542 of the California Civil Code is that even if they should eventually suffer additional damages on account of the claims released in Sections 6 and 7 above, they will not be permitted to make any claim for such damages.

Page **5** of 7

SETTLEMENT AGREEMENT (SAHANIS)

**Exhibit "1"**
**Page 38**

**9.      No Admission of Liability.** Nothing in this Agreement shall be construed as an admission of liability or the existence of damages by any Party to the Agreement. The Sahanis expressly deny liability and that there were any damages for any conduct alleged in the Sahani AP, LA County AP, and USA AP, or in the Trustee's adversary proceedings against the California Franchise Tax Board (adversary proceeding no. 9:18-ap-01051-DS), the Massachusetts Department of Revenue (adversary proceeding no. 9:18-ap-01050-DS), and the State of New Jersey Division of Taxation (adversary proceeding no. 9:18-ap-01048-DS). The Sahanis do not and shall not waive any and all claims, defenses, and rights that they have regarding any claims that are, may have been, or could or will be brought by LA County, the USA, the Massachusetts Department of Revenue, the State of New Jersey, and the Franchise Tax Board, all of which are expressly reserved.

**10.      Integration.** This Agreement supersedes all prior representations and agreements, if any, among the Parties or their legal counsel. This Agreement contains the entire and only understanding among the Parties and may not be altered, amended, or extinguished, except by a writing which expressly refers to this Agreement and which is signed subsequent to the execution of this Agreement by the Party or Parties to any such alteration, amendment, or extinguishment, or their successors-in-interest. Any such alteration, amendment, or extinguishment must be executed by the Party against whom enforcement is sought and is subject to approval by the Bankruptcy Court.

**11.      Construction.** This Agreement shall be governed and construed in accordance with the laws of the State of California and, where applicable, the United States Bankruptcy Code.

**12.      Representation by Counsel.** The Parties represent that they each obtained the advice of legal counsel of their choosing in connection with the negotiation, preparation, and execution of this Agreement, or that they were afforded a reasonable time to seek such legal counsel and elected not to do so.

**13.      Jurisdiction and Venue.** The Parties agree that entering into this Agreement shall not constitute the Sahanis' consent to the Bankruptcy Court's jurisdiction except as specifically set forth in this paragraph. The United States Bankruptcy Court for the Central District of California, Northern Division, shall retain jurisdiction over this Agreement and shall resolve any disputes about the performance of this Agreement. The Parties agree to the exercise of jurisdiction over them by the Bankruptcy Court to resolve any disputes over this Agreement, and consent to the entry of final judgment by the Bankruptcy Court in relation to this Agreement; provided, however, that in the event this Agreement is not approved by the Bankruptcy Court or if this Agreement is voided by or made ineffective by any action or court order, the Sahanis do not waive their Constitutional rights to a jury trial in the Sahani AP, LA County AP, or USA AP, to the extent such rights exist.

**14.      Miscellaneous.** The Parties shall bear their respective costs, expenses, and attorneys' fees incurred in connection with this Agreement. This Agreement may be amended,

SETTLEMENT AGREEMENT (SAHANIS)

**Exhibit "1"**
**Page 39**

modified, or otherwise changed only in a writing signed by all Parties and, if applicable, with Bankruptcy Court approval.

**15.** **<u>Counterparts and Facsimile and PDF Signatures.</u>** This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and will become effective and binding upon the Parties at such time as all of the signatories hereto have signed a counterpart of this Agreement, subject to Bankruptcy Court approval. This Agreement may be executed in separate counterparts, including by electronic scan or pdf, each of which shall be deemed an original and, when taken together with other signed counterparts, shall constitute one and the same Agreement, which shall be binding upon and effective as to all Parties. Further, facsimile, email, PDF, and/or other electronic signatures as are permissible under the applicable procedural rules, including Local Bankruptcy Rule 9011-1, shall have the same force and effect as original signatures.

IN WITNESS WHEREOF, the Parties execute this Agreement as of the date(s) written below.

DATED: October 20, 2025

*Sandra K M Beth* \*
Sandra K. McBeth
solely in her capacity as Chapter 7 Trustee
of the Bankruptcy Estate of Rajysan, Inc.
dba MMD Equipment

\* The Trustee's signature is conditioned on the Trustee's receipt of a complete set of signatures from the Sahanis and their counsel.

DATED: October ___, 2025

_See next page for signature_____
Gurpreet Sahani

DATED: October ___, 2025

_See next page for signature_____
Gurpreet Sahani, as Trustee of the Green
Acres trust Dated May 10, 2017

DATED: October ___, 2025

_See next page for signature_____
Rajinder Sahani

DATED: October ___, 2025

_See next page for signature_____
Amarjit Sahani

DATED: October ___, 2025

_See next page for signature_____
Shaheen Sahani

Page 7 of 7

SETTLEMENT AGREEMENT (SAHANIS)

modified, or otherwise changed only in a writing signed by all Parties and, if applicable, with Bankruptcy Court approval.

　　　　15.　　**Counterparts and Facsimile and PDF Signatures.** This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and will become effective and binding upon the Parties at such time as all of the signatories hereto have signed a counterpart of this Agreement, subject to Bankruptcy Court approval. This Agreement may be executed in separate counterparts, including by electronic scan or pdf, each of which shall be deemed an original and, when taken together with other signed counterparts, shall constitute one and the same Agreement, which shall be binding upon and effective as to all Parties. Further, facsimile, email, PDF, and/or other electronic signatures as are permissible under the applicable procedural rules, including Local Bankruptcy Rule 9011-1, shall have the same force and effect as original signatures.

IN WITNESS WHEREOF, the Parties execute this Agreement as of the date(s) written below.

DATED: October __, 2025

　　　　　　　　　　　*See previous page for signature*
Sandra K. McBeth
solely in her capacity as Chapter 7 Trustee
of the Bankruptcy Estate of Rajsyan, Inc.
dba MMD Equipment

DATED: October 7, 2025

　　　　　　　　　　　Gurpreet Sahani

DATED: October 7, 2025

　　　　　　　　　　　Gurpreet Sahani, as Trustee of the Green
Acres trust Dated May 10, 2017

DATED: October __, 2025

　　　　　　　　　　　*See next page for signature*
Rajinder Sahani

DATED: October __, 2025

　　　　　　　　　　　*See next page for signature*
Amarjit Sahani

DATED: October 7, 2025

　　　　　　　　　　　Shaheen Sahani

Page 7 of 7

SETTLEMENT AGREEMENT (SAHANIS)

modified, or otherwise changed only in a writing signed by all Parties and, if applicable, with Bankruptcy Court approval.

**15.** __Counterparts and Facsimile and PDF Signatures.__ This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and will become effective and binding upon the Parties at such time as all of the signatories hereto have signed a counterpart of this Agreement, subject to Bankruptcy Court approval. This Agreement may be executed in separate counterparts, including by electronic scan or pdf, each of which shall be deemed an original and, when taken together with other signed counterparts, shall constitute one and the same Agreement, which shall be binding upon and effective as to all Parties. Further, facsimile, email, PDF, and/or other electronic signatures as are permissible under the applicable procedural rules, including Local Bankruptcy Rule 9011-1, shall have the same force and effect as original signatures.

IN WITNESS WHEREOF, the Parties execute this Agreement as of the date(s) written below.

DATED: October __, 2025

_See previous page for signature_
Sandra K. McBeth
solely in her capacity as Chapter 7 Trustee
of the Bankruptcy Estate of Rajysan, Inc.
dba MMD Equipment

DATED: October __, 2025

_See previous page for signature_
Gurpreet Sahani

DATED: October __, 2025

_See previous page for signature_
Gurpreet Sahani, as Trustee of the Green
Acres trust Dated May 10, 2017

DATED: October 7ᵗʰ, 2025

*Rajinder Sahani*
Rajinder Sahani

DATED: October __, 2025

_See next page for signature_
Amarjit Sahani

DATED: October __, 2025

_See previous page for signature_
Shaheen Sahani

SETTLEMENT AGREEMENT (SAHANIS)

Page 7 of 7

**Exhibit "1"
Page 42**

IN WITNESS WHEREOF, the Parties execute this Agreement as of the date(s) written below.

DATED: October ___, 2025

_See previous page for signature_
Sandra K. McBeth
solely in her capacity as Chapter 7 Trustee
of the Bankruptcy Estate of Rajysan, Inc.
dba MMD Equipment

DATED: October ___, 2025

_See previous page for signature_
Gurpreet Sahani

DATED: October ___, 2025

Gurpreet Sahani, as Trustee of the Green
Acres trust Dated May 10, 2017

DATED: October ___, 2025

_See previous page for signature_
Rajinder Sahani

DATED: October 8th, 2025

Amarjit Sahani

DATED: October ___, 2025

_See previous page for signature_
Shaheen Sahani

SETTLEMENT AGREEMENT (SAHANIS)

Page 7 of 7

Exhibit "1"
Page 43

Exhibit "2"



STRAIGHT NOTE

$8,808.43

Valencia, California
January 16, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of eight thousand eight hundred eight dollars and forty three cents ($8,808.43) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action is instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Amarjit Sahani

2.6.'15
Date



## STRAIGHT NOTE

$6,200.00                                    Valencia, California
                                             January 21, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of six thousand two hundred dollars and zero cents ($6,200.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action is instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____              _____
Amarjit Sahani                               Date

**COMMITTEE 000835**
Exhibit "8"
Page 340

**Exhibit "2"**
**Page 45**



## STRAIGHT NOTE

$6,200.00                                         Valencia, California
                                                  February 20, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of six thousand two hundred dollars and zero cents ($6,200.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____                  _____
Amarjit Sahani                                    Date    2·6·'15

**COMMITTEE 000836**
Exhibit "8"
Page 341

**Exhibit "2"**
**Page 46**



STRAIGHT NOTE

$2,800.00

Valencia, California
February 28, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of two thousand eight hundred dollars and zero cents ($2,800.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action is instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Amarjit Sahani

2.6.'15
_____
Date



STRAIGHT NOTE

$244,997.91                                         Valencia, California
                                                   March 6, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of two hundred forty four thousand nine hundred ninety seven
dollars and ninety one cents ($244,997.91) with interest on the unpaid principal at the rate of 1.65
percent (1.65%) per annum.  Interest payable on or before the first day of January of each year
commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof.  Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing.  If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.

_____           3.6.'15
Amarjit Sahani                             Date



### STRAIGHT NOTE

$6,200.00                                                Valencia, California
                                                         March 20, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of six thousand two hundred dollars and zero cents ($6,200.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          _____
Amarjit Sahani                             Date
                                           2.6.'15

**COMMITTEE 000839**
Exhibit "8"
Page 344

**Exhibit "2"**
**Page 49**



STRAIGHT NOTE

$8,007.66                                          Valencia, California
                                                  March 25, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of eight thousand seven dollars and sixty six cents ($8,007.66) with
interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable
on or before the first day of January of each year commencing January 1, 2017, interest and
principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof. Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing. If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____            2. 6.15
Amarjit Sahani                               _____
                                             Date



STRAIGHT NOTE

$5,600.00

Valencia, California
March 31, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of five thousand six hundred dollars and zero cents ($5,600.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action is instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Amarjit Sahani

2.6.15
Date



STRAIGHT NOTE

$171,500.00                                          Valencia, California
                                                     April 11, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of one hundred seventy one thousand five hundred dollars and zero
cents ($171,500.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per
annum.  Interest payable on or before the first day of January of each year commencing January
1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof.  Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing.  If action
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____              2. 6. '15
Amarjit Sahani                               _____
                                             Date

COMMITTEE 000842
Exhibit "8"
Page 347

**Exhibit "2"**
**Page 52**



## STRAIGHT NOTE

$71,500.00                                            Valencia, California
                                                       April 11, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of seventy one thousand five hundred dollars and zero cents
($71,500.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.
Interest payable on or before the first day of January of each year commencing January 1, 2017,
interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof.  Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing.  If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____                    2.6.'15
Amarjit Sahani                                       Date

**COMMITTEE 000843**
Exhibit "8"
Page 348

**Exhibit "2"**
**Page 53**



## STRAIGHT NOTE

$6,200.00

Valencia, California
April 21, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of six thousand two hundred dollars and zero cents ($6,200.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action is instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____              _____
Amarjit Sahani                                Date
                                              2.6.15

**COMMITTEE 000844**
Exhibit "8"
Page 349
**Exhibit "2"**
**Page 54**



## STRAIGHT NOTE

$715.41                                                  Simi Valley, California
                                                        May 12, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of seven hundred fifteen dollars and forty one cents ($715.41) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____                    _____
Amarjit Sahani                                      Date

**COMMITTEE 000845**
Exhibit "8"
Page 350

**Exhibit "2"**
**Page 55**



## STRAIGHT NOTE

$6,200.00                                        Simi Valley, California
                                                 May 20, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at
Simi Valley, California, the sum of six thousand two hundred dollars and zero cents ($6,200.00)
with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest
payable on or before the first day of January of each year commencing January 1, 2017, interest
and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof.  Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing.  If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____                _____
Amarjit Sahani                                  Date   2·6·'15



## STRAIGHT NOTE

$139,500.00                                        Simi Valley, California
                                                   June 16, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of one hundred thirty nine thousand five hundred dollars and zero cents ($139,500.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action is instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____                    2.6.'15
Amarjit Sahani                                     _____
                                                   Date



<u>STRAIGHT NOTE</u>

$297,500.00                                          Simi Valley, California
                                                    June 16, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of two hundred ninety seven thousand five hundred dollars and zero
cents ($297,500.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per
annum.  Interest payable on or before the first day of January of each year commencing January
1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof.  Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing.  If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____                  _____
Amarjit Sahani                                     2.6.'15
                                                   Date

**COMMITTEE 000848**
Exhibit "8"
Page 353

**Exhibit "2"**
**Page 58**



STRAIGHT NOTE

$4,000.00                                            Simi Valley, California
                                                    June 16, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of four thousand dollars and zero cents ($4,000.00) with interest on
the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before
the first day of January of each year commencing January 1, 2017, interest and principal due on
or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof.  Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing.  If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____                    _____
Amarjit Sahani                                  Date

30

## STRAIGHT NOTE

$6,200.00                                                Simi Valley, California
                                                         June 20, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at
Simi Valley, California, the sum of six thousand two hundred dollars and zero cents ($6,200.00)
with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.   Interest
payable on or before the first day of January of each year commencing January 1, 2017, interest
and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof.   Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing.   If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____                    2·6·'15
Amarjit Sahani                                      _____
                                                    Date



## STRAIGHT NOTE

$27,666.00                                      Simi Valley, California
                                                July 10, 2014

For value received, the undersigned, Amarjit Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of twenty seven thousand six hundred sixty six dollars and zero cents ($27,666.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____                    2·6·'15
Amarjit Sahani                                      _____
                                                    Date

<u>STRAIGHT NOTE - #32</u>

$9,044.00                                Simi Valley, California
                                         October 15, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Nine Thousand Forty Four dollars ($9,044.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          _____
Amarjit Sahani                                        Date
                                                   2.6.'15

**COMMITTEE 000852**
Exhibit "8"
Page 357

**Exhibit "2"**
**Page 62**

<u>STRAIGHT NOTE - #33</u>

$3,538.00                                        Simi Valley, California
                                                 October 15, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Three Thousand Five Hundred Thirty Eight dollars
($3,538.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.
Interest payable on or before the first day of January of each year commencing January 1, 2017,
interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____              9.6.'15
Amarjit Sahani                           _____
                                                 Date

**COMMITTEE 000853**
Exhibit "8"
Page 358

**Exhibit "2"**
**Page 63**

<u>STRAIGHT NOTE - #35</u>

$100,000.00                                     Simi Valley, California
                                                October 15, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of One Hundred Thousand dollars ($100,000.00) with
interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on
or before the first day of January of each year commencing January 1, 2017, interest and principal
due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          9·6·'15
Amarjit Sahani                            _____
                                                   Date

**COMMITTEE 000854**
Exhibit "8"
Page 359

**Exhibit "2"**
**Page 64**

<u>STRAIGHT NOTE - #36</u>

$60.00                                    Simi Valley, California
                                          October 15, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Sixty dollars ($60.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          9.6.'15
Amarjit Sahani                            _____
                                          Date

<u>STRAIGHT NOTE - #37</u>

$248.00                                     Simi Valley, California
                                            October 15, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Two Hundred Forty Eight dollars ($248.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Amarjit Sahani

                                            2.16.'15
                                            _____
                                            Date

**COMMITTEE 000856**
Exhibit "8"
Page 361

**Exhibit "2"**
**Page 66**

<u>STRAIGHT NOTE - #38</u>

$21,288.53                                          Simi Valley, California
                                                    December 1, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Twenty-One Thousand Two Hundred Eighty-Eight
dollars and Fifty-Three cents ($21,288.53) with interest on the unpaid principal at the rate of 1.65
percent (1.65%) per annum.  Interest payable on or before the first day of January of each year
commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____                    2.6.'15
Amarjit Sahani                                      Date


**Loan detail below.

| Date | Name | Memo | Loan Amount |
|------|------|------|------------|
| 12/01/2014 | Los Angeles County Tax Collector | Prop Tax: 5352 Tampa Ave Tarzana ███ 002-1 | 6,330.92 |
| 12/01/2014 | Los Angeles County Tax Collector | PPTAX 7647 Densmore ███ 008 2014 Install #1 | 8,007.31 |
| 12/01/2014 | RBZ, LLP | Client #██████ 9004  Accounting Services for Period Ending 09/16/2014  Original Invoice Date: 09/... | 6,950.30 |
|  |  |  | 21,288.53 |

**COMMITTEE 000857**

Exhibit "8"
Page 362

**Exhibit "2"**
**Page 67**

<u>STRAIGHT NOTE - #39</u>

$874,845.03

Simi Valley, California
December 10, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Eight Hundred Seventy-Four Thousand Eight Hundred Forty-Five dollars and Three cents ($874,845.03) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Amarjit Sahani

2·16·'15
Date

**Loan detail below.

| Date | Name | Memo | Loan Amount |
|------|------|------|-------------|
| 12/10/2014 | State of New Jerse TGI | NJ-1040-ES- █████ 8121 and █████ 0613 | 10,000.00 |
| 12/10/2014 | Commonwealth of Massachusetts-02204 | 2014 Form 1-ES █████ 8121 an █████ 0613 | 5,000.00 |
| 12/10/2014 | Commonwealth of Massachusetts-02204 | 2014 Form 1 ES █████ 4286 and █████ 8602 | 1,500.00 |
| 12/10/2014 | Commonwealth of Massachusetts-7065 | 2013 Late Filing Fee Penalty and Interest: Tax I █████ 121 | 577.02 |
| 12/10/2014 | Commonwealth of Massachusetts-7065 | 2013 Late Filing Fee Penalty and Interest: Tax I █████ 4286 | 116.69 |
| 12/10/2014 | United States Treasury - 5100 | 2014 1040 ES #█████-8121 and █████ 0613 | 806,000.00 |
| 12/10/2014 | Internal Revenue Service | Amarjit & Rajinder Sahani █████ 8121; Form 1040 2013: Mo Install per Form 9465 | 51,036.00 |
| '2014 | New Jersey Gross Income Tax | 2013 Penalty & Interest DLN █████ 3384: Amarjit and Rajinder Sahani | 615.32 |
| | | | 874,845.03 |

**COMMITTEE 000858**

Exhibit "8"
Page 363

**Exhibit "2"**
**Page 68**

STRAIGHT NOTE - #40

$1,922.40

Simi Valley, California
December 16, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of One Thousand Nine Hundred Twenty-Two dollars and Forty cents ($1,922.40) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____    9·6·'15
Amarjit Sahani                      Date

**Loan detail below.

| Date | Name | Memo | Loan Amount |
|---|---|---|---|
| 12/16/2014 | United States Treasury-0010 | Tax $870 and Penalty $51.91 - 2013 Penalties | 921.91 |
| 12/16/2014 | Franchise Tax Board | 2013 Penalty Amarjit and Rajinder Sahani | 1,000.49 |
| | | | 1,922.40 |

<u>STRAIGHT NOTE – #41</u>

$35,211.96                                              Simi Valley, California
                                                         December 17, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Thirty-Five Thousand Two Hundred Eleven
dollars and Ninety-Six cents ($35,211.96) with interest on the unpaid principal at the rate of 1.65
percent (1.65%) per annum.  Interest payable on or before the first day of January of each year
commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____                    9.6'15
Amarjit Sahani                                        _____
                                                          Date


**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 12/17/2014 | ▮EK2 | Franchise Tax Board | 2013-Penalty on Tax | 6,013.72 |
| 12/17/2014 | ▮EK2 | Franchise Tax Board | 2013-Interest on Tax | 1,008.24 |
| 12/17/2014 | ▮EK2 | Franchise Tax Board | 2013- Tax | 28,190.00 |
| | | | | 35,211.96 |

COMMITTEE 000860

Exhibit "8"
Page 365

**Exhibit "2"**
**Page 70**

<u>STRAIGHT NOTE - #42</u>

$4,323.50                                          Simi Valley, California
                                                   January 1, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Four Thousand Three Hundred Twenty-Three
dollars and Fifty cents ($4,323.50) with interest on the unpaid principal at the rate of 1.65 percent
(1.65%) per annum.  Interest payable on or before the first day of January of each year commencing
January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____        _____
Amarjit Sahani                                              Date

**Loan detail below.

| Date | Num | Name | Memo | | Loan Amount |
|------|-----|------|------|--|-------------|
| 01/01/2015 | | RBZ, LLP | Client #495904 Accounting Services for Period Ending 02/28/2014 02/28/14 | Original Invoice Date: | 753.50 |
| 01/01/2015 | | RBZ, LLP | Client #495904 Accounting Services for Period Ending 03/31/2014 03/31/14 | Original Invoice Date: | 1,332.00 |
| 01/01/2015 | | RBZ, LLP | Client #495904 Accounting Services for Period Ending 05/31/2014 05/31/14 | Original Invoice Date: | 2,238.00 |
| | | | | | 4,323.50 |

COMMITTEE 000861

Exhibit "8"
Page 366

**Exhibit "2"**
**Page 71**

STRAIGHT NOTE - #43

$813,000.00

Simi Valley, California
January 13, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Eight Hundred Thirteen Thousand dollars and no cents ($813,000.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____                                    _____
Amarjit Sahani                                               Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 01/13/2015 | | United States Treasury. | Amarjit & Rajinder Sahani ⬛ 3121, Form 1040 2013 | 600,000.00 |
| 01/13/2015 | ⬛ | Franchise Tax Board | Account ⬛ 3531 Forms 100, 100S, 100W, 100X 2013 | 95,000.00 |
| 01/13/2015 | ⬛ | Franchise Tax Board | Account ⬛ 3531 Forms 100, 100S, 100W, 100X EST 2014 | 118,000.00 |
| | | | | 813,000.00 |

COMMITTEE 000862

Exhibit "8"
Page 367

Exhibit "2"
Page 72

## STRAIGHT NOTE - #44

$721,948.40                                                Simi Valley, California
                                                          February 12, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Seven Hundred Twenty-One Thousand Nine Hundred Forty-Eight dollars and Forty cents ($721,948.40) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____                    _____
Amarjit Sahani                                   Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 02/12/2015 | | United States Treasury | Amarjit & Rajinder Sahani; ███ 3121; Form 1040 2013 | 590,342.16 |
| 02/12/2015 | | Franchise Tax Board | Account ███ 5531 Forms 100, 100S, 100W, 100X 2013 | 131,606.24 |
| | | | | 721,948.40 |

**COMMITTEE 000863**

<u>STRAIGHT NOTE - #45</u>

$2,284.30                                              Simi Valley, California
                                                      February 13, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Two Thousand Two Hundred Eighty-Four dollars and
Thirty cents ($2,284.30) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per
annum.  Interest payable on or before the first day of January of each year commencing January 1,
2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____            _____
Amarjit Sahani                                        Date


**Loan detail below.

| Date | Num | Name | | Memo | | Loan Amount |
|------|-----|------|--|------|--|-------------|
| 02/13/2015 | ▮ | State of NJ, Div of Taxation - A&R Sahani | TGI-NR 12/2013 SS ▮8121/000 Amarjit S & Rajinder K Sahani | ▮ · | | 2,284.30 |
| | | | | | | 2,284.30 |

**COMMITTEE 000864**

Exhibit "8"
Page 369
**Exhibit "2"**
**Page 74**

<u>STRAIGHT NOTE – #46</u>

$5,461.85

Simi Valley, California
February 7, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Five Thousand Four Hundred Sixty-One dollars and Eighty-Five cents ($5,461.85) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____        _____
Amarjit Sahani                                                         Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 02/07/2014 | ▮▮▮▮ | Wells Fargo Card Services | Personal charges from Mr. Sahani-Will provid a check to Rajysan | 4,123.12 |
| 02/21/2014 | 01/20-2/21 | | Mr. Sahani Personal Travel Exp. India | 364.08 |
| 02/25/2014 | 1/24-2/25 | | Personal Expenses Mr. Sahani | 1,728.70 |
| 02/25/2014 | 1/24-2/25 | | Mr. Sahani | -754.05 |
| | | | | 5,461.85 |

**COMMITTEE 000865**

Exhibit "8"
Page 370

**Exhibit "2"**
**Page 75**

## STRAIGHT NOTE - #47

$554.99                                              Simi Valley, California
                                                     March 25, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Five Hundred Fifty-Four dollars and Ninety-Nine cents ($554.99) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


Amarjit Sahani                                        Date


**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|---|---|---|---|---|
| 03/25/2014 | | American Express | American Express 1-12004 03/25/14 Mr. Sahani | 34.42 |
| 03/25/2014 | | American Express | American Express 1-12004 03/25/14 Mr. Sahani | 18.72 |
| 03/25/2014 | | Wells Fargo Card Services | Mr Sahani ccard X8296 2/14-3/25/14 | 501.85 |
| | | | | 554.99 |

COMMITTEE 000866

Exhibit "8"
Page 371

**Exhibit "2"**
**Page 76**

<u>STRAIGHT NOTE - #48</u>

$230.25

Simi Valley, California
April 23, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Two Hundred Thirty dollars and Twenty-Five cents ($230.25) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


Amarjit Sahani                                        Date


**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 04/23/2014 | | Wells Fargo Card Services | Mr Sahani ccard X8296 3/26-4/23/14 | 230.25 |
| | | | | 230.25 |

**COMMITTEE 000867**

Exhibit "8"
Page 372

**Exhibit "2"**
**Page 77**

STRAIGHT NOTE - #49

$141.94                                                    Simi Valley, California
                                                          May 25, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of One Hundred Forty-One dollars and Ninety-Four cents ($141.94) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          _____
Amarjit Sahani                                    Date


**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|---|---|---|---|---|
| 05/25/2014 |  | American Express | Marks & Spencer Ealondon Department Store & Ferguson (Personal Expenses made by Mr. Sahani) | 141.94 |
|  |  |  |  | 141.94 |

**COMMITTEE 000868**

Exhibit "8"
Page 373

**Exhibit "2"**
**Page 78**

<u>STRAIGHT NOTE - #50</u>

$1,499.49

Simi Valley, California
June 6, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of One Thousand Four Hundred Ninety-Nine dollars and Forty-Nine cents ($1,499.49) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

Amarjit Sahani

Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|---|---|---|---|---|
| 06/06/2014 | | Good Time Party Rentals | SAHANI – XXXX XXXX XXXX 6400 | 937.81 |
| 06/18/2014 | | DHL Express USA, Inc. #5288 | Mr. Sahani's Personal Item | 126.92 |
| 06/24/2014 | | Wells Fargo Card Services | Mr Sahani ccard X8296 4/23-5/24/14 | 434.76 |
| | | | | 1,499.49 |

**COMMITTEE 000869**

Exhibit "8"
Page 374

**Exhibit "2"**
**Page 79**

<u>STRAIGHT NOTE - #51</u>

$18,656.76                                         Simi Valley, California
                                                   July 9, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Eighteen Thousand Six Hundred Fifty-Six dollars and
Seventy-Six cents ($18,656.76) with interest on the unpaid principal at the rate of 1.65 percent
(1.65%) per annum.  Interest payable on or before the first day of January of each year commencing
January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____                    _____
Amarjit Sahani                                         Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|---|---|---|---|---|
| 07/09/2014 | | DHL Express USA, Inc. #5288 | Personal Mr. Sahani - Contents Pair of Shoes | 116.34 |
| 07/16/2014 | | DHL Express USA, Inc. #5288 | Personal Mr. Sahani - Contents Documents sent to Mumbai | 58.39 |
| 07/19/2014 | | American Express | LLBean Catalog Merchandise Dress Shirt (Personal Expenses made by Mr. Sahani) | 39.95 |
| 07/19/2014 | | American Express | LLBean Catalog Merchandise Dress Shirt (Personal Expenses made by Mr. Sahani) | 39.95 |
| 07/24/2014 | | American Express | Acct #1-12004 Mr Sahani Ending Date 5/25/14-Mr Sahani paid with check no 1011 on 6/9/14 $1,650.55 | -276.30 |
| 07/31/2014 | | American Express | Costco Simi Valley (Personal Expenses made by Mr. Sahani) | 80.55 |
| 07/31/2014 | | American Express | Costco Van Nuys (Personal Expenses made by Mr. Sahani) | 67.92 |
| 07/31/2014 | | | JE 35 ReClass Barclay/US Airways Expense frm period 12/04/13-1/03/14 | 5,757.45 |
| 07/31/2014 | | | JE 35 ReClass Barclay/US Airways Expense frm period 4/04/14-5/03/14 | 6,744.47 |
| 07/31/2014 | | | JE 35 ReClass Barclay/US Airways Expense frm 6/20/14 | 574.00 |
| 07/31/2014 | | | JE 35 ReClass Barclay/US Airways Expense frm 6/20/14 | 574.00 |
| 07/31/2014 | | | JE 35 ReClass Barclay/US Airways Expense frm 6/20/14 | 354.00 |
| 31/2014 | | | JE 35 ReClass Barclay/US Airways Expense frm period 6/04/14-7/03/14 | 4,526.04 |
| | | | | 18,656.76 |

**COMMITTEE 000870**

Exhibit "8"
Page 375

**Exhibit "2"**
**Page 80**

<u>STRAIGHT NOTE - #52</u>

$55.00

Simi Valley, California
August 31, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Fifty-Five dollars and Zero cents ($55.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____          _____
Amarjit Sahani                                              Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 08/31/2014 | 29 | | Reclass July CC X8296 Mr Sahani | 55.00 |
| | | | | 55.00 |

STRAIGHT NOTE - #53

$1,102.91                                                Simi Valley, California
                                                         September 23, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of One Thousand One Hundred Two dollars and Ninety-
One cents ($1,102.91) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per
annum.  Interest payable on or before the first day of January of each year commencing January 1,
2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          _____
Amarjit Sahani                                             Date


**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 09/23/2014 | | Wells Fargo Card Services | Balance from prior months less 9/30/14 payments of 142+115 | 484.64 |
| 09/29/2014 | | American Express | AE: Payment on Mr. Sahani AE account xx2004 | 105.00 |
| 09/29/2014 | | Wells Fargo Card Services | WF: Payment on Mr. Sahani WF account x6700 | 115.00 |
| 09/29/2014 | | Barclaycard Credit Card | Barclaycard: Payment on Mr. Sahani's Barclaycard account 5939 | 256.27 |
| 09/29/2014 | | Wells Fargo Card Services | WF: Payment on Mr. Sahani's WF account x8296 | 142.00 |
| | | | | 1,102.91 |

**COMMITTEE 000872**

Exhibit "8"
Page 377

**Exhibit "2"**
**Page 82**

<u>STRAIGHT NOTE - #54</u>

$1,046.21                                              Simi Valley, California
                                                       October 24, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of One Thousand Forty-Six dollars and Twenty-One
cents ($1,046.21) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per
annum. Interest payable on or before the first day of January of each year commencing January 1,
2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof. Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing. If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____                    _____
Amarjit Sahani                                              Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 10/24/2014 | | American Express | Reversal of advanced payments dated 09/30/14 and 10/10/14 | -298.37 |
| 10/31/2014 | | | RC Mr. and Mrs. Sahni Monies Owed | 1,344.58 |
| | | | | 1,046.21 |

**COMMITTEE 000873**

Exhibit "8"
Page 378

**Exhibit "2"**
**Page 83**

## STRAIGHT NOTE - #55

$316.94                                                Simi Valley, California
                                                      December 1, 2014

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Three Hundred Sixteen dollars and Ninety-Four cents ($316.94) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____                        _____
Amarjit Sahani                                         Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 12/01/2014 | | Wells Fargo Card Services | xx6700 Rajinder WF CC: 9/29/14-10/23/14 | -76.00 |
| 12/01/2014 | | Wells Fargo Card Services | xx8296 Amarjit WF CC: 9/29/14-10/23/14-Paid By Mr. Sahani | -626.64 |
| 12/01/2014 | | Wells Fargo Card Services | xx8296 Amarjit WF CC: 10/23/14-11/25/14 - Personal Purchases | 1,019.58 |
| | | | | 316.94 |

**COMMITTEE 000874**

Exhibit "8"
Page 379

**Exhibit "2"**
**Page 84**

<u>STRAIGHT NOTE - #56</u>

$8,007.30

Simi Valley, California
April 1, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Eight Thousand Seven Dollars and Thirty Cents ($8,007.30) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____        _____
Amarjit Sahani                                              Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 04/01/2015 | | LA Tax Collector | PPTX 7647 Densmore Install #2 (GL 2521) | 8,007.30 |

**COMMITTEE 000875**

STRAIGHT NOTE - #57

$65,000.00

Simi Valley, California
April 9, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Sixty Five Thousand Dollars and Zero Cents
($65,000.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.
Interest payable on or before the first day of January of each year commencing January 1, 2017,
interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof. Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing. If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____                    4.4.'16
Amarjit Sahani                                        Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 04/09/2015 | | NJ Division of Tax | 2014 NJ 630-V ***-**-8121 & ***-**-0613, Sahani (GL 2521) | 5,000.00 |
| 04/09/2015 | | NJ Division of Tax | 2014 NJ 630-V ***-**-8121 & ***-**-0613, Sahani (GL 2521) | 60,000.00 |
| | | | | 65,000.00 |

COMMITTEE 000876

Exhibit "8"
Page 381

**Exhibit "2"**
**Page 86**

<u>STRAIGHT NOTE - #59</u>

$4,000.00

Simi Valley, California
June 1, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajsyan, Inc., or order, at Simi Valley, California, the sum of Four Thousand Seven Dollars and Zero Cents ($4,000.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Amarjit Sahani

4.4.'16
_____
Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 05/01/2015 | | RBZ, LLP | Accounting Services in Feb 2015 | 1000.00 |
| 05/01/2015 | | RBZ, LLP | Accounting Services in Mar 2015 | 1000.00 |
| 05/01/2015 | | RBZ, LLP | Accounting Services in Apr 2015 | 1000.00 |
| 05/01/2015 | | RBZ, LLP | Accounting Services in May 2015 | 1000.00 |

COMMITTEE 000877

Exhibit "8"
Page 382

**Exhibit "2"**
**Page 87**

<u>STRAIGHT NOTE - #60</u>

$1,000.00                                                    Simi Valley, California
                                                            August 1, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of One Thousand Dollars and Zero Cents ($1,000.00)
with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable
on or before the first day of January of each year commencing January 1, 2017, interest and
principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof. Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing. If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____            _____
Amarjit Sahani                                                          Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 08/01/2015 | ▉ | Armanino, LLP fka RBZ, LLP | Client # ▉ Accounting Services for Period Ending 08/01/15 | 1,000.00 |
| | | | | 1,000.00 |

**COMMITTEE 000878**

Exhibit "8"
Page 383

**Exhibit "2"**
**Page 88**

STRAIGHT NOTE - #61

$10,428.00

Simi Valley, California
August 19, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Ten Thousand Four Hundred Twenty-Eight Dollars and Zero Cents ($10,428.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____    _____
Amarjit Sahani                        Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 08/19/2015 | | Internal Revenue Service | Amarjit S & Rajinder K Sahani  2012 Form 1040 | 1,341.00 |
| 08/19/2015 | | Internal Revenue Service | Amarjit S & Rajinder K Sahani  2013 Form 1040 | 9,087.00 |
| | | | | 10,428.00 |

COMMITTEE 000879

Exhibit "8"
Page 384

Exhibit "2"
Page 89

STRAIGHT NOTE - #62

$2,000.00                                                     Simi Valley, California
                                                             September 1, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajsyan, Inc., or
order, at Simi Valley, California, the sum of Two Thousand Dollars and Zero Cents ($2,000.00)
with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable
on or before the first day of January of each year commencing January 1, 2017, interest and
principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          4·4·'16
Amarjit Sahani                                              Date


**Loan detail below.

| Date | Num | Name | Client | Memo | Loan Amount |
|------|-----|------|--------|------|-------------|
| 09/01/2015 | | Armanino, LLP fka RBZ, LLP | Client Septer | Accounting Services Period Ending: 09/01/15 Retainer - 2015 | 1,000.00 |
| 09/01/2015 | | Armanino, LLP fka RBZ, LLP | Client June | Accounting Services Period Ending: 06/01/15 Retainer - 2015 | 1,000.00 |
| | | | | | 2,000.00 |

COMMITTEE 000880

Exhibit "8"
Page 385
**Exhibit "2"**
**Page 90**

<u>STRAIGHT NOTE - #63</u>

$6,434.33                                          Simi Valley, California
                                                   September 14, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Six Thousand Four Hundred Thirty-Four Dollars and
Thirty-Three Cents ($6,434.33) with interest on the unpaid principal at the rate of 1.65 percent
(1.65%) per annum.  Interest payable on or before the first day of January of each year commencing
January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          _____
Amarjit Sahani                                         Date                 4·4·'16


**Loan detail below.

| Date | Num | Name | Memo | Debit |
|------|-----|------|------|-------|
| 09/14/2015 | ▮▮▮ | United States Treasury. | Amarjit & Rajinder Sahani: Form 1040 2011: | 6,434.33 |
| | | | | 6,434.33 |

**COMMITTEE 000881**

Exhibit "8"
Page 386

**Exhibit "2"**
**Page 91**

## STRAIGHT NOTE - #66

$1,940.00

Simi Valley, California
October 15, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of One Thousand Nine Hundred Forty Dollars and Zero Cents ($1,940.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____    _____
Amarjit Sahani                 4·4·'16
                                Date

**Loan detail below.

| Date | Num | Name | Memo | Debit |
|------|-----|------|------|-------|
| 10/15/2015 | 2489 | Franchise Tax Board (CA) | Amarjit & Rajinder Sahani 2014 Taxes CA FTB | 1,940.00 |
| Total: | | | | 1,940.00 |

**COMMITTEE 000882**

Exhibit "8"
Page 387

**Exhibit "2"**
**Page 92**

<u>STRAIGHT NOTE - #69</u>

$1,000.00

Simi Valley, California
November 1, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of One Thousand Dollars and Zero Cents ($1,000.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____                    _____4.4.'16_____
Amarjit Sahani                                                      Date

**Loan detail below.

| Date | Num | Name | Client # | Memo | Debit |
|------|-----|------|----------|------|-------|
| 11/101/2015 | | Armanino, LLP fka RBZ, LLP | Period Ending: 07/01/15   OID: 07/01/15 | Accounting Services for Retainer - 2015 July | 1,000.00 |
| Total: | | | | | 1,000.00 |

**COMMITTEE 000883**

Exhibit "8"
Page 388

**Exhibit "2"**
**Page 93**

<u>STRAIGHT NOTE – #70</u>

$36.64

Simi Valley, California
November 9, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Thirty Six Dollars and Sixty Four Cents ($36.64) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____        4·4·'16
Amarjit Sahani                        Date

**Loan detail below.

| Date | Num | Name | Memo | | Debit |
|------|-----|------|------|---|-------|
| 11/109/2015 | | United States Treasury. | #▇▇▇121 1040 | Amarjit S Sahani 2011 Form | 36.64 |
| Total: | | | | | 36.64 |

COMMITTEE 000884

Exhibit "8"
Page 389

**Exhibit "2"**
**Page 94**

<u>STRAIGHT NOTE - #72</u>

$1,000.00

Simi Valley, California
December 1, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of One Thousand Dollars and Zero Cents ($1,000.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____          4-4-'16
Amarjit Sahani                              Date

**Loan detail below.

| Date | Num | Name | Memo | Debit |
|------|-----|------|------|-------|
| 12/01/2015 | ▮▮▮ | Armanino, LLP fka RBZ, LLP | Client # ▮▮▮9004  Accounting Services for Period Ending: 11/30/15  Retainer - 2015 December  OID: 11/30/15 | 1,000.00 |
| Total: | | | | 1,000.00 |

**COMMITTEE 000885**

Exhibit "8"
Page 390

**Exhibit "2"**
**Page 95**

## STRAIGHT NOTE - #75

$8,751.42                                           Simi Valley, California
                                                   December 31, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Eight Thousand Fifty One Dollars and Forty Two Cents ($8,751.42) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____           _____
Amarjit Sahani                              Date

**Loan detail below.

| Date | Num | Name | | Memo | Debit |
|------|-----|------|------|------|-------|
| 12/31/2015 | | Los Angeles County Tax Collector | ID # 008 8 Installment #1 | 2015 Property Tax 7647 Densmore Ave. | 8,751.42 |
| Total: | | | | | 8,751.42 |

COMMITTEE 000886

<u>STRAIGHT NOTE - #76</u>

$2,248.00                                            Simi Valley, California
                                                    December 31, 2015

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Two Thousand Two Hundred Forty Eight Dollars and
Zero Cents ($2,248.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per
annum.  Interest payable on or before the first day of January of each year commencing January 1,
2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on this
note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          _____
Amarjit Sahani                                            Date


**Loan detail below.

| Date | Num | Name | Memo | Debit |
|------|-----|------|------|-------|
| 12/31/2015 | | Sullivan Curtis Monroe | JE 31 - ReClass Shareholder Insurance Premium (2015) – V.N. Property | 2,248.00 |
| Total: | | | | 2,248.00 |

**COMMITTEE 000887**

Exhibit "8"
Page 392

**Exhibit "2"**
**Page 97**

<u>STRAIGHT NOTE - #AS-201604</u>

$5,999.00

Simi Valley, California
April 31, 2016

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajsysan, Inc., located in Simi Valley, California, the sum of Five-Thousand Nine-Hundred Ninety-Nine Dollars and Zero Cents ($5,999.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest and principal on this note will become due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____                    _____
Amarjit Sahani                                                              Date

**Loan detail below.

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| ADJ | 4/01/2016 | ADJ | MI Dept of Revenue | Adjustment for MI Taxes from GL# 2520 | $1,246.00 |
| Check | 04/01/2016 | ACH DR | Internal Revenue Service | IRS Form 1040 2012/2013 Tax Payment (Amarjit & Rajinder Sahani) | $2,753.00 |
| Bill | 04/01/2016 | | Armanino, LLP fka RBZ, LLP | Client ▇▇9004  Accounting Services for Period Ending: 03/31/16  Retainer - 2016 March  OID.. | $1,000.00 |
| Bill | 04/30/2016 | | Armanino, LLP fka RBZ, LLP | Client ▇▇9004  Accounting Services for Period Ending: 04/30/16  Retainer - 2016 April | $1,000.00 |
| Total: | | | | | $5,999.00 |

**COMMITTEE 000888**

<u>STRAIGHT NOTE - #AS-201605</u>

$9,934.25                                          Simi Valley, California
                                                   May 31, 2016

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., located
in Simi Valley, California, the sum of Nine-Thousand Nine-Hundred Thirty-Four Dollars and
Twenty-Five Cents ($9,934.25) with interest on the unpaid principal at the rate of 1.65 percent
(1.65%) per annum. Interest and principal on this note will become due on or before December 31,
2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof. Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing. If action be instituted on this
note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____          _____
Amarjit Sahani                                             Date

**Loan detail below.

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Check | 05/02/2016 | ACH DR | Internal Revenue Service | IRS Form 1040 2012/2013 Tax Payment (Amarjit & Rajinder Sahani) | $2,753.00 |
| Bill | 05/31/2010 | ███ | Armanino, LLP | Client #██████9004  Accounting Services for Period Ending: 05/31/16  Retainer  2016 May | $1,000.00 |
| Bill | 05/31/2016 | ███ | Armanino, LLP | Tax Compliance, Correcting Tax Returns/Amended | $6,181.25 |
| Total: | | | | | $9,934.25 |

**COMMITTEE 000889**

Exhibit "8"
Page 394

**Exhibit "2"**
**Page 99**

<u>STRAIGHT NOTE - #AS-201607</u>

$2,000.00                                          Simi Valley, California
                                                   July 31, 2016

For value received, the undersigned, Amarjit Sahani ("Maker") agrees to pay to Rajysan, Inc., located
in Simi Valley, California, the sum of Two-Thousand Dollars and Zero Cents ($2,000.00) with
interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest and principal
on this note will become due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof. Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing. If action be instituted on this
note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____                   _____
Amarjit Sahani                                     Date

**Loan detail below.

| Type  | Date       | Num | Name                     | Memo                                                          | Amount     |
|-------|------------|-----|--------------------------|---------------------------------------------------------------|------------|
| Check | 07/31/2016 |     | Armanino, LLP fka RBZ, LLP | Client ▮▮▮9004 Accounting Services for Period Ending: 06/30/16 Retainer - 2016 June | $1,000.00 |
| Check | 07/31/2016 |     | Armanino, LLP fka RBZ, LLP | Client ▮▮▮9004 Accounting Services for Period Ending: 07/31/16 Retainer - 2016 July | $1,000.00 |
| Total: |           |     |                          |                                                               |            |
|       |            |     |                          |                                                               | $2,000.00 |

**COMMITTEE 000890**



## STRAIGHT NOTE

$177,827.03                                                Valencia, California
                                                          December 31, 2013

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc. dba MMD Equipment, or order, at Valencia, California, the sum of One hundred seventy seven thousand eight hundred twenty seven dollars and three cents ($177,827.03) with interest on the unpaid principal at the rate of One point six five percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2016, interest and principal due on or before December 31, 2022.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____        Feb/6/2015
Signature                               Date

Gurpreet Sahani                         CEO
_____        _____
Printed Name                            Title

**COMMITTEE 000891**
Exhibit "8"
Page 396

**Exhibit "2"**
**Page 101**

Rajysan
Shareholder Loan Balances
**12/31/2013**

**Revised Balances as of 12/31/13**                    Receivable (Payable)

Account 2550  Loan from Gurpreet
Comprised of:   Payment of Personal Taxes (2011,12,13)    $    172,869.03
                5% of Digiparts Loan not collected        $      4,958.00
                Balance at 12/31/13                        $    177,827.03

**COMMITTEE 000892**
Exhibit "8"
Page 397

**Exhibit "2"**
**Page 102**

STRAIGHT NOTE

$2,600.00                                        Valencia, California
                                                 January 21, 2014

For value received, the undersigned, Gurpreet Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of two thousand six hundred dollars and zero cents ($2,600.00)
with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest
payable on or before the first day of January of each year commencing January 1, 2017, interest
and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof. Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing. If action is
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____            Feb/6/2015
Gurpreet Sahani                             _____
                                            Date

**COMMITTEE 000893**
Exhibit "8"
Page 398
**Exhibit "2"**
**Page 103**

STRAIGHT NOTE

$2,600.00                                    Valencia, California
                                             February 20, 2014

For value received, the undersigned, Gurpreet Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of two thousand six hundred dollars and zero cents ($2,600.00)
with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest
payable on or before the first day of January of each year commencing January 1, 2017, interest
and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof. Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing. If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____          _Feb/6/2015_
Gurpreet Sahani                            Date

**COMMITTEE 000894**
Exhibit "8"
Page 399
**Exhibit "2"**
**Page 104**

<u>STRAIGHT NOTE</u>

$2,600.00

Valencia, California
March 20, 2014

For value received, the undersigned, Gurpreet Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of two thousand six hundred dollars and zero cents ($2,600.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action is instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Gurpreet Sahani

Feb/6/2015
_____
Date

**COMMITTEE 000895**
Exhibit "8"
Page 400

**Exhibit "2"**
**Page 105**



## STRAIGHT NOTE

$18,889.10                                          Valencia, California
                                                    April 2, 2014

For value received, the undersigned, Gurpreet Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of eighteen thousand eight hundred eighty nine dollars and ten cents
($18,889.10) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.
Interest payable on or before the first day of January of each year commencing January 1, 2017,
interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof.  Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing.  If action is
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____          Feb / 6 / 2015
Gurpreet Sahani                            _____
                                                Date

                                        **COMMITTEE 000896**
                                              Exhibit "8"
                                              Page 401

                                        **Exhibit "2"**
                                        **Page 106**



<u>STRAIGHT NOTE</u>

$42,800.00

Valencia, California
April 11, 2014

For value received, the undersigned, Gurpreet Sahani agrees to pay to Rajysan Inc., or order, at Valencia, California, the sum of forty two thousand eight hundred dollars and zero cents ($42,800.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action is instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


Gurpreet Sahani

Feb/6/2015
Date

**COMMITTEE 000897**
Exhibit "8"
Page 402

**Exhibit "2"**
**Page 107**



STRAIGHT NOTE

$14,200.00                                                    Valencia, California
                                                             April 11, 2014


For value received, the undersigned, Gurpreet Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of fourteen thousand two hundred dollars and zero cents
($14,200.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.
Interest payable on or before the first day of January of each year commencing January 1, 2017,
interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof.  Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing.  If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____                    Feb/6/2015
Gurpreet Sahani                                     _____
                                                    Date

COMMITTEE 000898
Exhibit "8"
Page 403

Exhibit "2"
Page 108



STRAIGHT NOTE

$2,600.00                                    Valencia, California
                                             April 21, 2014

For value received, the undersigned, Gurpreet Sahani agrees to pay to Rajysan Inc., or order, at
Valencia, California, the sum of two thousand six hundred dollars and zero cents ($2,600.00)
with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest
payable on or before the first day of January of each year commencing January 1, 2017, interest
and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof. Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing. If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.

_____        Feb 6/2015
Gurpreet Sahani                            Date

COMMITTEE 000899
Exhibit "8"
Page 404

Exhibit "2"
Page 109



STRAIGHT NOTE

$64,000.00                                        Simi Valley, California
                                                  June 16, 2014

For value received, the undersigned, Gurpreet Sahani agrees to pay to Rajysan Inc., or order, at
Simi Valley, California, the sum of sixty four thousand dollars and zero cents ($64,000.00) with
interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable
on or before the first day of January of each year commencing January 1, 2017, interest and
principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty
or charge thereof.  Principal payable in lawful money of the United States of America at such
place as holder of this note may from time to time instruct the maker in writing.  If action be
instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as
attorney's fees.


_____              Feb 6/2015
Gurpreet Sahani                                        Date

COMMITTEE 000900
Exhibit "8"
Page 405

**Exhibit "2"**
**Page 110**



<u>STRAIGHT NOTE</u>

$29,000.00

Simi Valley, California
June 16, 2014

For value received, the undersigned, Gurpreet Sahani agrees to pay to Rajsyan Inc., or order, at Simi Valley, California, the sum of twenty nine thousand dollars and zero cents ($29,000.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action is instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Gurpreet Sahani

Feb 16/2015
_____
Date

<u>STRAIGHT NOTE - #34</u>

$1,936.00

Simi Valley, California
October 15, 2014

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of One Thousand Nine Hundred Thirty-Six dollars ($1,936.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Gurpreet Sahani

Feb - 6/2015
_____
Date

**COMMITTEE 000902**
Exhibit "8"
Page 407

**Exhibit "2"**
**Page 112**

<u>STRAIGHT NOTE - #38</u>

$637.00                                     Simi Valley, California
                                             July 1, 2014

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Six Hundred Thirty Seven dollars ($637.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____          Fsb/6/2015
Gurpreet Sahani                              Date

**COMMITTEE 000903**
Exhibit "8"
Page 408

**Exhibit "2"**
**Page 113**

<u>STRAIGHT NOTE - #39</u>

$1,590.00                                                 Simi Valley, California
                                                          August 24, 2014

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of One Thousand Five Hundred Ninety dollars ($1,590.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____                    FD/6/2015
Gurpreet Sahani                                     _____
                                                    Date

COMMITTEE 000904
Exhibit "8"
Page 409

**Exhibit "2"**
**Page 114**

<u>STRAIGHT NOTE - #40</u>

$98,808.79                                          Simi Valley, California
                                                    October 10, 2014

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Ninety Eight Thousand Eight Hundred Eight dollars and Seventy Nine Cents ($98,808.79) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____          Feb/6/2015
Gurpreet Sahani                           _____
                                          Date

**COMMITTEE 000905**
Exhibit "8"
Page 410

**Exhibit "2"**
**Page 115**

<u>STRAIGHT NOTE - #41</u>

$840.00                                          Simi Valley, California
                                                 October 15, 2014

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Eight Hundred Forty Dollars ($840.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____          _____
Gurpreet Sahani                                   Date

**COMMITTEE 000906**
Exhibit "8"
Page 411

**Exhibit "2"**

**Page 116**

<u>STRAIGHT NOTE - #42</u>

$30,000.00                                          Simi Valley, California
                                                    October 15, 2014

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Thirty Thousand Dollars ($30,000.00) with interest on
the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before
the first day of January of each year commencing January 1, 2017, interest and principal due on or
before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          Feb/6/2015
Gurpreet Sahani                                   Date


COMMITTEE 000907
Exhibit "8"
Page 412
Exhibit "2"
Page 117

<u>STRAIGHT NOTE - #43</u>

$6,211.00                                     Simi Valley, California
                                              December 1, 2014

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Six Thousand-Two Hundred Eleven Dollars
($6,211.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.
Interest payable on or before the first day of January of each year commencing January 1, 2017,
interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof. Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing. If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          Feb/6/2015
Gurpreet Sahani                           _____
                                          Date


**Loan detail below.


| Date | Name | Memo | Debit |
|------|------|------|-------|
| 12/01/2014 | RBZ, LLP | Client #....002   Accounting Services for Period Ending 10/31/2014   Original Invoice Date: 10/... | 6,211.00 |
|  |  |  | 6,211.00 |

**COMMITTEE 000908**

<u>STRAIGHT NOTE - #44</u>

$242,682.79                                    Simi Valley, California
                                               December 10, 2014

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Two Hundred Forty-Two Thousand Six Hundred Eighty-Two Dollars and Seventy-Nine Cents ($242,682.79) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____            Feb / 6 / 2015
Gurpreet Sahani                             _____
                                            Date

**Loan detail below.

| Date | Name | Memo | Debit |
|------|------|------|-------|
| 12/10/2014 | State of New Jersey TGI | NJ-1040-ES-V ▮4286 and ▮3802 | 3,000.00 |
| 12/10/2014 | United States Treasury - 5100 | 2014 1040 ES #▮4286 and ▮3802 | 216,000.00 |
| 12/10/2014 | Internal Revenue Service New Jersey Gross Income | Gurpreet & Shaheen Sahani ▮4286; Form 1040 2013: Mo Install per Form 9465 | 23,552.00 |
| 12/10/2014 | Tax | 2013 Penalty & Interest DLN: ▮3967; Gurpreet and Shaheen Sahani | 130.79 |
| | | | 242,682.79 |

**COMMITTEE 000909**

Exhibit "8"
Page 414

**Exhibit "2"**
**Page 119**

STRAIGHT NOTE - #45

$300.15

Simi Valley, California
December 16, 2014

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Three Hundred Dollars and Fifteen Cents ($300.15) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____          Feb/6/2015
Gurpreet Sahani                                            Date

**Loan detail below.

| Date | Name | Memo | Debit |
|------|------|------|-------|
| 12/16/2014 | Franchise Tax Board | Penalty on Gurpreet and Shaheen 2013 Taxes | 300.15 |
| | | | 300.15 |

COMMITTEE 000910
Exhibit "8"
Page 415

Exhibit "2"
Page 120

<u>STRAIGHT NOTE - #46</u>

$165,000.00

Simi Valley, California
January 13, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of One Hundred Sixty-Five Thousand Dollars and Zero Cents ($165,000.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Gurpreet Sahani

March 31/2016
Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|---|---|---|---|---|
| 01/13/2015 | ███315 | United States Treasury OH | Gurpreet & Shaheen Sahani ███4286, Form 1040 2013 | 130,000.00 |
| 01/13/2015 | ███014 | Franchise Tax Board | Gurpreet and Shaheen Forms 100, 100S, 100W, 100X EST 2014 | 35,000.00 |
| | | | | 165,000.00 |

**COMMITTEE 000911**

Exhibit "8"
Page 416

**Exhibit "2"**
**Page 121**

<u>STRAIGHT NOTE - #47</u>

$181.24                                                          Simi Valley, California
                                                                January 29, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of One Hundred Eighty-One Dollars and Twenty-Four
Cents ($181.24) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.
Interest payable on or before the first day of January of each year commencing January 1, 2017,
interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____               March 31/2016
Gurpreet Sahani                                  _____
                                                 Date


**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|---|---|---|---|---|
| 01/29/2015 | FTB100-Penalty | Franchise Tax Board | Gurpreet and Shaheen Forms 100, 100S, 100W, 100X EST 2014 Penalty for not efiling | 181.24 |
| | | | | 181.24 |

**COMMITTEE 000912**
Exhibit "8"
Page 417

**Exhibit "2"**
**Page 122**

<u>STRAIGHT NOTE - #48</u>

$137,265.08

Simi Valley, California
February 12, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of One Hundred Thirty-Seven Thousand Two Hundred Sixty-Five Hundred Dollars and Eight Cents ($137,265.08) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____
Gurpreet Sahani

March 31/2016
Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 02/12/2015 | 1215 | United States Treasury OH | Gurpreet & Shaheen Sahani  4286; Form 1040 2013 | 137,265.08 |
| | | | | 137,265.08 |

**COMMITTEE 000913**

Exhibit "8"
Page 418

**Exhibit "2"**
**Page 123**

<u>STRAIGHT NOTE - #49</u>

$410.74                                         Simi Valley, California
                                                February 13, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Four Hundred Ten Dollars and Seventy-Four Cents
($410.74) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.
Interest payable on or before the first day of January of each year commencing January 1, 2017,
interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof.  Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing.  If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____          March 31/2016
Gurpreet Sahani                            Date

**Loan detail below.

| Date | Num | Name | Memo | | Loan Amount |
|------|-----|------|------|--|-------------|
| 02/13/2015 | ▇ | State of NJ, Div of Taxation - G&S Sahani | TGI-NR  12/2013  SS # ▇  Shaheen Sahani | Gurpreet and | 410.74 |
| | | | | | 410.74 |

**COMMITTEE 000914**

Exhibit "8"
Page 419
**Exhibit "2"**
**Page 124**

<u>STRAIGHT NOTE - #50</u>

$10,000.00                                          Simi Valley, California
                                                    April 15, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Ten Thousand Dollars and Zero Cents ($10,000.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____        April 15/2015_____
Gurpreet Sahani                                    Date


**Loan detail below.

COMMITTEE 000915
Exhibit "8"
Page 420
Exhibit "2"
Page 125

STRAIGHT NOTE - #50

$10,000.00                                          Simi Valley, California
                                                    April 15, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajyasan, Inc., or order, at Simi Valley, California, the sum of Ten Thousand Dollars and Zero Cents ($10,000.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____              _____
Gurpreet Sahani                              Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|---|---|---|---|---|
| 04/15/2015 | ██████ 515 | Gurpreet Sahani | Shareholder Loan (GL 2550) | 10,000.00 |

COMMITTEE 000916

Exhibit "8"
Page 421

Exhibit "2"
Page 126

STRAIGHT NOTE - #51

$3,000.00

Simi Valley, California
June 1, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Three Thousand Dollars and Zero Cents ($3,000.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.



_____                    March 31/2016
Gurpreet Sahani                                      Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|---|---|---|---|---|
| 05/01/2015 | 3028 | Gurpreet Sahani | Shareholder Loan (2550) for Accounting Services (Feb 2015) | 750.00 |
| 05/01/2015 | 8658 | Gurpreet Sahani | Shareholder Loan (2550) for Accounting Services (Mar 2015) | 750.00 |
| 05/01/2015 | 8551 | Gurpreet Sahani | Shareholder Loan (2550) for Accounting Services (Apr 2015) | 750.00 |
| 05/01/2015 | 0200 | Gurpreet Sahani | Shareholder Loan (2550) for Accounting Services (May 2015) | 750.00 |

**COMMITTEE 000917**

Exhibit "8"
Page 422

**Exhibit "2"**

**Page 127**

<u>STRAIGHT NOTE - #52</u>

$750.00                                                Simi Valley, California
                                                       July 1, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Seven Hundred Fifty Dollars and Zero Cents ($750.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action is instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          March 31/2016
Gurpreet Sahani                           Date


**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 07/01/2015 | 2263 | Armanino, LLP fka RBZ, LLP | Client # 3002 Accounting Services for Period Ending 07/01/15  Retainer - 2015 July | 750.00 |
| | | | | 750.00 |

**COMMITTEE 000918**

Exhibit "8"
Page 423
**Exhibit "2"**
**Page 128**

<u>STRAIGHT NOTE - #53</u>

$248.00                                                    Simi Valley, California
                                                          July 6, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Two Hundred Forty-Eight Dollars and Zero Cents ($248.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____              March 31/2016
Gurpreet Sahani                               Date


**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 07/06/2015 | ███ 2013 GS | Michigan Department of Treasury - D&TED | File No. ███ 01-RI Form Mi ███ 2213 | 248.00 |
|  |  |  |  | 248.00 |


**COMMITTEE 000919**

<u>STRAIGHT NOTE - #54</u>

$750.00                                            Simi Valley, California
                                                   August 1, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Seven Hundred Fifty Dollars and Zero Cents ($750.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

_____              March 31/2016
Gurpreet Sahani                               Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 08/01/2015 | ███ S169 | Armanino, LLP fka RBZ, LLP | Client ███ )002 Accounting Services for Period Ending 08/01/15 Retainer - 2015 August | 750.00 |
| | | | | 750.00 |

COMMITTEE 000920

Exhibit "8"
Page 425

Exhibit "2"
Page 130

STRAIGHT NOTE - #55

$322.00                                    Simi Valley, California
                                           August 7, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Three Hundred Twenty-Two Dollars and Zero Cents ($322.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof. Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing. If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____          March 31/2016
Gurpreet Sahani                           Date


**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 08/07/2015 | ███0807 | American Express | American Express PE: 150807  Hanzalik Horton, MOS | 322.00 |
| | | | | 322.00 |

COMMITTEE 000921

## STRAIGHT NOTE - #56

$2,468.00

Simi Valley, California
August 19, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or order, at Simi Valley, California, the sum of Two Thousand Four Hundred Sixty-Eight Dollars and Zero Cents ($2,468.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.  Interest payable on or before the first day of January of each year commencing January 1, 2017, interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or charge thereof.  Principal payable in lawful money of the United States of America at such place as holder of this note may from time to time instruct the maker in writing.  If action be instituted on this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.

Gurpreet Sahani

March 31/2016
Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 08/19/2015 | | Internal Revenue Service | Gurpreet & Shaheen Sahani 2013 Form 1040 | 1,932.00 |
| 08/19/2015 | | Internal Revenue Service | Gurpreet & Shaheen Sahani 2012 Form 1040 | 536.00 |
| | | | | 2,468.00 |

**COMMITTEE 000922**

Exhibit "8"
Page 427

**Exhibit "2"**
**Page 132**

STRAIGHT NOTE - #57

$1,500.00                                                    Simi Valley, California
                                                            September 1, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of One Thousand Five Hundred Dollars and Zero Cents
($1,500.00) with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum.
Interest payable on or before the first day of January of each year commencing January 1, 2017,
interest and principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof. Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing. If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.



_____                    March 31/2016
Gurpreet Sahani                                     _____
                                                    Date

**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 09/01/2015 | 4298 | Armanino, LLP fka RBZ, LLP | Client # ████ 9002 Accounting Services Period Ending: 09/01/15 Retainer - 2015 September | 750.00 |
| 09/01/2015 | 4343 | Armanino, LLP fka RBZ, LLP | Client # ████ 9002 Accounting Services Period Ending: 06/01/15 Retainer - 2015 June | 750.00 |
|  |  |  |  | 1,500.00 |

**COMMITTEE 000923**

Exhibit "8"
Page 428

**Exhibit "2"**
**Page 133**

STRAIGHT NOTE - #58

$750.00                                                 Simi Valley, California
                                                        December 1, 2015

For value received, the undersigned, Gurpreet Sahani ("Maker") agrees to pay to Rajysan, Inc., or
order, at Simi Valley, California, the sum of Seven Hundred Fifty Dollars and Zero Cents ($750.00)
with interest on the unpaid principal at the rate of 1.65 percent (1.65%) per annum. Interest payable
on or before the first day of January of each year commencing January 1, 2017, interest and
principal due on or before December 31, 2023.

Principal and interest payable in lawful money of the United States.

This note may be prepaid in full or in part at any time during the term hereof, without any penalty or
charge thereof. Principal payable in lawful money of the United States of America at such place as
holder of this note may from time to time instruct the maker in writing. If action be instituted on
this note, the prevailing party shall be entitled to such sum as the Court may fix as attorney's fees.


_____                    March 31/2016
Gurpreet Sahani                                   Date


**Loan detail below.

| Date | Num | Name | Memo | Loan Amount |
|------|-----|------|------|-------------|
| 12/01/2015 | ▇7513 | Armanino, LLP fka RBZ, LLP | Client # ▇9002  Accounting Services for Period Ending: 11/30/15  Retainer - 2015 December  OID: 11/30/15 | 750.00 |
| | | | | 750.00 |

COMMITTEE 000924

Exhibit "8"
Page 429

Exhibit "2"
Page 134

Exhibit "3"

Amarjit

| Note # | | Principal | Rate of Interest |
|---|---|---|---|
| 14 | $ | 8,808.43 | 1.65% |
| 15 | $ | 6,200.00 | 1.65% |
| 16 | $ | 6,200.00 | 1.65% |
| 17 | $ | 2,800.00 | 1.65% |
| 18 | $ | 244,997.91 | 1.65% |
| 19 | $ | 6,200.00 | 1.65% |
| 20 | $ | 8,007.66 | 1.65% |
| 21 | $ | 5,600.00 | 1.65% |
| 22 | $ | 171,500.00 | 1.65% |
| 23 | $ | 71,500.00 | 1.65% |
| 24 | $ | 6,200.00 | 1.65% |
| 25 | $ | 715.41 | 1.65% |
| 26 | $ | 6,200.00 | 1.65% |
| 27 | $ | 139,500.00 | 1.65% |
| 28 | $ | 297,500.00 | 1.65% |
| 29 | $ | 4,000.00 | 1.65% |
| 30 | $ | 6,200.00 | 1.65% |
| 31 | $ | 27,666.00 | 1.65% |
| 32 | $ | 9,044.00 | 1.65% |
| 33 | $ | 3,538.00 | 1.65% |
| 35 | $ | 100,000.00 | 1.65% |
| 36 | $ | 60.00 | 1.65% |
| 37 | $ | 248.00 | 1.65% |
| 38 | $ | 21,288.53 | 1.65% |
| 39 | $ | 874,845.03 | 1.65% |
| 40 | $ | 1,922.40 | 1.65% |
| 41 | $ | 35,211.96 | 1.65% |
| 42 | $ | 4,323.50 | 1.65% |
| 43 | $ | 813,000.00 | 1.65% |
| 44 | $ | 721,948.40 | 1.65% |
| 45 | $ | 2,284.30 | 1.65% |
| 46 | $ | 5,461.85 | 1.65% |
| 47 | $ | 554.99 | 1.65% |
| 48 | $ | 230.25 | 1.65% |
| 49 | $ | 141.94 | 1.65% |
| 50 | $ | 1,499.49 | 1.65% |
| 51 | $ | 18,656.76 | 1.65% |
| 52 | $ | 55.00 | 1.65% |
| 53 | $ | 1,102.91 | 1.65% |
| 54 | $ | 1,046.21 | 1.65% |
| 55 | $ | 316.94 | 1.65% |

| | | | |
|---|---|---|---|
| 56 | $ | 8,007.30 | 1.65% |
| 57 | $ | 65,000.00 | 1.65% |
| 59 | $ | 4,000.00 | 1.65% |
| 60 | $ | 1,000.00 | 1.65% |
| 61 | $ | 10,428.00 | 1.65% |
| 62 | $ | 2,000.00 | 1.65% |
| 63 | $ | 6,434.33 | 1.65% |
| 66 | $ | 1,940.00 | 1.65% |
| 69 | $ | 1,000.00 | 1.65% |
| 70 | $ | 36.64 | 1.65% |
| 72 | $ | 1,000.00 | 1.65% |
| 75 | $ | 8,751.42 | 1.65% |
| 76 | $ | 2,248.00 | 1.65% |
| | | | |
| AS-201604 | $ | 5,999.00 | 1.65% |
| AS-201605 | $ | 9,934.25 | 1.65% |
| AS-201607 | $ | 2,000.00 | 1.65% |
| | | | |
| TOTALS | $ | 3,766,354.81 | |

| Date of Note | # of Years Since Date of Note | | Amount of Principal and Interest at 1.65% Rate |
|---|---|---|---|
| 1/16/2014 | 11 | $ | 10,545.80 |
| 1/21/2014 | 11 | $ | 7,422.89 |
| 2/20/2014 | 11 | $ | 7,422.89 |
| 2/28/2014 | 11 | $ | 3,352.27 |
| 3/6/2014 | 11 | $ | 293,321.29 |
| 3/20/2014 | 11 | $ | 7,422.89 |
| 3/25/2014 | 11 | $ | 9,587.09 |
| 3/31/2014 | 11 | $ | 6,704.54 |
| 4/11/2014 | 11 | $ | 205,326.66 |
| 4/11/2014 | 11 | $ | 85,602.66 |
| 4/21/2014 | 11 | $ | 7,422.89 |
| 5/12/2014 | 11 | $ | 856.52 |
| 5/20/2014 | 11 | $ | 7,422.89 |
| 6/16/2014 | 11 | $ | 167,014.98 |
| 6/16/2014 | 11 | $ | 356,178.90 |
| 6/16/2014 | 11 | $ | 4,788.96 |
| 6/20/2014 | 11 | $ | 7,422.89 |
| 7/10/2014 | 11 | $ | 33,122.84 |
| 10/15/2014 | 10 | $ | 10,652.08 |
| 10/15/2014 | 10 | $ | 4,167.08 |
| 10/15/2014 | 10 | $ | 117,780.62 |
| 10/15/2014 | 10 | $ | 70.67 |
| 10/15/2014 | 10 | $ | 292.10 |
| 12/1/2014 | 10 | $ | 25,073.76 |
| 12/10/2014 | 10 | $ | 1,030,397.89 |
| 12/16/2014 | 10 | $ | 2,264.21 |
| 12/17/2014 | 10 | $ | 41,472.86 |
| 1/1/2015 | 10 | $ | 5,092.25 |
| 1/13/2015 | 10 | $ | 957,556.43 |
| 2/12/2015 | 10 | $ | 850,315.29 |
| 2/13/2015 | 10 | $ | 2,690.46 |
| 2/7/2014 | 11 | $ | 6,539.15 |
| 3/25/2014 | 11 | $ | 664.46 |
| 4/23/2014 | 11 | $ | 275.66 |
| 5/25/2014 | 11 | $ | 169.94 |
| 6/6/2014 | 11 | $ | 1,795.25 |
| 7/9/2014 | 11 | $ | 22,336.62 |
| 8/31/2014 | 11 | $ | 65.85 |
| 9/23/2014 | 10 | $ | 1,299.01 |
| 10/24/2014 | 10 | $ | 1,232.23 |
| 12/1/2014 | 10 | $ | 373.29 |

Exhibit "3"
Page 137

| | | | |
|---|---|---|---|
| 4/1/2015 | 10 | $ | 9,431.05 |
| 4/9/2015 | 10 | $ | 76,557.40 |
| 6/1/2015 | 10 | $ | 4,711.22 |
| 8/1/2015 | 10 | $ | 1,177.81 |
| 8/19/2015 | 10 | $ | 12,282.16 |
| 9/1/2015 | 10 | $ | 2,355.61 |
| 9/14/2015 | 10 | $ | 7,578.39 |
| 10/15/2015 | 9 | $ | 2,247.85 |
| 11/1/2015 | 9 | $ | 1,158.69 |
| 11/9/2015 | 9 | $ | 42.45 |
| 12/1/2015 | 9 | $ | 1,158.69 |
| 12/31/2015 | 9 | $ | 10,140.16 |
| 12/31/2015 | 9 | $ | 2,604.73 |
| | | | |
| 4/30/2016 | 9 | $ | 6,950.97 |
| 5/31/2016 | 9 | $ | 11,510.69 |
| 7/31/2016 | 9 | $ | 2,317.38 |
| | | **$** | **4,455,742.26** |

| Amount of Interest Alone | Maturity Date | Promissor: Amarjit |
|---|---|---|
| $ 1,737.37 | 12/31/2023 | X |
| $ 1,222.89 | 12/31/2023 | X |
| $ 1,222.89 | 12/31/2023 | X |
| $ 552.27 | 12/31/2023 | X |
| $ 48,323.38 | 12/31/2023 | X |
| $ 1,222.89 | 12/31/2023 | X |
| $ 1,579.43 | 12/31/2023 | X |
| $ 1,104.54 | 12/31/2023 | X |
| $ 33,826.66 | 12/31/2023 | X |
| $ 14,102.66 | 12/31/2023 | X |
| $ 1,222.89 | 12/31/2023 | X |
| $ 141.11 | 12/31/2023 | X |
| $ 1,222.89 | 12/31/2023 | X |
| $ 27,514.98 | 12/31/2023 | X |
| $ 58,678.90 | 12/31/2023 | X |
| $ 788.96 | 12/31/2023 | X |
| $ 1,222.89 | 12/31/2023 | X |
| $ 5,456.84 | 12/31/2023 | X |
| $ 1,608.08 | 12/31/2023 | X |
| $ 629.08 | 12/31/2023 | X |
| $ 17,780.62 | 12/31/2023 | X |
| $ 10.67 | 12/31/2023 | X |
| $ 44.10 | 12/31/2023 | X |
| $ 3,785.23 | 12/31/2023 | X |
| $ 155,552.86 | 12/31/2023 | X |
| $ 341.81 | 12/31/2023 | X |
| $ 6,260.90 | 12/31/2023 | X |
| $ 768.75 | 12/31/2023 | X |
| $ 144,556.43 | 12/31/2023 | X |
| $ 128,366.89 | 12/31/2023 | X |
| $ 406.16 | 12/31/2023 | X |
| $ 1,077.30 | 12/31/2023 | X |
| $ 109.47 | 12/31/2023 | X |
| $ 45.41 | 12/31/2023 | X |
| $ 28.00 | 12/31/2023 | X |
| $ 295.76 | 12/31/2023 | X |
| $ 3,679.86 | 12/31/2023 | X |
| $ 10.85 | 12/31/2023 | X |
| $ 196.10 | 12/31/2023 | X |
| $ 186.02 | 12/31/2023 | X |
| $ 56.35 | 12/31/2023 | X |

| | | | |
|---|---|---|---|
| $ | 1,423.75 | 12/31/2023 | X |
| $ | 11,557.40 | 12/31/2023 | X |
| $ | 711.22 | 12/31/2023 | X |
| $ | 177.81 | 12/31/2023 | X |
| $ | 1,854.16 | 12/31/2023 | X |
| $ | 355.61 | 12/31/2023 | X |
| $ | 1,144.06 | 12/31/2023 | X |
| $ | 307.85 | 12/31/2023 | X |
| $ | 158.69 | 12/31/2023 | X |
| $ | 5.81 | 12/31/2023 | X |
| $ | 158.69 | 12/31/2023 | X |
| $ | 1,388.74 | 12/31/2023 | X |
| $ | 356.73 | 12/31/2023 | X |
| $ | 951.97 | 12/31/2023 | X |
| $ | 1,576.44 | 12/31/2023 | X |
| $ | 317.38 | 12/31/2023 | X |
| $ | 689,387.45 | | |

The note says "April 31, 2016." Because April 31 does not exist, and the last date in the itemization is April 30, 2016, this Excel sheet uses 4/30/16.

Rajysan Notes
Gurpreet

| Note # | | Principal | Rate of Interest |
|---|---|---|---|
| 3 | $ | 177,827.03 | 1.65% |
| 4 | $ | 2,600.00 | 1.65% |
| 5 | $ | 2,600.00 | 1.65% |
| 6 | $ | 2,600.00 | 1.65% |
| 7 | $ | 18,889.10 | 1.65% |
| 8 | $ | 42,800.00 | 1.65% |
| 9 | $ | 14,200.00 | 1.65% |
| 10 | $ | 2,600.00 | 1.65% |
| 11 | $ | 64,000.00 | 1.65% |
| 12 | $ | 29,000.00 | 1.65% |
| 34 | $ | 1,936.00 | 1.65% |
| 38 | $ | 637.00 | 1.65% |
| 39 | $ | 1,590.00 | 1.65% |
| 40 | $ | 98,808.79 | 1.65% |
| 41 | $ | 840.00 | 1.65% |
| 42 | $ | 30,000.00 | 1.65% |
| 43 | $ | 6,211.00 | 1.65% |
| 44 | $ | 242,682.79 | 1.65% |
| 45 | $ | 300.15 | 1.65% |
| 46 | $ | 165,000.00 | 1.65% |
| 47 | $ | 181.24 | 1.65% |
| 48 | $ | 137,265.08 | 1.65% |
| 49 | $ | 410.74 | 1.65% |
| 50 | $ | 10,000.00 | 1.65% |
| 51 | $ | 3,000.00 | 1.65% |
| 52 | $ | 750.00 | 1.65% |
| 53 | $ | 248.00 | 1.65% |
| 54 | $ | 750.00 | 1.65% |
| 55 | $ | 322.00 | 1.65% |
| 56 | $ | 2,468.00 | 1.65% |
| 57 | $ | 1,500.00 | 1.65% |
| 58 | $ | 750.00 | 1.65% |
| TOTALS | $ | 1,062,766.92 | |

| Date of Note | # of Years Since Date of Note | | Amount of Principal and Interest at 1.65% Rate |
|---|---|---|---|
| 12/31/2013 | 11 | $ | 212,901.63 |
| 1/21/2014 | 11 | $ | 3,112.82 |
| 2/20/2014 | 11 | $ | 3,112.82 |
| 3/20/2014 | 11 | $ | 3,112.82 |
| 4/2/2014 | 11 | $ | 22,614.79 |
| 4/11/2014 | 11 | $ | 51,241.87 |
| 4/11/2014 | 11 | $ | 17,000.81 |
| 4/21/2014 | 11 | $ | 3,112.82 |
| 6/16/2014 | 11 | $ | 76,623.36 |
| 6/16/2014 | 11 | $ | 34,719.96 |
| 10/15/2014 | 10 | $ | 2,280.23 |
| 7/1/2014 | 11 | $ | 762.64 |
| 8/24/2014 | 11 | $ | 1,903.61 |
| 10/10/2014 | 10 | $ | 116,377.60 |
| 10/15/2014 | 10 | $ | 989.36 |
| 10/15/2014 | 10 | $ | 35,334.19 |
| 12/1/2014 | 10 | $ | 7,315.35 |
| 12/10/2014 | 10 | $ | 285,833.29 |
| 12/16/2014 | 10 | $ | 353.52 |
| 1/13/2015 | 10 | $ | 194,338.02 |
| 1/29/2015 | 10 | $ | 213.47 |
| 2/12/2015 | 10 | $ | 161,671.66 |
| 2/13/2015 | 10 | $ | 483.77 |
| 4/15/2015 | 10 | $ | 11,778.06 |
| 6/1/2015 | 10 | $ | 3,533.42 |
| 7/1/2015 | 10 | $ | 883.35 |
| 7/6/2015 | 10 | $ | 292.10 |
| 8/1/2015 | 10 | $ | 883.35 |
| 8/7/2015 | 10 | $ | 379.25 |
| 8/19/2015 | 10 | $ | 2,906.83 |
| 9/1/2015 | 10 | $ | 1,766.71 |
| 12/1/2015 | 9 | $ | 869.02 |
| | | $ | **1,258,702.51** |

| Amount of Interest Alone | |
|---|---|
| $ | 35,074.60 |
| $ | 512.82 |
| $ | 512.82 |
| $ | 512.82 |
| $ | 3,725.69 |
| $ | 8,441.87 |
| $ | 2,800.81 |
| $ | 512.82 |
| $ | 12,623.36 |
| $ | 5,719.96 |
| $ | 344.23 |
| $ | 125.64 |
| $ | 313.61 |
| $ | 17,568.81 |
| $ | 149.36 |
| $ | 5,334.19 |
| $ | 1,104.35 |
| $ | 43,150.50 |
| $ | 53.37 |
| $ | 29,338.02 |
| $ | 32.23 |
| $ | 24,406.58 |
| $ | 73.03 |
| $ | 1,778.06 |
| $ | 533.42 |
| $ | 133.35 |
| $ | 44.10 |
| $ | 133.35 |
| $ | 57.25 |
| $ | 438.83 |
| $ | 266.71 |
| $ | 119.02 |
| | |
| $ | 195,935.59 |

Exhibit "4"

4-Year Tax Transfers
Amarjit and Rajinder

### IRS

| Date | Check No./ACH | | Amount | TAC Ex. |
|---|---|---|---|---|
| 12/30/2013 | 8557 | $ | 60,000.00 | - |
| 3/6/2014 | 9472 | $ | 244,997.91 | 4 |
| 4/11/2014 | 9751 | $ | 171,500.00 | 4 |
| 6/16/2014 | 10429 | $ | 297,500.00 | 4 |
| 12/10/2001 | 21523 | $ | 51,036.00 | 4 |
| 12/10/2014 | 21526 | $ | 806,000.00 | 4 |
| 1/14/2015 | 30098 | $ | 600,000.00 | 4 |
| 2/12/2015 | 30390 | $ | 590,342.16 | 4 |
| 8/19/2015 | 32270 | $ | 9,087.00 | 4 |
| 8/19/2015 | 32269 | $ | 1,341.00 | 4 |
| 9/14/2015 | 32521 | $ | 6,434.33 | 4 |
| 11/11/2015 | 32960 | $ | 36.64 | 4 |
| 4/1/2016 | ACH | $ | 2,753.00 | 4 |
| 5/2/2016 | ACH | $ | 2,753.00 | 4 |
| 6/1/2016 | ACH | $ | 2,753.00 | 4 |
| 10/31/2014 | 21151 | $ | 248.00 | 4 |
| 12/19/2014 | 21703 | $ | 921.91 | 4 |
| IRS TOTAL | | $ | 2,847,703.95 | |

### FTB

| Date | Check No./ACH | | Amount | TAC Ex. |
|---|---|---|---|---|
| 4/11/2014 | 9753 | $ | 71,500.00 | 4 |
| 5/23/2014 | 10248 | $ | 715.41 | 4 |
| 6/16/2014 | 10428 | $ | 139,500.00 | 4 |
| 7/10/2014 | 27666 | $ | 4.00 | 4 |
| 10/15/2014 | 20951 | $ | 100,000.00 | 4 |
| 12/18/2014 | ACH | $ | 1,000.49 | 4 |
| 12/19/2014 | ACH | $ | 35,211.96 | 4 |
| 1/13/2015 | ACH | $ | 118,000.00 | 4 |
| 1/13/2015 | ACH | $ | 95,000.00 | 4 |
| 2/17/2015 | ACH | $ | 131,606.24 | 4 |
| 10/16/2015 | ACH | $ | 1,940.00 | 4 |
| 4/13/2015 | ACH | $ | 60,000.00 | - |
| FTB TOTAL | | $ | 754,478.10 | |

### LA County

| Date | Check No./ACH | | Amount | TAC Ex. |
|---|---|---|---|---|
| 1/16/2014 | 9002 | $ | 8,808.43 | 4 |

| Date | Check No./ACH | | Amount | |
|---|---|---|---|---|
| 3/25/2014 | 9633 | $ | 8,007.66 | 4 |
| 11/25/2014 | 21389 | $ | 6,330.92 | 4 |
| 12/5/2014 | 21473 | $ | 8,007.31 | 4 |
| 1/1/2016 | 33343 | $ | 8,751.42 | 4 |
| 3/27/2015 | 30854 | $ | 8,007.30 | 4 |
| 3/25/2016 | 33947 | $ | 7,955.84 | 4 |
| LA COUNTY TOTAL | | $ | 55,868.88 | |

**New Jersey**

| Date | Check No./ACH | | Amount |
|---|---|---|---|
| 10/15/2014 | 20952 | $ | 9,044.00 |
| 12/10/2014 | 21535 | $ | 615.32 |
| 2/25/2015 | 30515 | $ | 2,284.30 |
| 4/10/2015 | 31030 | $ | 5,000.00 |
| NJ TOTAL | | $ | 16,943.62 |
| | | | |
| TOTAL | | $ | 3,674,994.55 |

Exhibit "5"

4-Year Tax Transfers
Gurpreet

**IRS**

| Date | Check No./ACH | | Amount | TAC Ex. |
|------|--------------:|--|-------:|:-------:|
| 12/30/2013 | 8558 | $ | 55,000.00 | 1 |
| 4/11/2014 | 9750 | $ | 42,800.00 | 1 |
| 6/16/2014 | 10426 | $ | 64,000.00 | 1 |
| 10/10/2014 | 444226 | $ | 98,808.79 | - |
| 12/10/2014 | 21524 | $ | 23,552.00 | 1 |
| 12/10/2014 | 21525 | $ | 216,000.00 | 1 |
| 1/14/2015 | 30099 | $ | 130,000.00 | 1 |
| 2/12/2015 | 30389 | $ | 137,265.08 | 1 |
| 8/19/2015 | 32272 | $ | 1,932.00 | 1 |
| 8/19/2015 | 32271 | $ | 536.00 | 1 |
| IRS TOTAL | | $ | 769,893.87 | |

**FTB**

| Date | Check No./ACH | | Amount | TAC Ex. |
|------|--------------:|--|-------:|:-------:|
| 4/11/2014 | 9752 | $ | 14,200.00 | 1 |
| 4/11/2014 | 9770 | $ | 18,889.10 | 1 |
| 6/16/2014 | 10427 | $ | 29,000.00 | 1 |
| 10/15/2014 | 20950 | $ | 30,000.00 | 1 |
| 12/17/2014 | ACH | $ | 300.15 | 1 |
| 1/13/2015 | ACH | $ | 35,000.00 | 1 |
| 1/30/2015 | ACH | $ | 181.24 | 1 |
| FTB TOTAL | | $ | 127,570.49 | |

**New Jersey**

| Date | Check No./ACH | | Amount |
|------|--------------:|--|-------:|
| 10/15/2014 | 20949 | $ | 1,936.00 |
| 12/10/2014 | 21533 | $ | 130.79 |
| 3/2/2015 | 30560 | $ | 410.74 |
| NJ TOTAL | | $ | 2,477.53 |
| | | | |
| TOTAL | | $ | 899,941.89 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH SAHANI PARTIES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SANDRA K. MCBETH; AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 28, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **October 28, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**RTD 12/27/23 UTF**
<u>DEBTOR</u>
RAJYSAN, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE
~~4175 GUARDIAN STREET~~
~~SIMI VALLEY, CA 93063~~

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

PER JUDGE SALTZMAN'S PROCEDURES: Judge Saltzman does not follow the judge's copy requirements of General Order 23-01.  <u>No judge's copy of any document is required unless a copy is requested by chambers</u>.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 28, 2025 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **Bret D. Allen**    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Bhagwati Barot**    bbarot@aissolution.com
- **Linda S Blonsley**    blonsleylawecf@gmail.com,
  joe@blonsleylaw.com;lawbr69955@notify.bestcase.com;lblonsley@blonsleylaw.com
- **Jess R Bressi**    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Cathrine M Castaldi**    ccastaldi@brownrudnick.com
- **Lisa W Chao**    lisa.chao@doj.ca.gov
- **Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Christopher J. Dylla**    Christopher.Dylla@azag.gov
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
  Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **Brian David Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Jeffrey Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Jeffrey I Golden**    jgolden@go2.law,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117
  954@notify.bestcase.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Adam D Grant**    agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- **Barbara R Gross**    barbara@bgross.law, luz@bgross.law
- **Chad V Haes**    chaes@marshackhays.com,
  chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdri
  ve.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdri
  ve.com
- **Richard E Hettinger**    rhettinger@davidsontroilo.com
- **Stephen E Hyam**    stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **John C Keith**    john.keith@doj.ca.gov
- **Raffi Khatchadourian**    raffi@hemar-rousso.com
- **Mark J Krone**    mk@amclaw.com, maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com
- **Lewis R Landau**    Lew@Landaunet.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Judith E Marshack**    jmarshack@marshackhays.com,
  jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Richard A Marshack**    rmarshack@marshackhays.com,
  lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **Monserrat Morales**    Monsi@MarguliesFaithLaw.com,
  Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **John M O'Donnell**    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Carmela Pagay**    ctp@lnbyg.com
- **Dipika Parmar**    dipika.parmar@aissolution.com
- **Kurt Ramlo**    kr@lnbyg.com, kr@ecf.courtdrive.com
- **Laura E Robbins**    Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- **Najah J Shariff**    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Jay M Spillane**    jspillane@spillaneplc.com, cdale@spillaneplc.com;smargetis@spillaneplc.com
- **Don Stecker**
- **Don Stecker**    don.stecker@lgbs.com
- **John M Stern**    bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov
- **Thomas W Stilley**    tstilley@sussmanshank.com, jhume@sussmanshank.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Timothy J Yoo**    tjy@lnbyb.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: CONTINUED:

| <u>INTERESTED PARTY</u> | <u>INTERESTED PARTY</u> | <u>INTERESTED PARTY</u> |
|---|---|---|
| STEPHEN HYAM | LEWIS LANDAU | LOS ANGELES COUNTY TAX |
| HYAM LAW, APC | ATTORNEY AT LAW | COLLECTOR |
| 16925 DEVONSHIRE ST # 190 | 22287 MULHOLLAND HWY # 318 | P. O. BOX 54110 |
| GRANADA HILLS, CA 91344-7407 | CALABASAS, CA 91302-5157 | LOS ANGELES, CA 90054-0110 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**