| | |
|---|---|
| 1   D. EDWARD HAYS, #162507<br>     ehays@marshackhays.com<br>2   CHAD V. HAES, #267221<br>     chaes@marshackhays.com<br>3   BRADFORD N. BARNHARDT, #328705<br>     bbarnhardt@marshackhays.com<br>4   MARSHACK HAYS WOOD LLP<br>     870 Roosevelt<br>5   Irvine, California 92620<br>     Telephone: (949) 333-7777<br>6   Facsimile: (949) 333-7778 | **FILED & ENTERED**<br><br>NOV 20 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell   **DEPUTY CLERK** |

Attorneys for Chapter 7 Trustee,
SANDRA K. McBETH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH UNITED STATES OF AMERICA**<br><br>Hearing:<br>Date:    November 18, 2025<br>Time:    1:00 p.m.<br>Place:   Courtroom 1639<br>         255 East Temple Street<br>         Los Angeles, California 90012 |

A hearing was held at the above time and place on the "Motion to Approve Compromise with United States of America" (the "Motion," Docket No. 770). Appearances were noted on the record. Based on the Motion, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record at the hearing,

/ / /

4932-8270-5525,v.1

1

1    IT IS HEREBY ORDERED that the Motion is granted.  The settlement agreement attached
2 to the Motion as Exhibit 1 is approved.
3    IT IS FURTHER ORDERED that all pending hearings in *McBeth v. Department of the*
4 *Treasury*, Case No. 9:18-ap-01052-DS, currently set for December 16, 2025, are continued to April
5 7, 2026, at 1:00 p.m.  No appearances are required on December 16, 2025.
6                                             # # #

Date: November 20, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

2

4932-8270-5525,v.1