D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
SANDRA K. McBETH

**FILED & ENTERED**

NOV 20 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR**<br><br>Hearing:<br>Date:  November 18, 2025<br>Time:  1:00 p.m.<br>Place: Courtroom 1639<br>         255 East Temple Street<br>         Los Angeles, California 90012 |

A hearing was held at the above time and place on the "Motion to Approve Compromise with Los Angeles County Treasurer and Tax Collector" (the "Motion," Docket No. 772). Appearances were noted on the record. Based on the Motion, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record at the hearing,

/ / /

4932-8270-5525,v.1

1

1    IT IS HEREBY ORDERED that the Motion is granted.  The settlement agreement attached
2 to the Motion as Exhibit 1 is approved.

3    IT IS FURTHER ORDERED that all pending hearings in *McBeth v. Los Angeles County
4 Treasurer and Tax Collector*, Adv. No. 9:18-ap-01049-DS, currently set for December 16, 2025,
5 are continued to April 7, 2026, at 1:00 p.m.  No appearances are required on December 16, 2025.

### #

Date: November 20, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

2

4932-8270-5525,v.1