United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 17-11363-DS |
| Rajysan, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rajysan, Inc., 4175 Guardian Street, Simi Valley, CA 93063-3382 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 22, 2025 | Signature: | /s/Gustava Winters |

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  CHAD V. HAES, #267221
   chaes@marshackhays.com
3  BRADFORD N. BARNHARDT, #328705
   bbarnhardt@marshackhays.com
4  MARSHACK HAYS WOOD LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
   SANDRA K. McBETH

**FILED & ENTERED**

**NOV 20 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:17-bk-11363-DS |
| RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation, | Chapter 7 |
| Debtor. | **ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR** |
| | Hearing:<br>Date:   November 18, 2025<br>Time:   1:00 p.m.<br>Place:  Courtroom 1639<br>          255 East Temple Street<br>          Los Angeles, California 90012 |

A hearing was held at the above time and place on the "Motion to Approve Compromise with Los Angeles County Treasurer and Tax Collector" (the "Motion," Docket No. 772). Appearances were noted on the record. Based on the Motion, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record at the hearing,

/ / /

1

4932-8270-5525,v.1

1    IT IS HEREBY ORDERED that the Motion is granted.  The settlement agreement attached
2 to the Motion as Exhibit 1 is approved.

3    IT IS FURTHER ORDERED that all pending hearings in *McBeth v. Los Angeles County*
4 *Treasurer and Tax Collector*, Adv. No. 9:18-ap-01049-DS, currently set for December 16, 2025,
5 are continued to April 7, 2026, at 1:00 p.m.  No appearances are required on December 16, 2025.

6                                      # # #

Date: November 20, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

2

4932-8270-5525,v.1