Sandra K. McBeth (SBN 138697)
A Professional Law Corporation
7343 El Camino Real, #185
Atascadero, CA 93422
(805) 464.2959
(805) 357.5905 (fax)
smcbeth@mcbethlegal.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>RAJYSAN, INC.,<br><br>Debtor. | Case No.: 9:17-BK-11363-DS<br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S REPORT OF SETTLEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1)**<br><br>**[No Hearing Required]** |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1) and Local Bankruptcy Rule 6004-1(g), Sandra K. McBeth, Trustee (the "Trustee") in the above-captioned case hereby reports consummation of a settlement agreement between the Trustee on the one hand and the United States of America, Department of Treasury and Internal Revenue Service on the other hand whereby the Trustee agreed to accept the sum of $13,812.99 in full and final settlement of the issues raised in McBeth v. United States of America, et al., Adv. 9:18-AP-01052-DS  The settlement was approved by Order entered

///

///

1

1  November 20, 2025 [Docket 782].  Full payment of the settlement amount has been received.

3  Dated: January 4, 2026

                                                           /s/ Sandra K. McBeth
4                                             Sandra K. McBeth, Chapter 7 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**7343 El Camino Real #185, Atascadero CA 93422**

A true and correct copy of the foregoing document described <u>CHAPTER 7 TRUSTEE'S REPORT OF SETTLEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>January 5, 2026</u>  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/5/26 | Donna Earnest | /s/ Donna Earnest |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE