TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Sandra K. McBeth
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC.,<br><br>　　　　　Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>**NOTICE OF CHANGE IN BILLING RATES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.** |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, effective January 1, 2026, the billing rates of Levene, Neale, Bender, Yoo & Golubchik L.L.P. shall be the rates set forth in the schedule attached hereto as Exhibit 1.

Dated: January 29, 2026　　　　　　　　　LEVENE, NEALE, BENDER, YOO &
　　　　　　　　　　　　　　　　　　　　GOLUBCHIK L.L.P.

　　　　　　　　　　　　　　　　　　　　By:/s/ Carmela T. Pagay
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Sandra K. McBeth
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

# EXHIBIT "1"

**LNBY&G**
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

LAW OFFICES
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

SCHEDULE OF HOURLY BILLING RATES
(Effective January 1, 2026)

| ATTORNEYS | 2026 Rates |
| --- | --- |
| DAVID L. NEALE | 795 |
| RON BENDER | 795 |
| TIMOTHY J. YOO | 795 |
| DAVID B. GOLUBCHIK | 795 |
| EVE H. KARASIK | 795 |
| GARY E. KLAUSNER | 795 |
| ERIC P. ISRAEL | 795 |
| BRAD D. KRASNOFF | 795 |
| EDWARD M. WOLKOWITZ | 795 |
| BETH ANN R. YOUNG | 795 |
| MONICA Y. KIM | 775 |
| PHILIP A. GASTEIER | 775 |
| JOHN N. TEDFORD, IV | 775 |
| DANIEL H. REISS | 775 |
| TODD A. FREALY | 775 |
| KRIKOR J. MESHEFEJIAN | 775 |
| JOHN-PATRICK M. FRITZ | 775 |

LNBY&G

December 9, 2025
Page 2

| | |
|---|---|
| RICHARD P. STEELMAN, JR. | 750 |
| JULIET Y. OH | 750 |
| TODD M. ARNOLD | 750 |
| JOSEPH M. ROTHBERG | 750 |
| JEFFREY KWONG | 750 |
| MICHAEL D'ALBA | 750 |
| CARMELA T. PAGAY | 725 |
| ANTHONY A. FRIEDMAN | 725 |
| ROBERT CARRASCO | 595 |
| PARAPROFESSIONALS | 300 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE IN BILLING RATES OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 29, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com
- Bhagwati Barot    bbarot@aissolution.com
- Linda S Blonsley    blonsleylawecf@gmail.com, joe@blonsleylaw.com;lawbr69955@notify.bestcase.com;lblonsley@blonsleylaw.com
- Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- Cathrine M Castaldi    ccastaldi@brownrudnick.com
- Lisa W Chao    lisa.chao@doj.ca.gov
- Jacquelyn H Choi    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- Christopher J. Dylla    Christopher.Dylla@azag.gov
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- Brian David Fittipaldi    brian.fittipaldi@usdoj.gov
- Jeffrey Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Adam D Grant    agrant@grantshenon.com, aeichelberger@alpertbarr.com
- Barbara R Gross    barbara@bgross.law, luz@bgross.law
- Chad V Haes    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com;ldinkins@marshackhays.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Richard E Hettinger    rhettinger@davidsontroilo.com
- Stephen E Hyam    stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- John C Keith    john.keith@doj.ca.gov
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Mark J Krone    mk@amclaw.com, maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com
- Lewis R Landau    Lew@Landaunet.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- Craig G Margulies    craig@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
- Judith E Marshack    jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

- Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Sandra McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- Monserrat Morales    Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- John M O'Donnell    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- Dipika Parmar    dipika.parmar@aissolution.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Laura E Robbins    Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- Najah J Shariff    najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Jay M Spillane    jspillane@spillaneplc.com, cdale@spillaneplc.com;smargetis@spillaneplc.com
- Don Stecker    don.stecker@lgbs.com
- John M Stern    bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov
- Thomas W Stilley    tstilley@sussmanshank.com, jhume@sussmanshank.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **January 29, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah J. Saltzman
United States Bankruptcy Court
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

Rajysan, Inc.
4175 Guardian Street
Simi Valley, CA 93063

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 29, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2026 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**