RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Special Counsel for
SANDRA K. MCBETH, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS WOOD LLP<br><br>[NO HEARING REQUIRED] |

NOTICE IS HEREBY GIVEN that effective April 1, 2026, the hourly rates charged by Marshack Hays Wood LLP will increase as follows:

| ATTORNEY | PRESENT RATE | INCREASED RATE |
|---|---|---|
| Richard A. Marshack | $770 | $795 |
| D. Edward Hays | $770 | $795 |
| David A. Wood | $670 | $690 |
| Aaron E. de Leest | $670 | $690 |
| Laila Rais | $590 | $650 |
| Tinho Mang | $570 | $650 |
| Kristine A. Thagard | $670 | $690 |
| Matthew W. Grimshaw | $670 | $690 |

1
NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS WOOD LLP

| | | |
|---|---|---|
| Chad V. Haes | $670 | $690 |
| Alina N. Mamlyuk | $570 | $600 |
| Bradford N. Barnhardt | $470 | $550 |
| Sarah Hasselberger | $470 | $550 |
| Devan de los Reyes | $400 | $490 |
| **PARAPROFESSIONALS** | | |
| Pamela Kraus | $380 | $390 |
| Chanel Mendoza | $380 | $390 |
| Layla Buchanan | $380 | $390 |
| Cynthia Bastida | $380 | $390 |
| Sandra Pineda | $380 | $390 |
| Laurel Dinkins | $380 | $390 |
| Chantaal Arnold | $350 | $370 |

DATED: February 26, 2026              MARSHACK HAYS WOOD LLP


By: */s/ Bradford N. Barnhardt*
  RICHARD A. MARSHACK
  CHAD V. HAES
  BRADFORD N. BARNHARDT
  Special Counsel for Chapter 7 Trustee for
  RAJYSAN, INC., DBA MMD EQUIPMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS WOOD LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**RTD 08/27/19 UTF**
**CHECKED SOS 04/06/21**
**DEBTOR**
RAJYSAN, INC.
~~4175 GUARDIAN STREET~~
~~SIMI VALLEY, CA 93063-3382~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NO JUDGE COPY IS REQUIRED.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2026 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA:** Bret D. Allen     ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Todd M Arnold tma@lnbyb.com
- **ATOTRNEY FOR CREDITOR BMW BANK OF NORTH AMERICA DEPARTMENT:** Bhagwati Barot     bbarot@aissolution.com
- **INTERESTED PARTY COURTESY NEF:** Linda S Blonsley     blonsleylawecf@gmail.com, joe@blonsleylaw.com; lawbr69955@notify.bestcase.com; lblonsley@blonsleylaw.com
- **ATTORNEY FOR CREDITOR BORSTEIN ENTERPRISES:** Jess R Bressi     jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **ATTORNEY FOR INTERESTED PARTY ALLIANCE NORTH AMERICA, INC.:** Cathrine M Castaldi     castaldi@brownrudnick.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Lisa W Chao     lisa.chao@doj.ca.gov
- **ATTORNEY FOR CREDITOR and DEFENDANT LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR:** Jacquelyn H Choi     jacquelyn.choi@rimonlaw.com
- **ATTORNEY FOR 3RD PARTY DEFENDANT GURMEET SAHANI, 3RD PARTY DEFENDANT JASMINE SAHANI, AND CREDITOR GURMEET SAHANI:** Jeremy Faith     Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR UNITED STATES TRUSTEE (ND):** Brian D Fittipaldi     brian.fittipaldi@usdoj.gov
- **ATTORNEY FOR CREDITOR SUMITOMO MITSUI FINANCE AND LEASING CO., LTD.:** Jeffrey K Garfinkle     jgarfinkle@buchalter.com, docket@buchalter.com; dcyrankowski@buchalter.com
- **INTERESTED PARTY COURTESY NEF:** Thomas M Geher     tmg@jmbm.com, bt@jmbm.com; fc3@jmbm.com; tmg@ecf.inforuptcy.com
- **ATTORNEY FOR DEBTOR RAJYSAN, INC. and SPECIAL COUNSEL ALPERT, BARR & GRANT:** Andrew Goodman     agoodman@andyglaw.com
- **ATTORNEY FOR SPECIAL COUNSEL ALPER, BARR & GRANT and TRUSTEE SANDRA MCBETH (TR):** Adam D Grant     agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- Barbara R Gross     barbara@bgross.law, luz@bgross.law
- **ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Chad V Haes     chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** D Edward Hays     ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Richard E Hettinger     rhettinger@davidsontroilo.com
- Stephen E. Hyam shyam@clarktrev.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF and DEFENDANT CALIFORNIA FRANCHISE TAX BOARD:** John C Keith     john.keith@doj.ca.gov
- **ATTORNEY FOR CREDITOR WELLS FARGO BANK, N.A.:** Raffi Khatchadourian     raffi@hemar-rousso.com
- **ATTORNEY FOR CREDITOR BRUCE MILLER & ASSOCIATES:** Mark J Krone     mk@amclaw.com, maa@amclaw.com; amc@amclaw.com; mea@amclaw.com; ilr@amclaw.com
- **ATTORNEY FOR 3rd PARTY PLAINTIFFS/DEFENDANTS/INTERVENOR-DEFENDANTS CALIFORNIA FRANCHISE TAX BOARD, AMARJIT SAHANI, GURPREET SAHANI, RAJINDER SAHANI, SHANEEN SAHANI, GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017:** Lewis R Landau     Lew@Landaunet.com
- **ATTORNEY FOR INTERESTED PARTY AIRMAN USA CORPORATION AND HOKUETSU INDUSTRIES CO., LTD.:** Matthew A Lesnick     matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Noreen A Madoyan     Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com; David@MarguliesFaithLaw.com
- **ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Tinho Mang     tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

- **INTERESTED PARTY COURTESY NEF:** Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com; David@MarguliesFaithLaw.com; Helen@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR COMMITTEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR COMMITTEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com
- **TRUSTEE SANDRA MCBETH (TR):** Sandra McBeth (TR) jwalker@mcbethlegal.com, CA65@ecfcbis.com; ecf.alert+McBeth@titlexi.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Monserrat Morales    Monsi@MarguliesFaithLaw.com, Victoria@MarguliesFaithLaw.com; David@MarguliesFaithLaw.com; Helen@marguliesfaithlaw.com
- **INTERESTED PARTY COURTESY NEF:** John M O'Donnell john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Carmela Pagay ctp@lnbyb.com
- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA:** Dipika Parmar dipika.parmar@aissolution.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Laura E Robbins Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- **ATTORNEY FOR INTERNAL REVENUE SERVICE AND UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith    claims@recoverycorp.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Jay M Spillane    jspillane@spillaneplc.com, cdale@spillaneplc.com; smargetis@spillaneplc.com
- **ATTORNEY FOR CREDITOR BEXAR COUNTY:** Don Stecker    don.stecker@lgbs.com
- **ATTORNEY FOR CREDITOR SOUTHWEST PRODUCTS CORPORATION:** Thomas W Stilley tstilley@sussmanshank.com, jhume@sussmanshank.com
- **UNITED STATES TRUSTEE (ND):** United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Timothy J Yoo    tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**