SANDRA K. MCBETH (SBN 138697)
A Professional Law Corporation
7343 El Camino Real #185
Atascadero, CA 93422
(805) 464-2985

CHAPTER 7 TRUSTEE

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re: | ) Case No.: 9:17-BK-11363-DS |
| | ) Chapter 7 |
| Rajysan, Inc. | ) |
| | ) **REQUEST FOR COURT COSTS** |
| Debtor(s). | ) |
| | ) [NO HEARING REQUIRED] |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

TO CLERK OF THE UNITED STATES BANKRUPTCY COURT:

The undersigned trustee is prepared to file a Final Report and Account and requests that the Clerk of the Court provide the court costs incurred in this case.  Said sum will be included in the Final Report and Account.

Date: April 27, 2026                    /s/ Sandra K. McBeth
                                        Sandra K. McBeth, Ch. 7 Trustee

1

_____
REQUEST FOR COURT COSTS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **7343 El Camino Real #185, Atascadero, CA 93422**

A true and correct copy of the foregoing document described <u>REQUEST FOR COURT COSTS</u>  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>April 27, 2026</u>  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/27/26 | Donna Earnest | /s/ Donna Earnest |
|---------|---------------|-------------------|
| *Date* | *Type Name* | *Signature* |

2

_____
REQUEST FOR COURT COSTS