SANDRA K. MCBETH (SBN 138697)
A Professional Law Corporation
7343 El Camino Real, #185
Atascadero, CA 93422
Phone: (805) 464-2985
Fax: (805) 357-5905

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

In re:

Rajysan, Inc.

          Debtor(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 9:17-BK-11363-DS
Chapter 7

**NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION**

[NO HEARING REQUIRED]

    TO THE U.S. BANKRUPTCY COURT – ASSET CLOSING SECTION, U.S. TRUSTEE, ATTORNEY FOR THE DEBTOR, AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE.

    YOU ARE HEREBY NOTIFIED that the last day for filing applications for compensation is twenty-one (21) days after mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Date: April 27, 2026

                /s/ Sandra K. McBeth
                Sandra K. McBeth, Ch. 7 Trustee

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **7343 El Camino Real, #185, Atascadero, CA 93422**

A true and correct copy of the foregoing document described <u>NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION</u>  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>April 27, 2026</u>   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (ND)                                                ustpregion16.nd.ecf@usdoj.gov
Andrew Goodman, Attorney for Debtor                         agoodman@tullylegal.com
Levene, Neale, Bender, Yoo & Golubchik, Attorney for Trustee    tjy@lnbyg.com
                                                                                                    tma@lnbyg.com
                                                                                                    RamloLegal@gmail.com
Alpert Barr & Grant, Special Counsel                             agrant@grantshenon.com
Marshack Hays LLP, Special Counsel                           rmarshack@marshackhays.com
                                                                                                    chaes@marshackhays.com
                                                                                                    jmarshack@marshackhays.com
                                                                                                    bbarnhardt@marshackhays.com

☐  Service information continued on attached page

**2.  <u>SERVED BY UNITED STATES MAIL</u>**:
On <u>April 27, 2026</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| <u>Accountant for Trustee</u><br>M. Kathleen Klein<br><sub>c/o Ryan, Christie, Quinn, Baker & Oakes, LLP</sub><br>6061 North Fresno St.<br>Suite 106<br>Fresno, CA 93710-5265 | <u>Litigation Assistance</u><br>Force 10<br>5271 California Ave., Ste 270<br>Irvine, CA 92617 |
| <u>Special Counsel</u><br>Lavar Taylor<br>Taylor Nelson Amitrano LLP<br>1900 Main Street, Suite 650<br>Irvine, CA 92614 | <u>Attorney for Debtor</u><br>Andrew Goodman<br>Tully Rinckey, PLLC<br>507 Plum St, Ste 103<br>Syracuse, NY 13204-5400 |

☐  Service information continued on attached page

**3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/27/26 | Donna Earnest | /s/ Donna Earnest |
|---------|---------------|-------------------|
| *Date* | *Type Name* | *Signature* |

3