RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Special Counsel for
SANDRA K. MCBETH, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>FINAL FEE APPLICATION OF FORCE TEN PARTNERS, LLC FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE COMMITTEE OF UNSECURED CREDITORS OF RAJYSAN, INC. DBA MMD EQUIPMENT IN THE CHAPTER 11 CASE<br><br><u>Hearing Date & Time</u><br>Date:<br>Time:<br>Place: Courtroom 201<br>1415 State Street<br>SANTA BARBARA, CA 93101 |

TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES, DEBTOR, AND ALL INTERESTED PARTIES:

1

FINAL FEE APPLICATION

Please find attached the Final Fee Application of Force Ten Partners, LLC for Allowance and Payment of Fees and Reimbursement of Expenses Incurred as Financial Advisor to the Committee of Unsecured Creditors of Rajysan, Inc., dba MMD Equipment in the Chapter 11 Case, filed by Force Ten Partners, LLC, financial advisor to the Official Committee of Unsecured Creditors of Rajysan, Inc. dba MMD Equipment ("Debtor").

DATED:  May 15, 2026                    MARSHACK HAYS WOOD LLP

                                         By: _/s/ Chad V. Haes_____
                                             RICHARD A. MARSHACK
                                             CHAD V. HAES
                                             BRADFORD N. BARNHARDT
                                             Special Counsel for Chapter 7 Trustee for
                                             RAJYSAN, INC., DBA MMD EQUIPMENT

FINAL FEE APPLICATION

FORCE TEN PARTNERS, LLC
5271 California Ave., Suite 270
Irvine, CA 92617
Telephone: (949) 949-357-2360

Financial Advisor to Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA BARBARA DIVISION**

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. DBA MMD EQUIPMENT,<br><br>          Debtor | Case No.: 9:17-BK-11363-DS<br>Chapter 11<br><br>**FINAL FEE APPLICATION OF FORCE TEN PARTNERS, LLC FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE COMMITTEE OF UNSECURED CREDITORS OF RAJYSAN, INC. DBA MMD EQUIPMENT IN THE CHAPTER 11 CASE; DECLARATION OF BRIAN WEISS IN SUPPORT THEREOF**<br><br><u>Hearing Date & Time</u><br>Date:<br>Time:<br>Place**:** Courtroom 201<br>       1415 State Street<br>       Santa Barbara, CA 93101 |

2725802.1

**TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, TO THE UNITED STATES TRUSTEE, AND TO PARTIES IN INTEREST:**

Force Ten Partners, LLC ("Force 10" or the "Firm"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Rajysan, Inc. dba MMD Equipment (the "Debtor" or "Rajysan") and former Debtor-in-Possession, hereby applies for the allowance of its third and final application for compensation for professional services rendered in the amount of $62,812.50 and $3,278.99 in direct expenses for the period from April 1, 2020 through February 17, 2022 (the "Final Application").

In support of this Final Application, Force 10 respectfully states as follows:

**I.      FEES AND EXPENSES FOR WHICH ALLOWANCE IS SOUGHT**

1.      This Application is filed pursuant to Section 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. Proc. 2016(a) ("Bankruptcy Rule 2016(a)"), Local Bankruptcy Rule 2016-1(a), and the Guidelines of the Office of the United States Trustee for the Central District of California.

2.      Pursuant to an order of this Court entered on December 6, 2017, Force 10 was employed as financial advisors to the Official Committee of Unsecured Creditors effective as of October 27, 2017 [Docket No. 155].

3.      Pursuant to an order of this Court entered on February 27, 2020, the Chapter 11 Trustee authorized the continued employment of Force 10 in this case [Docket No. 513].

4.      On October 24, 2019, the Court entered an order approving the Firm's First Application for Interim Compensation in the amount of $122,320.99 and expenses of $2,514.91 for a total of $124,835.90 [Docket No. 344].

5.      On May 11, 2020, the Court entered an order approving the Firm's Second Amended Application for Interim Compensation in the amount of $33,721.00 and expenses of $2,836.87 for a total of $36,557.87 [Docket No. 568].

**SUMMARY OF SIGNIFICANT EVENTS AND STATUS OF THE CASE**

The Debtor filed for relief under chapter 11 of the Bankruptcy Code on July 29, 2017. The Debtor's business was focused on selling equipment almost entirely in the oil and gas sector.

Prepetition, Debtor's primary business was serving as the exclusive distributor of AIRMAN towable diesel-driven air compressors and generators. The compressors and generators are manufactured in Japan by Hokuetsu Industries Co., Ltd.  The Debtor lost substantial business as a result of oil prices crashing in 2014-2015, which they were unable to recover from, allegedly losing more than 50% of its sales during this time period.  The Debtor had a staff of approximately 30 employees and a 127,000 ft. warehouse and office space in Simi Valley, California.  The Debtor ceased its business operations in 2017.

## JURISDICTION

The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1134.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A).  Venue of this Chapter 11 case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## THE APPLICATION

Pursuant to this Final Application, Force 10 seeks the allowance of fees in the amount of $62,812.50 and expenses in the amount of $3,278.99 for total compensation of $66,091.49 for services rendered to the Committee during the Final Application period.

The services being sought by Force 10 were rendered for and on behalf of the Debtor's bankruptcy estate for the benefit of the unsecured creditors.  Force 10 has received no payments or promises of payment from any other source for services rendered in any capacity whatsoever in these cases.  There is no outstanding agreement or understanding between Force 10 and any other person, other than between professionals of Force 10, for sharing in compensation.

## NARRATIVE OF SERVICES RENDERED

Brief summaries of the relevant subject categories of fees incurred are below.  The summaries provide a general overview of the issues relating to the subject matter and the services performed by Force 10 during this Final Application period.  To the extent possible, the categories conform to those recommended by the Office of the United States Trustee, but generally, they follow the major subject areas of the case.

Force 10 generally performed the following professional services during the Final Application period at the request of Marshack Hays, LLP to support the Committee's litigation

efforts and included the following activities (and as described in further detail below):

- Analyzing financial transactions to provide litigation support services to Marshack Hays, LLP in their efforts to pursue litigation against the insiders, former insiders, and recipients of fraudulent transfers;
- Perform information technology and e-discovery services to search for and retrieve documents for Marshack Hays, LLP in their efforts to pursue litigation against the insiders, former insiders, and recipients of fraudulent transfers.

Pursuant to the court's approval of the Firm's employment, the Firm is to be compensated at hourly rates ranging from $225 to $550 per hour.  In addition, the Firm will be reimbursed for its actual, out-of-pocket expenses.  Although the Firm has increased its hourly billing rates since 2017, the Firm has not increased the hourly rate charged to the Debtor in this case to date.

### 1. Fee & Employment Applications

Fees: $1,350.00; Hours: 3.0; Blended Hourly Rate: $450.00

The Firm incurred time in this category with preparing its Second Interim Application and its Final Application. The time included drafting fee applications and attendance of fee hearings.

### 2. Information Technology

Fees: $57,232.50; Hours: 173.6; Blended Hourly Rate: $329.68

This subject matter included establishing, housing, and maintaining an e-discovery platform using a cost-effective third-party software program.  This data was frequently searched for in document discovery by Force 10, which was performed at the request of Marshack Hays LLP.  The data from the servers and related document searches allowed Marshack Hays to compile data for litigation support purposes, including preference actions, fraudulent transfers, and transactions between the Debtor, its shareholders, and taxing agencies.  E-discovery was also in response to document production requests. Specific tasks included:

**Digital War Room (DWR) Software Management:**
- Installation, configuration, and setup of DWR eDiscovery software for Rajysan matter
- Manage software licensing

- 4 -

- Provide technical support
- Software optimization and SQL Server configuration

**Data Processing & Indexing:**
- Large-scale data ingest and indexing of Rajysan/FTB datasets
- Database backup and verification processes

**FTB Discovery & Production:**
- Execution of eDiscovery keyword searches per FTB (Franchise Tax Board) requests
- Document production preparation, including formatting and file conversion (PDF)
- Generation of search analytics and keyword analysis reports by the custodian
- Multiple meet-and-confer calls with FTB/DOJ regarding production requirements
- Addressing CA DOJ guidelines applicability to production scope

**Server & Data Maintenance:**
- Regular server data backup maintenance for DWR and SQL Server
- Security patch application and Windows updates
- Software updates to dependency packages
- AWS Glacier backup configuration for Rajysan datasets
- Hardware testing and storage upgrades

### 3. Preference/Fraudulent Transfer Analysis

Fees: $4,230.00; Hours: 9.4; Blended Hourly Rate: $450.00

This subject matter included services related to analyzing Rajysan's financial statements, tracing financial transactions for shareholder loans and preparing related litigation support documents at the request of Marshack Hays. Specific tasks included:
- Review of FTB litigation correspondence and insider avoidance actions
- Tracing of check and payment advice from Insiders into QuickBooks software
- Preparation of shareholder loan/distribution activity reports
- Insider loan prepayment tracing into QB cash ledgers
- Analysis of uses of loan repayments by the Debtor
- Preparation of shareholder loan funds uses of cash analysis
- Support for mediation brief preparation for insiders
- Provision of bank statement documents needed for litigation

### 4. Expenses

$3,278.99

The expenses incurred by the Firm primarily consists of direct data hosting charges incurred to store electronic data at Amazon Web Services to store data on servers for litigation support searches.  A detail list of expenses is set forth in Exhibit D.

**COMPLIANCE WITH LOCAL BANKRUPTCY RULE 2016-1**

- 5 -

This Final Application sets forth the information required pursuant to Local Bankruptcy Rule 2014-1.

Attached to this Final Application as Exhibit "A" to the Weiss Declaration is a Timekeeper Time Summary and a Task Summary.  The Timekeeper Time Summary lists the fees charged on the invoice by name of timekeeper, total amount billed by each timekeeper rendering services and the blended hourly rate by the category of the tasks performed during the Final Application period.  The Task Summary lists the task, the total amount of time worked by task, and the total amount billed by each task.

Attached as Exhibit "B" to the Weiss Declaration is a report for the date each of the professional services were rendered, a detailed description of the services provided, the identification of the professional, the billing rate, the amount of time billed, and the total fee charged per time entry during the Final Application period.

Attached as Exhibit "C" to the Weiss Declaration is the biographical background of the Force 10 professionals performing services on behalf of the Committee of Unsecured Creditors during the Final Application period.

## CONCLUSION

WHEREFORE, Force 10 respectfully requests that this Court enter an order:

(1)     approving Force 10's fees of **$62,812.50** and expenses of **$3,278.99** for total compensation of **$66,091.49** incurred during the Final Application period.

(2)     affirming $122,320.99 in fees and $2,514.91 in expenses for a total of $124,835.90 for the Firm's First Application for Interim Compensation [Docket no. 344] as a final award;

(3)     affirming $33,721.00 in fees and $2,836.87 in expenses for a total of $36,557.87 for the Firm's Second Application for Interim Compensation [Docket no. 568] as a final award; and

(4)     granting such other and further relief as the Court deems just and proper.

Dated: May 5, 2026                                 Respectfully submitted,

- 6 -

Brian Weiss
**Force Ten Partners, LLC**
Financial Advisor to Official Committee of
Unsecured Creditors

## DECLARATION OF BRIAN WEISS

I, Brian Weiss, declare as follows:

1.      I am a partner of Force Ten Partners, LLC ("Force 10") financial advisors to the Official Committee of Unsecured Creditors of Debtor Rajysan, Inc dba MMD Equipment. (the "Debtor"), and as such, unless otherwise stated, have personal knowledge of the facts stated herein.

2.      I have prepared this Final Application of Force Ten Partners, LLC For Allowance and Payment of Fees and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors and know its contents and the exhibits referenced therein.  I believe this Final Application accurately reflects the services rendered and expenses incurred by Force 10 on behalf of the Committee of Unsecured Creditors in this case.

3.      Pursuant to an order of this Court entered on April 3, 2017, Force 10 was employed as financial advisors to the Official Committee of Unsecured Creditors effective as of December 6, 2017 [Docket No. 155].

4.      All services for which Force 10 requests payment, and all expenses for which reimbursement is sought have been rendered and spent on behalf of the Debtors and no other persons or parties, and the compensation is requested strictly for professional services rendered.

5.      After reasonable inquiry and to the best of my knowledge, information and belief, the Application complies with the Bankruptcy Rules, the Local Rules of Bankruptcy Procedure, the United States Trustee Employment Guide and Fee Guide, and the Guidelines of this Court.

6.      Neither Force 10 nor any Force 10 professional has any agreement or understanding of any kind or nature to divide, pay over, or share any portion of the fees to be awarded to Force 10 with any other person or professional, except as among the professionals of Force 10.

- 8 -

7.      Force 10 has provided professional services to the Committee of Unsecured Creditors with an effort to keep all costs to a minimum and believes that its billing rates are reasonable and well within the scope of fees charged by professionals for services of a similar nature.

8.      Force 10 does not charge for either incoming or outgoing facsimile transmissions. All photocopy charges are "at cost" but in no event greater than 13¢ per page.  All other charges, if any, are at actual cost only.  Force 10 does not charge for telephone charges.

9.      Attached as Exhibit "A" is a Timekeeper Time Summary and a Task Summary. The Timekeeper Time Summary lists the name of the timekeeper, the hours billed by each timekeeper, and the total amount billed by each timekeeper rendering services.  The Task Summary lists the task, the total amount of time worked by task, the total amount billed by each task, and the blended hourly rate for each task during the Final Application period.

10.     Attached as Exhibit "B" is a report for the date each of the professional services was rendered, a detailed description of the services provided, the identification of the professional, the billing rate, the amount of time billed, and the total fee charged per time entry during the Final Application period.

11.     Attached hereto as "Exhibit C" is biographical information concerning the professionals who provided services during the Final Application period.

12.     Attached hereto as "Exhibit D" are the expenses incurred during the Final Application period.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Executed this 5th day of May 2026, at Newport Beach, California.

_____
BRIAN WEISS

- 9 -

**EXHIBIT A**

**FORCE TEN PARTNERS, LLC**
**SUMMARY OF FEES REQUESTED**
**DURING APPLICATION PERIOD**
**APRIL 1, 2020 TO FEBRUARY 17, 2022**

**TIMEKEEPER TIME SUMMARY**

| NAMES OF PROFESSIONALS | POSITION WITH THE APPLICANT | HOURS BILLED THIS PERIOD | HOURLY BILLING RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Brian Weiss | Partner | 18.9 | $450.00 | $8,505.00 |
| Erik Nathan | Managing Director | 167.1 | 325.00 | 54,307.50 |
| **Total** | | **186.0** | | **$62,812.50** |
| **Blended Hourly Rate** | | | **$337.70** | |

**TASK SUMMARY**

| TASK | HOURS | AMOUNT BILLED | BLENDED HOURLY RATE |
|---|---|---|---|
| Fee & Employment Applications | 3.0 | $1,350.00 | $450.00 |
| Information Technology | 173.6 | 57,232.50 | 329.68 |
| Preference/Avoidance Actions | 9.4 | 4,230.00 | 450.00 |
| **Total** | **186.0** | **$62,812.50** | **$337.70** |

# Exhibit B

| Date | Task | Notes | Time Incurred | First Name | Last Name | Roles | Hourly Rate | Billable Amoun | Total by Category |
|---|---|---|---|---|---|---|---|---|---|
| 5/5/2020 | Fee & Employment Application | Attend telephonic court hearing for second interim application. | 0.7 | Brian | Weiss | Partner | $ 450.00 | $ 315.00 | |
| 2/16/2022 | Fee & Employment Application | Prepare final fee application in Ch. 11 case. | 2.3 | Brian | Weiss | Partner | $ 450.00 | $ 1,035.00 | |
| | | | | | | | | | $ 1,350.00 |
| 4/1/2020 | Information Technology Consulting | Discussion with B. Weiss regarding scope and time for Digital War Room (DWR) software install, configuration, familiarization and setup for entire Rajysan matter and related FTB production requests. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 | |
| 4/2/2020 | Information Technology Consulting | Configure software for processing data searches for the FTB. Produce preliminary search samples for FTB production as requested by C. Haes. | 0.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 97.50 | |
| 4/2/2020 | Information Technology Consulting | Confer with E. Nathan re: FTB document production and key word searches. | 0.3 | Brian | Weiss | Partner | $ 450.00 | $ 135.00 | |
| 4/7/2020 | Information Technology Consulting | Discussion with B. Weiss regarding FTB discovery search progress and Rajysan data set. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 | |
| 4/14/2020 | Information Technology Consulting | Manage Rajysan data storage and resource allocation for broad dataset searches. | 0.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 195.00 | |
| 4/15/2020 | Information Technology Consulting | Manage Rajysan datasets for broad searching. Evaluate dataset ingest and index errors and discuss with Digital War Room software support team. | 2.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 780.00 | |
| 4/16/2020 | Information Technology Consulting | Draft email to C. Haes regarding Rajysan dataset and FTB search issues. Discussion and troubleshooting with Digital War Room technical support. | 2.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 780.00 | |
| 4/16/2020 | Information Technology Consulting | Telco with E. Nathan re: data discovery production issues. | 0.2 | Brian | Weiss | Partner | $ 450.00 | $ 90.00 | |
| 4/17/2020 | Information Technology Consulting | Technical call with Digital War Room. Review and troubleshoot software configuration issues. | 1.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 585.00 | |
| 4/18/2020 | Information Technology Consulting | Review FTB data search update from E. Nathan. Assist with draft correspondence to C. Haes. | 0.2 | Brian | Weiss | Partner | $ 450.00 | $ 90.00 | |
| 4/19/2020 | Information Technology Consulting | Draft correspondence to C. Haes regarding Rajysan dataset ingest issues and expected timelines. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 | |
| 4/21/2020 | Information Technology Consulting | Address Rajysan dataset ingest and processing issues. Review requirements for SQL Server and Digital War Room software optimization. Download and prepare environment for install of additional software. | 1.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 455.00 | |
| 4/22/2020 | Information Technology Consulting | Address SQL Server software upgrade issues. Install additional database management software for Digital War Room and SQL Server. | 0.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 260.00 | |
| 4/23/2020 | Information Technology Consulting | Backup and verify current Rajysan database. Complete SQL server transition to full version. Restart failed file ingests for Rajysan/FTB. | 4.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 1,365.00 | |
| 4/24/2020 | Information Technology Consulting | Continue to ingest and index files for Rajysan/FTB dataset. | 1.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 422.50 | |
| 4/25/2020 | Information Technology Consulting | Review Rajysan/FTB dataset ingest and indexing progress. Add additional data to ingest as per DWR support. | 0.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 97.50 | |
| 4/26/2020 | Information Technology Consulting | Review Rajysan/FTB dataset ingest and indexing progress. Add additional data to ingest as per DWR support. | 0.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 97.50 | |
| 4/27/2020 | Information Technology Consulting | Review Rajysan/FTB dataset ingest and indexing progress. Add additional data to ingest as per DWR support. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 | |
| 4/28/2020 | Information Technology Consulting | Review Rajysan/FTB dataset ingest and indexing progress. Add additional data to ingest as per DWR support. | 0.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 260.00 | |
| 4/29/2020 | Information Technology Consulting | Email to DWR support. Continue Rajysan/FTB indexing processes as per DWR support. | 0.5 | Erik | Nathan | Managing Director | $ 325.00 | $ 162.50 | |
| 4/29/2020 | Information Technology Consulting | Prepare correspondence to T. Yoo re: e-discovery software license payment. | 0.1 | Brian | Weiss | Partner | $ 450.00 | $ 45.00 | |
| 4/30/2020 | Information Technology Consulting | Email to DWR support. Continue Rajysan/FTB indexing processes as per DWR support. | 0.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 260.00 | |
| 5/1/2020 | Information Technology Consulting | Continue indexing processes for Rajysan/FTB discovery requests. | 0.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 65.00 | |
| 5/2/2020 | Information Technology Consulting | Continue indexing processes for Rajysan/FTB discovery requests. | 0.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 65.00 | |
| 5/3/2020 | Information Technology Consulting | Continue indexing processes for Rajysan/FTB discovery requests. | 0.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 65.00 | |
| 5/4/2020 | Information Technology Consulting | Continue indexing processes for Rajysan/FTB discovery requests. | 0.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 260.00 | |
| 5/5/2020 | Information Technology Consulting | Continue indexing processes for Rajysan/FTB discovery requests. Email vendor (DWR) for software support. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 | |
| 5/6/2020 | Information Technology Consulting | Continue indexing processes for Rajysan/FTB discovery requests. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 | |
| 5/8/2020 | Information Technology Consulting | Review correspondence from J. Keith at the FTB re: document search capabilities of e-discovery software. | 0.1 | Brian | Weiss | Partner | $ 450.00 | $ 45.00 | |
| 5/8/2020 | Information Technology Consulting | Email with DWR support staff. Discussion with B. Weiss. Continue indexing data. Review questions related to FTB searches. | 0.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 260.00 | |
| 5/9/2020 | Information Technology Consulting | Continue indexing processes for Rajysan/FTB discovery requests. Email with DWR customer support regarding indexing error. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 | |
| 5/11/2020 | Information Technology Consulting | Continue indexing processes for Rajysan/FTB discovery requests. | 0.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 97.50 | |
| 5/12/2020 | Information Technology Consulting | Continue indexing processes for Rajysan/FTB discovery requests (0.5). Discussion with DWR technical support (0.7). Draft email for C. Haes (0.2). | 1.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 455.00 | |
| 5/13/2020 | Information Technology Consulting | Discussion with DWR technical support. | 1.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 617.50 | |
| 5/14/2020 | Information Technology Consulting | Discussion with DWR technical support. | 0.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 65.00 | |
| 5/15/2020 | Information Technology Consulting | Review and prepare reply correspondence to C. Haes re: loading of data for document searches. Confer with E. Nathan re: same. | 0.3 | Brian | Weiss | Partner | $ 450.00 | $ 135.00 | |
| 5/15/2020 | Information Technology Consulting | Discussion with DWR technical support. Receive remote assistance from DWR support. Process DWR license upgrade from trial to full version. | 2.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 715.00 | |
| 5/20/2020 | Information Technology Consulting | Process FTB searches. Email with DWR technical support. Email with C. Haes. | 1.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 357.50 | |
| 5/22/2020 | Information Technology Consulting | Email to C. Haes regarding indexing of files for Rajysan/FTB. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 | |
| 5/26/2020 | Information Technology Consulting | Confer with E. Nathan re: search terms. | 0.2 | Brian | Weiss | Partner | $ 450.00 | $ 90.00 | |
| 5/26/2020 | Information Technology Consulting | Email to C. Haes regarding Rajysan/FTB data processing challenges. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 | |
| 5/27/2020 | Information Technology Consulting | Search for Rajysan/FTB data (1.1). Email to C. Haes regarding Rajysan/FTB data processing and search parameters (0.3). | 1.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 455.00 | |
| 5/28/2020 | Information Technology Consulting | Process FTB data searches (1.7). Discussion with C. Haes regarding FTB search status (0.3). Consolidate and review FTB production (0.5). Compress files and transfer to server for link sharing (1.2). | 3.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 1,202.50 | |
| 5/28/2020 | Information Technology Consulting | Confer with E. Nathan re: document production and date range search criteria. | 0.3 | Brian | Weiss | Partner | $ 450.00 | $ 135.00 | |
| 5/28/2020 | Information Technology Consulting | Confer with C. Haes re: status of document production and search requests. | 0.2 | Brian | Weiss | Partner | $ 450.00 | $ 90.00 | |
| 5/28/2020 | Information Technology Consulting | Analyze data production files search hits. | 1.6 | Brian | Weiss | Partner | $ 450.00 | $ 720.00 | |
| 6/3/2020 | Information Technology Consulting | Discussion with DWR for support on Rajysan dataset and FTB search issues (0.7). Locate and transfer search related data to local storage for processing (1.2). | 1.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 617.50 | |
| 6/4/2020 | Information Technology Consulting | Review Rajysan EDB file data for completeness. Process date range emails and process server data files, both for FTB. | 2.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 942.50 | |
| 6/4/2020 | Information Technology Consulting | Confer with E. Nathan re: data search status and need for additional storage due to the size of the sets. | 0.3 | Brian | Weiss | Partner | $ 450.00 | $ 135.00 | |
| 6/8/2020 | Information Technology Consulting | Troubleshoot Rajysan data management issues (0.2). Discussion with C. Haes regarding FTB search issues (0.1). Manage support ticket with DWR (0.2). Continued Rajysan/FTB data indexing (0.2). | 0.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 227.50 | |
| 6/9/2020 | Information Technology Consulting | Confer with C. Haes and E. Nathan re: FTB data searches and document discovery. Review correspondence. | 0.3 | Brian | Weiss | Partner | $ 450.00 | $ 135.00 | |
| 6/9/2020 | Information Technology Consulting | Email with C. Haes regarding FTB search updates (0.1). Discussion with DWR support to continue to address Rajysan/FTB dataset and software issue (0.8). | 0.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 292.50 | |
| 6/10/2020 | Information Technology Consulting | Discussion with C. Haes regarding FTB correspondence to address search issues. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 | |
| 6/11/2020 | Information Technology Consulting | Discussion with DWR support regarding Rajysan dataset processing issues. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 | |
| 6/12/2020 | Information Technology Consulting | Discussion with DWR support with regard to reporting and production issues. | 1.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 455.00 | |
| 6/16/2020 | Information Technology Consulting | Produce search analytics by custodian (1.5). Email with C. Haes regarding FTB searches (0.3). | 1.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 585.00 | |
| 6/19/2020 | Information Technology Consulting | Discussion with DWR support regarding Rajysan dataset processing issues. | 0.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 65.00 | |
| 6/20/2020 | Information Technology Consulting | Discussion with DWR support regarding Rajysan dataset processing issues. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 | |
| 6/22/2020 | Information Technology Consulting | Email with C. Haes regarding FTB production issues (0.3). Discussion with DWR support regarding FTB production issues (0.6). Re Index produced datasets as per DWR support (1.0). | 1.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 617.50 | |
| 6/22/2020 | Information Technology Consulting | Confer with E. Nathan re: data indexing of documents for FTB production. | 0.1 | Brian | Weiss | Partner | $ 450.00 | $ 45.00 | |
| 6/23/2020 | Information Technology Consulting | Email to C. Haes regarding FTB production and reporting issues. | 0.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 195.00 | |
| 6/24/2020 | Information Technology Consulting | Confer with E. Nathan re: FTB document production and results on analytics for search terms. | 0.2 | Brian | Weiss | Partner | $ 450.00 | $ 90.00 | |
| 6/24/2020 | Information Technology Consulting | Discussion with B. Weiss (0.1). Call with C. Haes regarding FTB production (0.3). Troubleshoot DWR software data (1.3). | 1.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 552.50 | |
| 6/26/2020 | Information Technology Consulting | Discussion with B. Weiss (0.1). Discussion with C. Haes regarding FTB production issues (0.1). Manage database issues (0.2). Discussion with DWR support (0.1). | 0.5 | Erik | Nathan | Managing Director | $ 325.00 | $ 162.50 | |
| 6/27/2020 | Information Technology Consulting | Review FTB discovery data results. Draft email to C. Haes regarding FTB search. | 0.5 | Erik | Nathan | Managing Director | $ 325.00 | $ 162.50 | |
| 6/30/2020 | Information Technology Consulting | Email with C. Haes regarding FTB discovery. | 0.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 65.00 | |
| 7/2/2020 | Information Technology Consulting | Email with C. Haes regarding search and production of data related to various debtor email addresses and transactions. | 0.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 260.00 | |

| Date | Category | Description | Hours | First | Last | Title | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/5/2020 | Information Technology Consulting | Email with C. Haes regarding continued data search of various debtor emails (0.2). Continued debtor-related ediscovery data searches (1.1). Upload files to server for download to C. Haes (0.6). | 1.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 617.50 |
| 7/6/2020 | Information Technology Consulting | Email with C. Haes regarding continued data search of various debtor emails for production. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| 7/14/2020 | Information Technology Consulting | Continued debtor-related ediscovery data searches (2.0). Email with C. Haes regarding continued data search of various debtor emails for production (0.2). | 2.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 715.00 |
| 7/16/2020 | Information Technology Consulting | Continued data search for C. Haes regarding various debtor related parties and emails. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| 7/17/2020 | Information Technology Consulting | Discussion with C. Haes regarding Rajysan related parties production (0.3). Process revised data search for C. Haes (1.0). Email with DWR support (0.1). | 1.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 455.00 |
| 7/19/2020 | Information Technology Consulting | Process production for C. Haes regarding Rajysan related parties. | 0.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 97.50 |
| 7/20/2020 | Information Technology Consulting | DWR support discussion. Continued production processing for C. Haes regarding Rajysan related parties and FTB. | 0.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 227.50 |
| 7/21/2020 | Information Technology Consulting | Data review, data processing, and discussion with DWR support to troubleshoot production and formatting (2.6). Call with C. Haes regarding Rajysan/FTB production status (0.3). | 2.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 942.50 |
| 7/23/2020 | Information Technology Consulting | DWR support for excel conversion to PDF for FTB production. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| 7/24/2020 | Information Technology Consulting | Data conversion for FTB production. | 0.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 260.00 |
| 7/28/2020 | Information Technology Consulting | Call with C. Haes regarding FTB production sets (0.4). Download, troubleshoot and review pdf files for repair for C. Haes (1.8). | 2.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 715.00 |
| 7/29/2020 | Information Technology Consulting | Repair files for FTB production. | 0.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 227.50 |
| 7/30/2020 | Information Technology Consulting | Review email from C. Haes regarding FTB production (0.1). Review FTB production dataset (0.4). | 0.5 | Erik | Nathan | Managing Director | $ 325.00 | $ 162.50 |
| 7/31/2020 | Information Technology Consulting | Telco with C. Haes re: FTB document production (searchability and bookmarking). | 0.5 | Brian | Weiss | Partner | $ 450.00 | $ 225.00 |
| 7/31/2020 | Information Technology Consulting | Call with C. Haes regarding FTB production sets (0.1). Download and review pdf files for repair for C. Haes (0.3). | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| 8/3/2020 | Information Technology Consulting | Email with C. Haes regarding communication from FTB outlining FTB CA DOJ guidelines and applicability to scope. | 0.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 195.00 |
| 8/5/2020 | Information Technology Consulting | Meet and confer call with FTB/DOJ. | 0.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 292.50 |
| 8/5/2020 | Information Technology Consulting | Telco with C. Haes and CFTB to discuss document production. | 0.9 | Brian | Weiss | Partner | $ 450.00 | $ 405.00 |
| 8/6/2020 | Information Technology Consulting | Confer with E. Nathan re: FTB document production requirements. | 0.2 | Brian | Weiss | Partner | $ 450.00 | $ 90.00 |
| 8/6/2020 | Information Technology Consulting | Confer with B. Weiss regarding the status of FTB searches and dataset volume issues. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 |
| 8/10/2020 | Information Technology Consulting | Review dataset for modification and FTB production (0.3). Coordinate meeting with DWR (0.1). Call with C. Haes regarding dataset volume and format concerns (0.2). | 0.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 195.00 |
| 8/11/2020 | Information Technology Consulting | Prepare for call with DWR, review documents for call and setup environment (0.6). Call with DWR support to review production workflows and implement modifications (1.3). Draft email to C. Haes (0.5). Produce sample dataset and load file for FTB test. Call with C. Haes (0.3). | 2.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 877.50 |
| 8/12/2020 | Information Technology Consulting | Call with C. Haes regarding FTB production (0.2). Draft correspondence for FTB (0.2). Process data for test/sample to FTB (1.9). Send sample data to FTB per C. Haes (0.1). | 2.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 780.00 |
| 8/18/2020 | Information Technology Consulting | Continued FTB data processing for production (1.7). Emails with C. Haes regarding FTB production status (0.6). Troubleshoot FTB production issues (2.4). | 4.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 1,527.50 |
| 8/19/2020 | Information Technology Consulting | Address coordinated production processes with Marshack Hays (0.5). Review FTB production progress (0.5). Support discussion with DWR support to troubleshoot FTB imaging issues (2.6). Discussions with C. Haes for FTB production coordination and status updates (0.4). Address multiple FTB production sets (1.2). | 5.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 1,690.00 |
| 8/20/2020 | Information Technology Consulting | Data processing for FTB production. Complete 2nd FTB production set. Repair files for FTB production. Search for file locations and content related to FTB discovery. | 1.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 617.50 |
| 8/21/2020 | Information Technology Consulting | Support discussion and troubleshooting with DWR (1.6). Call with C. Haes to review FTB data production issues (0.2). | 1.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 585.00 |
| 8/24/2020 | Information Technology Consulting | Data review, correction and processing for FTB production (3.6). Email with C. Haes regarding FTB production (0.2). | 3.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 1,235.00 |
| 8/25/2020 | Information Technology Consulting | Continued data processing for FTB production. | 1.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 357.50 |
| 8/26/2020 | Information Technology Consulting | Continued data processing for FTB production (2.2). Call with C. Haes regarding FTB production (0.2). | 2.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 780.00 |
| 8/27/2020 | Information Technology Consulting | Discussion with C. Haes regarding FTB production (0.4). Discussion with DWR support and perform modifications as per DWR support on Rajysan dataset (5.2). | 5.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 1,820.00 |
| 8/28/2020 | Information Technology Consulting | Calls with DWR support (0.7). Discussions with C. Haes regarding FTB production sets (0.4). Review FTB production set data for completeness (1.7). | 2.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 910.00 |
| 8/29/2020 | Information Technology Consulting | Discussions with DWR support. Re-process FTB data as directed by DWR support. | 1.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 357.50 |
| 8/31/2020 | Information Technology Consulting | Review data for FTB production in preparation for call with FTB (1.3). Call with C. Haes and FTB (0.5). Support sessions with DWR (1.1). Search and process data for FTB based on discussion (4.2). | 7.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 2,307.50 |
| 9/1/2020 | Information Technology Consulting | Draft letter for FTB explaining DWR issues. | 0.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 97.50 |
| 9/2/2020 | Information Technology Consulting | Data processing for FTB production. Support session with DWR. Draft email to FTB. Call with DWR management. | 0.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 292.50 |
| 9/3/2020 | Information Technology Consulting | Confer with E. Nathan re DWR software data size issues (.3). Prepare detail correspondence to the FTB re same (.2). | 0.5 | Brian | Weiss | Partner | $ 450.00 | $ 225.00 |
| 9/3/2020 | Information Technology Consulting | FTB production data processing and review (0.4). Draft email to FTB (0.3). Discussion with C. Haes regarding FTB production and DWR supplemental support issues for Rajysan license (0.5). | 1.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 390.00 |
| 9/4/2020 | Information Technology Consulting | Emails and calls with C. Haes regarding FTB production and management of production volume and scheduling (0.7). Review FTB data for discussion with C. Haes (0.9). | 1.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 520.00 |
| 9/8/2020 | Information Technology Consulting | Data management for FTB production. | 0.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 260.00 |
| 9/9/2020 | Information Technology Consulting | Data management for FTB production. | 0.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 292.50 |
| 9/10/2020 | Information Technology Consulting | Discussion with B. Weiss regarding FTB communication to address search modifications to control production volume. | 0.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 97.50 |
| 9/14/2020 | Information Technology Consulting | Review email from FTB. Data review and processing for FTB. Backup processing for Rajysan dataset. | 0.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 97.50 |
| 9/15/2020 | Information Technology Consulting | Draft and send email update for FTB and C. Haes regarding FTB production status updates. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 |
| 9/16/2020 | Information Technology Consulting | Draft and send email update for FTB and C. Haes regarding FTB production status updates. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 |
| 9/22/2020 | Information Technology Consulting | Data processing for FTB production. Generate a keyword analysis for FTB review. | 3.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 1,170.00 |
| 9/24/2020 | Information Technology Consulting | Data processing for production (5.8). Call with C. Haes regarding production for FTB (0.5). Draft correspondence to FTB. Data processing and analysis (1.4). | 7.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 2,502.50 |
| 9/25/2020 | Information Technology Consulting | Continued data processing and analysis of data for FTB production (1.5). Discussion with C. Haes regarding FTB production dataset volumes (0.5). Draft and send correspondence to FTB regarding dataset volumes (0.7). | 2.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 877.50 |
| 9/28/2020 | Information Technology Consulting | Rajysan data backup for DWR, SQL Server and Windows. | 0.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 97.50 |
| 11/2/2020 | Information Technology Consulting | Email discussion with C. Haes regarding FTB update status. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 |
| 11/3/2020 | Information Technology Consulting | Discussion with C. Haes. Update on Rajysan/FTB case status. | 0.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 65.00 |
| 11/19/2020 | Information Technology Consulting | Email with C. Haes regarding FTB status and call scheduling. | 0.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 65.00 |
| 11/30/2020 | Information Technology Consulting | Prepare for call with FTB (0.9). Call with DOJ/FTB (J. Keith) and C. Haes regarding Rajysan production data and search volume challenges (0.5). Coordinate follow-up call and zoom invite (0.2). | 1.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 520.00 |
| 12/3/2020 | Information Technology Consulting | Rajysan eDiscovery review screen share with DOJ/FTB and C. Haes (1.7). Follow up discussion with C. Haes (0.4). Prepare and setup for screen share (0.2). Review search results and options (0.4). | 2.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 877.50 |
| 12/8/2020 | Information Technology Consulting | Review email/title project related to FTB search. | 1.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 455.00 |
| 12/24/2020 | Information Technology Consulting | Data maintenance, backup, and archiving. Server data backup maintenance for Digital War Room and SQL Server. Apply other security patches and updates to Windows. Apply software updates to dependency packages. | 0.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 195.00 |
| 12/31/2020 | Information Technology Consulting | Review email from FTB (0.1). Call with C. Haes to discussion scheduling and planning for FTB call (0.4). | 0.5 | Erik | Nathan | Managing Director | $ 325.00 | $ 162.50 |
| 1/6/2021 | Information Technology Consulting | Discussion with B. Weiss regarding upcoming call to discuss Rajysan/FTB discovery issues and updates. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 |
| 1/7/2021 | Information Technology Consulting | Review FTB email, Prepare for call (0.2). Call with C.Haes (0.2). Review FTB production strategy (0.2). | 0.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 195.00 |
| 1/8/2021 | Information Technology Consulting | Consolidate FTB contacts production and draft email to C. Haes. | 0.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 195.00 |
| 1/11/2021 | Information Technology Consulting | Reply to email from C. Haes regarding FTB production (0.1). Rajysan data maintenance and SQL server backups (0.3). | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| 1/19/2021 | Information Technology Consulting | Run new searches for FTB discovery. Generate spreadsheet and provide preliminary results to C. Haes before posting data for download. | 0.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 195.00 |
| 1/27/2021 | Information Technology Consulting | Call with C. Haes to discuss FTB production status with modified search parameters. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 |
| 1/28/2021 | Information Technology Consulting | Draft letter to C. Haes regarding FTB production | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 |
| 2/2/2021 | Information Technology Consulting | Continue to build out FTB searches with a defined email pool. | 0.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 227.50 |

| Date | Category | Description | Hours | First | Last | Title | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 2/10/2021 | Information Technology Consulting | Data maintenance. Server data backup maintenance for Digital War Room and SQL Server. Apply other security patches and updates to Windows. Apply software updates to dependency packages. | 0.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 65.00 |
| 2/15/2021 | Information Technology Consulting | Construct revised FTB searches. Create a support ticket with Digital War Room to help with search error. | 0.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 292.50 |
| 3/3/2021 | Information Technology Consulting | Call with C. Haes regarding Rajysan/FTB case status. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| 4/21/2021 | Information Technology Consulting | Discussion with B. Weiss regarding DWR software licensing and case status for Rajysan. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 |
| 4/27/2021 | Information Technology Consulting | Review Rajysan/FTB related emails. Email discussion with C. Haes to address and troubleshoot email visibility issues with Rajysan/FTB files. | 0.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 292.50 |
| 5/18/2021 | Information Technology Consulting | Call with C. Haes (0.3). Address license issues with Digital War Room (0.7). Discuss support options for upgrade (0.6). | 1.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 520.00 |
| 5/19/2021 | Information Technology Consulting | Discussions with Digital War Room (0.9). Calls with C. Haes regarding Rajysan/FTB (0.2). Research email addresses for parties related to Rajysan search query (2.0).  Draft search query (0.8).  Update licensing for Digital War Room (0.3). | 4.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 1,365.00 |
| 5/20/2021 | Information Technology Consulting | Run Rajysan discovery search and report results (1.6). Email to C. Haes to discuss results and potential revisions (0.2). Revise Rajysan search (0.2). Export Rajysan discovery files and make files available for download via file server (1.3). | 3.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 1,072.50 |
| 5/24/2021 | Information Technology Consulting | Data maintenance and backup maintenance. Server data backup maintenance for Digital War Room and SQL Server. Apply other security patches and updates to Windows. Apply software updates to dependency packages. | 0.7 | Erik | Nathan | Managing Director | $ 325.00 | $ 227.50 |
| 5/28/2021 | Information Technology Consulting | Server data and software upgrades and maintenance for Digital War Room and SQL Server and other packages. | 0.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 260.00 |
| 5/29/2021 | Information Technology Consulting | Database backup upgrades and maintenance.  Server data backup maintenance for Digital War Room and SQL Server. Apply other security patches and updates to Windows. Apply software updates to dependency packages. | 0.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 260.00 |
| 6/2/2021 | Information Technology Consulting | Discussion with DWR support regarding license renewal. | 0.3 | Erik | Nathan | Managing Director | $ 325.00 | $ 97.50 |
| 6/9/2021 | Information Technology Consulting | Rajysan server data and software maintenance, storage and software upgrades, hardware testing. | 1.8 | Erik | Nathan | Managing Director | $ 325.00 | $ 585.00 |
| 6/10/2021 | Information Technology Consulting | Email with Digital War Room, accounting, regarding payment (0.1). Email to T. Yoo regarding same (0.1). | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| 6/11/2021 | Information Technology Consulting | Configure and start backup to AWS Glacier for Rajysan datasets. | 0.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 195.00 |
| 6/15/2021 | Information Technology Consulting | Troubleshoot and update software for DWR peripheral programs. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| 9/17/2021 | Information Technology Consulting | Construct new Rajysan discovery search query for C. Haes. Research email addresses for search queries. Test search queries. | 1.6 | Erik | Nathan | Managing Director | $ 325.00 | $ 520.00 |
| 9/21/2021 | Information Technology Consulting | Discussion with C. Haes regarding Rajysan discovery results (0.4). Modify search for production (1.6). | 2 | Erik | Nathan | Managing Director | $ 325.00 | $ 650.00 |
| 9/22/2021 | Information Technology Consulting | Prepare Rajysan eDiscovery request for C. Haes (0.3). Prepare files for download and place on server (0.4). Communication with C. Haes regarding file access and status (0.2). | 0.9 | Erik | Nathan | Managing Director | $ 325.00 | $ 292.50 |
| 10/2/2021 | Information Technology Consulting | Server data backup maintenance for Digital War Room and SQL Server. Apply other security patches and updates to Windows. Apply software updates to dependency packages. | 0.5 | Erik | Nathan | Managing Director | $ 325.00 | $ 162.50 |
| 10/19/2021 | Information Technology Consulting | Discussion with B. Weiss regarding Rajysan case and production status. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 |
| 10/20/2021 | Information Technology Consulting | Call with C. Haes regarding Rajysan production items, strategy, scope and timing. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| 11/8/2021 | Information Technology Consulting | Discussion with B. Weiss regarding Rajysan search request from C. Haes. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| 11/22/2021 | Information Technology Consulting | Discussion with B. Weiss regarding Rajysan search request from C. Haes. | 0.1 | Erik | Nathan | Managing Director | $ 325.00 | $ 32.50 |
| 1/10/2022 | Information Technology Consulting | Discussion with Digital War Room support, regarding software updates and hardware configuration. | 0.2 | Erik | Nathan | Managing Director | $ 325.00 | $ 65.00 |
| 1/20/2022 | Information Technology Consulting | Server data backup maintenance for Digital War Room and SQL Server. Apply other security patches and updates to Windows. Apply software updates to dependency packages. | 0.5 | Erik | Nathan | Managing Director | $ 325.00 | $ 162.50 |
| 1/28/2022 | Information Technology Consulting | Server data backup maintenance for Digital War Room and SQL Server. Apply other security patches and updates to Windows. Apply software updates to dependency packages. | 0.4 | Erik | Nathan | Managing Director | $ 325.00 | $ 130.00 |
| | | | | | | | $ | 57,232.50 |
| 6/23/2020 | Preference / Avoidance Actions | Review correspondence from C. Haes re: FTB litigation and insider avoidance actions.  Telco with C. Haes re: same. | 0.2 | Brian | Weiss | Partner | $ 450.00 | $ 90.00 |
| 6/30/2020 | Preference / Avoidance Actions | Trace check and payment advices from Insiders as provided by C. Haes into the Quickbooks software. | 1.1 | Brian | Weiss | Partner | $ 450.00 | $ 495.00 |
| 6/30/2020 | Preference / Avoidance Actions | Telco with C. Haes re: shareholder loans and preparation of files for litigation. | 0.3 | Brian | Weiss | Partner | $ 450.00 | $ 135.00 |
| 7/1/2020 | Preference / Avoidance Actions | Download monthly balance sheet trend from Quickbooks and shareholder loan/distribution activity report.  Prepare files and send to C. Haes. | 1.3 | Brian | Weiss | Partner | $ 450.00 | $ 585.00 |
| 7/1/2020 | Preference / Avoidance Actions | Telco with C. Haes re: tracing of insider loan repayments. | 0.4 | Brian | Weiss | Partner | $ 450.00 | $ 180.00 |
| 7/2/2020 | Preference / Avoidance Actions | Prepare Insider loan prepayment tracing into QB cash ledgers.  Prepare analysis relating to the uses of loan repayments. | 2.4 | Brian | Weiss | Partner | $ 450.00 | $ 1,080.00 |
| 7/7/2020 | Preference / Avoidance Actions | Prepare shareholder loan funds uses of cash by the Debtor upon receipt of funds. Send to C. Haes. | 2.9 | Brian | Weiss | Partner | $ 450.00 | $ 1,305.00 |
| 10/12/2020 | Preference / Avoidance Actions | Telco with C. Haes re mediation brief for insiders. | 0.4 | Brian | Weiss | Partner | $ 450.00 | $ 180.00 |
| 11/22/2021 | Preference / Avoidance Actions | Telco with C. Haes re bank statement documents needed for litigation.  Provide control log and prepare correspondence. | 0.4 | Brian | Weiss | Partner | $ 450.00 | $ 180.00 |
| | | | | | | | $ | 4,230.00 |

**EXHIBIT C**

**FORCE TEN PARTNERS, LLC**
**BIOGRAPHIES OF PROFESSIONALS PROVIDING SERVICES**
**DURING APPLICATION PERIOD**

**Brian Weiss, Partner**

Brian specializes in advising public and private companies with complex transactions including business restructuring, crisis management, and acquisitions/divestitures. Brian focuses on in- and out-of-court business restructuring serving in various capacities, including financial advisor to both debtors and creditors, chief restructuring officer, plan/liquidating trustee, and expert witness.

Prior to co-founding Force 10 Partners in 2016, Brian was the principal of BSW & Associates, a firm he founded in 2006. Prior to 2006, Brian served as Vice President of Finance, North America for Tomy Co. Ltd. with consolidated revenues in excess of $1 billion. Brian successfully led the financial turnaround of the North America business unit prior to its merger with its largest competitor. Brian also served as Financial Controller for Jazz Semiconductor, a spin-off of Conexant Systems' semiconductor manufacturing operations through a joint venture with The Carlyle Group. Brian was responsible for preparing the company for an initial public offering, leading the acquisition due diligence process, structuring joint ventures/strategic investments, oversight of all finance, accounting, and reporting functions, and the company-wide implementation of the Sarbanes-Oxley Act.

Brian has also served in senior finance capacities for Avamar Technologies (acquired by EMC Corporation) and Flashcom, Inc. At Flashcom, Brian was responsible for preparing the company for an initial public offering, financial planning, leading the due diligence process for proposed strategic transactions, and managing the accounting department. Brian was also employed at PricewaterhouseCoopers LLP. He is a Certified Public Accountant and received his master's degree in business administration from the University of Southern California.

**Erik Nathan, Information Technology**

Erik heads Force 10's Digital Forensics and eDiscovery services. Erik's expertise is in accessing, retrieving, and making sense of dated information stored in extremely diverse electronic environments. His holistic understanding of the data discovered enables him to repackage the information for consumption by forensic accountants and legal clients. In new situations, Erik calls on nearly thirty years of IT experience, which he melds with current standards and trends to provide simple, cost-effective solutions to seemingly complex issues.

Erik has significant experience managing multi-faceted IT projects and people, and is called on to resolve acute issues and provide interim management. Erik designs and implements the IT infrastructure required to facilitate Force 10's restructuring, forensic accounting, and litigation support services in large, complex engagements. Erik's solutions are often lightweight and self-managed by users, which results in lower costs. Erik often presents his views of contemporary IT issues at industry conferences.

Erik majored in Finance and graduated with a Bachelor of Science degree in Management from Tulane University in 1993.

Force 10 Partners, LLC

# Exhibit D

| Date | Category | Description | Amount |
|---|---|---|---|
| 10/7/2020 | Information Technology | Monthly AWS charges March 2020 - July 2020 | $ 554.05 |
| 12/1/2020 | Information Technology | AWS Monthly Charge - Jan 2020, March - Oct 2020 | 1,033.42 |
| 10/26/2021 | Information Technology | AWS monthly charges Nov 20 - Oct 21 | 1,268.64 |
| 11/4/2021 | Information Technology | AWS monthly charge | 105.72 |
| 12/7/2021 | Information Technology | AWS Monthly Charge | 105.72 |
| 1/4/2022 | Information Technology | AWS | 105.72 |
| 2/2/2022 | Information Technology | AWS Monthly Charge | 105.72 |
| | | **Total** | **3,278.99** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **FINAL FEE APPLICATION OF FORCE TEN PARTNERS, LLC FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE COMMITTEE OF UNSECURED CREDITORS OF RAJYSAN, INC. DBA MMD EQUIPMENT IN THE CHAPTER 11 CASE; DECLARATION OF BRIAN WEISS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 15, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 15, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**RTD 08/27/19 UTF**
**CHECKED SOS 04/06/21**
**DEBTOR**
RAJYSAN, INC.
~~4175 GUARDIAN STREET~~
~~SIMI VALLEY, CA 93063-3382~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NO JUDGE COPY IS REQUIRED.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 15, 2026    Layla Buchanan | /s/ Layla Buchanan |
|---|---|
| *Date*          *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA:** Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Todd M Arnold tma@lnbyb.com
- **ATOTRNEY FOR CREDITOR BMW BANK OF NORTH AMERICA DEPARTMENT:** Bhagwati Barot bbarot@aissolution.com
- **INTERESTED PARTY COURTESY NEF:** Linda S Blonsley    blonsleylawecf@gmail.com, joe@blonsleylaw.com; lawbr69955@notify.bestcase.com; lblonsley@blonsleylaw.com
- **ATTORNEY FOR CREDITOR BORSTEIN ENTERPRISES:** Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **ATTORNEY FOR INTERESTED PARTY ALLIANCE NORTH AMERICA, INC.:** Cathrine M Castaldi castaldi@brownrudnick.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Lisa W Chao lisa.chao@doj.ca.gov
- **ATTORNEY FOR CREDITOR and DEFENDANT LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR:** Jacquelyn H Choi    jacquelyn.choi@rimonlaw.com
- **ATTORNEY FOR 3RD PARTY DEFENDANT GURMEET SAHANI, 3RD PARTY DEFENDANT JASMINE SAHANI, AND CREDITOR GURMEET SAHANI:** Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR UNITED STATES TRUSTEE (ND):** Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- **ATTORNEY FOR CREDITOR SUMITOMO MITSUI FINANCE AND LEASING CO., LTD.:** Jeffrey K Garfinkle jgarfinkle@buchalter.com, docket@buchalter.com; dcyrankowski@buchalter.com
- **INTERESTED PARTY COURTESY NEF:** Thomas M Geher    tmg@jmbm.com, bt@jmbm.com; fc3@jmbm.com; tmg@ecf.inforuptcy.com
- **ATTORNEY FOR DEBTOR RAJYSAN, INC. and SPECIAL COUNSEL ALPERT, BARR & GRANT:** Andrew Goodman    agoodman@andyglaw.com
- **ATTORNEY FOR SPECIAL COUNSEL ALPER, BARR & GRANT and TRUSTEE SANDRA MCBETH (TR):** Adam D Grant    agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- Barbara R Gross    barbara@bgross.law, luz@bgross.law
- **ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Richard E Hettinger    rhettinger@davidsontroilo.com
- Stephen E. Hyam shyam@clarktrev.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF and DEFENDANT CALIFORNIA FRANCHISE TAX BOARD:** John C Keith    john.keith@doj.ca.gov
- **ATTORNEY FOR CREDITOR WELLS FARGO BANK, N.A.:** Raffi Khatchadourian    raffi@hemar-rousso.com
- **ATTORNEY FOR CREDITOR BRUCE MILLER & ASSOCIATES:** Mark J Krone    mk@amclaw.com, maa@amclaw.com; amc@amclaw.com; mea@amclaw.com; ilr@amclaw.com
- **ATTORNEY FOR 3rd PARTY PLAINTIFFS/DEFENDANTS/INTERVENOR-DEFENDANTS CALIFORNIA FRANCHISE TAX BOARD, AMARJIT SAHANI, GURPREET SAHANI, RAJINDER SAHANI, SHANEEN SAHANI, GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017:** Lewis R Landau    Lew@Landaunet.com
- **ATTORNEY FOR INTERESTED PARTY AIRMAN USA CORPORATION AND HOKUETSU INDUSTRIES CO., LTD.:** Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com; David@MarguliesFaithLaw.com
- **ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF:** Craig G Margulies      Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com; David@MarguliesFaithLaw.com; Helen@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR COMMITTEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR COMMITTEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Richard A Marshack      rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com
- **TRUSTEE SANDRA MCBETH (TR):** Sandra McBeth (TR) jwalker@mcbethlegal.com, CA65@ecfcbis.com; ecf.alert+McBeth@titlexi.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Monserrat Morales      Monsi@MarguliesFaithLaw.com, Victoria@MarguliesFaithLaw.com; David@MarguliesFaithLaw.com; Helen@marguliesfaithlaw.com
- **INTERESTED PARTY COURTESY NEF:** John M O'Donnell john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Carmela Pagay ctp@lnbyb.com
- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA:** Dipika Parmar dipika.parmar@aissolution.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Laura E Robbins Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- **ATTORNEY FOR INTERNAL REVENUE SERVICE AND UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Najah J Shariff      najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith      claims@recoverycorp.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Jay M Spillane      jspillane@spillaneplc.com, cdale@spillaneplc.com; smargetis@spillaneplc.com
- **ATTORNEY FOR CREDITOR BEXAR COUNTY:** Don Stecker      don.stecker@lgbs.com
- **ATTORNEY FOR CREDITOR SOUTHWEST PRODUCTS CORPORATION:** Thomas W Stilley tstilley@sussmanshank.com, jhume@sussmanshank.com
- **UNITED STATES TRUSTEE (ND):** United States Trustee (ND)      ustpregion16.nd.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Timothy J Yoo      tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**