RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Special Counsel for
SANDRA K. MCBETH, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>DECLARATION OF CHAPTER 7 TRUSTEE IN SUPPORT OF FIRST & FINAL FEE APPLICATION OF FORCE TEN PARTNERS, LLC FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO SANDRA MCBETH, CHAPTER 7 TRUSTEE FOR RAJYSAN, INC. DBA MMD EQUIPMENT IN THE CHAPTER 7 CASE, FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES<br><br>Hearing Date & Time<br>Date:<br>Time:<br>Place: Courtroom 201<br>1415 State Street<br>SANTA BARBARA, CA 93101 |

TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES, DEBTOR, AND ALL INTERESTED PARTIES:

1

DECLARATION IN SUPPORT OF FINAL FEE APPLICATION

Please find attached the Declaration of Chapter 7 Trustee in Support of First and Final Fee Application of Force Ten Partners, LLC for Allowance and Payment of Fees and Reimbursement of Expenses Incurred as Financial Advisor to the Sandra McBeth, Chapter 7 Trustee, filed by Force Ten Partners, LLC, financial advisor to the Sandra McBeth, Chapter 7 Trustee.

DATED:  May 15, 2026                      MARSHACK HAYS WOOD LLP

By: _/s/ Chad V. Haes_____
RICHARD A. MARSHACK
CHAD V. HAES
BRADFORD N. BARNHARDT
Special Counsel for Chapter 7 Trustee for
RAJYSAN, INC., DBA MMD EQUIPMENT

DECLARATION IN SUPPORT OF FINAL FEE APPLICATION

FORCE TEN PARTNERS, LLC
5271 California Ave., Suite 270
Irvine, CA 92617
Telephone: (949) 949-357-2360

Financial Advisor to Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA BARBARA DIVISION

In re

RAJYSAN, INC. DBA MMD EQUIPMENT,

                Debtor

Case No.: 9:17-BK-11363-DS
Chapter 7

**DECLARATION OF CHAPTER 7
TRUSTEE IN SUPPORT OF FIRST &
FINAL FEE APPLICATION OF
FORCE TEN PARTNERS, LLC FOR
ALLOWANCE AND PAYMENT OF
FEES AND REIMBURSEMENT OF
EXPENSES INCURRED AS
FINANCIAL ADVISOR TO SANDRA
MCBETH, CHAPTER 7 TRUSTEE
FOR RAJYSAN, INC. DBA MMD
EQUIPMENT IN THE CHAPTER 7
CASE, FOR APPROVAL OF FEES
AND REIMBURSEMENT OF
EXPENSES**

Hearing Date & Time
Date:
Time:
Place: Courtroom 201
      1415 State Street
      Santa Barbara, CA 93101

2725802.1

## DECLARATION OF SANDRA K. MCBETH

I, SANDRA K. MCBETH, hereby declare as follows:

1.     I am over 18 years of age.  Except where otherwise stated, I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

2.     I am the Chapter 7 Trustee in the above-captioned Chapter 7 bankruptcy case.

3.     I make this declaration in support of the First and Final Application of Force Ten Partners LLC, Financial Advisor For The Chapter 7 Trustee, For Approval of Fees And Reimbursement Of Expenses (the "Application").

4.     I have had an opportunity to review the Application.

5.     I have no objection to the Application and request that it be approved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of May 2026, at Atascadero, California.

_____
SANDRA K. MCBETH

PRESENTED BY:

FORCE TEN PARTNERS LLC


By: _____
BRIAN WEISS
Financial Advisor for Sandra K. McBeth, Chapter 7 Trustee

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **DECLARATION OF CHAPTER 7 TRUSTEE IN SUPPORT OF FIRST & FINAL FEE APPLICATION OF FORCE TEN PARTNERS, LLC FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO SANDRA MCBETH, CHAPTER 7 TRUSTEE FOR RAJYSAN, INC. DBA MMD EQUIPMENT IN THE CHAPTER 7 CASE, FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 15, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 15, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**RTD 08/27/19 UTF**
**CHECKED SOS 04/06/21**
**DEBTOR**
RAJYSAN, INC.
~~4175 GUARDIAN STREET~~
~~SIMI VALLEY, CA 93063-3382~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NO JUDGE COPY IS REQUIRED.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| May 15, 2026 | Layla Buchanan | /s/ Layla Buchanan |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA:** Bret D. Allen    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Todd M Arnold tma@lnbyb.com
- **ATOTRNEY FOR CREDITOR BMW BANK OF NORTH AMERICA DEPARTMENT:** Bhagwati Barot bbarot@aissolution.com
- **INTERESTED PARTY COURTESY NEF:** Linda S Blonsley    blonsleylawecf@gmail.com, joe@blonsleylaw.com; lawbr69955@notify.bestcase.com; lblonsley@blonsleylaw.com
- **ATTORNEY FOR CREDITOR BORSTEIN ENTERPRISES:** Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **ATTORNEY FOR INTERESTED PARTY ALLIANCE NORTH AMERICA, INC.:** Cathrine M Castaldi castaldi@brownrudnick.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Lisa W Chao lisa.chao@doj.ca.gov
- **ATTORNEY FOR CREDITOR and DEFENDANT LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR:** Jacquelyn H Choi    jacquelyn.choi@rimonlaw.com
- **ATTORNEY FOR 3RD PARTY DEFENDANT GURMEET SAHANI, 3RD PARTY DEFENDANT JASMINE SAHANI, AND CREDITOR GURMEET SAHANI:** Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR UNITED STATES TRUSTEE (ND):** Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- **ATTORNEY FOR CREDITOR SUMITOMO MITSUI FINANCE AND LEASING CO., LTD.:** Jeffrey K Garfinkle jgarfinkle@buchalter.com, docket@buchalter.com; dcyrankowski@buchalter.com
- **INTERESTED PARTY COURTESY NEF:** Thomas M Geher    tmg@jmbm.com, bt@jmbm.com; fc3@jmbm.com; tmg@ecf.inforuptcy.com
- **ATTORNEY FOR DEBTOR RAJYSAN, INC. and SPECIAL COUNSEL ALPERT, BARR & GRANT:** Andrew Goodman    agoodman@andyglaw.com
- **ATTORNEY FOR SPECIAL COUNSEL ALPER, BARR & GRANT and TRUSTEE SANDRA MCBETH (TR):** Adam D Grant    agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- Barbara R Gross    barbara@bgross.law, luz@bgross.law
- **ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Richard E Hettinger    rhettinger@davidsontroilo.com
- Stephen E. Hyam shyam@clarktrev.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF and DEFENDANT CALIFORNIA FRANCHISE TAX BOARD:** John C Keith    john.keith@doj.ca.gov
- **ATTORNEY FOR CREDITOR WELLS FARGO BANK, N.A.:** Raffi Khatchadourian    raffi@hemar-rousso.com
- **ATTORNEY FOR CREDITOR BRUCE MILLER & ASSOCIATES:** Mark J Krone    mk@amclaw.com, maa@amclaw.com; amc@amclaw.com; mea@amclaw.com; ilr@amclaw.com
- **ATTORNEY FOR 3rd PARTY PLAINTIFFS/DEFENDANTS/INTERVENOR-DEFENDANTS CALIFORNIA FRANCHISE TAX BOARD, AMARJIT SAHANI, GURPREET SAHANI, RAJINDER SAHANI, SHANEEN SAHANI, GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017:** Lewis R Landau    Lew@Landaunet.com
- **ATTORNEY FOR INTERESTED PARTY AIRMAN USA CORPORATION AND HOKUETSU INDUSTRIES CO., LTD.:** Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com; David@MarguliesFaithLaw.com
- **ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

- **INTERESTED PARTY COURTESY NEF:** Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com; David@MarguliesFaithLaw.com; Helen@MarguliesFaithlaw.com
- **ATTORNEY FOR CREDITOR COMMITTEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Judith E Marshack jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR COMMITTEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:** Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com
- **TRUSTEE SANDRA MCBETH (TR):** Sandra McBeth (TR) jwalker@mcbethlegal.com, CA65@ecfcbis.com; ecf.alert+McBeth@titlexi.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Monserrat Morales    Monsi@MarguliesFaithLaw.com, Victoria@MarguliesFaithLaw.com; David@MarguliesFaithLaw.com; Helen@marguliesfaithlaw.com
- **INTERESTED PARTY COURTESY NEF:** John M O'Donnell john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Carmela Pagay ctp@lnbyb.com
- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA:** Dipika Parmar dipika.parmar@aissolution.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Laura E Robbins Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- **ATTORNEY FOR INTERNAL REVENUE SERVICE AND UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith    claims@recoverycorp.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Jay M Spillane    jspillane@spillaneplc.com, cdale@spillaneplc.com; smargetis@spillaneplc.com
- **ATTORNEY FOR CREDITOR BEXAR COUNTY:** Don Stecker    don.stecker@lgbs.com
- **ATTORNEY FOR CREDITOR SOUTHWEST PRODUCTS CORPORATION:** Thomas W Stilley tstilley@sussmanshank.com, jhume@sussmanshank.com
- **UNITED STATES TRUSTEE (ND):** United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Timothy J Yoo    tjy@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.