A. Lavar Taylor, Bar No. 129512
ltaylor@taylorlaw.com
TAYLOR NELSON AMITRANO LLP
1900 Main Street, Suite 650
Irvine, CA 92614
(714) 546-0445 Tel
(949) 474-1058 Fax

Special Tax Counsel for Rajysan, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA—NORTHERN DIVISION**

| In re: | Case No. 9:17-bk-11363-DS |
|---|---|
| RAJYSAN, INC., | Chapter 7 |
| Debtor(s). | **FIRST AND FINAL APPLICATION OF TAYLOR NELSON AMITRANO LLP FKA LAW OFFICES OF A. LAVAR TAYLOR, LLP AS SPECIAL TAX LITIGATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED** <br><br> **Hearing:** <br> Date:     TBD <br> Time: <br> Place: |

| Basic Information | |
|---|---|
| Name of Applicant: | Taylor Nelson Amitrano LLP FKA Law Offices of A. Lavar Taylor, LLP |
| Name of Client: | Official Committee of Unsecured Creditors |
| Petition Date: | July 29, 2017 |
| Date of Order Approving Employment and Retention: | April 27, 2021 |

{00213529.DOCX 4}
327586.v7

| Interim Application | |
|---|---|
| Time Period Covered: | February 8, 2021 8, through March 3, 2022 |
| Total Hours Billed: | 89.2 |
| Total Fees Requested: | $57,377.00 (100%) |
| Total Expenses Requested: | $0 (100%) |
| Total Fees and Expenses Requested: | $57,377.00 |
| **Historical** | |
| Fees Paid Pursuant to Monthly Statements: | $0 |
| Expenses Paid Pursuant to Monthly Statements: | $0 |
| Total Fees and Expenses Paid Pursuant to Monthly Statements: | $0 |
| Remainder Between Fees and Expenses Sought for Approval and Fees and Expenses Paid: | $57,377.00 |
| **Related Information and Case Status** | |
| This is a(n): _____ interim __X__ final application. | |

{00213529.DOCX 4}
327586.v7

2

**FIRST AND FINAL FEE APPLICATION OF TAYLOR NELSON AMITRANO LLP FKA LAW OFFICES OF A. LAVAR TAYLOR
AS SPECIAL TAX COUNSEL TO THE DEBTOR-IN-POSSESSION
(March 09, 2022- May 18, 2026)[1]**

| Name | Practice Group (Year Admitted) | Hourly Rate | Total Hours | Fees |
|---|---|---|---|---|
| A. Lavar Taylor | 1987 | $695/$715 | 81.4 | $56,625.00 |
| Lisa O. Nelson | 2008 | $520.00 | 0.1 | $52.00 |
| Daniel W. Soto | 2021 | $310.00 | 3.7 | $0 |
| *Subtotal* | | | | $57,677.00 |
| **Paraprofessionals** | | | | |
| Law Clerk | | $175.00 | 4.00 | $700.00 |
| **Total** | **$671.00 blended rate[2]** | | 89.2 | **$57,377.00** |

---

[1]   This chart reflects fees that were incurred throughout the Application Period.

[2]   The blended rate <u>excluding</u> paraprofessionals is $671.00 per hour.

{00213529.DOCX 4}                                        3
327586.v7

**FIRST AND FINAL FEE APPLICATION OF TAYLOR NELSON AMITRANO LLP
AS SPECIAL TAX COUNSEL TO THE DEBTOR-IN-POSSESSION
(March 09, 2022- May 18, 2026)**

| Billing Code | Activity | Date | Fees |
|---|---|---|---|
| 3640.00 | | | $ |
| 3640.00 | | | $ |
| | | | |
| Total | | | $0 |

A. Lavar Taylor, Bar No. 129512
ltaylor@taylorlaw.com
TAYLOR NELSON AMITRANO LLP
1900 Main Street, Suite 650
Irvine, CA 92614
(714) 546-0445 Tel
(949) 474-1058 Fax

Special Tax Litigation Counsel for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—NORTHERN DIVISION

In re:

RAJYSAN, INC.,

               Debtor(s).

Case No. 9:17-bk-11363-DS

Chapter 7

**FIRST AND FINAL APPLICATION OF TAYLOR NELSON AMITRANO LLP FKA LAW OFFICE OF A. LAVAR TAYLOR, LLP FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS SPECIAL TAX LITIGATION COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**Hearing:**
Date:
Time:
Place:

**TO THE HONORABLE DEBORAH J. SALTZMAN, SANDRA MCBETH, CHAPTER 7 TRUSTEE, AND ALL PARTIES IN INTEREST:**

Taylor Nelson Amitrano LLP fka Law Offices of A. Lavar Taylor ("the Firm"), special tax litigation counsel to the Chapter 11 Official Committee of Unsecured Creditors ("Committee") in the above-captioned case, hereby submits this Application pursuant to sections 330 and 331 of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California, and this Court's Order entered April 26, 2021 granting the Committee's application to employ the

{00213529.DOCX 4}
327586.v7

Firm [Docket No. 631], for allowance of compensation for professional services rendered by the Firm to the Committee for the period from February 8, 2021, through and including March 3, 2022 ("Application Period") in the amount of $57,377.00 in connection with rendering such services during the Application Period.

In support of this Application, the Firm respectfully represents as follows:

### **BACKGROUND**

On July 29, 2017, the Debtor Rajysan, Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code[1] with this Court. Thereafter, an Official Committee of Unsecured Creditors ("the Committee") was formed. The Committee thereafter retained the firm of Marshack Hays Wood LLP as its litigation counsel. The Committee then pursued on behalf of the Bankruptcy Estate several fraudulent conveyance actions seeking millions of dollars, including a fraudulent conveyance action against the United States on behalf of the IRS and other tax agencies.

The circumstances leading up to the filing of the Chapter 11 petition by Rajysan, the creation of the Committee, and the Committee's pursuit of the adversary proceedings against the IRS and LA County through its litigation counsel, Marshack Hays Wood LLP, the later conversion of the bankruptcy case to Chapter 7, the U.S. Supreme Court's overruling of a key Ninth Circuit case that permitted the IRS to be sued under section 544 of the Bankruptcy Code for fraudulent conveyances, and the settlement of the adversary proceedings brought against the taxing authorities, are all described in the concurrently filed fee application of the Committee's litigation counsel, Marshack Hays Wood LLP, The Firm incorporates herein by reference the background discussion contained in the fee application of Marshack Hays Wood LLP. See Local Rule 2016-1(a)(1)(A)(iv).

On April 6, 2021, the Committee filed an application to employ the undersigned Firm as special tax litigation counsel [Docket #626], which was approved by this Court's order dated April 27, 2021 [Docket #632].

The Chapter 11 case was converted to Chapter 7 by Order entered on April 14, 2022 [Docket #666].

---

[1]   Unless specified otherwise, all references to "section" used herein are to the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, as amended.

{00213529.DOCX 4}                                                    2
327586.v7

On April 27, 2026, following the approval and consummation of various settlements of the adversary proceedings, the Chapter 7 Trustee filed the Notice to Professionals to File Application for Compensation [Docket No. 794], which provides retained professionals the opportunity to submit their final fee applications.

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

## RETENTION OF THE FIRM AND BILLING HISTORY

On April 26, 2021, the Court issued its Order Granting the Committee's Motion to employ the Firm as Special Tax Litigation Counsel to the Committee. [Docket No. 636] (the "Retention Order"), authorizing the Firm's retention as special tax litigation counsel for the Committee. The Retention Order authorized the Firm to receive compensation and expense reimbursement subject to approval of this Court pursuant to 11 U.S.C. §§ 330 or 331.

The Firm was retained to provide expertise and assistance in prosecuting adversary proceedings against United States, on behalf of the Internal Revenue Service ("IRS"), and the Los Angeles County Tax Collector ("LA County") in fraudulent conveyance actions brought to recover millions of dollars of pre-petition payments paid directly by the Debtor, Rajysan, Inc.,("the Debtor") to the IRS and the County to pay the personal tax obligations of the Debtor's insiders/officers/shareholders ("principals"). At the time the Firm was retained, existing Ninth Circuit case law permitted a recovery against the IRS under a fraudulent conveyance theory under section 544 of the Bankruptcy Code for payments made by the Debtor to the IRS (and LA County) for the benefit of the Debtor's principals.

The adversary was made more complicated by the fact that the Debtor's principals intervened in the adversary proceedings brought against the IRS and LA County.

{00213529.DOCX 4}
327586.v7

3

The Firm became involved at the request of the Committee's litigation counsel, due to the expertise of one of the Firm's partners, A. Lavar Taylor, in handling litigation involving the IRS in bankruptcy cases and Mr. Taylor's prior experience in representing the IRS as an attorney for the Tax Division of the U.S. Attorney's Office in Los Angeles and the IRS Office of Chief Counsel.

The Firm has made every effort to be efficient in this case. The Firm has staffed its team leanly, with one core attorney: A. Lavar Taylor. During the period of time covered by this Application, Mr. Taylor billed over 95% of the Firm's hours (81.4 hours out of 85.5 hours) devoted to this matter.

The Firm has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

No promises have been received by the Firm or any member thereof as to compensation in connection with this chapter 7 case other than in accordance with the provisions of the Bankruptcy Code.

## RELIEF REQUESTED

By this Application, the Firm seeks an order: (a) approving, on a final basis, all compensation for professional services rendered by the Firm as special tax litigation counsel to the Committee during the Application Period in the amount of $57,377.00 (the "Total Application Request"); and (b) authorizing and directing the Estate to pay to the Firm such amounts as the Court deems appropriate. The Firm acknowledges that the Estate lacks funds needed to pay Chapter 11 administrative expenses in full. (No expenses were incurred by the Firm during the period covered by this Application.)

## SUMMARY OF SERVICES RENDERED

The Firm took the following actions during the period of time covered by this application. First, the Firm "got up to speed," becoming familiar with the factual background of the litigation and the causes of action being pursued in the litigation. The Firm also worked the Committee's litigation

{00213529.DOCX 4}                         4
327586.v7

counsel to develop a strategy for conducting discovery and assisted in taking four depositions. The Firm also laid the groundwork for taking depositions of the CPA's who were involved in advising Rajysan and its principals and who prepared income tax returns for both Rjaysan and its principals. The Firm's work for the Committee ceased when the Chapter 11 bankruptcy case was converted to Chapter 7. Thereafter, the Firm was retained by Sandra McBeth, the Chapter 7 Trustee, as special tax litigation counsel. The Firm is filing a separate fee application for the work done for the Chapter 7 Trustee.

Time incurred by each professional and paraprofessional during the Application Period, and a summary of the time incurred is referenced in the summary pages included above, with a summary of the time incurred followed by detailed time entries attached hereto as **Exhibit A** and **Exhibit B**, respectively.

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED

No expenses were incurred.

## BASIS FOR RELIEF

The professional services rendered by the Firm have required a high degree of professional competence and expertise to address, with skill and dispatch, the issues presented by the litigation against the IRS and LA County. The services rendered to the Committee were performed efficiently, effectively, and economically. Unfortunately, after the bankruptcy case was converted to Chapter 7 and after the parties had filed cross-motions for (partial) summary judgment, the U.S. Supreme Court later overruled the Ninth Circuit opinion which permitted the adversary proceeding to be brought against the United States on behalf of the IRS under section 544 of the Bankruptcy Code. As a result, the litigation against both the IRS and LA County was ultimately settled for small amounts.

The allowance of compensation for services rendered and reimbursement of expenses in chapter 7 cases is expressly provided for in section 331 of the Bankruptcy Code:

> [A] debtor's attorney, or any professional person . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

{00213529.DOCX 4}
327586.v7

5

Section 330(a)(3), in turn, provides that:

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field; and
>
> (F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

The Firm respectfully submits that the hourly rates for its professionals and paraprofessionals, and the number of hours worked by its professionals and paraprofessionals, are reasonable and appropriate in view of the circumstances of this case.

The total time spent by the Firm's attorneys and paraprofessionals during the Application Period was 85.50 hours and has a fair market value of $57,377.00. The Firm submits that, as demonstrated by this Application, and supporting exhibits to each of the foregoing, the Firm's services were rendered economically and without unnecessary duplication of efforts. In addition, the work involved, and thus the time expended, was carefully assigned in consideration of the experience and expertise required for each particular task.

## ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES

The following statement is provided pursuant to ¶ C.5. of the Appendix B Guidelines.

(a)   **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

{00213529.DOCX 4}
327586.v7

6

**Answer**: NO

(b) **Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer**: N/A

(c) **Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer**: NO

(d) **Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

**Answer**: NO

(e) **Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Answer**: NO

(f) **Question**: If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer**: (i) and (ii)- YES

## NOTICE

Notice of this Application and a copy of this application have been served upon the Chapter 7 Trustee and the Notice Parties. The Firm respectfully submits that, in light of the relief requested, no other or further notice need be provided.

## CONCLUSION

In summary, the Firm respectfully requests that the Court enter an order: (a) approving, on a final basis, all compensation for professional services rendered by the Firm as special tax litigation counsel to the Committee during the Application Period in the amount of $57,377.00 for a total award of $57,377.00; and (b) authorizing and directing the Estate to pay to the Firm from the estate

{00213529.DOCX 4}
327586.v7

7

and amount that the Court deems proper for services rendered and expenses incurred during the Application Period.

DATED: May 18, 2026

TAYLOR NELSON AMITRANO LLP

A. Lavar Taylor
Special Tax Litigation Counsel for the Official
Committee of Unsecured Creditors

{00213529.DOCX 4}
327586.v7

8

## DECLARATION OF A. LAVAR TAYLOR

I, A. Lavar Taylor, declare as follows:

1.    I am the founding partner in the law firm of Taylor Nelson Amitrano LLP, formerly known as the Law Offices of A. Lavar Taylor LLP ("the Firm"), Special Tax Litigation Counsel for the Official Committee of Unsecured Creditors in this case. The following is within my personal knowledge and, if called upon as a witness, I could and would testify competently thereto. I am submitting this declaration in support of the Firm's First and Final Fee Application, Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred (the "Application").

2.    I have reviewed the requirements of Local Rule 2016-1 and believe that the Application complies with the requirements of that rule.

3.    In the ordinary course of its business, the Firm keeps a record of all time expended by its professionals and paraprofessionals in the rendering of professional services on a computerized billing system as follows: at or near the time the professional services are rendered, attorneys and other professionals of the Firm either (i) record in writing on a time sheet the client name and/or internally-assigned matter number, the duration of time expended, and a description of the nature of the services performed, or (ii) input the time record, including the client/matter number, duration of time expended, and description of the nature of the services performed directly into the Firm's computer billing system. For the professionals who record their time on a written time sheet as set forth in (i) above, the information contained on the time sheets is subsequently entered into the Firm's computer billing system. The Firm's's computer billing system computes the time expended by each professional by their applicable billing rate to calculate the associated fee. The Firm conducts its business in reliance on the accuracy of these business records.

4.    The Firm tracks reimbursable expenses in a similar manner as set forth above for professional services (*i.e.*, the Firm enters the expenses into its computer billing system at or around the time the expense is incurred).

{00213529.DOCX 4}
327586.v6

5.      I have reviewed the Firm's monthly fee statements for services rendered in connection with its representation of the Committee in this case, which include detailed time entries and descriptions of reimbursable expenses.

6.      Attached as **Schedule 1** hereto are the firm biographies of the attorneys responsible for services in this case.

7.      I participated in preparing the Application.  To the best of my knowledge, information, and belief, the facts in the Application are true and correct.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of May 2026 in Santa Ana, California.

A. LAVAR TAYLOR

## DECLARATION OF SANDRA McBETH, CHAPTER 7 TRUSTEE

I, Sandra McBeth, declare and state as follows:

1.    I am over the age of eighteen years.

2.    The facts stated herein are within my personal knowledge. If called upon to testify to these facts, I could and would testify competently thereto.

3.    I am the Chapter 7 Trustee in the above-captioned Rajysan, Inc.

4.    I make this Declaration in support of the Final Application for Approval and Allowance of Compensation for Services Rendered of Expenses Incurred ("Fee Application"), by Taylor Nelson Amitrano LLP P ("the Firm") in its capacity as Special Tax Litigation Counsel for the Official Committee of Unsecured Creditors while the case was a Chapter 11 case, seeking compensation and reimbursement of expenses in this case.

5.    I have reviewed the First and Final Fee Application for Compensation and have no objection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 18th, 2026, at _____, California.

_____
SANDRA McBETH CHAPTER 7 TRUSTEE
(TO BE SUPPLIED AT A LATER DATE)

{00213529.DOCX 4}

## EXHIBIT A

### SUMMARY OF HOURS BY PROFESSIONAL
### FOR THE PERIOD MARCH 09, 2022- MAY 18, 2026

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| A. Lavar Taylor | PARTNER | $695-710.00 | 81.4 | $56,625.00 |
| Lisa O. Nelson | PARTNER | $520.00 | 0.1 | $52.00 |
| Daniel W. Soto | ASSOCIATE | $340.00 | 3.7 | $0 |
| Law Clerk | LAW CLERK | $175.00 | 4.0 | $700.00 |

{00213529.DOCX 4}
327586.v6

**EXHIBIT B**

{00213529.DOCX 4}

327586.v6

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | MARCH 31, 2021 |
| Statement No. | 1 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

### Fees Through 03/31/2021

| Date | | Description | Hours | |
|---|---|---|---|---|
| 02/08/2021 | ALT | Begin review of documents in prospective client Rajysan Creditors' Committee. | 0.80 | 556.00 |
| 03/16/2021 | ALT | Review documents supplied by Marshack relating to fraudulent conveyance action against Internal Revenue Service; conference call with Chad Haes and Marshack to discuss the action against the Internal Revenue Service. | 3.80 | 2,641.00 |
| 03/19/2021 | ALT | Call with Chad Haes re: moving forward. | 0.30 | 208.50 |
| 03/29/2021 | ALT | Update with Lisa O. Nelson. | 0.10 | 69.50 |
| | LON | Update with A. Lavar Taylor. | 0.10 | 52.00 |
| | | For Current Services Rendered | 5.10 | 3,527.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 5.00 |
| Lisa O. Nelson | 0.10 |

| | |
|---|---|
| Total Current Due | 3,527.00 |
| BALANCE DUE | $3,527.00 |

PAYMENT IS DUE 04/21/2021

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | APRIL 30, 2021 |
| Statement No. | 2 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | | | | Hours | |
|---|---|---|---|---|---|
| | | Previous Balance from Statement Dated 03/31/2021 | | | $3,527.00 |
| | | **Fees Through 04/30/2021** | | | |
| 04/06/2021 | ALT | Review employment application; review and sign my declaration. | | 0.50 | 347.50 |
| | ALT | Review second amended complaint; review motion for summary judgment. | | 1.50 | 1,042.50 |
| | ALT | Detailed email exchange with Chad Haes regarding statute of limitations issues, Internal Revenue Service's amendment of its claim, and related issues. | | 1.20 | 834.00 |
| 04/07/2021 | ALT | Continuation of email conversation with Chad Haes, re: fraudulent conveyance issues. | | 0.30 | 208.50 |
| 04/09/2021 | ALT | Review deposition subpoenas and discuss same with Chad Haes; telephone call with Najah Shariff re: possible continuance of depositions; follow up email exchange with Chad Haes re: same. | | 0.60 | 417.00 |
| 04/27/2021 | ALT | Call with Chad Haes. | | 0.20 | 139.00 |
| 04/28/2021 | ALT | Review documents and prepare for Deposition of Pete Sahani. | | 6.50 | 4,517.50 |
| 04/30/2021 | ALT | Prepare for and attend deposition of Gurpreet Sahani | | 8.80 | 6,116.00 |
| | | For Current Services Rendered | | 19.60 | 13,622.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 19.60 |

| | |
|---|---|
| Total Current Due | 13,622.00 |
| BALANCE DUE | $17,149.00 |

PAYMENT IS DUE 05/21/2021



# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MAY 31, 2021 |
| Statement No. | 3 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | | | | Hours | |
|---|---|---|---|---|---|
| Previous Balance from Statement Dated 04/30/2021 | | | | | $17,149.00 |

### Fees Through 05/31/2021

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/2021 | ALT | Review of documents provided in response to Internal Revenue Service subpoena and prepare for deposition of Gurpreet Sahani. | 6.50 | 4,517.50 |
| 05/07/2021 | ALT | Prepare for and attend 2nd day of deposition of Pete Sahani. | 6.00 | 4,170.00 |
| | DWS | Deposition of Pete Sahani. | 3.70 | N/C |
| 05/20/2021 | ALT | Telephone call with Chad Haes and prepare for tomorrow's deposition. | 2.00 | 1,390.00 |
| 05/21/2021 | ALT | Prepare for and attend deposition of Rajinder | 7.00 | 4,865.00 |
| 05/24/2021 | ALT | Review documents from state court trial and begin drafting instructions for discovery subpoenas to CPAs and former employees. | 2.00 | 1,390.00 |
| 05/25/2021 | ALT | Research case law re: Rule 30(b)(6) deposition; review and analyze cases; consider how case law affects litigation strategy; | 2.50 | 1,737.50 |
| | ALT | Email exchange with Force 10 re: deposition language; Draft detailed email to Chad Haes re: depositions to be taken and language for both supbpoenas and Rule 30(b)(6) notices. | 2.40 | 1,668.00 |
| 05/26/2021 | ALT | Telephone call with witness; email exchange with Force 10 re: facts of case. | 0.80 | 556.00 |
| | | For Current Services Rendered | 29.20 | 20,294.00 |
| | | Total Non-billable Hours | 3.70 | |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 29.20 |

| | |
|---|---|
| Total Current Due | 20,294.00 |
| **BALANCE DUE** | **$37,443.00** |

PAYMENT IS DUE 06/21/2021

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | JUNE 30, 2021 |
| Statement No. | 4 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | | | | |
|---|---|---|---|---|
| Previous Balance from Statement Dated 05/31/2021 | | | | $37,443.00 |

### Fees Through 06/30/2021

| | | | Hours | |
|---|---|---|---|---|
| 06/09/2021 | ALT | Strategy call with Chad H, Richard M, and Claudia. | 2.30 | 1,598.50 |
| 06/21/2021 | JSL | Conducted legal research to determine whether rules of imputed interest apply to funds obtained by owners, should owners treat funds as a loan. Also, conducted legal research to determine whether any exceptions to the rules of imputed interested applied to the client's case. | 2.00 | 350.00 |
| | JSL | Drafted 7 page research report regarding the application of the rules of imputed interest to client's case. Provided research analysis and results in light of the relevant statutes, cases, provisions, and other listed resources. | 1.00 | 175.00 |
| 06/22/2021 | JSL | Edited and formatted research report regarding imputed interest rules applied to loans between corporation and shareholder. Emailed research report to Partner A. Lavar Taylor. Received research question from Partner A. Lavar Taylor. Conducted additional research on demand loans vs terms loans, and provided typed analysis to Partner A. Lavar Taylor. | 1.00 | 175.00 |
| | ALT | Review memo re: imputed interest and ask follow up questions to Jonathan Taylor. | 0.30 | 208.50 |
| | | For Current Services Rendered | 6.60 | 2,507.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 2.60 |
| Jin Soo Lee | 4.00 |

| | |
|---|---|
| Total Current Due | 2,507.00 |
| BALANCE DUE | $39,950.00 |

PAYMENT IS DUE 07/21/2021

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JULY 31, 2021 |
| Statement No. | 5 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | | | | Hours | |
|---|---|---|---|---|---|
| Previous Balance from Statement Dated 06/30/2021 | | | | | $39,950.00 |
| | | **Fees Through 07/31/2021** | | | |
| 07/01/2021 | ALT | Call with Chad H re: deposition schedule | | 0.20 | 139.00 |
| 07/02/2021 | ALT | Call with Chad H re: deposition strategy. | | 0.20 | 139.00 |
| 07/08/2021 | ALT | Work on deposition outline for Rajinder and send to Chad H. | | 1.50 | 1,042.50 |
| | | For Current Services Rendered | | 1.90 | 1,320.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 1.90 |

| | |
|---|---|
| Total Current Due | 1,320.50 |
| BALANCE DUE | $41,270.50 |

PAYMENT IS DUE 08/21/2021

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | AUGUST 31, 2021 |
| Statement No. | 6 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | | | |
|---|---|---|---:|
| Previous Balance from Statement Dated 07/31/2021 | | | $41,270.50 |

### Fees Through 08/31/2021

| Date | Code | Description | Hours | Amount |
|---|---|---|---:|---:|
| 08/05/2021 | ALT | Review proposed deposition schedule and provide comments to Chad H. | 0.30 | 208.50 |
| 08/26/2021 | ALT | Review emails re: deposition schedules; call with Chad H. | 0.30 | 208.50 |
| | | For Current Services Rendered | 0.60 | 417.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---:|
| A. Lavar Taylor | 0.60 |

| | |
|---|---:|
| Total Current Due | 417.00 |
| BALANCE DUE | $41,687.50 |

PAYMENT IS DUE 09/21/2021

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | SEPTEMBER 30, 2021 |
| Statement No. | 7 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | | | Hours | |
|---|---|---|---|---|
| | | Previous Balance from Statement Dated 08/31/2021 | | $41,687.50 |
| | | **Fees Through 09/30/2021** | | |
| 09/09/2021 | ALT | Review email traffic and related documents re: depositions. | 0.30 | 208.50 |
| 09/22/2021 | ALT | Telephone call with Chad re: upcoming deposition. | 0.30 | 208.50 |
| 09/23/2021 | ALT | Telephone call with Chad re: deposition tomorrow; prepare outline of questions for tomorrow's deposition for Chad. | 2.30 | 1,598.50 |
| 09/24/2021 | ALT | Attend deposition of Curt Meyer. | 5.50 | 3,822.50 |
| | ALT | Follow up conversation with Chad Haes re: Tuesday's depo. | 0.20 | 139.00 |
| 09/28/2021 | ALT | Attend deposition of Anderson. | 5.00 | 3,475.00 |
| | ALT | Call with Chad Haes regarding today's deposition. | 0.20 | 139.00 |
| | | For Current Services Rendered | 13.80 | 9,591.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 13.80 |

| | |
|---|---|
| Total Current Due | 9,591.00 |
| BALANCE DUE | $51,278.50 |

PAYMENT IS DUE 10/21/2021

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
714-546-0445

Rajysan

| | |
|---|---:|
| Statement Date: | OCTOBER 31, 2021 |
| Statement No. | 8 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | | | Hours | |
|---|---|---|---:|---:|
| | | Previous Balance from Statement Dated 09/30/2021 | | $51,278.50 |
| | | **Fees Through 10/31/2021** | | |
| 10/01/2021 | ALT | Review court opinions and ABI analysis of 544(b) case in 10th Circuit; draft email to Chad Haes re: same. | 1.20 | 834.00 |
| 10/03/2021 | ALT | Review email from Chad re: Gurmeet's breach of agreement, etc. | 0.20 | 139.00 |
| | ALT | Review email exchange regarding Internal Revenue Service witness to be produce for depostion. | 0.20 | 139.00 |
| 10/10/2021 | ALT | Review draft motion to compel re: subpoena on Armanino and provide feedback to Chad re: same. | 1.30 | 903.50 |
| 10/20/2021 | ALT | Telephone call with Chad Haes re: 6103 Disclosure issues and his talk with Najah. | 0.20 | 139.00 |
| 10/28/2021 | ALT | Quick review of pleadings filed in opposition to Motion to Compel (0.6); Research case law re: section 6103 and draft email to Chad Haes regarding possible points to make in reply (0.6). | 1.20 | 834.00 |
| | ALT | Review proposed email to Committee and email Chad Haes re: same. | 0.40 | 278.00 |
| | | For Current Services Rendered | 4.70 | 3,266.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 4.70 |

| | |
|---|---:|
| Total Current Due | 3,266.50 |
| BALANCE DUE | $54,545.00 |

PAYMENT IS DUE 11/21/2021

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | NOVEMBER 30, 2021 |
| Statement No. | 9 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | | | Hours | |
|---|---|---|---|---|
| Previous Balance from Statement Dated 10/31/2021 | | | | $54,545.00 |
| | **Fees Through 11/30/2021** | | | |
| 11/10/2021 | ALT | Review interview outline prepared by Chad Haes. | 0.60 | 417.00 |
| 11/17/2021 | ALT | Review proposed stipulation and email comments to Chad Haes. | 0.50 | 347.50 |
| | ALT | Review email from Chad re: conversion of Chapter 11 case and respond to him re: same. | 0.30 | 208.50 |
| | | For Current Services Rendered | 1.40 | 973.00 |

#### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 1.40 |

| | |
|---|---|
| Total Current Due | 973.00 |
| **BALANCE DUE** | **$55,518.00** |

PAYMENT IS DUE 12/21/2021

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | DECEMBER 31, 2021 |
| Statement No. | 10 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 11/30/2021 | $55,518.00 |
| BALANCE DUE | $55,518.00 |

PAYMENT IS DUE 01/21/2022

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JANUARY 31, 2022 |
| Statement No. | 11 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | | |
|---|---|---|
| Previous Balance from Statement Dated 12/31/2021 | | $55,518.00 |

### Fees Through 01/31/2022

| | | | Hours | |
|---|---|---|---|---|
| 01/13/2022 | ALT | Review deposition transcript of potential witness and provide feedback re: same to Chad H. | 0.40 | 286.00 |
| | ALT | Review draft conversion motion and provide feedback to Chad H re: same. | 0.30 | 214.50 |
| 01/27/2022 | ALT | Conference call with CHad H and Judy M regarding case strategy going forward. | 1.40 | 1,001.00 |
| | | For Current Services Rendered | 2.10 | 1,501.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 2.10 |

| | |
|---|---|
| Total Current Due | 1,501.50 |
| BALANCE DUE | $57,019.50 |

PAYMENT IS DUE 02/21/2022

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | FEBRUARY 28, 2022 |
| Statement No. | 12 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 01/31/2022      $57,019.50

BALANCE DUE      $57,019.50

PAYMENT IS DUE 03/21/2022

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MARCH 31, 2022 |
| Statement No. | 13 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | | | Hours | |
|---|---|---|---|---|
| Previous Balance from Statement Dated 02/28/2022 | | | | $57,019.50 |
| **Fees Through 03/31/2022** | | | | |
| 03/03/2022 | ALT | Telephone call with Trustee, Chad Haes and Tim Yoo to discuss strategy going forward. | 0.50 | 357.50 |
| | | For Current Services Rendered | 0.50 | 357.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 0.50 |

| | |
|---|---|
| Total Current Due | 357.50 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 04/21/2022

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | APRIL 30, 2022 |
| Statement No. | 14 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 03/31/2022 | $57,377.00 |
| **BALANCE DUE** | **$57,377.00** |

PAYMENT IS DUE 05/21/2022

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MAY 31, 2022 |
| Statement No. | 15 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 04/30/2022                                $57,377.00

BALANCE DUE                                                                      $57,377.00

PAYMENT IS DUE 06/21/2022

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | JUNE 30, 2022 |
| Statement No. | 16 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---:|
| Previous Balance from Statement Dated 05/31/2022 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 07/21/2022

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JULY 31, 2022 |
| Statement No. | 17 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 06/30/2022 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 08/21/2022

# TAYLOR NELSON AMITRANO LLP

A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

Statement Date:    AUGUST 31, 2022
Statement No.    18
Account No.    3640.00

Page:    1

RE:

Previous Balance from Statement Dated 07/31/2022    $57,377.00

BALANCE DUE    $57,377.00

PAYMENT IS DUE 09/21/2022



# TAYLOR NELSON AMITRANO LLP

A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

Statement Date: SEPTEMBER 30, 2022
Statement No. 19
Account No. 3640.00

Page: 1

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 08/31/2022 | $57,377.00 |
| **BALANCE DUE** | $57,377.00 |

PAYMENT IS DUE 10/21/2022

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | OCTOBER 31, 2022 |
| Statement No. | 20 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 09/30/2022                                           $57,377.00

BALANCE DUE                                                                                                          $57,377.00

PAYMENT IS DUE 11/21/2022

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | NOVEMBER 30, 2022 |
| Statement No. | 21 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 10/31/2022 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 12/21/2022

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | DECEMBER 31, 2022 |
| Statement No. | 22 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 11/30/2022 | $57,377.00 |
| **BALANCE DUE** | **$57,377.00** |

PAYMENT IS DUE 01/21/2023

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JANUARY 31, 2023 |
| Statement No. | 23 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 12/31/2022 | $57,377.00 |
| **BALANCE DUE** | $57,377.00 |

PAYMENT IS DUE 02/21/2023

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | FEBRUARY 28, 2023 |
| Statement No. | 24 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 01/31/2023 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 03/21/2023

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MARCH 31, 2023 |
| Statement No. | 25 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 02/28/2023 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 04/21/2023

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | APRIL 30, 2023 |
| Statement No. | 26 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 03/31/2023 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 05/21/2023

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MAY 31, 2023 |
| Statement No. | 27 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 04/30/2023                                        $57,377.00

BALANCE DUE                                                                                            $57,377.00

PAYMENT IS DUE 06/21/2023

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JUNE 30, 2023 |
| Statement No. | 28 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 05/31/2023 | $57,377.00 |
| **BALANCE DUE** | **$57,377.00** |

PAYMENT IS DUE 07/21/2023

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA  92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JULY 31, 2023 |
| Statement No. | 29 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 06/30/2023                    $57,377.00

BALANCE DUE                                                                                    $57,377.00

PAYMENT IS DUE 08/21/2023



# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | SEPTEMBER 30, 2023 |
| Statement No. | 30 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 07/31/2023 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 10/21/2023

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | OCTOBER 31, 2023 |
| Statement No. | 31 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 09/30/2023 | $57,377.00 |
| **BALANCE DUE** | **$57,377.00** |

PAYMENT IS DUE 11/21/2023

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | NOVEMBER 30, 2023 |
| Statement No. | 32 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 10/31/2023 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 12/21/2023

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | DECEMBER 31, 2023 |
| Statement No. | 33 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 11/30/2023 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 01/21/2024

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JANUARY 31, 2024 |
| Statement No. | 34 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 12/31/2023 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 02/21/2024

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA  92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | FEBRUARY 29, 2024 |
| Statement No. | 35 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 01/31/2024 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 03/21/2024

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA  92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MARCH 31, 2024 |
| Statement No. | 36 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 02/29/2024                    $57,377.00

BALANCE DUE                                                          $57,377.00

PAYMENT IS DUE 04/21/2024

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MARCH 31, 2024 |
| Statement No. | 37 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 03/31/2024 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 04/21/2024

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA  92614*
*714-546-0445*

Rajysan

|  |  |
|---|---|
| Statement Date: | APRIL 30, 2024 |
| Statement No. | 38 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---:|
| Previous Balance from Statement Dated 03/31/2024 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 05/21/2024

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MAY 31, 2024 |
| Statement No. | 39 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 04/30/2024 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 06/21/2024

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JUNE 30, 2024 |
| Statement No. | 40 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 05/31/2024 | $57,377.00 |
| | |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 07/21/2024

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JULY 31, 2024 |
| Statement No. | 41 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 06/30/2024 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 08/21/2024

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | AUGUST 31, 2024 |
| Statement No. | 42 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 07/31/2024                $57,377.00

BALANCE DUE                                                     $57,377.00

PAYMENT IS DUE 09/21/2024

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | SEPTEMBER 30, 2024 |
| Statement No. | 43 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 08/31/2024 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 10/21/2024

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
714-546-0445

Rajysan

Statement Date:     OCTOBER 31, 2024
Statement No.                      44
Account No.                3640.00
Page:        1

RE:

Previous Balance from Statement Dated 09/30/2024                                  $57,377.00

BALANCE DUE                                                                                              $57,377.00

PAYMENT IS DUE 11/21/2024



# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | NOVEMBER 30, 2024 |
| Statement No. | 45 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 10/31/2024 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 12/21/2024

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | DECEMBER 31, 2024 |
| Statement No. | 46 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 11/30/2024 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 01/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

|  |  |
|---|---|
| Statement Date: | JANUARY 31, 2025 |
| Statement No. | 47 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 12/31/2024 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 02/21/2025



# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | FEBRUARY 28, 2025 |
| Statement No. | 48 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 01/31/2025 | $57,377.00 |
| **BALANCE DUE** | **$57,377.00** |

PAYMENT IS DUE 03/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | MARCH 31, 2025 |
| Statement No. | 49 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 02/28/2025                                $57,377.00

BALANCE DUE                                                                                                  $57,377.00

PAYMENT IS DUE 04/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | APRIL 30, 2025 |
| Statement No. | 50 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 03/31/2025 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 05/21/2025

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MAY 31, 2025 |
| Statement No. | 51 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 04/30/2025 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 06/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JUNE 30, 2025 |
| Statement No. | 52 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 05/31/2025                     $57,377.00

BALANCE DUE                                                          $57,377.00

PAYMENT IS DUE 07/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JULY 31, 2025 |
| Statement No. | 53 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 06/30/2025                                        $57,377.00

BALANCE DUE                                                                             $57,377.00

PAYMENT IS DUE 08/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | AUGUST 31, 2025 |
| Statement No. | 54 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 07/31/2025 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 09/21/2025

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA  92614
714-546-0445

Rajysan

Statement Date:  SEPTEMBER 30, 2025
Statement No.                    55
Account No.              3640.00

Page:    1

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 08/31/2025 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 10/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA  92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | OCTOBER 31, 2025 |
| Statement No. | 56 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 09/30/2025                    $57,377.00

BALANCE DUE                                                        $57,377.00

PAYMENT IS DUE 11/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | NOVEMBER 30, 2025 |
| Statement No. | 57 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 10/31/2025 | $57,377.00 |
| | |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 12/21/2025

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JANUARY 1, 2026 |
| Statement No. | 58 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 11/30/2025      $57,377.00

BALANCE DUE      $57,377.00

PAYMENT IS DUE 01/22/2026

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | FEBRUARY 1, 2026 |
| Statement No. | 59 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 01/01/2026                    $57,377.00

BALANCE DUE                                                          $57,377.00

PAYMENT IS DUE 02/22/2026

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | APRIL 1, 2026 |
| Statement No. | 60 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 02/01/2026 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 04/22/2026

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MAY 1, 2026 |
| Statement No. | 61 |
| Account No. | 3640.00 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 04/01/2026 | $57,377.00 |
| BALANCE DUE | $57,377.00 |

PAYMENT IS DUE 05/22/2026

# SCHEDULE 1

## Firm Biographies

A. LAVAR TAYLOR*
LISA O. NELSON
JONATHAN T. AMITRANO
RAMI M. KHOURY
MINH "DENNIS" NGUYEN**
SOEMI B. PHOTAVATH
MICHAEL E. ROMERO
ROBERT M. RUSSELL*
MICHAEL V. SHAW***
DANIEL W. SOTO
RI YU

JAMES M. KAMMAN
OF COUNSEL



**TAYLOR NELSON AMITRANO** LLP
A TAX CONTROVERSY LAW FIRM

TELEPHONE: 714-546-0445
FACSIMILE: 949-474-1058
WWW.TAYLORLAW.COM

SHARLA MAROCCHI
FIRM ADMINISTRATOR

ALSO ADMITTED:
*DISTRICT OF COLUMBIA
**GEORGIA
***ARIZONA

1900 Main Street
Suite 650
Irvine, CA 92614

## FIRM RESUME

TAYLOR NELSON AMITRANO LLP is a law firm specializing in civil and criminal tax controversy work involving both federal and state tax agencies.  The firm's practice includes representation of taxpayers during civil audits, criminal investigations, administrative appeals, all phases of collection, and judicial proceedings in all trial and appellate courts.  The firm also provides advice regarding tax issues related to and arising out of bankruptcy proceedings and counsels clients on the use of the bankruptcy laws to facilitate the handling of existing and potential tax problems.

§        §        §

**ATTORNEYS:**

**A. LAVAR TAYLOR** received his Juris Doctor from Georgetown University Law Center in Washington, D.C., graduating Magna cum laude in 1981.  He received a Bachelor of Arts degree in Political Science from the University of Illinois in Champaign - Urbana, Illinois in 1978, graduating a member of Phi Beta Kappa and cum laude with Departmental Distinction.

Prior to entering private practice in 1989, Mr. Taylor was an Assistant United States Attorney with the Tax Division of the United States Attorney's Office in Los Angeles, California, where he handled a wide variety of federal tax litigation before federal and state courts.  From 1984 through 1987 Mr. Taylor was a trial attorney with IRS District Counsel in Laguna Niguel, California, where he handled Tax Court litigation, criminal tax matters, as well as complex bankruptcy and collection matters.  From 1981 through 1984 Mr. Taylor was an attorney  with the General Litigation Division of the IRS Chief Counsel's Office in Washington, D.C.

Mr. Taylor specializes in handling "tax controversies" of every conceivable type at all administrative and judicial levels.  He also advises clients regarding the "tax aspects" of bankruptcy and insolvency.  His clients include corporate and individual taxpayers, bankruptcy debtors, shareholders and officers of corporate bankruptcy debtors, bankruptcy trustees, and creditors in bankruptcy proceedings.  Mr. Taylor is tax counsel to the bankruptcy law firm of Shulman Bastian Friedman & Bui, LLP.

Mr. Taylor is a past chair of the Committee on Litigation and Procedure of the Tax Section of the California State Bar and was the inaugural chair of the Tax Section's Bankruptcy/Insolvency Committee.  He is also a past chair of the Orange County Bar Association's Commercial Law and Bankruptcy Section.  He is a member of the Tax Section of

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
2 | P a g e

American Bar Association and that section's Administrative Practice Committee. He is also a member of the Orange County Bankruptcy Forum and has served on that organization's Special Projects Committee.

Mr. Taylor was the 2004 recipient of the V. Judson Klein Award from the Tax Section of the California State Bar. This award is given annually to a California tax attorney who exemplifies the qualities of the late V. Judson Klein namely a high level of legal professionalism and zest for life. Mr. Taylor is also the 2013 recipient of the Joanne M. Garvey Award. This Award is given annually to recognize lifetime achievement and outstanding contributions to the field of tax law by a senior member of the California tax bar. Since 2006, Mr. Taylor has been selected by his peers to be included in the Best Attorneys in America in the specialty of tax law.

Mr. Taylor is an adjunct professor at Chapman University Law School, teaching Federal Tax Procedure and Tax Research, and has also served as an adjunct professor at Golden Gate University. He is also founder and director of the Center for the Fair Administration of Taxes, a non-profit organization dedicated to promoting the fair administration of the tax laws. Mr. Taylor is an inaugural member of the Adjunct Faculty in the Tax LLM Program at the University of California, Irvine. Mr. Taylor will run the Appellate Tax Clinic at the UC Irvine Law School, allowing LL.M. candidates to assist in the preparation of Amicus Curiae briefs to be filed in significant tax-related cases. He is a frequent lecturer outside the classroom on bankruptcy tax issues and tax procedure matters. Mr. Taylor has co-authored federal legislative proposals, most recently having authored a proposed revision to the statutory provisions governing the Collection Due Process Appeals and presented that proposal to the Tax Court and Legislative Officials.

§      §      §

**LISA O. NELSON** an extensive background in both federal and state tax controversy matters and is a Certified Specialist in Taxation Law, as designated by the California Board of Legal Specialization. She routinely represents clients facing a wide range of tax issues, including income tax audits, collection actions, international compliance matters, payroll tax disputes, sales tax audits, worker classification audits, and administrative hearings. In addition, Lisa provides sophisticated analysis of complex tax implications for clients considering or undergoing bankruptcy, offering strategic guidance through every stage of the process.

Lisa collaborates with her clients to devise tailored, high-impact strategies aimed at resolving their tax disputes with precision and efficiency. Through her exceptional communication skills and adept navigation of complex bureaucratic systems—including the Internal Revenue Service, Franchise Tax Board, Employment Development Department, California Department of Tax and Fee Administration, and the Office of Tax Appeals—Lisa consistently secures successful outcomes for her clients. Lisa also is experienced in litigating tax matters before various Courts and tribunals, including but not limited to the U.S. Tax Court, Office of Tax Appeals, U.S. District Court, and U.S. Bankruptcy Courts.

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
3 | P a g e

Lisa is dedicated to giving back to the legal community and regularly presents on various tax controversy topics including tax controversy issues that arise within the context of bankruptcy.  She serves as Tax Policy Chair of the California Lawyers Association Women in Tax Committee, and she previously was a Professor at the Dale E. Fowler Chapman School of Law-Chapman University, where she taught Federal Income Tax Research.  Additionally, Lisa previously served as the Chair of the California State Bar Income and Other Taxes Section, as well as the Chair of the Orange County Bar Association Taxation Section, where she was integral in providing education seminars to tax professionals.

Lisa has been recognized as a Southern California Super Lawyer since 2020 for her work and contributions to the tax legal community.  Before her recognition as a Super Lawyer, Lisa was selected as a Southern California Super Lawyer Rising Star.
Ms. Nelson is proficient in Spanish.

§     §     §

**JONATHAN T. AMITRANO** joined the firm in 2014. He has extensive background in federal and state tax controversy and is a Certified Specialist in taxation law by the California Board of Legal Specialization. Jonathan has significant experience representing both individuals and businesses before various tax agencies, including the Internal Revenue Service (IRS), Franchise Tax Board (FTB), the Employment Development Department (EDD), and the California Department of Tax and Fee Administration (CDTFA).

Jonathan regularly represents clients from around the world in complex federal and state tax controversy matters. These include matters relating to civil tax audits, trust fund disputes, offshore and domestic disclosure matters, promoter investigations, appeals hearings, and tax matters pending before various Courts. As a firm that exclusively handles tax controversy matters, Jonathan and his team are able to navigate the largest and most complex tax controversy disputes. Where a tax matter cannot be resolved administratively, Jonathan regularly litigates tax matters before various Courts and tribunals, including the U.S. Tax Court, California Office of Tax Appeals, California Superior Court, U.S. District Court, U.S. Bankruptcy Court, and the U.S. Court of Appeals.

Outside of the civil arena, Jonathan also regularly represents clients facing Federal criminal tax charges. At the State level Jonathan has handled numerous California criminal tax cases, including cases brought by the California TRUE Task Force.

Jonathan has been instrumental in protecting his clients, their businesses, and their livelihoods. He understands the sensitive nature of the cases he handles, and he seeks to resolve these matters as quickly and quietly as possible, with the best possible resolution for his clients.

Jonathan regularly presents on various tax controversy subjects throughout the United States and was named a 2024-2025 John S. Nolan fellow by the American Bar Association. He is a Professor at the Dale E. Fowler Chapman School of Law, where he has taught Federal Tax

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
4 | P a g e

Research and Writing since 2018. Jonathan also previously served as a Professor at University of California San Diego where he taught Tax Controversy.

Jonathan currently serves as the Vice Chair of the American Bar Association, Taxation Section, Tax Collection, Bankruptcy & Workouts Committee. He previously served as the chair of the California Lawyers Association Young Tax Lawyers Committee, and as Vice Chair of the California Lawyers Association Tax Procedure and Litigation committee. Jonathan has been recognized as a Southern California Super Lawyers Rising Star for the past 10 years and is also listed as a Best Lawyers: Ones to Watch.

§     §     §

**RAMI MITRI KHOURY** is a Partner at Taylor Nelson Amitrano LLP who has been recognized as a Southern California Super Lawyers Rising Star for the past two years. Rami has an extensive background in federal and state tax controversy and is a Certified Specialist in taxation law by the California Board of Legal Specialization. He also has significant experience representing both individuals and businesses before various tax agencies, including the Internal Revenue Service (IRS), Franchise Tax Board (FTB), the Employment Development Department (EDD), and the California Department of Tax and Fee Administration (CDTFA).

Rami represents clients from around the world in complex federal and state tax controversy matters. These include matters relating to civil tax audits, trust fund disputes, offshore and domestic disclosure matters, appeals hearings, and tax matters pending before various Courts. As a firm that exclusively handles tax controversy matters, Rami is able to navigate the largest and most complex tax controversy disputes. Where a tax matter cannot be resolved administratively, Rami and his team regularly litigate tax matters before various Courts and tribunals, including the U.S. Tax Court, California Office of Tax Appeals, California Superior Court, U.S. District Court, U.S. Bankruptcy Court, U.S. Court of Federal Claims, California Unemployment Insurance Appeals Board, and the U.S. Court of Appeals. Rami is extremely passionate about protecting his clients, their businesses, and their livelihoods when he represents them administratively before the various tax agencies, courts, and tribunals.

Rami is also very active in the local and national tax community. Rami regularly presents on various tax controversy subjects throughout the United States at American Bar Association Tax conferences, California Lawyers Association webinars, and before other forums. He also currently serves as a member on the California Lawyers Association Taxation Section Executive Committee.

Prior to joining Taylor Nelson Amitrano LLP, Rami worked at Ernst & Young, LLP, where he managed numerous corporate and partnership taxation engagements. During law school he was a member of the UC Davis Tax Law Society and obtained the UC Davis Tax Law Certificate. Rami also handled tax controversy cases for low-income taxpayers on a pro bono basis, as a volunteer at the BOE Tax Appeals Assistance Program.

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
5 | P a g e

§      §      §

**ROBERT M. RUSSELL** joined the firm in 2024 as Senior Counsel, representing clients in federal and state tax examinations, appeals and litigation. He developed an expertise in government enforcement and tax policy while serving in prior government roles with the Internal Revenue Service, Department of Treasury and the U.S. Congress' Joint Committee on Taxation. Prior to joining the firm, Robert worked at a large law firm in Orange County and a boutique tax litigation firm in Washington, D.C. where he focused on tax controversy and tax consulting matters. Robert has extensive experience in international tax matters for both U.S. businesses and individuals operating overseas and foreign investment into the U.S.

Robert graduated from the Georgetown University Law Center with his Master of Laws in Taxation where he also obtained a Certificate in International Taxation. He received his Juris Doctorate from Chicago-Kent College of Law and holds a Bachelor's degree in Accounting from Middle Tennessee State University. Robert also earned a certificate in Comparative Tax Administration and Tax Policy from Harvard University's John F. Kennedy School of Government.

Robert was previously an Adjunct Professor at Georgetown University Law Center's LL.M. program teaching a course on International Tax Controversies. He currently teaches in the University of California – Irvine Graduate Tax Program. Robert provides pro bono services to the Public Law Center's Low-Income Taxpayer Clinic in Santa Ana, CA. For these efforts, he received a 2024 Outstanding Volunteer award by ONEOC.

Robert was previously a Certified Public Accountant (currently inactive) and served as the Chair of the International Tax Technical Resource Panel for the American Institute of Certified Public Accountants (AICPA). Additionally, Robert was previously appointed as Chair of the Federal Bar Association (FBA) Section on Taxation. While in Washington, D.C. he assisted the White House Office of Presidential Personnel in a pro bono capacity by vetting potential presidential appointees for possible tax-related problems and testified before the U.S. House of Representatives Small Business Committee on the international aspects of tax simplification and reform. He is admitted to practice law in California and Washington, D.C.

§      §      §

**MINH V. "DENNIS" NGUYEN** graduated *Magna Cum Laude* with his Juris Doctor from Georgia State University College of Law in 2021 and Master of Law in Taxation from New York University School of Law in 2022. Dennis is admitted to practice law in California and is also a member of Georgia bar.

Dennis is an Associate Attorney at Taylor Nelson Amitrano LLP, where he represents individuals and businesses in a broad range of federal and state tax controversy matters, including audits, appeals, litigation, and collections. His work spans complex tax controversy matters, including business audits and disputes involving conservation easements, micro-captive insurance arrangements, and other high-risk compliance issues.

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
6 | P a g e

Dennis is an active member of the ABA Tax Section, where he helps organize and participate in panels on emerging tax topics.  He also contributes to the California Lawyers Association, preparing regulatory proposals and engaging in advocacy efforts in Washington, D.C.  In addition, he authors articles for national tax publications.

During law school, Dennis represented low-income taxpayers as a student attorney in the Philip C. Cook Low-Income Taxpayer Clinic at Georgia State University. He later pursued advanced tax coursework at New York University School of Law, focusing on corporate, partnership, and international tax.

§        §        §

**SOEMI PHOTAVATH** joined Taylor Nelson Amitrano LLP as a law clerk in 2023 and became an associate attorney with the firm in 2024. Soemi's practice focuses on representing individuals and business entities in court, and before the Internal Revenue Service, the California Franchise Tax Board, the California Employment Development Department, and the California Department of Tax and Fee Administration at all levels of tax controversy.

Soemi obtained a Bachelor of Science in public health from the George Washington University and holds teaching certificates in general science in Washington, DC, and California.

Soemi later attended the University of California, Irvine, School of Law ("UCI"), where she obtained her Juris Doctorate. During her time at UCI, Soemi received the Faculty Award for the highest grade in the Community and Economic Development Clinic, the Startup and Small Business Clinic, and Insurance Law and Policy. She also received the Pro Bono High Honors award for completing over 200 hours of pro bono work before graduation.

Soemi is an active member of the American Bar Association and California Lawyers Association Taxation sections.

§        §        §

**MICHAEL EDDISON ROMERO** joined Taylor Nelson Amitrano LLP as an associate attorney in 2022. Michael's practice involves a variety of tax controversy matters at the federal and state level, including, employment tax, sales and use tax, income tax, residency audits, multistate apportionment issues, and international information return requirements and procedures. Michael has litigated before the United States Tax Court and represented clients in all levels of tax agency administrative procedures. Michael is also an Adjunct Professor of Law at the Chapman University Dale E. Fowler School of Law where he teaches a legal analysis workshop.

Prior to joining Taylor Nelson Amitrano LLP, Michael was a Multistate Tax Associate at Deloitte Tax, LLP, where he handled tax compliance and consulting for multinational corporations and partnerships in the investment management and real estate sectors. He has

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
7 | P a g e

successfully obtained multi-million-dollar tax credits for Fortune 500 companies, and represented ultra-high net worth individuals in tax controversy matters.
Michael graduated with his Juris Doctor from the Chapman University Dale E. Fowler School of Law. Michael also holds two Bachelors of Arts in Criminology and Political Science from the University of California, Irvine.

During his time at Chapman, Michael was heavily involved in many leadership positions. Michael served as President of Moot Court, Competitions Chair of the Alternative Dispute Resolutions (ADR) Competition Board, President of the Corporate Law Society, and Student Director of the Chapman Mentorship Program. Michael was also a First-Generation Student Mentor, Student Ambassador, Academic Fellow for Federal Income Tax, and member of the Student Bar Association.

Michael received numerous awards and academic honors including 3 CALI Excellence for Future Awards, the Tax Law Honors Scholarship, the 2021 ALI-CLE Scholarship and Leadership Award, Excellence Awards in Appellate Advocacy, Negotiation, and Mediation, and an Outstanding Oral Advocate Award in the 2020 National Online Moot Court Competition.

Outside of the legal profession, Michael is committed to giving back to low-income communities. After graduating from law school, Michael founded *Street Light Scholars,* which is an organization dedicated to collecting and donating school supplies to women and children's homeless shelters throughout Southern California. Since 2021, the organization has donated hundreds of backpacks packed with school supplies.

§       §       §

**MICHAEL SHAW** joined Taylor Nelson Amitrano LLP as an associate attorney in December 2025. His practice focuses on federal and state tax controversy. Michael is licensed to practice in Arizona and the District of Columbia; his admission to the State Bar of California is pending.

Before joining the firm, Michael served as a law clerk to the Hon. Mark V. Holmes and the Hon. Kashi Way of the United States Tax Court.

While in law school, Michael won the Federal Bar Association's (FBA) Donald C. Alexander Tax Law Writing Competition for his paper on tax increment financing renegotiations. He has remained involved with the FBA since. He also served as an Articles Editor for the Corporate and Business Law Journal, as President of the International Law Society, and assisted startup businesses as a limited practice student in an entrepreneurship clinic.

§       §       §

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
8 | P a g e

**DANIEL W. SOTO** joined the firm as a law clerk in 2018 and as an associate attorney in November of 2020. He graduated with his Juris Doctor, cum laude, from Chapman University Fowler School of Law in 2020 where he earned a Certificate in Tax Law. During his time at Chapman, Daniel was awarded the Tax Law Honors Scholarship, represented low-income taxpayers in the Chapman Low-Income Taxpayer Clinic, and was a student in the Constitutional Jurisprudence Clinic where he drafted amicus curiae for the United States Supreme Court and aided in litigation in the United States District Court in matters involving Constitutional issues.

Daniel's practice focuses on representing individuals and business entities in court and before the Internal Revenue Service, the California Franchise Tax Board, the California Employment Development Department, and the California Department of Tax and Fee Administration at all levels of tax controversy. He is admitted to practice law in California as a member of the California State Bar. He is also admitted to practice in the United States Tax Court and the United States District Court and Bankruptcy Court, Central District of California.

Daniel is also active in the local tax and legal communities. He serves as co-chair of the Orange County Young Tax Lawyers and OCBA Young Lawyers Division Community Outreach Committee co-chair. Outside the office, Daniel enjoys music, movies, and vacationing with his wife. Their favorite places to travel are national parks and Las Vegas.

§       §       §

**RI YU** joined Taylor Nelson Amitrano LLP as a law clerk in 2023 and became an associate attorney in November 2024. She earned her Juris Doctor from Chapman University Fowler School of Law in 2024, where she also completed a Certificate in Taxation Law.

While at Chapman, Ri represented low-income taxpayers through the Chapman Low-Income Taxpayer Clinic and served as Vice President of the Korean American Law Student Association.

Ri represents individuals and business entities in tax controversies before the Internal Revenue Service, the California Franchise Tax Board, the California Employment Development Department, and the California Department of Tax and Fee Administration, at all stages of tax controversy. She is admitted to practice law in California and before the United States Tax Court.

A native speaker of both Korean and English, Ri is actively involved in both the legal and local communities. She currently serves as the Policy Chair for the Corporate and Pass-Through Entities Committee of the California Lawyers Association. Outside the office, Ri enjoys watching baseball, playing tennis, and rewatching Christopher Nolan films.

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
9 | P a g e

## FIRM ADMINISTRATOR:

**SHARLA MAROCCHI** joined Taylor Nelson Amitrano LLP in 2025. Organization, development, process, and bringing out the best in others are Sharla's passions. Her background includes serving as a firm administrator and paralegal in estate planning, as the director of operations for a specialty pet food company, as the president of a non-profit women-focused trade organization, and in international trade business development. She began her career in publishing in New York City and San Francisco. She has been married for over 20 years and has three wonderful children who she loves to watch and play collegiate volleyball, visit in New York City, and share Italian food.

## ADMINISTRATIVE ASSISTANTS:

**PAMELA SIMPSON** is a Senior Legal Administrator at Taylor Nelson Amitrano LLP, providing administrative and operational support to our firm's attorneys, with a focus on document management, case management, and office coordination. Pam works closely with legal teams to support efficient workflows, and accurate handling of client matters.

Pam brings nearly 40 years of experience in legal administration to our firm. Prior to joining the team, she served as a legal administrator at the Law Office of Cruz Saavedra for over three decades, where she was responsible for file and document management, scheduling, and day-to-day administrative operations in a busy law practice.

Pam's background also includes extensive experience supporting attorneys, managing legal records, and working within established document and case management systems. She is known for her attention to detail, consistency, and deep understanding of the administrative demands of legal practice.

§        §        §

**JENNIFER GONZALEZ** joined the firm in late 2021. She provides assistance to our attorneys in case file management, scheduling, calendaring, and correspondence with clients. Jennifer is fluent in Spanish.

§        §        §

**JANET GUERRERO** joined the firm in 2023. She provides assistance to our attorneys in case file management, scheduling, calendaring, and correspondence with clients. She believes in saving the environment and enjoys recycling. Janet is fluent in Spanish.

§        §        §

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
10 | P a g e

   **CASEY MORAN** joined Taylor Nelson Amitrano LLP in the fall of 2021. Casey is a proud graduate of Hollins University in Roanoke, Virginia where she graduated magna cum laude with a Bachelor of Arts in English Literature and two minors in history and communication studies. Prior to joining the firm, she worked briefly as an administrative assistant at a financial service's firm and spent five years as a director's assistant at a property management company. Casey is an integral part of the firm with strong communication skills and the ability to navigate challenging tasks. She utilizes her educational background and past professional experience to address case related matters effectively, whilst compassionately serving her attorneys and clients.

§　　§　　§

   **ROSA TAPIA** joined the firm in 2014. She provides assistance to our attorneys and in case file management, scheduling conferences, and correspondence with client. She is proficient in legal software programs. Rosa received her Associates of Arts degree from Santa Ana College and Paralegal Certificate from the UCI Extension Program. Rosa is fluent in Spanish.

§　　§　　§

**OF COUNSEL:**

   **JIM KAMMAN** specializes in tax controversy matters at all federal and state administrative and judicial levels. These matters include international tax, estate/gift tax, sales tax, employment tax, criminal tax, corporate and individual audits, all areas of tax collection, and tax court actions.

   Prior to joining Taylor Nelson Amitrano LLP, Jim had his own law firm, and was previously a co-founder of Albrecht & Kamman, as well as a shareholder in the law firm Jackson, DeMarco & Peckenpaugh. Before entering private practice in 1990, he was a special trial attorney for the Office of Chief Counsel, Internal Revenue Service in Laguna Niguel, California, and has won numerous cases in court.

   During his IRS career, Jim served as an attorney and adviser to the District Director and various Internal Revenue Service offices throughout the country for a broad spectrum of Federal tax matters. On behalf of the government, Jim successfully handled thousands of cases in the United States Tax Court, civil and criminal tax fraud, refund litigation and collection matters.

   Jim was a Senior Adjunct Professor at the Golden Gate University's Graduate Tax Program and Adjunct Professor at the University of California, Irvine, Graduate School of Management.

{00056215.DOCX 2}
63072.v3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1900 Main Street, Suite 650, Irvine, CA 92614

**A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED (*SPECIFY*):** <u>FIRST AND FINAL APPLICATION OF TAYLOR NELSON AMITRANO LLP FKA LAW OFFICES OF A. LAVAR TAYLOR, LLP AS SPECIAL TAX LITIGATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED</u> will be served or was served **(a) on the judge in chambers** in the form and manner required by lbr 5005-2(d); and **(b)** in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/18/2026__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Bret D. Allen**    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com
- **Bhagwati Barot**    bbarot@aissolution.com
- **Linda S Blonsley**    blonsleylawecf@gmail.com, joe@blonsleylaw.com;lawbr69955@notify.bestcase.com;lblonsley@blonsleylaw.com
- **Jess R Bressi**    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Cathrine M Castaldi**    ccastaldi@brownrudnick.com
- **Lisa W Chao**    lisa.chao@doj.ca.gov
- **Jacquelyn H Choi**    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Christopher J. Dylla**    Christopher.Dylla@azag.gov
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Brian David Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Jeffrey Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Thomas M Geher**    tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Andrew Goodman**    agoodman@tullylegal.com, Goodman.AndrewR102467@notify.bestcase.com
- **Adam D Grant**    agrant@grantshenon.com, aeichelberger@alpertbarr.com
- **Barbara R Gross**    barbara@bgross.law, luz@bgross.law
- **Chad V Haes**    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com;ldinkins@marshackhays.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Richard E Hettinger**    rhettinger@davidsontroilo.com
- **Stephen E Hyam**    stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **John C Keith**    john.keith@doj.ca.gov
- **Raffi Khatchadourian**    raffi@hemar-rousso.com
- **Mark J Krone**    mk@amclaw.com, maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com
- **Lewis R Landau**    Lew@Landaunet.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                   **F 9013-3.1.PROOF.SERVICE**

- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Craig G Margulies**    craig@marguliesfaithlaw.com,
  Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
- **Judith E Marshack**    jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com
- **Richard A Marshack**    rmarshack@marshackhays.com,
  lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **Monserrat Morales**    Monsi@MarguliesFaithLaw.com,
  Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **John M O'Donnell**    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Carmela Pagay**    ctp@lnbyg.com
- **Dipika Parmar**    dipika.parmar@aissolution.com
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Laura E Robbins**    Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- **Najah J Shariff**    najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Jay M Spillane**    jspillane@spillaneplc.com, cdale@spillaneplc.com;smargetis@spillaneplc.com
- **Don Stecker**
- **Don Stecker**    don.stecker@lgbs.com
- **John M Stern**    bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov
- **Thomas W Stilley**    tstilley@sussmanshank.com, jhume@sussmanshank.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Timothy J Yoo**    TJY@LNBYG.COM

☐ Service information continued on attached page

## 2. **SERVED BY UNITED STATES MAIL**:

On (date) __5/18/2026__ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepai d, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Heather Lynn Anderson**
Deputy Atty General New Jersey
25 Market St
PO Box 106
Trenton, NJ 08625

**Commonwealth of Pennsylvania**
Collections Support Unit
Attn: Deb Secrest
651 Boas Street, Room 702

Harrisburg, PA 17121

**Paul Daly**
213 Talbot Drive
Broomall, PA 19008

**Wayne C. Streitz**
Helmer, Conley & Kasselman, P.A.
181 East Avenue
Woodstown, NJ 08098

☐ Service information continued on attached page

## 3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Rajysan, Inc.
4175 Guardian Street
Simi Valley, CA 93063

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Honorable Judge Deborah J. Saltzman
United States Bankruptcy Court
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/18/2026 | Rosa Tapia | /s/Rosa Tapia |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**