A. Lavar Taylor, Bar No. 129512
ltaylor@taylorlaw.com
TAYLOR NELSON AMITRANO LLP
1900 Main Street, Suite 650
Irvine, CA 92614
(714) 546-0445 Tel
(949) 474-1058 Fax

Special Tax Litigation Counsel for Sandra McBeth, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—NORTHERN DIVISION

In re:

RAJYSAN, INC.,

    Debtor(s).

Case No. 9:17-bk-11363-DS

Chapter 7

**FIRST AND FINAL APPLICATION OF TAYLOR NELSON AMITRANO LLP FKA LAW OFFICES OF A. LAVAR TAYLOR, LLP FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL TAX LITIGATION COUNSEL FOR SANDRA MCBETH, CHAPTER 7 TRUSTEE**

**Hearing**:
Date:    To be set by Court
Time:
Place:

| Basic Information | |
|---|---|
| Name of Applicant: | Taylor Nelson Amitrano LLP FKA Law Offices of A. Lavar Taylor, LLP |
| Name of Client: | Sandra McBeth, Chapter 7 Trustee, |
| Petition Date: | July 29, 2017 |
| Date of Order Approving Employment and Retention: | March 30, 2022 |

{00213529.DOCX 4}
327588.v7

| Interim Application | |
|---|---|
| Time Period Covered: | February, 2022, through April 2025 |
| Total Hours Billed: | 400.3 |
| Total Fees Requested: | $299,448.50 (100%) |
| Total Expenses Requested: | $77.85 (100%) |
| Total Fees and Expenses Requested: | $299,526.35 |
| **Historical** | |
| Fees Paid Pursuant to Monthly Statements: | $0 |
| Expenses Paid Pursuant to Monthly Statements: | $0 |
| Total Fees and Expenses Paid Pursuant to Monthly Statements: | $0 |
| Remainder Between Fees and Expenses Sought for Approval and Fees and Expenses Paid: | $299,526.35 |
| **Related Information and Case Status** | |
| This is a(n): _____ interim __X__ final application. | |

{00213529.DOCX 4}
327588.v7

2

**SECOND AND FINAL FEE APPLICATION OF TAYLOR NELSON AMITRANO LLP
AS SPECIAL TAX COUNSEL TO THE DEBTOR-IN-POSSESSION
(FEBRUARY 09, 2022- MAY 18, 2026)[1]**

| Name | Practice Group (Year Admitted) | Hourly Rate | Total Hours | Fees |
|---|---|---|---|---|
| A. Lavar Taylor | 1987 | $715-835.00 | 339.00 | $265,488.50 |
| Lisa O. Nelson | 2008 | $560-600.00 | 19.2 | $10,804.00 |
| Jonathan T. Amitrano | 2012 | $600.00 | 1.5 | $900.00 |
| Robert M. Russell | 2022 | $675.00 | 31.7 | $19,440.00 |
| Minh Nguyen | 2024 | $380.00 | 3.7 | $1,406.00 |
| Ri Yu (as law clerk) | 2024 | $175.00 | 5.2 | $910.00 |
| *Subtotal* | | | 400.3 | $298,948.50 |
| | | | | |
| **Paraprofessionals** | | | | |
| Rosa Tapia, Administrative Assistant | | $100.00 | 5.0 | $500.00 |
| *Subtotal* | | | 5.0 | $500.00 |
| **Total** | | **$738.00 blended rate[2]** | **405.3** | **$299,448.50** |

---

[1]  This chart reflects fees that were incurred throughout the Application Period.

[2]  The blended rate <u>excluding</u> paraprofessionals is $746.00 per hour.

{00213529.DOCX 4}                                3
327588.v7

**SECOND AND FINAL FEE APPLICATION OF TAYLOR NELSON AMITRANO LLP
AS SPECIAL TAX COUNSEL TO THE DEBTOR-IN-POSSESSION
(FEBRUARY 09, 2022- MAY 18, 2026)**

| Billing Code | Activity | Date | Fees |
|---|---|---|---|
| 3640.00 | FedEx Charges for package sent to US Attorney | 4-26-24 | $77.85 |
| 3640.00 | | | $ |
| 3640.00 | | | $ |
| 3640.00 | | | $ |
| 3640.00 | | | $ |
| | | | |
| **Total** | | | **$77.85** |

{00213529.DOCX 4}

4

327588.v7

A. Lavar Taylor, Bar No. 129512
ltaylor@taylorlaw.com
TAYLOR NELSON AMITRANO LLP
1900 Main Street, Suite 650
Irvine, CA 92614
(714) 546-0445 Tel
(949) 474-1058 Fax

Special Tax Litigation Counsel for Sandra McBeth, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>RAJYSAN, INC.,<br><br>        Debtor(s). | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>**FIRST AND FINAL APPLICATION OF TAYLOR NELSON AMITRANO LLP FKA LAW OFFICE OF A. LAVAR TAYLOR, LLP FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**<br><br>**Hearing:**<br>Date:    To be Set<br>Time:<br>Place: |

**TO THE HONORABLE DEBORAH J. SALTZMAN, SANDRA MCBETH CHAPTER 7 TRUSTEE, AND ALL PARTIES IN INTEREST:**

Taylor Nelson Amitrano LLP fka Law Offices of A. Lavar Taylor LLP ("the Firm"), special tax litigation counsel to Sandra McBeth, the chapter 7 Trustee ("Trustee") in the above-captioned case, hereby submits this Application pursuant to sections 330 and 331 of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California, and this Court's Order entered March 30, 2022 granting the Trustee's application to employ the Firm [Docket No. 701], for allowance of compensation for professional services rendered by the Firm to

{00213529.DOCX 4}
327588.v7

the Trustee for the period from February 22, 2022, through and including April 22, 2025 ("Application Period") in the amount of $293,938.50 in connection with rendering such services to the Trustee during the Application Period and reimbursement of actual and necessary expenses in the amount of $77.85 incurred by the Firm during the Application Period.

In support of this Application, the Firm respectfully represents as follows:

## **BACKGROUND**

On July 29, 2017, the Debtor Rajysan, Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code[1] with this Court. Thereafter, an Official Committee of Unsecured Creditors ("the Committee") was formed. The Committee thereafter retained Marshack Hays Wood LLP as its litigation counsel. The Committee then pursued on behalf of the Bankruptcy Estate several fraudulent conveyance actions for millions of dollars, including a fraudulent conveyance action against the United States on behalf of the IRS and other tax agencies.

The circumstances leading up to the filing of the Chapter 11 petition by Rajysan, the creation of the Committee, and the Committee's pursuit of the adversary proceedings against the IRS and LA County through its litigation counsel, Marshack Hays Wood LLP, the later conversion of the bankruptcy case to Chapter 7, the U.S. Supreme Court's overruling of a key Ninth Circuit case that permitted the IRS to be sued under section 544 of the Bankruptcy Code for fraudulent conveyances, and the settlement of the adversary proceedings brought against the taxing authorities, are all described in the concurrently filed fee application of the Committee's litigation counsel, Marshack Hays Wood LLP, The Firm incorporates herein by reference the background discussion contained in the fee application of Marshack Hays Wood LLP. See Local Rule 2016-1(a)(1)(A)(iv).

On April 6, 2021, the Committee filed an application to employ the undersigned Firm as special tax litigation counsel [Docket #626], which was approved by this Court's order dated April 27, 2021 [Docket #632].

The Chapter 11 case was converted to Chapter 7 by Order entered on April 14, 2022 [Docket #666]. Thereafter, the Trustee employed the Firm as Special Tax Litigation Counsel by Court Order

---

[1] Unless specified otherwise, all references to "section" used herein are to the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, as amended.

{00213529.DOCX 4}                                        2
327588.v7

entered on March 30, 2022 [Docket No. 701] to continue prosecuting the pending adversary proceedings against the IRS and LA County. At the time of the conversion, the existing Ninth Circuit case that permitted the IRS to be sued for a fraudulent conveyance under section 544 of the Bankruptcy Code remained good law.

The Firm continued to assist in the prosecution of the adversary proceedings, taking/defending multiple depositions, including expert witness depositions. The Firm assisted in the preparation of the Trustee's Motion for Summary Judgment and in responding to the defendants' motions for partial summary judgment.

On March 26, 2025 2025, while the parties Motions for (partial) summary judgment were pending before this Court, the Supreme Court issued and opinion in *United States v. Miller,* 604 U.S. 518 (2025), overruling the existing Ninth Circuit case law permitting the IRS to be sued for fraudulent conveyance under section 544 of the Code. The effect of the Supreme Court's ruling was to gut the ability of the Trustee to obtain a large recovery against the IRS. Thereafter, the adversary proceedings against the IRS and LA County settled for modest amounts. The Firm's work in the case ceased shortly after the Supreme Court issued its opinion in *United States v. Miller, supra.* The only fees incurred since that date are the fees associated with the preparation and submission of the Firm's Fee Applications.

On April 27, 2026, following the approval and consummation of settlements of the adversary proceedings, the Chapter 7 Trustee filed the Notice to Professionals to File Application for Compensation [Docket No. 794], which provides retained professionals the opportunity to submit their final fee applications.

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

{00213529.DOCX 4}
327588.v7

3

## RETENTION OF THE FIRM AND BILLING HISTORY

On March 30, 2022, the Court issued its Order Granting Trustee's Motion to employ the Firm as the Trustee's Special Tax Litigation Counsel.   The Retention Order authorized the Firm to receive compensation and expense reimbursement subject to approval of this Court pursuant to 11 U.S.C. §§ 330 or 331.

The Firm was retained to provide expertise and assistance in prosecuting adversary proceedings against United States, on behalf of the Internal Revenue Service ("IRS"), and the Los Angeles County Tax Collector ("LA County") in  fraudulent conveyance actions brought to recover millions of dollars of pre-petition payments paid directly by the Debtor, Rajysan, Inc.,("the Debtor") to the IRS and the County to pay the personal tax obligations of the Debtor's insiders/officers/shareholders ("principals"). At the time the Firm was retained, existing Ninth Circuit case law permitted a recovery against the IRS under a fraudulent conveyance theory under section 544 of the Bankruptcy Code for payments made by the Debtor to the IRS (and LA County) for the benefit of the Debtor's principals.

The adversary was made more complicated by the fact that the Debtor's principals intervened in the adversary proceedings brought against the IRS and LA County.

. The Firm has staffed its team leanly, with one core attorney: A. Lavar Taylor. During the period of time covered by this Application, Mr. Taylor billed approximately 85% of the Firm's hours (344 hours out of 405.3 hours) devoted to this matter.

The Firm has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

No promises have been received by the Firm or any member thereof as to compensation in connection with this chapter 7 case other than in accordance with the provisions of the Bankruptcy Code.

{00213529.DOCX 4}
327588.v7

4

## RELIEF REQUESTED

By this Application, the Firm seeks an order: (a) approving, on a final basis, all compensation for professional services rendered by the Firm as special tax litigation counsel to the Chapter 7 Trustee during the Application Period in the amount of $299,448.50 and reimbursement of all expenses incurred in connection with such services in the amount of $77.85, for a total award of $299,526.35 (the "Total Application Request"); and (b) authorizing and directing the Estate to pay to the Firm from the estate such amount as the Court deems appropriate for services rendered and expenses incurred during the Application Period.

The Firm's understanding is that the Estate does not currently have sufficient cash assets to pay all administrative expenses in full.

## SUMMARY OF SERVICES RENDERED

By way of background, the Firm took the following actions during the period of time covered by the application for compensation for work performed for the Official Committee of Unsecured Creditors, prior to the conversion of the case to Chapter 7. First, the Firm "got up to speed," becoming familiar with the factual background of the litigation and the causes of action being pursued in the litigation. The Firm also worked with the Committee's litigation counsel to develop a strategy for conducting discovery and assisted in taking four depositions. The Firm also laid the groundwork for taking depositions of the CPA's who involved in advising Rajysan and its principals and who prepared income tax returns for both Rjaysan and its principals.  The Firm's work for the Committee ceased when the Chapter 11 bankruptcy case was converted to Chapter 7.

Following the conversion of the case to Chapter 7, the Firm continued its work in the adversary proceedings. The firm took the lead in taking and defending a total of twelve depositions. This included depositions of three different CPA's who provided accounting services to the Debtor and/or the Debtor's principals and who prepared tax returns for the Debtor and/or the Debtor's principals, plus a Rule 30(b)(6) representative of the key accounting firm (Armanino) used by the Debtor and the Debtor's principals. The depositions of the CPA's involved the review of thousands

{00213529.DOCX 4}
327588.v7

5

of pages of documents produced by the CPA firms in response to deposition subpoenas, prior to taking the actual depositions.

The Firm also took the lead in taking two additional depositions of percipient witnesses and assisted in deposing two other percipient witnesses.

The Firm prosecuted/defended a total of six expert depositions. Preparation for four of these depositions included reviews of detailed expert witness reports submitted by the defendants, along with review of the various exhibits relied upon by these experts.

The Firm was actively involved in the selection of one of the expert witnesses relied upon by the Trustee and defended two depositions of the Trustee's expert witnesses.

The Firm also engaged various informal discovery, including interviews of potential witnesses. The firm also performed legal research where necessary to address legal issues.

The Firm assisted regular litigation counsel in preparing the Trustee's Motion for Summary Judgment and in preparing oppositions to the defendants' Motion for (Partial) Summary Judgment.

The Firm's expertise in reviewing and understanding tax returns, documents used to prepare tax returns, and related financial statements was of particular value in this matter. Financial information, including the information on the tax returns, was a key part of the evidence in this matter.

Time incurred by each professional and paraprofessional during the Application Period, and a summary of the time incurred is referenced in the summary pages included above, with a summary of the time incurred followed by detailed time entries attached hereto as **Exhibit A** and **Exhibit B**, respectively. The time sheets do not reflect the following time incurred in preparing the Firm's Fee Application. That time consists of 5.0 hours spent by paralegal Rosa Tapia in assisting the preparation of the Fee Application and 5.0 hours spent by attorney A. Lavar Taylor preparing the Fee Application. These hours are included in the attached summary.

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED

Reimbursement of expenses in the amount of $77.85 is sought herein.

{00213529.DOCX 4}                                   6
327588.v7

## BASIS FOR RELIEF

The professional services rendered by the Firm have required a high degree of professional competence and expertise to address, with skill and dispatch, the issues presented by the litigation against the IRS and LA County. The services rendered to the Committee were performed efficiently, effectively, and economically. Unfortunately, after the bankruptcy case was converted to Chapter 7 and after the parties had filed cross-motions for (partial) summary judgment, the U.S. Supreme Court later overruled the Ninth Circuit opinion which permitted the adversary proceeding to be brought against the United States on behalf of the IRS under section 544 of the Bankruptcy Code. As a result, the litigation against both the IRS and LA County was ultimately settled for small amounts.

The allowance of final compensation for services rendered and reimbursement of expenses in chapter 7 cases is expressly provided for in section 331 of the Bankruptcy Code:

> [A] debtor's attorney, or any professional person . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

Section 330(a)(3), in turn, provides that:

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

{00213529.DOCX 4}
327588.v7

The Firm respectfully submits that the hourly rates for its professionals and paraprofessionals, and the number of hours worked by its professionals and paraprofessionals, are reasonable and appropriate in view of the circumstances of this case.

The total time spent by the Firm's attorneys and paraprofessionals during the Application Period was 400.3 hours and has a fair market value of $293,938.50. The Firm submits that, as demonstrated by this Application filed by the Firm and supporting exhibits to each of the foregoing, the Firm's services were rendered economically and without unnecessary duplication of efforts. In addition, the work involved, and thus the time expended, was carefully assigned in consideration of the experience and expertise required for each particular task.

## ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES

The following statement is provided pursuant to ¶ C.5. of the Appendix B Guidelines.

(a) **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Answer**: NO

(b) **Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer**: N/A

(c) **Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer**: NO

(d) **Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

**Answer**: NO

(e) **Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Answer**: NO

{00213529.DOCX 4}
327588.v7

8

(f) **Question**: If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer**: NO

## NOTICE

Notice of this Application and a copy of this application have been served upon the Debtor-in-Possession and the Notice Parties. Taylor Nelson Amitrano LLP respectfully submits that, in light of the relief requested, no other or further notice need be provided.

## CONCLUSION

In summary, Taylor Nelson Amitrano LLP respectfully requests that the Court enter an order: (a) approving, on a final basis, all compensation for professional services rendered by Taylor Nelson Amitrano LLP as special tax counsel to the Debtor-in-Possession during the Application Period in the amount of $299,448.50 and reimbursement of all expenses incurred in connection with such services in the amount of $77.85, for a total award of $299,526.35 and (b) authorizing and directing the Estate to pay to the Firm from the Estate an amount that the Court deems proper for services rendered and expenses incurred during the Application Period.

DATED: May 18, 2026

TAYLOR NELSON AMITRANO LLP

A. Lavar Taylor
Special Tax Counsel for Sandra McBeth, Chapter 7 Trustee

{00213529.DOCX 4}
327588.v7

9

## DECLARATION OF A. LAVAR TAYLOR

I, A. Lavar Taylor, declare as follows:

1.      I am the founding partner in the law firm of Taylor Nelson Amitrano LLP fka The Law Offices of A. Lavar Taylor LLC ("the Firm"), Special Tax Litigation Counsel for Sandra McBeth, the Chapter 7 Trustee in this case.  The following is within my personal knowledge and, if called upon as a witness, I could and would testify competently thereto.  I am submitting this declaration in support of the First and Final Fee Application of the Firm for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred (the "Application").

2.      I have reviewed the requirements of Local Rule 2016-1 and believe that the Application complies with the requirements of that rule.

3.      In the ordinary course of its business, the Firm keeps a record of all time expended by its professionals and paraprofessionals in the rendering of professional services on a computerized billing system as follows: at or near the time the professional services are rendered, attorneys and other professionals of the Firm either (i) record in writing on a time sheet the client name and/or internally-assigned matter number, the duration of time expended, and a description of the nature of the services performed, or (ii) input the time record, including the client/matter number, duration of time expended, and description of the nature of the services performed directly into the Firm's computer billing system.  For the professionals who record their time on a written time sheet as set forth in (i) above, the information contained on the time sheets is subsequently entered into Taylor Nelson Amitrano LLP's computer billing system.  The Firm's computer billing system computes the time expended by each professional by their applicable billing rate to calculate the associated fee. The Firm conducts its business in reliance on the accuracy of these business records.

4.      The Firm tracks reimbursable expenses in a similar manner as set forth above for professional services (*i.e.*, the Firm enters the expenses into its computer billing system at or around the time the expense is incurred).

{00213529.DOCX 4}
327588.v7

5.      I have reviewed the Firm's monthly fee statements for chapter 7 services rendered in connection with its representation of the debtor-in-possession in this case, which include detailed time entries and descriptions of reimbursable expenses.

6.      Attached as **Schedule 1** hereto are the firm biographies of the attorneys responsible for services in this case.

7.      I participated in preparing the Application. To the best of my knowledge, information, and belief, the facts in the Application are true and correct.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of May 2026 in Santa Ana, California.

_____
A. LAVAR TAYLOR

{00213529.DOCX 4}
327588.v7

2

## DECLARATION OF SANDRA McBETH, CHAPTER 7 TRUSTEE

I, Sandra McBeth, declare and state as follows:

1.      I am over the age of eighteen years.

2.      The facts stated herein are within my personal knowledge. If called upon to testify to these facts, I could and would testify competently thereto.

3.      I am the Chapter 7 Trustee in the above-captioned Rajysan, Inc.

4.      I make this Declaration in support of the Final Application for Approval and Allowance of Compensation for Services Rendered of Expenses Incurred ("Fee Application"), by Taylor Nelson Amitrano LLP P ("the Firm") in its capacity as Special Tax Litigation Counsel, seeking compensation and reimbursement of expenses in this case.

5.      I have reviewed the First and Final Fee Application for Compensation and have no objection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on May 18th, 2026, at _____, California.


_____
SANDRA McBETH CHAPTER 7 TRUSTEE
(TO BE SUPPLIED LATER)

{00213529.DOCX 4}

## EXHIBIT A

## SUMMARY OF HOURS BY PROFESSIONAL
## FOR THE PERIOD MARCH 09, 2022- MAY 18, 2026

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| A. Lavar Taylor | PARTNER | $715.00-835.00 | 339.00 | $265,488.50 |
| Lisa O. Nelson | PARTNER | $560.00-600.00 | 19.2 | $10,804.00 |
| Jonathan T. Amitrano | PARNTER | $600.00 | 1.5 | $900.00 |
| Robert M. Russell | ASSOCIATE | $675.00 | 31.7 | $19,400.00 |
| Minh "Dennis" Nguyen | ASSOCIATE | $380.00 | 3.7 | $1,406.00 |
| Ri Yu | ASSOCIATE | $175.00 | 5.2 | $910.00 |
| Rosa Tapia | ADMINISTRATIVE ASSISSTANT | $100.00 | 5.0 | $500.00 |

{00213529.DOCX 4}
327588.v7

**EXHIBIT B**

{00213529.DOCX 4}
327588.v7

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MARCH 31, 2022 |
| Statement No. | 2 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 02/28/2022 | $500.50 |

### Fees Through 03/31/2022

| | | | Hours | |
|---|---|---|---|---|
| 03/08/2022 | ALT | Review application to be employed, including my declaration, and send comments to Chad Haes re: same. | 0.50 | 357.50 |
| | | For Current Services Rendered | 0.50 | 357.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 0.50 |

| | |
|---|---|
| Total Current Due | 357.50 |
| BALANCE DUE | $858.00 |

PAYMENT IS DUE 04/21/2022

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | APRIL 30, 2022 |
| Statement No. | 3 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 03/31/2022                                    $858.00

### Fees Through 04/30/2022

| | | | Hours | |
|---|---|---|---|---|
| 04/25/2022 | ALT | Discuss tax return issue and related matters with Chad | 0.20 | 143.00 |
| | | For Current Services Rendered | 0.20 | 143.00 |

#### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 0.20 |

Total Current Due                                                                          143.00

BALANCE DUE                                                                              $1,001.00

PAYMENT IS DUE 05/21/2022

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MAY 31, 2022 |
| Statement No. | 4 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | | | |
|---|---|---|---|---|
| Previous Balance from Statement Dated 04/30/2022 | | | | $1,001.00 |

### Fees Through 05/31/2022

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/2022 | ALT | Call with Chad Haes regarding deposition of NJ CPA. | 0.20 | 143.00 |
| 05/27/2022 | ALT | Call with Marshack and Chad Haes to discuss strategy going forward (0.5); Initial search for and review of case law re: taxes on income from flow through entity falling on shareholders or LLC members where S corporation or LLC is in bankruptcy and draft detailed email to Marshack and Chad Haes to kick off research project. | 1.70 | 1,215.50 |
| 05/29/2022 | ALT | Initial review of first round of discovery issued to LA County and responses thereto. | 0.90 | 643.50 |
| | ALT | Review initial discovery round sent to Internal Revenue Service. | 0.40 | 286.00 |
| | | For Current Services Rendered | 3.20 | 2,288.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 3.20 |

| | |
|---|---|
| Total Current Due | 2,288.00 |
| BALANCE DUE | $3,289.00 |

PAYMENT IS DUE 06/21/2022



# TAYLOR NELSON AMITRANO LLP
### A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JUNE 30, 2022 |
| Statement No. | 5 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | |
|---|---|---:|
| Previous Balance from Statement Dated 05/31/2022 | | $3,289.00 |

### Fees Through 06/30/2022

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 06/02/2022 | ALT | Review discovery responses from Internal Revenue Service. | 2.10 | 1,501.50 |
| 06/03/2022 | ALT | Complete review and analysis of discovery responses of Internal Revenue Service to entire initial round of discovery (0.8); telephone call with Chad Haes to discuss discovery issues, deposition issues, etc. (0.5); Begin outline for additional discovery for Internal Revenue Service (1.4). | 2.70 | 1,930.50 |
| 06/09/2022 | ALT | Review email traffice re: depositions, etc and deposition notice. | 0.30 | 214.50 |
| 06/10/2022 | ALT | Call with Chad etc. to discuss work to be done; deposition scheduling and research results. | 0.40 | 286.00 |
| | ALT | Draft additional discovery for Internal Revenue Service. | 1.00 | 715.00 |
| | | For Current Services Rendered | 6.50 | 4,647.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 6.50 |

| | |
|---|---:|
| Total Current Due | 4,647.50 |
| **BALANCE DUE** | **$7,936.50** |

PAYMENT IS DUE 07/21/2022



# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JULY 31, 2022 |
| Statement No. | 6 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 06/30/2022 | $7,936.50 |

### Fees Through 07/31/2022

| Date | | | Description | Hours | |
|---|---|---|---|---|---|
| 07/08/2022 | ALT | | Call with Chad to discuss latest developments including depositions. | 0.30 | 214.50 |
| 07/11/2022 | ALT | | Review documents sent by Morganstern to prepare for deposition. | 2.50 | 1,787.50 |
| 07/12/2022 | ALT | | Prepare for Morgenstern Deposition (3.4); call with Chad Haes to discuss strategy (0.9). | 4.30 | 3,074.50 |
| 07/13/2022 | ALT | | Prepare for and attend Morgenstern Deposition. | 4.20 | 3,003.00 |
| 07/19/2022 | ALT | | Review draft protective order and note issues for discussion with Chad. | 0.90 | 643.50 |
| | ALT | | Call with Chad to discuss edits to protecctive order. | 0.40 | 286.00 |
| | ALT | | Review revised protective order and email traffice between Chad H and Tim Y. | 0.20 | 143.00 |
| | ALT | | Draft language for declaration and send to Chad; review and sign declaration. | 0.30 | 214.50 |
| 07/26/2022 | ALT | | Prepare for tomorrow's deposition of Dhopade, including review of documents. | 2.90 | 2,073.50 |
| 07/27/2022 | ALT | | Prepare for and conduct deposition of Dhopade. | 5.10 | 3,646.50 |
| 07/29/2022 | ALT | | Call with Chad Haes to discuss work to be done in the near future and case strategy. | 0.50 | 357.50 |
| | | | For Current Services Rendered | 21.60 | 15,444.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 21.60 |

| | |
|---|---|
| Total Current Due | 15,444.00 |

Rajysan

BALANCE DUE                                                                                      $23,380.50



# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | AUGUST 31, 2022 |
| Statement No. | 7 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 07/31/2022 | $23,380.50 |

### Fees Through 08/31/2022

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/03/2022 | ALT | Review exhibits sent by Chad and prepare for Goodman Deposition; detailed email to Chad re: same. | 3.10 | 2,216.50 |
| 08/04/2022 | ALT | Final preparationf for depo of attorney Goodman and conduct depo. | 3.70 | 2,645.50 |
| 08/19/2022 | ALT | Update and strategy call with Chad Haes. | 0.30 | 214.50 |
| | | For Current Services Rendered | 7.10 | 5,076.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 7.10 |

| | |
|---|---|
| Total Current Due | 5,076.50 |
| BALANCE DUE | $28,457.00 |

PAYMENT IS DUE 09/21/2022

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

Statement Date:   SEPTEMBER 30, 2022
Statement No.                    8
Account No.                3640.01
Page:        1

RE:

Previous Balance from Statement Dated 08/31/2022                                                 $28,457.00

BALANCE DUE                                                                                      $28,457.00

PAYMENT IS DUE 10/21/2022



# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | OCTOBER 31, 2022 |
| Statement No. | 9 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 09/30/2022     $28,457.00

### Fees Through 10/31/2022

| Date | | Description | Hours | |
|---|---|---|---|---|
| 10/27/2022 | ALT | Review email traffic re: hearing and production of tax records. | 0.40 | 286.00 |
| 10/28/2022 | ALT | Review lengthy email correspondence re: production of tax documents; call with Chad H re: status. | 0.50 | 357.50 |
| | | For Current Services Rendered | 0.90 | 643.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 0.90 |

Total Current Due     643.50

BALANCE DUE     $29,100.50

PAYMENT IS DUE 11/21/2022



# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | NOVEMBER 30, 2022 |
| Statement No. | 10 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:


Previous Balance from Statement Dated 10/31/2022                    $29,100.50


BALANCE DUE                                                        $29,100.50


PAYMENT IS DUE 12/21/2022



## TAYLOR NELSON AMITRANO LLP
### A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | DECEMBER 31, 2022 |
| Statement No. | 11 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 11/30/2022 | $29,100.50 |

### Fees Through 12/31/2022

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/2022 | ALT | Call with Chad Haes to discuss latest developments and deposition strategy. | 0.60 | 429.00 |
| 12/12/2022 | ALT | Conference call with Client and co-counsel regarding case strategy. | 0.70 | 500.50 |
| 12/13/2022 | ALT | Review draft list of topics for deposition of Armanino, provide significant edits re: same and send to Chad with comments. | 1.50 | 1,072.50 |
| | ALT | Review email from Chad re: Internal Revenue Service deposition and provide comments to him re: same. | 0.30 | 214.50 |
| 12/17/2022 | ALT | Begin reviewing documents produced by Armanino CPA firm. | 2.00 | 1,430.00 |
| 12/22/2022 | ALT | Call with Chad Haes regarding review of Armanino document production and Adam Grant Subpoena. | 0.20 | 143.00 |
| | | For Current Services Rendered | 5.30 | 3,789.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 5.30 |

| | |
|---|---|
| Total Current Due | 3,789.50 |
| BALANCE DUE | $32,890.00 |

PAYMENT IS DUE 01/21/2023

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JANUARY 31, 2023 |
| Statement No. | 12 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | |
|---|---|---:|
| Previous Balance from Statement Dated 12/31/2022 | | $32,890.00 |

### Fees Through 01/31/2023

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 01/03/2023 | ALT | Review email chain Between Adam Grant and Chad re: subpoena on Adam's firm (0.2); call with trustee and co-counsel to discuss strategy for dealing with motion to quash. | 1.00 | 750.00 |
| 01/04/2023 | ALT | Review email traffic between Adam Grant and Chad Haes and follow up calls with Chad re: resolution of Motion to Quash. | 0.80 | 600.00 |
| 01/05/2023 | ALT | Review draft stipulation and provide feedback to Chad Haes. | 0.40 | 300.00 |
| 01/20/2023 | ALT | Review email traffic between Chad H and other counsel (0.3); Call with Chad to discuss deposition issues (0.2). | 0.50 | 375.00 |
| 01/23/2023 | ALT | Research and review case law on Rule 30(b)(6) dealing with duty to contact former employees and whether former employee can be designated as representative under that rule; email case law and my thoughts re: same to Chad. | 1.20 | 900.00 |
| 01/26/2023 | ALT | Review email traffic re: production of representation agreements; Call with Chad to discuss strategy for dealing with representation agreements. | 0.40 | 300.00 |
| | | For Current Services Rendered | 4.30 | 3,225.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 4.30 |

| | |
|---|---:|
| Total Current Due | 3,225.00 |
| BALANCE DUE | $36,115.00 |

PAYMENT IS DUE 02/21/2023

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

Statement Date: FEBRUARY 28, 2023
Statement No. 13
Account No. 3640.01
Page: 1

RE:

| | | | | |
|---|---|---|---|---|
| Previous Balance from Statement Dated 01/31/2023 | | | | $36,115.00 |

### Fees Through 02/28/2023

| | | | Hours | |
|---|---|---|---|---|
| 02/15/2023 | ALT | Call with Chad to discuss strategy. | 0.30 | 225.00 |
| 02/26/2023 | ALT | Review and analyze documents from Armanino document production. | 12.50 | 9,375.00 |
| 02/27/2023 | ALT | Review and analyze documents produced by Armanino | 7.80 | 5,850.00 |
| | | For Current Services Rendered | 20.60 | 15,450.00 |

#### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 20.60 |

| | |
|---|---|
| Total Current Due | 15,450.00 |
| BALANCE DUE | $51,565.00 |

PAYMENT IS DUE 03/21/2023

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

|  |  |
|---|---|
| Statement Date: | MARCH 31, 2023 |
| Statement No. | 14 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---:|
| Previous Balance from Statement Dated 02/28/2023 | $51,565.00 |

### Fees Through 03/31/2023

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/01/2023 | ALT | Review documents produced by Armanino. | 8.50 | 6,375.00 |
| 03/02/2023 | LON | Discuss review of documents produced by Armanino with A. Lavar Taylor (.3); and start review of documents (2). | 2.30 | 1,288.00 |
| | ALT | Review documents provided by Armanino (2.5)  draft email to Chad re: documents that we don't have (.5), discuss case with Lisa O. Nelson (0.3). | 3.30 | 2,475.00 |
| 03/03/2023 | ALT | Discuss summaries with Lisa O. Nelson | 0.40 | 300.00 |
| | LON | Start review of Rajysan Armanino documents. | 2.50 | 1,400.00 |
| 03/04/2023 | LON | Continue review documents from Armanino document production. | 4.60 | 2,576.00 |
| | LON | Draft memo and email re: review of documents from Armanino. | 1.50 | 840.00 |
| 03/08/2023 | ALT | Quick review of Lisa O. Nelson's addition to inventory of documents produced by Armanino and forward same to Chad Haes with my comments (0.5); follow up call with Chad (0.2). | 0.70 | 525.00 |
| | ALT | Prepare for Rickert Deposition | 1.00 | 750.00 |
| 03/09/2023 | ALT | Prepare for Rickert deposition. | 6.60 | 4,950.00 |
| | LON | Gather documents to discuss with A. Lavar Taylor (.4); meeting with A. Lavar Taylor to discuss documentation to organize for deposition (.2); and gather relevant documentation for deposition as well as put together an outline of the relevant documentation in chronological order (3.4). | 3.40 | 1,904.00 |
| 03/15/2023 | ALT | Telephone call with Chad regarding upcoming deposition and  related matters (0.3); review draft email and provide feedback re: same to Chad. | 0.60 | 450.00 |
| 03/17/2023 | ALT | Review email traffic re: Pete Sahani deposition and call with Chad re: same. | 0.40 | 300.00 |
| 03/22/2023 | ALT | Review draft declaration for Internal Revenue Service sent by Chad; draft detailed email to Chad re: my thoughts on the draft and related issues. | 1.30 | 975.00 |
| | ALT | Review email traffice between Chad and Sahanis' counsel and email from Chad to Trustee. | 0.40 | 300.00 |

Rajysan

|            |     |                                                                                                                          | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            | ALT | Review emails involving former counsel sent by Chad and provide Chad with initial feedback re: possible additional depositions. | 0.30  | 225.00   |
| 03/23/2023 | ALT | Think about strategy for dealing with counsel witness and call with Chad re: same.                                        | 0.40  | 300.00   |
| 03/28/2023 | ALT | Review email exchange between Chad and Najah Shariff on discovery issues; call with Chad re: same.                        | 0.40  | 300.00   |
|            |     | For Current Services Rendered                                                                                             | 38.60 | 26,233.00 |

Recap of Hours

| Timekeeper     | Hours |
|----------------|-------|
| A. Lavar Taylor | 24.30 |
| Lisa O. Nelson  | 14.30 |

Total Current Due                                                                           26,233.00

BALANCE DUE                                                                                $77,798.00

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | APRIL 30, 2023 |
| Statement No. | 15 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | | Hours | |
|---|---|---|---:|---:|
| | | Previous Balance from Statement Dated 03/31/2023 | | $77,798.00 |
| | | **Fees Through 04/30/2023** | | |
| 04/18/2023 | ALT | Review documents and list of areas of questions sent by Chad H. regarding Thursday's interview of former counsel for Rajysan, and provide feedback via email and phone call re: same. | 1.10 | 825.00 |
| 04/25/2023 | ALT | Begin preparation for Thursday's deposition; short call with Chad Haes. | 1.00 | 750.00 |
| 04/26/2023 | LON | Meeting with A. Lavar Taylor re: upcoming depositions and documentation needed for deposition; and coordinate providing Chad's office documentation. | 0.50 | 280.00 |
| | ALT | Prepare for tomorrow's deposition of Miho Ikeda. | 8.20 | 6,150.00 |
| 04/27/2023 | ALT | Complete preparations for deposition (1.3) and conduct deposition of Miho Ikeda (4.8) | 6.10 | 4,575.00 |
| 04/28/2023 | ALT | Begin prep for depositions on Monday and Tuesday, inluding call with Chad and P. Bonheyo re: authentication of Armanino documents. | 1.50 | 1,125.00 |
| 04/29/2023 | ALT | Prepare for depositions on Monday and Tuesday. | 1.20 | 900.00 |
| 04/30/2023 | ALT | Review records for 2015 and 2016, and prepare for 2 depositions on Monday and one deposition on Tuesday. | 11.20 | 8,400.00 |
| | | For Current Services Rendered | 30.80 | 23,005.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 30.30 |
| Lisa O. Nelson | 0.50 |

| | |
|---|---:|
| Total Current Due | 23,005.00 |
| BALANCE DUE | $100,803.00 |

Page: 2
APRIL 30, 2023
ACCOUNT NO.    3640-01B
Statement No.        15

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MAY 31, 2023 |
| Statement No. | 16 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 04/30/2023 | $100,803.00 |

### Fees Through 05/31/2023

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2023 | ALT | Final prep for today's deposition and conduct first deposition | 4.00 | 3,000.00 |
| | ALT | Conduct afternoon deposition. | 3.30 | 2,475.00 |
| | ALT | Final prep for tomorrow's Rickert deposition. | 1.30 | 975.00 |
| 05/02/2023 | ALT | Final prep for (0.5) and conduct deposition of CPA Rickert (2.0) | 2.50 | 1,875.00 |
| 05/10/2023 | ALT | Review emails from Chad and Trustee; follow up email to Chad re: my thoughts and authentication declaration. | 0.50 | 375.00 |
| | | For Current Services Rendered | 11.60 | 8,700.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 11.60 |

| | |
|---|---|
| Total Current Due | 8,700.00 |
| BALANCE DUE | $109,503.00 |

PAYMENT IS DUE 06/21/2023

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JUNE 30, 2023 |
| Statement No. | 17 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 05/31/2023                                             $109,503.00

BALANCE DUE

$109,503.00

PAYMENT IS DUE 07/21/2023

# TAYLOR NELSON AMITRANO LLP
### A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JULY 31, 2023 |
| Statement No. | 18 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | |
|---|---|---|
| Previous Balance from Statement Dated 06/30/2023 | | $109,503.00 |

### Fees Through 07/31/2023

| Date | | Description | Hours | |
|---|---|---|---|---|
| 07/17/2023 | ALT | Call with Chad Haes to discuss discovery issues. | 0.50 | 375.00 |
| 07/25/2023 | ALT | Review draft declarations of former attorneys for Rajysan and provide feedback re: same to bankruptcy counsel. | 0.60 | 450.00 |
| | | For Current Services Rendered | 1.10 | 825.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 1.10 |

| | |
|---|---|
| Total Current Due | 825.00 |
| BALANCE DUE | $110,328.00 |

PAYMENT IS DUE 08/21/2023

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine. CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | AUGUST 31, 2023 |
| Statement No. | 19 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 07/31/2023     $110,328.00

### Fees Through 08/31/2023

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/2023 | ALT | Conference call with Gurmeet and Chad re: testimony. | 0.40 | 300.00 |
| 08/14/2023 | ALT | Review Chad's depo outline and materials (0.8); call with Ed Hayes and Chad re: issues relating to deposition (0.3); attend deposition of Pete Sahani (5.8). | 6.90 | 5,175.00 |
| 08/16/2023 | ALT | Review multiple email correspondence re: tomorrow's deposition (0.3); calls with Chad re: same (0.3), draft email to all counsel re: seame (0.3). | 0.90 | 675.00 |
| | | For Current Services Rendered | 8.20 | 6,150.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 8.20 |

Total Current Due     6,150.00

BALANCE DUE     $116,478.00

PAYMENT IS DUE 09/21/2023



# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | SEPTEMBER 30, 2023 |
| Statement No. | 20 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 08/31/2023 | $116,478.00 |
| BALANCE DUE | $116,478.00 |

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | OCTOBER 31, 2023 |
| Statement No. | 21 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 09/30/2023 | $116,478.00 |

### Fees Through 10/31/2023

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/19/2023 | ALT | Calls with Chad H regarding possible expert witness (0.3); discussions with Gary Howard re: him acting as expert witness(0.3); discuss expert witness deadline with Lisa O. Nelson (0.1). | 0.70 | 525.00 |
| | LON | Meeting with A. Lavar Taylor re: expert witness deadline coming up and information needed. | 0.10 | 56.00 |
| 10/20/2023 | LON | Call with Sam (.2); discussions with A. Lavar Taylor re: information to provided; review documentation and update sharefile folder with documentation (.5). | 0.70 | 392.00 |
| | ALT | Prepare draft of summary of case and expert issues for expert and share with Chad for comments. | 1.80 | 1,350.00 |
| | ALT | Review documents in file to determine which documents to send to expert witness and discuss same with Chad. | 7.80 | 5,850.00 |
| 10/21/2023 | LON | Review emails being sent re: expert and upload additional documents to CPA. | 0.10 | 56.00 |
| | ALT | Complete review of documents to be sent to expert (1.8); finalize summary of case for expert (0.2) call with expert witness (0.3); email exchanges with Chad and Lisa O. Nelson re: documents for expert. | 2.50 | 1,875.00 |
| 10/23/2023 | LON | Respond to Sam's email requesting additional documentation. | 0.50 | 280.00 |
| 10/24/2023 | LON | Email response to Sam Kittle re: additional documents she will like to review from the inventory of documents provided. | 0.20 | 112.00 |
| | LON | Email response to Sam re: basis schedules she wanted to review. | 0.10 | 56.00 |
| 10/25/2023 | ALT | Review Gary's expert report and review Force 10 expert report (0.9); call with Chad re: expert reports. | 1.10 | 825.00 |
| | LON | Review expert report; discuss same with Rami M. Khoury; and email to/from Chad with disclosure forms. | 0.50 | 280.00 |
| 10/26/2023 | ALT | Call with Gary Howard re: expert report. | 0.20 | 150.00 |
| | LON | Email to/from counsel with documentation needed for expert witness disclosure. | 0.10 | 56.00 |

Page: 2

Rajysan

OCTOBER 31, 2023

ACCOUNT NO.    3640-01B

Statement No.    21

| | | | Hours | |
|---|---|---|---|---|
| 10/27/2023 | LON | Follow up email to legal counsel to confirm expert report disclosures completed for our side. | 0.10 | 56.00 |
| 10/30/2023 | LON | Review email re: expert designations; create summary; and email summary to A. Lavar Taylor for his information. | 0.20 | 112.00 |
| | | For Current Services Rendered | 16.70 | 12,031.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 14.10 |
| Lisa O. Nelson | 2.60 |

Total Current Due                                                         12,031.00

BALANCE DUE                                                         $128,509.00

PAYMENT IS DUE 11/21/2023

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA  92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | NOVEMBER 30, 2023 |
| Statement No. | 22 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 10/31/2023 | $128,509.00 |

### Fees Through 11/30/2023

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2023 | ALT | Call with Chad and expert witnesses regarding possible extension of time and preparation of rebuttal to Internal Revenue Service expert report. | 0.50 | 375.00 |
| 11/09/2023 | ALT | Initial review and analysis of expert report submitted by Internal Revenue Service. | 4.50 | 3,375.00 |
| 11/10/2023 | ALT | Prepare for and conduct conference call with our valuation expert to discuss Internal Revenue Service expert report. | 1.00 | 750.00 |
| | LON | Discuss information needed by A. Lavar Taylor (.1); and review inventory list for potentially relevant documentation re: line of credit (.4). | 0.50 | 280.00 |
| | | For Current Services Rendered | 6.50 | 4,780.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 6.00 |
| Lisa O. Nelson | 0.50 |

| | |
|---|---|
| Total Current Due | 4,780.00 |
| BALANCE DUE | $133,289.00 |

PAYMENT IS DUE 12/21/2023

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | DECEMBER 31, 2023 |
| Statement No. | 23 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 11/30/2023                    $133,289.00

BALANCE DUE                                                          $133,289.00

PAYMENT IS DUE 01/21/2024

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JANUARY 31, 2024 |
| Statement No. | 24 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | |
|---|---|---|
| Previous Balance from Statement Dated 12/31/2023 | | $133,289.00 |

### Fees Through 01/31/2024

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 01/26/2024 | ALT | Review draft rebuttal expert report | 1.00 | 795.00 |
| 01/29/2024 | ALT | Review updated draft expert report in detail (1.9); call with expert witness to discuss draft expert report (0.7). | 2.60 | 2,067.00 |
| 01/31/2024 | ALT | Review revised draft expert repot (0.6); call with Chad Haes re: deposition-related issues (0.4); review and respond to email from Chad re: expert deposition subpoenas (0.3). | 1.30 | 1,033.50 |
| | | For Current Services Rendered | 4.90 | 3,895.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 4.90 |

| | |
|---|---|
| Total Current Due | 3,895.50 |
| BALANCE DUE | $137,184.50 |

PAYMENT IS DUE 02/21/2024

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | FEBRUARY 29, 2024 |
| Statement No. | 25 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 01/31/2024     $137,184.50

### Fees Through 02/29/2024

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/2024 | ALT | Review email traffic re: experts, issa, etc. and discuss same with Chad Haes (0.6); call with Marshack and Haes re: case strategy (0.4). | 1.00 | 795.00 |
| 02/05/2024 | ALT | Initial view of Internal Revenue Service rebuttal expert reports. | 1.20 | 954.00 |
| 02/14/2024 | ALT | Conference call with expert witness Adam M. | 0.40 | 318.00 |
| 02/20/2024 | ALT | Prepare for and conduct telephone call with Expert witness Howard | 1.00 | 795.00 |
| 02/23/2024 | ALT | Call with Adam R expert witness re: deposition. | 0.70 | 556.50 |
| | | For Current Services Rendered | 4.30 | 3,418.50 |

Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 4.30 |

Total Current Due     3,418.50

BALANCE DUE     $140,603.00

PAYMENT IS DUE 03/21/2024

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MARCH 31, 2024 |
| Statement No. | 26 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | | |
|---|---|---|---|
| Previous Balance from Statement Dated 02/29/2024 | | | $140,603.00 |

### Fees Through 03/31/2024

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/2024 | ALT | Review multiple Expert reports and rebuttal reports to prepare for depositions next week (4.5); Meeting with Adam M, our expert, to prepare for his deposition on Monday (1.2). | 5.70 | 4,531.50 |
| | LON | Review email from A. Lavar Taylor re: items needed ahead of Rajysan deposition. | 0.10 | 60.00 |
| 03/07/2024 | LON | Calls with A. Lavar Taylor re: information needed (.3); calls with Chad re: deposition and information (.2); call with Sam Kittle re: documents already provided and additional forthcoming (.2); emails to Sam and Adam (experts) (.2); and review our inventory of documentation for items requested by A. Lavar Taylor (.3). | 1.20 | 720.00 |
| | DN | Research case laws on future debt affecting solvency for A. Lavar Taylor to prepare for deposition. | 3.70 | 1,406.00 |
| 03/09/2024 | ALT | Review expert reports and documents produced by defendants to prepare for upcoming expert depositions. | 3.70 | 2,941.50 |
| 03/10/2024 | ALT | Prepare for expert depositions this week. | 7.60 | 6,042.00 |
| 03/11/2024 | ALT | Final preparation for and attend deposition of our expert A Meislk. | 7.50 | 5,962.50 |
| | ALT | Prepare for Kinsel Deposition. | 3.50 | 2,782.50 |
| 03/12/2024 | ALT | Continued preparation for Kinsel Deposition. | 1.50 | 1,192.50 |
| | ALT | Prepare for McMann Deposition. | 5.40 | 4,293.00 |
| 03/13/2024 | ALT | Additional prep for McMann Deposition | 4.30 | 3,418.50 |
| 03/14/2024 | ALT | Final preparation for and conduct McCann deposition. | 7.20 | 5,724.00 |
| 03/15/2024 | ALT | Prepare for and attend Gary Howard deposition (5.8); follow up call with Chad Haes re: next week depositions and related issues (0.3). | 6.10 | 4,849.50 |
| 03/17/2024 | ALT | Prepare for depositions on Monday and Tuesday of experts for Sahanis and | | |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | Internal Revenue Service. | 8.30 | 6,598.50 |
| 03/18/2024 | ALT | Final preparation for and take deposition of Expert witness Spindler (4.7); follow up call with Chad Haes (0.2). | 4.90 | 3,895.50 |
|  | ALT | Prepare for tomorrow's deposition of Internal Revenue Service expert. | 6.30 | 5,008.50 |
| 03/19/2024 | ALT | Final preparation for and conduct deposition of Internal Revenue Service expert. | 7.80 | 6,201.00 |
| 03/20/2024 | RY | Meeting with A. Lavar Taylor to discuss research assignment; research on materially fraudulent tax return. | 0.10 | 17.50 |
| 03/21/2024 | ALT | Prepare for tomorrow's deposition of Kinsler. | 3.90 | 3,100.50 |
| 03/22/2024 | ALT | Final preparation for Kinsel deposition and conduct Kinsel deposition (4.5); follow up call with Chad H re: issues related to depositions. | 4.80 | 3,816.00 |
| 03/25/2024 | ALT | Investigation of data firms and call re: same  for purposes of dealing with expert witnesses. | 0.60 | 477.00 |
|  | ALT | Call with Chad H to discuss case strategy. | 0.20 | 159.00 |
| 03/26/2024 | ALT | Call with Chad H re: timing of trial and related issues (0.2); research status of Utah case and call with Chad H re: same (0.3). | 0.50 | 397.50 |
| 03/27/2024 | RY | Review Rebuttal Report (0.3); Read and research Criminal Tax manual (0.5); Research for case law on materially fraudulent tax return (2.0). | 2.80 | 490.00 |
| 03/29/2024 | ALT | Review draft email to client sent by Chad re: Sahanis' expert rebuttal report; think about same and respond to Chad. | 0.60 | 477.00 |
|  |  | For Current Services Rendered | 98.30 | 74,561.50 |

Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 90.40 |
| Lisa O. Nelson | 1.30 |
| Minh "Dennis" Nguyen | 3.70 |
| Ri Yu | 2.90 |

| | |
|---|---|
| Total Current Due | 74,561.50 |
| BALANCE DUE | $215,164.50 |

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MARCH 31, 2024 |
| Statement No. | 27 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 03/31/2024                    $215,164.50

BALANCE DUE                                                          $215,164.50

PAYMENT IS DUE 04/21/2024

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | APRIL 30, 2024 |
| Statement No. | 28 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | |
|---|---|---:|
| Previous Balance from Statement Dated 03/31/2024 | | $215,164.50 |

### Fees Through 04/30/2024

| Date | | Description | Hours | |
|---|---|---|---:|---:|
| 04/01/2024 | RY | Analyzes and apply Section 7206 (1) and relevant case law in order to show that Rajysan's tax returns were materially false. | 2.30 | 402.50 |
| 04/09/2024 | ALT | Think about strategy re: Internal Revenue Service expert rebuttal report and draft long, detailed email to Trustee and Chad H re: same. | 2.50 | 1,987.50 |
| 04/16/2024 | ALT | Call with Sandra and Chad to discuss strategy for dealing with Internal Revenue Service expert report. | 0.90 | 715.50 |
| 04/19/2024 | ALT | Review draft Motion for Summary Judgment ; research for letter to b sent to Department of Justice | 3.30 | 2,623.50 |
| 04/20/2024 | ALT | Review Saccamano expert report and deposition transcript in detail to prepare letter to US attorney's office (5.8); research case law to support positions in letter (2.0). | 7.80 | 6,201.00 |
| 04/21/2024 | ALT | Draft letter to US Attorneys Office section chiefs and send to client and Chad for review. | 10.10 | 8,029.50 |
| 04/22/2024 | ALT | Review comments on draft letter and make edits to draft letter; send to client and Chad Haes for review (3.7); draft cover letter to AUSA Shariff and send to client and Chad H for comments (0.6). | 4.30 | 3,418.50 |
| 04/23/2024 | ALT | Discuss strategy with Jonathan T. Amitrano (0.3); revise draft letter and send to client and Chad for review (0.5); review email from Chad and draft response to same re: strategy, (0.4), | 1.20 | 954.00 |
| | JTA | Reviewed and edited letters.  Meeting with A. Lavar Taylor to discuss the same. | 1.10 | 660.00 |
| 04/26/2024 | JTA | Final review of letters and ensured proper mailing. | 0.40 | 240.00 |
| | | For Current Services Rendered | 33.90 | 25,232.00 |

Page: 2
APRIL 30, 2024
ACCOUNT NO.    3640-01B
Statement No.    28

Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 30.10 |
| Jonathan T. Amitrano | 1.50 |
| Ri Yu | 2.30 |

| | | |
|---|---|---|
| 04/26/2024 | Fedex overnight charges for 3 packages going to Najah S. @AUSA, Mack J. @U.S. Attorneys Office, and Thomas C. @AUSA (3@25.95 ea.). | 77.85 |
| | Total Expenses Through 04/30/2024 | 77.85 |
| | Total Current Due | 25,309.85 |
| | BALANCE DUE | $240,474.35 |

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | MAY 31, 2024 |
| Statement No. | 29 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 04/30/2024 | $240,474.35 |

### Fees Through 05/31/2024

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/15/2024 | ALT | Review email correspondence between Chad and Trustee re: proposed stipulation; telephone call with Chad re: same. | 0.50 | 397.50 |
| 05/17/2024 | ALT | Review draft stipulation re: waiving 10 year lookback and provide comments re: same to Chad. | 0.40 | 318.00 |
| | ALT | Review opposition to certiorari petition in Miller and draft email to Chad re: same. | 1.00 | 795.00 |
| 05/21/2024 | ALT | Review email traffic re: stipulation re: defendant/interventors' partial Motion for Summary Judgment and request for more time to respond to our partial Motion for Summary Judgment (0.3); Call with Chad re: same; email to Chad re: additional thoughts on this topic (0.9). | 0.90 | 715.50 |
| 05/22/2024 | ALT | Meeting with Robert Russell to explain case and tasks to be done this next week. | 0.60 | 477.00 |
| | ALT | Multiple phone calls with Chad regarding possible settlement with LA County and issues relating to our motion for Summary Judgment. | 0.40 | 318.00 |
| | RMR | Meet with A. Lavar Taylor to discuss case posture and strategy; review and analyze deposition letter; Opposition Brief to be received 5/22. | 1.60 | 1,080.00 |
| 05/24/2024 | ALT | Review motion for partial Summary Judgment and related pleadings and opposition and related pleadings; discuss work to be done with Robert Russell. | 2.50 | 1,987.50 |
| | RMR | Meet with A. Lavar Taylor re: drafting of Reply to Opposition to Motion for Summary Judgment ; analysis of expert witness deposition for position in filing. | 1.30 | 877.50 |
| | RMR | Receive filing of Opposition to Motion for Summary Judgment from United States; review and analyze for reply. | 1.80 | |
| | RMR | Receive Defendants' Opposition to our Motion for Summary Judgment; begin Reply. | 1.10 | |
| 05/25/2024 | ALT | Review pleadings and exhibits relating to trustee's partial motion for Summary Judgment and oppositions thereto; research relevant case law to assist in | | |

Rajysan

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | drafting reply to certain issues. | 4.50 | 3,577.50 |
| 05/26/2024 | ALT | REview documents and research and begin outline of reply to certain issues. | 4.20 | 3,339.00 |
| 05/27/2024 | ALT | Further work on portion of replies to Internal Revenue Service and Sahanis' opposition to motion for Summary Judgment | 5.10 | 4,054.50 |
|  | RMR | Draft filing and research case law for Reply to Defendants' Opposition to Motion for Summary Judgment Section X.A. rebutting appropriateness of Summary Judgment. | 2.80 | 1,890.00 |
|  | RMR | Draft filing and research case law for Reply to Defendants' Opposition to Motion for Summary Judgment Section X.B. addressing prior witness testimony. | 4.60 | 3,105.00 |
| 05/28/2024 | ALT | REsearch case law and work on reply to Internal Revenue Service and Sahani oppositions to motion for Summary Judgment./ | 7.90 | 6,280.50 |
|  | RMR | Draft filing and research case law for Reply to Defendants' Opposition to Motion for Summary Judgment Section XI.A.,B. rebutting triable issue of fact and equivalent value legal standard. | 2.50 | 1,687.50 |
|  | RMR | Draft filing and research case law for Reply to United States' Opposition to Motion for Summary Judgment Section 2(a)(i) related to legal standard of enforceable loan. | 4.70 | 3,172.50 |
|  | RMR | Draft filing and research case law for Reply to United States' Opposition to Motion for Summary Judgment Section 2(a)(ii) addressing entity status. | 5.30 | 3,577.50 |
| 05/29/2024 | ALT | Complete drafting of portions of reply briefs oppositions filed by Internal Revenue Service and Sahanis | 5.50 | 4,372.50 |
|  | RMR | Finalize drafts of Reply for filing and communicate with counsel. | 2.80 | 1,890.00 |
|  | RMR | Draft filing and research case law for Reply to United States' Opposition to Motion for Summary Judgment Section 2(a)(iii) characterization of payments. | 3.00 | 2,025.00 |
|  |  | For Current Services Rendered | 65.00 | 45,937.50 |

Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 33.50 |
| Robert M. Russell | 31.50 |

| Total Current Due |  | 45,937.50 |
|---|---|---|
| BALANCE DUE |  | $286,411.85 |

## TAYLOR NELSON AMITRANO LLP
### A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine. CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JUNE 30, 2024 |
| Statement No. | 30 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 05/31/2024 | $286,411.85 |

### Fees Through 06/30/2024

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 06/06/2024 | ALT | Review email from Chad re: new 7th Circui opinion; review the opinion and provide feedback re: same to Chad. | 0.60 | 477.00 |
| 06/24/2024 | ALT | Email exchange with Chad et al re: Supreme Court review of sovereign immunity issue. | 0.20 | 159.00 |
| | | For Current Services Rendered | 0.80 | 636.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 0.80 |

| | |
|---|---|
| Total Current Due | 636.00 |
| BALANCE DUE | $287,047.85 |

PAYMENT IS DUE 07/21/2024



# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JULY 31, 2024 |
| Statement No. | 31 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 06/30/2024                              $287,047.85

BALANCE DUE                                                                   $287,047.85

PAYMENT IS DUE 08/21/2024

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | AUGUST 31, 2024 |
| Statement No. | 32 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 07/31/2024 | $287,047.85 |

### Fees Through 08/31/2024

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 08/19/2024 | ALT | Review Supreme Court merits brief in US v Miller and state tax agencies' amicus brief in US v. Miller (1.2); draft detailed email to trustee and co-counsel re: thoughts about the briefs and whether the arguments in those briefs could affect our strategy (1.6). | 2.80 | 2,226.00 |
| | ALT | Review and respond to email from Chad re: possible amicus brief. | 0.30 | 238.50 |
| 08/22/2024 | ALT | Call with Chad Haes re: Court's preference that counsel attend in person; discus with Jonathan T. Amitrano and robert russell re: possibly attending in person at the hearing MOnday. follow up email to Chad. | 0.80 | 636.00 |
| | RMR | Communication with A. Lavar Taylor re: potential hearing before Judge Saltzman. | 0.20 | 135.00 |
| | | For Current Services Rendered | 4.10 | 3,235.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 3.90 |
| Robert M. Russell | 0.20 |

| | |
|---|---|
| Total Current Due | 3,235.50 |
| BALANCE DUE | $290,283.35 |

PAYMENT IS DUE 09/21/2024

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

Statement Date:   SEPTEMBER 30, 2024
Statement No.                          33
Account No.                    3640.01
Page:      1

RE:

Previous Balance from Statement Dated 08/31/2024                                   $290,283.35

BALANCE DUE                                                                         $290,283.35

PAYMENT IS DUE 10/21/2024

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | OCTOBER 31, 2024 |
| Statement No. | 34 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | |
|---|---|---:|
| Previous Balance from Statement Dated 09/30/2024 | | $290,283.35 |

#### Fees Through 10/31/2024

| | | | | Hours | |
|---|---|---|---|---:|---:|
| 10/23/2024 | ALT | Review email exchange involving co-re: new case law (0.1); draft email to co-counsel re: changes in the U.S. attorney's office and how it might affect our case. | | 0.50 | 397.50 |
| | | For Current Services Rendered | | 0.50 | 397.50 |

#### Recap of Hours

| Timekeeper | Hours |
|---|---:|
| A. Lavar Taylor | 0.50 |

| | |
|---|---:|
| Total Current Due | 397.50 |
| BALANCE DUE | $290,680.85 |

PAYMENT IS DUE 11/21/2024

## TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | NOVEMBER 30, 2024 |
| Statement No. | 35 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | |
|---|---|---|
| Previous Balance from Statement Dated 10/31/2024 | | $290,680.85 |

### Fees Through 11/30/2024

| | | | Hours | |
|---|---|---|---|---|
| 11/27/2024 | ALT | Review Trustee's Supreme Court brief in US v. Miller | 1.30 | 1,033.50 |
| | | For Current Services Rendered | 1.30 | 1,033.50 |

#### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 1.30 |

| | |
|---|---|
| Total Current Due | 1,033.50 |
| BALANCE DUE | $291,714.35 |

PAYMENT IS DUE 12/21/2024

## TAYLOR NELSON AMITRANO LLP
### A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | DECEMBER 31, 2024 |
| Statement No. | 36 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | |
|---|---|---|
| Previous Balance from Statement Dated 11/30/2024 | | $291,714.35 |

### Fees Through 12/31/2024

| | | | Hours | |
|---|---|---|---|---|
| 12/02/2024 | ALT | Listen to Supreme Court oral argument in Miller case. | 0.90 | 715.50 |
| | | For Current Services Rendered | 0.90 | 715.50 |

#### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 0.90 |

| | |
|---|---|
| Total Current Due | 715.50 |

| | |
|---|---|
| BALANCE DUE | $292,429.85 |

PAYMENT IS DUE 01/21/2025

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JANUARY 31, 2025 |
| Statement No. | 37 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 12/31/2024 | $292,429.85 |
| BALANCE DUE | $292,429.85 |

PAYMENT IS DUE 02/21/2025

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | FEBRUARY 28, 2025 |
| Statement No. | 38 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

Previous Balance from Statement Dated 01/31/2025                                    $292,429.85

BALANCE DUE                                                                                              $292,429.85

PAYMENT IS DUE 03/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MARCH 31, 2025 |
| Statement No. | 39 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | | |
|---|---|---:|
| Previous Balance from Statement Dated 02/28/2025 | | $292,429.85 |

### Fees Through 03/31/2025

| Date | Code | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/26/2025 | ALT | Review supreme court decision (0.40); review and respond to email re: waiver of sovereign immunity | 0.70 | 584.50 |
| | | For Current Services Rendered | 0.70 | 584.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---:|
| A. Lavar Taylor | 0.70 |

| | |
|---|---:|
| Total Current Due | 584.50 |
| BALANCE DUE | $293,014.35 |

PAYMENT IS DUE 04/21/2025



# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | APRIL 30, 2025 |
| Statement No. | 40 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 03/31/2025 | $293,014.35 |

### Fees Through 04/30/2025

| Date | | Description | Hours | |
|---|---|---|---|---|
| 04/02/2025 | ALT | Review memo and email sent by Chad H; quick research to locate law review article; draft response to Chad's email. | 0.90 | 751.50 |
| 04/22/2025 | ALT | Review draft stipulation and order re: claims against Internal Revenue Service and provide feedback re: same to Chad H. | 0.30 | 250.50 |
| | | For Current Services Rendered | 1.20 | 1,002.00 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 1.20 |

| | |
|---|---|
| Total Current Due | 1,002.00 |
| BALANCE DUE | $294,016.35 |

PAYMENT IS DUE 05/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | MAY 31, 2025 |
| Statement No. | 41 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 04/30/2025 | $294,016.35 |
| **BALANCE DUE** | $294,016.35 |

PAYMENT IS DUE 06/21/2025

# TAYLOR NELSON AMITRANO LLP
### A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JUNE 30, 2025 |
| Statement No. | 42 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 05/31/2025 | $294,016.35 |
| BALANCE DUE | $294,016.35 |

PAYMENT IS DUE 07/21/2025

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JULY 31, 2025 |
| Statement No. | 43 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 06/30/2025 | $294,016.35 |
| BALANCE DUE | $294,016.35 |

PAYMENT IS DUE 08/21/2025

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA  92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | AUGUST 31, 2025 |
| Statement No. | 44 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 07/31/2025 | $294,016.35 |
| | |
| BALANCE DUE | $294,016.35 |

PAYMENT IS DUE 09/21/2025

# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

|  |  |
|---|---|
| Statement Date: | SEPTEMBER 30, 2025 |
| Statement No. | 45 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 08/31/2025 | $294,016.35 |
| BALANCE DUE | $294,016.35 |

## TAYLOR NELSON AMITRANO LLP
### A TAX CONTROVERSY LAW FIRM
1900 Main Street
Suite 650
Irvine, CA  92614
714-546-0445

Rajysan

|  |  |
|---|---|
| Statement Date: | OCTOBER 31, 2025 |
| Statement No. | 46 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---:|
| Previous Balance from Statement Dated 09/30/2025 | $294,016.35 |
| BALANCE DUE | $294,016.35 |

PAYMENT IS DUE 11/21/2025

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | NOVEMBER 30, 2025 |
| Statement No. | 47 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 10/31/2025 | $294,016.35 |
| BALANCE DUE | $294,016.35 |

PAYMENT IS DUE 12/21/2025

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | JANUARY 1, 2026 |
| Statement No. | 48 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 11/30/2025 | $294,016.35 |
| BALANCE DUE | $294,016.35 |

PAYMENT IS DUE 01/22/2026

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | FEBRUARY 1, 2026 |
| Statement No. | 49 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 01/01/2026 | $294,016.35 |
| BALANCE DUE | $294,016.35 |

PAYMENT IS DUE 02/22/2026



# TAYLOR NELSON AMITRANO LLP

## A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA  92614
714-546-0445

Rajysan

| | |
|---|---|
| Statement Date: | APRIL 1, 2026 |
| Statement No. | 50 |
| Account No. | 3640.01 |
| | Page:    1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 02/01/2026 | $294,016.35 |
| | |
| BALANCE DUE | $294,016.35 |

PAYMENT IS DUE 04/22/2026

# TAYLOR NELSON AMITRANO LLP
## A TAX CONTROVERSY LAW FIRM
*1900 Main Street*
*Suite 650*
*Irvine, CA 92614*
*714-546-0445*

Rajysan

| | |
|---|---|
| Statement Date: | MAY 1, 2026 |
| Statement No. | 51 |
| Account No. | 3640.01 |
| Page: | 1 |

RE:

| | |
|---|---|
| Previous Balance from Statement Dated 04/01/2026 | $294,016.35 |
| BALANCE DUE | $294,016.35 |

PAYMENT IS DUE 05/22/2026

# TAYLOR NELSON AMITRANO LLP

### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA 92614
714-546-0445

Rajysan

Statement Date: FEBRUARY 28, 2022
Statement No. 1
Account No. 3640.01
Page: 1

RE:

## Fees Through 02/28/2022

| | | | Hours | |
|---|---|---|---|---|
| 02/22/2022 | ALT | Conference call with Trustee, Tim Yoo, and Chad Haes re: discussion of adversary proceeding against Internal Revenue Service and insiders. | 0.70 | 500.50 |
| | | For Current Services Rendered | 0.70 | 500.50 |

### Recap of Hours

| Timekeeper | Hours |
|---|---|
| A. Lavar Taylor | 0.70 |

Total Current Due 500.50

BALANCE DUE $500.50

PAYMENT IS DUE 03/21/2022

# SCHEDULE 1

## Firm Biographies

A. LAVAR TAYLOR*
LISA O. NELSON
JONATHAN T. AMITRANO
RAMI M. KHOURY
MINH "DENNIS" NGUYEN**
SOEMI B. PHOTAVATH
MICHAEL E. ROMERO
ROBERT M. RUSSELL*
MICHAEL V. SHAW***
DANIEL W. SOTO
RI YU

JAMES M. KAMMAN
OF COUNSEL

TELEPHONE: 714-546-0445
FACSIMILE: 949-474-1058
WWW.TAYLORLAW.COM

SHARLA MAROCCHI
FIRM ADMINISTRATOR

ALSO ADMITTED:
*DISTRICT OF COLUMBIA
**GEORGIA
***ARIZONA



# TAYLOR NELSON AMITRANO LLP
### A TAX CONTROVERSY LAW FIRM

1900 Main Street
Suite 650
Irvine, CA  92614

## FIRM RESUME

TAYLOR NELSON AMITRANO LLP is a law firm specializing in civil and criminal tax controversy work involving both federal and state tax agencies.  The firm's practice includes representation of taxpayers during civil audits, criminal investigations, administrative appeals, all phases of collection, and judicial proceedings in all trial and appellate courts.  The firm also provides advice regarding tax issues related to and arising out of bankruptcy proceedings and counsels clients on the use of the bankruptcy laws to facilitate the handling of existing and potential tax problems.

§       §       §

## ATTORNEYS:

**A. LAVAR TAYLOR** received his Juris Doctor from Georgetown University Law Center in Washington, D.C., graduating Magna cum laude in 1981.  He received a Bachelor of Arts degree in Political Science from the University of Illinois in Champaign - Urbana, Illinois in 1978, graduating a member of Phi Beta Kappa and cum laude with Departmental Distinction.

Prior to entering private practice in 1989, Mr. Taylor was an Assistant United States Attorney with the Tax Division of the United States Attorney's Office in Los Angeles, California, where he handled a wide variety of federal tax litigation before federal and state courts.  From 1984 through 1987 Mr. Taylor was a trial attorney with IRS District Counsel in Laguna Niguel, California, where he handled Tax Court litigation, criminal tax matters, as well as complex bankruptcy and collection matters.  From 1981 through 1984 Mr. Taylor was an attorney  with the General Litigation Division of the IRS Chief Counsel's Office in Washington, D.C.

Mr. Taylor specializes in handling "tax controversies" of every conceivable type at all administrative and judicial levels.  He also advises clients regarding the "tax aspects" of bankruptcy and insolvency.  His clients include corporate and individual taxpayers, bankruptcy debtors, shareholders and officers of corporate bankruptcy debtors, bankruptcy trustees, and creditors in bankruptcy proceedings.  Mr. Taylor is tax counsel to the bankruptcy law firm of Shulman Bastian Friedman & Bui, LLP.

Mr. Taylor is a past chair of the Committee on Litigation and Procedure of the Tax Section of the California State Bar and was the inaugural chair of the Tax Section's Bankruptcy/Insolvency Committee.  He is also a past chair of the Orange County Bar Association's Commercial Law and Bankruptcy Section.  He is a member of the Tax Section of

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
2 | P a g e

American Bar Association and that section's Administrative Practice Committee. He is also a member of the Orange County Bankruptcy Forum and has served on that organization's Special Projects Committee.

Mr. Taylor was the 2004 recipient of the V. Judson Klein Award from the Tax Section of the California State Bar. This award is given annually to a California tax attorney who exemplifies the qualities of the late V. Judson Klein namely a high level of legal professionalism and zest for life. Mr. Taylor is also the 2013 recipient of the Joanne M. Garvey Award. This Award is given annually to recognize lifetime achievement and outstanding contributions to the field of tax law by a senior member of the California tax bar. Since 2006, Mr. Taylor has been selected by his peers to be included in the Best Attorneys in America in the specialty of tax law.

Mr. Taylor is an adjunct professor at Chapman University Law School, teaching Federal Tax Procedure and Tax Research, and has also served as an adjunct professor at Golden Gate University. He is also founder and director of the Center for the Fair Administration of Taxes, a non-profit organization dedicated to promoting the fair administration of the tax laws. Mr. Taylor is an inaugural member of the Adjunct Faculty in the Tax LLM Program at the University of California, Irvine. Mr. Taylor will run the Appellate Tax Clinic at the UC Irvine Law School, allowing LL.M. candidates to assist in the preparation of Amicus Curiae briefs to be filed in significant tax-related cases. He is a frequent lecturer outside the classroom on bankruptcy tax issues and tax procedure matters. Mr. Taylor has co-authored federal legislative proposals, most recently having authored a proposed revision to the statutory provisions governing the Collection Due Process Appeals and presented that proposal to the Tax Court and Legislative Officials.

§      §      §

**LISA O. NELSON** an extensive background in both federal and state tax controversy matters and is a Certified Specialist in Taxation Law, as designated by the California Board of Legal Specialization. She routinely represents clients facing a wide range of tax issues, including income tax audits, collection actions, international compliance matters, payroll tax disputes, sales tax audits, worker classification audits, and administrative hearings. In addition, Lisa provides sophisticated analysis of complex tax implications for clients considering or undergoing bankruptcy, offering strategic guidance through every stage of the process.

Lisa collaborates with her clients to devise tailored, high-impact strategies aimed at resolving their tax disputes with precision and efficiency. Through her exceptional communication skills and adept navigation of complex bureaucratic systems—including the Internal Revenue Service, Franchise Tax Board, Employment Development Department, California Department of Tax and Fee Administration, and the Office of Tax Appeals—Lisa consistently secures successful outcomes for her clients. Lisa also is experienced in litigating tax matters before various Courts and tribunals, including but not limited to the U.S. Tax Court, Office of Tax Appeals, U.S. District Court, and U.S. Bankruptcy Courts.

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
3 | P a g e

Lisa is dedicated to giving back to the legal community and regularly presents on various tax controversy topics including tax controversy issues that arise within the context of bankruptcy.  She serves as Tax Policy Chair of the California Lawyers Association Women in Tax Committee, and she previously was a Professor at the Dale E. Fowler Chapman School of Law-Chapman University, where she taught Federal Income Tax Research.  Additionally, Lisa previously served as the Chair of the California State Bar Income and Other Taxes Section, as well as the Chair of the Orange County Bar Association Taxation Section, where she was integral in providing education seminars to tax professionals.

Lisa has been recognized as a Southern California Super Lawyer since 2020 for her work and contributions to the tax legal community.  Before her recognition as a Super Lawyer, Lisa was selected as a Southern California Super Lawyer Rising Star.
Ms. Nelson is proficient in Spanish.

§       §       §


**JONATHAN T. AMITRANO** joined the firm in 2014. He has extensive background in federal and state tax controversy and is a Certified Specialist in taxation law by the California Board of Legal Specialization. Jonathan has significant experience representing both individuals and businesses before various tax agencies, including the Internal Revenue Service (IRS), Franchise Tax Board (FTB), the Employment Development Department (EDD), and the California Department of Tax and Fee Administration (CDTFA).

Jonathan regularly represents clients from around the world in complex federal and state tax controversy matters. These include matters relating to civil tax audits, trust fund disputes, offshore and domestic disclosure matters, promoter investigations, appeals hearings, and tax matters pending before various Courts. As a firm that exclusively handles tax controversy matters, Jonathan and his team are able to navigate the largest and most complex tax controversy disputes. Where a tax matter cannot be resolved administratively, Jonathan regularly litigates tax matters before various Courts and tribunals, including the U.S. Tax Court, California Office of Tax Appeals, California Superior Court, U.S. District Court, U.S. Bankruptcy Court, and the U.S. Court of Appeals.

Outside of the civil arena, Jonathan also regularly represents clients facing Federal criminal tax charges. At the State level Jonathan has handled numerous California criminal tax cases, including cases brought by the California TRUE Task Force.

Jonathan has been instrumental in protecting his clients, their businesses, and their livelihoods. He understands the sensitive nature of the cases he handles, and he seeks to resolve these matters as quickly and quietly as possible, with the best possible resolution for his clients.

Jonathan regularly presents on various tax controversy subjects throughout the United States and was named a 2024-2025 John S. Nolan fellow by the American Bar Association. He is a Professor at the Dale E. Fowler Chapman School of Law, where he has taught Federal Tax

Thursday, March 19, 2026
4 | P a g e

Research and Writing since 2018. Jonathan also previously served as a Professor at University of California San Diego where he taught Tax Controversy.

Jonathan currently serves as the Vice Chair of the American Bar Association, Taxation Section, Tax Collection, Bankruptcy & Workouts Committee. He previously served as the chair of the California Lawyers Association Young Tax Lawyers Committee, and as Vice Chair of the California Lawyers Association Tax Procedure and Litigation committee. Jonathan has been recognized as a Southern California Super Lawyers Rising Star for the past 10 years and is also listed as a Best Lawyers: Ones to Watch.

§     §     §

**RAMI MITRI KHOURY** is a Partner at Taylor Nelson Amitrano LLP who has been recognized as a Southern California Super Lawyers Rising Star for the past two years. Rami has an extensive background in federal and state tax controversy and is a Certified Specialist in taxation law by the California Board of Legal Specialization. He also has significant experience representing both individuals and businesses before various tax agencies, including the Internal Revenue Service (IRS), Franchise Tax Board (FTB), the Employment Development Department (EDD), and the California Department of Tax and Fee Administration (CDTFA).

Rami represents clients from around the world in complex federal and state tax controversy matters. These include matters relating to civil tax audits, trust fund disputes, offshore and domestic disclosure matters, appeals hearings, and tax matters pending before various Courts. As a firm that exclusively handles tax controversy matters, Rami is able to navigate the largest and most complex tax controversy disputes. Where a tax matter cannot be resolved administratively, Rami and his team regularly litigate tax matters before various Courts and tribunals, including the U.S. Tax Court, California Office of Tax Appeals, California Superior Court, U.S. District Court, U.S. Bankruptcy Court, U.S. Court of Federal Claims, California Unemployment Insurance Appeals Board, and the U.S. Court of Appeals. Rami is extremely passionate about protecting his clients, their businesses, and their livelihoods when he represents them administratively before the various tax agencies, courts, and tribunals.

Rami is also very active in the local and national tax community. Rami regularly presents on various tax controversy subjects throughout the United States at American Bar Association Tax conferences, California Lawyers Association webinars, and before other forums. He also currently serves as a member on the California Lawyers Association Taxation Section Executive Committee.

Prior to joining Taylor Nelson Amitrano LLP, Rami worked at Ernst & Young, LLP, where he managed numerous corporate and partnership taxation engagements. During law school he was a member of the UC Davis Tax Law Society and obtained the UC Davis Tax Law Certificate. Rami also handled tax controversy cases for low-income taxpayers on a pro bono basis, as a volunteer at the BOE Tax Appeals Assistance Program.

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
5 | P a g e

§     §     §

**ROBERT M. RUSSELL** joined the firm in 2024 as Senior Counsel, representing clients in federal and state tax examinations, appeals and litigation. He developed an expertise in government enforcement and tax policy while serving in prior government roles with the Internal Revenue Service, Department of Treasury and the U.S. Congress' Joint Committee on Taxation. Prior to joining the firm, Robert worked at a large law firm in Orange County and a boutique tax litigation firm in Washington, D.C. where he focused on tax controversy and tax consulting matters.  Robert has extensive experience in international tax matters for both U.S. businesses and individuals operating overseas and foreign investment into the U.S.

Robert graduated from the Georgetown University Law Center with his Master of Laws in Taxation where he also obtained a Certificate in International Taxation. He received his Juris Doctorate from Chicago-Kent College of Law and holds a Bachelor's degree in Accounting from Middle Tennessee State University. Robert also earned a certificate in Comparative Tax Administration and Tax Policy from Harvard University's John F. Kennedy School of Government.

Robert was previously an Adjunct Professor at Georgetown University Law Center's LL.M. program teaching a course on International Tax Controversies.  He currently teaches in the University of California – Irvine Graduate Tax Program.  Robert provides pro bono services to the Public Law Center's Low-Income Taxpayer Clinic in Santa Ana, CA.  For these efforts, he received a 2024 Outstanding Volunteer award by ONEOC.

Robert was previously a Certified Public Accountant (currently inactive) and served as the Chair of the International Tax Technical Resource Panel for the American Institute of Certified Public Accountants (AICPA). Additionally, Robert was previously appointed as Chair of the Federal Bar Association (FBA) Section on Taxation.  While in Washington, D.C. he assisted the White House Office of Presidential Personnel in a pro bono capacity by vetting potential presidential appointees for possible tax-related problems and testified before the U.S. House of Representatives Small Business Committee on the international aspects of tax simplification and reform. He is admitted to practice law in California and Washington, D.C.

§     §     §

**MINH V. "DENNIS" NGUYEN** graduated *Magna Cum Laude* with his Juris Doctor from Georgia State University College of Law in 2021 and Master of Law in Taxation from New York University School of Law in 2022.  Dennis is admitted to practice law in California and is also a member of Georgia bar.

Dennis is an Associate Attorney at Taylor Nelson Amitrano LLP, where he represents individuals and businesses in a broad range of federal and state tax controversy matters, including audits, appeals, litigation, and collections.  His work spans complex tax controversy matters, including business audits and disputes involving conservation easements, micro-captive insurance arrangements, and other high-risk compliance issues.

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
6 | P a g e

Dennis is an active member of the ABA Tax Section, where he helps organize and participate in panels on emerging tax topics.  He also contributes to the California Lawyers Association, preparing regulatory proposals and engaging in advocacy efforts in Washington, D.C.  In addition, he authors articles for national tax publications.

During law school, Dennis represented low-income taxpayers as a student attorney in the Philip C. Cook Low-Income Taxpayer Clinic at Georgia State University. He later pursued advanced tax coursework at New York University School of Law, focusing on corporate, partnership, and international tax.

§      §      §

**SOEMI PHOTAVATH** joined Taylor Nelson Amitrano LLP as a law clerk in 2023 and became an associate attorney with the firm in 2024. Soemi's practice focuses on representing individuals and business entities in court, and before the Internal Revenue Service, the California Franchise Tax Board, the California Employment Development Department, and the California Department of Tax and Fee Administration at all levels of tax controversy.

Soemi obtained a Bachelor of Science in public health from the George Washington University and holds teaching certificates in general science in Washington, DC, and California.

Soemi later attended the University of California, Irvine, School of Law ("UCI"), where she obtained her Juris Doctorate. During her time at UCI, Soemi received the Faculty Award for the highest grade in the Community and Economic Development Clinic, the Startup and Small Business Clinic, and Insurance Law and Policy. She also received the Pro Bono High Honors award for completing over 200 hours of pro bono work before graduation.

Soemi is an active member of the American Bar Association and California Lawyers Association Taxation sections.

§      §      §

**MICHAEL EDDISON ROMERO** joined Taylor Nelson Amitrano LLP as an associate attorney in 2022. Michael's practice involves a variety of tax controversy matters at the federal and state level, including, employment tax, sales and use tax, income tax, residency audits, multistate apportionment issues, and international information return requirements and procedures. Michael has litigated before the United States Tax Court and represented clients in all levels of tax agency administrative procedures. Michael is also an Adjunct Professor of Law at the Chapman University Dale E. Fowler School of Law where he teaches a legal analysis workshop.

Prior to joining Taylor Nelson Amitrano LLP, Michael was a Multistate Tax Associate at Deloitte Tax, LLP, where he handled tax compliance and consulting for multinational corporations and partnerships in the investment management and real estate sectors. He has

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
7 | P a g e

successfully obtained multi-million-dollar tax credits for Fortune 500 companies, and represented ultra-high net worth individuals in tax controversy matters.
Michael graduated with his Juris Doctor from the Chapman University Dale E. Fowler School of Law. Michael also holds two Bachelors of Arts in Criminology and Political Science from the University of California, Irvine.

During his time at Chapman, Michael was heavily involved in many leadership positions. Michael served as President of Moot Court, Competitions Chair of the Alternative Dispute Resolutions (ADR) Competition Board, President of the Corporate Law Society, and Student Director of the Chapman Mentorship Program. Michael was also a First-Generation Student Mentor, Student Ambassador, Academic Fellow for Federal Income Tax, and member of the Student Bar Association.

Michael received numerous awards and academic honors including 3 CALI Excellence for Future Awards, the Tax Law Honors Scholarship, the 2021 ALI-CLE Scholarship and Leadership Award, Excellence Awards in Appellate Advocacy, Negotiation, and Mediation, and an Outstanding Oral Advocate Award in the 2020 National Online Moot Court Competition.

Outside of the legal profession, Michael is committed to giving back to low-income communities. After graduating from law school, Michael founded *Street Light Scholars,* which is an organization dedicated to collecting and donating school supplies to women and children's homeless shelters throughout Southern California. Since 2021, the organization has donated hundreds of backpacks packed with school supplies.

§       §       §

**MICHAEL SHAW** joined Taylor Nelson Amitrano LLP as an associate attorney in December 2025. His practice focuses on federal and state tax controversy. Michael is licensed to practice in Arizona and the District of Columbia; his admission to the State Bar of California is pending.

Before joining the firm, Michael served as a law clerk to the Hon. Mark V. Holmes and the Hon. Kashi Way of the United States Tax Court.

While in law school, Michael won the Federal Bar Association's (FBA) Donald C. Alexander Tax Law Writing Competition for his paper on tax increment financing renegotiations. He has remained involved with the FBA since. He also served as an Articles Editor for the Corporate and Business Law Journal, as President of the International Law Society, and assisted startup businesses as a limited practice student in an entrepreneurship clinic.

§       §       §

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
**8** | P a g e

**DANIEL W. SOTO** joined the firm as a law clerk in 2018 and as an associate attorney in November of 2020. He graduated with his Juris Doctor, cum laude, from Chapman University Fowler School of Law in 2020 where he earned a Certificate in Tax Law. During his time at Chapman, Daniel was awarded the Tax Law Honors Scholarship, represented low-income taxpayers in the Chapman Low-Income Taxpayer Clinic, and was a student in the Constitutional Jurisprudence Clinic where he drafted amicus curiae for the United States Supreme Court and aided in litigation in the United States District Court in matters involving Constitutional issues.

Daniel's practice focuses on representing individuals and business entities in court and before the Internal Revenue Service, the California Franchise Tax Board, the California Employment Development Department, and the California Department of Tax and Fee Administration at all levels of tax controversy. He is admitted to practice law in California as a member of the California State Bar. He is also admitted to practice in the United States Tax Court and the United States District Court and Bankruptcy Court, Central District of California.

Daniel is also active in the local tax and legal communities. He serves as co-chair of the Orange County Young Tax Lawyers and OCBA Young Lawyers Division Community Outreach Committee co-chair. Outside the office, Daniel enjoys music, movies, and vacationing with his wife. Their favorite places to travel are national parks and Las Vegas.

§   §   §

**RI YU** joined Taylor Nelson Amitrano LLP as a law clerk in 2023 and became an associate attorney in November 2024. She earned her Juris Doctor from Chapman University Fowler School of Law in 2024, where she also completed a Certificate in Taxation Law.

While at Chapman, Ri represented low-income taxpayers through the Chapman Low-Income Taxpayer Clinic and served as Vice President of the Korean American Law Student Association.

Ri represents individuals and business entities in tax controversies before the Internal Revenue Service, the California Franchise Tax Board, the California Employment Development Department, and the California Department of Tax and Fee Administration, at all stages of tax controversy. She is admitted to practice law in California and before the United States Tax Court.

A native speaker of both Korean and English, Ri is actively involved in both the legal and local communities. She currently serves as the Policy Chair for the Corporate and Pass-Through Entities Committee of the California Lawyers Association. Outside the office, Ri enjoys watching baseball, playing tennis, and rewatching Christopher Nolan films.

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
9 | P a g e

## FIRM ADMINISTRATOR:

**SHARLA MAROCCHI** joined Taylor Nelson Amitrano LLP in 2025. Organization, development, process, and bringing out the best in others are Sharla's passions. Her background includes serving as a firm administrator and paralegal in estate planning, as the director of operations for a specialty pet food company, as the president of a non-profit women-focused trade organization, and in international trade business development. She began her career in publishing in New York City and San Francisco. She has been married for over 20 years and has three wonderful children who she loves to watch and play collegiate volleyball, visit in New York City, and share Italian food.

## ADMINISTRATIVE ASSISTANTS:

    **PAMELA SIMPSON** is a Senior Legal Administrator at Taylor Nelson Amitrano LLP, providing administrative and operational support to our firm's attorneys, with a focus on document management, case management, and office coordination. Pam works closely with legal teams to support efficient workflows, and accurate handling of client matters.

    Pam brings nearly 40 years of experience in legal administration to our firm. Prior to joining the team, she served as a legal administrator at the Law Office of Cruz Saavedra for over three decades, where she was responsible for file and document management, scheduling, and day-to-day administrative operations in a busy law practice.

    Pam's background also includes extensive experience supporting attorneys, managing legal records, and working within established document and case management systems. She is known for her attention to detail, consistency, and deep understanding of the administrative demands of legal practice.

§    §    §

    **JENNIFER GONZALEZ** joined the firm in late 2021. She provides assistance to our attorneys in case file management, scheduling, calendaring, and correspondence with clients. Jennifer is fluent in Spanish.

§    §    §

    **JANET GUERRERO** joined the firm in 2023. She provides assistance to our attorneys in case file management, scheduling, calendaring, and correspondence with clients. She believes in saving the environment and enjoys recycling. Janet is fluent in Spanish.

§    §    §

{00056215.DOCX 2}
63072.v3

Thursday, March 19, 2026
10 | P a g e

**CASEY MORAN** joined Taylor Nelson Amitrano LLP in the fall of 2021. Casey is a proud graduate of Hollins University in Roanoke, Virginia where she graduated magna cum laude with a Bachelor of Arts in English Literature and two minors in history and communication studies. Prior to joining the firm, she worked briefly as an administrative assistant at a financial service's firm and spent five years as a director's assistant at a property management company. Casey is an integral part of the firm with strong communication skills and the ability to navigate challenging tasks. She utilizes her educational background and past professional experience to address case related matters effectively, whilst compassionately serving her attorneys and clients.

§       §       §


**ROSA TAPIA** joined the firm in 2014.  She provides assistance to our attorneys and in case file management, scheduling conferences, and correspondence with client.  She is proficient in legal software programs.  Rosa received her Associates of Arts degree from Santa Ana College and Paralegal Certificate from the UCI Extension Program. Rosa is fluent in Spanish.


§       §       §


**OF COUNSEL:**

**JIM KAMMAN** specializes in tax controversy matters at all federal and state administrative and judicial levels. These matters include international tax, estate/gift tax, sales tax, employment tax, criminal tax, corporate and individual audits, all areas of tax collection, and tax court actions.

Prior to joining Taylor Nelson Amitrano LLP, Jim had his own law firm, and was previously a co-founder of Albrecht & Kamman, as well as a shareholder in the law firm Jackson, DeMarco & Peckenpaugh. Before entering private practice in 1990, he was a special trial attorney for the Office of Chief Counsel, Internal Revenue Service in Laguna Niguel, California, and has won numerous cases in court.

During his IRS career, Jim served as an attorney and adviser to the District Director and various Internal Revenue Service offices throughout the country for a broad spectrum of Federal tax matters.  On behalf of the government, Jim successfully handled thousands of cases in the United States Tax Court, civil and criminal tax fraud, refund litigation and collection matters.

Jim was a Senior Adjunct Professor at the Golden Gate University's Graduate Tax Program and Adjunct Professor at the University of California, Irvine, Graduate School of Management.

{00056215.DOCX 2}
63072.v3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1900 Main Street, Suite 650, Irvine, CA 92614

**A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED (*SPECIFY*):** FIRST AND FINAL APPLICATION OF TAYLOR NELSON AMITRANO LLP FKA LAW OFFICES OF A. LAVAR TAYLOR, LLP FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL TAX COUSNEL FOR SANDRA MCBETH, CHAPTER 7 TRUSTEE will be served or was served (a) on the judge in chambers in the form and manner required by lbr 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __05/18/2026__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Bret D. Allen**    ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com
- **Bhagwati Barot**    bbarot@aissolution.com
- **Linda S Blonsley**    blonsleylawecf@gmail.com, joe@blonsleylaw.com;lawbr69955@notify.bestcase.com;lblonsley@blonsleylaw.com
- **Jess R Bressi**    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Cathrine M Castaldi**    ccastaldi@brownrudnick.com
- **Lisa W Chao**    lisa.chao@doj.ca.gov
- **Jacquelyn H Choi**    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Christopher J. Dylla**    Christopher.Dylla@azag.gov
- **Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
- **Brian David Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Jeffrey Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Thomas M Geher**    tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Andrew Goodman**    agoodman@tullylegal.com, Goodman.AndrewR102467@notify.bestcase.com
- **Adam D Grant**    agrant@grantshenon.com, aeichelberger@alpertbarr.com
- **Barbara R Gross**    barbara@bgross.law, luz@bgross.law
- **Chad V Haes**    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com;ldinkins@marshackhays.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Richard E Hettinger**    rhettinger@davidsontroilo.com
- **Stephen E Hyam**    stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **John C Keith**    john.keith@doj.ca.gov
- **Raffi Khatchadourian**    raffi@hemar-rousso.com
- **Mark J Krone**    mk@amclaw.com, maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com
- **Lewis R Landau**    Lew@Landaunet.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

- **Craig G Margulies**    craig@marguliesfaithlaw.com,
  Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
- **Judith E Marshack**    jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com
- **Richard A Marshack**    rmarshack@marshackhays.com,
  lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **Monserrat Morales**    Monsi@MarguliesFaithLaw.com,
  Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **John M O'Donnell**    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Carmela Pagay**    ctp@lnbyg.com
- **Dipika Parmar**    dipika.parmar@aissolution.com
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Laura E Robbins**    Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- **Najah J Shariff**    najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Jay M Spillane**    jspillane@spillaneplc.com, cdale@spillaneplc.com;smargetis@spillaneplc.com
- **Don Stecker**
- **Don Stecker**    don.stecker@lgbs.com
- **John M Stern**    bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov
- **Thomas W Stilley**    tstilley@sussmanshank.com, jhume@sussmanshank.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Timothy J Yoo**    TJY@LNBYG.COM

☐ Service information continued on attached page

## 2. SERVED BY UNITED STATES MAIL:

On (*date*)  5/18/2026  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepai d, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Heather Lynn Anderson**
Deputy Atty General New Jersey
25 Market St
PO Box 106
Trenton, NJ 08625

Harrisburg, PA 17121

**Paul Daly**
213 Talbot Drive
Broomall, PA 19008

**Commonwealth of Pennsylvania**
Collections Support Unit
Attn: Deb Secrest
651 Boas Street, Room 702

**Wayne C. Streitz**
Helmer, Conley & Kasselman, P.A.
181 East Avenue
Woodstown, NJ 08098

☐ Service information continued on attached page

## 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)     5/18/2026     , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Rajysan, Inc.
4175 Guardian Street
Simi Valley, CA93063

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Honorable Judge Deborah J. Saltzman
United States Bankruptcy Court
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/18/2026 | Rosa Tapia | /s/Rosa Tapia |
|-----------|------------|---------------|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**