SANDRA K. MCBETH (SBN 138697)
A Professional Law Corporation
7343 El Camino Real, #185
Atascadero, CA 93422
Phone: (805) 464-2985
Fax: (805) 357-5905

Former Chapter 11 Trustee and Current Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

In re:

Rajysan, Inc.

          Debtor(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 9:17-BK-11363-DS
Chapter 7

**CHAPTER 11 TRUSTEE'S FINAL REPORT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1019(e) AND SCHEDULE OF ALL PROPERTY OF THE ESTATE AS OF THE CONVERSION DATE PURSUANT TO LOCAL RULE 2015-2, DECLARATION OF SANDRA K. MCBETH AND REQUEST FOR EXONERATION OF BOND**

[NO HEARING REQUIRED]

TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE AND TO THE OFFICE OF THE UNITED STATES TRUSTEE:

Pursuant to Federal Rule of Bankruptcy Procedure 1019(e) and Local Bankruptcy Rule 2015-2(d), Sandra K. McBeth the prior Chapter 11 Trustee appointed in the above-entitled bankruptcy case of Rajysan, Inc. (the "Debtor"), respectfully represents:

The Debor commenced this case by filing a voluntary Chapter 11 petition on July 29, 2017 (the "petition date"). Following a hearing on April 30, 2019, the Court ordered the appointment of a Chapter 11 Trustee and Sandra K. McBeth was appointed as the Chapter 11 Trustee. Since her appointment the Trustee has performed the duties of a trustee under 11 U.S.C. §1106. The Chapter 11 Trustee has reported and accounted for all

1

property of the estate. All scheduled and known assets of the estate, to the extent possible, have been reduced to cash or have or will be abandoned pursuant to 11 U.S.C. §554, with the exception of the extensive litigation with the Debtor's principals, the IRS and other State and local taxing agencies.

**A.      Property of the Estate as of the Conversion Date.**

As of February 14, 2022, the date the Court entered the Order converting this case to Chapter 7, the known property of the estate consisted of the following:

1.      Claim against the shareholders of the Debtor, still being litigated.

2.      Avoidance action against Los Angeles Count, still being litigated.

3.      Avoidance action against the IRS, still being litigated.

4.      Funds held in the Chapter 11 estate, which were deposited into the Chapter 7 estate bank account on March 21, 2022.

**B.      Unpaid Debts Incurred Post-Petition and Before Conversion Date.**

Below is a list of unpaid fees and expenses incurred by various professionals employed by the Chapter 11 Trustee during the Chapter 11 case for which no payments have been made, and most of which have not been sought until the end of this Chapter 7 case:

| Professional | Fees & Expenses |
|---|---|
| Levene Neale Bender Yoo & Golubchik (General Counsel for Chapter 11 Trustee) | 14271.69 |
| Marshack Hays Wood (Special Counsel to Chapter 11 Trustee and Creditors' Committee) | 720631.90 |
| Taylor Nelson (special counsel to Chapter 11 Trustee) | 57,377.00 |
| Force 10 Partners (Litigation consultant to Chapter 11 Trustee) | 66091.49 |
| Kathy Klein (Accountant to Chapter 11 Trustee) | 2551.52 |

1.      Pursuant to 11 U.S.C. §326(a), the Chapter 11 trustee's statutory compensation is $61,975.27 based on disbursements of $1,290,842 leaving a balance of $874,618.37 which was paid into the Chapter 7 estate account. A true and correct copy of the Trustee's Compensation Report is attached hereto as Exhibit "A" and incorporated herein by reference.

**C.    Declaration.**

1.    An estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit "B".

2.    An estate cash receipts and disbursements record for each bank account showing the accounting of the estate funds during the Chapter 11 is attached as Exhibit "C".

3.    A declaration in support of the Chapter 11 Trustee's Final Report is attached as Exhibit "D".

Wherefore, Sandra K. McBeth requests this Court approve her Chapter 11 Final Report and Account, discharge her from her duties as Chapter 11 Trustee and exonerate her bond, if any.

Date: _August 1, 2026_

_Sandra K. McBeth_
Sandra K. McBeth

3

# Exhibit "A"

Printed: 07/30/26

Page: 1

# TRUSTEE'S COMPENSATION

**Debtor:** Rajysan Inc

**Case No.:** 9:17-BK-11363(11)

## Computation of Compensation

Total disbursements to other than the debtor are: **1,290,842.48**
Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

| | | | |
|---|---|---|---|
| 25% of First $5000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 950,000.00 | = | 47,500.00 |
| 3% of Balance | 290,842.48 | = | 8,725.27 |

| | |
|---|---|
| **Calculated Compensation:** | **$61,975.27** |
| Less Adjustment: | 0.00 |
| **Total Compensation:** | **$61,975.27** |
| Less Previously Paid: | 30,394.57 |
| **Total Compensation Requested:** | **$31,580.70** |

## Trustee Expenses

| | |
|---|---|
| Copies | 306.00 |
| Postage | 119.80 |
| Other | 69.28 |
| mileage | 136.80 |
| **Calculated Expenses:** | **$631.88** |
| Less Adjustment: | 0.00 |
| **Total Expenses:** | **$631.88** |
| Less Previously Paid: | 0.00 |
| **Total Expenses Requested:** | **$631.88** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. § 330(a), § 502(b) and § 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of **$31,580.70** as compensation and **$631.88** for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: July 30, 2026

Signed: /s/ Sandra K. McBeth, Chapter 11 Trustee

Sandra K. McBeth, Chapter 11 Trustee
7343 El Camino Real # 185
Atascadero, CA 93422

# EXHIBIT "B"

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

**Case Number:** 9:17-BK-11363(11) DS
**Case Name:** Rajysan Inc

**Period Ending:** 02/14/22

**Trustee:** Sandra K. McBeth, Chapter 11 Trustee
**Filed (f) or Converted (c):** 07/29/17 (f)
**§341(a) Meeting Date:** 09/07/17
**Claims Bar Date:** 06/10/22

| Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING:BANK OF THE WEST (SUBJECT TO WRIT OF ATTACHMENT BY SUMITOMO LEVIED ON MAY 25) LAST 4 DIGITS OF ACCOUNT NUMBER: 3473 | 0.00 | 0.00 | | 39,730.96 | FA |
| 2 | CHECKING:BANK OF THE WEST (SUBJECT TO WRIT OF ATTACHMENT BY SUMITOMO LEVIED ON MAY 25) LAST 4 DIGITS OF ACCOUNT NUMBER: 3465 See Asset No. 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING:COMMUNITY BANK (SUBJECT TO WRIT OF ATTACHMENT BY SUMITOMO LEVIED ON MAY 25) LAST 4 DIGITS OF ACCOUNT NUMBER: 4721 See Asset No. 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING:UNION BANK - (SUBJECT TO WRIT OF ATTACHMENT BY SUMITOMO LEVIED ON MAY 25) LAST 4 DIGITS OF ACCOUNT NUMBER: 5797 See Asset No. 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | PAYROLL:COMMUNITY BANK - (SUBJECT TO WRIT OF ATTACHMENT BY SUMITOMO LEVIED ON MAY 25) LAST 4 DIGITS OF ACCOUNT NUMBER: 4802 See Asset No. 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | DEPOSITS:SECURITY DEPOSIT WITH LANDLORD Subject to offset and admin rent claim | 65,946.92 | 65,946.92 | | 0.00 | FA |
| 7 | ACCOUNTS RECEIVABLE:OVER 90 DAYS OLD: FACE AMOUNT: $173,042.37 - DOUBTFUL OR UNCOLLECTIBLE ACCOUNTS: $41,760.83 No value by time of appointment of Chapter 11 Trustee | 131,281.54 | 131,281.54 | | 0.00 | FA |
| 8 | FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE:PRODUCT FOR SALE DATE OF THE LAST PHYSICAL INVENTORY: 2016NET BOOK VALUE OF DEBTOR'S INTEREST: $0.00VALUATION METHOD USED FOR CURRENT VALUE: APPRAISAL Sold prior to appointment of Chapter 11 Trustee | 2,968,331.97 | 0.00 | | 0.00 | FA |
| 9 | OFFICE FURNITURE:SEE LIST OF FIXED ASSETS, QUESTION 39.NET BOOK VALUE OF DEBTOR'S INTEREST: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | OFFICE FIXTURES:SEE LIST OF FIXED ASSETS, QUESTION 40.NET BOOK VALUE OF DEBTOR'S INTEREST: $0.00 | 0.00 | 0.00 | | 0.00 | FA |

Case 9:17-bk-11363-DS   Doc 808   Filed 08/03/26   Entered 08/03/26 10:04:17   Desc Main Document   Page 7 of 27

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case Number: 9:17-BK-11363(11) DS
Case Name: Rajysan Inc

Period Ending: 02/14/22

Trustee: Sandra K. McBeth, Chapter 11 Trustee
Filed (f) or Converted (c): 07/29/17 (f)
§341(a) Meeting Date: 09/07/17
Claims Bar Date: 06/10/22

Case 9:17-bk-11363-DS    Doc 808    Filed 08/03/26    Entered 08/03/26 10:04:17    Desc
Main Document    Page 8 of 27

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | OFFICE EQUIP/COMPUTER, ETC:SEE LIST OF FIXED ASSETS, QUESTION 41.NET BOOK VALUE OF DEBTOR'S INTEREST: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | AUTOMOBILE:2011 BMW 550INET BOOK VALUE OF DEBTOR'S INTEREST: $9,136.82VALUATION METHOD USED FOR CURRENT VALUE: LIQUIDATION | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 13 | AUTOMOBILE:2012 AUDI Q7NET BOOK VALUE OF DEBTOR'S INTEREST: $0.00VALUATION METHOD USED FOR CURRENT VALUE: LIQUIDATION | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 14 | MACHINERY, FIXTURES AND EQUIPMENT:SEE LIST OF FIXED ASSETS, QUESTION 50.NET BOOK VALUE OF DEBTOR'S INTEREST: $0.00<br>Liquidated prior to appointment of Chapter 11 Trustee | 0.00 | 0.00 | | 0.00 | FA |
| 15 | MMD ONLINE PARTS ORDERING SYSTEM WITH SOFTWARE: $95,000 THIS INCLUDES COST OF SOFTWARE AND INFORMATION STORED ON THE SERVER.NET BOOK VALUE OF DEBTOR'S INTEREST: $0.00VALUATION METHOD USED FOR CURRENT VALUE: REPLACEMENT | 95,000.00 | 95,000.00 | | 0.00 | FA |
| 16 | MMD EQUIPMENT TRADEMARK, POWERPRO TRADEMARK, ZERO LOAD TECHNOLOGY TRADEMARKNET BOOK VALUE OF DEBTOR'S INTEREST: $0.00VALUATION METHOD USED FOR CURRENT VALUE: | Unknown | 0.00 | | 0.00 | FA |
| 17 | INTERNET DOMAINS - MMDEQUIPMENT.COMNET BOOK VALUE OF DEBTOR'S INTEREST: $0.00VALUATION METHOD USED FOR CURRENT VALUE: | Unknown | 0.00 | | 0.00 | FA |
| 18 | CUSTOMER LISTNET BOOK VALUE OF DEBTOR'S INTEREST: $0.00VALUATION METHOD USED FOR CURRENT VALUE: LIQUIDATION | Unknown | 0.00 | | 0.00 | FA |
| 19 | COMPLAINT FOR BREACH OF FIDUCIARY DUTY, CONVERSION, ACCOUNTING, CLAIM AND DELIVERY, UNJUST ENRICHMENT, DECLARATORY RELIEF AGAINST GURMEET SAHANI, JASIME SAHANI, HALCYON VALENCIA PARTNERS AND INVINCIA, LLC PENDING IN LOS ANGELES SUPERIOR COURT. CASE #<br>Judgment entered April 5, 2019. Appeal and related litigation settled | 6,000,000.00 | 6,000,000.00 | | 1,617,009.45 | FA |

**Case Number:** 9:17-BK-11363(11) DS
**Case Name:** Rajysan Inc

**Period Ending:** 02/14/22

**Trustee:** Sandra K. McBeth, Chapter 11 Trustee
**Filed (f) or Converted (c):** 07/29/17 (f)
**§341(a) Meeting Date:** 09/07/17
**Claims Bar Date:** 06/10/22

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | CLAIM AGAINST SHAREHOLDERS AMARJIT SAHANI, RAJINDER SAHANI AND GURPREET SAHANI ("INSIDERS") FOR LOANS TO SHAREHOLDERS IN ORDER TO PAY THEIR INCOME TAXES. THE INSIDERS BELIEVE THEY HAVE PAID BACK A PORTION OF THE LOANS AND DISPUTE THE AMOUNT OWED.<br>NAT | 2,782,356.00 | 2,782,356.00 | | 0.00 | 2,782,356.00 |
| 21 | CAR FOR EXECUTIVE MANAGEMENT | 40,700.38 | 0.00 | | 0.00 | FA |
| 22 | ACCOUNTS RECEIVABLE, INVENTORY, CASH, ETC. DEBTOR BELIEVES GEMCAP WAS PAID IN FULL PRIOR TO BANKRUPTCY<br>No value by time Chapter 11 Trustee appointed | Unknown | 0.00 | | 0.00 | FA |
| 23 | FORKLIFT | Unknown | 0.00 | | 0.00 | FA |
| 24 | Claim against Bruce Miller, et al. breach of fiduciary duty, negligent accountin (u) | 0.00 | 25,000.00 | | 17,542.47 | FA |
| 25 | DIP funds held in trust by counsel (u) | 0.00 | 46,479.65 | | 46,479.65 | FA |
| 26 | DIP Accounts Opened Post-Petition by Debtor (u) | 0.00 | 13,488.75 | | 13,488.75 | FA |
| 27 | Potential Avoidance Actions (u)<br>Versus Alliance North America, Armanino LLP, Hokuetsu Industries and other avoidance actions assigned to the Trustee by the Committee | 0.00 | 0.00 | | 50,000.00 | FA |
| 28 | Avoidance Action vs State of New Jersey (u) | 0.00 | 125,974.39 | | 36,834.71 | FA |
| 29 | Avoidance Action vs. Los Angeles County (u) | 0.00 | 116,038.42 | | 0.00 | 116,038.42 |
| 30 | Avoidance Action vs. Massachusetts Revenue (u)<br>Dismissed 11/21/18 by Committee | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Avoidance Action vs. California Franchise Tax Board (u)<br>Litigation settled. | 0.00 | 1,058,665.19 | | 350,000.00 | FA |
| 32 | Avoidance Action vs IRS (u) | 0.00 | 3,730,293.82 | | 0.00 | 3,730,293.82 |
| **TOTALS** (Excluding Unknown Values) | | **$12,113,616.81** | **$14,220,524.68** | | **$2,171,085.99** | **$6,628,688.24** |

**Major activities affecting case closing:**

Case 9:17-bk-11363-DS    Doc 808    Filed 08/03/26    Entered 08/03/26 10:04:17    Desc
Main Document    Page 9 of 27

1. Application to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel filed
2. Notice of Appeal and Election to US District Court re Order Denying Motion to Convert Case to Chapter 7
3. Notice of Appeal and Election to US District Court re Order on Motion to Appoint Trustee
4. Motion To Stay Pending Appeal re Order on Motion to Appoint Trustee filed
5. Notice RE: Appeal from Bankruptcy Court - CASE #: 2:19-cv-04325-PA
6. Seek employment of Adam Grant special counsel to enforce judgment.
7. Application to Employ Alpert, Barr & Grant as Special Counsel ; Request to Pay Post-Petition Retainer filed.
8. Motion to Abandon Committee's Motion to Abandon its Interest, if any, in
Certain Causes of Action filed by Creditor's Committee
9. Objection Application to Employ Alpert, Barr & Grant as Special Counsel filed by Creditor Gurmet Sahani
10. Stipulation By The Official Committee of Unsecured Creditors and and the Chapter 11 Trustee to Assign Claims filed
11. Joint Reply to Gurmeet Sahani's Objection to Application to Employ Alpert, Barr & Grant as Special Counsel filed by The Official Committee of Unsecured Creditors
12. Motion to Approve Compromise for $1,650,000 in full settlement of state court judgement and in exchange for the assignment of certain litigation claims to the Gurmeet Parties
13. Motion to Convert Case From Chapter 11 to 7 filed (hearing = 2/24/20)
14. Opposition to Motion to Convert Case From Chapter 11 to 7 Filed by Creditor Committee
15. Reply to Opposition to Motion to Convert Case From Chapter 11 to 7 Filed by Creditor Committee filed by Trustee
16. Stipulation to Withdraw CH 11 Trustee's Motion for Order Converting Case to CH 7 filed
17. Applications by Professionals for Allowance of Compensation and Reimbursement of Expenses Filed. Hearing set for 5/5/20 @ 11:30
18. Levene Neal, etc filed Interim fee app and request for hearing. Claims created
19. SKM, Ch 11 Trustee filed Interim fee app. Claims created.
20. Application to Employ M. Kathleen Klein, CPA as Accountant filed
21. Motion to Abandon and Destroy Personal Property (283 boxes of Debtor's documents - which have been scanned) filed. (9013 Motion)
22. Cash Disbursement Motion filed to pay for Digital WarRoom for its services in resolving
software issues and Leonard Gumport, for his mediation services in connection with Official Creditors Committee etc. v. Gurpreet Sahani et al, Adv. No. 9:18-ap-01040-DS
23. Stipulation with Official Committe of Unsecured Creditors of Rajysan, Inc. dba MMD Equipment and Gurmeet Sahani Authorizing Return of Funds to Gurmeet Sahani Pursuant to Order Approving Compromise filed.
24. Motion to Approve Compromise with Creditors Committee and State of NJ Division of Taxation for $36,834.71 filed.
25. Motion to Terminate 401(k) Plan filed
26. FTB notice for 2019 received and forwarded to CPA. Paid in Nov. 2020.
27. 2020 returns signed and mailed. $823 FTB paid.
28. Settlement with FTB for $350,000. Motion to be filed for approval.
29. Motion to approve settlement with FTB Filed.
30. Per counsel, invoice sent in error from Excelsior Digital and no further action on 401k until case is converted.
31. Notice of Acceptance as Chapter 7 Trustee filed.
32. Federal estate return for 2021 mailed. No tax due. State tax/fee due, so cash disburse motion filed.
33. Cash Disbursement Motion #1 filed.
34. Notice of Asset WITH bar filed.
35. Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as General Bankruptcy Counsel for Trustee in Chapter 7 filed
36. Application to Employ M. Kathleen Klein as Certified Public Accountant in Chapter 7 filed
37. Application to Employ Marshack Hays LLP as Special Litigation Counsel in Chapter 7 filed
38. Application to Employ The Law Offices of A. Lavar Taylor as Special Counsel in Chapter 7 filed
39. Application to Employ Force Ten Partners, LLC as Financial Advisor in Chapter 7 filed
40. 2023 Estate returns mailed, including K-1's. Awaiting order to pay annual State Fee.

5/10/19: Order Denying Motion to Convert Case entered
5/14/19: Order approving appointment of Ch 11 Trustee entered. Periodic review of case and update.
6/4/19: Order approving Application to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel entered
6/4/19: Order denying Motion for Stay pending appeal of Order appointing Ch 11 Trustee entered
7/23/19: Order approving Stipulation between the Official Committee of Unsecured Creditors and and the Chapter 11 Trustee to Assign Claims entered. Periodic review of case and update.
9/11/19: Order approving application to Employ Barr & Grant as special counsel entered. Periodic review of case and update.
1/17/2020: Order approving Gurmeet settlement; Entered.
2/5/2020:IRS files $0.00 admin claim based on 12/31/17 FUTA tax.

2/11/20: Debtor's appeal of appt of Trustee, Dismissed. Periodic review of case and update.

2/27/20: Order Approving Stipulation to Withdraw CH 11 Trustee's Motion for Order Converting Case to CH 7 and Authorizing Continued Employment of Certain Professionals Employed During CH 11 case entered

3/10/20: Periodic review of case and update.

5/8/20: Order on Interim Fees for SKM as CH 11 Trustee, LNBYB as Trustee's Attorney, Goodman Law as Debtor's Attorney entered

5/11/20: Order on Interim Fees for Marshack Hays as Creditor Committee Attorney, Force Ten Partners entered

5/12/20: Order in Interim Fees for Alpert, Barr & Grant entered

5/12/20: Order approving employment of Kathy Klein, entered.

7/10/20: motion filed to pay admin exp/fee of prevailing party from estate; filed

9/23/20: Order granting Motion to Abandon and Destroy Personal Property (283 boxes of Debtor's documents - which have been scanned) entered

11/12/20: Estate's 2019 tax returns and K-1s mailed and State paid

1/8/21: Order granting Motion to Approve Compromise with Creditors Committee and State of NJ Division of Taxation for $36,834.71 entered.

3/15/21: Extension request filed re 2020 return - anticipate return completion by end of the month.

3/24/21: Order Granting Chapter 11 Trustee's Motion to Terminate 401(k) Plan entered

3/26/21: 2020 returns signed and mailed, including payment to FTB.

4/27/21: Order Granting Application by the Official Committee of Unsecured Creditors to Employ the Law Offices of A. Lavar Taylor as Special Counsel entered.

5/6/21: Order Granting Motion to approve settlement with FTB entered

7/19/21: Order extending deadlines in two remaining adversaries (IRS/LA County) (discovery c/o to 2/7/22 and pretrial motions to 7/25/22.

2/14/22: Order converting from CH 11 to CH 7 entered

2/22/22: Order Approving Stipulation to Vacate Hearing on Stipulation With Respect To Standing And Authority Of Official Committee Of Unsecured Creditors To Control Privileges And Related Confidentiality Rights And Objection Thereto Entered

2/28/22: Federal return mailed and prompt determination letter faxed. State held as fee/tax due.

2/27/24: 2022 Estate Returns mailed. No tax due, just State annual fee. Awaiting Order to make payment.

**Initial Projected Date of Final Report (TFR):** November 01, 2024

**Current Projected Date of Final Report (TFR):** November 01, 2024

**Exhibit "C"**

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 9:17-BK-11363(11) DS | | Trustee: | Sandra K. McBeth, Chapter 11 Trustee |
| Case Name: | Rajysan Inc | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******1040 - Checking |
| Taxpayer ID#: | **-***2231 | | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 02/14/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/10/19 | Asset #25 | Goodman Law Offices | Turnover of Chapter 11 proceeds held in trust by Debtor's counsel. | 1290-010 | 46,479.65 | | 46,479.65 |
| 05/15/19 | 1001 | International Sureties LTD | Bond Premium Payment as of 01/04/2019 [effective date], Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 0.68 | 46,478.97 |
| 05/21/19 | 1002 | ONEIL STORAGE | Acct 0880 - April, May, June and INV#FC4308 | 2410-000 | | 285.43 | 46,193.54 |
| 06/20/19 | 1003 | U.S. Trustee | Chapter 11 Quarterly Fees - Qtr 1, 2019 | 2950-000 | | 325.00 | 45,868.54 |
| 06/24/19 | Asset #1 | County of Los Angeles | Turnover of levied funds per stipulation and erroneously delivered to Debtor's counsel. | 1129-000 | 15,197.95 | | 61,066.49 |
| 06/24/19 | Asset #1 | County of Los Angeles | Turnover of levied funds per stipulation and erroneously delivered to Debtor's counsel. | 1129-000 | 131.54 | | 61,198.03 |
| 06/25/19 | Asset #26 | American Business Bank | Turnover of DIP Account Balance REF# 20190625B6B7261F00136206251403FT03 0000006433 | 1290-010 | 13,488.75 | | 74,686.78 |
| 07/16/19 | 1004 | O'Neil Storage | Invoice 1906238 dated June 30, 2019 | 2410-000 | | 82.07 | 74,604.71 |
| 07/17/19 | 1005 | International Sureties LTD | Bond Premium Payment as of 01/04/2019 [effective date], Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 1.32 | 74,603.39 |
| 07/30/19 | Asset #1 | Bank of the West | Turnover of pre-petition account subject to levy was not fully executed. | 1129-000 | 24,401.47 | | 99,004.86 |
| 07/30/19 | Asset #24 | Bruce Miller and Assoc. | | 1249-000 | 5,000.00 | | 104,004.86 |

Case 9:17-bk-11363-DS Doc 808 Filed 08/03/26 Entered 08/03/26 10:04:17 Desc Main Document Page 13 of 27

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 9:17-BK-11363(11) DS | Trustee: | Sandra K. McBeth, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | Rajysan Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******1040 - Checking |
| Taxpayer ID#: | **-***2231 | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 02/14/22 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/06/19 | 1006 | O'Neil Storage 2061 S. Ritchey St. Santa Ana, CA 92705 | Invoice No. 1907250, dated July 31, 2019 for storage unit | 2410-000 | | 82.07 | 103,922.79 |
| 09/04/19 | 1007 | U.S. Trustee | Chapter 11 Quarterly Fees - Qtr 2, 2019 | 2950-000 | | 325.00 | 103,597.79 |
| 09/10/19 | 1008 | O'Neil Storage | Invoice No. 1908249 dated 9/3/19 for storage unit | 2410-000 | | 82.07 | 103,515.72 |
| 09/12/19 | 1009 | Alpert Barr & Grant, A Professional Law Corporation | Per Order Entered 9/11/19; Special Counsel retainer for enforcement of judgment | 3210-600 | | 30,000.00 | 73,515.72 |
| 10/08/19 | 1010 | O'Neil Storage | Invoice No. 1909247 dated 9/30/19 for storage unit | 2410-000 | | 82.07 | 73,433.65 |
| 10/24/19 | 1011 | U.S. Trustee | Quarterly Fees - 3rd Quarter, 2019,  ***-**-*1363 | 2950-000 | | 325.00 | 73,108.65 |
| 11/05/19 | Asset #19 | County of Los Angeles | Levy on bank account via writ of execution on April, 2019 judgment ; endorsed by Alpert Barr & Grant, APLC. | 1129-000 | 156.01 | | 73,264.66 |
| 11/06/19 | 1012 | O'Neil Storage | Invoice No. 1910247 dated 10/31/19 for storage unit | 2410-000 | | 82.07 | 73,182.59 |
| 11/11/19 | Asset #19 | County of Los Angeles | Funds levied per enforcement of state court judgment via state court counsel. | 1129-000 | 11,004.31 | | 84,186.90 |
| 11/20/19 | 1013 | U.S. Trustee | Quarterly Fee adjustment per statement dated 11/7/19.   ***-**-*1363 | 2950-000 | | 325.00 | 83,861.90 |
| 12/10/19 | 1014 | O'Neil Storage | Invoice No. 1911245 dated Nov. 30, 2019 for storage unit | 2410-000 | | 82.07 | 83,779.83 |

Case 9:17-bk-11363-DS   Doc 808   Filed 08/03/26   Entered 08/03/26 10:04:17   Desc Main Document    Page 14 of 27

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 9:17-BK-11363(11) DS | Trustee: | Sandra K. McBeth, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | Rajysan Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******1040 - Checking |
| Taxpayer ID#: | **-***2231 | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 02/14/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/02/20 | Asset #19 | County of Los Angeles | Funds levied per enforcement of State Court judgment via State Court counsel. | 1129-000 | 235.99 | | 84,015.82 |
| 01/02/20 | 1015 | O'Neil Storage | Invoice No. 1912243 dated December 31, 2019 for storage unit. | 2410-000 | | 82.07 | 83,933.75 |
| 01/22/20 | Asset #19 | Law Offices of Larry D. Simons, Attorney Client Trust Fund | Initial payment on settlement of judgment obtained in State Court per order approving 1/17/2020 | 1129-000 | 300,000.00 | | 383,933.75 |
| 01/22/20 | 1016 | International Sureties LTD | Bond Premium Payment as of 01/04/2020 [effective date], Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 54.69 | 383,879.06 |
| 01/28/20 | 1017 | U.S. Trustee | Qtrly Fees - 4th Qtr 2019-Acct ***-**-*1363 | 2950-000 | | 325.00 | 383,554.06 |
| 02/07/20 | 1018 | O'Neil Storage | Invoice #2001228 dated January 31, 2020 for storage Unit | 2410-000 | | 82.07 | 383,471.99 |
| 03/05/20 | 1019 | O'Neil Storage | Invoice No. 2002239 dated 2/29/2020 for storage unit. | 2410-000 | | 82.07 | 383,389.92 |
| 03/09/20 | Asset #19 | County of Los Angeles | Funds levied prior to settlement on judgment against Gurmeet and Jasmine | 1129-000 | 5,613.14 | | 389,003.06 |
| 03/09/20 | Asset #24 | Bruce Miller and Assoc. | Payment on settlement with interest | 1249-000 | 5,616.44 | | 394,619.50 |
| 03/18/20 | | Law Offices of Larry D. Simons, Attorney Client Trust Fund | Balance of settlement payment obtained in the State Court action per order entered 1/17/2020. | | 1,350,000.00 | | 1,744,619.50 |
| 03/18/20 | Asset #27 | | | 1241-000 | 50,000.00 | | 1,744,619.50 |

Case 9:17-bk-11363-DS Doc 808 Filed 08/03/26 Entered 08/03/26 10:04:17 Desc Main Document Page 15 of 27

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 9:17-BK-11363(11) DS | Trustee: | Sandra K. McBeth, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | Rajysan Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******1040 - Checking |
| Taxpayer ID#: | **-***2231 | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 02/14/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/20 | Asset #19 | | Balance of settlement 1,300,000.00 payment obtained in the State Court action per order entered 1/17/2020. | 1129-000 | | | 1,744,619.50 |
| 03/18/20 | 1020 | Larry D. Simons | Escrow fee per Order entered 1/17/2020 for State Court settlement | 2500-000 | | 2,036.23 | 1,742,583.27 |
| 04/06/20 | 1021 | O'Neil Storage | Invoice No. 2003239 dated 3/31/2020 for storage unit | 2410-000 | | 82.07 | 1,742,501.20 |
| 04/09/20 | 1022 | International Sureties LTD | Bond Premium Payment as of 01/04/2020 [effective date], Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 261.64 | 1,742,239.56 |
| 04/19/20 | 1023 | U.S. Trustee | Quarterly Fees - First Quarter 2020 | 2950-000 | | 325.00 | 1,741,914.56 |
| 05/05/20 | 1024 | Digital WarRoom | Invoice No. 043025R-P... Rajysan, Inc. Chapter 11 9:17-BK-11363-DS Software License | 6710-350 | | 1,795.00 | 1,740,119.56 |
| 05/05/20 | 1025 | O'Neil Storage | Invoice No. 2004235 dated 4/30/2020 for storage unit | 2410-000 | | 82.07 | 1,740,037.49 |
| 05/15/20 | 1026 | Levene, Neale, Bender Yoo & Brill, LLP | Interim Fees and Expenses, Attorney for Ch. 11 Trustee, pro rated, per Order entered May 8, 2020 | 3210-000 | | 49,924.43 | 1,690,113.06 |
| 05/15/20 | 1027 | Sandra K. McBeth, APLC | Interim Fees/Expenses, Chapter 11 Trustee, pro rated per Order entered 5/8/2020 | 2100-000 | | 19,895.64 | 1,670,217.42 |
| 05/15/20 | 1028 | Goodman Law Offices | Final Fees/Expenses, Attorney for DIP, pro rated per Order entered 5/8/2020 | 3701-000 | | 43,417.73 | 1,626,799.69 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 9:17-BK-11363(11) DS | Trustee: | Sandra K. McBeth, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | Rajysan Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******1040 - Checking |
| Taxpayer ID#: | **-***2231 | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 02/14/22 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/20 | 1029 | Marshack Hays, LLP | Interim Fees/Expenses, Attorney for Creditor's Committee, pro rated per Order entered 5/11/2020 | 3991-120 | | 452,110.12 | 1,174,689.57 |
| 05/15/20 | 1030 | Force Ten Partners, LLC | Interim Fees/Expenses, Financial Consultant to Creditor's Committee, pro rated, per Order entered 5/11/2020 | 3731-420 | | 71,063.78 | 1,103,625.79 |
| 05/15/20 | 1031 | Alpert, Barr & Grant, APLC | Final Fees/Expenses, special counsel to DIP and Trustee, pro rated, per Orders entered May 12 and May 15, 2020 | 3210-600 | | 13,459.02 | 1,090,166.77 |
| 06/06/20 | 1032 | O'Neil Storage | Invoice No. 2005223 dated 5/31/2020 for storage unit | 2410-000 | | 82.07 | 1,090,084.70 |
| 06/22/20 | Asset #24 | Bruce Miller and Assoc. | Payment on settlement - interest for 7/27/18-1/25/19 | 1249-000 | 1,721.92 | | 1,091,806.62 |
| 06/24/20 | 1033 | O'Neil Storage | Final month rent on storage, as well as removal and access charges per invoice 2005252 | 2410-000 | | 2,445.12 | 1,089,361.50 |
| 07/21/20 | Asset #24 | Bruce Miller and Assoc. | Settlement payment - final principal | 1249-000 | 5,000.00 | | 1,094,361.50 |
| 07/27/20 | 1034 | U.S. Trustee | Qtrly Fees - 2nd Qtr 2020 -Acct ***-**-*1363 | 2950-000 | | 4,875.00 | 1,089,486.50 |
| 08/04/20 | 1035 | Lewis R. Landau, IOLTA Trust Account | Per Order entered 8/3/2020 - fee award on lis pendens litigation | 3991-000 | | 12,500.00 | 1,076,986.50 |
| 08/07/20 | Asset #24 | Bruce Miller and Assoc. | Interest on balance - final payment settlement | 1249-000 | 204.11 | | 1,077,190.61 |
| 10/08/20 | 1036 | Digital WarRoom | Software Support per Order on cash disbursement motion entered 10/7/2020 | 6710-350 | | 1,000.00 | 1,076,190.61 |

Case 9:17-bk-11363-DS   Doc 808   Filed 08/03/26   Entered 08/03/26 10:04:17   Desc Main Document   Page 17 of 27

# Form 2
## Cash Receipts and Disbursements Record

Case 9:17-bk-11363-DS   Doc 808   Filed 08/03/26   Entered 08/03/26 10:04:17   Desc
Main Document   Page 18 of 27

| Case Number: | 9:17-BK-11363(11) DS | Trustee: | Sandra K. McBeth, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | Rajysan Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******1040 - Checking |
| Taxpayer ID#: | **-***2231 | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 02/14/22 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/12/20 | 1037 | Excelsior Digital | Digitize and destroy documents per Order 9/23/2020 | 2990-000 | | 2,611.96 | 1,073,578.65 |
| 10/27/20 | 1038 | U.S. Trustee | Qtrly Fees - 3rd Qtr 2020 -Acct ***-**-*1363 | 2950-000 | | 650.00 | 1,072,928.65 |
| 11/02/20 | 1039 | Leonard L. Gumport | Mediation Fees per cash disbursement Order entered October 7, 2020 | 3721-000 | | 2,000.00 | 1,070,928.65 |
| 11/12/20 | 1040 | FRANCHISE TAX BOARD | 2019 S-Corp Form 100S 95-4352231 | 2820-000 | | 909.00 | 1,070,019.65 |
| 11/12/20 | 1041 | Gurmeet Sahani | Per Order entered 11/12/2020 and stipulation to refund funds levied following settlement agreement. | 8500-002 | | 5,625.14 | 1,064,394.51 |
| 01/20/21 | 1042 | International Sureties LTD | Bond Premium Payment as of 01/04/2021, Bond Premium payment No. *****9731, paid per General Order 00-01 | 2300-000 | | 626.52 | 1,063,767.99 |
| 01/25/21 | 1043 | U.S. Trustee | Qtrly Fees - 4th Qtr 2020 -Acct ***-**-*1363 | 2950-000 | | 650.00 | 1,063,117.99 |
| 02/01/21 | Asset #28 | State of New Jersey | Settlement of Adv Proceeding per mediation and Order entered 1/8/21. | 1241-000 | 36,834.71 | | 1,099,952.70 |
| 02/09/21 | 1044 | Excelsior Digital | Digitize and destroy documents per Order entered 9/23/2020. | 2990-000 | | 3,797.55 | 1,096,155.15 |
| 03/26/21 | 1045 | Franchise Tax Board. | 2020 S-Corp Form 100S 95-4352231 | 2820-000 | | 823.00 | 1,095,332.15 |
| 04/15/21 | 1046 | Excelsior Digital | Invoice **813B Digitize and destroy documents per Order 9/23/2020 | 2990-000 | | 3,134.23 | 1,092,197.92 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 9:17-BK-11363(11) DS | Trustee: | Sandra K. McBeth, Chapter 11 Trustee |
|---|---|---|---|
| Case Name: | Rajysan Inc | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******1040 - Checking |
| Taxpayer ID#: | **-***2231 | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 02/14/22 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/15/21 | 1047 | Excelsior Digital | Invoice **813D Digitize and destroy documents per Order 9/23/2020 | 2990-000 | | 2,906.82 | 1,089,291.10 |
| 04/15/21 | 1048 | Excelsior Digital | Invoice **813E Digitize and destroy documents per Order 9/23/2020 | 2990-000 | | 7,700.25 | 1,081,590.85 |
| 04/21/21 | 1049 | Excelsior Digital | Invoice **813F (**807)Digitize and destroy documents per Order 9/23/2020 | 2990-000 | | 4,165.79 | 1,077,425.06 |
| 05/19/21 | 1050 | Digital WarRoom | Software support and license renewal per Order entered 10/7/20. | 6710-350 | | 1,495.00 | 1,075,930.06 |
| 06/10/21 | Asset #31 | State of California - Franchise Tax Board | RE: Gurpreet Sahani | 1241-000 | 62,888.74 | | 1,138,818.80 |
| 06/10/21 | Asset #31 | State of California - Franchise Tax Board | RE: Amarjit Sahani | 1241-000 | 271,937.12 | | 1,410,755.92 |
| 06/10/21 | Asset #31 | State of California - Franchise Tax Board | RE: Gurmeet Sahani | 1241-000 | 15,174.14 | | 1,425,930.06 |
| 06/29/21 | 1051 | Goodman Law Offices | Final fees/exp, attorney for DIP, per Order 5/8/20. | 3701-000 | | 56,282.65 | 1,369,647.41 |
| 06/29/21 | 1052 | Alpert Barr & Grant, A Professional Law Corporation | Final Fees/Exp, Special counsel for DIP, per Orders entered 5/12/20 and 5/15/20 | 6210-600 | | 135,571.57 | 1,234,075.84 |
| 06/29/21 | 1053 | Alpert Barr & Grant, A Professional Law Corporation | Final Fees/Exp, special counsel for Ch. 11 Trustee, per Orders entered 5/12/20 and 5/15/20 | 3210-600 | | 5,336.34 | 1,228,739.50 |
| 07/20/21 | 1054 | U.S. Trustee | Qrtly Fees - 2nd Qtr 2021 - Account ******1363 | 2950-000 | | 250.00 | 1,228,489.50 |

Case 9:17-bk-11363-DS    Doc 808    Filed 08/03/26    Entered 08/03/26 10:04:17    Desc
Main Document    Page 19 of 27

# Cash Receipts and Disbursements Record

| | |
|---|---|
| Case Number: | 9:17-BK-11363(11) DS |
| Case Name: | Rajysan Inc |
| Taxpayer ID#: | **-***2231 |
| Period Ending: | 02/14/22 |

| | |
|---|---|
| Trustee: | Sandra K. McBeth, Chapter 11 Trustee |
| Bank Name: | Flagstar Bank, N.A. |
| Account: | ******1040 - Checking |
| Blanket Bond: | $0.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/03/21 | 1055 | Sandra K. McBeth, APLC | Interim Fees/Expenses, Chapter 11 Trustee, balance pro rated, per Order entered 5/8/20 | 3110-000 | | 10,498.93 | 1,217,990.57 |
| 08/03/21 | 1056 | Levene, Neale, Bender Yoo & Brill, LLP | Interim Fees/Expenses, attorney for Chapter 11 Trustee, balance pro rated, per Order entered 5/8/2020. | 3210-000 | | 26,345.11 | 1,191,645.46 |
| 08/03/21 | 1057 | Marshack Hays, LLP | Interim Fees/Expenses, attorney for Creditors' Committee, balance pro rated, per Order entered 5/11/2020. | 3991-120 | | 266,194.41 | 925,451.05 |
| 08/03/21 | 1058 | Force Ten Partners, LLC | Interim Fees/Expenses, Consultant to counsel for creditors' committee, balance pro rated, per Order entered 5/11/2020. | 3731-420 | | 46,960.52 | 878,490.53 |
| 10/26/21 | 1059 | United States Trustee Payment Center | Qrtly Fees - 3rd Qtr 2021 - Account ******1363 | 2950-000 | | 3,285.00 | 875,205.53 |
| 01/11/22 | 1060 | International Sureties, LTD | Bond Premium Payment as of 01/04/2022 [effective date], Bond Premium payment No. *****9731, paid per General Order 00-01 | 2300-000 | | 587.16 | 874,618.37 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 2,171,085.99 | 1,296,467.62 | $874,618.37 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 2,171,085.99 | 1,296,467.62 | |
| Less: Payment to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $2,171,085.99 | $1,296,467.62 | |

| | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|
| Net Receipts: | $2,171,085.99 | **TOTAL - ALL ACCOUNTS** | | | |
| Less Other Noncompensable Items: | 5,625.14 | Checking # ******1040 | 2,171,085.99 | 1,296,467.62 | 874,618.37 |
| Net Estate: | $2,165,460.85 | | $2,171,085.99 | $1,296,467.62 | $874,618.37 |

**Exhibit "D"**

DECLARATION OF SANDRA K. MCBETH

I, SANDRA K. MCBETH, DECLARE AND SAY:

1. I was the Chapter 11 Trustee of the bankruptcy estate of Rajysan, Inc. ("Debtor").

2. This case was originally filed under Chapter 11 of the Bankruptcy Code on July 29, 2017. Following a hearing on April 30, 2019, the Court entered an Order appointing a Chapter 11 Trustee and I accepted the appointment shortly thereafter. I have performed my duties as Trustee under 11 U.S.C. §1106. The Chapter 11 Trustee has reported and accounted for all property of the estate. The balance of the funds on hand at the time the case was converted to Chapter 7 on February 14, 2022 have been deposited into a chapter 7 estate bank account.

3. Although the business of the Debtor had ceased operations by the time the case was filed, I continued to pursue the claims against the various parties, participated in significant litigation, and timely filed monthly operating reports with the Court and the United States Trustee.

4. I have read the statements contained in the foregoing Chapter 11 Trustee's Final Report, and all statements made herein are based upon my personal knowledge, and my review of relevant documents, and information/testimony received from the Debtor's representatives and professionals. If called as a witness, I could and would competently testify under oath to the truth of the statements set forth herein.

5. I prepared and reviewed the known unpaid debts which includes a list of unpaid professionals. These amounts remain unpaid as of the date of the conversion to Chapter 7.

6. I have provided the estate's Form 1 property record and report, and the Form 2 cash receipts and disbursements record for each estate bank account to account for all funds in the Chapter 11 estate following my appointment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _1_ day of _August_, 2026 at Atascadero, CA.

Sandra K. McBeth

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**7343 El Camino Real #185, Atascadero, CA 93422**

A true and correct copy of the foregoing document described **CHAPTER 11 TRUSTEE'S FINAL REPORT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1019(e) AND SCHEDULE OF ALL PROPERTY OF THE ESTATE AS OF THE CONVERSION DATE PURSUANT TO LOCAL RULE 2015-2, DECLARATION OF SANDRA K. MCBETH AND REQUEST FOR EXONERATION OF BOND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 3, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) August 3, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: (MAIL RETURNED)
**Rajysan, Inc.**
4175 Guardian Street
Simi Valley, CA 93063

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 3, 2026 | Donna Earnest | /s/ Donna Earnest |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |
| Brian Fittipaldi (Attorney for US Trustee) | brian.fittipaldi@usdoj.gov |
| Andrew Goodman (Attorney for Debtor) | agoodman@andyglaw.com; |
| | agoodman@tullylegal.com |
| | Goodman.AndrewR102467@notify.bestcase.com |
| | |
| Timothy J Yoo (Attorney for Trustee) | tjy@lnbyg.com |
| Carmela Pagay (Attorney for Trustee) | ctp@lnbyg.com |
| Todd Arnold (Attorney for Trustee) | tma@lnbyg.com |
| Kurt Ramlo (Attorney for Trustee) | kr@lnbyg.com; RamloLegal@gmail.com |
| Bradford Barnhardt (Attorney for Trustee) | bbarnhardt@marshackhays.com |
| Adam Grant (Special Counsel for Trustee) | agrant@alpertbarr.com; agrant@grantshenon.com |
| | aeichelberger@alpertbarr.com |
| | |
| Airman USA Corp c/o Matthew A Lesnick | matt@lesnickprince.com; |
| | matt@ecf.inforuptcy.com; |
| | jmack@lesnickprince.com |
| Alliance North America, Inc. c/o Cathrine M Castaldi | ccastaldi@brownrudnick.com |
| Amarjit Sahani c/o Stepehen Hyam | stephen@stephenhyam.net |
| BMW Bank of North America c/o Bret D. Allen | ca.ecf@bretallen.com; |
| | bankruptcy@theallenlawfirm.com |
| BMW Bank of North America c/o Dipika Parmar | dipika.parmar@aissolution.com |
| BMW Bank of North America Dept c/o Bhagwati Barot | bbarot@aissolution.com |
| Bexar County c/o Don Stecker | don.stecker@lgbs.com |
| Borstein Enterprises c/o Jess R Bressi | jess.bressi@dentons.com; |
| | Jess.Bressi@gmail.com |
| | kimberly.sigismondo@dentons.com |
| Bruce Miller & Assoc c/o Mark J Krone | mk@amclaw.com; maa@amclaw.com; |
| | amc@amclaw.com; mea@amclaw.com; |
| | ilr@amclaw.com |
| California Franchise Tax Board c/o Laura Robbins | laura.robbins@doj.gov; |
| | Carolina.Castillo@doj.ca.gov |
| California Franchise Tax Board c/o John C Keith | john.keith@doj.ca.gov |
| California Franchise Tax Board c/o Lisa Chao | lisa.chao@doj.ca.gov |
| California Franchise Tax Board c/o Lewis R Landau | Lew@Landaunet.com |
| Gurpreet Sahani c/o Stepehen Hyam | stephen@stephenhyam.net |
| Gurpreet Sahani as Trustee of The Green Acres | |
|     Trust Dated May 10, 2017 c/o Stepehen Hyam | stephen@stephenhyam.net |
| Gurmeet Sahani c/o Jeremy Faith | Jeremy@MarguliesFaithlaw.com |
| Gurmeet Sahani c/o Noreen A Madoyan | Noreen@MarguliesFaithLaw.com |
| Gurmeet Sahani c/o Monserrat Morales | Monsi@MarguliesFaithLaw.com; |
| | Vicky@MarguliesFaithLaw.com; |
| | Angela@MarguliesFaithlaw.com |
| | |
| Gurmeet Sahani, Gurpreet Sahani as Trustee of The Green Acres Trust Dated May 10, 2017, Amarjit Sahani Gurpreet Sahani, Rajinder Sahani, Shaheen Sahani, | stephen@stephenhyam.net |
| | |
| Gurmeet Sahani c/o Jay M Spillane | jspillane@spillaneplc.com; |
| | cdale@spillaneplc.com; |
| | smargetis@spillaneplc.com |
| Halcyon Valencia Partners, LP c/o Jeremy Faith | Jeremy@MarguliesFaithlaw.com |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Hokuetsu Industries Co., Ltd. c/o Matthew A Lesnick              matt@lesnickprince.com;
                                                                matt@ecf.inforuptcy.com;
                                                                jmack@lesnickprince.com

Internal Revenue Service c/o Najah Shariff                      najah.shariff@usdoj.gov;
                                                                USACAC.criminal@usdoj.gov

Jasmine Sahani c/o Jeremy Faith                                 Jeremy@MarguliesFaithlaw.com
Jeffrey Golden                                                  jgolden@go2.law
Lavar Taylor                                                    ltaylor@taylorlaw.com
Los Angeles Co Treasurer/Tax Coll c/o Jacquelyn Choi           jacquelyn.choi@rimonlaw.com
Paul Daly                                                       pdaly9592@comcast.net
Rajinder Sahani c/o Stepehen Hyam                              stephen@stephenhyam.net
Shaneen Sahani c/o Stepehen Hyam                              stephen@stephenhyam.net
Southwest Products Corp c/o Thomas W Stilley                   tstilley@sussmanshank.com;
                                                                jhume@sussmanshank.com

Sumitomo Mitsui Finance c/o Jeffrey K Garfinkle               jgarfinkle@buchalter.com;
                                                                docket@buchalter.com
                                                                dcyrankowski@buchalter.com

Texas Comprtroller of Public Accounts c/o Christopher Dylla   Christopher.dylla@aog.texas.gov
Texas Comprtroller of Public Accounts c/o John Stern          jstern@aog.texas.gov
United States of America/IRS c/o Najah Shariff                najah.shariff@usdoj.gov;
                                                                USACAC.criminal@usdoj.gov

Wells Fargo Bank, N.A. c/o Raffi Khatchadourian               raffi@hemar-rousso.com

**The Official Committee of Unsecured Creditors**             chaes@marshackhays.com
c/o Marshack Hays LLP                                         chaes@ecf.courtdrive.com
                                                                jmarshack@marshackhays.com
                                                                rmarshack@ecf.courtdrive.com
                                                                ehays@marshackhays.com
                                                                rmarshack@marshackhays.com
                                                                lbuchananmh@ecf.courtdrive.com;
                                                                tmang@marshackhays.com;
                                                                tmang@ecf.courtdrive.com;
                                                                kfrederick@ecf.courtdrive.com;
                                                                cmendoza@ecf.courtdrive.com
                                                                cmendoza@marshackhays.com;

**Courtesy NEF:**
blonsleylawecf@gmail.com;              joe@blonsleylaw.com;
lawbr69955@notify.bestcase.com         lblonsley@blonsleylaw.com
tmg@jmbm.com                           bt@jmbm.com
fc3@jmbm.com                           tmg@ecf.inforuptcy.com
rhettinger@davidsontroilo.com          craig@MarguliesFaithlaw.com
claims@recoverycorp.com                tmg@jmbm.com
john.o'donnell@ftb.ca.gov              Martha.Gehrig@ftb.ca.gov
barbara@bgross.law                      luz@bgross.law
tgeher@jeffer.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                  **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Debtor **(Mail returned)**<br>Rajysan, Inc.<br>4175 Guardian Street<br>Simi Valley, CA 93063 | Debtor: **(Mail returned)**<br>Rajysan, Inc.<br>PO Box 570280<br>Tarzana, CA 91357-0280 |
| Ronald E. Zeck, Jr<br>c/o Wayne C. Streitz<br>Helmer, Conley & Kasselman, P.A.<br>181 East Avenue<br>Woodstown, NJ 08098 | Request for Special Notice:<br>Commonwealth of Pennsylvania<br>Collections Support Unit<br>Attn: Deb Secrest<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121 |
| Heather Lynn Anderson<br>State of New Jersey<br>Dept of the Treasury, Taxation Division<br>Deputy Atty General New Jersey<br>25 Market St<br>PO Box 106<br>Trenton, NJ 08625 | Paul Daly<br>213 Talbot Drive<br>Broomall, PA 19008 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**