TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Chapter 7 Trustee,
Sandra K. McBeth

RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
D. EDWARD HAYS, #162507
ehays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Special Litigation Counsel for Chapter 7 Trustee,
Sandra K. McBeth

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR (1) ORDER ESTABLISHING CONDITIONS AND PROCEDURES FOR DISMISSAL OF CASE UNDER 11 U.S.C. § 707(a); AND (2) ALLOWANCE AND PAYMENT OF TRUSTEE'S AND ADMINISTRATIVE PROFESSIONALS' REQUESTS FOR FEES AND EXPENSES<br><br>Date: September 15, 2026<br>Time: 1:00 p.m.<br>Crtrm.: 1639<br>Location: 255 East Temple Street<br>Los Angeles, California 90012 |

TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on September 15, 2026, at 1:00 p.m., in Courtroom 1639, in the United States Bankruptcy Court for the Central District of California, Northern Division, located at 255 East Temple Street, Los Angeles, California 90012, a hearing will be held on the motion for an order (1) establishing conditions and procedures for dismissal of the bankruptcy case, and (2) for allowance and payment of Trustee's and administrative professionals' requests for fees and expenses ("Motion"), filed by Sandra K. McBeth, in her capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of Rajysan, Inc., dba MMD Equipment ("Debtor"), on August 25, 2026, as Docket No. 809.

In this case, the Trustee and her retained professionals prosecuted fraudulent transfer claims including claims against the IRS and state taxing agencies. The Debtor was a pass-through entity that was not liable for any taxes. Yet, it paid the taxing agencies millions of dollars. The Ninth Circuit had published a case permitting lawsuits by trustees because Section 106 abrogated sovereign immunity for Section 544 claims (even though the applicable state law did not authorize the IRS to be sued). *Zazzali v. United States (In re DBSI, Inc.)*, 869 F.3d 1004 (9th Cir. 2017).

In April 2024, the Trustee filed motions for summary judgment in the multiple fraudulent transfer cases. The Court continued the hearings from time to time without adjudicating the motions. Then, on April 28, 2025, the Supreme Court issued its decision in *United States v. Miller*, 604 U.S. 518, 145 S. Ct. 839 (2025). In *Miller*, the Court concluded that to prevail on a Section 544(b) claim against the IRS, the Trustee must identify an actual creditor outside of bankruptcy that could have avoided the transfer. Because the federal government had not waived sovereign immunity under the various states' fraudulent transfer laws, there was no such creditor which caused the Trustee's claims to fail. In the wake of the Miller ruling, which necessarily abrogated the holding in DBSI, the Trustee's claims were in essence destroyed. To make matters worse, the IRS had never even raised sovereign immunity as a defense in this case.

/ / /

/ / /

The failure of these once valid claims rendered the Estate with insufficient funds to make any distributions other than in fractional satisfaction of priority administrative claims. Specifically, there is currently $1,429,306.98 on hand in the Estate, and the total unpaid Chapter 7 and Chapter 11 administrative expenses are:[1]

| Unpaid | |
|---|---|
| Chapter 11 | $1,201,467.73 |
| Chapter 7 | $1,785,875.10 |
| Total | $2,987,342.83 |

Rather than expending further judicial and party resources regarding fee applications and a final report, all administrative professionals have agreed to accept reduced distributions from the Estate so the case can be dismissed. After two weeks of discussion, the professionals have agreed to reduced distributions from the funds on hand. Good cause thus exists to dismiss this bankruptcy case after distributing all estate funds in partial satisfaction of these administrative claims.

The complete scope and terms of the relief are detailed in the Motion, a copy of which can be obtained by contacting the Trustee's counsel, whose contact information is listed in the top left-hand corner of this Notice.

If you do not oppose the Motion described above, you need take no further action. However, if you object to the Motion, pursuant to Local Bankruptcy Rule 9013-1(f), any opposition must be filed with the Court no later than fourteen (14) days prior to the date of the hearing on the Motion. You must file your opposition with the Clerk of the United States Bankruptcy Court. You must also serve a copy of your opposition upon Trustee's counsel no later than fourteen (14) days prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this Notice, and upon the Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017. Any failure to timely file and serve an opposition may

/ / /

[1] The information in the following table was provided by the Trustee and her general counsel.

result in a waiver of any such opposition and the Court may enter an order granting the Motion without further notice.

DATED: August 25, 2026

MARSHACK HAYS WOOD LLP

BY: *__/s/ Richard A. Marshack______*
RICHARD A. MARSHACK
D. EDWARD HAYS
BRADFORD N. BARNHARDT
Special Litigation Counsel for Chapter 7
Trustee, SANDRA K. MCBETH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR (1) ORDER ESTABLISHING CONDITIONS AND PROCEDURES FOR DISMISSAL OF CASE UNDER 11 U.S.C. § 707(a); AND (2) ALLOWANCE AND PAYMENT OF TRUSTEE'S AND ADMINISTRATIVE PROFESSIONALS' REQUESTS FOR FEES AND EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 25, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**RTD 12/27/23 UTF**
**DEBTOR**
RAJYSAN, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE
~~4175 GUARDIAN STREET~~
~~SIMI VALLEY, CA 93063~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PER JUDGE SALTZMAN'S PROCEDURES: Judge Saltzman does not follow the judge's copy requirements of General Order 23-01. No judge's copy of any document is required unless a copy is requested by chambers.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2026 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR CREDITOR BMS BANK OF NORTH AMERICA:** Bret D. Allen ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Todd M Arnold tma@lnbyg.com
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE and TRUSTEE SANDRA MCBETH (TR):** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com
- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA DEPARTMENT:** Bhagwati Barot bbarot@aissolution.com
- **INTERESTED PARTY COURTESY NEF:** Linda S Blonsley blonsleylawecf@gmail.com, joe@blonsleylaw.com; lawbr69955@notify.bestcase.com; lblonsley@blonsleylaw.com
- **ATTORNEY FOR CREDITOR BORSTEIN ENTERPRISES:** Jess R Bressi jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **ATTORNEY FOR INTERESTED PARTY ALLIANCE NORTH AMERICA, INC.:** Cathrine M Castaldi ccastaldi@brownrudnick.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Lisa W Chao lisa.chao@doj.ca.gov
- **ATTORNEY FOR CREDITOR and DEFENDANT LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR:** Jacquelyn H Choi jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **ATTORNEY FOR CREDITOR TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIVISION:** Christopher J. Dylla Christopher.Dylla@azag.gov
- **ATTORNEY FOR 3RD PARTY DEFENDANT and CREDITOR GURMEET SAHANI; 3RD PARTY DEFENDANT JASMINE SAHANI; and CREDITOR HALCYON VALENCIA PARTNERS, L.P.:** Jeremy Faith Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR U.S. TRUSTEE:** Brian David Fittipaldi brian.fittipaldi@usdoj.gov
- **ATTORNEY FOR CREDITOR SUMITOMO MITSUI FINANCE AND LEASING CO., LTD.:** Jeffrey Garfinkle jgarfinkle@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
- **ATTORNEY FOR WITNESS JEFFER MANGELS BUTLER & MITCHELL LLP:** Thomas M Geher tmg@jmbm.com, bt@jmbm.com; tmg@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR DEBTOR RAJYSAN, INC.:** Andrew Goodman agoodman@tullylegal.com, Goodman.AndrewR102467@notify.bestcase.com
- **ATTORNEY FOR DEBTOR RAJYSAN, INC. and SPECIAL COUNSEL ALPERT, BARR & GRANT:** Andrew Goodman agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY GRANT_SHENON, APLC fka ALPTER, BARR & GRANT; SPECIAL COUNSEL ALPERT, BARR & GRANT and TRUSTEE SANDRA MCBETH (TR):** Adam D Grant agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- **INTERESTED PARTY COURTESY NEF:** Barbara R Gross barbara@bgross.law, luz@bgross.law
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE and TRUSTEE SANDRA MCBETH (TR):** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Richard E Hettinger rhettinger@davidsontroilo.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI; DEFENDANT and INTERESTED PARTY GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; DEFENDANT and INTERESTED PARTY AMARJIT SAHANI; DEFENDANT GURPREET SAHANI; DEFENDANT and INTERESTED PARTY RAJINDER SAHANI; and DEFENDANT and INTERESTED PARTY SHAHEEN SAHANI:** Stephen E Hyam stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF and DEFENDANT CALIFORNIA FRANCHISE TAX BOARD:** John C Keith john.keith@doj.ca.gov
- **ATTORNEY FOR CREDITOR WELLS FARGO BANK, N.A.:** Raffi Khatchadourian raffi@hemar-rousso.com

- **ATTORNEY FOR CREDITOR BRUCE MILLER & ASSOCIATES:** Mark J Krone mk@amclaw.com, maa@amclaw.com; amc@amclaw.com; mea@amclaw.com; ilr@amclaw.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD; 3RD PARTY DEFENDANT, DEFENDANT, and INTERVENOR-DEFENDANT AMARJIT SAHANI; 3RD PARTY DEFENDANT, DEFENDANT, and INTERVENOR-DEFENDANT GURPREET SAHANI; 3RD PARTY DEFENDANT, DEFENDANT, and INTERVENOR-DEFENDANT RAJINDER SAHANI; 3RD PARTY DEFENDANT and INTERVENOR-DEFENDANT SHANEEN SAHANI; DEFENDANT and INTERVENOR-DEFENDANT GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; and DEFENDANT and INTERVENOR-DEFENDANT SHAHEEN SAHANI:** Lewis R Landau Lew@Landaunet.com
- **ATTORNEY FOR INTERESTED PARTY AIRMAN USA CORPORATION and INTERESTED PARTY HOKUETSU INDUSTRIES CO., LTD.:** Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Noreen A Madoyan Noreen.Madoyan@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE:** Richard A Marshack rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **TRUSTEE SANDRA MCBETH (TR):** Sandra McBeth (TR) jwalker@mcbethlegal.com, CA65@ecfcbis.com; ecf.alert+McBeth@titlexi.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Monserrat Morales Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com; Helen@marguliesfaithlaw.com; Angela@MarguliesFaithlaw.com
- **INTERESTED PARTY COURTESY NEF:** John M O'Donnell john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Carmela Pagay ctp@lnbyg.com
- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA:** Dipika Parmar dipika.parmar@aissolution.com
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Laura E Robbins Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- **ATTORNEY FOR DEFENDANT INTERNAL REVENUE SERVICE and DEFENDANT UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Najah J Shariff najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Jay M Spillane jspillane@spillaneplc.com, cdale@spillaneplc.com; smargetis@spillaneplc.com
- **ATTORNEY FOR CREDITOR BEXAR COUNTY:** Don Stecker don.stecker@lgbs.com
- **ATTORNEY FOR CREDITOR TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIVISION:** John M Stern bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov
- **ATTORNEY FOR CREDITOR SOUTHWEST PRODUCTS CORPORATION:** Thomas W Stilley tstilley@sussmanshank.com, jhume@sussmanshank.com
- **U.S. TRUSTEE:** United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Timothy J Yoo tjy@lnbyb.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

**INTERESTED PARTY**
FORCE TEN PARTNERS
5271 CALIFORNIA AVE.
STE 270
IRVINE, CA 92617

**INTERESTED PARTY**
SQUAR MILNER, LLP
C/O BAKER TILLY
SHASHI MIRPURI
6320 CANOGA AVE
17TH FLOOR
WOODLAND HILLS, CA 91367

**INTERESTED PARTY**
M. KATHLEEN KLEIN
6061 NORTH FRESNO ST
STE 106
FRESNO, CA 93710

**INTERESTED PARTY**
A. LAVAR TAYLOR
TAYLOR NELSON AMITRANO LLP
1900 MAIN ST, STE 650
IRVINE, CA 92614

**INTERESTED PARTY**
GA GLOBAL PARTNERS
C/O CA GLOBAL PARTNERS
MARK WEITZ
2637 TOWNSGATE RED
STE 300
WESTLAKE VILLAGE, CA 913661

**LARGEST 20 UNSECURED CREDITORS**
GWO UEI METALS INDUSTRY CO., LTD.
NO.15, CHI-SHING ST.
HOW LII TAICHU HSIEN
TAIWAN, ROC

**LARGEST 20 UNSECURED CREDITORS**
SUMITOMO MITSUI FINANCE & LEASING
JOSUIKAI BUILDING
9TH FLOOR
HITOTSUBASHI 2-1-1
TOKYO, JAPAN

**LARGEST 20 UNSECURED CREDITORS**
SUMITOMO MITSUI FINANCE AND LEASING CO., LTD.
1-2-3 MARUNOUCHI
CHIYODA-KU, TOKYO 100-8287
JAPAN

**LARGEST 20 UNSECURED CREDITORS**
THERMOBILE INDUSTRIES BV
KONIJNENBERG 80 4825 BD
BREDA THE NETHERLANDS

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
ARMANINO, LLP
12657 ALCOSTA BOULEVARD
#500
SAN RAMON, CA 94583-4406

**LARGEST 20 UNSECURED CREDITORS**
AVA LOGISTICS
3495 LAKESIDE DR
SUITE 254
RENO, NV 89509-4841

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
AVA LOGISTICS LLC
C/O BRIAN SCHUSTERMAN, MCDONALD CARANO LLP
P.O. BOX 2670
RENO, NV 89505-2670

**LARGEST 20 UNSECURED CREDITORS**
C.H. ROBINSON WORLDWIDE, INC
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
C.H. ROBINSON WORLDWIDE, INC
14701 CHARLSON ROAD
EDEN PRAIRIE, MN 55347

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
EPIC FREIGHT SOLUTIONS, LLC
ATTN: LEGAL DEPARTMENT
3200 OLYMPUS BLVD, SUITE 300
DALLAS, TX 75019

**PER PA SOS**
**LARGEST 20 UNSECURED CREDITORS**
GREATWIDE DALLAS MAVIS LLC
3819 TOWNE CROSSING BLVD., STE. 100
MESQUITE, TX 75150

**NEW ADDR WEBSITE**
**LARGEST 20 UNSECURED CREDITORS**
GREATWIDE DALLAS MAVIS LLC
7150 CABOT BOULEVARD WEST
LANGHORNE, PA 19047

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
GUANGZHOU ZHAO QI TRADING CO. LTD
BROWN & JOSEPH, LTD C/O DON LEVITON
PO BOX 59838
SCHAUMBURG, IL 60159-0838

**NEW ADDR 11/08/22 CA SOS**
**LARGEST 20 UNSECURED CREDITORS**
HANKYU HASHIN EXPRESS (USA) INC.
C/O TAKASHI OKUGAWA, AGENT FOR SERVICE OF PROCESS
1561 BEACHEY PLACE
CARSON, CA 90746

**LARGEST 20 UNSECURED CREDITORS**
HICKS PENSION SERVICES
3459 W. SHAW AVE.
FRESNO, CA 93711-3204

**PER OR SOS**
**LARGEST 20 UNSECURED CREDITORS**
KIPOR POWER EQUIPMENT INC
C/O CHARLES BOYD HIGGINS
13009 SE JENNIFER STREET, SUITE 105
CLAKAMAS, OR 97015

**PER OR SOS**
**LARGEST 20 UNSECURED CREDITORS**
KIPOR POWER EQUIPMENT INC
9464 GEISLER ROAD
EDEN PRAIRIE, MN 55347

**LARGEST 20 UNSECURED CREDITORS**
MGS INCORPORATED
178 MUDDY CREEK CHURCH ROAD
DENVER, PA 17517-9328

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
MGS, INC.
C/O ROBERT W. PONTZ, ESQ.
480 NEW HOLLAND AVENUE, SUITE 6205
LANCASTER, PA 17602-2227

**PER AZ SOS**
**LARGEST 20 UNSECURED CREDITORS**
SOUTHWEST PRODUCTS CORP
CORPORATION SERVICE COMPANY
7955 S PRIEST DR, SUITE 102
TEMPE, AZ 85284

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
SOUTHWEST PRODUCTS CORPORATION
805 BROADWAY ST. #700
VANCOUVER WA 98660-3301

**LARGEST 20 UNSECURED CREDITORS**
THOMAS SALES COMPANY
1412 CRESTWAY COURT
FALLSTON, MD 21047-1600

**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
TOTAL QUALITY LOGISTICS, LLC
ATTN: JOSEPH B. WELLS, ASSET CORPORATE COUNSEL
4289 IVY POINTE BLVD.
CINCINNATI, OH 45245

**LARGEST 20 UNSECURED CREDITORS**
TOTAL QUALITY LOGISTICS, LLC
P.O. BOX 634558
CINCINNATI, OH 45263-4558

**PER DE SOS**
**LARGEST 20 UNSECURED CREDITORS**
TRINITY LOGISTICS, INC.
50 FALLON AVENUE
SEAFORD, DE 19973

**NEW ADDR 11/08/22 FDIC**
**LARGEST 20 UNSECURED CREDITORS**
WELLS FARGO BANK, N.A.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
101 N PHILLIPS AVE
SIOUX FALLS, SD 57104

**NEW ADDR 11/08/22 CA SOS**
**LARGEST 20 UNSECURED CREDITORS**
WELLS FARGO EQUIPMENT FINANCE, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
600 SOUTH 4TH STREET, 10TH FLOOR
MINNEAPOLIS, MN 55415

**NEW ADDR 08/06/18 DK 303**
**CREDITOR / POC ADDRESS**
BMW BANK OF NORTH AMERICA
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

**NEW ADDR 11/08/22 WEBSITE**
**CREDITOR**
BMW BANK OF NORTH AMERICA DEPARTMENT
ASCENSION CAPITAL GROUP
ACCOUNT: XXXXX9426
1212 CORPORATE DRIVE
IRVING, TX 75038

**CREDITOR**
COMMONWEALTH OF PENNSYLVANIA
COLLECTIONS SUPPORT UNIT
ATTN: DEB SECREST
651 BOAS STREET, ROOM 702
HARRISBURG, PA 17121

**CREDITOR**
ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON DC 20044

**CREDITOR**
CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
FEDERAL BUILDING, ROOM 7516
300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 4
55 SO MARKET STREET
M/S HQ5430
SAN JOSE, CA 95113

**CREDITOR**
AC BUSINESS MEDIA, INC
201 N. MAIN STREET
FORT ATKINSON, WI 53538-1809

**CREDITOR / POC ADDRESS**
ACTION TRANSPORTATION, INC
MICHAEL J. MAYERLE
14 N. CENTRAL AVE., STE. 104
MEDFORD, OR 97501

**CREDITOR**
ACTION TRANSPORTATION, INC
PO BOX 153
MEDFORD, OR 97501-0011

**CREDITOR**
AIRGAS USA, LLC
PO BOX 935300
LONG BEACH, CA 90809-3500

**ADDR PER DOT**
**CREDITOR**
ALAMO INDUSTRIAL GROUP, INC
PO BOX 200426
SAN ANTONIO, TX 78220-0426

**CREDITOR**
ALL VALLEY HOSE & INDUSTRIAL SUPPLY
16735 SATICOY ST #107
VAN NUYS, CA 91406-2700

**CREDITOR**
ALTERITY, INC.
600 SIX FLAGS DRIVE, SUITE 642
ARLINGTON, TX 76011-6332

**CREDITOR**
AMARJIT SAHANI
5352 TAMPA AVENUE
TARZANA, CA 91356-3023

**CREDITOR**
AMERICAN EXPRESS
POST OFFICE BOX 0001
LOS ANGELES, CA 90096-0001

**CREDITOR / POC ADDRESS**
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

**CREDITOR**
AMERICAN PACIFIC INDUSTRIES, INC.
8320 EAST HARTFORD DRIVE
SCOTTSDALE, AZ 85255-5590

**CREDITOR / POC ADDRESS**
AMERICAN RENTAL ASSOCIATION
1900 19TH STREET
MOLINE, IL 61265-4198

**CREDITOR**
AMERIGAS PROPANE LP
P.O. BOX 7155
PASADENA, CA 91109-7155

**NEW ADDR PER USPS 12/18/19**
**CREDITOR**
ANDERSON RUBBISH DISPOSAL
195 W LOS ANGELES AVE
SIMI VALLEY, CA 93065

**CREDITOR**
APPLIED INDUSTRIAL TECHNOLOGIES
22510 NETWORK PLACE
CHICAGO, IL 60673-1225

**CREDITOR**
ARCTIC FOX, LLD
26207 NETWORK PLACE
CHICAGO, IL 60673-1262

**CREDITOR**
ARONSON MANUFACTURING
7640 GLORIA AVENUE
VAN NUYS, CA 91406-1800

**CREDITOR**
AT&T
P.O. BOX 5025
CAROL STREAM, IL 60197-5025

**CREDITOR / POC ADDRESS**
AT&T CORP
C/O AT&T SERVICES, INC.
KAREN A. CAVAGNARO-LEAD PARALEGAL
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

**CREDITOR / POC ADDRESS**
AT&T MOBILITY II LLC
C/O AT&T SERVICES, INC.
KAREN A. CAVAGNARO-LEAD PARALEGAL
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

**NEW ADDR PER CA SOS**
**CREDITOR**
AVALARA, INC.
255 S KING ST STE 1800
SEATTLE WA 98104

**NEW ADDR PER CA SOS**
**CREDITOR**
AVALARA, INC.
C/O CT CORPORATION SYSTEM
818 WEST SEVENTH STREET, SUITE 930
LOS ANGELES, CA 90017

**CREDITOR**
BAILEY SALES & MARKETING
88 MAPLE AVE
HAMBURG, NY 14075-4808

**CREDITOR / POC ADDRESS**
BARCO RENT A TRUCK
717 SOUTH 5600 WEST
SALT LAKE CITY, UT 84104-5301

**CREDITOR / POC ADDRESS**
BASLER ELECTRIC COMPANY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
7990 SOLUTIONS CENTER
CHICAGO, IL 60677-7009

**CREDITOR**
BATTERYSTUFF.COM
276 TECH WAY
GRANTS PASS, OR 97526-8530

**CREDITOR**
BEATRICE COOKSON
23956 PARK GRANADA
CALABASAS, CA 91302-2504

**CREDITOR**
BIGBEE ENGINEERING
2679 MANHATTAN BEACH BOULEAVARD
REDONDO BEACH, CA 90278-1672

**CREDITOR**
BLUE SHIELD OF CALIFORNIA
P.O. BOX 749415
LOS ANGELES, CA 90074-9415

**CREDITOR**
BLUEGRACE
DEPT 108
P.O. BOX 4964
HOUSTON, TX 77210-4964

**CREDITOR**
BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

**CREDITOR**
BMW OF NORTH AMERICA, LLC
P.O. BOX 78066
PHOENIX, AZ 85062-8066

**CREDITOR / POC ADDRESS**
BORSTEIN ENTERPRISES
ATTN CRAIG BORSTEIN
11766 WILSHIRE BOULEVARD, SUITE 820
LOS ANGELES, CA 90025-6590

**PER IL SOS**
**CREDITOR**
BP LUBRICANTS USA, INC
C/O C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO ,IL 60604-1101

**CREDITOR**
BRIAN SCHUSTERMAN C/O
MCDONALD CARANO LLP
P.O. BOX 2670
RENO, NV 89505-2670

**CREDITOR**
BROOME & ASSOCIATES
PO BOX 862035
MARIETTA, GA 30062-0001

**NEW ADDR 11/08/22 WEBSITE**
**CREDITOR**
BUDD LOGISTICS
C/O ASHTON & WEINBERG
800 OAKLAWN AVENUE, SUITE C203
CRANSTON, RI 02920

**CREDITOR**
BUYERS PRODUCTS CO
P.O. BOX 74237
CLEVELAND, OH 44194-0313

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
FUNCTIONAL SUCCESSOR TO BOARD OF EQUALIZATION
SPECIAL OPS, MIC:55
PO BOX 942879
SACRAMENTO, CA 94279-0055

**CREDITOR / POC ADDRESS**
CDW
ATTN: VIDA KRUG
200 N. MILWAUKEE AVE.
VERNON HILLS IL 60061-1577

**CREDITOR**
CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO, IL 60675-5723

**CREDITOR**
CEQUENT PERFORMANCE PRODUCTS
47912 HALYARD DR,
SUITE 100
PLYMOUTH, MI 48170-2454

**CREDITOR**
CHARLES V. CURLEY, ESQ.
1100 E. HECTOR STREET
SUITE 425
CONSHOHOCKEN, PA 19428-2353

**CREDITOR**
CHRISTOPHER MCGILL
P.O. BOX 150
WILMINGTON, NY 12997-0150

**CREDITOR**
CINTAS CORPORATION
P.O. BOX 88005
CHICAGO, IL 60680-1005

**CREDITOR**
CITY ELECTRIC SUPPLY
800 NORTH VICTORY BOULEVARD
BURBANK, CA 91502-1630

**CREDITOR / POC ADDRESS**
CITY OF SAN ANTONIO
100 W. HOUSTON STREET, 18TH FLOOR
SAN ANTONIO, TX 78205

**CREDITOR**
CITY OF SAN ANTONIO SAPD ALARMS
315 S. SANTA ROSA
SAN ANTONIO, TX 78207-4557

**NEW ADDR 11/08/22 WEBSITE CREDITOR**
CITY OF SIMI VALLEY
C/O DAVID L. CACERES, CITY ATTORNEY
2929 TAPO CANYON ROAD
SIMI VALLEY, CA 93063-2117

**CREDITOR / POC ADDRESS**
CNA COMMERCIAL INSURANCE
500 COLONIAL CENTER PARKWAY
LAKE MARY, FL 32746

**CREDITOR / POC ADDRESS**
COAST TO COAST COMPUTER PRODUCTS, INC.
4277 VALLEY FAIR STREET
SIMI VALLEY, CA 93063-2940

**CREDITOR**
COLONIAL BANKNOTE COMPANY
155 WILD HEDGE LANE
MOUNTAINSIDE, NJ 07092-2520

**CREDITOR / POC ADDRESS**
CONTROL DEVICES, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1555 LARKIN WILLIAMS ROAD
FENTON, MO 63026

**CREDITOR**
COOPER WIRING DEVICES
28368 NETWORK PLACE
CHICAGO, IL 60673-1283

**CREDITOR / POC ADDRESS**
CORVUS GROUP
269 BEATRICE LANE
ASTON, PA 19014-2278

**CREDITOR**
COUNTY ASSESSOR
COUNTY GOVERNMENT CENTER, ROOM 100
SAN LUIS OBISPO, CA 93408-0001

**CREDITOR**
COUNTY TAX COLLECTOR
P.O. BOX 357
SANTA BARBARA, CA 93102-0357

**CREDITOR / POC ADDRESS**
CPS ENERGY - ELECTRIC
P.O. BOX 2678
SAN ANTONIO, TX 78289-0001

**CREDITOR**
DEEP SEA ELECTRONICS, INC.
3230 WILLIAMS AVE
ROCKFORD, IL 61101-2668

**CREDITOR**
DEMCO DETHMERS MANUFACTURING CO.
4010 320TH STREET
BOYDEN, IA 51234-7502

**CREDITOR**
DEXTER AXLE COMPANY
26656 NETWORK PLACE
CHICAGO, IL 60673-1266

**CREDITOR**
DHL EXPRESS - USA
16592 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0165

**CREDITOR**
DMV RENEWAL
P.O. BOX 942894
SACRAMENTO, CA 94294-0894

**CREDITOR**
DON LEVITON, ESQ.
3 GOLF CENTER
SUITE 361
HOFFMAN ESTATES, IL 60169-4910

**CREDITOR**
DOUGLASS, INC.
P.O. BOX 175
TRAFALGAR, IN 46181-0175

**CREDITOR**
DRAGOON'S FARM EQUIPMENT INC.
PO BOX 238-02507
STATE ROUTE 11
MOOERS, NY 12958

**CREDITOR**
DUN & BRADSTREET
C/O CT CORPORATION SYSTEM, REGISTERED AGENT
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
ECO, INC.
P.O. BOX 2731
ROCKLIN, CA 95677-8463

**CREDITOR**
EMCO INDUSTRIES
P.O. BOX 671357
DALLAS, TX 75267-1357

**CREDITOR / POC ADDRESS**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**NEW ADDR 11/08/22 CA SOS**
**CREDITOR**
ENTERPRISE MANAGEMENT
ADVISORS, LLC
C/O CT CORPORATION SYSTEM
330 N BRAND BLVD, SUITE 700
GLENDALE, CA 91203

**CREDITOR**
FEDEX
P.O. BOX 7221
PASADENA, CA 91109-7321

**NEW ADDR 11/08/22 WEBSITE**
**CREDITOR**
FIREFLY BUSINESS GROUP
PO BOX 51014
ALBUQUERQUE, NM 87181

**CREDITOR**
FIRST INSURANCE FUNDING CORP.
P.O. BOX 7000
CAROL STREAM, IL 60197-7000

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**NEW ADDR PER USPS**
**CREDITOR**
GEFCO FORWARDING USA
1541 ELMHURST RD
ELK GROVE VLG, IL 60007-6412

**CREDITOR**
GEMCAP
24955 PACIFIC COAST HIGHWAY
SUITE A202
MALIBU, CA 90265-4747

**CREDITOR**
GENERAL CRANE SERVICES, INC.
1606 RIVER WOOD CT
SIMI VALLEY, CA 93063-7405

**CREDITOR**
GIS BENEFITS
P.O. BOX 1806
SAN ANTONIO, TX 78296-1806

**CREDITOR**
GOLDEN STATE WATER COMPANY
PO BOX 9016
SAN DIMAS, CA 91773-9016

**CREDITOR**
GURMEET SAHANI
5007 VANALDEN AVENUE
TARZANA, CA 91356-3905

**CREDITOR**
HOLLYWOOD DELIVERY SERVICE
2828 S WILLOW AVE
BLOOMINGTON, CA 92316-3261

**CREDITOR**
INDU-ELECTRIC NORTH AMERICA,
INC
27756 AVENUE HOPKINS
VALENCIA, CA 91355-1222

**CREDITOR**
INDUSTRIAL METAL SUPPLY
8300 SAN FERNANDO RD
SUN VALLEY, CA 91352-3222

**CREDITOR**
INKWORKS STORE
30251 GOLDEN LANTERN
LAGUNA NIGUEL, CA 92677-5993

**CREDITOR**
IRON MOUNTAIN
P.O. BOX 601002
PASADENA, CA 91189-1002

**NEW ADDR 11/08/22 CALBAR**
**CREDITOR**
JAN-PRO CENTRAL COAST
C/O LINDA ANN SELIG BLONSLEY,
BLONSLEY LAW
800 WELLINGTON STREET
BALTIMORE, MD 21211-2512

**CREDITOR**
JEFFREY S. SCHULLER, ESQ.
SCHULLER & SCHULLER
12307 VENTURA BOULEVARD
STUDIO CITY, CA 91604-2510

**CREDITOR**
JOE BELL & ASSOCIATES
8358 SHOREGATE LANE
KNOXVILLE, TN 37938-7402

**CREDITOR**
K&N MOBILE DISTRIBUTION
SYSTEMS
4909 RONDO DRIVE
FORT WORTH, TX 76106-1824

**CREDITOR**
KAISER FOUNDATION HEALTH PLAN
FILE 5915
LOS ANGELES, CA 90074-5915

**CREDITOR**
KAPLAN HR
5776 LINDERO CANYON RD
SUITE D-246
THOUSAND OAKS, CA 91362-6428

**CREDITOR**
KEEN COMPRESSED GAS
P.O. BOX 15151
WILMINGTON, DE 19850-5151

**CREDITOR**
KELTEC TECHNOLAB
2300 E ENTERPRISE PARKWAY
TWINSBURG, OH 44087-2349

**CREDITOR / POC ADDRESS**
KUBOTA ENGINE AMERICA CORP.
505 SCHELTER ROAD
LINCOLNSHIRE, IL 60069-4220

**CREDITOR**
LANDEGGER BARON LAW GROUP
15760 VENTURA BOULEVARD
SUITE 1200
ENCINO, CA 91436-3042

**CREDITOR**
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 NORTH CENTRAL AVE, STE 2300
GLENDALE, CA 91203-1445

**CREDITOR**
LINUXDOCTOR
16460 GUNTHER STREET
GRANADA HILLS, CA 91344-2937

**PER MA SOS**
**CREDITOR**
LOJACK
CORPORATION SERVICE COMPANY
84 STATE STREET
BOSTON, MA 02109

**NEW ADDR 11/08/22 CA SOS**
**CREDITOR**
M & M FASTENERS SUPPLY, INC.
C/O LOUIS JAY ESBIN
27451 TOURNEY ROAD, SUITE 120
VALENCIA, CA 91355

**RTD 11/27/17 UTF**
**CREDITOR**
MARK ELIAS
4805 BELLFLOWER AVE.
WORCESTER, MA 01601

**CREDITOR**
MARK WRIGHT
26339 BELLE PORTE AVENUE
HARBOR CITY, CA 90710-3736

**CREDITOR**
MARKETING CONCEPTS INC.
2302-1 VINSON LANE
JACKSONVILLE, FL 32207-9535

**CREDITOR / POC ADDRESS**
MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 9564
BOSTON, MA 02114-9564

**CREDITOR / POC ADDRESS**
MASSENGALE ARMATURE WORKS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1031 BASSE ROAD
SAN ANTONIO, TX 78212-1099

**CREDITOR**
MCCLELLAND MARKETING INC
4557 NORTH SQUARE DRIVE
HIGH RIDGE, MO 63049-1963

**CREDITOR**
MCI
PO BOX 15043
ALBANY, NY 12212-5043

**CREDITOR**
MEASUREMENT SPECIALTIES INC.
28183 NETWORK PLACE
CHICAGO, IL 60673-1281

**CREDITOR**
MERIDIAN PACIFIC SALES, LLC
2035 N HILLRIDGE CIRCLE
MESA, AZ 85207-2170

**NEW ADDR PER DK 708**
**CREDITOR**
MINER CENTRAL TEXAS, LTD
11827 TECH COM RD., #115
SAN ANTONIO, TX 78233-6015

**CREDITOR / POC ADDRESS**
ML MARKETING
MARILYN LEVINE
4 NICOLE TERRACE
EDISON, NJ 08820-4044

**CREDITOR**
MOMENTUM, INC.
33 EAST FORT HILL ROAD
YONKERS, NY 10710-1207

**NE WADDR PER WEBSITE**
**CREDITOR**
MORGAN, COHEN & BACH
7225 N MONA LISA RD, STE 200
TUCSON AZ 85741

**CREDITOR**
NAPA AUTO PARTS OF SIMI VALLEY
1717 E. LOS ANGELES AVE.
SIMI VALLEY, CA 93065-2021

**NEW ADDR PER DK 694**
**CREDITOR**
NICK LUCIANO
37119 SANDY LANE
GRAND ISLAND, FL 32735

**CREDITOR / POC ADDRESS**
PACIFIC BELL TELEPHONE COMPANY
C/O AT&T SERVICES, INC.
KAREN A. CAVAGNARO-LEAD PARALEGAL
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

**CREDITOR**
PAUL DALY
213 TALBOT DRIVE
BROOMALL, PA 19008-3728

**CREDITOR / POC ADDRESS**
PAUL DALY
KELLE A. KILGRARRIF, CURLEY & ROTHMAN
1100 EAST HECTOR STREET, SUITE 425
CONSHOHOCKEN, PA 19428

**CREDITOR**
PENNWELL CORPORATION
21428 NETWORK PLACE
CHICAGO, IL 60673-1214

**CREDITOR**
PENTON MEDIA, INC
24652 NETWORK PLACE
CHICAGO, IL 60673-1246

**CREDITOR**
PEOPLEREADY INC.
P.O. BOX 31001-0257
PASADENA, CA 91110-0257

**RTD 11-05-25 UTF**
**CREDITOR / POC ADDRESS**
PEREGRINE REALTY PARTNERS, INC.
915 WILSHIRE BOULEVARD, SUITE 2060
LOS ANGELES, CA 90017

**CREDITOR**
PHILLIPS 66 CO./SYNCB
P.O. BOX 530970
ATLANTA, GA 30353-0970

**CREDITOR**
PORT AUTHORITY OF SAN ANTONIO
907 BILLY MITCHELL BLVD.
SAN ANTONIO, TX 78226-1802

**CREDITOR**
POWER EQUIPMENT PLUS / RICK LONG
P.O. BOX 14
SAND LAKE, MI 49343-0014

**CREDITOR**
POWER TRIP RENTALS
2501 ORANGE AVE
SIGNAL HILL, CA 90755-3535

**CREDITOR**
PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541-1021

**CREDITOR**
PROTECTION 1
P.O. BOX 219044
KANSAS CITY, MO 64121-9044

**CREDITOR**
RAJINDER SAHANI
5352 TAMPA AVENUE
TARZANA, CA 91356-3023

**CREDITOR**
RED WING SHOES AND REPAIR
757 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91360-6054

**PER CA SOS**
**CREDITOR**
REDNECK TRAILER SUPPLIES
C/O CT CORPORATION SYSTEM
330 N BRAND BLVD
GLENDALE, CA 91203

**CREDITOR**
REINHART BOERNER VAN DEUREN
P.O. BOX 2965
MILWAUKEE, WI 53201-2965

**CREDITOR / POC ADDRESS**
REINHART BOERNER VAN DEUREN S.C.
C/O L. KATIE MASON ESQ.
1000 N. WATER ST SUITE 1700
MILWAUKEE, WI 53202-3186

**CREDITOR**
REMX FINANCIAL
P.O. BOX 512007
LOS ANGELES, CA 90051-0007

**CREDITOR**
RENT IT
2081 FIRST STREET,SUITE 200
SIMI VALLEY, CA 93065-2819

**CREDITOR**
RICHARDS INDUSTRIAL, L.L.C.
7931 COASTAL RUN
SAN ANTONIO, TX 78240-2700

**CREDITOR / POC ADDRESS**
ROBERT DECKMAN ADVERTISING
5332 AUTRY AVENUE
LAKEWOOD, CA 90712-2014

**CREDITOR / POC ADDRESS**
RONALD E. ZECK, JR.
33 EAST RATTLING RUN ROAD
MICKLETON, NJ 08056

**CREDITOR**
SAN ANTONIO WATER SYSTEM
P.O. BOX 2990
SAN ANTONIO, TX 78299-2990

**CREDITOR**
SCOTT O. SMITH
BUCHALTER
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-1730

**CREDITOR**
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**CREDITOR**
SOUTHERN CALIFORNIA EDISON
P.O. BOX 600
ROSEMEAD, CA 91771-0001

**CREDITOR / POC ADDRESS**
SOUTHWESTERN BELL TELEPHONE COMPANY
C/O AT&T SERVICES, INC.
KAREN A. CAVAGNARO-LEAD PARALEGAL
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

**CREDITOR**
SPARKLETTS
PO BOX 660579
DALLAS, TX 75266-0579

**CREDITOR / POC ADDRESS**
STEVEN JAFFE
12937 DAUGHTERY DRIVE
WINTER GARDEN, FL 34787-6516

**CREDITOR**
STUART C. BRINN, ESQ.
150 E. FOURTH STREET
4TH FLOOR
CINCINNATI, OH 45202-4186

**CREDITOR**
SULLIVAN CURTIS MONROE
P.O. BOX 19763
IRVINE, CA 92623-9763

**CREDITOR**
SUNLIGHT TOWING INC.
NO.80, TAISHUN 2ND ST., BEITUN DIST
TAICHUNG CITY 40661, TAIWAN

**CREDITOR**
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
C/O OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711

**CREDITOR**
THE CARLSTAR GROUP, LLC
P.O. BOX 100929
PASADENA, CA 91189-0929

**CREDITOR / POC ADDRESS**
THE CARLSTAR GROUP, LLC
ATTN: CREDIT DEPT
23 WINDHAM BLVD
AIKEN, SC 29805

**CREDITOR**
TIMOTHY W. FAFINSKI, ESQ.
CORPORATE COUNSEL, P.A.
3411 BREI KESSEL ROAD
MAPLE PLAIN, MN 55359-8747

**CREDITOR / POC ADDRESS**
TOD PUTNAM
520 S. SEPULVEDA BLVD. #204
LOS ANGELES CA 90049-3534

**NEW ADDR DK 716**
**CREDITOR**
TOD PUTNAM
4837 LAUREL RIDGE DR.
RIVERSIDE, CA 92509

**CREDITOR**
TODD M. LANDER, ESQ.
FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST
SUITE 1900
LOS ANGELES, CA 90067-1723

**CREDITOR / POC ADDRESS**
TREDIT TIRE & WHEEL CO. INC.
3305 CHARLOTTE AVENUE
ELKHART, IN 46514

**CREDITOR**
TRINITY STAFFING SERVICES, INC
13750 SAN PEDRO #540
SAN ANTONIO, TX 78232-4371

**CREDITOR**
UD TRUCKS NORTH AMERICA, INC.
7900 NATIONAL SERVICE ROAD
GREENSBORO, NC 27409-9416

**CREDITOR / POC ADDRESS**
ULINE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158

**CREDITOR**
ULINE
P.O. BOX88741
CHICAGO, IL 60680-1741

**CREDITOR**
UNISHIPPERS
FILE 2087
1801 W. OLYMPIC BOULEVARD
PASADENA, CA 91199-0001

**CREDITOR**
UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

**CREDITOR**
VER SALES INC
2509 N. NAOMI STREET
BURBANK, CA 91504-3236

**CREDITOR / POC ADDRESS**
WA DEPARTMENT OF REVENUE
2101 4TH AVE SUITE 1400
SEATTLE, WA 98121

**CREDITOR / POC ADDRESS**
WAAG POWDER COATING & SAND BLASTING
ATTN: MIKE CALKA
16000 STRATHERN STREET
VAN NUYS, CA 91406-1316

**CREDITOR**
WASTE MANAGEMENT OF TEXAS, INC
PO BOX 660345
DALLAS, TX 75266-0345

**CREDITOR / POC ADDRESS**
WASTE MANAGEMENT OF TEXAS, INC
WASTE MANAGEMENT - BANKRUPTCY DEPARTMENT
2625 W. GRANDVIEW RD. STE. 150
PHOENIX, AZ 85023

**CREDITOR**
WAYNE C. STREITZ ON BEHALF OF RONALD E.ZECK, JR.
HELMER, CONLEY & KASSELMAN, P.A.
181 EAST AVENUE
WOODSTOWN, NJ 08098

**CREDITOR**
WEX, INC.
PO BOX 6293
CAROL STREAM, IL 60197-6293

**CREDITOR**
WHOLESALE TRAILER SUPPLY
1470 VINCI AVE.
SACRAMENTO, CA 95838-1716

**CREDITOR**
WILLIAM G. FIG, ESQ.
1000 SW BROADWAY
SUITE 1400
PORTLAND, OR 97205-3066

**CREDITOR**
WOLFE INDUSTRIES INC
14420 MARQUART AVE.
SANTA FE SPRINGS, CA 90670-5119

**CREDITOR**
WORLDWIDE EXPRESS
850 HAMPSHIRE RD., #S
WESTLAKE VILLAGE, CA 91361-6007

**PER IL SOS**
**CREDITOR**
XO COMMUNICATIONS
C/O C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101

**PER IL SOS**
**CREDITOR**
YANMAR DIESEL AMERICA CORP
C/O C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101

**CREDITOR**
YRC FREIGHT
PO BOX 100129
PASADENA, CA 91189-0003

**RTD 04/26/22 UTF**
**CREDITOR**
~~AE SALES~~
~~4915 - 54TH STREET~~
~~3RD FLOOR~~
~~RED DEER, AB T4N2G7 CANADA~~

**RTD 12/12/17 UTF**
**CREDITOR**
~~ALAMO INDUSTRIAL GROUP, INC~~
~~9425 SAINT HEDWIG ROAD~~
~~SAN ANTONIO, TX 78263-1209~~

**RTD 11-17-25 UTF**
**CREDITOR / POC ADDRESS**
~~ALLIED ELECTRONICS, INC. ACCTS.~~
~~P.O. BOX 2325~~
~~FORT WORTH, TX 76113-2325~~

**RESENT 12/18/19 SEE NEW ADDR**
**CREDITOR**
~~ANDERSON RUBBISH DISPOSAL~~
~~P.O. BOX 307~~
~~SIMI VALLEY, CA 93062-0307~~

**RTD 11-12-25 UTF**
**CREDITOR**
~~ATHLON GENERATOR LLC~~
~~ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS~~
~~15885 KINGS HWY, RM DR8~~
~~MONTROSS, VA 22520~~

**RTD 04/04/22 UTF**
**CREDITOR**
~~ATHLON GENERATORS LLC~~
~~9617 CENTER STREET~~
~~MANASSAS, VA 20110-5521~~

**RTD 12/23/19 UTF**
**CREDITOR**
~~AVALARA, INC.~~
~~1100 2ND AVENUE~~
~~SUITE 300~~
~~SEATTLE, WA 98101-3429~~

**RTD 11-12-25 UTF**
**CREDITOR**
~~AVENGER LOGISTICS~~
~~P.O. BOX 16638~~
~~CHATTANOOGA, TN 37416-0638~~

**RTD 11-05-25 UTF**
**CREDITOR**
~~B&B FORKLIFT~~
~~15981 YARNELL~~
~~SUITE 248~~
~~SYLMAR, CA 91342-1052~~

**RTD 11-12-25 UTF**
**CREDITOR**
~~BAY ALARM COMPANY~~
~~P.O. BOX 7137~~
~~SAN FRANCISCO, CA 94120-7137~~

**SEE NEW ADDR 08/06/18**
**CREDITOR / POC ADDRESS**
~~BMW BANK OF NORTH AMERICA~~
~~P.O. BOX 165028~~
~~IRVING, TX 75016-5028~~

**RTD 03/28/22 UTF**
**CREDITOR**
~~BMW BANK OF NORTH AMERICA~~
~~DEPARTMENT~~
~~ASCENSION CAPITAL GROUP~~
~~ACCOUNT: XXXXX9426~~
~~PO BOX 165028~~
~~IRVING, TX 75016~~

**RTD 04/06/18 UTF**
**CREDITOR**
~~BP LUBRICANTS USA, INC~~
~~12276 COLLECTIONS CENTER DRIVE~~
~~CHICAGO, IL 60693-0122~~

**RTD 04/13/22 UTF**
**CREDITOR**
~~BUDD LOGISTICS~~
~~C/O ASHTON & WEINBERG, INC.~~
~~P.O. BOX 828~~
~~GREENVILLE, RI 02828-0828~~

**RTD 11-12-25 UTF**
**CREDITOR**
~~CELL ENERGY INC.~~
~~C/O HENRIK MORTENSEN, AGENT FOR SERVICE OF PROCESS~~
~~3904 WINTERS ST~~
~~SACRAMENTO, CA 95838~~

**RTD 03/21/22 UTF**
**CREDITOR**
~~CELL ENERGY INC.~~
~~4268 LOS ANGELES AVE~~
~~SIMI VALLEY, CA 93063-3366~~

**RTD 03/28/22 UTF**
**CREDITOR**
~~CITY OF SIMI VALLEY~~
~~P.O. BOX 511360~~
~~LOS ANGELES, CA 90051-7915~~

**RTD 11-17-25 UTF**
**CREDITOR**
~~CONTROL DEVICES, LLC~~
~~P.O. BOX 8862~~
~~CAROL STREAM, IL 60197-8862~~

**RTD 12-01-25 UTF**
**CREDITOR**
~~DUN & BRADSTREET~~
~~P.O. BOX 75434~~
~~CHICAGO, IL 60675-5434~~

**RTD 03/21/22 UTF**
**CREDITOR**
~~ENTERPRISE MANAGEMENT ADVISORS, LLC~~
~~601 S. FIGUEROA ST.,~~
~~STE 4050~~
~~LOS ANGELES, CA 90017-5879~~

**RTD 11/27/23 UTF**
**LARGEST 20 UNSECURED CREDITORS**
~~EPIC FREIGHT SOLUTIONS, LLC~~
~~15901 HAWTHORNE BLVD~~
~~STE 490~~
~~LAWNDALE, CA 90260-2656~~

**RTD 04/18/22 UTF**
**CREDITOR**
~~FIREFLY BUSINESS GROUP~~
~~PO BOX 41132~~
~~HOUSTON, TX 77241-1132~~

**RTD 05/08/18 FORWARD**
**CREDITOR**
~~GEFCO FORWARDING USA INC~~
~~1055 STEVENSON COURT~~
~~UNIT 105~~
~~ROSELLE, IL 60172-4316~~

**RTD 06-25-24 UTF**
**LARGEST 20 UNSECURED CREDITORS**
~~GREATWIDE DALLAS MAVIS LLC~~
~~PO BOX 405828~~
~~ATLANTA, GA 30384-5800~~

**RTD 08/03/20 UTF**
**LARGEST 20 UNSECURED CREDITORS**
~~GUANGZHOU ZHAO QI TRADING CO., LTD~~
~~RM.914 PROFIT PLAZA NO. 76~~
~~WEST HUANG PU ROAD~~
~~GUANGZHOU, CHINA~~

**RTD 03/18/22 UTF**
**LARGEST 20 UNSECURED CREDITORS**
~~HANKYU HASHIN EXPRESS(USA) INC~~
~~PO BOX 515438~~
~~LOS ANGELES, CA 90051-6738~~

**RTD 03/18/22 UTF**
**~~CREDITOR / POC ADDRESS~~**
JAN-PRO CENTRAL COAST
~~LINDA S. BLONSLEY, BLONSLEY LAW~~
~~209 S. HALCYON ROAD~~
~~ARROYO GRANDE, CA 93420~~

**RTD 03/21/22 UTF**
**CREDITOR**
~~JAN-PRO CLEANING & SYSTEMS~~
~~P.O. BOX 2838~~
~~SANTA MARIA, CA 93457-2838~~

**RTS 06-22-26 UTF**
**CREDITOR / POC ADDRESS**
~~JOHNSON CO.~~
~~P.O. BOX 27649~~
~~SEATTLE, WA 98165-2649~~

**RTD 04/02/18 UTF**
**LARGEST 20 UNSECURED CREDITORS**
~~KIPOR POWER EQUIPMENT INC~~
~~13009 SE JENNIFER ST., #105~~
~~CLACKAMAS, OR 97015-9076~~

**RTD 11-20-25 UTF**
**CREDITOR**
~~KUBOTA ENGINE AMERICA CORPORATION~~
~~PO BOX 73695~~
~~CHICAGO, IL 60673-7695~~

**RTD 11-10-25 UTF**
**CREDITOR**
~~LANDSBERG~~
~~1900 W. UNIVERSITY DRIVE~~
~~SUITE 101~~
~~TEMPE, AZ 85281-3292~~

**RTD 08/08/22 UTF**
**CREDITOR**
~~LOJACK~~
~~PO BOX 846111~~
~~BOSTON, MA 02284-6111~~

**RTD 03/21/22 UTF**
**CREDITOR**
~~M & M FASTENERS SUPPLY, INC.~~
~~PO BOX 729~~
~~SUN VALLEY, CA 91353-0729~~

**SEE NEW ADDR PER DK 708**
**CREDITOR / POC ADDRESS**
~~MINER CENTRAL TEXAS, LTD~~
~~300 E. SONTERRA, STE. 350~~
~~SAN ANTONIO, TX 78258~~

**RTD 12/26/19 UTF**
**CREDITOR**
~~MORGAN, COHEN & BACH~~
~~2555 N. COYOTE DRIVE~~
~~SUITE 101~~
~~TUCSON, AZ 85745-1235~~

**SEE NEW ADDR DK 694**
**CREDITOR / POC ADDRESS**
~~NICK LUCIANO~~
~~12626 POINT SUMMIT~~
~~SAN ANTONIO, TX 78253-5271~~

**RTD 11-05-25 UTF**
**CREDITOR**
~~ORKIN~~
~~P.O. BOX 7161~~
~~PASADENA, CA 91109-7161~~

**RTD 04/06/18 UTF**
**CREDITOR**
~~REDNECK TRAILER SUPPLIES~~
~~2100 N. WEST BYPASS~~
~~CT 06580-3000~~

**RTD 12/23/19 UTF**
**CREDITOR**
~~RONALD E. ZECK, JR.~~
~~C/O GARY D. THOMPSON, ESQ.~~
~~WARE STREITZ & THOMPSON~~
~~10 PITMAN AVENUE~~
~~PITMAN, NJ 08071-1136~~

**RTD 11-12-25 UTF**
**CREDITOR / POC ADDRESS**
~~SOUTHERN CALIFORNIA EDISON~~
~~1551 W. SAN BERNARDINO ROAD~~
~~COVINA, CA 91722-3407~~

**RTD 05/09/24 UTF**
**LARGEST 20 UNSECURED CREDITORS**
~~SOUTHWEST PRODUCTS CORP~~
~~P.O. BOX 5079~~
~~VANCOUVER, WA 98668-5079~~

**RTD 12/31/19 UTF - PERMANENTLY CLOSED**
**CREDITOR**
~~THE MPS GROUP~~
~~12020 WARFIELD ST~~
~~SAN ANTONIO, TX 78216-3217~~

**SEE NEW ADDR**
**CREDITOR**
~~TOD A. PUTNAM~~
~~11050 PALA PLACE~~
~~MIRA LOMA, CA 91752-1728~~

**RTD 07/22/20 UTF - SOS SUSPENDED**
**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
~~TOP GUN FREIGHT, INC.~~
~~38740 SKY CANYON DR., SUITE C~~
~~MURRIETA, CA 92563-2537~~

**RTD 12/23/19 UTF; SEE POC ADDRESS**
**CREDITOR**
~~TREDIT TIRE & WHEEL COMPANY, INC~~
~~15500 WEST 100TH TERRACE~~
~~LENEXA, KS 66219-1379~~

**RTD 05/09/24 UTF**
**LARGEST 20 UNSECURED CREDITORS**
~~TRINITY LOGISTICS, INC.~~
~~PO BOX 62702~~
~~BALTIMORE, MD 21264-2702~~

**RTD 11-17-25 UTF**
**CREDITOR**
~~UPS~~
~~P.O. BOX 894820~~
~~LOS ANGELES, CA 90189-4820~~

**RTD 03/21/22 UTF**
**LARGEST 20 UNSECURED CREDITORS**
~~WELLS FARGO BANK, N.A.~~
~~300 TRI STATE INTERNATIONAL, SUITE 400~~
~~LINCOLNSHIRE, IL 60069-4220~~

**RTD 11-17-25 UTF**
**LARGEST 20 UNSECURED CREDITORS**
~~WELLS FARGO EQUIPMENT FINANCE~~
~~P.O. BOX 7777~~
~~SAN FRANCISCO, CA 94120-7777~~

**RTD 03/21/22 UTF**
**LARGEST 20 UNSECURED CREDITORS / POC ADDRESS**
~~WELLS FARGO EQUIPMENT FINANCE~~
~~300 TRI STATE INTERNATIONAL SUITE 400~~
~~LINCOLNSHIRE, IL 60069-4417~~

**RTD 04/09/18 UTF**
**CREDITOR**
~~XO COMMUNICATIONS~~
~~14239 COLLECTIONS CENTER DRIVE~~
~~CHICAGO, IL 60693-0142~~

**RTD 04/12/18 UTF**
**CREDITOR**
~~YANMAR DIESEL AMERICA CORP~~
~~3053 PAYSPHERE CIRCLE~~
~~CHICAGO, IL 60674-0030~~