TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Chapter 7 Trustee,
Sandra K. McBeth

RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
D. EDWARD HAYS, #162507
ehays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Special Litigation Counsel for Chapter 7 Trustee,
Sandra K. McBeth

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>NOTICE OF UNPUBLISHED AUTHORITIES IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR (1) ORDER ESTABLISHING CONDITIONS AND PROCEDURES FOR DISMISSAL OF CASE UNDER 11 U.S.C. § 707(a); AND (2) ALLOWANCE AND PAYMENT OF TRUSTEE'S AND ADMINISTRATIVE PROFESSIONALS' REQUESTS FOR FEES AND EXPENSES<br><br>Date: September 15, 2026<br>Time: 1:00 p.m.<br>Crtrm.: 1639<br>Location: 255 East Temple Street<br>Los Angeles, California 90012 |

TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Sandra K. McBeth, in her capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of Rajysan, Inc., dba MMD Equipment ("Debtor"), attaches a copy of the following unpublished decision cited in Trustee's Motion for (1) Order Establishing Conditions and Procedures for Dismissal of Case Under 11 U.S.C. § 707(A); and (2) Allowance and Payment of Trustee's and Administrative Professionals' Requests for Fees and Expenses. The unpublished case was retrieved from Lexis Advance.

**Unpublished Case**

1. *Kanaway Seafoods, Inc. v. Pac. Predator*, 2024 U.S. Dist. LEXIS 213502, at *2, 4 (D. Alaska Sept. 20, 2024).

DATED: August 25, 2026

MARSHACK HAYS WOOD LLP

BY: */s/ Richard A. Marshack*
RICHARD A. MARSHACK
D. EDWARD HAYS
BRADFORD N. BARNHARDT
Special Litigation Counsel for Chapter 7 Trustee, SANDRA K. MCBETH

# Exhibit “1”

Neutral
As of: August 26, 2026 3:12 AM Z

# Kanaway Seafoods, Inc. v. Pac. Predator

United States District Court for the District of Alaska

September 20, 2024, Decided; September 20, 2024, Filed

Case No. 3:22-cv-00027-SLG-KFR

**Reporter**
2024 U.S. Dist. LEXIS 213502 *

KANAWAY SEAFOODS, INC., et al., Plaintiffs, v. PACIFIC PREDATOR, et al., Defendants.

**Prior History:** *Kanaway Seafoods, Inc. v. Pac. Predator, 2022 U.S. Dist. LEXIS 252168 (D. Alaska, Mar. 16, 2022)*

## Core Terms

judicial notice, pack, adjudicative facts, judicially notice, inappropriate, seafood, reasonable dispute, proper subject, open account, format, mutual, native, notice, email, excel

**Counsel:** **[*1]** For Liberty Packing LLC, a Washington Limited Liability Company, Kanaway Seafoods, Inc., doing business as Alaska General Seafoods, a Delaware corporation, Plaintiffs: Lafcadio H. Darling, LEAD ATTORNEY, Holmes Weddle & Barcott, PC (Seattle), Seattle, WA.

For Pacific Predator, AK Registration No. AK3565AN, its Engines, Machinery, Appurtenances, etc., In Rem, Bryan Howey, in personam, Dana Howey, in personam, Alaska Wild Exports LLC, in personam, Defendants: Shane C. Carew, LEAD ATTORNEY, Shane Carew, P.S., Kirkland, WA.

For Dana Howey, in personam, Bryan Howey, in personam, Alaska Wild Exports LLC, in personam, Pacific Predator, AK Registration No. AK3565AN, its Engines, Machinery, Appurtenances, etc., In Rem, Counter Claimants: Shane C. Carew, LEAD ATTORNEY, Shane Carew, P.S., Kirkland, WA.

For Kanaway Seafoods, Inc., doing business as Alaska General Seafoods, a Delaware corporation, Counter Defendant: Lafcadio H. Darling, LEAD ATTORNEY, Holmes Weddle & Barcott, PC (Seattle), Seattle, WA.

For Liberty Packing LLC, a Washington Limited Liability Company, Counter Defendant: Lafcadio H. Darling, LEAD ATTORNEY, Holmes Weddle & Barcott, PC (Seattle), Seattle, WA.

**Judges:** KYLE F. REARDON, United States **[*2]** Magistrate Judge.

**Opinion by:** KYLE F. REARDON

## Opinion

**ORDER RE DEFENDANTS' MOTION TO TAKE JUDICIAL NOTICE**

Before the Court is a Motion to Take Judicial Notice ("Motion") filed by Defendants Pacific Predator, Bryan Howey, Dana Howey, and Alaska Wild Exports LLC.[1] Plaintiffs Kanaway Seafoods, Inc., doing business as Alaska General Seafoods, and Liberty Packing LLC filed a response in opposition to the Motion, along with a declaration by Leauri Moore.[2] Defendants ask the Court to take judicial notice of (1) "the time, expense, and ease of producing Word [files], Excel [files], and emails in native format," (2) a declaration by former Alaska General Seafoods ("AGS") employee Melissa Curran that Defendants previously filed in this case,[3] and (3) the fact that "Plaintiffs have so far not denied that the purpose of the Second Liberty Packing Promissory Note was to transfer the Howeys['] debt on the AGS mutual open account from AGS to Liberty Packing."[4] Because none of this information is a proper subject for judicial notice, the Court **DENIES** the Motion.

*Federal Rule of Evidence Rule 201* permits judicial notice of "adjudicative" facts: that is, "the facts of the

---

[1] Docket 203.

[2] Docket 207; Docket 208.

[3] Docket 179.

[4] Docket 203 at 1-2.

particular case" that "normally go to the jury in a jury case."[5] Pursuant to *Rule 201*, a court "may **[*3]** judicially notice a[n] [adjudicative] fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."[6] A court may not take judicial notice of disputed matters.[7] Furthermore, "[j]udicial notice of adjudicative facts must be approached cautiously because it dispenses 'with traditional methods of proof' and removes the fact noticed from the province of the jury."[8]

First, the Court finds that it is inappropriate to judicially notice the fact that Word, Excel, and email files are "extremely easy to produce in native format."[9] The Court finds it inappropriate to take judicial notice of whether a technical process connected to the production of digital discovery is "extremely easy" or not, as this is exactly the type of qualitative determination that cannot be readily determined from unquestioned sources. Moreover, even if the Court were to find this fact to be generally known and readily determinable, it is not an adjudicative fact, as it has no apparent relevance to the parties' claims or **[*4]** defenses in this action. In arguing that this "fact" is "generally known"[10] in the District of Alaska, Defendants rely on two unpublished cases from other districts, neither of which stands for the proposition advanced by Defendants.[11] Defendants' explanation of the process for duplicating the types of files at issue is likewise insufficient to show that the ease of producing these files is not subject to reasonable dispute.[12]

Second, it is unclear why Defendants seek judicial notice of the Curran declaration, as that document is already a part of the record in this case. Although the existence of court filings in another case is a proper subject of judicial notice,[13] it appears unnecessary to judicially notice the existence of a filing already on the docket in this case, as it is already before the Court. To the extent that Defendants seek judicial notice of the truth of the facts offered in the Curran declaration, the Court denies this request because the contents of the declaration do not satisfy either prong of *Rule 201*.[14]

And third, the Court cannot judicially notice the fact that Plaintiffs have thus far not denied that the purpose of the Second Liberty Packing Promissory Note was to **[*5]** transfer the Howeys' debt on the AGS mutual open account from AGS to Liberty Packing. The Court agrees with Plaintiffs that neither the goal nor the parameters of Defendants' request for judicial notice on this issue are clear.[15] Moreover, Plaintiffs have explicitly disputed that the note had such a purpose in at least one prior filing.[16] This "fact" is therefore inappropriate for judicial notice.

Accordingly, Defendants' Motion to Take Judicial Notice

---

[5] *Fed. R. Evid. 201(a)*, advisory committee note to subdivision (a) (quoting Kenneth Davis, 2 ADMINISTRATIVE LAW TREATISE 353).

[6] *Fed. R. Evid. 201(b)*.

[7] *Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001)*.

[8] *United States v. Jaimes, 297 F. Supp. 2d 1254, 1256 (D. Haw. 2003)* (quoting *Fed. R. Evid. 201*, advisory committee note to subdivision (b)).

[9] *See* Docket 203 at 3.

[10] *Id.*

[11] *See* *Sundown Energy, L.P. v. Haller, No. CIV.A. 10-4354, 2011 U.S. Dist. LEXIS 124145, 2011 WL 5079329, at *4 (E.D. La. Oct. 26, 2011)* (denying plaintiff's request for an order requiring defendants to bear costs of production of native format electronic documents because plaintiff had not shown that native format documents were "inaccessible"); *Bailey v. Alpha Techs. Inc., No. C16-0727-JCC, 2017 U.S. Dist. LEXIS 84354, 2017 WL 2378921, at *1-2 (W.D. Wash. June 1, 2017)* (granting plaintiff's motion to compel native format documents after defendants specifically requested that all electronic documents be produced in native format, finding that native format production was relevant and proportional to the needs of discovery in that case).

[12] Docket 203 at 3-4.

[13] *Harris v. County of Orange, 682 F.3d 1126, 1131-32 (9th Cir. 2012)*.

[14] *See* Docket 207 at 5-7; *United States v. Ritchie, 342 F.3d 903, 909 (9th Cir. 2003)* (holding that "underlying facts relevant to the adjudication of th[e] case . . . d[id] not remotely fit the requirements of *Rule 201*").

[15] Docket 207 at 8.

[16] Docket 169 at 8 ("[E]ven if Defendants were correct that the 2019 [Liberty Packing] Note had the effect of eliminating a portion of the [maritime] lien claim and "zeroing out" the 2019 [open account] balance (*which Plaintiffs dispute*), that does nothing to affect AGS's lien claim for necessaries advanced in 2020 and 2021." (emphasis added)).

at Docket 203 is **DENIED**.

DATED this 20th day of September, 2024, at Anchorage, Alaska.

*/s/ Kyle F. Reardon*

KYLE F. REARDON

United States Magistrate Judge

District of Alaska

---

End of Document

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF UNPUBLISHED AUTHORITIES IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR (1) ORDER ESTABLISHING CONDITIONS AND PROCEDURES FOR DISMISSAL OF CASE UNDER 11 U.S.C. § 707(a); AND (2) ALLOWANCE AND PAYMENT OF TRUSTEE'S AND ADMINISTRATIVE PROFESSIONALS' REQUESTS FOR FEES AND EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 25, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**RTD 12/27/23 UTF**
**DEBTOR**
RAJYSAN, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE
~~4175 GUARDIAN STREET~~
~~SIMI VALLEY, CA 93063~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PER JUDGE SALTZMAN'S PROCEDURES: Judge Saltzman does not follow the judge's copy requirements of General Order 23-01. No judge's copy of any document is required unless a copy is requested by chambers.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2026 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR CREDITOR BMS BANK OF NORTH AMERICA:** Bret D. Allen ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Todd M Arnold tma@lnbyg.com
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE and TRUSTEE SANDRA MCBETH (TR):** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com
- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA DEPARTMENT:** Bhagwati Barot bbarot@aissolution.com
- **INTERESTED PARTY COURTESY NEF:** Linda S Blonsley blonsleylawecf@gmail.com, joe@blonsleylaw.com; lawbr69955@notify.bestcase.com; lblonsley@blonsleylaw.com
- **ATTORNEY FOR CREDITOR BORSTEIN ENTERPRISES:** Jess R Bressi jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **ATTORNEY FOR INTERESTED PARTY ALLIANCE NORTH AMERICA, INC.:** Cathrine M Castaldi ccastaldi@brownrudnick.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Lisa W Chao lisa.chao@doj.ca.gov
- **ATTORNEY FOR CREDITOR and DEFENDANT LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR:** Jacquelyn H Choi jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **ATTORNEY FOR CREDITOR TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIVISION:** Christopher J. Dylla Christopher.Dylla@azag.gov
- **ATTORNEY FOR 3RD PARTY DEFENDANT and CREDITOR GURMEET SAHANI; 3RD PARTY DEFENDANT JASMINE SAHANI; and CREDITOR HALCYON VALENCIA PARTNERS, L.P.:** Jeremy Faith Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR U.S. TRUSTEE:** Brian David Fittipaldi brian.fittipaldi@usdoj.gov
- **ATTORNEY FOR CREDITOR SUMITOMO MITSUI FINANCE AND LEASING CO., LTD.:** Jeffrey Garfinkle jgarfinkle@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
- **ATTORNEY FOR WITNESS JEFFER MANGELS BUTLER & MITCHELL LLP:** Thomas M Geher tmg@jmbm.com, bt@jmbm.com; tmg@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR DEBTOR RAJYSAN, INC.:** Andrew Goodman agoodman@tullylegal.com, Goodman.AndrewR102467@notify.bestcase.com
- **ATTORNEY FOR DEBTOR RAJYSAN, INC. and SPECIAL COUNSEL ALPERT, BARR & GRANT:** Andrew Goodman agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY GRANT_SHENON, APLC fka ALPTER, BARR & GRANT; SPECIAL COUNSEL ALPERT, BARR & GRANT and TRUSTEE SANDRA MCBETH (TR):** Adam D Grant agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- **INTERESTED PARTY COURTESY NEF:** Barbara R Gross barbara@bgross.law, luz@bgross.law
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE and TRUSTEE SANDRA MCBETH (TR):** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Richard E Hettinger rhettinger@davidsontroilo.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI; DEFENDANT and INTERESTED PARTY GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; DEFENDANT and INTERESTED PARTY AMARJIT SAHANI; DEFENDANT GURPREET SAHANI; DEFENDANT and INTERESTED PARTY RAJINDER SAHANI; and DEFENDANT and INTERESTED PARTY SHAHEEN SAHANI:** Stephen E Hyam stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF and DEFENDANT CALIFORNIA FRANCHISE TAX BOARD:** John C Keith john.keith@doj.ca.gov
- **ATTORNEY FOR CREDITOR WELLS FARGO BANK, N.A.:** Raffi Khatchadourian raffi@hemar-rousso.com

- **ATTORNEY FOR CREDITOR BRUCE MILLER & ASSOCIATES:** Mark J Krone mk@amclaw.com, maa@amclaw.com; amc@amclaw.com; mea@amclaw.com; ilr@amclaw.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD; 3RD PARTY DEFENDANT, DEFENDANT, and INTERVENOR-DEFENDANT AMARJIT SAHANI; 3RD PARTY DEFENDANT, DEFENDANT, and INTERVENOR-DEFENDANT GURPREET SAHANI; 3RD PARTY DEFENDANT, DEFENDANT, and INTERVENOR-DEFENDANT RAJINDER SAHANI; 3RD PARTY DEFENDANT and INTERVENOR-DEFENDANT SHANEEN SAHANI; DEFENDANT and INTERVENOR-DEFENDANT GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; and DEFENDANT and INTERVENOR-DEFENDANT SHAHEEN SAHANI:** Lewis R Landau Lew@Landaunet.com
- **ATTORNEY FOR INTERESTED PARTY AIRMAN USA CORPORATION and INTERESTED PARTY HOKUETSU INDUSTRIES CO., LTD.:** Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Noreen A Madoyan Noreen.Madoyan@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE:** Richard A Marshack rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **TRUSTEE SANDRA MCBETH (TR):** Sandra McBeth (TR) jwalker@mcbethlegal.com, CA65@ecfcbis.com; ecf.alert+McBeth@titlexi.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Monserrat Morales Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com; Helen@marguliesfaithlaw.com; Angela@MarguliesFaithlaw.com
- **INTERESTED PARTY COURTESY NEF:** John M O'Donnell john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Carmela Pagay ctp@lnbyg.com
- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA:** Dipika Parmar dipika.parmar@aissolution.com
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Laura E Robbins Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- **ATTORNEY FOR DEFENDANT INTERNAL REVENUE SERVICE and DEFENDANT UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Najah J Shariff najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Jay M Spillane jspillane@spillaneplc.com, cdale@spillaneplc.com; smargetis@spillaneplc.com
- **ATTORNEY FOR CREDITOR BEXAR COUNTY:** Don Stecker don.stecker@lgbs.com
- **ATTORNEY FOR CREDITOR TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIVISION:** John M Stern bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov
- **ATTORNEY FOR CREDITOR SOUTHWEST PRODUCTS CORPORATION:** Thomas W Stilley tstilley@sussmanshank.com, jhume@sussmanshank.com
- **U.S. TRUSTEE:** United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Timothy J Yoo tjy@lnbyb.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

**INTERESTED PARTY**
FORCE TEN PARTNERS
5271 CALIFORNIA AVE.
STE 270
IRVINE, CA 92617

**INTERESTED PARTY**
SQUAR MILNER, LLP
C/O BAKER TILLY
SHASHI MIRPURI
6320 CANOGA AVE
17TH FLOOR
WOODLAND HILLS, CA 91367

**INTERESTED PARTY**
M. KATHLEEN KLEIN
6061 NORTH FRESNO ST
STE 106
FRESNO, CA 93710

**INTERESTED PARTY**
A. LAVAR TAYLOR
TAYLOR NELSON AMITRANO LLP
1900 MAIN ST, STE 650
IRVINE, CA 92614

**INTERESTED PARTY**
GA GLOBAL PARTNERS
C/O CA GLOBAL PARTNERS
MARK WEITZ
2637 TOWNSGATE RED
STE 300
WESTLAKE VILLAGE, CA 913661