ORDER No. ________

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL? ☐Yes ☐No
APPEAL No. ________ (if known)

(File this form on the related case docket)

Ordering Party's Name: Michael Jones Attorney Bar# 271574

Law Firm: DOJ - US Trustee Office

Mailing Address: 911 Wilshire Blvd., Suite 1850, Los Angeles, CA

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement****): Veronica Hernandez

Telephone: (202) 834-3482 E-mail: veronica.hernandez@usdoj.gov

Bankruptcy Case #: 9:17-bk-11363-DS Adversary Proceeding #/MP #: ________

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 09/15/2026 Time: 1:00 pm

Debtor: Rajysan, Inc.

Adversary Proceeding Name: ________ vs. ________

Hearing Judge: D. Saltzman Courtroom #: LA 1639 .

**TRANSCRIBER:** Briggs Reporting **ALTERNATE:** SELECT

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

---

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)
☐ 14 Days
☐ 7 Days

☐ 3 Days
☐ Next Day (24 hours)

☐ Entire Hearing
☐ Ruling/Opinion of Judge only
☐ Testimony of Witness ________ (name of witness)
☒ Other*

*Special Instructions: Need on Monday 08/21/2026 - Sent Audio to Transcriber

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, ***Transcript Costs/Forms of Payment.***

---

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: ________ Date Sent to Transcriber: ________ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _______Time End (Index #): ______Time Start: _______Time End: ______

(Tape #:____)Time Start (Index #): _______Time End (Index #): ______Time Start: _______Time End: ______

Court Recorder: ________ Division: ________ Processed by: ________

---

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.