**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA BARBARA DIVISION**

| | | |
|---|---|---|
| In re: Rajysan Inc | § | Case No. 9:17-bk-11363-DS |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 07/29/2017. The case was converted to one under Chapter 7 on 02/14/2022. The undersigned trustee was appointed on 02/18/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 1,469,551.03

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 14,470.92 |
| Bank service fees | 24,557.45 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemption paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 1,430,522.66 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 06/10/2022 and the deadline for filing governmental claims was 01/25/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $67,336.53. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $67,336.53, for a total compensation of $67,336.53.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/24/2026 By: /s/ Sandra K. McBeth, Trustee
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case Number:** 9:17-BK-11363 DS
**Case Name:** Rajysan Inc

**Period Ending:** 09/24/26

**Trustee:** Sandra K. McBeth, Trustee
**Filed (f) or Converted (c):** 02/14/22 (c)
**§341(a) Meeting Date:** 09/07/17
**Claims Bar Date:** 06/10/22

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK OF THE WEST (SUBJECT TO WRIT OF ATTACHMENT BY SUMITOMO LEVIED ON MAY 25) CHECKING XX3473<br>Asset collected by Chapter 11 Trustee prior to conversion. Ref asset 33. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | BANK OF THE WEST (SUBJECT TO WRIT OF ATTACHMENT BY SUMITOMO LEVIED ON MAY 25) CHECKING XX3465<br>Asset collected by Chapter 11 Trustee prior to conversion. Ref asset 33. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | COMMUNITY BANK (SUBJECT TO WRIT OF ATTACHMENT BY SUMITOMO LEVIED ON MAY 25) CHECKING XX4721<br>Asset collected by Chapter 11 Trustee prior to conversion. Ref asset 33. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | UNION BANK - (SUBJECT TO WRIT OF ATTACHMENT BY SUMITOMO LEVIED ON MAY 25) CHECKING XX5797<br>Asset collected by Chapter 11 Trustee prior to conversion. Ref asset 33. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | COMMUNITY BANK - (SUBJECT TO WRIT OF ATTACHMENT BY SUMITOMO LEVIED ON MAY 25) PAYROLL XX4802<br>Asset collected by Chapter 11 Trustee prior to conversion. Ref asset 33. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | SECURITY DEPOSIT WITH LANDLORD<br>Subject to offset and administrative rent claim. | 65,946.92 | 0.00 | | 0.00 | FA |
| 7 | OVER 90 DAYS OLD: $173,042.37 - DOUBTFUL OR UNCOLLECTIBLE ACCOUNTS: $41,760.83<br>No value at time of Chapter 11 Trustee appointment nor conversion. | 131,281.54 | 0.00 | | 0.00 | FA |
| 8 | OFFICE FURNITURE - SEE LIST OF FIXED ASSETS, QUESTION 39 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | OFFICE FIXTURES - SEE LIST OF FIXED ASSETS, QUESTION 40 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | OFFICE EQUIP/COMPUTER, ETC. - SEE LIST OF FIXED ASSETS, QUESTION 41 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILE - 2011 BMW 550I NET BOOK VALUE OF DEBTOR'S INTEREST: $9,136.82VALUATION METHOD USED FOR CURRENT VALUE: LIQUIDATION<br>Administered by DIP, prior to appointment of Ch. 11 Trustee and conversion. | 15,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case Number:** 9:17-BK-11363 DS
**Case Name:** Rajysan Inc

**Period Ending:** 09/24/26

**Trustee:** Sandra K. McBeth, Trustee
**Filed (f) or Converted (c):** 02/14/22 (c)
**§341(a) Meeting Date:** 09/07/17
**Claims Bar Date:** 06/10/22

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | AUTOMOBILE - 2012 AUDI Q7NET BOOK VALUE OF DEBTOR'S INTEREST: $0VALUATION METHOD USED FOR CURRENT VALUE: LIQUIDATION<br>Administered by DIP, prior to appointment of Ch. 11 Trustee and conversion. | 15,000.00 | 0.00 | | 0.00 | FA |
| 13 | MACHINERY, FIXTURES AND EQUIPMENT - SEE LIST OF FIXED ASSETS, QUESTION 50NET BOOK VALUE OF DEBTOR'S INTEREST: $0VALUATION METHOD USED FOR CURRENT VALUE:<br>Liquidated by DIP and prior to appointment of Ch. 11 Trustee and conversion. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | FINISHED GOODS, INCLUDING GOODS HELD FOR RESALEPRODUCT FOR SALE 2016 $0 APPRAISAL<br>Liquidated by DIP and prior to appointment of Ch. 11 Trustee and conversion. | 2,968,331.97 | 0.00 | | 0.00 | FA |
| 15 | INTELLECTUAL PROPERTY - MMD ONLINE PARTS ORDERING SYSTEM WITH SOFTWARE: $95,000 THIS INCLUDES COST OF SOFTWARE AND INFORMATION STORED ON THE SERVER<br>All assets liquidated by DIP prior to appointment of Ch. 11 Trustee and conversion. Business ceased operations at time of filing. | 95,000.00 | 0.00 | | 0.00 | FA |
| 16 | MMD EQUIPMENT TRADEMARK, POWERPRO TRADEMARK, ZERO LOAD TECHNOLOGY TRADEMARK<br>All assets liquidated by DIP prior to appointment of Ch. 11 Trustee and conversion. Business ceased operations at time of filing. | Unknown | 0.00 | | 0.00 | FA |
| 17 | INTERNET DOMAINS - MMDEQUIPMENT.COM<br>All assets liquidated by DIP prior to appointment of Ch. 11 Trustee and conversion. Business ceased operations at time of filing. | Unknown | 0.00 | | 0.00 | FA |
| 18 | CUSTOMER LIST<br>All assets liquidated by DIP prior to appointment of Ch. 11 Trustee and conversion. Business ceased operations at time of filing. | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A



**Case Number:** 9:17-BK-11363 DS
**Case Name:** Rajysan Inc
**Period Ending:** 09/24/26

**Trustee:** Sandra K. McBeth, Trustee
**Filed (f) or Converted (c):** 02/14/22 (c)
**§341(a) Meeting Date:** 09/07/17
**Claims Bar Date:** 06/10/22

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | COMPLAINT FOR BREACH OF FIDUCIARY DUTY, CONVERSION, ACCOUNTING, CLAIM AND DELIVERY, UNJUST ENRICHMENT, DECLARATORY RELIEF AGAINST GURMEET SAHANI, JASMINE SAHANI, HALCYON VALENCIA PARTNERS AND INVINCIA, LLC PENDING IN LOS ANGELES SUPERIOR COURT CASE #PC055253. DISCOVERY COMPLETED. WAITING TRIAL DATE<br>Asset collected by Chapter 11 Trustee prior to conversion. Ref asset 33. | 6,000,000.00 | 0.00 | | 0.00 | FA |
| 20 | CLAIM AGAINST SHAREHOLDERS AMARJIT SAHANI, RAJINDER SAHANI AND GURPREET SAHANI ("INSIDERS") FOR LOANS TO SHAREHOLDERS IN ORDER TO PAY THEIR INCOME TAXES. THE INSIDERS BELIEVE THEY HAVE PAID BACK A PORTION OF THE LOANS AND DISPUTE THE AMOUNT OWED. NAT (u) | 2,782,356.00 | 2,782,356.00 | | 500,000.00 | FA |
| 21 | CAR FOR EXECUTIVE MANAGEMENT<br>Administered by DIP, prior to appointment of Ch. 11 Trustee and conversion. | 40,700.38 | 0.00 | | 0.00 | FA |
| 22 | ACCOUNTS RECEIVABLE, INVENTORY, CASH, ETC. DEBTOR BELIEVES GEMCAP WAS PAID IN FULL PRIOR TO BANKRUPTCY | Unknown | 0.00 | | 0.00 | FA |
| 23 | FORKLIFT<br>Administered by DIP, prior to appointment of Ch. 11 Trustee and conversion. | Unknown | 0.00 | | 0.00 | FA |
| 24 | Claim against Bruce Miller, et al. breach of fiduciary duty, negligent accounting (u)<br>Asset collected by Chapter 11 Trustee prior to conversion. Ref asset 33. | 0.00 | 0.00 | | 0.00 | FA |
| 25 | DIP Accounts Opened Post-Petition by Debtor (u)<br>See asset 33, included in balance. | 0.00 | 0.00 | | 0.00 | FA |
| 26 | DIP funds held in trust by counsel (u)<br>Collected by Ch. 11 Trustee, included in asset 33. | 0.00 | 0.00 | | 0.00 | FA |
| 27 | 7 Potential Avoidance Actions (u) Versus Alliance North America, Armanino LLP, Hokuetsu Industries and other avoidance actions assigned to the Trustee by the Committee (u) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case Number:** 9:17-BK-11363 DS
**Case Name:** Rajysan Inc

**Period Ending:** 09/24/26

**Trustee:** Sandra K. McBeth, Trustee
**Filed (f) or Converted (c):** 02/14/22 (c)
**§341(a) Meeting Date:** 09/07/17
**Claims Bar Date:** 06/10/22

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Avoidance Action vs State of New Jersey (u)<br>Asset collected by Chapter 11 Trustee prior to conversion. Ref asset 33. | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Avoidance Action vs. Los Angeles County (u) | 0.00 | 116,038.42 | | 40,000.00 | FA |
| 30 | Avoidance Action vs. Massachusetts Revenue (u) Dismissed 11/21/18 by Committee (u) | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Avoidance Action vs. California Franchise Tax Board (u)<br>Litigation settled (u)<br>Asset collected by Chapter 11 Trustee prior to conversion. Ref asset 33. | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Avoidance Action vs IRS (u) | 0.00 | 3,730,293.82 | | 13,812.99 | FA |
| 33 | Turnover from Chapter 11 Bankruptcy Estate (u) | 0.00 | 0.00 | | 874,618.37 | FA |
| 34 | Sanction award against Sahani parties (u) | 0.00 | 26,328.10 | | 26,328.10 | FA |
| 35 | 2017 Tax Refund (u) | 0.00 | 9,991.37 | | 9,991.37 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 4,800.20 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$12,113,616.81** | **$6,665,007.71** | | **$1,469,551.03** | **$0.00** |

**Major activities affecting case closing:**
For period ending 3/31/26: As a result of Supreme Court decision, pursued mediation one more time with remaining defendants in three adversaries. All settled, approved with 9019 motions and all funds collected as of Mid-February 2026. Accountant prepared final tax return and has been filed. No tax issues. Finalized termination of 401k with request for forced rollover on a few accounts. Bank fees continued to be suspended and majority of funds moved to interest bearing account. Will proceed with notice to professionals, both Chapter 11 and 7, early in next reporting period and maintain the current estimated TFR date.

For period ending 3/31/25: Motion for summary judgment filed in adversaries, Judge continued several times, then identical issue vs US was argued at the Supreme Court, so all delayed for decision. Decision came down March 26, 2025 ruling in favor of IRS as to four year lookback, small amount remaining under 548 to be negotiated. Other adversaries still pending Judge continued for further discussion. Possible action on notes and further mediation with principals. ETFR date has again been adjusted due to delay in litigation and with the Court. All tax returns filed, no tax issues, fee paid to State. Bank fees continued to be suspended and majority of funds moved to interest bearing account.

For period ending 3/31/24: Litigation continues, discovery near complete, experts retained and reports submitted. Requesting trial date in October, 2024. ETFR date to be adjusted due to lengthy delay in getting to trial. All tax returns filed, fees paid to State and no tax issues. Due to time remaining to close the case, bank fees suspended.

For period ending 3/31/23
Litigation continues with delays due to subpoenas and motions to quash, appeals, etc. Discovery extended to complete depositions and documents. Settlement discussions unsuccessful. All corporate returns filed, fees to State paid, not tax issues. No adjustement to ETFR date at this time pending litigation resolution.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



For period ending 3/31/22:
Case converted from Chapter 11 to Chapter 7 and Trustee re-appointed as the Chapter 7 Trustee. Litigation with taxing agencies ongoing and employment of all prior professionals now sought in Chapter 7. Negotiations with defendants in litigation to begin again. All corporate returns filed, no tax issues.

For period ending 3/31/22:
1. Applications to employ all prior professionals necessary for admin in Chapter 7. Filed.
2. 2021 returns signed and submitted. Small tax due State, cash disbursement motion filed to pay.
3. Employment of professionals approved.
4. Litigation ongoing, but negotiations to recommence.
5. Chapter 7 bar date for filing claims. Obtained.
For period ending 3/31/23:
6. Cash Disbursement Motion #2 filed
7. Due to delays in discovery, stipulation to extend dates filed. Discovery cut off now from Oct 10 2022 to Feb 7 2023. All adversaries.
8. All adversary matters still pending continued status conference now set for 2/14/23.
9. Motion to quash subpoena re tax returns denied, Defendants filed notice of appeal and motion for stay pending appeal.
10. 2022 tax returns completed and K-1's mailed.
For period ending 3/31/24
11. ABG's motion to quash subpoena (counsels client files including Sahani's) denied. Sanction issue continued to May 9 @ 2:00. Should be helpful in finishing up discovery.
12. Letter from IRS that 2022 return not selected for audit. Received.
13. Cash disbursement Motion #3 filed to pay annual litigation software renewal filed.
14. Effective 9/7/23, no bank or tech fees on this account.
15. Discovery complete in adversary cases. Email to counsel for substantive update. Trial estimated early next year.
16. Motion for Order Authorizing use of Estate Property Under 11 U.S.C. § 363 or, Alternatively, Application to Employ Gary L. Howard, CPA and his Firm as Expert Witness Pursuant to 11 U.S.C. §§ 327 and 328
17. Although CPA retiring soon, she will stay on and get 2023 done then determine how to proceed.
18. Motion for Order Authorizing Use of Estate Property of alternatively to Employ Gary Howard CPA and use his firm as expert witness filed.
19. Motion in #18 voluntarily dismissed.
20. Cash disbursement motion filed to pay taxes.
For period ending 3/31/25
21. Adversary proceedings finally set with deadlines for cont'd s/c 6/12/24, pretrial motions 4/26/24; pretrial conference 10/2/24 with an estimated December trial date.
22. Cash disbursement Motion filed to pay annual litigation software renewal filed
23. Court considered MSJ and continued ruling to October 2, 2024.
24. Court again continued ruling on MSJ to February 20, 2025. New authority submitted just prior to Judge continuing.
25. Notice Of Change In Billing Rates Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. filed
26. Per UST email and guidelines, account transferred into interest bearing money market account, reserving $100k in general account.
27. Again verified SOL on notes earliest deadline is 12/31/2027 and may be subject to longer to 12/31/2029, so no action to be taken now. Still awaiting BK Court's decision on MSJ as well as Supreme Court decision on same issue vs. IRS.
28. Notice of Trustee's Intent to pay Admin Expenses under $5,000 filed (to pay $800 post petition taxes)
For period ending 3/31/26
29. Cash Disbursement Motion #6 to pay for litigation software filed.
30. Mediation with IRS on balance of claims not suject to Miller, Sahanis and LA County successful. Settlements with each, documentation underway.
31. Motion to Approve Compromise Under Rule 9019 with United States of America filed.
32. Motion to Approve Compromise Under Rule 9019 with Los Angeles County Treasurer and Tax Collector filed.
33. Motion to Approve Compromise Under Rule 9019 with Sahani Parties filed.
34. Hearings for all 3 Motion to Approve Compromise set for 11/18/25 at 1pm.
35. CHAPTER 7 TRUSTEE’S REPORT OF SETTLEMENT WITH IRS filed.
36. CHAPTER 7 TRUSTEE’S REPORT OF SETTLEMENT with Sahani filed.
37. All settlement funds received, adversaries dismissed per stipulations.
38. Estate's final tax returns prepared and mailed. No tax due.
For period ending 3/31/27:
39. Request for Court Costs Filed
40. Notice to Professionals filed.
41. Final fee applications filed by Force 10 (CH 7 & CH 11)
42. Final fee applications filed by CPA Kathleen Klein (CH 7)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



43. Final fee applications filed by Lavar Taylor (CH 7 & CH 11)
44. Final fee applications filed by Levene Neal (CH 7 & CH 11)
45. Final fee applications filed by Marshack (CH 7 & CH 11)
46. Motion to Dismiss and pay Trustee & Admin Professional fees and expenses. Hearing set for 9/15/26.

---

2/22/22: Order Approving Stipulation to Vacate Hearing on Stipulation With Respect To Standing And Authority Of Official Committee Of Unsecured Creditors To Control Privileges And Related Confidentiality Rights And Objection Thereto Entered
2/28/22: Federal return mailed and prompt determination letter faxed. State held as fee/tax due.
3/22/22: Order granting Motion for approval of cash disbursement
3/24/22: Mailed State 2021 return and 100-ES payment per order on cash disbursement.
3/30/22: Order Approving Application To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As General Bankruptcy Counsel
3/30/22: Order Granting Application To Employ M. Kathleen Klein, Certified Public Accountant As Accountant
3/30/22: Order Approving Application By Chapter 7 Trustee To Employ Marshack Hays LLP As Special Litigation Counsel
3/30/22: Order Approving Application By Chapter 7 Trustee To Employ The Law Offices Of A. Lavar Taylor As Special Counsel
3/30/22: Order Approving Application By Chapter 7 Trustee To Employ Force 10 Partners, LLC As Financial Advisor
4/25/22: IRS Letter - not selected for examination. Received.
6/17/22: Order confirming SKM, Ch. 7 Trustee Plaintiff in remaining adversaries.
6/22/22: Order Granting Cash Disbursement Motion #2 entered
12/23/22: Order denying motions to quash and awarding attorney's fees and expenses. Entered.
1/6/23: Brief in support of attorney's fees filed: Fees of $27,442.00 and expenses of $162.10 and set for hearing on Feb. 14, 2023.
3/21/23: 2022 returns signed and mailed. No tax due.
4/3/23: Order granting Motion for Approval of Cash Disbursement to pay admin expenses under $5,000 entered.
6/6/24: Order Granting Motion For Approval of Cash Disbursement to pay annual litigation software renewal entered
6/27/23: Order granting Cash disbursement Motion #4 entered.
3/11/24: Order granting Motion for Approval of Cash Disbursement to pay admin expenses under $5,000 entered
4/24/24: Order denying cash disburse to pay expert witness. Entered.
5/28/24: Court continues MSJ from June 12 to June 24.
8/26/24: Hearing on MSJ in all adversaries. Took argument, will issue decision at Oct 2, 2024 hearing.
11/7/24: Order continuing MSJ to Feb 20, 2024. Entered.
1/29/25: Account transferred to interest bearing MM account, with $100k reserved in general account which does not incur fees.
2/20/25: Estate's tax returns signed and mailed. No tax due, just State $800 fee.
3/10/25: Ltr from IRS re tax clearance on 2024 return - not selected for audit.
3/25/25: ORder granting Motion for to pay state annual corp tax for to pay state annual corp tax for 2025 entered.
3/26/25: Supreme Court issues decision in favor of IRS on 548-four year claims in United States v. Miller.
5/2/25: Order approving stip to dismiss claims 3 and 4 vs. IRS per Supreme Court Miller decision. Entered.
7/8/25: Order assigning adversaries to another mediation. Entered.
9/18/25: Mediation completed and all three matters resolved, subject to documentation and 9019 motions.
11/20/25: Orders approving all three settlementws (LA County, IRS and Sahani). Entered.
11/20/25: Order granting trustee's motions to approve compromise with Sahani parties, LA Co Treasurer & Dept of Treasury entered.
IRS $$ due May 4, 2026
LA County $$ due March 5, 2026
Sahani $$ due March 5, 2026.
12/22/25: $$ from IRS, Received.
1/15/26: Updated info to CPA for final 2025 return and possible short 2026 return to account for settlement payments.
2/2/26: Request for Termination forms sent to Transamerica re 401k.
2/9/26: Report of Settlement with County of LA. Filed.
2/10/26:Dismissal of adversary vs county of LA. Entered.
2/16/26: Report of settlement with Sahani. Filed.
2/17/26: Order approving dismissal of Sahani adversary. entered.
2/23/26: Final tax returns mailed.
4/20/26: Notice from IRS that NOT selected for audit on the 2026 returns. Received.
8/25/26: Motion to dismiss filed by estate to pay Ch 7 admin insolvent claims per agreement and dismiss chapter 7 case. Set for hearing 9/15/26.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



========================
========================

Notes from case while in Chapter 11.

1. Application to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel filed
2. Notice of Appeal and Election to US District Court re Order Denying Motion to Convert Case to Chapter 7
3. Notice of Appeal and Election to US District Court re Order on Motion to Appoint Trustee
4. Motion To Stay Pending Appeal re Order on Motion to Appoint Trustee filed
5. Notice RE: Appeal from Bankruptcy Court - CASE #: 2:19-cv-04325-PA
6. Seek employment of Adam Grant special counsel to enforce judgment.
7. Application to Employ Alpert, Barr & Grant as Special Counsel ; Request to Pay Post-Petition Retainer filed.
8. Motion to Abandon Committee's Motion to Abandon its Interest, if any, in
Certain Causes of Action filed by Creditor's Committee
9. Objection Application to Employ Alpert, Barr & Grant as Special Counsel filed by Creditor Gurmet Sahani
10. Stipulation By The Official Committee of Unsecured Creditors and and the Chapter 11 Trustee to Assign Claims filed
11. Joint Reply to Gurmeet Sahani's Objection to Application to Employ Alpert, Barr & Grant as Special Counsel filed by The Official Committee of Unsecured Creditors
12. Motion to Approve Compromise for $1,650,000 in full settlement of state court judgement and in exchange for the assignment of certain litigation claims to the Gurmeet Parties
13. Motion to Convert Case From Chapter 11 to 7 filed (hearing = 2/24/20)
14. Opposition to Motion to Convert Case From Chapter 11 to 7 Filed by Creditor Committee
15. Reply to Opposition to Motion to Convert Case From Chapter 11 to 7 Filed by Creditor Committee filed by Trustee
16. Stipulation to Withdraw CH 11 Trustee's Motion for Order Converting Case to CH 7 filed
17. Applications by Professionals for Allowance of Compensation and Reimbursement of Expenses Filed. Hearing set for 5/5/20 @ 11:30
18. Levene Neal, etc filed Interim fee app and request for hearing. Claims created
19. SKM, Ch 11 Trustee filed Interim fee app. Claims created.
20. Application to Employ M. Kathleen Klein, CPA as Accountant filed
21. Motion to Abandon and Destroy Personal Property (283 boxes of Debtor's documents - which have been scanned) filed. (9013 Motion)
22. Cash Disbursement Motion filed to pay for Digital WarRoom for its services in resolving
software issues and Leonard Gumport, for his mediation services in connection with Official Creditors Committee etc. v. Gurpreet Sahani et al, Adv. No. 9:18-ap-01040-DS
23. Stipulation with Official Committe of Unsecured Creditors of Rajysan, Inc. dba MMD Equipment and Gurmeet Sahani Authorizing Return of Funds to Gurmeet Sahani Pursuant to Order Approving Compromise filed.
24. Motion to Approve Compromise with Creditors Committee and State of NJ Division of Taxation for $36,834.71 filed.
25. Motion to Terminate 401(k) Plan filed
26. FTB notice for 2019 received and forwarded to CPA. Paid in Nov. 2020.
27. 2020 returns signed and mailed. $823 FTB paid.
28. Settlement with FTB for $350,000. Motion to be filed for approval.
29. Motion to approve settlement with FTB Filed.
30. Per counsel, invoice sent in error from Excelsior Digital and no further action on 401k until case is converted.
31. Notice of Acceptance as Chapter 7 Trustee filed.
32. Federal estate return for 2021 mailed. No tax due. State tax/fee due, so cash disburse motion filed.
33. Cash Disbursement Motion #1 filed.
34. Notice of Asset WITH bar filed.
35. Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as General Bankruptcy Counsel for Trustee in Chapter 7 filed
36. Application to Employ M. Kathleen Klein as Certified Public Accountant in Chapter 7 filed
37. Application to Employ Marshack Hays LLP as Special Litigation Counsel in Chapter 7 filed
38. Application to Employ The Law Offices of A. Lavar Taylor as Special Counsel in Chapter 7 filed
39. Application to Employ Force Ten Partners, LLC as Financial Advisor in Chapter 7 filed
40. Cash disbursement motion to pay state annual corp tax for April 2023 ($800) filed.
41. Court continues adversary proceeding to June 12, 2024 for further status conference but set dates for motions to be filed 4/26/24; pretrial conf. 10/2/24; motions in limine filed by 10/16/24; and motions in limine to be heard 11/6/24.
42. Cash disbursement motion to pay state annual corp tax for April 2025 ($800) filed.
43. Request for Court Costs Filed
44. Notice to Pay Court Costs Due $0
45. Notice to Professionals filed. Pending FFA by 5/25

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



46. Motion to dismiss and pay admin filed and set for hearing 9/15/26.

---

5/10/19: Order Denying Motion to Convert Case entered
5/14/19: Order approving appointment of Ch 11 Trustee entered. Periodic review of case and update.
6/4/19: Order approving Application to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel entered
6/4/19: Order denying Motion for Stay pending appeal of Order appointing Ch 11 Trustee entered
7/23/19: Order approving Stipulation between the Official Committee of Unsecured Creditors and and the Chapter 11 Trustee to Assign Claims entered. Periodic review of case and update.
9/11/19: Order approving application to Employ Barr & Grant as special counsel entered. Periodic review of case and update.
1/17/2020: Order approving Gurmeet settlement; Entered.
2/5/2020:IRS files $0.00 admin claim based on 12/31/17 FUTA tax.
2/11/20: Debtor's appeal of appt of Trustee, Dismissed. Periodic review of case and update.
2/27/20: Order Approving Stipulation to Withdraw CH 11 Trustee's Motion for Order Converting Case to CH 7 and Authorizing Continued Employment of Certain Professionals Employed During CH 11 case entered
3/10/20: Periodic review of case and update.
5/8/20: Order on Interim Fees for SKM as CH 11 Trustee, LNBYB as Trustee's Attorney, Goodman Law as Debtor's Attorney entered
5/11/20: Order on Interim Fees for Marshack Hays as Creditor Committee Attorney, Force Ten Partners entered
5/12/20: Order in Interim Fees for Alpert, Barr & Grant entered
5/12/20: Order approving employment of Kathy Klein, entered.
7/10/20: motion filed to pay admin exp/fee of prevailing party from estate; filed
9/23/20: Order granting Motion to Abandon and Destroy Personal Property (283 boxes of Debtor's documents - which have been scanned) entered
11/12/20: Estate's 2019 tax returns and K-1s mailed and State paid
1/8/21: Order granting Motion to Approve Compromise with Creditors Committee and State of NJ Division of Taxation for $36,834.71 entered.
3/15/21: Extension request filed re 2020 return - anticipate return completion by end of the month.
3/24/21: Order Granting Chapter 11 Trustee's Motion to Terminate 401(k) Plan entered
3/26/21: 2020 returns signed and mailed, including payment to FTB.
4/27/21: Order Granting Application by the Official Committee of Unsecured Creditors to Employ the Law Offices of A. Lavar Taylor as Special Counsel entered.
5/6/21: Order Granting Motion to approve settlement with FTB entered
7/19/21: Order extending deadlines in two remaining adversaries (IRS/LA County) (discovery c/o to 2/7/22 and pretrial motions to 7/25/22.
2/14/22: Order converting from CH 11 to CH 7 entered

2/14/22: Periodic review of case and update.
3/30/22: Periodic review of case and update.
6/3/22: Periodic review of case and update
9/2/22: Periodic review of case and update
12/2/22: Periodic review of case and update
3/3/23: Periodic review of case and update
6/1/23: Periodic review of case and update
9/5/23: Periodic review of case and update
12/4/23: Periodic review of case and update
3/29/24: Periodic review of case and update
6/17/24: Periodic review of case and update
9/4/24: Periodic review of case and update
12/17/24: Periodic review of case and update
3/26/25: Periodic review of case and update
5/1/25: Periodic review of case and update
7/7/25: Periodic review of case and update
9/2/25: Periodic review of case and update
12/2/25: Periodic review of case and update
1/5/26: Periodic review of case and update
3/23/26: Periodic review of case and update
6/29/26: Periodic review of case and update

**Initial Projected Date of Final Report (TFR):** November 01, 2024 **Current Projected Date of Final Report (TFR):** September 21, 2026 (Actual)

Exhibit B

# Form 2
## Cash Receipts and Disbursements Record



**Case Number:** 9:17-BK-11363 DS
**Case Name:** Rajysan Inc
**Taxpayer ID#:** **-***2231
**Period Ending:** 09/24/26

**Trustee:** Sandra K. McBeth, Trustee
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******0436 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/22 | Asset #33 | Chapter 11 Estate of Rajysan, Inc. | Per order converting to Chapter 7 entered 2/14/22 and notice of appointment of chapter 7 trustee filed 2/18/22 - new Chapter 7 account. | 1290-010 | 874,618.37 | | 874,618.37 |
| 03/24/22 | 1001 | Franchise Tax Board. | Per 2021 return: 2022 S-Corp 100-ES, **-***2231, per Order entered 3/22/2022 | 6820-000 | | 822.00 | 873,796.37 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 420.49 | 873,375.88 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,419.24 | 871,956.64 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,416.93 | 870,539.71 |
| 06/23/22 | 1002 | Digital WarRoom | Software Support and License Renewal per Order entered June 22, 2022. | 2990-000 | | 1,795.00 | 868,744.71 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,414.53 | 867,330.18 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,409.41 | 865,920.77 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,407.12 | 864,513.65 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,404.83 | 863,108.82 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,402.55 | 861,706.27 |
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,400.27 | 860,306.00 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,398.00 | 858,908.00 |

# Form 2
# Cash Receipts and Disbursements Record



**Case Number:** 9:17-BK-11363 DS
**Case Name:** Rajysan Inc
**Taxpayer ID#:** **-***2231
**Period Ending:** 09/24/26

**Trustee:** Sandra K. McBeth, Trustee
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******0436 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/16/23 | 1003 | International Sureties, LTD | Bond Premium Payment as of 01/04/2023 [effective date], Bond Premium payment No. *****9731, paid per General Order 00-01 | 2300-000 | | 511.96 | 858,396.04 |
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,395.57 | 857,000.47 |
| 02/28/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,444.20 | 855,556.27 |
| 03/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1,436.62 | 854,119.65 |
| 04/03/23 | 1004 | Franchise Tax Board. | 2023 Corporate Estimated Tax, Form 100-ES for Rajysan Inc,, Tax ID #**-***2231. PER ORDER ENTERED 4/3/2023 | 2820-000 | | 800.00 | 853,319.65 |
| 04/28/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,438.53 | 851,881.12 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,427.57 | 850,453.55 |
| 06/27/23 | Asset #34 | Rajinder K Sahani | First of three instalments on sanction award. | 1229-000 | 8,776.04 | | 859,229.59 |
| 06/27/23 | 1005 | Digital WarRoom | Software Support and License Renewal per Order entered June 227, 2023. | 2990-000 | | 1,995.00 | 857,234.59 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,431.12 | 855,803.47 |
| 07/27/23 | Asset #34 | Rajinder K Sahani | Second of three instalments on sanctions order. | 1229-000 | 8,776.03 | | 864,579.50 |
| 07/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,439.69 | 863,139.81 |

# Form 2
# Cash Receipts and Disbursements Record



**Case Number:** 9:17-BK-11363 DS
**Case Name:** Rajysan Inc
**Taxpayer ID#:** **-***2231
**Period Ending:** 09/24/26

**Trustee:** Sandra K. McBeth, Trustee
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******0436 - Checking
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/28/23 | Asset #34 | Rajinder K Sahani | Third and final of three instalments on sanctions order. | 1229-000 | 8,776.03 | | 871,915.84 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,450.78 | 870,465.06 |
| 02/22/24 | 1006 | International Sureties, LTD | Bond Premium Payment as of 01/04/24 [effective date], Bond Premium payment No. *****9604, paid per General Order 00-01 | 2300-000 | | 637.94 | 869,827.12 |
| 03/12/24 | 1007 | Franchise Tax Board. | 2024 Corporate Estimated Tax, Form 100-ES for Rajysan Inc,, Tax ID #95-4352231. PER ORDER ENTERED 3/11/24 | 2820-000 | | 800.00 | 869,027.12 |
| 06/11/24 | 1008 | Digital WarRoom | Software Support and License Renewal per Order entered June 6, 2024. | 2990-000 | | 1,995.00 | 867,032.12 |
| 01/27/25 | 1009 | International Sureties, LTD | Bond Premium Payment as of 01/04/25 [effective date], Bond Premium payment No. XXXXX9604, paid per General Order 00-01 | 2300-000 | | 997.72 | 866,034.40 |
| 01/29/25 | | To Account# XXXXXX6265 | Transfer from account XXXXXX0436 to XXXXXX6265 | 9999-000 | | 766,034.40 | 100,000.00 |
| 03/26/25 | 1010 | Franchise Tax Board. | 2025 Corporate Estimated Tax, Form 100-ES for Rajysan Inc,, Tax ID #95-4352231. PER ORDER ENTERED 3/25/2025 | 2820-000 | | 800.00 | 99,200.00 |
| 05/19/25 | 1011 | Digital WarRoom | Software Support and License Renewal per Order entered May 16, 2025. | 2990-000 | | 2,500.00 | 96,700.00 |
| 12/22/25 | Asset #32 | United States Treasury | Full settlement payment | 1241-000 | 13,812.99 | | 110,512.99 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit B



| | | | |
|---|---|---|---|
| **Case Number:** | 9:17-BK-11363 DS | **Trustee:** | Sandra K. McBeth, Trustee |
| **Case Name:** | Rajysan Inc | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******0436 - Checking |
| **Taxpayer ID#:** | **-***2231 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/24/26 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/08/26 | 1012 | International Sureties, LTD | Bond Premium Payment as of 01/04/26 [effective date], Bond Premium payment No. XXXXX9604, paid per General Order 00-01 | 2300-000 | | 102.67 | 110,410.32 |
| 01/22/26 | Asset #35 | United States Treasury | 2017 Federal Tax refund. | 1224-000 | 9,991.37 | | 120,401.69 |
| 02/03/26 | Asset #29 | County of Los Angeles | Full Settlement payment | 1241-000 | 40,000.00 | | 160,401.69 |
| 02/10/26 | Asset #20 | RAJINDER KAUR SAHANI | Full settlement payment | 1229-000 | 500,000.00 | | 660,401.69 |
| 02/16/26 | | To Account# XXXXXX6265 | Transfer to interest bearing account.<br><br>Transfer from account XXXXXX0436 to XXXXXX6265 | 9999-000 | | 600,000.00 | 60,401.69 |
| 09/16/26 | | From Account# XXXXXX6265 | Final Transfer for TFR process<br><br>Transfer from account XXXXXX6265 to XXXXXX0436 | 9999-000 | 1,370,120.97 | | 1,430,522.66 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **2,834,871.80** | **1,404,349.14** | **$1,430,522.66** |
| Less: Bank Transfers | 1,370,120.97 | 1,366,034.40 | |
| **Subtotal** | **1,464,750.83** | **38,314.74** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,464,750.83** | **$38,314.74** | |

Exhibit B

# Form 2
# Cash Receipts and Disbursements Record



**Case Number:** 9:17-BK-11363 DS
**Case Name:** Rajysan Inc
**Taxpayer ID#:** **-***2231
**Period Ending:** 09/24/26

**Trustee:** Sandra K. McBeth, Trustee
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******6265 - MMA
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/25 | | From Account# XXXXXX0436 | Transfer from account XXXXXX0436 to XXXXXX6265 | 9999-000 | 766,034.40 | | 766,034.40 |
| 01/31/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 12.59 | | 766,046.99 |
| 02/28/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 176.31 | | 766,223.30 |
| 02/28/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,244.83 | 764,978.47 |
| 03/17/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | -1,244.83 | 766,223.30 |
| 03/31/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 195.09 | | 766,418.39 |
| 04/30/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 189.00 | | 766,607.39 |
| 05/30/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 195.35 | | 766,802.74 |
| 06/30/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 189.10 | | 766,991.84 |
| 07/31/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 195.45 | | 767,187.29 |
| 08/29/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 195.50 | | 767,382.79 |
| 09/30/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 189.24 | | 767,572.03 |
| 10/31/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 195.60 | | 767,767.63 |
| 11/28/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 189.34 | | 767,956.97 |
| 12/31/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 195.70 | | 768,152.67 |

Exhibit B

# Form 2
# Cash Receipts and Disbursements Record



**Case Number:** 9:17-BK-11363 DS
**Case Name:** Rajysan Inc
**Taxpayer ID#:** **-***2231
**Period Ending:** 09/24/26

**Trustee:** Sandra K. McBeth, Trustee
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******6265 - MMA
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/08/26 | 100001 | International Sureties, LTD | Bond Premium Payment as of 01/04/26 [effective date], Bond Premium payment No. XXXXX9604, paid per General Order 00-01 | 2300-000 | | 713.63 | 767,439.04 |
| 01/30/26 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 195.67 | | 767,634.71 |
| 02/16/26 | | From Account# XXXXXX0436 | Transfer to interest bearing account.<br><br>Transfer from account XXXXXX0436 to XXXXXX6265 | 9999-000 | 600,000.00 | | 1,367,634.71 |
| 02/27/26 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 235.86 | | 1,367,870.57 |
| 03/31/26 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 348.57 | | 1,368,219.14 |
| 04/30/26 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 337.41 | | 1,368,556.55 |
| 05/29/26 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 348.74 | | 1,368,905.29 |
| 06/30/26 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 337.58 | | 1,369,242.87 |
| 07/31/26 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 348.92 | | 1,369,591.79 |
| 08/31/26 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 349.01 | | 1,369,940.80 |
| 09/16/26 | | To Account# XXXXXX0436 | Final Transfer for TFR process<br><br>Transfer from account XXXXXX6265 to XXXXXX0436 | 9999-000 | | 1,370,120.97 | -180.17 |

# Form 2

Exhibit B

# Cash Receipts and Disbursements Record



**Case Number:** 9:17-BK-11363 DS
**Case Name:** Rajysan Inc
**Taxpayer ID#:** **-***2231
**Period Ending:** 09/24/26

**Trustee:** Sandra K. McBeth, Trustee
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******6265 - MMA
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/26 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 180.17 | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,370,834.60** | **1,370,834.60** | **$0.00** |
| Less: Bank Transfers | 1,366,034.40 | 1,370,120.97 | |
| **Subtotal** | **4,800.20** | **713.63** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,800.20** | **$713.63** | |

| | |
|---|---|
| Net Receipts: | $1,469,551.03 |
| Net Estate: | $1,469,551.03 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0436** | **1,464,750.83** | **38,314.74** | **1,430,522.66** |
| **Money Market # ******6265** | **4,800.20** | **713.63** | **0.00** |
| | **$1,469,551.03** | **$39,028.37** | **$1,430,522.66** |

verita

EXHIBIT "C"

# Central District of California
# Claims Register

9:17-bk-11363-DS Rajysan, Inc. **Converted** 02/14/2022

Insolvent case, no funds below Chapter 7 admin. All general unsecured OK and as otherwise noted.

**Judge:** Deborah J. Saltzman **Chapter:** 7
**Office:** Santa Barbara **Last Date to file claims:** 06/10/2022
**Trustee:** Sandra McBeth (TR) **Last Date to file (Govt):**

*Creditor:* (37985202)
CDW
Attn: Vida Krug
200 N. Milwaukee Ave.
Vernon Hills IL 60061

**Claim No: 1**
*Original Filed Date*: 08/07/2017
*Original Entered Date*: 08/08/2017

*Status:*
*Filed by:* CR
*Entered by:* VF
*Modified:*

Amount claimed: $5698.00

*History:*
Details 1-1 08/07/2017 Claim #1 filed by CDW, Amount claimed: $5698.00 (VF)

*Description:*

*Remarks:*

*Creditor:* (37962742)
Barco Rent A Truck
717 South 5600 West
Salt Lake City, UT 84104

**Claim No: 2**
*Original Filed Date*: 08/14/2017
*Original Entered Date*: 08/14/2017

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $9280.86

*History:*
Details 2-1 08/14/2017 Claim #2 filed by Barco Rent A Truck, Amount claimed: $9280.86 (AO)

*Description:*

*Remarks:*

*Creditor:* (37996756)
American Express Travel Related Services Company,
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 3**
*Original Filed Date*: 08/15/2017
*Original Entered Date*: 08/15/2017

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

Amount claimed: $340755.59

*History:*
Details 3-1 08/15/2017 Claim #3 filed by American Express Travel Related Services Company,, Amount claimed: $340755.59 (Deegan, Greg)

*Description:*

*Remarks:*

*Creditor:* (37996756)
American Express Travel Related Services
Company,
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 4**
*Original Filed*
*Date*: 08/15/2017
*Original Entered*
*Date*: 08/15/2017

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

Amount claimed: $234.50

*History:*
Details 4-1 08/15/2017 Claim #4 filed by American Express Travel Related Services Company,, Amount claimed: $234.50 (Deegan, Greg)

*Description:*
*Remarks:*

*Creditor:* (37962771)
Corvus Group
269 Beatrice Lane
Aston, PA 19014

**Claim No: 5**
*Original Filed*
*Date*: 08/15/2017
*Original Entered*
*Date*: 08/15/2017

*Status:*
*Filed by:* CR
*Entered by:* SY9
*Modified:*

Amount claimed: $234.60

*History:*
Details 5-1 08/15/2017 Claim #5 filed by Corvus Group, Amount claimed: $234.60 (SY9)

*Description:*
*Remarks:*

*Creditor:* (38001212)
Tod Putnam
520 S. Sepulveda Blvd. #204
Los Angeles CA 90049

**Claim No: 6**
*Original Filed*
*Date*: 08/16/2017
*Original Entered*
*Date*: 08/17/2017

*Status:*
*Filed by:* CR
*Entered by:* VF
*Modified:*

Amount claimed: $21381.00

*History:*
Details 6-1 08/16/2017 Claim #6 filed by Tod Putnam, Amount claimed: $21381.00 (VF)

*Description:*
*Remarks:*

*Creditor:* (38001334)
Southwest Products Corporation
805 Broadway St. #700
Vancouver WA 98660

**Claim No: 7**
*Original Filed*
*Date*: 08/16/2017
*Original Entered*
*Date*: 08/17/2017

*Status:*
*Filed by:* CR
*Entered by:* VF
*Modified:*

Amount claimed: $396043.15

*History:*
Details 7-1 08/16/2017 Claim #7 filed by Southwest Products Corporation, Amount claimed: $396043.15 (VF)

*Description:*
*Remarks:*

*Creditor:* (38007876)
Guangzhou Zhao Qi Trading Co. LTD
Brown & Joseph, Ltd c/o Don Leviton
PO Box 59838
Schaumburg, IL 60159

**Claim No: 8**
*Original Filed*
*Date*: 08/21/2017
*Original Entered*
*Date*: 08/21/2017

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $102368.00

*History:*
Details 8-1 08/21/2017 Claim #8 filed by Guangzhou Zhao Qi Trading Co. LTD, Amount claimed: $102368.00 (AO)
*Description:*
*Remarks:*

*Creditor:* (37962885)
WAAG Powder Coating & Sand Blasting
16000 Strathern Street
Van Nuys, CA 91406

**Claim No: 9**
*Original Filed*
*Date*: 08/21/2017
*Original Entered*
*Date*: 08/21/2017

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $11010.00

*History:*
Details 9-1 08/21/2017 Claim #9 filed by WAAG Powder Coating & Sand Blasting, Amount claimed: $11010.00 (AO)
*Description:*
*Remarks:*

*Creditor:* (38021696) History
BEXAR COUNTY
Linebarger Goggan Blair & Sampson LLP
711 Navarro Street Ste 300
San Antonio, TX 78205

**Claim No: 10**
*Original Filed*
*Date*: 08/25/2017
*Original Entered*
*Date*: 08/28/2017

*Status:* Withdraw 173
*Filed by:* CR
*Entered by:*
*Modified:*

Amount claimed: $190418.10

*History:*
Details 10-1 08/25/2017 Claim #10 filed by BEXAR COUNTY, Amount claimed: $190418.10 (VSI)
173 01/08/2018 Withdrawal of Claim(s): 10 Filed by Creditor Bexar County . (Bertelsen, Susan) Status: Withdraw
*Description:*
*Remarks:*

*Creditor:* (37996519)
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

**Claim No: 11**
*Original Filed*
*Date*: 08/29/2017
*Original Entered*
*Date*: 08/29/2017
*Last Amendment*
*Filed*: 02/19/2020
*Last Amendment*
*Entered*: 02/19/2020

*Status:*
*Filed by:* CR
*Entered by:* Timothy C Schakow
*Modified:*

Amount claimed: $0.00
Secured claimed: $0.00
Priority claimed: $0.00

*History:*

Details 11-1 08/29/2017 Claim #11 filed by Internal Revenue Service, Amount claimed: $31174.45 (Schakow, Timothy)

Details 11-2 08/30/2017 Amended Claim #11 filed by Internal Revenue Service, Amount claimed: $41174.45 (Schakow, Timothy)

Details 11-3 08/29/2018 Amended Claim #11 filed by Internal Revenue Service, Amount claimed: $31174.45 (Schakow, Timothy)

Details 11-4 12/14/2018 Amended Claim #11 filed by Internal Revenue Service, Amount claimed: $9068.50 (Schakow, Timothy)

Details 11-5 02/05/2020 Amended Claim #11 filed by Internal Revenue Service, Amount claimed: $4800.00 (Schakow, Timothy)

Details 11-6 02/19/2020 Amended Claim #11 filed by Internal Revenue Service, Amount claimed: $0.00 (Schakow, Timothy)

*Description:*

*Remarks:*

*Creditor:* (38035647)
Reinhart Boerner Van Deuren s.c.
c/o L. Katie Mason Esq.
1000 N. Water St Suite 1700
Milwaukee, WI 53202

**Claim No: 12**
*Original Filed Date*: 09/01/2017
*Original Entered Date*: 09/01/2017

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $1980.00

*History:*

Details 12-1 09/01/2017 Claim #12 filed by Reinhart Boerner Van Deuren s.c., Amount claimed: $1980.00 (AO)

*Description:*

*Remarks:*

*Creditor:* (37962728)
American Rental Association
1900 19th Street
Moline, IL 61265

**Claim No: 13**
*Original Filed Date*: 09/05/2017
*Original Entered Date*: 09/05/2017

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $10611.00

*History:*

Details 13-1 09/05/2017 Claim #13 filed by American Rental Association, Amount claimed: $10611.00 (AO)

*Description:*

*Remarks:*

*Creditor:* (38041161)
Kubota Engine America Corp.
505 Schelter Road
Lincolnshire, IL 60069

**Claim No: 14**
*Original Filed Date*: 09/06/2017
*Original Entered Date*: 09/06/2017

*Status:*
*Filed by:* CR
*Entered by:* Bradley J Halberstadt
*Modified:*

Amount claimed: $10929.12
Secured claimed: $0.00

*History:*

Details 14-1 09/06/2017 Claim #14 filed by Kubota Engine America Corp., Amount claimed: $10929.12 (Halberstadt, Bradley)

*Description:* (14-1) Goods sold

*Remarks:*

*Creditor:* (38041292)
Gurmeet Sahani
C/O Jeremy W. Faith, Esq.
Margulies Faith, LLP
16030 Ventura Blvd., Suite 470
Encino, CA 91436

**Claim No: 15**
*Original Filed*
*Date*: 09/06/2017
*Original Entered*
*Date*: 09/06/2017

*Status:* Withdraw 502
*Filed by:* CR
*Entered by:* Monserrat Morales
*Modified:*

Amount claimed: $2194288.34

*History:*

| | | | | |
|---|---|---|---|---|
| Details | ● | 15-1 | 09/06/2017 | Claim #15 filed by Gurmeet Sahani, Amount claimed: $2194288.34 (Morales, Monserrat) |
| | | 502 | 01/22/2020 | Withdrawal of Claim(s): 15 *Notice of Withdrawal of Proof of Claim No. 15 of Gurmeet Sahani* Filed by Creditor Gurmeet Sahani. (Faith, Jeremy) Status: Withdraw |

*Description:* (15-1) Unpaid salary and benefits; Loans to Debtor
*Remarks:*

*Creditor:* (38041308)
Digital Records Management, Inc.
C/O Jeremy W. Faith, Esq.
Margulies Faith, LLP
16030 Ventura Blvd., Suite 470
Encino, CA 91436

**Claim No: 16**
*Original Filed*
*Date*: 09/06/2017
*Original Entered*
*Date*: 09/06/2017

*Status:* Withdraw 503
*Filed by:* CR
*Entered by:* Monserrat Morales
*Modified:*

Amount claimed: $1936600.00

*History:*

| | | | | |
|---|---|---|---|---|
| Details | ● | 16-1 | 09/06/2017 | Claim #16 filed by Digital Records Management, Inc., Amount claimed: $1936600.00 (Morales, Monserrat) |
| | | 503 | 01/22/2020 | Withdrawal of Claim(s): 16 *Notice of Withdrawal of Proof of Claim No. 16 of Digital Records Management, Inc.* Filed by Creditor Gurmeet Sahani. (Faith, Jeremy) Status: Withdraw |

*Description:* (16-1) Breach of Lease and Unpaid Promissory Note
*Remarks:*

*Creditor:* (38041310)
Halcyon Valencia Partners, L.P.
C/O Jeremy W. Faith, Esq.
Margulies Faith, LLP
16030 Ventura Blvd., Suite 470
Encino, CA 91436

**Claim No: 17**
*Original Filed*
*Date*: 09/06/2017
*Original Entered*
*Date*: 09/06/2017

*Status:* Withdraw 600
*Filed by:* CR
*Entered by:* Monserrat Morales
*Modified:*

Amount claimed: $2308000.00

*History:*

| | | | | |
|---|---|---|---|---|
| Details | ● | 17-1 | 09/06/2017 | Claim #17 filed by Halcyon Valencia Partners, L.P., Amount claimed: $2308000.00 (Morales, Monserrat) |
| | | 600 | 10/01/2020 | Withdrawal of Claim(s): 17 *Notice of Withdrawal of Proof of Claim No. 17 of Halcyon Valencia Partners, L.P.* Filed by Creditor Halcyon Valencia Partners, L.P.. (Faith, Jeremy) Status: Withdraw |

*Description:* (17-1) Breach of Lease
*Remarks:*

*Creditor:* (38048324)
BMW Financial Services NA, LLC

**Claim No: 18**
*Original Filed*

*Status:*
*Filed by:* CR

*History:*

| | | | | |
|---|---|---|---|---|
| Details | ● | 18-1 | 09/12/2017 | Claim #18 filed by BMW Financial Services NA, LLC, Amount claimed: $15378.15 (Lala, Mohammed) |
| Details | ● | 18-2 | 12/04/2018 | Amended Claim #18 filed by BMW Financial Services NA, LLC, Amount claimed: $6586.93 (Nalkara, Rejoy) |

*Description:*
*Remarks:*

P.O. Box 3608
Dublin OH 43016, OH 43016

*Date*: 09/12/2017
*Original Entered Date*: 09/12/2017
*Last Amendment Filed*: 12/04/2018
*Last Amendment Entered*: 12/04/2018

*Entered by:* Rejoy Nalkara
*Modified:*

Amount claimed: $6586.93

*History:*

Details 18-1 09/12/2017 Claim #18 filed by BMW Financial Services NA, LLC, Amount claimed: $15378.15 (Lala, Mohammed)

Details 18-2 12/04/2018 Amended Claim #18 filed by BMW Financial Services NA, LLC, Amount claimed: $6586.93 (Nalkara, Rejoy)

*Description:*

*Remarks:*

*Creditor:* (37962772)
CPS Energy - Electric
P.O. Box 2678
San Antonio, TX 78289-0001

**Claim No: 19**
*Original Filed Date*: 09/12/2017
*Original Entered Date*: 09/12/2017

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $6181.89

*History:*

Details 19-1 09/12/2017 Claim #19 filed by CPS Energy - Electric, Amount claimed: $6181.89 (AUTP)

*Description:*

*Remarks:* (19-1) Account Number (last 4 digits):2365

*Creditor:* (37962807)
Jeffer Mangels Butler & Mitchell
1801 W. Olympic Blvd.
Pasadena, CA 91199-1263

**Claim No: 20**
*Original Filed Date*: 09/12/2017
*Original Entered Date*: 09/12/2017

*Status:*
*Filed by:* CR
*Entered by:* Thomas M Geher
*Modified:*

Amount claimed: $58661.59

*History:*

Details 20-1 09/12/2017 Claim #20 filed by Jeffer Mangels Butler & Mitchell, Amount claimed: $58661.59 (Geher, Thomas)

*Description:* (20-1) Legal Services Rendered

*Remarks:*

*Creditor:* (38056456) History
Nicholas Luciano
37119 Sandy Lane
Grand Island, FL 32735

**Claim No: 21**
*Original Filed Date*: 09/15/2017
*Original Entered Date*: 09/15/2017

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $36923.00
Priority claimed: $12850.00

*History:*

Details 21-1 09/15/2017 Claim #21 filed by Nicholas Luciano, Amount claimed: $36923.00 (AUTP)

*Description:*

*Remarks:*

*Creditor:* (38056616)
steven Jaffe
12937 Daughtery Drive
Winter Garden, FL 34787

**Claim No: 22**
*Original Filed Date*: 09/15/2017
*Original Entered Date*: 09/15/2017
*Last Amendment Filed*: 02/07/2020
*Last Amendment Entered*: 02/07/2020

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:* 02/07/2020

Amount claimed: $9999.98
Priority claimed: $9999.98

*History:*

Details 22-1 09/15/2017 Claim #22 filed by steven Jaffe, Amount claimed: $8334.00 (AUTP)
Details 22-2 09/18/2017 Amended Claim #22 filed by steven Jaffe, Amount claimed: $8333.33 (AUTP)
Details 22-3 10/07/2017 Amended Claim #22 filed by steven Jaffe, Amount claimed: $8334.00 (AUTP)
Details 22-4 02/07/2020 Amended Claim #22 filed by steven Jaffe, Amount claimed: $9999.98 (AUTP)

*Description:*
*Remarks:*

*Creditor:* (38060277)
MGS, Inc.
c/o Robert W. Pontz, Esq.
480 New Holland Avenue, Suite 6205
Lancaster, PA 17602

**Claim No: 23**
*Original Filed Date*: 09/18/2017
*Original Entered Date*: 09/18/2017

*Status:*
*Filed by:* CR
*Entered by:* SY9
*Modified:*

Amount claimed: $39466.00

*History:*

Details 23-1 09/18/2017 Claim #23 filed by MGS, Inc., Amount claimed: $39466.00 (SY9)

*Description:*
*Remarks:*

*Creditor:* (38097560)
AVA LOGISTICS LLC
c/o Brian Schusterman, McDonald Carano LLP
P.O. Box 2670
Reno, NV 89505-2670

**Claim No: 24**
*Original Filed Date*: 10/05/2017
*Original Entered Date*: 10/05/2017

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $24775.00

*History:*

Details 24-1 10/05/2017 Claim #24 filed by AVA LOGISTICS LLC, Amount claimed: $24775.00 (AUTP)

*Description:*
*Remarks:*

*Creditor:* (38104691)
Southern California Edison
1551 W. San Bernardino Road
Covina, CA 91722

**Claim No: 25**
*Original Filed Date*: 10/10/2017
*Original Entered Date*: 10/10/2017

*Status:*
*Filed by:* CR
*Entered by:* SY9
*Modified:*

Amount claimed: $13137.45

*History:*

Details 25-1 10/10/2017 Claim #25 filed by Southern California Edison, Amount claimed: $13137.45 (SY9)

*Description:*
*Remarks:*

*History:*
Details 25-1 10/10/2017 Claim #25 filed by Southern California Edison, Amount claimed: $13137.45 (SY9)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (37962811)<br>Johnson Co.<br>P.O. Box 27649<br>Seattle, WA 98165 | **Claim No: 26**<br>*Original Filed*<br>*Date*: 10/20/2017<br>*Original Entered*<br>*Date*: 10/20/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* BH<br>*Modified:* |

Amount claimed: $7179.25

*History:*
Details 26-1 10/20/2017 Claim #26 filed by Johnson Co., Amount claimed: $7179.25 (BH)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (37962747) History<br>BEXAR COUNTY<br>Linebarger Goggan Blair & Sampson LLP<br>711 Navarro Street Ste 300<br>San Antonio, TX 78205 | **Claim No: 27**<br>*Original Filed*<br>*Date*: 10/30/2017<br>*Original Entered*<br>*Date*: 11/01/2017 | *Status:* Withdraw 174<br>*Filed by:* CR<br>*Entered by:* OV<br>*Modified:* 11/01/2017 |

Amount claimed: $198185.62
Secured claimed: $198185.62

*History:*
Details 27-1 10/30/2017 Claim #27 filed by BEXAR COUNTY, Amount claimed: $198185.62 (OV)
174 01/08/2018 Withdrawal of Claim(s): 27 Filed by Creditor Bexar County . (Bertelsen, Susan) Status: Withdraw
*Description:* (27-1) Ad Valorem Taxes
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38153826)<br>California Dept. of Tax and<br>Fee Administration/<br>Special Ops, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | **Claim No: 28**<br>*Original Filed*<br>*Date*: 11/03/2017<br>*Original Entered*<br>*Date*: 11/03/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* AO<br>*Modified:* |

Amount claimed: $20887.00

*History:*
Details 28-1 11/03/2017 Claim #28 filed by California Dept. of Tax and, Amount claimed: $20887.00 (AO)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (38165682)<br>Peregrine Realty Partners Inc<br>915 Wilshire Blvd Suite 2060<br>Los Angeles CA 90017 | **Claim No: 29**<br>*Original Filed*<br>*Date*: 11/08/2017<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* OV<br>*Modified:* |

*History:*
Details 29-1 11/08/2017 Claim #29 filed by Peregrine Realty Partners Inc, Amount claimed: $6500.00 (OV)
*Description:* (29-1) Service performed - Appraisal
*Remarks:*

*Date*: 11/09/2017

Amount claimed: $6500.00

*History:*

Details 29-1 11/08/2017 Claim #29 filed by Peregrine Realty Partners Inc, Amount claimed: $6500.00 (OV)

*Description:* (29-1) Service performed - Appraisal

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (37962874)<br>Top Gun Freight, Inc.<br>38740 Sky Canyon Dr., #C<br>Murrieta, CA 92563 | **Claim No: 30**<br>*Original Filed*<br>*Date*: 11/24/2017<br>*Original Entered*<br>*Date*: 11/24/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Anthony G Lagomarsino<br>*Modified:* |

Amount claimed: $63050.00

*History:*

Details 30-1 11/24/2017 Claim #30 filed by Top Gun Freight, Inc., Amount claimed: $63050.00 (Lagomarsino, Anthony)

*Description:* (30-1) charges for freight services

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (37962752)<br>Borstein Enterprises<br>11766 Wilshire Boulevard<br>Suite 820<br>Los Angeles, CA 90025 | **Claim No: 31**<br>*Original Filed*<br>*Date*: 11/27/2017<br>*Original Entered*<br>*Date*: 11/27/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jess R Bressi<br>*Modified:* |

Not a gov't entity entitled to priority. Secured as to Security Deposit possession only, not liquidated by statute. 0 to secured, balance OK as unsec'd.

Amount claimed: $538508.39
Secured claimed: $65946.77
Priority claimed: $209277.82

*History:*

Details 31-1 11/27/2017 Claim #31 filed by Borstein Enterprises, Amount claimed: $538508.39 (Bressi, Jess)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (37962718)<br>Action Transportation, Inc<br>PO BOX 153<br>Medford, OR 97501 | **Claim No: 32**<br>*Original Filed*<br>*Date*: 11/28/2017<br>*Original Entered*<br>*Date*: 11/28/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Melisa Button<br>*Modified:* |

Amount claimed: $26153.66

*History:*

Details 32-1 11/28/2017 Claim #32 filed by Action Transportation, Inc, Amount claimed: $26153.66 (Button, Melisa)

*Description:*

*Remarks:*

*Creditor:* (38222041)
The Carlstar Group, LLC
Attn: Credit Dept
23 Windham Blvd
Aiken, SC 29805

**Claim No: 33**
*Original Filed*
*Date*: 12/08/2017
*Original Entered*
*Date*: 12/08/2017

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $7534.32

*History:*

Details 33-1 12/08/2017 Claim #33 filed by The Carlstar Group, LLC, Amount claimed: $7534.32 (AO)

*Description:*

*Remarks:*

*Creditor:* (38223954)
City of San Antonio
100 W. Houston St 18th Floor
San Antonio, TX 78205

**Claim No: 34**
*Original Filed*
*Date*: 12/11/2017
*Original Entered*
*Date*: 12/11/2017

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $2250.00

*History:*

Details 34-1 12/11/2017 Claim #34 filed by City of San Antonio, Amount claimed: $2250.00 (AO)

*Description:*

*Remarks:*

*Creditor:* (38232293)
Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

**Claim No: 35**
*Original Filed*
*Date*: 12/15/2017
*Original Entered*
*Date*: 12/15/2017
*Last Amendment*
*Filed*: 12/31/2018
*Last Amendment*
*Entered*: 12/31/2018

*Status:*
*Filed by:* CR
*Entered by:* Andria M Rodriguez
*Modified:*

Amount claimed: $392.92
Secured claimed: $0.00
Priority claimed: $392.92

*History:*

Details 35-1 12/15/2017 Claim #35 filed by Employment Development Department, Amount claimed: $4872.32 (Rodriguez, Andria)

Details 35-2 12/31/2018 Amended Claim #35 filed by Employment Development Department, Amount claimed: $392.92 (Rodriguez, Andria)

*Description:* (35-1) Claim Filed
(35-2) Amend Claim

*Remarks:* (35-1) Remarks Added
(35-2) Remarks Added

*Creditor:* (38235934)
Paul Daly
Kelle A. Kilgarriff,Cruley & Rothman
1100 East Hector St Suite 425
Conshohocken, PA 19428

**Claim No: 36**
*Original Filed* *Date*: 12/18/2017
*Original Entered* *Date*: 12/18/2017

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $21000.00

*History:*

Details 36-1 12/18/2017 Claim #36 filed by Paul Daly, Amount claimed: $21000.00 (AO)

*Description:*

*Remarks:*

*Creditor:* (37962767) History
Coast to Coast Computer Products
4277 Valley Fair
Simi Valley, CA 93063

**Claim No: 37**
*Original Filed* *Date*: 12/22/2017
*Original Entered* *Date*: 12/22/2017

*Status:*
*Filed by:* CR
*Entered by:* KR9
*Modified:*

Amount claimed: $369.53

*History:*

Details 37-1 12/22/2017 Claim #37 filed by Coast to Coast Computer Products, Amount claimed: $369.53 (KR9)

*Description:*

*Remarks:*

*Creditor:* (38247739)
Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

**Claim No: 38**
*Original Filed* *Date*: 12/26/2017
*Original Entered* *Date*: 12/26/2017

*Status:* Withdraw 349
*Filed by:* CR
*Entered by:* Andria M Rodriguez
*Modified:*

Amount claimed: $19571.18
Priority claimed: $0.00

*History:*

Details 38-1 12/26/2017 Claim #38 filed by Employment Development Department, Amount claimed: $19571.18 (Rodriguez, Andria)

349 12/31/2018 Withdrawal of Claim(s): 38 Filed by Debtor Rajysan, Inc.. (Puertas-Samara, Amelia) Status: Withdraw

*Description:* (38-1) Claim Filed

*Remarks:* (38-1) Remarks Added

*Creditor:* (38258739)
Waste Management
2625 W Grandview Rd Ste 150
Phoenix, AZ 85023

**Claim No: 39**
*Original Filed* *Date*: 01/02/2018
*Original Entered* *Date*: 01/02/2018

*Status:*
*Filed by:* CR
*Entered by:* Lisa M Nugent
*Modified:*

Amount claimed: $1139.35

*History:*

Details 39-1 01/02/2018 Claim #39 filed by Waste Management, Amount claimed: $1139.35 (Nugent, Lisa)

*Description:*

*Remarks:*

*Creditor:* (38263234)
RONALD E. ZECK, JR.
33 EAST RATTLING RUN ROAD
MICKLETON NJ 08056

**Claim No: 40**
*Original Filed*
*Date*: 01/05/2018
*Original Entered*
*Date*: 01/05/2018

*Status:*
*Filed by:* CR
*Entered by:* BH
*Modified:*

Amount claimed: $177220.50

*History:*
Details 40-1 01/05/2018 Claim #40 filed by RONALD E. ZECK, JR., Amount claimed: $177220.50 (BH)

*Description:*
*Remarks:*

*Creditor:* (37962825)
Marilyn D. Levine ML Marketing
4 Nicole Terrace
Edison, NJ 08820

**Claim No: 41**
*Original Filed*
*Date*: 01/08/2018
*Original Entered*
*Date*: 01/08/2018

*Status:*
*Filed by:* CR
*Entered by:* SY9
*Modified:*

Amount claimed: $1065.00

*History:*
Details 41-1 01/08/2018 Claim #41 filed by Marilyn D. Levine ML Marketing, Amount claimed: $1065.00 (SY9)

*Description:*
*Remarks:*

*Creditor:* (38265898)
Tredit Tire & Wheel Co, Inc.
3305 Charlotte Avenue
Elkhart, IN 46514

**Claim No: 42**
*Original Filed*
*Date*: 01/08/2018
*Original Entered*
*Date*: 01/08/2018

*Status:*
*Filed by:* CR
*Entered by:* SY9
*Modified:*

Amount claimed: $2601.40

*History:*
Details 42-1 01/08/2018 Claim #42 filed by Tredit Tire & Wheel Co, Inc., Amount claimed: $2601.40 (SY9)

*Description:*
*Remarks:*

*Creditor:* (38281047)
AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921

**Claim No: 43**
*Original Filed*
*Date*: 01/18/2018
*Original Entered*
*Date*: 01/18/2018

*Status:*
*Filed by:* CR
*Entered by:* Veronica Armendariz
*Modified:*

Amount claimed: $12619.29

*History:*
Details 43-1 01/18/2018 Claim #43 filed by AT&T Mobility II LLC, Amount claimed: $12619.29 (Armendariz, Veronica)

*Description:*
*Remarks:*

*Creditor:* (38281835)
AT&T Corp
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Room 3A104
Bedminster, NJ 07921

**Claim No: 44**
*Original Filed*
*Date*: 01/18/2018
*Original Entered*
*Date*: 01/18/2018

*Status:*
*Filed by:* CR
*Entered by:* Melinda Alonzo
*Modified:*

Amount claimed: $13752.79

*History:*
Details 44-1 01/18/2018 Claim #44 filed by AT&T Corp, Amount claimed: $13752.79 (Alonzo, Melinda)

*Description:* (44-1) Services provided
*Remarks:*

*Creditor:* (38282181)
Pacific Bell Telephone Company
%AT&T Services, Inc.
Karen A Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

**Claim No: 45**
*Original Filed*
*Date*: 01/18/2018
*Original Entered*
*Date*: 01/18/2018

*Status:*
*Filed by:* CR
*Entered by:* Crystal Johnson
*Modified:*

Amount claimed: $935.13

*History:*
Details 45-1 01/18/2018 Claim #45 filed by Pacific Bell Telephone Company, Amount claimed: $935.13 (Johnson, Crystal)

*Description:* (45-1) see attached
*Remarks:*

*Creditor:* (38282220)
Southwestern Bell Telephone Company
%AT&T Services, Inc.
Karen A Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

**Claim No: 46**
*Original Filed*
*Date*: 01/18/2018
*Original Entered*
*Date*: 01/18/2018

*Status:*
*Filed by:* CR
*Entered by:* Crystal Johnson
*Modified:*

Amount claimed: $787.49

*History:*
Details 46-1 01/18/2018 Claim #46 filed by Southwestern Bell Telephone Company, Amount claimed: $787.49 (Johnson, Crystal)

*Description:* (46-1) SEE ATTACHED
*Remarks:*

*Creditor:* (38287638)
C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

**Claim No: 47**
*Original Filed*
*Date*: 01/22/2018
*Original Entered*
*Date*: 01/22/2018

*Status:*
*Filed by:* CR
*Entered by:* SY9
*Modified:*

Amount claimed: $72362.56

*History:*
Details 47-1 01/22/2018 Claim #47 filed by C.H. Robinson Worldwide, Inc., Amount claimed: $72362.56 (SY9)

*Description:*
*Remarks:*

*Creditor:* (37962723)
Allied Electronics, Inc. Accts.
P.O. Box 2325
Fort Worth, TX 76113-2325

**Claim No: 48**
*Original Filed Date*: 01/22/2018
*Original Entered Date*: 01/22/2018

*Status:*
*Filed by:* CR
*Entered by:* SY9
*Modified:*

Amount claimed: $16009.55

*History:*
Details 48-1 01/22/2018 Claim #48 filed by Allied Electronics, Inc. Accts., Amount claimed: $16009.55 (SY9)
*Description:*
*Remarks:*

*Creditor:* (38289822) History
Miner Central Texas
11827 Tech Com Rd #115
San Antonio, TX 78233

**Claim No: 49**
*Original Filed Date*: 01/23/2018
*Original Entered Date*: 01/23/2018

*Status:*
*Filed by:* CR
*Entered by:* BH
*Modified:*

Amount claimed: $3221.53

*History:*
Details 49-1 01/23/2018 Claim #49 filed by Miner Central Texas, Amount claimed: $3221.53 (BH)
*Description:*
*Remarks:*

*Creditor:* (37962806)
Jan-Pro Cleaning & Systems
P.O. Box 2838
Santa Maria, CA 93455

**Claim No: 50**
*Original Filed Date*: 01/26/2018
*Original Entered Date*: 01/26/2018

*Status:*
*Filed by:* CR
*Entered by:* Linda Selig Blonsley
*Modified:*

Amount claimed: $2100.00
Secured claimed: $0.00
Priority claimed: $0.00

*History:*
Details 50-1 01/26/2018 Claim #50 filed by Jan-Pro Cleaning & Systems, Amount claimed: $2100.00 (Blonsley, Linda)
*Description:*
*Remarks:*

*Creditor:* (38297213)
Total Quality Logistics, LLC
Attn:Joseph B. Wells Asst Corporate Coun
4289 Ivy Pointe Blvd
Cincinnati, OH 45245

**Claim No: 51**
*Original Filed Date*: 01/26/2018
*Original Entered Date*: 01/26/2018

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $65132.24

*History:*
Details 51-1 01/26/2018 Claim #51 filed by Total Quality Logistics, LLC, Amount claimed: $65132.24 (AO)
*Description:*
*Remarks:*

*Creditor:* (37962888) History
Wells Fargo Bank, N.A.
300 Tri-State International
Suite 400
Lincolnshire, IL 60069

**Claim No: 52**
*Original Filed Date*: 01/26/2018
*Original Entered Date*: 01/26/2018
*Last Amendment Filed*: 05/17/2018
*Last Amendment Entered*: 05/17/2018

*Status:*
*Filed by:* CR
*Entered by:* KR9
*Modified:*

Amount claimed: $56045.73

*History:*

Details 52-1 01/26/2018 Claim #52 filed by Wells Fargo Bank, N.A., Amount claimed: $56045.73 (AO)
Details 52-2 05/17/2018 Amended Claim #52 filed by Wells Fargo Bank, N.A., Amount claimed: $56045.73 (KR9)

*Description:*
*Remarks:*

*Creditor:* (37962865) History
Sumitomo Mitsui Finance & Leasing Co., Ltd.
1-2-3 Marunouchi
Chiyoda-ku, Tokyo 100-8287, Japan

**Claim No: 53**
*Original Filed Date*: 01/29/2018
*Original Entered Date*: 01/29/2018

*Status:*
*Filed by:* CR
*Entered by:* Jeffrey Garfinkle
*Modified:*

Amount claimed: $4949719.56

*History:*

Details 53-1 01/29/2018 Claim #53 filed by Sumitomo Mitsui Finance & Leasing Co., Ltd., Amount claimed: $4949719.56 (Garfinkle, Jeffrey)

*Description:*
*Remarks:*

*Creditor:* (37962733)
Armanino, LLP
12657 Alcosta Boulevard
#500
San Ramon, CA 94583

**Claim No: 54**
*Original Filed Date*: 02/01/2018
*Original Entered Date*: 02/01/2018

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $71285.00

*History:*

Details 54-1 02/01/2018 Claim #54 filed by Armanino, LLP, Amount claimed: $71285.00 (AO)

*Description:*
*Remarks:*

*Creditor:* (38104691)
Southern California Edison
1551 W. San Bernardino Road
Covina, CA 91722

**Claim No: 55**
*Original Filed Date*: 04/30/2018
*Original Entered Date*: 04/30/2018

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $7312.49

*History:*

Details 55-1 04/30/2018 Claim #55 filed by Southern California Edison, Amount claimed: $7312.49 (AO)

*Description:*
*Remarks:*

*Creditor:* (39099542)
Massachusetts Department of Revenue
Bankruptcy Unit
P. O. Box 9564
Boston, MA 02114-9564

**Claim No: 56**
*Original Filed*
*Date*: 09/25/2018
*Original Entered*
*Date*: 09/25/2018

*Status:*
*Filed by:* CR
*Entered by:* Kendra Ye
*Modified:*

Amount claimed: $672.91
Priority claimed: $624.03

*History:*

Details 56-1 09/25/2018 Claim #56 filed by Massachusetts Department of Revenue, Amount claimed: $672.91 (Ye, Kendra)

*Description:*

*Remarks:*

*Creditor:* (39099542)
Massachusetts Department of Revenue
Bankruptcy Unit
P. O. Box 9564
Boston, MA 02114-9564

**Claim No: 57**
*Original Filed*
*Date*: 09/25/2018
*Original Entered*
*Date*: 09/25/2018

*Status:*
*Filed by:* CR
*Entered by:* Kendra Ye
*Modified:*

Amount claimed: $513.13

*History:*

Details 57-1 09/25/2018 Claim #57 filed by Massachusetts Department of Revenue, Amount claimed: $513.13 (Ye, Kendra)

*Description:*

*Remarks:*

*Creditor:* (38153826)
California Dept. of Tax and
Fee Administration/
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

**Claim No: 58**
*Original Filed*
*Date*: 10/09/2018
*Original Entered*
*Date*: 10/09/2018

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $20507.94

*History:*

Details 58-1 10/09/2018 Claim #58 filed by California Dept. of Tax and, Amount claimed: $20507.94 (AO)

*Description:*

*Remarks:*

*Creditor:* (37996519)
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

**Claim No: 59**
*Original Filed*
*Date*: 02/22/2019
*Original Entered*
*Date*: 02/22/2019
*Last Amendment*
*Filed*: 02/05/2020
*Last Amendment*
*Entered*: 02/05/2020

*Status:*
*Filed by:* CR
*Entered by:* Timothy C Schakow
*Modified:*

*History:*

Details 59-1 02/22/2019 Claim #59 filed by Internal Revenue Service, Amount claimed: $4887.01 (Schakow, Timothy)

Details 59-2 02/05/2020 Amended Claim #59 filed by Internal Revenue Service, Amount claimed: $0.00 (Schakow, Timothy)

*Description:*

*Remarks:*

Amount claimed: $0.00
Secured claimed: $0.00
Priority claimed: $0.00

*History:*

Details 59-1 02/22/2019 Claim #59 filed by Internal Revenue Service, Amount claimed: $4887.01 (Schakow, Timothy)
Details 59-2 02/05/2020 Amended Claim #59 filed by Internal Revenue Service, Amount claimed: $0.00 (Schakow, Timothy)

*Description:*

*Remarks:*

*Creditor:* (39503562)
CNA Commercial Insurance
500 Colonial Center Parkway
Lake Mary, FL 32746

**Claim No: 60**
*Original Filed Date*: 04/22/2019
*Original Entered Date*: 04/22/2019

*Status:*
*Filed by:* CR
*Entered by:* AO
*Modified:*

Amount claimed: $18058.02

*History:*

Details 60-1 04/22/2019 Claim #60 filed by CNA Commercial Insurance, Amount claimed: $18058.02 (AO)

*Description:*

*Remarks:*

*Creditor:* (39615462)
WA Department of Revenue
2101 4th Ave Suite 1400
Seattle, WA 98121

**Claim No: 61**
*Original Filed Date*: 06/13/2019
*Original Entered Date*: 06/13/2019
*Last Amendment Filed*: 10/31/2022
*Last Amendment Entered*: 10/31/2022

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:* 10/31/2022

Amount claimed: $1036.77
Priority claimed: $1036.77

*History:*

Details 61-1 06/13/2019 Claim #61 filed by WA Department of Revenue, Amount claimed: $500.00 (AUTP)
Details 61-2 10/31/2022 Amended Claim #61 filed by WA Department of Revenue, Amount claimed: $1036.77 (AUTP)

*Description:*

*Remarks:* (61-1) Account Number (last 4 digits):2231
(61-2) Account Number (last 4 digits):2231

*Creditor:* (41122336)
Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

**Claim No: 62**
*Original Filed Date*: 03/15/2022
*Original Entered Date*: 03/15/2022

*Status:*
*Filed by:* CR
*Entered by:* ES9
*Modified:*

Amount claimed: $1086.64

*History:*

Details 62-1 03/15/2022 Claim #62 filed by Uline, Amount claimed: $1086.64 (ES9)

*Description:* (62-1) Goods Sold

*Remarks:*

*Creditor:* (37962856)
Robert Deckman Advertising
5332 Autry Avenue
Lakewood, CA 90712

**Claim No: 63**
*Original Filed*
*Date*: 03/17/2022
*Original Entered*
*Date*: 03/17/2022

*Status:*
*Filed by:* CR
*Entered by:* ES9
*Modified:*

Amount claimed: $295.00

*History:*
Details 63-1 03/17/2022 Claim #63 filed by Robert Deckman Advertising, Amount claimed: $295.00 (ES9)

*Description:* (63-1) Advertising services, retouching photos
*Remarks:*

*Creditor:* (41125089)
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**Claim No: 64**
*Original Filed*
*Date*: 03/17/2022
*Original Entered*
*Date*: 03/17/2022

*Status:*
*Filed by:* CR
*Entered by:* Anthony Franklin
*Modified:*

Amount claimed: $2748.91
Priority claimed: $2748.91

*History:*
Details 64-1 03/17/2022 Claim #64 filed by FRANCHISE TAX BOARD, Amount claimed: $2748.91 (Franklin, Anthony)

*Description:* (64-1) Claim Filed
*Remarks:*

*Creditor:* (37962829)
Massengale Armature Works, Inc.
1031 Basse Road
San Antonio, TX 78212

**Claim No: 65**
*Original Filed*
*Date*: 03/21/2022
*Original Entered*
*Date*: 03/21/2022

*Status:*
*Filed by:* CR
*Entered by:* ES9
*Modified:*

Amount claimed: $8035.47

*History:*
Details 65-1 03/21/2022 Claim #65 filed by Massengale Armature Works, Inc., Amount claimed: $8035.47 (ES9)

*Description:*
*Remarks:*

*Creditor:* (41136892)
Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

**Claim No: 66**
*Original Filed*
*Date*: 03/29/2022
*Original Entered*
*Date*: 03/29/2022

*Status:*
*Filed by:* CR
*Entered by:* Amelia Puertas-Samara
*Modified:*

Amount claimed: $847.55
Priority claimed: $0.00

*History:*
Details 66-1 03/29/2022 Claim #66 filed by Employment Development Department, Amount claimed: $847.55 (Puertas-Samara, Amelia)

*Description:* (66-1) Claim Filed
*Remarks:* (66-1) Remarks Added

*Creditor:* (37962743)
Basler Electric Company
7990 Solutions Center
Chicago, IL 60677-7009

**Claim No: 67**
*Original Filed*
*Date*: 03/29/2022
*Original Entered*
*Date*: 03/29/2022

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $1771.32

*History:*

Details 67-1 03/29/2022 Claim #67 filed by Basler Electric Company, Amount claimed: $1771.32 (AUTP)

*Description:*

*Remarks:* (67-1) Account Number (last 4 digits):9684

*Creditor:* (41141974)
Control Devices, LLC
1555 Larkin Williams Road
Fenton, MO 63026

**Claim No: 68**
*Original Filed*
*Date*: 04/01/2022
*Original Entered*
*Date*: 04/01/2022

*Status:*
*Filed by:* CR
*Entered by:* SY9
*Modified:*

Amount claimed: $7532.00

*History:*

Details 68-1 04/01/2022 Claim #68 filed by Control Devices, LLC, Amount claimed: $7532.00 (SY9)

*Description:*

*Remarks:*

*Creditor:* (41154367)
WAAG Powder Coating and Sand Blasting
Attn: Mike Calka
16000 Strathern St
Van Nuys, CA 91406

**Claim No: 69**
*Original Filed*
*Date*: 04/18/2022
*Original Entered*
*Date*: 04/18/2022

*Status:*
*Filed by:* CR
*Entered by:* ES9
*Modified:*

Amount claimed: $11010.00

*History:*

Details 69-1 04/18/2022 Claim #69 filed by WAAG Powder Coating and Sand Blasting, Amount claimed: $11010.00 (ES9)

*Description:* (69-1) Sand Blasting and Powder Coating Services

*Remarks:*

*Creditor:* (41172194)
Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

**Claim No: 70**
*Original Filed*
*Date*: 05/06/2022
*Original Entered*
*Date*: 05/06/2022

*Status:*
*Filed by:* CR
*Entered by:* Lydia A Hewett
*Modified:*

Amount claimed: $60419.62
Priority claimed: $55438.34

*History:*

Details 70-1 05/06/2022 Claim #70 filed by Comptroller of Public Accounts, Amount claimed: $60419.62 (Hewett, Lydia)

*Description:* (70-1) Franchise Tax Ch. 171

*Remarks:* (70-1) General unsecured amount $ 4,981.28

*Creditor:* (41172194)
Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

**Claim No: 71**
*Original Filed*
*Date*: 05/06/2022
*Original Entered*
*Date*: 05/06/2022

*Status:*
*Filed by:* CR
*Entered by:* Lydia A Hewett
*Modified:*

Amount claimed: $310072.71
Priority claimed: $310072.71

*History:*

Details 71-1 05/06/2022 Claim #71 filed by Comptroller of Public Accounts, Amount claimed: $310072.71 (Hewett, Lydia)

*Description:* (71-1) Franchise Tax Ch. 171

*Remarks:* (71-1) ADMINISTRATIVE EXPENSE CLAIM

*Creditor:* (41206288)
Epic Freight Solutions LLC
Legal Department
3200 Olympus Blvd.
Suite 300
Dallas, TX 75019

**Claim No: 72**
*Original Filed*
*Date*: 06/10/2022
*Original Entered*
*Date*: 06/10/2022

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $34850.00
Secured claimed: $34850.00
Priority claimed: $34850.00

potential carrier lien asserted, but no such asset administered (i.e. the collateral) but balance OK 507(a)(2) Prepetition transportation inapplicable.

*History:*

Details 72-1 06/10/2022 Claim #72 filed by Epic Freight Solutions LLC, Amount claimed: $34850.00 (AUTP)

*Description:*

*Remarks:* (72-1) Account Number (last 4 digits):2842

*Creditor:* (41941042)
U.S. Trustee
915 Wilshire Blvd Suite 1850
Los Angeles, CA 90017

**Claim No: 73**
*Original Filed*
*Date*: 04/23/2024
*Original Entered*
*Date*: 04/23/2024
*Last Amendment*
*Filed*: 04/23/2024
*Last Amendment*
*Entered*: 04/23/2024

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:* 04/23/2024

Amount claimed: $250.00
Priority claimed: $250.00

OK as Ch 7 admin to be pd in full

*History:*

Details 73-1 04/23/2024 Claim #73 filed by U.S. Trustee, Amount claimed: $250.00 (AUTP)

Details 73-2 04/23/2024 Amended Claim #73 filed by U.S. Trustee, Amount claimed: $250.00 (AUTP)

*Description:*

*Remarks:* (73-1) Account Number (last 4 digits):2231
(73-2) Account Number (last 4 digits):2231

## Claims Register Summary

**Case Name:** Rajysan, Inc.
**Case Number:** 9:17-bk-11363-DS
**Chapter:** 7
**Date Filed:** 07/29/2017

**Total Number Of Claims:** 73

| | |
|---|---|
| **Total Amount Claimed*** | $14580163.57 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $298982.39 | |
| **Priority** | $637541.48 | |
| **Administrative** | | |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/18/2026 10:04:43 | | | |
| **PACER Login:** | SKMcBethTrustee | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 9:17-bk-11363-DS Filed or Entered From: 1/1/2017 Filed or Entered To: 9/18/2026 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 9:17-BK-11363-DS

Case Name: Rajysan Inc

Trustee Name: Sandra K. McBeth, Trustee

**Balance on hand:** $ 1,430,522.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 27 | BEXAR COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 31 | Borstein Enterprises | 65,946.77 | 0.00 | 0.00 | 0.00 |
| 72 | Epic Freight Solutions LLC | 34,850.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,430,522.66

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Sandra K. McBeth, Trustee * | 67,336.53 | 0.00 | 54,037.09 |
| Attorney for Trustee, Fees - LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P * | 38,697.50 | 0.00 | 25,018.56 |
| Accountant for Trustee, Fees - M. Kathleen Klein, CPA | 3,188.00 | 0.00 | 3,188.00 |
| Accountant for Trustee, Expenses - M. Kathleen Klein, CPA | 649.89 | 0.00 | 649.89 |
| Fees, United States Trustee | 250.00 | 0.00 | 250.00 |
| Special Counsel for Trustee Fees - Marshack Hays Wood LLP * | 1,156,602.00 | 0.00 | 939,119.45 |
| Special Counsel for Trustee Fees - Taylor Nelson Amitrano LLP * | 299,448.50 | 0.00 | 294,185.48 |
| Consultant for Trustee Fees - Force Ten Partners, LLC * | 118,222.50 | 0.00 | 114,074.19 |
| Other, Expenses - Franchise Tax Board. | 800.00 | 800.00 | 0.00 |

* Agreed upon reduction in fees. $0 requested for expenses.

Total to be paid for chapter 7 administration expenses: $ 1,430,522.66
Remaining balance: $ 0.00

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Special Counsel , Fees - Alpert, Barr & Grant, APLC (Retainer applied) | 256,421.00 | 256,421.00 | 0.00 |
| Attorney for D-I-P , Fees - Goodman Law Offices (Retainer applied) | 97,671.88 | 97,671.88 | 0.00 |

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P , Fees - LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | 89,793.25 | 75,521.56 | 0.00 |
| Attorney for Special Counsel , Expenses - Alpert, Barr & Grant, APLC | 57,684.92 | 57,684.92 | 0.00 |
| Attorney for D-I-P , Expenses - Goodman Law Offices | 2,028.50 | 2,028.50 | 0.00 |
| Attorney for Trustee/D-I-P , Expenses - LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | 747.98 | 747.98 | 0.00 |
| Accountant for Trustee/D-I-P , Fees - M. Kathleen Klein, CPA | 2,345.00 | 0.00 | 0.00 |
| Accountant for Trustee/D-I-P , Expenses - M. Kathleen Klein, CPA | 206.52 | 0.00 | 0.00 |
| Attorney for Creditor's Committee Fees - Marshack Hays Wood LLP | 1,547,638.50 | 770,637.35 | 0.00 |
| Attorney for Creditor's Committee Fees - Taylor Nelson Amitrano LLP | 57,377.00 | 0.00 | 0.00 |
| Attorney for Creditor's Committee Expenses - Marshack Hays Wood LLP | 46,399.72 | 10,292.34 | 0.00 |
| Consultant Fees - Force Ten Partners, LLC | 218,853.50 | 133,115.63 | 0.00 |
| Consultant Expenses - Force Ten Partners, LLC | 8,630.77 | 2,836.87 | 0.00 |
| Other, Fees - Sandra K. McBeth, Chapter 11 Trustee | 61,975.27 | 30,062.52 | 0.00 |
| Other, Expenses - Sandra K. McBeth, Chapter 11 Trustee | 631.88 | 332.05 | 0.00 |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $393,163.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Nicholas Luciano | 12,850.00 | 0.00 | 0.00 |
| 22 | steven Jaffe | 9,999.98 | 0.00 | 0.00 |
| 31 | Borstein Enterprises | 0.00 | 0.00 | 0.00 |
| 35 | Employment Development Department | 392.92 | 0.00 | 0.00 |
| 56 | Massachusetts Department of Revenue | 624.03 | 0.00 | 0.00 |
| 61 | WA Department of Revenue | 1,036.77 | 0.00 | 0.00 |
| 64 | FRANCHISE TAX BOARD | 2,748.91 | 0.00 | 0.00 |
| 70 | Comptroller of Public Accounts | 55,438.34 | 0.00 | 0.00 |

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 71 | Comptroller of Public Accounts | 310,072.71 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,273,739.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CDW | 5,698.00 | 0.00 | 0.00 |
| 2 | Barco Rent A Truck | 9,280.86 | 0.00 | 0.00 |
| 3 | American Express Travel Related Services Company, | 340,755.59 | 0.00 | 0.00 |
| 4 | American Express Travel Related Services Company, | 234.50 | 0.00 | 0.00 |
| 5 | Corvus Group | 234.60 | 0.00 | 0.00 |
| 6 | Tod Putnam | 21,381.00 | 0.00 | 0.00 |
| 7 | Southwest Products Corporation | 396,043.15 | 0.00 | 0.00 |
| 8 | Guangzhou Zhao Qi Trading Co. LTD | 102,368.00 | 0.00 | 0.00 |
| 9 | WAAG Powder Coating & Sand Blasting | 11,010.00 | 0.00 | 0.00 |
| 10 | BEXAR COUNTY | 0.00 | 0.00 | 0.00 |
| 12 | Reinhart Boerner Van Deuren s.c. | 1,980.00 | 0.00 | 0.00 |
| 13 | American Rental Association | 10,611.00 | 0.00 | 0.00 |
| 14 | Kubota Engine America Corp. | 10,929.12 | 0.00 | 0.00 |
| 15 | Gurmeet Sahani | 0.00 | 0.00 | 0.00 |
| 16 | Digital Records Management, Inc. | 0.00 | 0.00 | 0.00 |
| 17 | Halcyon Valencia Partners, L.P. | 0.00 | 0.00 | 0.00 |
| 18 | BMW Financial Services NA, LLC | 6,586.93 | 0.00 | 0.00 |
| 19 | CPS Energy - Electric | 6,181.89 | 0.00 | 0.00 |
| 20 | Jeffer Mangels Butler & Mitchell | 58,661.59 | 0.00 | 0.00 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Nicholas Luciano | 24,073.00 | 0.00 | 0.00 |
| 23 | MGS, Inc. | 39,466.00 | 0.00 | 0.00 |
| 24 | AVA LOGISTICS LLC | 24,775.00 | 0.00 | 0.00 |
| 25 | Southern California Edison | 13,137.45 | 0.00 | 0.00 |
| 26 | Johnson Co. | 7,179.25 | 0.00 | 0.00 |
| 28 | California Dept. of Tax and | 20,887.00 | 0.00 | 0.00 |
| 29 | Peregrine Realty Partners Inc | 6,500.00 | 0.00 | 0.00 |
| 30 | Top Gun Freight, Inc. | 63,050.00 | 0.00 | 0.00 |
| 31 | Borstein Enterprises | 472,561.62 | 0.00 | 0.00 |
| 32 | Action Transportation, Inc | 26,153.66 | 0.00 | 0.00 |
| 33 | The Carlstar Group, LLC | 7,534.32 | 0.00 | 0.00 |
| 34 | City of San Antonio | 2,250.00 | 0.00 | 0.00 |
| 36 | Paul Daly | 21,000.00 | 0.00 | 0.00 |
| 37 | Coast to Coast Computer Products | 369.53 | 0.00 | 0.00 |
| 38 | Employment Development Department | 0.00 | 0.00 | 0.00 |
| 39 | Waste Management | 1,139.35 | 0.00 | 0.00 |
| 40 | RONALD E. ZECK, JR. | 177,220.50 | 0.00 | 0.00 |
| 41 | Marilyn D. Levine ML Marketing | 1,065.00 | 0.00 | 0.00 |
| 42 | Tredit Tire & Wheel Co, Inc. | 2,601.40 | 0.00 | 0.00 |
| 43 | AT&T Mobility II LLC | 12,619.29 | 0.00 | 0.00 |
| 44 | AT&T Corp | 13,752.79 | 0.00 | 0.00 |
| 45 | Pacific Bell Telephone Company | 935.13 | 0.00 | 0.00 |
| 46 | Southwestern Bell Telephone Company | 787.49 | 0.00 | 0.00 |
| 47 | C.H. Robinson Worldwide, Inc. | 72,362.56 | 0.00 | 0.00 |
| 48 | Allied Electronics, Inc. Accts. | 16,009.55 | 0.00 | 0.00 |
| 49 | Miner Central Texas | 3,221.53 | 0.00 | 0.00 |
| 50 | Jan-Pro Cleaning & Systems | 2,100.00 | 0.00 | 0.00 |
| 51 | Total Quality Logistics, LLC | 65,132.24 | 0.00 | 0.00 |
| 52 | Wells Fargo Bank, N.A. | 56,045.73 | 0.00 | 0.00 |
| 53 | Sumitomo Mitsui Finance & Leasing Co., Ltd. | 4,949,719.56 | 0.00 | 0.00 |
| 54 | Armanino, LLP | 71,285.00 | 0.00 | 0.00 |
| 55 | Southern California Edison | 7,312.49 | 0.00 | 0.00 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 56 | Massachusetts Department of Revenue | 48.88 | 0.00 | 0.00 |
| 57 | Massachusetts Department of Revenue | 513.13 | 0.00 | 0.00 |
| 58 | California Dept. of Tax and | 20,507.94 | 0.00 | 0.00 |
| 60 | CNA Commercial Insurance | 18,058.02 | 0.00 | 0.00 |
| 62 | Uline | 1,086.64 | 0.00 | 0.00 |
| 63 | Robert Deckman Advertising | 295.00 | 0.00 | 0.00 |
| 65 | Massengale Armature Works, Inc. | 8,035.47 | 0.00 | 0.00 |
| 66 | Employment Development Department | 847.55 | 0.00 | 0.00 |
| 67 | Basler Electric Company | 1,771.32 | 0.00 | 0.00 |
| 68 | Control Devices, LLC | 7,532.00 | 0.00 | 0.00 |
| 69 | WAAG Powder Coating and Sand Blasting | 11,010.00 | 0.00 | 0.00 |
| 70 | Comptroller of Public Accounts | 4,981.28 | 0.00 | 0.00 |
| 72 | Epic Freight Solutions LLC | 34,850.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |