**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA BARBARA DIVISION**

| | | |
|---|---|---|
| In re: Rajysan Inc | § | Case No. 9:17-bk-11363-DS |
| | § | |
| | § | |
| Debtor(s) | § | |

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Sandra K. McBeth, Trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U S Bankruptcy Court
1415 State Street
Santa Barbara , CA 93101

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 1:00 p.m. on October 29, 2026 in Courtroom 1639 United States Bankruptcy Court, Central District of California Courthouse, located at 255 E. Temple Street, Los Angeles, CA 90012. YOU MUST REFER TO THE COURT'S WEBSITE AND JUDGE'S INSTRUCTIONS REGARDING TELEPHONIC APPEARANCE REQUIREMENTS.

Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 09/24/2026 By: /s/ Sandra K. McBeth, Trustee
Trustee

Sandra K. McBeth, Trustee
7343 El Camino Real # 185
Atascadero, CA 93422
(805) 464-2985
smcbeth@mcbethlegal.com

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA BARBARA DIVISION**

| | | | |
|---|---|---|---|
| In re: | Rajysan Inc | § | Case No. 9:17-bk-11363-DS |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 1,469,551.03 |
| *and approved disbursements of* | $ | 39,028.37 |
| *leaving a balance on hand of* [1] | $ | 1,430,522.66 |

**Balance on hand:** $ 1,430,522.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 27 | BEXAR COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 31 | Borstein Enterprises | 65,946.77 | 0.00 | 0.00 | 0.00 |
| 72 | Epic Freight Solutions LLC | 34,850.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,430,522.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Sandra K. McBeth, Trustee * | 67,336.53 | 0.00 | 54,037.09 |
| Attorney for Trustee, Fees - LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P * | 38,697.50 | 0.00 | 25,018.56 |
| Accountant for Trustee, Fees - M. Kathleen Klein, CPA | 3,188.00 | 0.00 | 3,188.00 |
| Accountant for Trustee, Expenses - M. Kathleen Klein, CPA | 649.89 | 0.00 | 649.89 |
| Fees, United States Trustee | 250.00 | 0.00 | 250.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

* Agreed upon reduction in fees.
$0 requested for expenses.

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Special Counsel for Trustee Fees - Marshack Hays Wood LLP * | 1,156,602.00 | 0.00 | 939,119.45 |
| Special Counsel for Trustee Fees - Taylor Nelson Amitrano LLP * | 299,448.50 | 0.00 | 294,185.48 |
| Consultant for Trustee Fees - Force Ten Partners, LLC * | 118,222.50 | 0.00 | 114,074.19 |
| Other, Expenses - Franchise Tax Board. | 800.00 | 800.00 | 0.00 |

* Agreed upon reduction in fees. $0 requested for expenses.

Total to be paid for chapter 7 administration expenses: $ 1,430,522.66
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Special Counsel , Fees - Alpert, Barr & Grant, APLC (Retainer applied) | 256,421.00 | 256,421.00 | 0.00 |
| Attorney for D-I-P , Fees - Goodman Law Offices (Retainer applied) | 97,671.88 | 97,671.88 | 0.00 |
| Attorney for Trustee/D-I-P , Fees - LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | 89,793.25 | 75,521.56 | 0.00 |
| Attorney for Special Counsel , Expenses - Alpert, Barr & Grant, APLC | 57,684.92 | 57,684.92 | 0.00 |
| Attorney for D-I-P , Expenses - Goodman Law Offices | 2,028.50 | 2,028.50 | 0.00 |
| Attorney for Trustee/D-I-P , Expenses - LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P | 747.98 | 747.98 | 0.00 |
| Accountant for Trustee/D-I-P , Fees - M. Kathleen Klein, CPA | 2,345.00 | 0.00 | 0.00 |
| Accountant for Trustee/D-I-P , Expenses - M. Kathleen Klein, CPA | 206.52 | 0.00 | 0.00 |
| Attorney for Creditor's Committee Fees - Marshack Hays Wood LLP | 1,547,638.50 | 770,637.35 | 0.00 |
| Attorney for Creditor's Committee Fees - Taylor Nelson Amitrano LLP | 57,377.00 | 0.00 | 0.00 |
| Attorney for Creditor's Committee Expenses - Marshack Hays Wood LLP | 46,399.72 | 10,292.34 | 0.00 |
| Consultant Fees - Force Ten Partners, LLC | 218,853.50 | 133,115.63 | 0.00 |
| Consultant Expenses - Force Ten Partners, LLC | 8,630.77 | 2,836.87 | 0.00 |
| Other, Fees - Sandra K. McBeth, Chapter 11 Trustee | 61,975.27 | 30,062.52 | 0.00 |
| Other, Expenses - Sandra K. McBeth, Chapter 11 Trustee | 631.88 | 332.05 | 0.00 |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $393,163.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Nicholas Luciano | 12,850.00 | 0.00 | 0.00 |
| 22 | steven Jaffe | 9,999.98 | 0.00 | 0.00 |
| 31 | Borstein Enterprises | 0.00 | 0.00 | 0.00 |
| 35 | Employment Development Department | 392.92 | 0.00 | 0.00 |
| 56 | Massachusetts Department of Revenue | 624.03 | 0.00 | 0.00 |
| 61 | WA Department of Revenue | 1,036.77 | 0.00 | 0.00 |
| 64 | FRANCHISE TAX BOARD | 2,748.91 | 0.00 | 0.00 |
| 70 | Comptroller of Public Accounts | 55,438.34 | 0.00 | 0.00 |
| 71 | Comptroller of Public Accounts | 310,072.71 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,273,739.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CDW | 5,698.00 | 0.00 | 0.00 |
| 2 | Barco Rent A Truck | 9,280.86 | 0.00 | 0.00 |
| 3 | American Express Travel Related Services Company, | 340,755.59 | 0.00 | 0.00 |
| 4 | American Express Travel Related Services Company, | 234.50 | 0.00 | 0.00 |
| 5 | Corvus Group | 234.60 | 0.00 | 0.00 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Tod Putnam | 21,381.00 | 0.00 | 0.00 |
| 7 | Southwest Products Corporation | 396,043.15 | 0.00 | 0.00 |
| 8 | Guangzhou Zhao Qi Trading Co. LTD | 102,368.00 | 0.00 | 0.00 |
| 9 | WAAG Powder Coating & Sand Blasting | 11,010.00 | 0.00 | 0.00 |
| 10 | BEXAR COUNTY | 0.00 | 0.00 | 0.00 |
| 12 | Reinhart Boerner Van Deuren s.c. | 1,980.00 | 0.00 | 0.00 |
| 13 | American Rental Association | 10,611.00 | 0.00 | 0.00 |
| 14 | Kubota Engine America Corp. | 10,929.12 | 0.00 | 0.00 |
| 15 | Gurmeet Sahani | 0.00 | 0.00 | 0.00 |
| 16 | Digital Records Management, Inc. | 0.00 | 0.00 | 0.00 |
| 17 | Halcyon Valencia Partners, L.P. | 0.00 | 0.00 | 0.00 |
| 18 | BMW Financial Services NA, LLC | 6,586.93 | 0.00 | 0.00 |
| 19 | CPS Energy - Electric | 6,181.89 | 0.00 | 0.00 |
| 20 | Jeffer Mangels Butler & Mitchell | 58,661.59 | 0.00 | 0.00 |
| 21 | Nicholas Luciano | 24,073.00 | 0.00 | 0.00 |
| 23 | MGS, Inc. | 39,466.00 | 0.00 | 0.00 |
| 24 | AVA LOGISTICS LLC | 24,775.00 | 0.00 | 0.00 |
| 25 | Southern California Edison | 13,137.45 | 0.00 | 0.00 |
| 26 | Johnson Co. | 7,179.25 | 0.00 | 0.00 |
| 28 | California Dept. of Tax and | 20,887.00 | 0.00 | 0.00 |
| 29 | Peregrine Realty Partners Inc | 6,500.00 | 0.00 | 0.00 |
| 30 | Top Gun Freight, Inc. | 63,050.00 | 0.00 | 0.00 |
| 31 | Borstein Enterprises | 472,561.62 | 0.00 | 0.00 |
| 32 | Action Transportation, Inc | 26,153.66 | 0.00 | 0.00 |
| 33 | The Carlstar Group, LLC | 7,534.32 | 0.00 | 0.00 |
| 34 | City of San Antonio | 2,250.00 | 0.00 | 0.00 |
| 36 | Paul Daly | 21,000.00 | 0.00 | 0.00 |
| 37 | Coast to Coast Computer Products | 369.53 | 0.00 | 0.00 |
| 38 | Employment Development Department | 0.00 | 0.00 | 0.00 |
| 39 | Waste Management | 1,139.35 | 0.00 | 0.00 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | RONALD E. ZECK, JR. | 177,220.50 | 0.00 | 0.00 |
| 41 | Marilyn D. Levine ML Marketing | 1,065.00 | 0.00 | 0.00 |
| 42 | Tredit Tire & Wheel Co, Inc. | 2,601.40 | 0.00 | 0.00 |
| 43 | AT&T Mobility II LLC | 12,619.29 | 0.00 | 0.00 |
| 44 | AT&T Corp | 13,752.79 | 0.00 | 0.00 |
| 45 | Pacific Bell Telephone Company | 935.13 | 0.00 | 0.00 |
| 46 | Southwestern Bell Telephone Company | 787.49 | 0.00 | 0.00 |
| 47 | C.H. Robinson Worldwide, Inc. | 72,362.56 | 0.00 | 0.00 |
| 48 | Allied Electronics, Inc. Accts. | 16,009.55 | 0.00 | 0.00 |
| 49 | Miner Central Texas | 3,221.53 | 0.00 | 0.00 |
| 50 | Jan-Pro Cleaning & Systems | 2,100.00 | 0.00 | 0.00 |
| 51 | Total Quality Logistics, LLC | 65,132.24 | 0.00 | 0.00 |
| 52 | Wells Fargo Bank, N.A. | 56,045.73 | 0.00 | 0.00 |
| 53 | Sumitomo Mitsui Finance & Leasing Co., Ltd. | 4,949,719.56 | 0.00 | 0.00 |
| 54 | Armanino, LLP | 71,285.00 | 0.00 | 0.00 |
| 55 | Southern California Edison | 7,312.49 | 0.00 | 0.00 |
| 56 | Massachusetts Department of Revenue | 48.88 | 0.00 | 0.00 |
| 57 | Massachusetts Department of Revenue | 513.13 | 0.00 | 0.00 |
| 58 | California Dept. of Tax and | 20,507.94 | 0.00 | 0.00 |
| 60 | CNA Commercial Insurance | 18,058.02 | 0.00 | 0.00 |
| 62 | Uline | 1,086.64 | 0.00 | 0.00 |
| 63 | Robert Deckman Advertising | 295.00 | 0.00 | 0.00 |
| 65 | Massengale Armature Works, Inc. | 8,035.47 | 0.00 | 0.00 |
| 66 | Employment Development Department | 847.55 | 0.00 | 0.00 |
| 67 | Basler Electric Company | 1,771.32 | 0.00 | 0.00 |
| 68 | Control Devices, LLC | 7,532.00 | 0.00 | 0.00 |
| 69 | WAAG Powder Coating and Sand Blasting | 11,010.00 | 0.00 | 0.00 |
| 70 | Comptroller of Public Accounts | 4,981.28 | 0.00 | 0.00 |
| 72 | Epic Freight Solutions LLC | 34,850.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Sandra K. McBeth, Trustee
Trustee

Sandra K. McBeth, Trustee
7343 El Camino Real # 185
Atascadero, CA 93422
(805) 464-2985
smcbeth@mcbethlegal.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.