FILED
OCT 21 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case: RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation | CASE NO.: 9:17-bk-11363-DS<br>CHAPTER: 7 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ☐ Debtor ☐ Joint-Debtor ☒ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Borstein Enterprises
   Mailing Address: 11766 Wilshire Boulevard, Suite 820
   City, State, Zip Code: Los Angeles, CA 90025

3. **New Address:**
   Mailing Address: 11726 San Vicente Boulevard, Suite 300
   City, State, Zip Code: Los Angeles, CA 90049

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number ____________________

   Joint Debtor's DeBN account number ____________________

Date: 10/16/2026

Craig Borstein
Requestor's printed name(s)

[signature]
Requestor's signature(s)

President, Income Properties Division
Title (if applicable, of corporate officer, partner, or agent)