D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Former Counsel to the Official Committee of Unsecured Creditors and Special Litigation Counsel to Chapter 7 Trustee, Sandra K. McBeth

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>DECLARATION OF D. EDWARD HAYS RE: REDUCTIONS TO MARSHACK HAYS WOOD LLP'S REQUESTS FOR FEES IN:<br><br>(1) THIRD AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL FOR THE COMMITTEE DURING THE PENDENCY OF THE CHAPTER 11 PROCEEDING; AND<br><br>(2) FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS WOOD LLP AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE<br><br>[APPLICATIONS – DK. NOS. 804 AND 805]<br><br>[TO BE HEARD CONCURRENTLY WITH TRUSTEE'S FINAL REPORT] |

/ / /

# Declaration of D. Edward Hays

I, D. Edward Hays, declare and state as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. I am an attorney at law licensed to practice in the State of California and admitted to practice in this Court.

2. I am a founding partner of Marshack Hays Wood LLP, formerly known as Marshack Hays LLP ("Firm").

3. During the pendency of the Chapter 11, the Firm represented the Official Committee of Unsecured Creditors for the bankruptcy estate ("Estate") of Rajysan, Inc. dba MMD Equipment, a California corporation, as general counsel.

4. During the pendency of the Chapter 7, the Firm represented Sandra K. McBeth, in her capacity as the Chapter 7 trustee for the Estate.

5. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would competently testify to those facts.

6. I make this Declaration in regard to the Firm's: (1) Third and Final Application for Allowance of Fees and Costs Filed by Marshack Hays Wood LLP as General Counsel for the Committee During the Pendency of the Chapter 11 Proceeding, filed on May 18, 2026, as Dk. No. 804 ("Chapter 11 Application"); and (2) First and Final Application for Allowance of Fees and Costs Filed by Marshack Hays Wood LLP as Special Litigation Counsel for Chapter 7 Trustee, filed on May 18, 2026, as Dk. No. 805 ("Chapter 7 Application," and together with the Chapter 11 Application, the "Applications").

7. In the Chapter 11 Application, the Firm requests allowance of fees in the amount of $699,246 and reimbursement of expenses in the amount of $21,385.90 for the period of time after the Firm's second interim fee application and prior to conversion to Chapter 7. In total, in the Chapter 11 Application, the Firm seeks approval of $1,589,072.50 and $46,399.72 for all reporting periods.

8. In the Chapter 7 Application, the Firm requests allowance of fees in the amount of $1,158,627 and reimbursement of expenses in the amount of $93,533.62.

9. The Firm has discussed the Applications with the Trustee and the Office of the U.S. Trustee and has agreed to certain reductions to its requests for approval of fees and expenses in the Applications.

10. Specifically, the Firm waives $41,434 of its requested fees in the Chapter 11 Application, representing services rendered after conversion of this case on February 14, 2022.

11. The Firm's total reduced Chapter 11 fee request is $1,547,638.50, and the Firm's reduced Chapter 11 reporting period fee request is $657,812.

12. The Firm also waives $2,025 of its requested fees in the Chapter 7 Application, representing services rendered before conversion of this case on February 14, 2022.

13. The Firm's total reduced Chapter 7 fee request is $1,156,602.

14. The Firm also waives its $93,533.62 of requested expenses in the Chapter 7 Application.

15. Accordingly, by the Applications, the Firm requests approval of the following fees and expenses:

| | Total Fee Request in Application | Reduced Total Fee Request (i.e., the amount that the Firm now requests after reducing the waived amounts) | Total Expense Request |
|---|---|---|---|
| Chapter 11 Application | $1,589,072.50 | $1,547,638.50 | $46,399.72 |
| Chapter 7 Application | $1,158,627 | $1,156,602 | $0 |

16. An Excel table that my Firm prepared at my direction regarding the specific fee and expense requests that the Firm waives is attached as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2026.

*D. Edward Hays*

D. EDWARD HAYS

# EXHIBIT 1

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 392.00 | 2/25/2022 | CVH - Draft and revise stipulation to further modify scheduling order (.50); Draft and revise proposed order on stipulation (.20); Telephone call to Jackie Choi re: same (.10); |
| $ 52.00 | 2/28/2022 | CM - Revise and supplement stipulation to modify scheduling order (.10); Draft e-mail to Jacquelyn Choi, Stephen Hyam and Lewis Landau re: same for review and execution (.10); |
| $ 26.00 | 2/28/2022 | CM - Review e-mail from and respond to Jacquelyn Choi re: executed stipulation to modify scheduling order; |
| $ 208.00 | 2/28/2022 | CM - Review Chad V. Haes re: executed stipulations by Stephen Hyam (.10); Revise and finalize stipulation to modify scheduling order (.40); Revise and finalize order approving stipulation (.20); Draft email to Chad V. Haes and calendar clerk re: same (.10); |
| $ 98.00 | 2/28/2022 | CVH - E-mails with Chanel Mendoza, Jackie Choi, and Stephen Hyam re: stipulation to extend (.20); |
| $ 64.00 | 8/24/2022 | BNB - Review discovery requests by Los Angeles Angeles County Treasurer and Tax Collector; |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 392.00 | 2/25/2022 | CVH - Draft and revise stipulation to further modify scheduling order (.50); Draft and revise proposed order on stipulation (.20); Telephone call to Najah Shariff re: same (.10); |
| $ 52.00 | 2/28/2022 | CM - Revise and supplement stipulation to modify scheduling order (.10); Draft e-mail to Najah Shariff, Stephen Hyam and Lewis Landau re: same for review and execution (.10); |
| $ 98.00 | 2/28/2022 | CVH - E-mails with Chanel Mendoza, Stephen Hyam, and Najah Shariff re: stipulation to extend (.20); |
| $ 98.00 | 2/17/2022 | CVH - E-mails with D. Edward Hays re: stipulation for reconsideration of order taking hearing off calendar (.20); |
| $ 2,303.00 | 2/24/2022 | CVH - Review discovery responses and correspondence to confirm document production due dates (.20); Conference with Judith E. Marshack re: discovery responses, meeting with Trustee, and strategy moving forward (.40); Search, review, and analyze hundreds of state court exhibits to isolate information necessary to respond to discovery (4.1); |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 1,127.00 | 2/25/2022 | CVH - E-mails with Stephen Hyam re: stipulation to extend and motion to quash (.20); Draft and revise stipulation to further modify scheduling order (.70); Draft and revise proposed order on stipulation (.20); Search, review, and analyze hundreds of state court exhibits to isolate information necessary to respond to discovery (1.2); |
| $ 1,176.00 | 2/28/2022 | CVH - E-mails with Chanel Mendoza and Stephen Hyam re: stipulation to extend (.20); Finalize, organize, and label document production (1.6); Conferences with Kathleen Frederick re: consolidating and same hundreds of documents into zip file and execute consolidation (.40); E-mails with Judith E. Marshack, Kathleen Frederick, and Chanel Mendoza re: review and production of documents (.20); |
| $ 41.00 | 4/20/2022 | JEM - Telephone conference with Chad V. Haes re tax questions, status of case, and tasks; |
| $ 26.00 | 4/22/2022 | CM - Review e-mail from and respond to Chad V. Haes re: status of service of subpoenas and notices; |
| $ 78.00 | 5/25/2022 | CB - Telephone discussion with Judith E. Marshack re: discovery (.10); Review case file re: same (.10); E-mail to Judith E. Marshack re: same (.10); |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 26.00 | 6/16/2022 | CM - Draft follow-up e-mail to Jennifer Payne, Sullivan Court Reporters re: status of new zoom information for the deposition of Goodman Law Offices; |
| $ 260.00 | 7/15/2022 | CB - Review and respond to e-mail from Melissa Hawkins re: order for McBeth Sahani audio recording (.10); Review and respond to email from Chad V. Haes re: same (.10); Multiple telephone calls to multiple court clerks in Los Angeles courtroom and Santa Barbara courtroom (.50); Telephone conversation with attorney service re: audio recording issue (.10); Telephone conversation with Santa Barbara clerk re: audio CD located in Santa Barbara not Los Angeles (.10); E-mail to Chad V. Haes re: same (.10); |
| $ 104.00 | 2/18/2022 | CM - Telephone conference with Chad V. Haes re: upcoming hearing and telephonic appearance at same (.10); Review case file and prepare documentation in support of stipulation by trustee and the official committee of unsecured creditors with respect to standing and authority of official committee of unsecured creditors to control privileges and related confidentiality rights (.30); |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 784.00 | 2/18/2022 | CVH - Confirm whether hearing on standing stipulation is still on calendar and telephone calls to Stephen Hyam and Kurt Ramlo re: same (.30); Conference with Chanel Mendoza re: same (.10); Draft and revise stipulation to vacate hearing and e-mails with Stephen Hyam and Kurt Ramlo re: same (1.2); |
| $ 490.00 | 2/19/2022 | CVH - Review and analyze revised stipulation (.10); E-mails with Stephen Hyam, Kurt Ramlo, Tim Yoo, and Chanel Mendoza re: same (.60); Draft and revise proposed order on stipulation (.30); |
| $ 234.00 | 2/20/2022 | CM - Review e-mail from and respond to Chad V. Haes re: finalizing stipulation and order (.10); Revise and finalize stipulation to vacate hearing on stipulation with respect to standing and authority of official committee of unsecured creditors to control privileges and related confidentiality rights and objection thereto (.30); Revise and finalize order approving stipulation (.20); Prepare notice of lodgment re: same (.10); Prepare documentation in support of same (.10); Draft e-mail to Chad V. Haes and calendar clerk re: same (.10); |
| $ 98.00 | 2/20/2022 | CVH - Review notice of lodgment and filed stipulation (.10); E-mails with Chanel Mendoza re: dates left blank (.10); |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 78.00 | 2/22/2022 | CM - Review e-mail from Chad V. Haes re: status of court's ruling to vacate hearing on stipulation (.10); Review judge's tentative ruling and draft e-mail to Chad V. Haes re; same (.10); Review order approving stipulation to vacate hearing on stipulation with respect to standing and authority to control privileges and related confidentiality rights and objection thereto entered by the court and draft e-mail to Chad V. Haes re: same (.10); |
| $ 343.00 | 2/22/2022 | CVH - Check for tentative ruling on stipulation and telephone call to chambers re: same (.20); E-mails with Kurt Ramlo, Stephen Hyam, and Chanel Mendoza re: same (.20); Review entered order and conference with Chanel Mendoza about stipulation (.20); Review notice of hearing vacated (.10); |
| $ 686.00 | 2/22/2022 | CVH - Prepare for and attend meeting with newly appointed Chapter 7 trustee (.60); Attend meeting with the Trustee, Tim Yoo, Carmela Pagay, and Lavar Taylor (.80); |
| $ 245.00 | 2/23/2022 | CVH - Confirm current pretrial deadlines (.10); E-mails with Stephen Hyam re: extension of pretrial deadlines and motion to quash (.20); E-mails with Chanel Mendoza and Lavar Taylor re: deposition of Andy Goodman (.20); |
| $ 52.00 | 2/28/2022 | CM - Revise and supplement stipulation to modify scheduling order (.10); Draft e-mail to Stephen Hyam and Lewis Landau re: same for review and execution (.10); |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 26.00 | 2/28/2022 | CM - Revise and supplement stipulation to modify scheduling order (.10); Draft e-mail to Stephen Hyam and Lewis Landau re: same for review and execution (.10); |
| $ 441.00 | 2/28/2022 | CVH - E-mails with Lavar Taylor and Brian Weiss re: access to Quickbooks and year-end reports (.20); Review Excel spreadsheets with QB year-end reports and e-mails with Lavar Taylor re: same (.70); |
| $ 64.00 | 4/19/2022 | BNB - Written correspondence with Chad V. Haes re: evidentiary research; |
| $ 672.00 | 4/20/2022 | BNB - Research re: meet and confer period for subpoena; |
| $ 544.00 | 4/21/2022 | BNB - Draft research memorandum re: deadline to meet and confer for subpoena; |
| $ 736.00 | 4/22/2022 | BNB - Research re: admissibility of evidence in adversary proceedings; |
| $ 480.00 | 4/25/2022 | BNB - Research re: admissibility of bank records; |
| $ 1,024.00 | 4/26/2022 | BNB - Draft research memoranda re: admissibility of evidence, including bank records, at trial; |
| $ 768.00 | 4/27/2022 | BNB - Draft research memorandum re: admissibility of bank records (2.20); Conference with Chad V. Haes re: admissibility of bank records (.20) |
| $ 26.00 | 4/28/2022 | CM - Draft e-mail to Chad V. Haes re: service on agent of service of process for Ayers Financial Services; and New Jersey Business Finance Corporation; |
| $ 992.00 | 5/2/2022 | BNB - Research re: admissibility of bank records at trial; |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 26.00 | 5/3/2022 | CM - Draft e-mail to Chad V. Haes re: status of subpoena to Goodman Law Offices; |
| $ 512.00 | 5/3/2022 | BNB - Draft research memorandum re: admissibility of bank records at trial; |
| $ 640.00 | 5/13/2022 | BNB - Telephone conference with Chad V. Haes re: Rule 7025 motion deadline research assignment (.20); Research re: Rule 7025 motion deadline (1.80); |
| $ 64.00 | 5/18/2022 | BNB - Conference with Chad V. Haes re: demand letters to Debtor's former attorneys; |
| $ 544.00 | 5/24/2022 | BNB - Draft memorandum re: status of discussions with Adam Grant; |
| $ 160.00 | 5/25/2022 | BNB - Draft memorandum re: status of discovery meet and confer discussions with Adam Grant; |
| $ 160.00 | 5/31/2022 | BNB - Written correspondence with Chad V. Haes re: tax research for Lavar Taylor; |
| $ 800.00 | 5/31/2022 | BNB - Access e-mails and written correspondence with Chad V. Haes re: review of e-mails produced by Andy Goodman (.30); Review and analyze e-mails produced by Andy Goodman (2.20); |
| $ 960.00 | 6/1/2022 | BNB - Analyze e-mails produced by Andy Goodman; |
| $ 672.00 | 6/2/2022 | BNB - Review and analyze e-mails produced by Andy Goodman; |
| $ 416.00 | 6/3/2022 | BNB - Draft letter to insiders' counsel re: turnover of client files; |
| $ 256.00 | 6/3/2022 | BNB - Draft letter to insiders' counsel re: turnover of Debtor's books and records; |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 480.00 | 6/3/2022 | BNB - Research re: tax distributions to insiders; |
| $ 96.00 | 6/3/2022 | BNB - Telephone conference with Chad V. Haes re: drafting discovery letters to insiders' counsel; |
| $ 96.00 | 6/6/2022 | BNB - Research re: tax payments to insiders; |
| $ 160.00 | 6/7/2022 | BNB - Draft demand letter re: turnover of Debtor's books and records from Gurpreet Sahani; |
| $ 224.00 | 6/7/2022 | BNB - Draft letter to insiders' counsel re: turnover of client files; |
| $ 64.00 | 6/8/2022 | BNB - Written correspondence with Chad V. Haes re: demand letters for turnover of client files and books and records; |
| $ 224.00 | 6/8/2022 | BNB - Draft demand letter re: turnover of client files; |
| $ 896.00 | 6/8/2022 | BNB - Research re: tax payments to insiders; |
| $ 32.00 | 6/9/2022 | BNB - Review e-mails from Chad V. Haes re: demand letter for client files; |
| $ 192.00 | 6/9/2022 | BNB - Draft research memorandum re: tax payments to insiders; |
| $ 160.00 | 6/10/2022 | BNB - Attend weekly Zoom meeting with Chad V. Haes and Lavar Taylor to discuss discovery (.40); Written correspondence with Chanel Mendoza re: records search of Nitin Dhopade (.10); |
| $ 64.00 | 6/10/2022 | BNB - Revise demand letter for books and records from Gurpreet Sahani; |
| $ 160.00 | 6/10/2022 | BNB Research re: service of subpoena on Adam Grant (.10); Prepare for telephone conference and telephone conference with Chad V. Haes re: demand letter for turnover of client files (.40); |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 384.00 | 6/10/2022 | BNB Draft research memorandum re: tax payments to insiders; |
| $ 480.00 | 6/10/2022 | BNB Review and analyze e-mails produced by Andy Goodman; |
| $ 64.00 | 6/12/2022 | BNB Written correspondence with Lavar Taylor re: tax payments to insiders research memorandum; |
| $ 21.00 | 6/13/2022 | BNB Written correspondence with Chanel Mendoza re: records search of Nitin Dhopade; |
| $ 800.00 | 6/13/2022 | BNB Draft demand letter for turnover of client files from Debtor's former counsel; |
| $ 96.00 | 6/14/2022 | BNB Draft research memorandum re: admissibility of evidence from one adversary proceeding in related adversary proceedings; |
| $ 128.00 | 6/14/2022 | BNB Draft research memorandum re: admissibility of bank statements; |
| $ 160.00 | 6/15/2022 | BNB Finalize demand letters for turnover of Debtor's books and records from Gurpreet Sahani and client files from Debtor's former counsel, including written correspondence with Chad V. Haes; |
| $ 32.00 | 6/17/2022 | BNB Written correspondence with Chad V. Haes re: weekly meeting; |
| $ 32.00 | 6/20/2022 | BNB Telephone conference with Chad V. Haes re: admissibility of evidence for subpoenas; |
| $ 64.00 | 6/21/2022 | BNB Telephone conference with Chad V. Haes re: e-mail review to prepare for deposition of Nitin Dhopade; |
| $ 2,464.00 | 6/22/2022 | BNB Review more than 3,200 e-mails to prepare for deposition of Nitin Dhopade; |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 1,152.00 | 6/23/2022 | BNB Review more than 1,000 e-mails to prepare for deposition of Nitin Dhopade; |
| $ 64.00 | 6/24/2022 | BNB Written correspondence with Chad V. Haes re: weekly meeting; |
| $ 32.00 | 7/1/2022 | BNB Review e-mails between Chad V. Haes and Lavar Taylor re: scheduling discovery status meeting; |
| $ 96.00 | 7/4/2022 | BNB Attend weekly discovery meeting; |
| $ 32.00 | 7/6/2022 | BNB Review e-mails from Chad V. Haes, Chanel Mendoza and Adam Grant re: demand letter for turnover of client files; |
| $ 128.00 | 7/8/2022 | BNB Attend weekly discovery meeting with Chad V. Haes and Lavar Taylor; |
| $ 104.00 | 7/13/2022 | CM Telephone conference with Chad V. Haes and Maria Romo, Sullivan re: presenting evidence in support of deposition of PMK of Morgenstern, Waxman, Ellershaw, LLC (.20); Review and organize exhibits (.10); Draft e-mail to Chad V. Haes re: same (.10); |
| $ 96.00 | 7/15/2022 | BNB Attend weekly discovery meeting with Chad V. Haes and Lavar Taylor; |
| $ 26.00 | 7/18/2022 | CB McBeth v Sahani - Review and respond to e-mail from Chanel Mendoza re: status of audio CD to be obtain from attorney service; |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 352.00 | 7/29/2022 | BNB Weekly discovery meeting with Chad V. Haes and Lavar Taylor (.60); Send follow-up e-mail with notes to Chad V. Haes (.30); Circulate fee application and employment application of Goodman Law to Lavar Taylor for deposition preparation (.20); |
| $ 32.00 | 8/5/2022 | BNB Written correspondence with Chad V. Haes re: availability for discovery meeting on August 12; |
| $ 64.00 | 8/12/2022 | BNB Written correspondence with Chad V. Haes and Lavar Taylor re: weekly discovery meeting; |
| $ 64.00 | 8/16/2022 | BNB Written correspondence with Chad V. Haes re: scheduling call to discuss review of documents from Ares and Gemcap, and review stored files containing document production; |
| $ 1,728.00 | 8/17/2022 | BNB Telephone conference with Chad V. Haes re: review of document production from Ares and Gemcap (.20); Review voluminous document production from Ares (5.20); |
| $ 32.00 | 8/17/2022 | BNB Written correspondence with Chad V. Haes re: scheduling call to discuss discovery responses; |
| $ 960.00 | 8/18/2022 | BNB Review voluminous document production from Ares (.40); Review voluminous document production from Gemcap (2.60); |
| $ 448.00 | 8/19/2022 | BNB Review voluminous document production from Gemcap; |
| $ 160.00 | 8/19/2022 | BNB Research re: admitting evidence produced in response to subpoena; |
| $ 32.00 | 8/19/2022 | BNB Written correspondence with Chad V. Haes re: availability for weekly discovery meeting; |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 256.00 | 8/22/2022 | BNB Research re: admissibility of bank statements at trial; |
| $ 768.00 | 8/22/2022 | BNB Research re: admissibility of documents produced by Ares and Gemcap pursuant to subpoena; |
| $ 64.00 | 8/23/2022 | BNB Telephone conference with Chad V. Haes re: discovery responses and document production from Ares and Gemcap; |
| $ 160.00 | 8/23/2022 | BNB Draft research memorandum re: admissibility of documentary evidence from Ares and Gemcap; |
| $ 320.00 | 8/23/2022 | BNB Review document production from Ares and Gempcap; |
| $ 960.00 | 8/23/2022 | BNB Telephone conferences and written correspondence with Chad V. Haes re: subpoenaing Debtor's bank records, and review complaints and Marshack Hays records for tax payments; |
| $ 224.00 | 8/25/2022 | BNB Written correspondence with Chad V. Haes and Chanel Mendoza re: preparation of subpoena for Debtor's bank records reflecting tax payments; |
| $ 32.00 | 8/26/2022 | BNB Sign into weekly discovery meeting (No Charge); |
| $ 320.00 | 8/29/2022 | BNB Draft response to Los Angeles County's requests for admission; |
| $ 96.00 | 8/29/2022 | BNB Draft response to Los Angeles County's Requests for Production; |
| $ 128.00 | 8/29/2022 | BNB Draft response to Los Angeles County's special interrogatories; |
| $ 32.00 | 8/29/2022 | BNB Written correspondence with Chanel Mendoza re: preparation of subpoenas for bank records; |
| $ 512.00 | 8/30/2022 | BNB Draft subpoenas for Debtor's bank records; |
| $ 32.00 | 9/2/2022 | BNB Written correspondence with Chad V. Haes re: weekly discovery meeting; |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 55.00 | 11/1/2022 | KAT Telephone conference with Chad V. Haes regarding Penal Code 496 (.10); |
| $ 62.00 | 11/22/2022 | SRH Telephone conference with Chad Haes re: research assignment as to whether additional transfers can be tried at trial without an amended complaint; |
| $ 441.00 | 2/15/2022 | Review case assignments for Santa Barbara division and e-mails with D. Edward Hays re: same (.20); E-mails with the committee, the Trustee, and the committee's former professionals re: (.50); E-mails with Chanel Mendoza and Kathleen Frederick re: closing letter and applications to employ (.20); |
| $ 490.00 | 2/16/2022 | CVH E-mails with calendar clerk re: conversion to Chapter 7 and billing practices moving forward (.10); E-mails and telephone call with Tim Yoo re: meeting with Chapter 7 trustee (.30); E-mails and telephone call with Brian Weiss re: conversion and case status (.60); |
| $ 49.00 | 2/18/2022 | CVH Review notice of appointment and acceptance by Chapter 7 trustee (.10); |
| $ 98.00 | 2/28/2022 | CVH Review motion for approval of cash disbursement (.20) (No Charge); |
| $ 49.00 | 2/28/2022 | CVH Review and revise notice of rate change and e-mails with Cynthia Bastida re: same (.10) (No Charge); |
| $ 136.00 | 4/13/2022 | RAM Telephone conference with Chad V. Haes re: staffing; |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699,246.00
LESS

| Amount of Service | Date of Service | Description of Service |
|---|---|---|
| $ 680.00 | 5/25/2022 | RAM Review petition, statement and substitution of attorney and outline possible assets; Identify 522 issues re: pay down of homestead a week before bankruptcy by $150,000; Telephone conference with client (2 calls, .40); |
| $ 884.00 | 5/27/2022 | RAM Meeting with Lavar Taylor and Chad V. Haes re: discovery; Prepare for meeting; |
| $ 98.00 | 2/24/2022 | CVH E-mails with Chanel Mendoza re: application to employ (.20); |
| $ 52.00 | 2/28/2022 | CM Review e-mail from and respond to Chad V. Haes re: prior Force 10 application (.10); Draft e-mail to Brian Weiss re: same (.10); |
| $ 234.00 | 2/28/2022 | CM Review case file for facts to support application to employ Marshack Hays as special counsel (.10); Prepare draft application to employ Marshack Hays as special counsel (.70); Review e-mail from and respond to Judith E. Marshack re: status of same (.10); |
| $ 52.00 | 2/28/2022 | CB Prepare, revise and finalize 2022 notice of increases hourly rates charged by Marshack Hays LLP; |
| $ 196.00 | 2/28/2022 | CVH Multiple e-mails with Stephen Hyam, Tim Yoo, Lavar Taylor, and Brian Weiss, Chanel Mendoza and Pam Kraus re: application to employ (.40); |
| $ 165.00 | 5/15/2026 | BNB Telephone conference with accounting re: invoice revisions; |

Rajysan MHW Fee App Reductions
Chapter 11 - Docket No. 804
Total Fees Requested $1,589,072.50
Reporting Period Fees Requested $699.246.00
LESS

| | | |
|---|---|---|
| **Reduced Chapter 11 Fee Request** | **$** | **(41,434.00)** |
| **Reduced Chapter 11 Reporting Period Fee Request** | **$** | **(41,434.00)** |
| Total Chapter 11 Expense Request to Remain Unchanged | $ | 46,399.72 |
| Amount of Fees Waived | $ | 41,434.00 |

Rajysan MHW Fee App Reductions

**Chapter 7 - Docket No. 805**

| | | | | |
|---|---|---|---|---|
| **Total Fees Requested** | $ | 1,158,627.00 | | |
| **LESS** | | | | |
| | | **Amount of Service** | **Date of Service** | **Description of Service** |
| | $ | 1,075.00 | 7/14/2020 | CM Review and analyze numerous documentation and remove and redaction of all personal identifiers; |
| | $ | 950.00 | 7/16/2020 | CM Continue review and analyze 680 pages of documents and remove and redaction of all personal identifiers; |
| **Reduced Chapter 7 Fee Request** | **$** | **1,156,602.00** | | |
| Reduced Chapter 7 Expense Request | $ | - | | |
| Amount of Chapter 7 Fees Waived | $ | 2,025.00 | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **DECLARATION OF D. EDWARD HAYS RE: REDUCTIONS TO MARSHACK HAYS WOOD LLP'S REQUESTS FOR FEES IN: (1)THIRD AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS WOOD LLP AS GENERAL COUNSEL FOR THE COMMITTEE DURING THE PENDENCY OF THE CHAPTER 11 PROCEEDING; AND (2) FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY MARSHACK HAYS WOOD LLP AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 29, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 29, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**RTD 12/27/23 UTF**
**DEBTOR**
RAJYSAN, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE
~~4175 GUARDIAN STREET~~
~~SIMI VALLEY, CA 93063~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PER JUDGE SALTZMAN'S PROCEDURES: Judge Saltzman does not follow the judge's copy requirements of General Order 23-01. No judge's copy of any document is required unless a copy is requested by chambers.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2026 | Laurel Dinkins | */s/ Laurel Dinkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR CREDITOR BMS BANK OF NORTH AMERICA:** Bret D. Allen ca.ecf@bretallen.com, bankruptcy@theallenlawfirm.com
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Todd M Arnold tma@lnbyg.com
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE and TRUSTEE SANDRA MCBETH (TR):** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com
- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA DEPARTMENT:** Bhagwati Barot bbarot@aissolution.com
- **INTERESTED PARTY COURTESY NEF:** Linda S Blonsley blonsleylawecf@gmail.com, joe@blonsleylaw.com; lawbr69955@notify.bestcase.com; lblonsley@blonsleylaw.com
- **ATTORNEY FOR CREDITOR BORSTEIN ENTERPRISES:** Jess R Bressi jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **ATTORNEY FOR INTERESTED PARTY ALLIANCE NORTH AMERICA, INC.:** Cathrine M Castaldi ccastaldi@brownrudnick.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Lisa W Chao lisa.chao@doj.ca.gov
- **ATTORNEY FOR CREDITOR and DEFENDANT LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR:** Jacquelyn H Choi jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **ATTORNEY FOR CREDITOR TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIVISION:** Christopher J. Dylla Christopher.Dylla@azag.gov
- **ATTORNEY FOR 3RD PARTY DEFENDANT and CREDITOR GURMEET SAHANI; 3RD PARTY DEFENDANT JASMINE SAHANI; and CREDITOR HALCYON VALENCIA PARTNERS, L.P.:** Jeremy Faith Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com
- **ATTORNEY FOR U.S. TRUSTEE:** Brian David Fittipaldi brian.fittipaldi@usdoj.gov
- **ATTORNEY FOR CREDITOR SUMITOMO MITSUI FINANCE AND LEASING CO., LTD.:** Jeffrey Garfinkle jgarfinkle@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
- **ATTORNEY FOR WITNESS JEFFER MANGELS BUTLER & MITCHELL LLP:** Thomas M Geher tmg@jmbm.com, bt@jmbm.com; tmg@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **ATTORNEY FOR DEBTOR RAJYSAN, INC.:** Andrew Goodman agoodman@tullylegal.com, Goodman.AndrewR102467@notify.bestcase.com
- **ATTORNEY FOR DEBTOR RAJYSAN, INC. and SPECIAL COUNSEL ALPERT, BARR & GRANT:** Andrew Goodman agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY GRANT_SHENON, APLC fka ALPTER, BARR & GRANT; SPECIAL COUNSEL ALPERT, BARR & GRANT and TRUSTEE SANDRA MCBETH (TR):** Adam D Grant agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- **INTERESTED PARTY COURTESY NEF:** Barbara R Gross barbara@bgross.law, luz@bgross.law
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE and TRUSTEE SANDRA MCBETH (TR):** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Richard E Hettinger rhettinger@davidsontroilo.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI; DEFENDANT and INTERESTED PARTY GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; DEFENDANT and INTERESTED PARTY AMARJIT SAHANI; DEFENDANT GURPREET SAHANI; DEFENDANT and INTERESTED PARTY RAJINDER SAHANI; and DEFENDANT and INTERESTED PARTY SHAHEEN SAHANI:** Stephen E Hyam stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF and DEFENDANT CALIFORNIA FRANCHISE TAX BOARD:** John C Keith john.keith@doj.ca.gov
- **ATTORNEY FOR CREDITOR WELLS FARGO BANK, N.A.:** Raffi Khatchadourian raffi@hemar-rousso.com

- **ATTORNEY FOR CREDITOR BRUCE MILLER & ASSOCIATES:** Mark J Krone mk@amclaw.com, maa@amclaw.com; amc@amclaw.com; mea@amclaw.com; ilr@amclaw.com
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD; 3RD PARTY DEFENDANT, DEFENDANT, and INTERVENOR-DEFENDANT AMARJIT SAHANI; 3RD PARTY DEFENDANT, DEFENDANT, and INTERVENOR-DEFENDANT GURPREET SAHANI; 3RD PARTY DEFENDANT, DEFENDANT, and INTERVENOR-DEFENDANT RAJINDER SAHANI; 3RD PARTY DEFENDANT and INTERVENOR-DEFENDANT SHANEEN SAHANI; DEFENDANT and INTERVENOR-DEFENDANT GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; and DEFENDANT and INTERVENOR-DEFENDANT SHAHEEN SAHANI:** Lewis R Landau Lew@Landaunet.com
- **ATTORNEY FOR INTERESTED PARTY AIRMAN USA CORPORATION and INTERESTED PARTY HOKUETSU INDUSTRIES CO., LTD.:** Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Noreen A Madoyan Noreen.Madoyan@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Craig G Margulies Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com; Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com
- **ATTORNEY FOR FORMER CREDITOR COMMITTEE:** Richard A Marshack rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **TRUSTEE SANDRA MCBETH (TR):** Sandra McBeth (TR) jwalker@mcbethlegal.com, CA65@ecfcbis.com; ecf.alert+McBeth@titlexi.com
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Monserrat Morales Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com; Helen@marguliesfaithlaw.com; Angela@MarguliesFaithlaw.com
- **INTERESTED PARTY COURTESY NEF:** John M O'Donnell john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Carmela Pagay ctp@lnbyg.com
- **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA:** Dipika Parmar dipika.parmar@aissolution.com
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **ATTORNEY FOR 3RD PARTY PLAINTIFF CALIFORNIA FRANCHISE TAX BOARD:** Laura E Robbins Laura.Robbins@doj.ca.gov, Carolina.Castillo@doj.ca.gov
- **ATTORNEY FOR DEFENDANT INTERNAL REVENUE SERVICE and DEFENDANT UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Najah J Shariff najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **ATTORNEY FOR CREDITOR GURMEET SAHANI:** Jay M Spillane jspillane@spillaneplc.com, cdale@spillaneplc.com; smargetis@spillaneplc.com
- **ATTORNEY FOR CREDITOR BEXAR COUNTY:** Don Stecker don.stecker@lgbs.com
- **ATTORNEY FOR CREDITOR TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIVISION:** John M Stern bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov
- **ATTORNEY FOR CREDITOR SOUTHWEST PRODUCTS CORPORATION:** Thomas W Stilley tstilley@sussmanshank.com, jhume@sussmanshank.com
- **U.S. TRUSTEE:** United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
- **ATTORNEY FOR TRUSTEE SANDRA MCBETH (TR):** Timothy J Yoo tjy@lnbyb.com