| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SANDRA K. MCBETH<br>State Bar No. 138697<br>7343 El Camino Real #185<br>Atascadero CA 93422<br>(805) 464-2985<br>(805) 357-5905(fax)<br>smcbeth@mcbethlegal.com<br><br>☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | FILED & ENTERED<br>OCT 29 2026<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY penning DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re: | CASE NO.: 9:17-bk-11363-DS<br>CHAPTER: 7 |
|---|---|
| RAJYSAN, INC. | **ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF: (1) COURT AND U.S. TRUSTEE FEES; AND (2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS [LBR 2016-1(c)(4)]** |
| Debtor(s). | DATE: October 29, 2026<br>TIME: 1:00 PM<br>COURTROOM: 1639<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA |

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees: U.S. Bankruptcy Court and U.S. Trustee**

U.S. Bankruptcy Court fees *(specify)*

| | |
|---|---|
| Complaints | $0.00 |
| Notices | $0.00 |
| Copies | $0.00 |

| | |
|---|---|
| Subtotal of court fees: | $0.00 |
| U.S. Trustee fees | $250.00 |
| Total allowed court and U.S. Trustee fees | $250.00 |

2. **Professional Fees and Expenses:**

a. Chapter 7 Professional Fees and Expenses:

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (1) **Name of Professional/Profession:** Levene, Neale, Bender, Yoo & Golubchik LLP / Attorney for Trustee (Other Firm) | | | | |
| Fees | $38,697.50 | $38,697.50 | $0.00 | $38,697.50 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (2) **Name of Professional/Profession:** M. Kathleen Klein, CPA | | | | |
| Fees | $3,188.00 | $3,188.00 | $0.00 | $3,188.00 |
| Expenses | $649.89 | $649.89 | $0.00 | $649.89 |
| (3) **Name of Professional/Profession:** Marshack Hays Wood LLP / Special Counsel for Trustee (Other Firm) | | | | |
| Fees | $1,156,602.00 | $1,156,602.00 | $0.00 | $1,156,602.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (4) **Name of Professional/Profession:** Taylor Nelson Amitrano LLP / Special Counsel for Trustee (Other Firm) | | | | |
| Fees | $299,448.50 | $299,448.50 | $0.00 | $299,448.50 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (5) **Name of Professional/Profession:** Force Ten Partners, LLC / Consultant for Trustee (Other Firm) | | | | |
| Fees | $118,222.50 | $118,222.50 | $0.00 | $118,222.50 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |

b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (1) **Name of Professional/Profession:** Alpert, Barr & Grant, APLC, Special Counsel | | | | |
| Fees | 256,421.00 | 256,421.00 | 256,421.00 | 0.00 |
| Expenses | 57,684.92 | 57,684.92 | 57,684.92 | 0.00 |
| (2) **Name of Professional/Profession:** Goodman Law Offices/Attorney for DIP | | | | |
| Fees | 97,671.88 | 97,671.88 | 97,671.88 | 0.00 |
| Expenses | 2,028.50 | 2,028.50 | 2,028.50 | 0.00 |
| (3) **Name of Professional/Profession:** Levene Neale Bender Yoo & Golubchik, LLP/Attorney for Chapter 11 Trustee | | | | |
| Fees | 89,793.25 | 89,793.25 | 75,521.56 | 14,271.69 |
| Expenses | 747.98 | 747.98 | 747.98 | 0.00 |
| (4) **Name of Professional/Profession:** M. Kathleen Klein, CPA/Accountant for Chapter 11 Trustee | | | | |
| Fees | 2,345.00 | 2,345.00 | 0.00 | 2,345.00 |
| Expenses | 206.52 | 206.52 | 0.00 | 206.52 |
| (5) **Name of Professional/Profession:** Marshack Hays Wood, LLP/Attorney for Creditors' Committee | | | | |
| Fees | 1,547,638.50 | 1,547,638.50 | 770,637.35 | 777,001.15 |

| | | | | |
|---|---|---|---|---|
| Expenses | 46,399.72 | 46,399.72 | 10,292.34 | 36,107.38 |
| (6) **Name of Professional/Profession:** Force 10 Partners, LLC/Consultant | | | | |
| Fees | 218,853.50 | 218,853.50 | 133,115.63 | 85,737.87 |
| Expenses | 8,630.77 | 8,630.77 | 2,836.87 | 5,793.90 |
| (7) **Name of Professional/Profession:** Taylor Nelson Amitrano, LLP/Special Counsel Creditors' Committee | | | | |
| Fees | 57,377.00 | 57,377.00 | 0.00 | 57,377.00 |

3. **Trustee Fees and Expenses:**

a. Chapter 7 Trustee Fees and Expenses:

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): Sandra K. McBeth | | | | |
| Fees | $67,336.53 | $67,336.53 | $0.00 | $67,336.53 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Fees | $24,557.45 | $24,557.45 | $24,557.45 | $0.00 |
| Bond | $2,963.92 | $2,963.92 | $2,963.92 | $0.00 |
| Taxes | $2,400.00 | $2,400.00 | $2,400.00 | $0.00 |

b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): Sandra K. McBeth | | | | |
| Fees | $61,975.27 | $61,975.27 | $30,062.52 | $31,912.75 |
| Expenses | $631.88 | $631.88 | $332.05 | $299.83 |

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐ Other:

Date: October 29, 2026

Deborah J. Saltzman
United States Bankruptcy Judge