United States Bankruptcy Court

Central District of California

In re: Case No. 17-11363-DS

Rajysan, Inc. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9 User: admin Page 1 of 1

Date Rcvd: Oct 29, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rajysan, Inc., 4175 Guardian Street, Simi Valley, CA 93063-3382 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address

SANDRA K. MCBETH
State Bar No. 138697
7343 El Camino Real #185
Atascadero CA 93422
(805) 464-2985
(805) 357-5905(fax)
smcbeth@mcbethlegal.com

☐ *Attorney for chapter 7 trustee*
☒ *Chapter 7 trustee*

FOR COURT USE ONLY

FILED & ENTERED

OCT 29 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

In re:

RAJYSAN, INC.

Debtor(s).

CASE NO.: 9:17-bk-11363-DS

CHAPTER: 7

**ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**
**(1) COURT AND U.S. TRUSTEE FEES; AND**
**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**
**[LBR 2016-1(c)(4)]**

DATE: October 29, 2026
TIME: 1:00 PM
COURTROOM: 1639
ADDRESS: 255 E. Temple Street, Los Angeles, CA

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees: U.S. Bankruptcy Court and U.S. Trustee**

U.S. Bankruptcy Court fees *(specify)*

| | |
|---|---|
| Complaints | $0.00 |
| Notices | $0.00 |
| Copies | $0.00 |

| | |
|---|---|
| Subtotal of court fees: | $0.00 |
| U.S. Trustee fees | $250.00 |
| Total allowed court and U.S. Trustee fees | $250.00 |

2. **Professional Fees and Expenses:**

a. Chapter 7 Professional Fees and Expenses:

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (1) **Name of Professional/Profession:** Levene, Neale, Bender, Yoo & Golubchik LLP / Attorney for Trustee (Other Firm) | | | | |
| Fees | $38,697.50 | $38,697.50 | $0.00 | $38,697.50 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (2) **Name of Professional/Profession:** M. Kathleen Klein, CPA | | | | |
| Fees | $3,188.00 | $3,188.00 | $0.00 | $3,188.00 |
| Expenses | $649.89 | $649.89 | $0.00 | $649.89 |
| (3) **Name of Professional/Profession:** Marshack Hays Wood LLP / Special Counsel for Trustee (Other Firm) | | | | |
| Fees | $1,156,602.00 | $1,156,602.00 | $0.00 | $1,156,602.00 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (4) **Name of Professional/Profession:** Taylor Nelson Amitrano LLP / Special Counsel for Trustee (Other Firm) | | | | |
| Fees | $299,448.50 | $299,448.50 | $0.00 | $299,448.50 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| (5) **Name of Professional/Profession:** Force Ten Partners, LLC / Consultant for Trustee (Other Firm) | | | | |
| Fees | $118,222.50 | $118,222.50 | $0.00 | $118,222.50 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |

b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (1) **Name of Professional/Profession:** Alpert, Barr & Grant, APLC, Special Counsel | | | | |
| Fees | 256,421.00 | 256,421.00 | 256,421.00 | 0.00 |
| Expenses | 57,684.92 | 57,684.92 | 57,684.92 | 0.00 |
| (2) **Name of Professional/Profession:** Goodman Law Offices/Attorney for DIP | | | | |
| Fees | 97,671.88 | 97,671.88 | 97,671.88 | 0.00 |
| Expenses | 2,028.50 | 2,028.50 | 2,028.50 | 0.00 |
| (3) **Name of Professional/Profession:** Levene Neale Bender Yoo & Golubchik, LLP/Attorney for Chapter 11 Trustee | | | | |
| Fees | 89,793.25 | 89,793.25 | 75,521.56 | 14,271.69 |
| Expenses | 747.98 | 747.98 | 747.98 | 0.00 |
| (4) **Name of Professional/Profession:** M. Kathleen Klein, CPA/Accountant for Chapter 11 Trustee | | | | |
| Fees | 2,345.00 | 2,345.00 | 0.00 | 2,345.00 |
| Expenses | 206.52 | 206.52 | 0.00 | 206.52 |
| (5) **Name of Professional/Profession:** Marshack Hays Wood, LLP/Attorney for Creditors' Committee | | | | |
| Fees | 1,547,638.50 | 1,547,638.50 | 770,637.35 | 777,001.15 |

| | | | | |
|---|---|---|---|---|
| Expenses | 46,399.72 | 46,399.72 | 10,292.34 | 36,107.38 |
| (6) **Name of Professional/Profession:** Force 10 Partners, LLC/Consultant | | | | |
| Fees | 218,853.50 | 218,853.50 | 133,115.63 | 85,737.87 |
| Expenses | 8,630.77 | 8,630.77 | 2,836.87 | 5,793.90 |
| (7) **Name of Professional/Profession:** Taylor Nelson Amitrano, LLP/Special Counsel Creditors' Committee | | | | |
| Fees | 57,377.00 | 57,377.00 | 0.00 | 57,377.00 |

3. **Trustee Fees and Expenses:**

a. Chapter 7 Trustee Fees and Expenses:

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): Sandra K. McBeth | | | | |
| Fees | $67,336.53 | $67,336.53 | $0.00 | $67,336.53 |
| Expenses | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Fees | $24,557.45 | $24,557.45 | $24,557.45 | $0.00 |
| Bond | $2,963.92 | $2,963.92 | $2,963.92 | $0.00 |
| Taxes | $2,400.00 | $2,400.00 | $2,400.00 | $0.00 |

b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): Sandra K. McBeth | | | | |
| Fees | $61,975.27 | $61,975.27 | $30,062.52 | $31,912.75 |
| Expenses | $631.88 | $631.88 | $332.05 | $299.83 |

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐ Other:

Date: October 29, 2026

Deborah J. Saltzman
United States Bankruptcy Judge